IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　　Defendants. | No. 20-cv-02489<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

　　　Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

　　　Alan Robinson

　　　Chris Soth

See Exhibit A.

Dated:　New York, NY
　　　　March 23, 2020

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Michael Palitz
　　　　　　　　　　　　　　　　　　Michael Palitz
　　　　　　　　　　　　　　　　　　**SHAVITZ LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　800 3rd Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (800) 616-4000
　　　　　　　　　　　　　　　　　　Facsimile: (561) 447-8831
　　　　　　　　　　　　　　　　　　mpalitz@shavitzlaw.com

　　　　　　　　　　　　　　　　　　Justin M. Swartz
　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　　685 Third Avenue, 25th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　Telephone: 212-245-1000
　　　　　　　　　　　　　　　　　　Facsimile: 646-509-2060
　　　　　　　　　　　　　　　　　　jms@outtengolden.com

　　　　　　　　　　　　　　　　　　Sally J. Abrahamson
　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**

601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
sabrahamson@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Collective and Class*

*to apply for *pro hac vice* admission