**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>            Defendants. | No. 20-cv-02489<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

   Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

   Eliott Tricotti

See Exhibit A.

Dated: New York, NY
       March 23, 2020

Respectfully submitted,

   s/Michael Palitz
Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Justin M. Swartz
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com

Sally J. Abrahamson
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001

- 2 -

Telephone: 202-847-4400
Facsimile: 202-847-4410
sabrahamson@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Collective and Class*

*to apply for *pro hac vice* admission