AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DONNA WOOD, individually and on behalf of all others ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-CV-2489-LTS |
| MIKE BLOOMBERG 2020, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff and the putative collective and class   .

Date:   03/24/2020

/s/ Sally J. Abrahamson
*Attorney's signature*

Sally J. Abrahmason  SA3954
*Printed name and bar number*
Outten & Golden LLP
601 Massachusets Ave. NW, Suite 200W
Washington, DC 20001

*Address*

sabrahamson@outtengolden.com
*E-mail address*

(202) 847-4400
*Telephone number*

(202) 847-4410
*FAX number*