IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendants. | No. 20-cv-02489<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

 Max Federman

 Brandi Harris

See Exhibit A.

Dated: New York, NY          Respectfully submitted,
    March 24, 2020

                 ___s/Michael Palitz_____
                 Michael Palitz
                 **SHAVITZ LAW GROUP, P.A.**
                 800 3rd Avenue, Suite 2800
                 New York, NY 10022
                 Telephone: (800) 616-4000
                 Facsimile: (561) 447-8831
                 mpalitz@shavitzlaw.com

                 Justin M. Swartz
                 **OUTTEN & GOLDEN LLP**
                 685 Third Avenue, 25th Floor
                 New York, NY 10017
                 Telephone: 212-245-1000
                 Facsimile: 646-509-2060
                 jms@outtengolden.com

                 Sally J. Abrahamson
                 **OUTTEN & GOLDEN LLP**

- 2 -

601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
sabrahamson@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Collective and Class*

*to apply for *pro hac vice* admission