**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DONNA WOOD, Individually and on
behalf of all others similarly situated,

      Plaintiff,

          v.

MIKE BLOOMBERG 2020, INC.,

      Defendant.
-------------------------------------------------------X

Case No: 20-cv-02489

## MOTION FOR ADMISSION PRO HAC VICE OF GREGG I. SHAVITZ

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gregg I. Shavitz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 24, 2020
      Boca Raton, FL

Respectfully submitted,

**/s/ GREGG I. SHAVITZ**
Gregg I. Shavitz (*pro hac* vice applicant)
Logan Pardell*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Tel: 561-447-8888
Fax: 561-447-8831
gshavitz@shavitzlaw.com

1

**SHAVITZ LAW GROUP, P.A.**
Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, New York 10022
Tel:    (800) 616-4000
Fax:    (561) 447-8831
mpalitz@shavitzlaw.com

*to apply for admission *pro hac vice*

*Attorneys for Plaintiff and the
Putative Class Collective*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **March 24, 2020**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Gregg I. Shavitz
Gregg I. Shavitz