UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | Case No: 20-cv-02489 |

## AFFIDAVIT OF GREGG I. SHAVITZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregg I. Shavitz, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the Shavitz Law Group, P.A.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter pursuant to Local Civil Rule 1.3(c).

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me. No discipline has previously been imposed on me in any jurisdiction in the past five years. In 2009 a court in the Southern District of Florida imposed a disciplinary sanction against me, however, the Florida Bar found no probable cause to proceed with disciplinary proceedings against me.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Donna Wood.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 24, 2020

NOTARIZED

[Notary stamp: RITA CLAUDE, MY COMMISSION #GG308055, EXPIRES: MAR 05, 2023, Bonded through 1st State Insurance]

[Signature]

Gregg I. Shavitz
Firm Name: Shavitz Law Group, P.A.
Address: 951 Yamato Road, Suite 285
Boca Raton, FL 33431
E-mail: gshavitz@shavitzlaw.com
Phone: 561-447-8888