**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
DONNA WOOD Individually and on      :
behalf of all others similarly situated,    :
                                  :
          Plaintiff,        :
                                  :     Case No:  20-cv-02489
          v.             :
                                  :
MIKE BLOOMBERG 2020, INC.,     :
                                  :
          Defendant.      :
--------------------------------------------------------X

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF GREGG I. SHAVITZ

The Motion of Gregg I. Shavitz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Gregg I. Shavitz
Shavitz Law Group, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Tel: 561-447-8888
Fax: 561-447-8831
E-mail: gshavitz@shavitzlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated:                                  _____

                                                 United States District/Magistrate Judge