**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendants. | No. 20-cv-02489-LTS<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

  Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

  Caelan Doherty

  Peter Kamara

  Carlos Torres

See Exhibit A.

Dated: New York, NY
    March 25, 2020

              Respectfully submitted,

                s/Michael Palitz
              Michael Palitz
              **SHAVITZ LAW GROUP, P.A.**
              800 3rd Avenue, Suite 2800
              New York, NY 10022
              Telephone: (800) 616-4000
              Facsimile: (561) 447-8831
              mpalitz@shavitzlaw.com

              Justin M. Swartz
              **OUTTEN & GOLDEN LLP**
              685 Third Avenue, 25th Floor
              New York, NY 10017
              Telephone: 212-245-1000
              Facsimile: 646-509-2060
              jms@outtengolden.com

- 2 -

        Sally J. Abrahamson
        **OUTTEN & GOLDEN LLP**
        601 Massachusetts Avenue NW, Ste 200W
        Washington, D.C. 20001
        Telephone: 202-847-4400
        Facsimile: 202-847-4410
        sabrahamson@outtengolden.com

        Gregg I. Shavitz*
        Tamra Givens*
        **SHAVITZ LAW GROUP, P.A.**
        951 Yamato Road, Suite 285
        Boca Raton, FL 33431
        Telephone: (561) 447-8888
        Facsimile: (561) 447-8831
        gshavitz@shavitzlaw.com
        tgivens@shavitzlaw.com

        *Attorneys for Plaintiff and the Putative Collective and Class*

        *to apply for *pro hac vice* admission