AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Donna Wood, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 Civ. 2489 |
| Mike Bloomberg 2020, Inc., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donna Wood, Plaintiff

Date: 2020-03-25

*Attorney's signature*

*Michael C. Danna*    MD1417
*Printed name and bar number*

Outten & Golden LLP
685 Third Ave, 25th Floor
New York, NY 10017
*Address*

MDanna@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(646) 509-2060
*FAX number*