IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendants. | No. 20-cv-02489-LTS<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

  Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

  31. Robin Copple

  32. Patrick McHugh

  33. Luke Nicholas

  33. Cheryl Baldwin

See Exhibit A.

Dated: New York, NY      Respectfully submitted,
    March 25, 2020

                s/Michael Palitz
               Michael Palitz
               **SHAVITZ LAW GROUP, P.A.**
               800 3rd Avenue, Suite 2800
               New York, NY 10022
               Telephone: (800) 616-4000
               Facsimile: (561) 447-8831
               mpalitz@shavitzlaw.com

               Justin M. Swartz
               **OUTTEN & GOLDEN LLP**
               685 Third Avenue, 25th Floor
               New York, NY 10017
               Telephone: 212-245-1000
               Facsimile: 646-509-2060

- 2 -

jms@outtengolden.com

Sally J. Abrahamson
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
sabrahamson@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Collective and Class*

*to apply for *pro hac vice* admission