**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DONNA WOOD, individually and on behalf all others similarly situated,

Plaintiff,

v.

MIKE BLOOMBERG 2020, INC.,

Defendants.

No. 20-cv-02489-LTS

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Please take notice that Plaintiff submits the consent to join forms for the following Opt-In Plaintiffs:

43. Gloria Tyler
44. Jason Finkelstein
45. Eliza Fink
46. Justine Scott
47. Rey Murphy
48. Ilse Mendez Frago
49. Miles Ceplecha
50. Matthew Kelly

See Exhibit A. Including these individuals, 50 individuals have opted into this litigation as party plaintiffs.

Dated: New York, NY
March 27, 2020

Respectfully submitted,

s/Michael Palitz

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022

Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Justin M. Swartz
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com

Sally J. Abrahamson
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
sabrahamson@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiff and the Putative Collective and Class***

*to apply for *pro hac vice* admission