## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, CAELAN DOHERTY, MAX
GOLDSTEIN, BRIDGET LOGAN, JAMES
KYLE NEWMAN, ZIA ORAM, ALAN
ROBINSON, ALEXANDRA MARIE
WHEATLEY-DIAZ, individually and on behalf
all others similarly situated, and CHERYL
BALDWIN, JONATHAN BARRIO, DESMOND
BATTS, GARRETT BECKENBAUGH,
COCHIESE BOWERS, MILES CEPLECHA,
ROBIN CEPPOS, MELINDA CIRILO, JANE
CONRAD, ROBERT CORDOVA, JR.,
CHRISTINE DOCZY, RACHEL DOUGLAS,
THERESA EDWARDS, ELIZA FINK, JASON
FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH
FREDRICKSON, MARIA GONZALEZ,
NATHANIEL ROBERT GROH, BRANDI
HARRIS, PETER KAMARA, MACK
KENNEDY, MADISON OLIVER MAYS,
PATRICK MCHUGH, FRIDA MICHELLE
NARANJO, PAUL MONTEROSSO, REY
MURPHY, JOSEPH NESTOR, LUKE
NICHOLAS, JOSEPHINE OLINGER, ALEC
SILVESTER, DANIEL SMITH, CHRIS SOTH,
AUDRA TELLEZ, CARLOS TORRES,
ELLIOTT TRICOTTI, GLORIA TYLER,
LAKISHA WATSON-MOORE, JESSE
WEINBERG, CLEM WRIGHT, ANOOSH
YARAGHCHIAN, and JESUS ZAMORA,
individually,

                Plaintiffs,

    v.

MIKE BLOOMBERG 2020, INC.,

                Defendant.

**No. 20 Civ. 2489 (LTS) (GWG)**

**NOTICE OF FILING CONSENT
TO JOIN FORMS**

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In

Plaintiffs:

55.     Johnathon Bush

56.     Eddie Seay

57.     Wesley Butler

58.     Alexander Muriel

See Exhibit A.  Including these individuals, 58 individuals have opted into this litigation as party

plaintiffs.

Dated:  New York, NY                             Respectfully submitted,
            March 30, 2020

                                                             s/Michael Palitz
                                                 Michael Palitz
                                                 **SHAVITZ LAW GROUP, P.A.**
                                                 800 3rd Avenue, Suite 2800
                                                 New York, NY 10022
                                                 Telephone: (800) 616-4000
                                                 Facsimile: (561) 447-8831
                                                 mpalitz@shavitzlaw.com

                                                 Justin M. Swartz
                                                 **OUTTEN & GOLDEN LLP**
                                                 685 Third Avenue, 25th Floor
                                                 New York, NY 10017
                                                 Telephone: 212-245-1000
                                                 Facsimile: 646-509-2060
                                                 jms@outtengolden.com

                                                 Sally J. Abrahamson
                                                 **OUTTEN & GOLDEN LLP**
                                                 601 Massachusetts Avenue NW, Ste 200W
                                                 Washington, D.C. 20001
                                                 Telephone: 202-847-4400
                                                 Facsimile: 202-847-4410
                                                 sabrahamson@outtengolden.com

                                                 Gregg I. Shavitz
                                                 Tamra Givens*
                                                 **SHAVITZ LAW GROUP, P.A.**
                                                 951 Yamato Road, Suite 285
                                                 Boca Raton, FL 33431
                                                 Telephone: (561) 447-8888
                                                 Facsimile: (561) 447-8831

gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective
and Class***

*to apply for *pro hac vice* admission