AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, et al.,

       Plaintiff,

No. 2489 (LTS) (GWG)

-v-

MIKE BLOOMBERG 2020, INC.,

       Defendants.

---

STATE OF DELAWARE      }
                                           }ss.
COUNTY OF NEW CASTLE   }

I, John Garber, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 31st day of March, 2020, at 12:19 p.m., I personally served a copy of a **FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT** on **MIKE BLOOMBERG 2020, INC.**, by serving the registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting Amy McLaren-Corporate Operations Manager
Description of individual: Caucasian female, 35 years old, 5'5", 135 lbs., brown hair.

Subscribed and sworn before me
This 31st day of March, 2020

_____
Notary Public
My commission expires:

[Notary Seal: ZAHID HOSSAIN NAWAZ, MY COMMISSION EXPIRES SEPT. 10, 2020, NOTARY PUBLIC, STATE OF DELAWARE]