UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,,<br><br>                        Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                        Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE AND
<u>COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)</u>**

This matter comes before the Court on Plaintiffs' Motion for Conditional Certification of a Collective and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) ("Motion"). Having considered Plaintiffs' Motion and supporting documents, and Defendant's Opposition thereto, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. Plaintiffs are authorized to issue notice to Collective Members who worked as Field Organizers and other exempt-classified analogous positions for Mike Bloomberg 2020, Inc. nationwide at any time between November 24, 2019 and the present ("Collective Members").

2. Within 10 days of the date of this Order, Defendant shall produce to Plaintiffs a computer-readable data file containing the names, last known mailing addresses, last known telephone and cellular phone numbers, last known personal email addresses, last four digits of Collective Members' Social Security numbers (for those notices returned undeliverable), and work locations and dates of employment at each location for all Collective Members.

3. Plaintiffs' Proposed Notice and the plan for its distribution are approved. In particular, the Notice and Consent to Join Form, in a form substantially similar to the documents attached to the Declaration of Sally J. Abrahamson, shall issue to Collective Members via U.S. Mail, e-mail, and text message within 10 days of the receipt of the data from Defendant. Collective Members will have 60 days from the mailing of the Notice to return Consent to Join Forms (or in the event of re-mailings, 60 days from the re-mailing). Halfway through the 60-day period, a reminder notice shall issue to Collective Members who have not yet returned Consent to Join Forms, via reminder postcard, email, and text message. The information set forth in the Notice shall also be posted on a standalone website, through which Collective Members can electronically submit Consent to Join Forms.

**IT IS SO ORDERED.**

Dated: _____

                                              HONORABLE GABRIEL W. GORENSTEIN
                                              UNITED STATES MAGISTRATE JUDGE