# Exhibit 24

https://boards.greenhouse.io/mikebloomberg2020/jobs/4002409003 Go DEC **FEB** MAR
◀ **17** ▶
**3 captures** 2019 **2020** 2021
28 Dec 2019 - 26 Feb 2020 ▼ About this capture



Apply Now

# Field Organizer
at Mike Bloomberg 2020 (View all jobs)

Multiple Locations

Mike Bloomberg 2020 is building a team of talented, hardworking colleagues to share Mike's vision for America with voters around the country. Our approach is rooted in Mike's unique experience and success across the fields of government, business, and philanthropy. We are searching for people who share Mike's values of honesty, integrity, and inclusion to join us.

## How can you help Mike?

As a Field Organizer you'll execute the overall field strategy in each state and maximize the campaign's outreach to key constituency groups. A field organizer is the eyes and ears of the campaign and will be responsible for daily and weekly goals, all of which will be reported and tracked. This position will report to the Regional Organizing Director.

## Your responsibilities will include:

- Being accountable for reaching individual goals and metrics outlined in the field plan by Regional Organizing Directors.
- Identifying and tracking field staff progress to daily and weekly goals.
- Serving as a campaign representative within the state with community members, voters and volunteers.

## You'll need to have:

- One cycle of political field or comparable political experience or issue related campaign/organizational management is preferred.
- A flexible, adaptive and composed attitude.
- An innate ability to execute under pressure and stay on task
- Experience with CRM and tracking reporting process.
- Phenomenal work ethic; with long hours and weekends needed
- Full clean driving license preferred

<u>Salary: $6000 per month</u>

We're proud to provide all Mike Bloomberg 2020 full-time employees with a competitive salary and comprehensive benefits coverage including health care, vision, and dental insurance.