# Exhibit 26

# COURT AUTHORIZED NOTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## If you were a Field Organizer with Mike Bloomberg 2020 between November 24, 2019 and the present, please read this notice.

**A collective action lawsuit may affect your legal rights.**

*This is a court authorized notice.  This is not a solicitation from a lawyer.*

- Fifty former Field Organizers and other campaign staffers (called the Plaintiffs) have brought a lawsuit against Mike Bloomberg 2020, alleging that the Campaign failed to pay Field Organizers overtime compensation for all hours worked over 40 in a workweek, as required by the federal Fair Labor Standards Act ("FLSA").

- The lawsuit is a collective action on behalf of Field Organizers and similar field jobs who worked for the Bloomberg campaign between November 24, 2019 and the present.

- The lawsuit also includes other claims related to promises that Plaintiffs allege that the Campaign made to staffers, including to continue to pay staffers through November 2020.  This notice relates only to the overtime claims.  Returning a consent form will protect your rights with respect to overtime claims only.  You may contact Plaintiffs' Counsel to find out about any rights you may have with respect to claims related to alleged promises to pay staffers through November 2020.

- The Court has not decided who is right and who is wrong.  Your legal rights may be affected, and you have a choice to make now.

| | YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT |
|---|---|
| **SUBMIT A CLAIM FORM ("OPT-IN")** | By signing and sending in the "Consent to Join" form included with this notice, you will "opt in" and become a plaintiff in the collective action.  If you choose to be included, you may be entitled to share in any monetary recovery that might result from a trial or a settlement in this lawsuit, but you give up any rights to separately sue the Bloomberg campaign about the same legal claims in this lawsuit.  You also agree that Plaintiffs' counsel can act as your representative in this lawsuit and may make decisions affecting your claims.  Please read this entire notice for more details.<br><br>**If you wish to be included, you must complete and submit the Consent to Join form at the end of this Notice on or before [insert date that is 60 days from mailing of notice].** |
| **DO NOTHING** | By doing nothing, you will not be included in this collective action.  This means that you give up the possibility of getting money or benefits that may come from a trial or settlement in this lawsuit if the Plaintiffs are successful.  You keep any rights to sue the Bloomberg campaign separately about the same legal claims in this lawsuit, but the limitations period on your federal claim will continue to run. |

**Questions?**
Contact Hannah Cole-Chu or Michael C. Danna at:
(212) 245-1000 or Bloomberg2020Case@outtengolden.com

### 1. Why did I get this notice?

You are getting this notice because the Bloomberg campaign's records show that you worked as an exempt Field Organizer or in a similar job between November 24, 2019 and the present.

### 2. What is this lawsuit about?

The lawsuit alleges that Field Organizers and similar jobs should have received overtime under the FLSA for the hours they worked over 40 in a workweek because the Bloomberg campaign improperly classified them as "exempt" from the FLSA's overtime protections. The Bloomberg campaign denies these allegations and claims that Field Organizers and similar jobs were properly classified as exempt from overtime. The Court has not yet decided who is correct.

The Honorable Laura T. Swain and the Honorable Gabriel W. Gorenstein, judges for the United States District Court in the Southern District of New York, are overseeing the lawsuit. The lawsuit is known as *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489.

### 3. What is a collective action and who is involved?

In a collective action lawsuit, one or more people may bring a lawsuit on behalf of themselves and others who are similarly situated to them. If you complete the attached Consent to Join form and join the case, you will become part of the "Collective." One court resolves the issues for all Collective Members.

### 4. Has the Court decided who is right?

The Court has not decided which side is correct. By authorizing the issuance of this notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

### 5. What are the Plaintiffs asking for?

The Plaintiffs are seeking to recover unpaid overtime and an additional amount as liquidated damages, plus attorneys' fees and costs, for themselves and others who join the case.

2
**Questions?**
Contact Hannah Cole-Chu or Michael C. Danna at:
(212) 245-1000 or Bloomberg2020Case@outtengolden.com

### 6. How do I ask the Court to include me in the case?

If you would like to be included in the case, you should fill out and return the enclosed form, called "Consent to Join," by no later than [insert date that is 60 days from mailing of notice]. An addressed and postage-paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be sent to:

**Attn: Bloomberg Campaign Overtime Case**
**[Insert Claims Administrator Address and Contact Information]**

You may also submit an electronic consent form at [insert website address].

**If your signed Consent to Join Form is not submitted by [insert DATE], you will not participate in this lawsuit, you will not share in a monetary recovery, and you will not be bound by any settlement or judgment.**

### 7. What happens if I do nothing at all?

If you do nothing, you will not be entitled to share in any amounts recovered by the Plaintiffs for the FLSA claims in this case and will not be affected by any decision regarding those claims, whether favorable or unfavorable. You will be free to hire your own lawyer and file your own FLSA lawsuit. You should be aware that your time to bring FLSA claims is limited by a two- or three-year statute of limitations, and the limitations period on your claim will continue to run.

