# Exhibit 27

# IMPORTANT REMINDER REGARDING BLOOMBERG CAMPAIGN STAFFERS' LAWSUIT TO RECOVER UNPAID OVERTIME WAGES

Within the past month, you should have received a court-authorized notice explaining that you are eligible to participate in a collective action lawsuit against Mike Bloomberg 2020 on behalf of Field Organizers and similar jobs. **If you have any questions, or if you did not receive or no longer have the notice, please contact**: Hannah Cole-Chu or Michael C. Danna at Outten & Golden LLP by calling (212) 245-1000, or emailing Bloomberg2020Case@outtengolden.com.

**IMPORTANT: Our records indicate that you have not yet submitted a Consent to Join Form. In order to participate in the Bloomberg campaign staffers' collective action lawsuit and be eligible to collect unpaid wages if Plaintiffs prevail, you must complete the form and mail, fax, or email it to:**

**[Insert Claims Administrator Address and Contact Information]**

**You can also submit the Consent to Join Form at [insert website address].**

**To participate, your form must be submitted no later than [end of claim period].**

Bloomberg Campaign Staffers Overtime Case

[Insert claims administrator information]

[postage]

[first name] [last name]
[address] [address2]
[city], [state]  [zip]