AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, et al.,

      Plaintiff,

No. 2489 (LTS) (GWG)

-v-

MIKE BLOOMBERG 2020, INC.,

      Defendants.

STATE OF DELAWARE      }
                                      }ss.
COUNTY OF NEW CASTLE  }

I, John Garber, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 1st day of April, 2020, at 1:51 p.m., I personally served a copy of a NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE AND COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b) with exhibits and supporting documents on **MIKE BLOOMBERG 2020, INC.,** by serving the registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting Amy McLaren-Corporate Operations Manager
Description of individual: Caucasian female, 35 years old, 5'5", 135 lbs., brown hair.

Subscribed and sworn before me
This 1st day of april, 2020

_____
Notary Public
My commission expires: _____