**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                     Plaintiffs,<br><br>        v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                     Defendant. | **No. 20 Civ. 2489 (LTS) (GWG)**<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In

Plaintiffs:

67.    Marcellus Frederick

68.    Antonio Smith

69.    JC Gonzalez-Ramirez

See Exhibit A.  Including these individuals, 69 individuals have opted into this litigation as party

plaintiffs.

Dated: New York, NY                        Respectfully submitted,
           April 1, 2020

                                                          s/Michael Palitz
                                                   Michael Palitz
                                                   **SHAVITZ LAW GROUP, P.A.**
                                                   800 3rd Avenue, Suite 2800
                                                   New York, NY 10022
                                                   Telephone: (800) 616-4000
                                                   Facsimile: (561) 447-8831
                                                   mpalitz@shavitzlaw.com

                                                   Justin M. Swartz
                                                   **OUTTEN & GOLDEN LLP**
                                                   685 Third Avenue, 25th Floor
                                                   New York, NY 10017
                                                   Telephone: 212-245-1000
                                                   Facsimile: 646-509-2060
                                                   jms@outtengolden.com

                                                   Sally J. Abrahamson
                                                   **OUTTEN & GOLDEN LLP**
                                                   601 Massachusetts Avenue NW, Ste 200W
                                                   Washington, D.C. 20001
                                                   Telephone: 202-847-4400
                                                   Facsimile: 202-847-4410
                                                   sabrahamson@outtengolden.com

                                                   Gregg I. Shavitz
                                                   Tamra Givens*
                                                   **SHAVITZ LAW GROUP, P.A.**
                                                   951 Yamato Road, Suite 285
                                                   Boca Raton, FL 33431
                                                   Telephone: (561) 447-8888
                                                   Facsimile: (561) 447-8831
                                                   gshavitz@shavitzlaw.com
                                                   tgivens@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

\*to apply for *pro hac vice* admission