### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>                               Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                               Defendant. | Case No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF APPEARANCE OF NICHOLAS M. REITER** |

**PLEASE TAKE NOTICE** that Nicholas M. Reiter, of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Defendant Mike Bloomberg 2020, Inc. in the above-captioned matter.

Dated: New York, New York
       April 15, 2020

                                       **VENABLE LLP**

                                       By:   /s/ Nicholas M. Reiter
                                                 Nicholas M. Reiter
                                                 1270 Avenue of the Americas
                                                 24th Floor
                                                 New York, New York 10020
                                                 (p) (212) 370-6296
                                                 (f) (212) 307-5598
                                                 nmreiter@venable.com

                                               *Attorneys for Defendant Mike Bloomberg 2020, Inc.*