**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 20 Civ. 2489 (LTS) (GWG)<br><br>**DEFENDANT MIKE BLOOMBERG 2020, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mike Bloomberg 2020, Inc., by and through its counsel, Venable LLP, hereby states that it has no parent corporation, is a non-public corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
　　　　April 15, 2020

　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas M. Reiter
　　　　　　　　　　　　　　　　　　　　　　Nicholas M. Reiter
　　　　　　　　　　　　　　　　　　　　　　**VENABLE LLP**
　　　　　　　　　　　　　　　　　　　　　　Rockefeller Center
　　　　　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas, 24th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　Tel. (212) 307-5500
　　　　　　　　　　　　　　　　　　　　　　nmreiter@venable.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Mike Bloomberg 2020, Inc.*