IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                            Defendant. | Case No. 20 Civ. 2489 (LTS) (GWG)<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned counsel for all parties that Defendant Mike Bloomberg 2020, Inc., shall have through June 1, 2020 to answer, move, or otherwise respond to the First Amended Complaint in the above-captioned civil action.

Dated: New York, New York  
       April 15, 2020

Dated: New York, New York  
       April 15, 2020

/s/ Justin M. Swartz

Justin M. Swartz, Esq.  
OUTTEN & GOLDEN LLP  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Tel.: (212) 245-1000

*Attorneys for Plaintiffs*

/s/ Nicholas M. Reiter

Nicholas M. Reiter, Esq.  
VENABLE LLP  
1270 Avenue of the Americas, 24th Floor  
New York, NY 10020  
Tel.: (212) 307-5500

*Attorneys for Defendant Mike Bloomberg 2020, Inc.*