IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 20 Civ. 2489 (LTS) (GWG)<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned counsel for all parties that Defendant Mike Bloomberg 2020, Inc., shall have through June 1, 2020 to answer, move, or otherwise respond to the First Amended Complaint in the above-captioned civil action.

Dated: New York, New York　　　　　　　　Dated: New York, New York
　　　　April 15, 2020　　　　　　　　　　　　　　　April 15, 2020

/s/ Justin M. Swartz　　　　　　　　　　　　　/s/ Nicholas M. Reiter

Justin M. Swartz, Esq.　　　　　　　　　　　Nicholas M. Reiter, Esq.
OUTTEN & GOLDEN LLP　　　　　　　　　　VENABLE LLP
685 Third Avenue, 25th Floor　　　　　　　1270 Avenue of the Americas, 24th Floor
New York, NY 10017　　　　　　　　　　　　New York, NY 10020
Tel.: (212) 245-1000　　　　　　　　　　　　Tel.: (212) 307-5500

*Attorneys for Plaintiffs*　　　　　　　　　　　*Attorneys for Defendant Mike Bloomberg 2020, Inc.*

So Ordered.
Dated: April 16, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge