IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                    Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**NOTICE OF PLAINTIFFS' MOTION FOR
CONDITIONAL CERTIFICATION OF A COLLECTIVE AND
COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

1

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Conditional Certification of a Collective and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b), and the Declaration of Sally J. Abrahamson in Support of Plaintiffs' Motion and exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) Authorizing the issuance of notice to Collective Members;

(2) Ordering Defendant to produce a computer-readable data file containing the names, last known mailing addresses, last known telephone numbers, last known personal email addresses, last four digits of Collective Members' Social Security numbers (for those notices returned undeliverable), and work locations and dates of employment at each location for all Collective Members; and

(3) Approving Plaintiffs' Proposed Notice and the plan for its distribution.

A proposed order is attached to this Motion. Pursuant to paragraph 2.B of the Court's Individual Practices and the parties' agreement, Defendant's Opposition shall be due by May 18, 2020, and Plaintiffs' Reply shall be due by June 17, 2020.

Dated: April 17, 2020  
New York, NY

Respectfully submitted,

*/s/ Sally J. Abrahamson*

Sally J. Abrahamson  
Hannah Cole-Chu*  
**OUTTEN & GOLDEN LLP**  
601 Massachusetts Avenue NW, Ste 200W  
Washington, D.C. 20001  
Telephone: 202-847-4400  
sabrahamson@outtengolden.com  
hcolechu@outtengolden.com

Justin M. Swartz  
Michael C. Danna  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor  
New York, NY 10017

2

Telephone: 212-245-1000
jms@outtengolden.com
mdanna@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
mpalitz@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Classes*

* Admitted *pro hac vice*

## CERTIFICATION OF SERVICE

    I hereby certify that on April 17, 2020, the above document was filed electronically and served by e-mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by e-mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                         By: */s/ Sally J. Abrahamson*
                                                                             Sally J. Abrahamson