UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al*., individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>              Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Elise M. Bloom, Esq. of Proskauer Rose LLP, who is admitted to practice law in this Court, as counsel of record for Defendant Mike Bloomberg 2020, Inc.

Dated: New York, New York
       April 17, 2020

                              PROSKAUER ROSE LLP

                              By: */s/ Elise M. Bloom*
                                  Elise M. Bloom

                              Eleven Times Square
                              New York, New York 10036
                              (212) 969-3000
                              ebloom@proskauer.com

                              *Attorneys for Defendant*
                              MIKE BLOOMBERG 2020, INC.