UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>            Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Rachel S. Philion, Esq. of Proskauer Rose LLP, who is admitted to practice law in this Court, as counsel of record for Defendant Mike Bloomberg 2020, Inc.

Dated: New York, New York
       April 17, 2020

                                      PROSKAUER ROSE LLP

                                      By: */s/ Rachel S. Philion*
                                              Rachel S. Philion

                                      Eleven Times Square
                                      New York, New York 10036
                                      (212) 969-3000
                                      rphilion@proskauer.com

                                      *Attorneys for Defendant*
                                      MIKE BLOOMBERG 2020, INC.