### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>       Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

  Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

- 2 -

    101.    Anjelica Lewis

    102.    Leon Scott

See Exhibit A.  Including these individuals, 102 individuals have opted into this litigation as party plaintiffs.

Dated:  New York, NY  
         April 17, 2020

Respectfully submitted,

      s/Michael Palitz  
Michael Palitz  
**SHAVITZ LAW GROUP, P.A.**  
800 3rd Avenue, Suite 2800  
New York, NY 10022  
Telephone: (800) 616-4000  
Facsimile: (561) 447-8831  
mpalitz@shavitzlaw.com

Justin M. Swartz  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Telephone: 212-245-1000  
Facsimile: 646-509-2060  
jms@outtengolden.com

Sally J. Abrahamson  
**OUTTEN & GOLDEN LLP**  
601 Massachusetts Avenue NW, Ste 200W  
Washington, D.C. 20001  
Telephone: 202-847-4400  
Facsimile: 202-847-4410  
sabrahamson@outtengolden.com

Gregg I. Shavitz  
Tamra Givens*  
**SHAVITZ LAW GROUP, P.A.**  
951 Yamato Road, Suite 285  
Boca Raton, FL 33431  
Telephone: (561) 447-8888  
Facsimile: (561) 447-8831  
gshavitz@shavitzlaw.com

[tgivens@shavitzlaw.com](mailto:tgivens@shavitzlaw.com)

***Attorneys for Plaintiffs and the Putative Collective and Class***
*to apply for *pro hac vice* admission