**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br> Defendant. | No. 20 Civ. 2489 (LTS) (GWG) <br><br> **NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In

Plaintiffs:

      103.    Brandon Hemmelgarn

See Exhibit A.  Including these individuals, 103 individuals have opted into this litigation as

party plaintiffs.

Dated: New York, NY                Respectfully submitted,
       April 18, 2020

                                  s/Michael Palitz
                       Michael Palitz
                       **SHAVITZ LAW GROUP, P.A.**
                       800 3rd Avenue, Suite 2800
                       New York, NY 10022
                       Telephone: (800) 616-4000
                       Facsimile: (561) 447-8831
                       mpalitz@shavitzlaw.com

                       Justin M. Swartz
                       **OUTTEN & GOLDEN LLP**
                       685 Third Avenue, 25th Floor
                       New York, NY 10017
                       Telephone: 212-245-1000
                       Facsimile: 646-509-2060
                       jms@outtengolden.com

                       Sally J. Abrahamson
                       **OUTTEN & GOLDEN LLP**
                       601 Massachusetts Avenue NW, Ste 200W
                       Washington, D.C. 20001
                       Telephone: 202-847-4400
                       Facsimile: 202-847-4410
                       sabrahamson@outtengolden.com

                       Gregg I. Shavitz
                       Tamra Givens*
                       **SHAVITZ LAW GROUP, P.A.**
                       951 Yamato Road, Suite 285
                       Boca Raton, FL 33431
                       Telephone: (561) 447-8888
                       Facsimile: (561) 447-8831
                       gshavitz@shavitzlaw.com

                       tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***
*to apply for *pro hac vice* admission