**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br> Defendant. | **No. 20 Civ. 2489 (LTS) (GWG)** <br><br> **NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

124.    Gregoire Poirier

125.    Terrell Coleman

See Exhibit A.  Including these individuals, 125 individuals have opted into this litigation as

party plaintiffs.

Dated: New York, NY                          Respectfully submitted,
       May 13, 2020

                                             _____s/Michael Palitz_____
                                             Michael Palitz
                                             **SHAVITZ LAW GROUP, P.A.**
                                             800 3rd Avenue, Suite 2800
                                             New York, NY 10022
                                             Telephone: (800) 616-4000
                                             Facsimile: (561) 447-8831
                                             mpalitz@shavitzlaw.com

                                             Justin M. Swartz
                                             **OUTTEN & GOLDEN LLP**
                                             685 Third Avenue, 25th Floor
                                             New York, NY 10017
                                             Telephone: 212-245-1000
                                             Facsimile: 646-509-2060
                                             jms@outtengolden.com

                                             Sally J. Abrahamson
                                             **OUTTEN & GOLDEN LLP**
                                             601 Massachusetts Avenue NW, Ste 200W
                                             Washington, D.C. 20001
                                             Telephone: 202-847-4400
                                             Facsimile: 202-847-4410
                                             sabrahamson@outtengolden.com

                                             Gregg I. Shavitz
                                             Tamra Givens*
                                             **SHAVITZ LAW GROUP, P.A.**
                                             951 Yamato Road, Suite 285
                                             Boca Raton, FL 33431
                                             Telephone: (561) 447-8888
                                             Facsimile: (561) 447-8831
                                             gshavitz@shavitzlaw.com
                                             tgivens@shavitzlaw.com

                                             *Attorneys for Plaintiffs and the Putative Collective*

***and Class***
*to apply for *pro hac vice* admission