**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　Defendants. | No. 20 Civ. 2489 (LTS) (GWG) |

**NOTICE OF WITHDRAWAL OF CONSENT**

On May 13, 2020, Gregg Poirier filed a consent form to join this case. ECF No. 83. Mr. Poirier hereby withdraws his consent form.

Dated: May 28, 2020  
       New York, NY

Respectfully submitted,

*/s/ Justin Swartz*

Justin M. Swartz  
Michael C. Danna  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Telephone: 212-245-1000  
jms@outtengolden.com  
mdanna@outtengolden.com

Sally J. Abrahamson  
Hannah Cole-Chu*  
**OUTTEN & GOLDEN LLP**  
601 Massachusetts Avenue NW, Ste 200W  
Washington, D.C. 20001  
Telephone: 202-847-4400  
sabrahamson@outtengolden.com  
hcolechu@outtengolden.com

Gregg I. Shavitz*  
Tamra Givens*  
**SHAVITZ LAW GROUP, P.A.**  
951 Yamato Road, Suite 285  
Boca Raton, FL 33431  
Telephone: (561) 447-8888  
gshavitz@shavitzlaw.com  
tgivens@shavitzlaw.com

Michael Palitz  
**SHAVITZ LAW GROUP, P.A.**  
800 3rd Avenue, Suite 2800  
New York, NY 10022  
Telephone: (800) 616-4000  
mpalitz@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Classes***

* Admitted *pro hac vice*

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 28, 2020, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Justin Swartz*
Justin Swartz