## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, CAELAN DOHERTY, MAX
GOLDSTEIN, BRIDGET LOGAN, JAMES
KYLE NEWMAN, ZIA ORAM, ALAN
ROBINSON, ALEXANDRA MARIE
WHEATLEY-DIAZ, individually and on behalf
all others similarly situated, and CHERYL
BALDWIN, JONATHAN BARRIO, DESMOND
BATTS, GARRETT BECKENBAUGH,
COCHIESE BOWERS, MILES CEPLECHA,
ROBIN CEPPOS, MELINDA CIRILO, JANE
CONRAD, ROBERT CORDOVA, JR.,
CHRISTINE DOCZY, RACHEL DOUGLAS,
THERESA EDWARDS, ELIZA FINK, JASON
FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH
FREDRICKSON, MARIA GONZALEZ,
NATHANIEL ROBERT GROH, BRANDI
HARRIS, PETER KAMARA, MACK
KENNEDY, MADISON OLIVER MAYS,
PATRICK MCHUGH, FRIDA MICHELLE
NARANJO, PAUL MONTEROSSO, REY
MURPHY, JOSEPH NESTOR, LUKE
NICHOLAS, JOSEPHINE OLINGER, ALEC
SILVESTER, DANIEL SMITH, CHRIS SOTH,
AUDRA TELLEZ, CARLOS TORRES,
ELLIOTT TRICOTTI, GLORIA TYLER,
LAKISHA WATSON-MOORE, JESSE
WEINBERG, CLEM WRIGHT, ANOOSH
YARAGHCHIAN, and JESUS ZAMORA,
individually,

      Plaintiffs,

  v.

MIKE BLOOMBERG 2020, INC.,

      Defendant.

**No. 20 Civ. 2489 (LTS) (GWG)**

**NOTICE OF FILING CONSENT
TO JOIN FORMS**

   Please take notice that Plaintiffs submit the consent to join form for the following Opt-In

Plaintiffs:

130.    Retevia Chisholm

131.    Gabrielle Fisher

See Exhibit A.  Including these individuals, 131 individuals have opted into this litigation as

party plaintiffs.

Dated: New York, NY                  Respectfully submitted,
        May 29, 2020

                                     s/Michael Palitz
                                Michael Palitz
                                **SHAVITZ LAW GROUP, P.A.**
                                800 3rd Avenue, Suite 2800
                                New York, NY 10022
                                Telephone: (800) 616-4000
                                Facsimile: (561) 447-8831
                                mpalitz@shavitzlaw.com

                                Justin M. Swartz
                                **OUTTEN & GOLDEN LLP**
                                685 Third Avenue, 25th Floor
                                New York, NY 10017
                                Telephone: 212-245-1000
                                Facsimile: 646-509-2060
                                jms@outtengolden.com

                                Sally J. Abrahamson
                                **OUTTEN & GOLDEN LLP**
                                601 Massachusetts Avenue NW, Ste 200W
                                Washington, D.C. 20001
                                Telephone: 202-847-4400
                                Facsimile: 202-847-4410
                                sabrahamson@outtengolden.com

                                Gregg I. Shavitz
                                Tamra Givens*
                                **SHAVITZ LAW GROUP, P.A.**
                                951 Yamato Road, Suite 285
                                Boca Raton, FL 33431
                                Telephone: (561) 447-8888
                                Facsimile: (561) 447-8831
                                gshavitz@shavitzlaw.com
                                tgivens@shavitzlaw.com

                                ***Attorneys for Plaintiffs and the Putative Collective***

***and Class***
*to apply for *pro hac vice* admission