UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONNA WOOD, *et al*., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MIKE BLOOMBERG 2020, INC.,

Defendant.

20 Civ. 2489 (LTS) (GWG)

**MOTION FOR *PRO HAC VICE* ADMISSION OF MARK W. BATTEN**

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mark W. Batten, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Mike Bloomberg 2020, Inc. ("Defendant") in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.  In support of this Motion, Defendant directs the attention of this Court to the annexed Certificate of Good Standing.

Dated:  June 1, 2020

Respectfully submitted,

*/s/ Mark W. Batten*
Mark W. Batten
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9899
mbatten@proskauer.com

*Attorneys for Defendant*
*Mike Bloomberg 2020, Inc.*