UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**DECLARATION OF MARK W. BATTEN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Mark W. Batten, do hereby declare and state as follows:

1.  I am a member of the law firm of Proskauer Rose LLP, counsel for Defendant Mike Bloomberg 2020, Inc. in the above-captioned action.

2.  I submit this Declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned action pursuant to Local Civil Rule 1.3(c).

3.  I practice in Proskauer Rose LLP's Boston, Massachusetts office, which is located at One International Place, Boston, MA 02110. My telephone number is (617) 526-9850. My facsimile number is (617) 526-9899. My e-mail address is mbatten@proskauer.com.

4.  I have been admitted to the following courts in the following years: North Carolina (1988); Massachusetts (1994); U.S. Claims Court (1990); U.S. Court of Appeals for the Eighth Circuit (1996); U.S. Court of Appeals for the Third Circuit (1998); U.S. Court of Appeals for the Second Circuit (1999, renewed 2010); U.S. Court of Appeals for the First Circuit (2000); U.S. Court of Appeals for the Seventh Circuit (2010); U.S. Court of Appeals for the Sixth Circuit (2017); the U.S. District Court for the District of Massachusetts (2003); and the U.S. Supreme

Court (2015). A copy of a certificate of good standing from the Commonwealth of Massachusetts is annexed hereto as Exhibit A.

5. I am in good standing and eligible to practice in all of the courts listed in Paragraph 4, above, except that my membership in the North Carolina bar is voluntarily in inactive status.

6. I have never been denied admission or disciplined by any court.

7. I have fully reviewed and am familiar with the Rules of The United States District Court for the Southern District of New York.

8. For these reasons, I respectfully request that this Court issue an Order admitting me to appear as a visiting attorney in this action as counsel for Defendant.

I hereby certify under penalty of perjury, that the foregoing statements made by me are true and correct.

Dated: June 1, 2020                                         /s/ Mark W. Batten
                                                             Mark W. Batten