UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                        Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**[PROPOSED] ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF MARK W. BATTEN** |

The Motion of Mark W. Batten for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

    Mark W. Batten
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110
    Telephone: (617) 526-9850
    Facsimile: (617) 526-9899
    mbatten@proskauer.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Mike Bloomberg 2020, Inc. in the above-captioned action.

[Remainder of page intentionally left blank]

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June __, 2020                              SO ORDERED: _____

                                                                 HON. GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge