UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al*., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>     Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Pinchos Goldberg, Esq. of Proskauer Rose LLP, who is admitted to practice law in this Court, as counsel of record for Defendant Mike Bloomberg 2020, Inc.

Dated: New York, New York
    June 1, 2020

              PROSKAUER ROSE LLP

              By: */s/ Pinchos Goldberg*
                 Pinchos Goldberg

              Eleven Times Square
              New York, New York 10036
              (212) 969-3000
              pgoldberg@proskauer.com

              *Attorneys for Defendant*
              MIKE BLOOMBERG 2020, INC.