UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MIKE BLOOMBERG 2020, INC.,

Defendant.

20 Civ. 2489 (LTS) (GWG)

**DECLARATION OF HAYDEN HOROWITZ**

I, Hayden Horowitz, hereby depose and state:

1. I serve as the Treasurer of Mike Bloomberg 2020, Inc. (the "Campaign"). I make this declaration on personal knowledge.

2. The Campaign was incorporated as a non-profit political organization within the meaning of 26 U.S.C. §527 and registered as a principal campaign committee with the Federal Election Commission ("FEC"). Attached as Exhibits A and B are true and correct copies of the Campaign's Certification of Incorporation and Statement of Organization, FEC Form 1.

3. The Campaign's sole source of income was contributions, both in cash and "in kind," by Michael Bloomberg. With the exception described in paragraph 4 below, the Campaign did not accept contributions from any other source.

4. The Campaign did sell merchandise with the campaign logo or other similar references to the campaign, such as hats and t-shirts. The sole purpose of the sale of merchandise was to communicate messages concerning Michael Bloomberg's candidacy for the Presidency and energize his supporters, not to generate revenue. The items were sold to the public at cost to the Campaign, which was noted on the website, and when shipping and other costs are included, the Campaign actually lost money on those sales. Because the Campaign did

not receive any profit from the sales, the Campaign initially reported these sales to the FEC as "other receipts" rather than as contributions. However, the FEC subsequently directed the Campaign to amend its previously filed reports to classify these sales as contributions per federal election regulations. Attached as Exhibit C is a true and accurate excerpt from the Campaign's February Monthly Report, FEC Form 3P, covering the period from January 1 to January 31, 2020 (the "February Monthly Report"), as originally filed. It shows the merchandise sales on line 21 as "Other Receipts." Attached as Exhibit D is a true and correct copy of the March 15, 2020 letter from the FEC which, among other things, directs the Campaign to reclassify those sales as campaign contributions. And attached as Exhibit E is a true and accurate excerpt from the amended February Monthly Report (the full report is 1,515 pages), showing the reclassification of the merchandise sales to line 17, characterizing them as contributions; the final page of Exhibit E shows a sample of the itemization that the Campaign provided, showing "Sale[s] of Merchandise at Cost."

5. All sales of merchandise were conducted online. Merchandise was also distributed in person, but in those instances it was given away without charge.

6. In keeping with its status as a non-profit political committee under 26 U.S.C. §527, the Campaign did not make any sales of goods (other than the merchandise described above and the disposition of excess Campaign assets during the wind down of operations in early April 2020), donated or transferred any excess campaign materials and technology in the states to various charities and democratic state parties, and did not engage in any business or other commercial activity for the purpose of earning income. All activities were undertaken for the sole purpose of advancing Michael Bloomberg's candidacy for the Presidency.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 27, 2020

Hayden Horowitz