# EXHIBIT B

# FEC FORM 1

# STATEMENT OF ORGANIZATION

Office Use Only

**1. NAME OF COMMITTEE (in full)**   ☐ (Check if name is changed)   Example: If typing, type over the lines.   `12FE4M5`

## Mike Bloomberg 2020, Inc.

**ADDRESS (number and street)**   ☐ ◄ (Check if address is changed)

909 Third Avenue

c/o Geller & Company

New York
CITY ▲

NY
STATE ▲

10022
ZIP CODE ▲

**COMMITTEE'S E-MAIL ADDRESS**   ☐ ◄ (Check if address is changed)

compliance@mikebloomberg.com

Optional Second E-Mail Address

**COMMITTEE'S WEB PAGE ADDRESS (URL)**   ☐ ◄ (Check if address is changed)

www.mikebloomberg.com

**2. DATE**

| M M | D D | Y Y Y Y |
|-----|-----|---------|
| 11  | 21  | 2019    |

**3. FEC IDENTIFICATION NUMBER ▶**   C  C00728154

**4. IS THIS STATEMENT**   ☒ NEW (N)   **OR**   ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Horowitz, Hayden, , ,

Signature of Treasurer   *Horowitz, Hayden, , ,*   *[Electronically Filed]*   Date

| M M | D D | Y Y Y Y |
|-----|-----|---------|
| 11  | 21  | 2019    |

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

For further information contact:
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

FEC **Form 1** (Revised 02/2009)                                                                                                    Page **2**

5.  TYPE OF COMMITTEE

**Candidate Committee:**

(a)  [✗]  This committee is a principal campaign committee. (Complete the candidate information below.)

(b)  [ ]  This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate    Bloomberg, Michael, R., ,

Candidate Party Affiliation   `DEM`     Office Sought:   [ ] House   [ ] Senate   [✗] President     State [ ]   District [ ]

(c)  [ ]  This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate

**Party Committee:**

(d)  [ ]  This committee is a [ ] (National, State or subordinate) committee of the [ ] (Democratic, Republican, etc.) Party.

**Political Action Committee (PAC):**

(e)  [ ]  This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

[ ] Corporation   [ ] Corporation w/o Capital Stock   [ ] Labor Organization

[ ] Membership Organization   [ ] Trade Association   [ ] Cooperative

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

(f)  [ ]  This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

[ ] In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

**Joint Fundraising Representative:**

(g)  [ ]  This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(h)  [ ]  This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1.  [                    ]  FEC ID number  C [          ]

2.  [                    ]  FEC ID number  C [          ]

3.  [                    ]  FEC ID number  C [          ]

4.  [                    ]  FEC ID number  C [          ]

FEC **Form 1** (Revised 02/2009)                                                                                           Page **3**

Write or Type Committee Name

# Mike Bloomberg 2020, Inc.

**6.   Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

|        | CITY | STATE | ZIP CODE |
|--------|------|-------|----------|

Relationship:   ☐ Connected Organization   ☐ Affiliated Committee   ☐ Joint Fundraising Representative   ☐ Leadership PAC Sponsor

---

**7.   Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name          Horowitz, Hayden, , ,

Mailing Address    909 Third Avenue

                   c/o Geller & Company

                   New York                                           NY      10022

Title or Position                   CITY                            STATE        ZIP CODE

Treasurer                                    Telephone number   212 – 205 – 7446

---

**8.   Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name          Horowitz, Hayden, , ,
of Treasurer

Mailing Address    909 Third Avenue

                   c/o Geller & Company

                   New York                                           NY      10022

                                        CITY                            STATE        ZIP CODE

Title or Position
Treasurer                                    Telephone number   212 – 205 – 7446

FEC **Form 1** (Revised 02/2009)                                                    Page **4**

Full Name of
Designated
Agent

Mailing Address

|                    | CITY | STATE | ZIP CODE |

Title or Position

Telephone number

---

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Bank of America

Mailing Address   114 West 47th Street

|                    | CITY | STATE | ZIP CODE |
| New York | | NY | 10036 |

Name of Bank, Depository, etc.

Mailing Address

|                    | CITY | STATE | ZIP CODE |