# EXHIBIT C

# REPORT OF RECEIPTS AND DISBURSEMENTS

**FEC FORM 3P**

BY AN AUTHORIZED COMMITTEE OF A CANDIDATE FOR THE OFFICE OF PRESIDENT OR VICE PRESIDENT

Office Use Only

Example: If typing, type over the lines.   `12FE4M5`

**1. NAME OF COMMITTEE** (in full, type or print)

Mike Bloomberg 2020, Inc.

ADDRESS (number and street): 909 3rd Ave

☐ Check if different than previously reported. (ACC)

CITY: New York     STATE: NY     ZIP CODE: 10022

**2. FEC IDENTIFICATION NUMBER** ▶ C00728154

**3. TYPE OF REPORT** (Choose One)

☐ Check here if this is a Termination Report (TER)

Quarterly Reports:
- ☐ April 15 (Q1)
- ☐ July 15 (Q2)
- ☐ October 15 (Q3)
- ☐ January 31 Year-End Report (YE)

Monthly Reports:
- ☒ Feb 20 (M2)
- ☐ Mar 20 (M3)
- ☐ Apr 20 (M4)
- ☐ May 20 (M5)
- ☐ Jun 20 (M6)
- ☐ Jul 20 (M7)
- ☐ Aug 20 (M8)
- ☐ Sep 20 (M9)
- ☐ Oct 20 (M10)
- ☐ Nov 20 (M11)
- ☐ Dec 20 (M12)
- ☐ Jan 31 (YE)

☐ 12-Day Pre-Election Report for the Election on __/__/____ in the State of ____

☐ 30-Day Post-Election Report for the General Election on __/__/____

**4. IS THIS REPORT AN AMENDMENT?**   ☐ yes   ☒ no

**5. COVERING PERIOD**   01 / 01 / 2020   THROUGH   01 / 31 / 2020

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Horowitz, Hayden, , ,

Signature of Treasurer: *Horowitz, Hayden, , ,*   *[Electronically Filed]*   Date: 02 / 20 / 2020

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. §30109. All previous versions of this form are obsolete and should no longer be used.

Office Use Only

FEC **Form 3P** (Rev. 05/2016)

FEC **Form 3P** (Rev. 05/2016)  PAGE 2 / 1508

Write or Type Committee Name

# Mike Bloomberg 2020, Inc.

Report Covering the Period: From: 01 / 01 / 2020   To: 01 / 31 / 2020

## SUMMARY

| | | |
|---|---|---|
| 6. | CASH ON HAND AT BEGINNING OF REPORTING PERIOD | 11973666.62 |
| 7. | TOTAL RECEIPTS THIS PERIOD (From Line 22, Column A, Page 3) | 263785505.44 |
| 8. | SUBTOTAL (Lines 6 and 7) | 275759172.06 |
| 9. | TOTAL DISBURSEMENTS THIS PERIOD (From Line 30, Column A, Page 4) | 220620861.64 |
| 10. | CASH ON HAND AT CLOSE OF THE REPORTING PERIOD (Subtract Line 9 from 8) | 55138310.42 |
| 11. | DEBTS AND OBLIGATIONS OWED TO THE COMMITTEE (Itemize All on Schedule C-P or Schedule D-P) | 0.00 |
| 12. | DEBTS AND OBLIGATIONS OWED BY THE COMMITTEE (Itemize All on Schedule C-P or Schedule D-P) | 47933276.11 |
| 13. | EXPENDITURES SUBJECT TO LIMIITATION (Use the worksheet on Page 8 to calculate this amount.) | 0.00 |

## NET ELECTION CYCLE-TO-DATE CONTRIBUTIONS AND EXPENDITURES

| | | |
|---|---|---|
| 14. | NET CONTRIBUTIONS (Other than Loans) (Subtract Line 28d, Column B on Page 4 from 17e, Column B on Page 3) | 463765425.29 |
| 15. | NET OPERATING EXPENDITURES (Subtract Line 20a, Column B on Page 3 from 23, Column B on Page 4) | 408967631.56 |

# DETAILED SUMMARY PAGE
## of Receipts

FEC **Form 3P** (Rev. 05/2016)

