UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**ORDER ON MOTION FOR<br>*PRO HAC VICE* ADMISSION<br>OF MARK W. BATTEN** |

The Motion of Mark W. Batten for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

Mark W. Batten
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9850
Facsimile: (617) 526-9899
mbatten@proskauer.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Mike Bloomberg 2020, Inc. in the above-captioned action.

[Remainder of page intentionally left blank]

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 2, 2020          SO ORDERED

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge