**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                      Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                      Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORM** |

Please take notice that Plaintiffs submit the consent to join form for the following Opt-In Plaintiff:

    136.    Sammie Walthour

See Exhibit A. Including these individuals, 136 individuals have opted into this litigation as party plaintiffs.

| | |
|---|---|
| Dated: New York, NY<br>June 8, 2020 | Respectfully submitted,<br><br>    s/Michael Palitz<br>Michael Palitz<br>**SHAVITZ LAW GROUP, P.A.**<br>800 3rd Avenue, Suite 2800<br>New York, NY 10022<br>Telephone: (800) 616-4000<br>Facsimile: (561) 447-8831<br>mpalitz@shavitzlaw.com<br><br>Justin M. Swartz<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: 212-245-1000<br>Facsimile: 646-509-2060<br>jms@outtengolden.com<br><br>Sally J. Abrahamson<br>**OUTTEN & GOLDEN LLP**<br>601 Massachusetts Avenue NW, Ste 200W<br>Washington, D.C. 20001<br>Telephone: 202-847-4400<br>Facsimile: 202-847-4410<br>sabrahamson@outtengolden.com<br><br>Gregg I. Shavitz<br>Tamra Givens*<br>**SHAVITZ LAW GROUP, P.A.**<br>951 Yamato Road, Suite 285<br>Boca Raton, FL 33431<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831<br>gshavitz@shavitzlaw.com<br>tgivens@shavitzlaw.com<br><br>***Attorneys for Plaintiffs and the Putative Collective and Class***<br>*to apply for *pro hac vice* admission |