Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 10, 2020

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**Via ECF**

The Honorable Laura Taylor Swain
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Donna Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Swain:

We represent Defendant Mike Bloomberg 2020, Inc. in the above-referenced action, in which Defendant will be filing a motion to dismiss and to strike class allegations with respect to the Second Amended Complaint ("SAC") on June 17, 2020. *See* Dkt. Nos. 80, 86. Given the need to adequately address the issues raised in the SAC, which consists of 432 paragraphs over 100 pages, we write respectfully to request the Court's leave to file an opening brief of up to 35 pages in length and a reply brief of up to 15 pages in length. Counsel for Plaintiffs has indicated that Plaintiffs agree to this request, provided that Plaintiffs be given leave to file an opposition brief of up to 35 pages, and Defendant does not object to Plaintiffs' request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom


cc:   All Counsel of Record (via ECF)