UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**DECLARATION OF<br>ELISE M. BLOOM, ESQ.** |

　　　　I, Elise M. Bloom, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

　　　　1.　　I am a member of the law firm Proskauer Rose LLP, attorneys for Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-captioned action. I am fully familiar with the facts set forth herein. I submit this declaration in support of Defendant's partial motion to dismiss, or, in the alternative, to strike the class allegations.

　　　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of the Second Amended Class and Collective Action Complaint filed in this action on May 18, 2020 (Dkt. No. 86).

　　　　3.　　Attached hereto as Exhibit 2 is a true and correct copy of the Campaign's Certificate of Incorporation, which was filed with the Secretary of State of the State of Delaware on November 8, 2019.

　　　　4.　　Attached hereto as Exhibit 3 is a true and correct copy of the Campaign's Statement of Organization, FEC Form 1, which was filed with the Federal Election Commission ("FEC") on November 21, 2019, and is available on the FEC's website at:

http://docquery.fec.gov/pdf/029/201911219166073029/201911219166073029.pdf.

5.  Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the Campaign's Report of Receipts and Disbursements, FEC Form 3P, which was filed with the FEC on February 20, 2020, and is available on the FEC's website at:

http://docquery.fec.gov/pdf/965/202002209186594965/202002209186594965.pdf.

6.  Attached hereto as Exhibit 5 is a true and correct copy of a March 15, 2020 letter from the FEC to the Campaign, which is available on the FEC's website at:

http://docquery.fec.gov/pdf/712/202003150300060712/202003150300060712.pdf.

7.  Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the Campaign's Amended Report of Receipts and Disbursements, FEC Form 3P, which was filed with the FEC on March 27, 2020, and is available on the FEC's website at:

http://docquery.fec.gov/pdf/447/202003279216020447/202003279216020447.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York           */s/ Elise M. Bloom*
       June 17, 2020                          Elise M. Bloom