# EXHIBIT 2

# Delaware

Page 1

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "MIKE BLOOMBERG 2020, INC.", FILED IN THIS OFFICE ON THE EIGHTH DAY OF NOVEMBER, A.D. 2019, AT 5:43 O`CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



Jeffrey W. Bullock, Secretary of State

7695013  8100  
SR# 20198003279  

Authentication: 203970736  
Date: 11-08-19  

You may verify this certificate online at corp.delaware.gov/authver.shtml

**CERTIFICATE OF INCORPORATION
OF
MIKE BLOOMBERG 2020, INC.**

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:43 PM 11/08/2019
FILED 05:43 PM 11/08/2019
SR 20198003279 - File Number 7695013

FIRST: The name of the corporation (the "Corporation") is: Mike Bloomberg 2020, Inc.

SECOND: The address of the registered office of the Corporation in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, in the County of New Castle. The name of the Corporation's registered agent at such address is The Corporation Trust Company.

THIRD: The Corporation is organized for the following purposes:

To solicit and accept contributions, to make expenditures and disbursements, and to engage in any activities related to federal elections or issues of public importance that are authorized by and are consistent with Section 527 of the Internal Revenue Code of 1986, as amended, and other applicable law.

FOURTH: The Corporation shall be a nonprofit corporation and shall have no authority to issue capital stock.

FIFTH: The conditions of membership in the Corporation shall be as set forth in the Bylaws of the Corporation.

SIXTH: The Corporation shall have perpetual existence, but may be dissolved at any time by action of a majority of the Board of Directors then in office, pursuant to the requirements of the Delaware General Corporation Law, as the same exists or may hereafter be amended. In the event of such dissolution, all surplus funds of the Corporation shall be distributed in a manner consistent with Section 527 of the Internal Revenue Code, including, at the discretion of a majority of the Board, to an organization which is exempt from taxation under Section 501(c)(3) of the Internal Revenue Code. Surplus funds may also be refunded to any contributors to the Corporation on a pro-rata basis.

SEVENTH: A director of the Corporation shall not be personally liable to the Corporation or its members for monetary damages for breach of fiduciary duty as a director, except to the extent such exemption from liability or limitation thereof is not permitted under the General Corporation Law, as the same exists or may hereafter be amended. Any repeal or modification of the foregoing sentence shall not adversely affect any right or protection of a director of the Corporation existing hereunder with respect to any act or omission occurring prior to such repeal or modification.

EIGHTH: In furtherance and not in limitation of the powers conferred by law, subject to any limitations contained in the Corporation's Bylaws, the Corporation's Board of Directors is authorized to make, repeal, alter, amend or rescind the Bylaws.

NINTH: The name and mailing address of the incorporator are as follows:

Meredith McCoy
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

I, the Undersigned, for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand this 8th day of November, 2019.

_____
Meredith McCoy, Incorporator