# EXHIBIT 3

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

Office Use Only

12FE4M5

1. **NAME OF COMMITTEE** (in full)   ☐ (Check if name is changed)   Example: If typing, type over the lines.

   Mike Bloomberg 2020, Inc.

   **ADDRESS** (number and street)   909 Third Avenue
   ☐ (Check if address is changed)   c/o Geller & Company

   CITY ▲ New York   STATE ▲ NY   ZIP CODE ▲ 10022

   **COMMITTEE'S E-MAIL ADDRESS**
   ☐ (Check if address is changed)   compliance@mikebloomberg.com
   Optional Second E-Mail Address

   **COMMITTEE'S WEB PAGE ADDRESS (URL)**
   ☐ (Check if address is changed)   www.mikebloomberg.com

2. **DATE**   MM 11 / DD 21 / YYYY 2019

3. **FEC IDENTIFICATION NUMBER** ▶   C   C00728154

4. **IS THIS STATEMENT**   ☒ NEW (N)   **OR**   ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Horowitz, Hayden, , ,

Signature of Treasurer: *Horowitz, Hayden, , ,*   *[Electronically Filed]*   Date: 11 / 21 / 2019

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g. ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

FEC **Form 1** (Revised 02/2009) Page **2**

5. TYPE OF COMMITTEE

   **Candidate Committee:**

   (a) ☒ This committee is a principal campaign committee. (Complete the candidate information below.)

   (b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

   Name of Candidate: Bloomberg, Michael, R., ,

   Candidate Party Affiliation: DEM     Office Sought: ☐ House  ☐ Senate  ☒ President     State:     District:

   (c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

   Name of Candidate:

   **Party Committee:**

   (d) ☐ This committee is a ___ (National, State or subordinate) committee of the ___ (Democratic, Republican, etc.) Party.

   **Political Action Committee (PAC):**

   (e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

   ☐ Corporation     ☐ Corporation w/o Capital Stock     ☐ Labor Organization
   ☐ Membership Organization     ☐ Trade Association     ☐ Cooperative

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   (f) ☐ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

   **Joint Fundraising Representative:**

   (g) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

   (h) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

   Committees Participating in Joint Fundraiser

   1. _____ FEC ID number C
   2. _____ FEC ID number C
   3. _____ FEC ID number C
   4. _____ FEC ID number C

Write or Type Committee Name

**Mike Bloomberg 2020, Inc.**

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

CITY   STATE   ZIP CODE

Relationship:  ☐ Connected Organization  ☐ Affiliated Committee  ☐ Joint Fundraising Representative  ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name: Horowitz, Hayden, , ,

Mailing Address: 909 Third Avenue
c/o Geller & Company
New York   NY   10022

CITY   STATE   ZIP CODE

Title or Position: Treasurer

Telephone number: 212 - 205 - 7446

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer: Horowitz, Hayden, , ,

Mailing Address: 909 Third Avenue
c/o Geller & Company
New York   NY   10022

CITY   STATE   ZIP CODE

Title or Position: Treasurer

Telephone number: 212 - 205 - 7446

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent

Mailing Address

CITY    STATE    ZIP CODE

Title or Position

Telephone number

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Bank of America

Mailing Address

114 West 47th Street

New York    NY    10036

CITY    STATE    ZIP CODE

Name of Bank, Depository, etc.

Mailing Address

CITY    STATE    ZIP CODE