# EXHIBIT 5



RQ-2

**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

March 15, 2020

HAYDEN HOROWITZ, TREASURER
MIKE BLOOMBERG 2020, INC.
C/O GELLER & COMPANY
909 THIRD AVENUE
NEW YORK, NY  10022

**Response Due Date**
**04/20/2020**

IDENTIFICATION NUMBER: C00728154

REFERENCE: FEBRUARY MONTHLY REPORT (01/01/2020 - 01/31/2020)

Dear Treasurer:

This letter is prompted by the Commission's preliminary review of the report referenced above. This notice requests information essential to full public disclosure of your federal election campaign finances. **Failure to adequately respond by the response date noted above could result in an audit or enforcement action**. Additional information is needed for the following **4** item(s):

**1.** Debt payments for this period (Schedule D-P) are greater than the payments itemized on Schedule B-P. Each expenditure to a person, which in the aggregate exceeds $200 for the election cycle, must be reported on Schedule B-P. "Person" includes an individual, partnership, corporation, association, and public or private organization -- other than an agency of the United States Government. Please amend your report to correct the discrepancies in the payments made to 'Watts, James S' and 'Williamson, Kurt.' (11 CFR §§ 104.3(b)(4)(i) and 100.10)

**2.** Itemized disbursements must include a brief statement or description of why each disbursement was made. Please amend Schedule B-P supporting Line 23 of your report to clarify the following descriptions: "Drawdown against Pre-Payment - Bloomberg Terminals- see transaction ID 500000001," "Equipment Rental," "Event Labor / Staff" and "Promotional Items." For further guidance regarding acceptable purposes of disbursement, please refer to 11 CFR 104.3(b)(4)(i)(A).

Additional clarification regarding inadequate purposes of disbursement and a non-exhaustive list of acceptable purposes are available on the FEC website at http://www.fec.gov/help-candidates-and-committees/purposes-disbursement/.

**3.** Schedule B-P of your report discloses disbursements with the purpose stipend that appear to be made from petty cash. Please be advised that cash

MIKE BLOOMBERG 2020, INC.

Page 2 of 3

disbursements to any person or vendor for any single purchase or transaction may not exceed $100. If payments to the original vendor exceed $200 in an election cycle, a memo entry including the name of the original vendor as well as address, date, amount, and purpose of the original purchase must be provided. Please amend your report to include the missing information or provide clarifying information if memo items are not required. (52 U.S.C. §30102(h)(2) (formerly 2 U.S.C. §432(h)(2)) and 11 CFR § 102.11)

**4.** Schedules A-P and B-P of your report disclose expenditures from the candidate's personal funds on behalf of the committee. Authorized committees must disclose all expenditures from personal funds made by the candidates on behalf of their committees, just as they would disclose any other disbursements that they may make. Out-of-pocket spending by candidates, as agents of their authorized committees, requires memo entry itemization of the ultimate vendor if the aggregate amount of payments to that vendor exceeds $200 for the election cycle. The memo entry must include the date, amount, and purpose of the out-of-pocket payments, as well as the name and address of the vendor to which payment was made. Please amend your report to include the missing information on Schedule B or indicate that memo entry itemization is not required. (52 U.S.C. §30104(b)(4), (5), (6)(A) (formerly 2 U.S.C. §§ 434(b)(4), (5), (6)(A)); 11 CFR § 104.3(b)(4); Federal Register Notice 2013-09)

**-** Your report disclosed a category of financial activity that appears to be disclosed on the wrong line of the Detailed Summary Page. The Sale of Merchandise at Cost from Individuals should be properly disclosed on a separate Schedule A-P, supporting Line 17a of the Detailed Summary Page. Please refer to the Form 3-P instructions for each line when determining the proper categorization(s) for your next filing. (11 CFR § 104.3(a) and (b))

**Please note, you will not receive an additional notice from the Commission on this matter.** Adequate responses must be received by the Commission on or before the due date noted above to be taken into consideration in determining whether audit action will be initiated. Failure to comply with the provisions of the Act may also result in an enforcement action against the committee. Any response submitted by your committee will be placed on the public record and will be considered by the Commission prior to taking enforcement action. **Requests for extensions of time in which to respond will not be considered**.

Electronic filers must file amendments (to include statements, designations and reports) in an electronic format and must submit an amended report in its entirety, rather than just those portions of the report that are being amended. For information about the report review process or specific filing information for your committee type, please visit

MIKE BLOOMBERG 2020, INC.

Page 3 of 3

www.fec.gov/help-candidates-and-committees. For more information about Requests for Additional Information (RFAI), why you received a letter, and how to respond, please visit www.fec.gov/help-candidates-and-committees/request-additional-information.    Should you have any questions regarding this matter or wish to verify the adequacy of your response, please contact me on our toll-free number (800) 424-9530 (at the prompt press 5 to reach the Reports Analysis Division) or my local number (202) 694-1196.

Sincerely,

Bradley Austin
Sr. Campaign Finance & Reviewing Analyst
Reports Analysis Division

436