UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**DECLARATION OF KATHERINE SAYERS** |

I, **Katherine Sayers**, hereby depose and state:

1. I managed the Human Resources function for Mike Bloomberg 2020, Inc. (the "Campaign"). I make this declaration on personal knowledge of the facts below.

2. In my capacity managing HR for the Campaign, I have access to and knowledge of the Campaign's business records. In the ordinary course of my job, I maintained personnel records and other employee documents for the Campaign and I am familiar with those records.

3. Attached hereto as Exhibit 1 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Donna Wood on January 24, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

4. Attached hereto as Exhibit 2 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Caelan Doherty on January 24, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

5. Attached hereto as Exhibit 3 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by

Max Goldstein on December 30, 2019, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

6. Attached hereto as Exhibit 4 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Bridget Logan on January 20, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

7. Attached hereto as Exhibit 5 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Kyle Newman on January 7, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

8. Attached hereto as Exhibit 6 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Zia Oram on January 19, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

9. Attached hereto as Exhibit 7 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Alan Robinson on January 25, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

10. Attached hereto as Exhibit 8 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Alexandria Marie Wheatley-Diaz on January 16, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

11. Attached hereto as Exhibit 9 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Cheryl Baldwin on February 11, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

12. Attached hereto as Exhibit 10 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Jonathan Barrio on January 14, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

13. Attached hereto as Exhibit 11 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Desmond Batts on January 5, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

14. Attached hereto as Exhibit 12 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Garrett Beckenbaugh on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

15. Attached hereto as Exhibit 13 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Cochiese Bowers on January 7, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

16. Attached hereto as Exhibit 14 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by

Miles Ceplecha on January 12, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

17.     Attached hereto as Exhibit 15 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Robin Ceppos on January 28, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

18.     Attached hereto as Exhibit 16 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Melinda Cirilo on February 5, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

19.     Attached hereto as Exhibit 17 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Jane Conrad on February 13, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

20.     Attached hereto as Exhibit 18 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Robert Cordova Jr. on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

21.     Attached hereto as Exhibit 19 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Christine Doczy on February 11, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

22. Attached hereto as Exhibit 20 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Rachel Douglas on January 15, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

23. Attached hereto as Exhibit 21 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Theresa Edwards on February 14, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

24. Attached hereto as Exhibit 22 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Eliza Fink on February 21, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

25. Attached hereto as Exhibit 23 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Jason Finkelstein on January 16, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

26. Attached hereto as Exhibit 24 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Ilse Mendez Fraga on February 4, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

27. Attached hereto as Exhibit 25 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by

Josh Fredrickson on January 16, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

28.     Attached hereto as Exhibit 26 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Maria Gonzalez on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

29.     Attached hereto as Exhibit 27 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Nathaniel Robert Groh on January 21, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

30.     Attached hereto as Exhibit 28 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Brandi Harris on February 5, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

31.     Attached hereto as Exhibit 29 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Peter Kamara on January 13, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

32.     Attached hereto as Exhibit 30 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Macklin Kennedy on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

33. Attached hereto as Exhibit 31 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Madison Oliver-Mays on February 2, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

34. Attached hereto as Exhibit 32 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Patrick McHugh on January 16, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

35. Attached hereto as Exhibit 33 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Paul Monterosso on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

36. Attached hereto as Exhibit 34 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Reymon Murphy on January 14, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

37. Attached hereto as Exhibit 35 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Frida Michelle Naranjo on February 4, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

38. Attached hereto as Exhibit 36 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by

Joseph Nestor on January 16, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

39. Attached hereto as Exhibit 37 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Luke Nicholas on January 26, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

40. Attached hereto as Exhibit 38 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Josephine Olinger on February 4, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

41. Attached hereto as Exhibit 39 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Alec Silvester on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

42. Attached hereto as Exhibit 40 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Daniel S. Smith on January 4, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

43. Attached hereto as Exhibit 41 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Chris Soth on January 14, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

44. Attached hereto as Exhibit 42 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Audra Tellez on January 20, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

45. Attached hereto as Exhibit 43 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Carlos Torres on January 23, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

46. Attached hereto as Exhibit 44 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Elliott Tricotti-Mookarjee on February 3, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

47. Attached hereto as Exhibit 45 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Gloria Tyler on February 5, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

48. Attached hereto as Exhibit 46 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Lakisha Watson-Moore on January 29, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

49. Attached hereto as Exhibit 47 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by

Jesse Weinberg on January 30, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

50. Attached hereto as Exhibit 48 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Clem Wright on February 13, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

51. Attached hereto as Exhibit 49 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Anoosh Yaraghchian on February 14, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

52. Attached hereto as Exhibit 50 is a true and correct copy of an Offer Letter and the attached Confidentiality, Non-Interference and Invention Assignment Agreement, executed by Jesus Zamora on February 5, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

53. Attached hereto as Exhibit 51 is a true and correct copy of the Campaign's Employee Handbook, and an employee acknowledgment form executed by Donna Wood on February 7, 2020, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

54. Attached hereto as Exhibit 52 is a true and correct copy of an employee acknowledgment form executed by Caelan Doherty on January 31, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which

were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.[1]

55.     Attached hereto as Exhibit 53 is a true and correct copy of an employee acknowledgment form executed by Bridget Logan on February 4, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

56.     Attached hereto as Exhibit 54 is a true and correct copy of an employee acknowledgment form executed by Zia Oram on January 24, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

57.     Attached hereto as Exhibit 55 is a true and correct copy of an employee acknowledgment form executed by Alan Robinson on January 31, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

58.     Attached hereto as Exhibit 56 is a true and correct copy of an employee acknowledgment form executed by Alexandra Marie Wheatley-Diaz on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

---

[1] To avoid burdening the Court with thousands of pages of duplicative documents, the Employee Handbook and Addenda included in Exhibit 51 have been removed from Exhibits 52 - 95.

