Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

# MEMORANDUM ENDORSED

July 1, 2020

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Donna Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

    We represent Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-referenced action.  The Campaign respectfully requests an adjournment of the Initial Case Management Conference currently scheduled for July 6, 2020, with a corresponding adjournment of the parties' obligations to file a proposed scheduling order.  Plaintiffs have consented to the Campaign's request for an adjournment and all parties are available on July 16 at 11:00am.  Per our call to the Court today, we understand that the Court is also available for a rescheduled court appearance on this date and time.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:  All Counsel of Record (via ECF)

---

Granted.  The initial case management conference is adjourned to July 16, 2020, at 11:00 a.m.  The proposed scheduling order is due July 14, 2020.
So Ordered.
Dated: July 1, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge