# EXHIBIT B

Brown-Buyer Ltr 05012023

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1323

Dear Judge Berman,

I had the honor and privilege to be a member of the U. S. House of Representatives for ten years, from 2001 to 2011. During that time, I met and served alongside Rep. Steve Buyer.

Congressman Buyer and I were Members of the House Veterans Affairs Committee and he was Chair of that Committee for a portion of that time.  He was an excellent choice for this position — having graduated from The Citadel, the Military College of South Carolina and serving in the United States Army and Army Reserves.

We shared a strong sense of duty to the women and men who served in our country's armed forces. In support of this mission we made site visits throughout the country and abroad; the most notable of which was the opportunity we both had to speak as part of the ceremony at Normandy, France to  commemorate the Allied Invasion commonly referred to as D-Day.

Steve Buyer had a keen awareness of the scars, both visible and unseen, that our veterans must carry for the rest of their lives.  This is trauma that is also shared by their families. He was dedicated to seeing that those needs were addressed and I saw firsthand the great responsibility he took on to helping them.

As I mentioned earlier, Steve was a proud alumnus of The Citadel and he carries the sense of duty and honor that was instilled there to this day.  He was recognized by The Citadel with the naming of Buyer Auditorium in his honor.

I believe I got to know Steve Buyer quite well during our tenure in Washington. The time spent together, both officially and unofficially, gave me considerable insight into his character.  As such, I consider Steve Buyer to be much more than a colleague. He is my friend.

Steve Buyer has selflessly made many great contributions to his state and our nation. I believe he continues to do so.

Sincerely,

*Henry E. Brown Jr.*

Henry E. Brown, Jr.