# EXHIBIT C

Lawrence MacIntyre
Colonel, U.S. Army (retired)
Greenwood, Indiana

April 4, 2023

The Honorable Richard M. Berman
United States District Judge for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Sir:

I have known Steve Buyer for 35 years and was both surprised and distressed to learn of his recent conviction in New York of insider trading charges. I am writing today in hopes of persuading the court to take into account the many good things Steve has done in service to his country and hopefully exercise a degree of mercy in determining his sentence.

I am a retired Army Reserve colonel who served with Steve for several years in the 1980s and 90s. I also knew Steve professionally in my civilian capacity as a reporter, editor and editorial writer for 15 years at the Indianapolis Star newspaper.

During Operation Desert Storm, we were both staff officers in the 22nd Support Command – the two-star headquarters in Saudi Arabia overseeing theater logistical support for more than a half million U.S. soldiers, airmen and Marines. Steve was well known to many of us in the headquarters because of his determination to strictly enforce Geneva Convention standards in the POW camps we operated for more than 40,000 Iraqi soldiers. He became a nuisance to some senior officers for demanding humane accommodations even to include forcing the repositioning of some 500 wooden latrines so that the users would not be facing Mecca or Medina when relieving themselves. It may sound excessive, but thanks to Steve there was never even one allegation of prisoner mistreatment or Geneva Convention violations. He is deservedly proud of this record.

Steve is also well known to thousands of military veterans and retirees for his leadership in Congress in speaking out for their health care and needs. His most enduring accomplishment was passage of the Tricare For Life health insurance program that has been a Godsend for retirees and their spouses. This program, which became law in 2001, is saving Medicare-eligible retirees thousands of dollars every year because they no longer need to purchase Medicare supplement policies. Tricare for Life picks up whatever costs Medicare does not. And thus, it makes good on the long-standing promise of free health care for life for those who serve 20 years or more in the armed forces.

Steve also served as a highly visible and capable advocate for service members and veterans during his years as chairman or ranking member of the Committee on Veterans Affairs. He spearheaded a number of improvements in the delivery of Veterans Administration services, including passage of the much-needed Wounded Warrior Assistance Act. This law established a system of electronic medical data exchanges between the VA and DOD medical facilities to enable a seamless transfer-of-care plan for every injured service member. It also authorized placement of VA medical personnel in DOD care facilities, thus providing a higher level of care.

Steve has clearly served his country with distinction in both military and legislative capacities. He has done lasting good for millions of veterans and their families, and I pray this will be taken into account as the court weighs a sentence.

I know from recent conversations with Steve that he is absolutely devastated by this criminal conviction. He is already paying a terrible price. He has lost his law license, his consulting business and his life-long savings. Incarceration will not only add additional pain for Steve, but it would be devastating for his wife, Joni, and his family. And it would be severely disappointing to me personally and Steve's many other friends here in Indiana.

It is with these considerations in mind that I humbly ask this court to impose a penalty mitigated by the many good things he has done during his life.

Thank you for your consideration.

Sincerely,

*Lawrence B. MacIntyre*
Lawrence B. MacIntyre