# EXHIBIT D

Thomas P. Jones

Major General, USA Ret.

Indianapolis, Indiana

May 5, 2023

The Honorable Richard M. Berman
United States District Judge for the
  Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman:

I am writing in support of Stephen Buyer, whom I have known both personally and professionally for some 35 years. I was saddened and disappointed when I learned of his conviction in your court because this seemed to be so totally out of character with the man I greatly respect and admire. I am hoping this letter may help you find cause for a degree of leniency and mercy in considering his sentence.

During my tenure as commanding general of the 21st TAACOM (CONUS Augmentation), an Army Reserve organization in Indianapolis, IN, the then Captain Steve Buyer served as my Staff Judge Advocate, a key position on my staff. As you may know, this is a critical staff assignment for any general officer in the modern military because of the many complex legal issues that arise in the course of our duties. We have to go by the book in all our dealings, and Captain Buyer was an outstanding JAG who provided me with much useful advice and counsel.

Following our unit's mobilization and deployment to Saudi Arabia in December 1990 for Operations Desert Shield/Desert Storm, Captain Buyer was detailed to the 800th Military Police Command to oversee the establishment and operation of prisoner-of-war camps, and particularly to ensure total compliance with Geneva Convention requirements. I did not see him personally during this time period, but his name sometimes came up in staff discussions at our headquarters in Dhahran because he was such a stickler for adhering to every requirement. I can tell you that some of our more senior officers were not sympathetic to Steve's enthusiasm for his job. But he was very successful. There was not so much as one legitimate complaint of prisoner mistreatment during his tenure. For this accomplishment Steve was awarded the Bronze Star Medal for meritorious service. Steve truly served his country well.

I don't have to remind you of Steve's exemplary service in the U.S. Congress and his many legislative accomplishments which have improved the lives and well-being of hundreds of thousands of veterans and retirees. I'm sure you will have heard about that from others.

But I wanted you to know that I have always been appreciative of the superb job Steve did for this command as a JAG officer. My request to you, sir, is that you take his excellent military service into account and give it appropriate weight as a mitigating factor in determining his penalties. Thank you for your consideration.

With best regards,

Thomas P. Jones

Major General, USA Ret.