# EXHIBIT E

April 8, 2023

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

In the desert, there is nothing. At the conclusion of Operation Desert Storm hostilities in February 1991 a huge number of Iraqi soldiers abandoned by their leaders surrendered to Coalition Forces becoming prisoners of war (POW).

The United States military assumed responsibility for the internment of these former belligerents. This responsibility included the humane treatment and protection under the Geneva Convention protocols.

A massive POW camp was established in Iraq to process and protect these prisoners from mistreatment before release to their home country. Various cultural, religious, and social elements compounded this activity. Water, clothing, temporary tent housing, dietary requirements, medical & dental issues were all requirements of care inside a temporary open-air prison. In the desert, there is nothing.

Enter young Judge Advocate Captain Steve Buyer. Steve could have remained in the comfortable rear area of the 22d Support Command. In the rear with the gear – comfortable living quarters, dining facilities, hot showers, etc. But instead, he volunteered for duty across the line into Iraq to ensure the law of land warfare was properly obeyed.

As a member of Steve's military unit that deployed to Saudi Arabia, and as an officer-in-charge of logistically supporting Steve's work daily I can attest that his actions best exemplified and ensured the protections required by the Geneva Convention were met.

The Iraqi POWs received more humane treatment than two of my Vietnam platoon members imprisoned for 63 months in both South and North Vietnam POW prisons. Listening to Frank and Jim's stories of torture, famine, disease, etc. from their Communist captors – the Iraqi soldiers received better treatment than any American Vietnam POWs.

Buyer-Berman JAG letter

April 8, 2023

**Honorable Richard Berman, page 2.**

Captain Steve Buyer was in large part responsible for the benevolent treatment administered to the captured soldiers held in the POW camps. He was also responsible for ensuring no mistreatment or harm was done to these prisoners. Exemplary duty of a young Judge Advocate officer who probably never envisioned serving in a wartime environment. A stellar and excellent tribute to his character.

In the discharge of your judicial duties regarding Steve, please apply the same compassion and understanding that he exhibited that ensured the humanitarian treatment and protection of the defeated enemy soldiers in compliance with the Geneva Convention Protocols.

Thank you for your consideration.

*Vic Bandini*
**Vic Bandini**
**Lieutenant Colonel (Retired)**
**United States Army**

Buyer-Berman JAG letter