# EXHIBIT F

April 12, 2023

David D. Galloway
CW-3 Retired US Army
Brownsburg Indiana

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Sir,

I am writing to you regarding a personal friend of mine, Mr. Steve Buyer. I became familiar with him when he was assigned to the same Army Reserve Unit in Indianapolis, Indiana that I had been serving with since 1985. He came to the unit in 1988 as a JAG officer. As he had previously been the elected Prosecuting Attorney for White County, Monticello, Indiana, we had the law enforcement background in common. I was a Captain/Assistant Police Chief in Brownsburg, Indiana at the time. I have served almost 45 years in law enforcement. I am a graduate of the Indiana Law Enforcement Academy, FBI National Academy, Indiana Police Chiefs Executive Course, National Sheriffs Institute, AS-BS Criminal Justice from Indiana University. I retired as Chief of Police after more than 34 Years with the Brownsburg Police Department. I was elected Sheriff of Hendricks County, Danville, Indiana for two terms (2007-2014).

In December of 1990, our unit was activated to serve in Operation Desert Shield-Desert Storm. Iraq had invaded Kuwait and the United States and allies were taking military action to force Iraq to leave Kuwait. We worked 16-18 hour days and, as wars go, it was a short one. In northern Saudi Arabia, we had over 17,000 enemy POWs under our control. Steve Buyer was one of the officers who was trained to deal with these people. He interviewed many to investigate war crimes, health issues, and ensured the rules of the Geneva Convention were enforced. One of our Generals did not want POWS to be allowed to smoke. Steve advised the General that he would have to provide tobacco to those who wished to smoke in order to abide by the Geneva Convention. He kept his commander out of trouble. He worked hard and put in many hours during the war. He rose to the rank of Colonel for outstanding military service to our country. He was then elected to Congress in the 4th Congressional District of Indiana. He was a popular and well-liked Congressman. He was a leader for veterans and veterans rights in

1 | Page

Congress. He advocated for improvements in the VA hospitals and better access to health care for those in need. He was responsible for legislation which provided Tricare for Life to thousands of veterans nationwide. As a career police officer and Sheriff, I have dealt with people from all levels of humanity. I have developed the ability to be a good judge of character. I think all of us have our faults and we all make mistakes as we go through this journey called life. I think Steve Buyer is a good man and a patriot. I would humbly ask that you consider his many positive attributes, his military service and Congressional service to our great country when deciding a penalty. I would ask for leniency. Sir, thank you in advance for your consideration in this matter.

Sincerely,

*David D. Galloway*
David D. Galloway
Brownsburg Chief of Police (Ret)
Brownsburg, Indiana
Hendricks County Sheriff (Ret)
Danville, Indiana