# EXHIBIT G

May 10, 2023

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman:

My name is Brandi Hughes and I'm currently employed by Ivy Tech Community College as a Project Navigator for a DOL Apprenticeship Building America (ABA) grant. I hold a bachelor's degree from Butler University. I'm aware that Mr. Steve Buyer has been convicted of insider trading/securities fraud.

I first met Mr. Buyer when his visited the Mayor's Office after a Congressional redistricting and my county now fell under his new district. About a year later, he contacted me and asked if I would be interested in standing up and running his southern district office. From that moment on, Mr. Buyer and I had a professional relationship. Once he retired, we stayed in touch, talking to one another maybe once or twice a year. And if I was in DC for my job, I would reach out to Mr. Buyer to see if he was in the area to catch up. This may have happened once a year depending on schedules.

At the time, an Army Colonel and serving as Chairman of the Veterans Affairs Committee, Mr. Buyer worked tirelessly for all veterans making sure they received the respect and help they deserved. He relentlessly worked to make sure veterans who had not received medals for their service, for whatever reason, he made sure they did and that they were publicly recognized. I was proud to attend many metal ceremonies for these veterans who some received the Purple Heart. During my employment with Mr. Buyer, he always managed to balance work and family. He was very dedicated to his staff, his constituents, and extremely dedicated to his family.

In August of 2021, I reached out to Mr. Buyer to inform him of a mutual, highly esteemed friend who had passed away. It was very late notice, the night before the funeral, and he and his wife showed up the next morning to pay their respects. Mr. Buyer even said a few words at the burial site to express his admiration for our friend to the family.

In all the time I spent with Mr. Buyer, I found him to be completely honest about any topic we discussed. I never saw him be anything but professional when speaking with constituents and he had a passion for serving others. What Mr. Buyer is being charged with is completely out-of-character to anything I ever witnessed of him.

I respectfully ask that Mr. Buyer be allowed to remain free on bond while he appeals his convictions. He remains a necessity to his family and especially his grandkids.

Very Respectfully,

*Brandi*
Brandi Hughes