# EXHIBIT H (PART 1)

# "LEGISLATIVE ACCOMPLISHMENT SUMMARIES"

Subject:  Grissom BRAC

Period:  SB involved directly 1991 – 1994

Summary and Highlights:

In November 1993, the Indiana Air National Guard was selected to transition one of its fighter squadrons to KC-135 Stratotankers.  The plan was to spend $31.3 million at the Ft. Wayne airport to modify facilities there to accept the larger aircraft.  Congressman Buyer questioned the spending $31.3 million on KC-135 facilities at the Ft. Wayne airport when facilities of this type were available in abundance at Grissom Air Force Base (AFB).

In December 1993, Congressman Buyer met with The Adjutant General of the Indiana National Guard, and asked him to request a site survey to assess the costs and benefits of operating the National Guard tankers from Grissom.  This site survey was completed in January, 1994.  The survey found that moving the National Guard KC-135s to Grissom would save the American taxpayers an estimated $25.5 million dollars in one-time military construction costs and an estimated $387,852 in annual operating costs.  The actual cost of the conversion at Ft. Wayne increased from the site survey conducted in September 1993 from $30M to $41M

In 1994, nearly half of the former base, including the runway, transferred to the Air Force Reserve to become Grissom Air Reserve Base, based on the original recommendations of the 1991 Base Realignment and Closure Commission.

In 1998, Congress approved Congressman Buyer's funding request for construction of the Civil Engineering Complex construction.  The Civil Engineering maintains facilities, pavement, runways and taxiways of the Reserve Base.  Construction began in 1999 and was completed and accepted in June of 2000.  The project was initially approved by Congress in 1997.  President Clinton used the line item veto on the project.  After Congressman Buyer continued to fight for the funding, Congress then voted to override the President's veto.  Authorization and appropriation for the complex were then signed into law.

In March of 2005, Congressman Buyer along with Congressmen Chocola and Burton held a joint BRAC briefing at Grissom ARB, showcasing Grissom as a model for military transformation to Joint Basing, Joint Training and Joint Operations.

Today, Grissom ARB is home to the Air Force Reserve Command's 434th Air Refueling Wing, playing an important role in the Indiana economy.  The base has a combined military-civilian work force and serves as the largest employer in Miami County and the third largest in north central Indiana.  It is estimated the base has a direct annual economic impact of $105 million, and another $30 million in indirect economic activity.

Steve Buyer Grissom Accomplishments:
1. Fire Station - $4.25 million.
2. Fire Training Facility - $1.5 million.
3. Base Civil Engineering Complex - $8.9 million.
4. Conducted Oversight on the Utility transfer.
5. Phase I of the Services Complex $10.8 million.
6. Phase II of the Services Complex  - $11.3 million.
7. Marine Corps Reserve Training Center - $4.73 million.
8. Secured a tentative commitment from the Defense Intelligence Agency to build a Joint Reserve Intelligence Center.

Key players:  Congressmen Buyer, Chocola, Burton, Reserve Chiefs.
Press releases: Sep 8 2000, May 13 2005
Other/miscellaneous items of interest:
Congressman Buyer, as Chairman of the House Armed Services Subcommittee on Military Personnel, conducted a Field Hearing at Grissom Air Reserve Base on the quality and effectiveness of the military health care system for retired beneficiaries 25 February 2005.

Subject: Gulf War Illness

Period: 1993 - present

Summary and Highlights: Being personally involved from his war experience, Congressmn Buyer became deeply involved from his first days in Congress with how DoD and VA should deal with servicemembers and veterans touched by Gulf War Illness (GWI). The Military Forces and Personnel Subcommittee of the House Armed Services Committee, of which he was a member, held hearings on the Gulf War and its effects on active duty personnel on March 15, 1994. As former Chairman of the House Armed Services Subcommittee on Military Personnel and Chairman of the House Veterans Subcommittee on Benefits, SB was closely associated with ensuring that military members and veterans exposed to depleted uranium (DU) received treatment. He led the effort to establish the Gulf War Registry to identify veterans affected with GWI. The Oversight and Investigations Subcommittee of the HVAC held hearings on June 9, 1993, on the health effects of service in the Gulf Follow-up hearings were held on November 9 and 16, 1993, and February 1, 1994. As a result of those hearings, a number of legislative proposals were made concerning Gulf War veterans: H.R. 2535, for the VA to provide health care for Gulf War veterans, passed the House 2 Aug 93, 411-0, and became PL103-198, on 20 Dec 93; H.R. 2481, to fund research on the effects of DU on U.S. military personnel; H.R. 2451, to fund the investigation of possible health effects of environment and chemical exposures of U.S. troops in the Gulf War. Provisions from H.R. 2451 and H.R. 2481 were added to the 1994 Defense Authorization and Defense Appropriations bills. The Authorization Bill called for $1.2 million for the research facility and called for $1.7 million for the DU study. While the Appropriations Bill fully funded the DU study, it only provided for $300,000 for the research facility. Congressman Buyer joined with co-sponsors of this legislation and sent a letter asking the Secretary of Defense to reprogram more money for this facility. The DoD subsequently notified Congress that the necessary funds had been reprogrammed to fund the initiative.

  In December 1993, Congressman Buyer wrote Congressman Ike Skelton, then Chairman of the Military Forces and Personnel Subcommittee and John Kyl, then ranking member of that committee, asking for hearings in 1994 on the Gulf War Illness and active duty military personnel. On March 15, 1994, the subcommittee held hearings with the Surgeons General of the Army, Navy and Air Force as well as the Assistant Secretary of Defense for Manpower, Secretary Edwin Dorn. Also included were active duty military members suffering from symptoms consistent with the illness. As a result of the hearings, Congressman Skelton agreed to include language that Buyer drafted concerning active duty members in the FY 95 Defense Authorization bill. The legislation: required the DoD to conduct a comprehensive outreach program to inform all active and reserve service members and their families of the DoD policy on Persian Gulf health risks and the programs available for assistance; encouraged service members to participate in the DoD Persian Gulf War veterans health surveillance system and to receive a full medical evaluation and care if required; required DoD to presume that a Persian Gulf veteran is sick as a result of his Persian Gulf service unless medical evidence proves otherwise; Persian Gulf veterans who were discharged for a Persian Gulf related illness for which there is no rating criteria will be placed on the temporary duty retired list and will be eligible to draw fifty percent of their pay and receive medical care while awaiting permanent disability determination; encouraged DOD to establish one or more medical referral centers to provide coordinated care for active duty members suffering from the illness; required DoD to review the records of those Persian Gulf veterans already retired by the physical evaluation board and receive a new disability rating if appropriate.

On 9 Aug 94, SB met with General Ronald Blanck, Commanding General, Walter Reed Medical Center, toured the Gulf War Illness Clinic at the Center, and met with doctors and patients. As a result, he published a "Dear Colleague" on September 19, 1994, outlining the three-phase Comprehensive Clinical Evaluation Program (CCEP) for those who exhibit symptoms consistent with the Gulf War Illness.

Congressman Buyer continued to support the government funding of Gulf War Illness research programs with other various Members of Congress via letters of support to appropriators, etc.

Key players: President George H.W. Bush, Congressmen Skelton, Montgomery, Kennedy (MA), Kucinich, Assistant Secretary of Defense Edwin Dorn, VA Sec Principi

Result(s): Steve Buyer worked with a bipartisan group of Congress and Administration to pass legislation that gave priority health care to Persian Gulf veterans, as well as cosponsoring the law that allows the VA to pay compensation to veterans suffering from the mystery illness.