# EXHIBIT W

# Union Chapel Cemetery Association, Inc.

## Of Marion County

*The Honorable Richard M. Berman*  June 4, 2023
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Honorable Judge Berman,

Union Chapel Cemetery is a historic cemetery established in 1822 and located in Indianapolis, Indiana. In 2003 the cemetery was designated an Indiana Historic Cemetery by the Indiana Department of Natural Resources. The Union Chapel Cemetery Association is a volunteer organization charged with the care and maintenance of nearly 11,000 grave sites. We are a 501(C) (3) not for profit organization which depends upon volunteers for the care of the individuals interred at Union Chapel Cemetery. The needs often exceed the ability of the volunteers to complete.

It is well known in Indiana of Congressman Steve Buyer's work on behalf of America's veterans. As the former Chairman of the House Veterans Affairs Committee he was responsible of the VA's Memorial Affairs. He took the responsibility seriously to ensure our National Cemeteries were maintained to a standard fitting of their sacrifice and service to our country, to properly document veterans, and to ensure easier access to burial sites to assist loved ones with reverence to genealogy.

The Union Chapel Cemetery Association Board offers a proposal to the Court:

Upon any assignment of community service to Steve Buyer, we request that Union Chapel Cemetery become a beneficiary of such service. The Cemetery was designated an Indiana Historic Cemetery by the Indiana Department of Natural Resources. It has grave sites for veterans. We could use his expertise and service to create a veterans registry for our historical cemetery. The `Cemetery's beautiful bluff and its vista overlooks the White River and legend is that the land was once the site of Indian burial grounds. The first burials of veterans were Union soldiers of the Civil War.

There is an initiative in Indiana to gain greater documentation of burials; however, because there are about 20,000 cemeteries and burial grounds in Indiana, it is not possible at this time to document each grave marker, inscription, and name. Mr. Buyer would be assigned an initiative to create a Veterans Burial Ground Registry. He will need to collaborate with the Indiana Archive and Records Administration. His efforts will help us as we also support the state of Indiana's effort to document and survey the burials at our Cemetery. We could also use his efforts for grave restoration to assist in identifying, documenting, aligning the grave markers, and restoring long-forgotten final resting places of our veterans.

A Nationwide Gravesite Locator is now available online from the U.S. Department of Veterans Affairs. It has burial records of veterans and their family members from VA National Cemeteries, state veterans cemeteries, and other veterans cemeteries around the country. The site also provides links to maps of the cemeteries. But when it comes to veteran burials at township, county, and private cemeteries the documentation does not compare. We estimate that this proposal could take approximately 400 hours of work.

Honorable Judge Berman, Page 2.

Union Chapel Cemetery could use the meaningful assistance of Steve Buyer and we would appreciate the Court's consideration of our noble proposal if he is assigned to perform community assistance.

Respectfully,

Tyson Miller

President, Union Chapel Cemetery Association

Veteran, U.S. Navy

8306 Union Chapel Road, Indianapolis, IN 46240