# EXHIBIT Y

April 29, 2023

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Richard M. Berman,

This letter is in support of my friend, Steve Buyer. I am a recently retired County Prosecutor in White County, Indiana. I served eight years as the Chief Deputy Prosecutor before being elected to seven four year terms, as the Chief Law Enforcement Officer of White County. Steve practiced law in White County both before and after his deployment to Iraq. Although I worked in the legal system in White County with Steve, our friendship began in law school where we were classmates at Valparaiso University Law School. Steve and I were both married which set us apart from many of our classmates. We would spend time together on weekends getting pizza and a beer all while discussing our future. Steve had his military commitment while I was headed home to practice law with my father. Life changed for both of us in our third year. We both were blessed with beautiful daughters. This life change strengthened our friendship which has endured for nearly 40 years.

Steve's flourishing legal career was interrupted by his military service. I was proud of his service to our Country, and he was welcomed home once his commitment was fulfilled. Steve wanted to continue his service to our nation and was elected to Congress. Our long-distance friendship was held together by our daughters who went to school together, played sports together and began their own friendship.

Steve was a fine litigator who always worked hard for his clients. He carried this honest hard-working attitude with him to Washington D.C.

Although Steve no longer lives in the Monticello area, we have continued to stay in touch with regular texts and phone calls as we try to keep up with what our children and grandchildren are up to.

As a lifelong Prosecutor, I make it a practice not to interject my thoughts on the outcome of a trial I know nothing about. My opinion only goes to the individual who stands before the Court awaiting the Honorable Judge's sentencing decision. I know that Steve has shown remorse for the heartache he has caused his family. Steve's reputation will forever be tarnished in the eyes of many. I know that imprisonment will cause an undue hardship on Steve and his family. I firmly believe Steve would respond affirmatively to Probation or Home Detention.

Without minimizing the crime for which the jury convicted Steve, I believe the immense good that Steve Buyer has done over the course of his lifetime is a mitigating factor that is the most compelling. I appreciate the opportunity to share my thoughts on the sentencing of my friend, Steve Buyer.

Sincerely,

Robert J. Guy