# EXHIBIT MM

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


My name is Dean Hadley, I am a retired Medical Sales Representative and a close friend of Steve Buyer. We first met in Monticello, Indiana while attending a fund raiser for Steve's first campaign for US Congress in 1991 after his return from the first Gulf War. From that first meeting we became fast friends. His character was the immediate attraction, and I quickly became interested in volunteering for his election, by distributing campaign information within the district. My entire family (wife, 4 daughters & mother-in-law) would serve as campaign volunteers until Steve retired to aide with his wife's (Joni) battle with Lupus.

Steve & Joni continued to live in Monticello, IN after the election. We both had young families with children close in age, we soon became a support system for Steve, Joni & the children and vice versa while Steve was in Washington, DC. That support has continued through the past 32 years, even after I relocated our family from Monticello to Monrovia. In 2014 we had a devastating house fire, even though Steve was traveling, he and Joni were among the first to come to our immediate aid with clothing and moral support for which we are forever grateful.

In 2017 I was diagnosed with a brain tumor that required surgery; Steve was there. Steve's character has always been one of the most constant traits that I have counted on. I value his honesty, integrity and analytic council during times I needed an unbiased opinion. I was proud to be in attendance for the dedication of the Steve Buyer Law Library at the Citadel. I know that this trial has taken a heavy toll on Steve and his family, I pray for a positive result.

Steve is a good man with a good heart, and I have never wavered from that opinion. I count myself blessed to having a handful of friends (mostly lifelong) that I can call my brothers, men that would be there in support of myself & family no matter the need or personal inconvenience, I am proud to count Steve Buyer among those men.


Sincerely,

Dean Hadley
Redacted