# EXHIBIT NN

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    My name is Erin Ennis, I am a 38-year-old mom of 3 and a close friend of Steve's son Ryan Buyer. We first met in Monticello, Indiana. I went to school with Ryan, and we lived right down the road from them, so I was at their house a lot. My entire family and I would serve as campaign volunteers until Steve retired to aide with his wife's (Joni) battle with Lupus.

    The time I spent at the Buyers house was always a safe space for me, Steve was always welcoming, kind and generous. I would go over there every Thursday night to watch F.R.I.E.N.D.S with Ryan and spent many 4th of July's with Steve and his whole family. When We moved to Monrovia in 2002, (my Junior year of High School) Steve and his family helped us move and were always there to support us while maintaining a long-distance friendship.

    I've watched Steve as a father and a grandfather, and he is the sweetest, most gentle, caring man. I love Steve and know that he still has many great things to contribute to this world. I have never witnessed Steve angry, or with any ill intent to anyone. I truly believe he has a wonderful heart and will continue to do good things. I beg you to see that. I can't stress enough how much I adore Steve and his whole family and can't stand to see this cloud hang over their heads.

    I understand that Steve has been convicted, I just want to beg for some compassion and know that this is a good man with a good heart that has the rest of his life to put his love and light into a world that desperately needs it.

Sincerely,

*Erin Ennis*

Erin Ennis
Martinsville, IN