# EXHIBIT PP

Lieutenant General John W. Rosa
United States Air Force, Retired
Redacted

24 MAY 2023

Judge Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman

I am John Rosa. I graduated from The Citadel in 1973 and commissioned in the United States Air Force. My family and I served for 32 years retiring in 2005 as the Superintendent of the United States Air Force Academy. I was privileged to return to my alma mater in 2006 where I served as The Citadel's 19th President for 12 years.

I have known Congressman Steve Buyer for 20 years. Our paths first crossed when he was a member of the House Armed Services Committee where he had jurisdiction over the three service academies and the Coast Guard Academy. In early 2003, the Air Force Academy was involved in scandals unbefitting of the honorable institution. Congressman Buyer took immediate action working with Secretary of Defense Rumsfeld to remedy the problems. I was nominated to lead the institution and my relationship with Congressman Buyer began.

During my Air Force Academy tenure, the Congressman visited frequently and in 2005 I invited him to conduct his Army reserve summer training at the academy where he taught ethics to academy seniors. Steve embodies the core values of honor, duty, respect and integrity. I never once had any reason to doubt his character or work ethic. He is well respected across the board. In fact, in 2005 his Citadel classmates came together to name The Citadel auditorium after the Congressman. Buyer Auditorium is a centerpiece on campus and an essential part of cadet life.

For Steve Buyer to be convicted of insider trading is incompatible and inconsistent with the character of the man that I know. His contributions and service to our nation's military, veterans, and the American people are endless. I stand in a long line of so many who are appreciative of Steve Buyer's selfless service.

I am confident you will exercise grace and have mercy on a great man. I would hope you consider probation with community service so we may continue to reap the rewards of his talents. Additionally, please allow Steve to remain free on bond while he appeals his convictions.

Judge Berman
Date
Page 2

Lastly, thank you for your years of service. You have an incredibly tough job and I know you are a compassionate man.

Sincerely,

*[signature]*
John W. Rosa