# EXHIBIT QQ

May 28, 2023

The Honorable Richard M. Berman
United States District Judge for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Steve Buyer, Grandfather and Role Model

Dear Honorable Judge Berman,

Steve Buyer is my brother-in-law of nearly 40 years. His life has been directed toward the greater good, particularly for veterans of armed services. His public life reflects care and concern of the unprotected, so does his private family life.

In 1990 he was called to active duty in desert storm. He demonstrated absolute commitment and willingness to serve the US Army, but privately suffered the immense weight of possibly orphaning two very young children. Apart from facing mortality, his most intense emotional torment related to leaving a young family. Temporarily or permanently.

His successful return mercifully allowed him to see his children to adulthood and their own parenthood. Unfortunately, his daughter fell victim to a dangerous, abusive marriage which ended in practice nearly as soon as it began. During this relationship three children were born. These young kids thrived because of family support. They knew a positive male role model, 'Poppi,' Steve Buyer. Poppi has been the individual coach, mentor and tutor to his grandchildren without fail. One child struggles with emotional scarring from his unwell father. Another has a learning disability. Both look to Poppi for stability, unconditional love and support. Their single-parent mother works long hours to provide support without assistance from their biological father. She needs Steve's help. Although his ability to provide major financial support has now been diminished, he remains faithful to be present and available for these kids. He attends school functions, sporting events, clinical visits, transportation, meal preparations, homework assistance and much more.

It is a cruel irony any individual should face the prospect of separation from dependent children in critical formative years not once but <u>twice.</u>

I ask you take into consideration Steve Buyer's dependent grandchildren as a sentence is developed. He poses no negative impact on his local community but enormous positive impact on three impressionable grandchildren.

Respectfully,

*Timothy Yale*
Timothy Yale