# EXHIBIT RR

The Honorable Richard M. Berman                                May 28, 2023

United States District Judge For the

Southern District of New York

500 Pearl St. New York, New York

Dear Justice Berman.

    I am writing with regards to the sentencing of Stephen E. Buyer who will be before your consideration in the coming weeks.  I am a retired Police Chief from the City of Kokomo, Indiana with 39 years of law enforcement service.  I also served as a college professor for 16 years and am currently the President of the Howard County Human Rights Commission.  I also volunteer in several prison ministry programs.

    After spending just short of 40 years in the Criminal Justice world, I, like you, have often pondered the redemption of those who make mistakes in their lives.  It's a daunting issue, which, I'm sure has caused both of us some sleepless nights over the years.  Redemption is a wonderful process, and based on a host of considerations of which you are, of course, abundantly aware.  Among them I would assume, the past history of the accused.

    I have known Stephen Buyer for many years through professional affiliations among others.  As I look back over those years, there is one particular quality that I believe stands out.  It's a character trait so revered that it appears in the Bible some 835 times.  That word is "servant".  Service above self is something that men like you and I hold above many virtues on the list.  It's a fraternity you either live within or out of.  For those of us that live within it, the demands are high.  Something that Your Honor apparently knows well after your willingness to be such a servant at your age.  It is a quality that I have seen consistently in action in the character of Stephen Buyer.

    This path began at an early age in his upbringing and began to blossom upon his graduation from high school when he entered the Citidel.  Following his family legacy there, he, upon graduation attended and graduated Law School and served

also with distinction in the U. S. Army.  He was driven by that desire to serve his nation, above self, again with distinction and discharged Honorably at the rank of Colonel.  His desire, still not satisfied, led him to leave a successful legal practice and run for Congress successfully for 5 consecutive terms and while still remaining in the U.S Army. It was during that time that Steve was called to deploy to several foreword battle zones. In one such deployment, he was sent to an area where Saddam Hussein and his henchmen had ignited several large oil fields in a "scorched earth" exit plan.  As the result, Steve was, for weeks, exposed to incredibly toxic air

pollution but stood his post, doing what servants do, and suffering permanent respiratory damage that continues to this day.  When asked why he hadn't asked the VA for help, his answer was typical" I don't want to take away benefits from others who are in much greater need than me".

Steve has a quiet and often unnoticed history of selfless acts of benevolence for veteran causes and restorative mental needs and many others too numerous to mention.  Without seeking personal recognition, he has given generously of his own time and donated from his own pocket for many such projects. On more than one occasion, he has even personally come to the aid of battle-damaged veterans who are lost physically and emotionally as the result of their service as a personal friend and advocate.  He's been a mentor and beacon of hope to many and a champion to more than a few underdogs in the world who couldn't defend themselves.  He's also been a valuable Congressional advocate for the Law Enforcement Profession and on Criminal Justice issues of which I am personally appreciative.

I have always believed that often the greatest testament for future behavior is frequently past behavior which is, in this case, filled with a legacy of service.  I also believe that, if given the opportunity, regardless of the outcome of your sentencing, Steve will continue on the same path of "service", something we both hold dear.  He still has much to offer.

I pray and know you will consider all of these facets of what, up to this point has been an honorable man who will redeem himself if given the opportunity. Thank you for your consideration in this regard and, once again, thank you for your service to our nation.


Respectfully submitted,

*Thomas A. DiNardo*

Chief Thomas A. DiNardo ( Ret.)