# EXHIBIT TT

May 25, 2023

The Honorable Richard M. Berman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Judge Berman,

    I am Steve Buyer's older brother by 14 months. I have rare insights into his character that few possess. We were raised in a small 3-bedroom 800 square foot home on the Tippecanoe River in Indiana. It was an organic farm with an 800 sq ft house with 3 bedrooms, one bathroom and an outhouse for a family of 6. We shared a twin bed until college, played sports together, were in the band together, learned to barefoot water ski the same summer and together we worked our irrigated 20-acre organic farm (3 acres of strawberries, 1 acre vegetable garden, 200 blueberry bushes, and cattle). The organic farm was our parent's idea to establish subsistence living and to establish strong work ethics in their four children.

    Steve and I followed our Korean War Veteran father to The Citadel, entered the Army, and were fortunate enough to be stationed together at Fort Eustis, Virginia. We have been mutual counselors to each other over the years.

    Our expanded life lessons were also taught by our parents by their examples in the community and their civic obligations in The American Legion. Our father was past Post Commander and Chaplain, and our mother was the State Auxiliary President. Our father was a prolific reader of history. He gave us a history book and taught us American history that was independent of public schooling. At our evening dinner table, he delivered geography, civics, government, and current event lessons. These early dives into truthful information began our hunger for validated truth because it gives meaning to living. When Truth is substituted with a distorted reality or false narrativities, it becomes a living lie. That is central to our high expectations for truth in justice.

    After college, Steve became a lawyer, and I entered dental school to become a periodontist. During our professional school, we served together in the Army Reserves at Fort Ben Harrison. After his active duty as a JAG officer, he entered private practice in our hometown. I witnessed the extreme emotions of Steve losing his law practice due to a 72-hour deployment order for the First Gulf War. He returned a very different man with physical scars and a Bronze Star. While trying to reconstitute his law practice, he was encouraged to run for Congress. I watched him toil in DC for 18 consecutive years and commute 700 miles to be with his family. Steve's answered the call to honestly and faithfully served our country. His wife became ill and he decided to retire in an emotional public announcement. He left Congress with a legacy of honorable service that few have achieved. Like all dedicated servants, his public service achievements are seldom noticed or appreciated.

    Steve's consistent counsel to me is to "turn hard times into great moments." It is his addiction to self-improvement, curiosity for second and third order consequences of decisions, his political acumen, and his genuine compassion for those less fortunate that separates him from his peers. I have seen him negotiate and free US citizens held as political prisoners from foreign adversaries. I discussed the consequences of being on an Al-Qaeda assassination list and his response to deny security. I witnessed his favorable and unfavorable political positions based on

principle. I witnessed Steve overcome political adversity to establish Tri-care for Life to meet America's obligations for military retirees and their families. I saw him build a robust Veterans Administration to ensure our national commitment to veterans. I saw him travel at significant inconvenience and expense to visit ailing friends and comfort service member's widows. I watched him defend the undefendable and prosecute federal crimes.

I am a brother and a friend to one of the most honorable people in America. His loyalty is his enduring character asset. Once he is your friend, you have reliable counsel. This is the reason US Presidents, Cabinet Secretaries, Military Service Chiefs, corporate executives, and his friends seek his advice. Because Steve is a trusted confidant, he has accompanied Presidents on Air Force One to foreign countries. Steve resolutely adheres to confidentiality which is a rare attribute in this sensational culture. Former staffers of his have become general officers, Chief of Operations for Speaker of the House, and a long list of very successful professionals.

Steve profoundly embraces honor and is a principled decision maker who is painfully honest. I just returned from my son's Change of Command in the US Army and am reminded of the awesome responsibility of judicious administration of the Uniformed Code of Military Justice that command requires. Both Steve and I completed careers in the US Army and did not compromise our judicial ethics.

My brother has faced challenges that few can withstand or comprehend. True character evolves from these moments. The jury guilty verdict is extremely contrary to Steve's character and is incomprehensible for the man I know, admire, and respect.

Steve's legacy, philanthropy, and civic contributions are temporarily suspended. Steve's regrets are: 1) he wishes someone told him about the mergers so he would not have invested; 2) he profoundly regrets his 2007 affair and its consequences; 3) he regrets missing critical time with his family and grandchildren and now may lose their most impressionable and formative years at the dinner table for civics lessons; and 4) he regrets his inability to serve people, corporations, and the nation.

Ironically, Steve rejected aspirations for U.S. Senate, Governor, and passed on political appointments, because he merely wanted to retire to his Indiana home to be with his family and friends for golf, fishing, coaching, encouraging, and enjoying his legacy.

I am hopeful that you take into account all the good work Steve has done in his life. I am concerned about Steve's health from his scarred lungs from the first Gulf War and the negative consequences of incarceration. Please consider some form of in-home detention with supervised work release or probation and community service; so, he may continue to serve others.

Respectfully,

Dr. John J Buyer Jr, BS, DDS, MPH, MS, MSS
Diplomate, American Academy of Periodontology
Associate Professor, Virginia Commonwealth School of Dentistry
Colonel, Unites States Army, Retired (29 years)
Past Dean, General Dental Residency Landsthuhl Germany and Fort Meade, MD
Past TRADOC Dental Surgeon, US Army
Past Regional Commander, US Army for Belgium, Italy and Germany
Past Assistant Surgeon General for Force Projection, The Pentagon