### 8. What happens if I join the lawsuit?

If you choose to join the Collective, you will be bound by and share in any ruling, settlement, or judgment relating to the FLSA claims, whether favorable or unfavorable. By joining this lawsuit, you may be asked to search for and produce documents about your employment with the Bloomberg campaign and sit for a deposition. You also agree to have the Plaintiffs and their counsel act as your representatives and make decisions on your behalf concerning the case. Decisions made and agreements entered into by the Plaintiffs will be binding on you if you join the lawsuit, including approving any settlement, entering into an agreement with counsel regarding payment of attorneys' fees and costs, and deciding all other matters pertaining to this lawsuit.

### 9. I think I signed a non-disclosure agreement. Can I still join the lawsuit?

Yes. Even if you think you signed a document containing language about non-disclosures of confidential information, you may still join this case. Non-disclosure agreements do not limit your ability to vindicate your legal rights or challenge the Bloomberg campaign's compensation policy, which Plaintiffs allege is unlawful.

3
Questions?
Contact Hannah Cole-Chu or Michael C. Danna at:
(212) 245-1000 or Bloomberg2020Case@outtengolden.com

**10. Is this the case about the alleged promise to pay staffers through November 2020?**

Yes. This lawsuit alleges that the Bloomberg campaign failed to pay required overtime compensation, and also includes other claims related to promises that Plaintiffs allege that the Campaign made to staffers, including to continue to pay staffers through November 2020. This notice relates only to the overtime claims. Returning a consent form will protect your rights with respect to overtime claims only. You may contact Plaintiffs' Counsel to find out about any rights you may have with respect to claims related to alleged promises to pay staffers through November 2020.

**11. Can the Bloomberg campaign and/or my current employer retaliate against me if I join the lawsuit?**

No. It is a violation of federal law for the Bloomberg campaign or any other employer to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, please contact the Plaintiffs' lawyers listed below in Paragraph 14.

**12. Do I have a lawyer in this case?**

If you choose to join the lawsuit, you will be represented by the attorneys who represent the Plaintiffs: Outten & Golden LLP and Shavitz Law Group, P.A. More information about Plaintiffs' counsel is available at www.outtengolden.com and www.shavitzlaw.com, and their contact information is listed in Paragraph 14.

You do not need to hire your own lawyer because the Plaintiffs' attorneys will be working on your behalf. You may hire your own lawyer at your own expense.

**13. How will the Plaintiffs' lawyers be paid?**

You will not be required to pay any attorneys' fees or costs out of your own pocket. The Plaintiffs entered into a contingency fee agreement with counsel, which means that if the Plaintiffs do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will apply to the Court for a portion of any settlement obtained or money judgment entered in favor of the Plaintiffs and the Collective in an amount the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the amount of time expended on the lawsuit; or (2) one-third of the gross settlement or judgment amount. Fees may be part of a settlement obtained or money judgment entered in favor of the Plaintiffs, or may be ordered by the Court to be separately paid by the Bloomberg campaign, or may be a combination of the two. Plaintiffs' counsel will apply for their costs incurred in the litigation.

Questions?
Contact Hannah Cole-Chu or Michael C. Danna at:
(212) 245-1000 or Bloomberg2020Case@outtengolden.com

| **14. Questions?** |

If you have any questions, you may write, e-mail, or call Plaintiffs' counsel:

| | |
|---|---|
| Justin M. Swartz | Gregg Shavitz |
| Sally J. Abrahamson | Michael Palitz |
| Hannah Cole-Chu | Alan Quiles |
| Michael C. Danna | Shavitz Law Group, P.A. |
| Outten & Golden LLP | 1515 South Federal Highway Suite 404 |
| 685 Third Avenue, 25th Floor | Boca Raton, FL 33432 |
| New York, New York 10017 | (800) 616-4000 |
| (212) 245-1000 | info@shavitzlaw.com |
| Bloomberg2020Case@outtengolden.com | |

DATED: \_\_\_\_\_, 2020

5
**Questions?**
Contact Hannah Cole-Chu or Michael C. Danna at:
(212) 245-1000 or Bloomberg2020Case@outtengolden.com

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

_____      _____
Name (print)                                            Signature

_____
Date

_____
*Maiden name or other alias

_____
*Street Address

_____
*City, State and Zip Code

_____      _____
*Telephone Number                                 *Email Address

*This information will be redacted and will not be filed with the Court.