PAGE 3 / 1508

**NAME OF COMMITTEE (in Full)**
Mike Bloomberg 2020, Inc.

Report Covering the Period: From: 01/01/2020 To: 01/31/2020

| I. RECEIPTS | COLUMN A<br>Total This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---:|---:|
| 16. FEDERAL FUNDS (Itemize on Schedule A-P) | 0.00 | 0.00 |
| 17. CONTRIBUTIONS (other than loans) FROM: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) itemized | 0.00 | 0.00 |
| (ii) unitemized | 0.00 | 0.00 |
| (iii) Total contributions | 0.00 | 0.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees | 0.00 | 0.00 |
| (d) The Candidate | 263651376.11 | 463765425.29 |
| (e) TOTAL CONTRIBUTIONS (other than loans) (Add 17(a), 17(b), 17(c) and 17(d)) | 263651376.11 | 463765425.29 |
| 18. TRANSFERS FROM OTHER AUTHORIZED COMMITTEES | 0.00 | 0.00 |
| 19. LOANS RECEIVED: | | |
| (a) Loans Received From or Guaranteed by Candidate | 0.00 | 0.00 |
| (b) Other Loans | 0.00 | 0.00 |
| (c) TOTAL LOANS (Add 19(a) and 19(b)) | 0.00 | 0.00 |
| 20. OFFSETS TO EXPENDITURES (Refunds, Rebates, etc.): | | |
| (a) Operating | 1746.20 | 1746.20 |
| (b) Fundraising | 0.00 | 0.00 |
| (c) Legal and Accounting | 0.00 | 0.00 |
| (d) TOTAL OFFSETS TO EXPENDITURES (Add 20(a), 20(b) and 20(c)) | 1746.20 | 1746.20 |
| 21. OTHER RECEIPTS (Dividends, Interest, etc.) | 132383.13 | 377952.51 |
| 22. TOTAL RECEIPTS (Add 16, 17(e), 18, 19(c), 20(d) and 21) | 263785505.44 | 464145124.00 |

# DETAILED SUMMARY PAGE
of Disbursements and Contributed Items

FEC **Form 3P** (Rev. 05/2016)

PAGE 4 / 1508

**NAME OF COMMITTEE (in Full)**
Mike Bloomberg 2020, Inc.

Report Covering the Period:  From: 01 / 01 / 2020  To: 01 / 31 / 2020

| II. DISBURSEMENTS | COLUMN A<br>Total This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---:|---:|
| 23. OPERATING EXPENDITURES | 220585314.01 | 408969377.76 |
| 24. TRANSFERS TO OTHER AUTHORIZED COMMITTEES | 0.00 | 0.00 |
| 25. FUNDRAISING DISBURSEMENTS | 0.00 | 0.00 |
| 26. EXEMPT LEGAL AND ACCOUNTING DISBURSEMENTS | 0.00 | 0.00 |
| 27. LOAN REPAYMENTS MADE: | | |
| (a) Repayments of Loans made or Guaranteed by Candidate | 0.00 | 0.00 |
| (b) Other Repayments | 0.00 | 0.00 |
| (c) TOTAL LOAN REPAYMENTS MADE (Add 27(a) and 27(b)) | 0.00 | 0.00 |
| 28. REFUNDS OF CONTRIBUTIONS TO: | | |
| (a) Individuals/Persons Other Than Political Committees | 0.00 | 0.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees | 0.00 | 0.00 |
| (d) TOTAL CONTRIBUTION REFUNDS (Add 28(a), 28(b) and 28(c)) | 0.00 | 0.00 |
| 29. OTHER DISBURSEMENTS | 35547.63 | 37435.82 |
| 30. TOTAL DISBURSEMENTS (Add 23, 24, 25, 26, 27(c), 28(d) and 29) | 220620861.64 | 409006813.58 |

### III. CONTRIBUTED ITEMS
(Stock, Art Objects, Etc.)

| | | |
|---|---:|---:|
| 31. ITEMS ON HAND TO BE LIQUIDATED (Attach List) | 0.00 | |