59. Attached hereto as Exhibit 57 is a true and correct copy of an employee acknowledgment form executed by Cheryl Baldwin on February 19, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

60. Attached hereto as Exhibit 58 is a true and correct copy of an employee acknowledgment form executed by Jonathan Barrio on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

61. Attached hereto as Exhibit 59 is a true and correct copy of an employee acknowledgment form executed by Desmond Batts on January 12, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

62. Attached hereto as Exhibit 60 is a true and correct copy of an employee acknowledgment form executed by Garrett Beckenbaugh on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

63. Attached hereto as Exhibit 61 is a true and correct copy of an employee acknowledgment form executed by Miles Ceplecha on January 14, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which

were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

64. Attached hereto as Exhibit 62 is a true and correct copy of an employee acknowledgment form executed by Robin Ceppos on January 31, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

65. Attached hereto as Exhibit 63 is a true and correct copy of an employee acknowledgment form executed by Melinda Cirilo on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

66. Attached hereto as Exhibit 64 is a true and correct copy of an employee acknowledgment form executed by Jane Conrad on February 18, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

67. Attached hereto as Exhibit 65 is a true and correct copy of an employee acknowledgment form executed by Robert Cordova Jr. on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

68. Attached hereto as Exhibit 66 is a true and correct copy of an employee acknowledgment form executed by Rachel Douglas on January 22, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

69. Attached hereto as Exhibit 67 is a true and correct copy of an employee acknowledgment form executed by Theresa Edwards on February 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

70. Attached hereto as Exhibit 68 is a true and correct copy of an employee acknowledgment form executed by Eliza Fink on February 22, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

71. Attached hereto as Exhibit 69 is a true and correct copy of an employee acknowledgment form executed by Jason Finkelstein on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

72. Attached hereto as Exhibit 70 is a true and correct copy of an employee acknowledgment form executed by Ilse Mendez Fraga on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same,

which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

73. Attached hereto as Exhibit 71 is a true and correct copy of an employee acknowledgment form executed by Josh Fredrickson on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

74. Attached hereto as Exhibit 72 is a true and correct copy of an employee acknowledgment form executed by Maria Gonzalez on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

75. Attached hereto as Exhibit 73 is a true and correct copy of an employee acknowledgment form executed by Nathaniel Robert Groh on January 31, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

76. Attached hereto as Exhibit 74 is a true and correct copy of an employee acknowledgment form executed by Brandi Harris on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

77. Attached hereto as Exhibit 75 is a true and correct copy of an employee acknowledgment form executed by Peter Kamara on January 14, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

78. Attached hereto as Exhibit 76 is a true and correct copy of an employee acknowledgment form executed by Macklin Kennedy on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

79. Attached hereto as Exhibit 77 is a true and correct copy of an employee acknowledgment form executed by Madison Oliver-Mays on February 9, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

80. Attached hereto as Exhibit 78 is a true and correct copy of an employee acknowledgment form executed by Patrick McHugh on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

81. Attached hereto as Exhibit 79 is a true and correct copy of an employee acknowledgment form executed by Paul Monterosso on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same,

which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

82. Attached hereto as Exhibit 80 is a true and correct copy of an employee acknowledgment form executed by Reymon Murphy on January 15, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

83. Attached hereto as Exhibit 81 is a true and correct copy of an employee acknowledgment form executed by Frida Michelle Naranjo on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

84. Attached hereto as Exhibit 82 is a true and correct copy of an employee acknowledgment form executed by Joseph Nestor on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

85. Attached hereto as Exhibit 83 is a true and correct copy of an employee acknowledgment form executed by Luke Nicholas on January 31, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

86. Attached hereto as Exhibit 84 is a true and correct copy of an employee acknowledgment form executed by Josephine Olinger on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

87. Attached hereto as Exhibit 85 is a true and correct copy of an employee acknowledgment form executed by Alec Silvester on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

88. Attached hereto as Exhibit 86 is a true and correct copy of an employee acknowledgment form executed by Chris Soth on January 21, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

89. Attached hereto as Exhibit 87 is a true and correct copy of an employee acknowledgment form executed by Audra Tellez on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

90. Attached hereto as Exhibit 88 is a true and correct copy of an employee acknowledgment form executed by Carlos Torres on January 28, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were

made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

91. Attached hereto as Exhibit 89 is a true and correct copy of an employee acknowledgment form executed by Elliott Tricotti-Mookarjee on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

92. Attached hereto as Exhibit 90 is a true and correct copy of an employee acknowledgment form executed by Gloria Tyler on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

93. Attached hereto as Exhibit 91 is a true and correct copy of an employee acknowledgment form executed by Lakisha Watson-Moore on February 4, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

94. Attached hereto as Exhibit 92 is a true and correct copy of an employee acknowledgment form executed by Jesse Weinberg on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

95. Attached hereto as Exhibit 93 is a true and correct copy of an employee acknowledgment form executed by Clem Wright on February 18, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

96. Attached hereto as Exhibit 94 is a true and correct copy of an employee acknowledgment form executed by Anoosh Yaraghchian on February 18, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

97. Attached hereto as Exhibit 95 is a true and correct copy of an employee acknowledgment form executed by Jesus Zamora on February 11, 2020, acknowledging receipt of the Campaign's Employee Handbook, and an audit trail record with respect to same, which were made in the regular course of the Campaign's business and are maintained in the Campaign's business records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 16, 2020

_____
Katherine Sayers