# EXHIBIT UU

# Paul C. Bergson

8 May 2023

The Honorable Richard M. Berman
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Your Honor:

I am Major General Paul Bergson, USA ret. and I am writing on behalf of Steve Buyer to comment on what I know about his character. I am a 1966 graduate of the University of Notre Dame and I have a Master of Science in Government from Southern Illinois University/Edwardsville and a Masters and Doctorate in Public Administration from Nova Southeastern University. I spent 9 years on active duty and 28 more in the Army Reserve with service in Germany, Belgium, and Vietnam. I have been awarded the Army's Distinguished Service Medal, the Legion of Merit and Bronze Star among other decorations. I have been awarded airborne wings from the US, Canada and Myanmar.

I testified at Steve's trial on 7 March and I am aware that he has been convicted of the charge.

My relationship with Steve has been professional, military, and personal. I believe i am in a position to comment on his character insofar as my experience with him over the past 30 years. Since most of my interactions with Steve have been in the military sphere, I will devote most of my remarks to that aspect of our relationship.

I was introduced to Steve when he was a new member of Congress and told that he had served in Iraq during Desert Storm and was a member of the Army Reserve. I encouraged him to join my reserve unit that met in the Cannon House Office Building every Wednesday evening and that it was a way to stay active in the Army Reserve. He did join the 157th IMA Detachment and was an active and valuable member of the unit.

-2-

As he gained seniority in the House, he moved up the ranks on his committee assignments – the Armed Services and Veterans Affairs Committees – eventually becoming Chair of the Military Personnel Subcommittee of the HASC and Chair of the Veterans Affairs Committee. In these two positions Steve devoted himself to improving the quality of life for serving military members and veterans. I will cite a concrete example. Steve singlehandedly managed to pass into law a bill providing Tricare For Life (TFL) for all honorably retired military. This law – in a significant way – makes up for the broken promise of free medical care for life that was made when many of us joined the military in the 1960s. TFL is a secondary payer after Medicare. I cannot overstate the fact that this action by Steve has improved the quality of life for every veteran.

Steve was willing to serve his Country again during Operation Iraqi Freedom (OIF) in 2003. He was asked by the Army Judge Advocate General to deploy to Iraq because of his extensive knowledge and experience from Desert Storm regarding POWs, the Geneva Convention, international law, and refugees. He was willing to step aside from his duties in Congress and put his life on the line in a combat zone. Ultimately, the civilian leadership in the Pentagon thought it was too dangerous to have a congressman serving in a combat zone and rescinded the orders. I have attached a memorandum for the record detailing these events.

In my 30 years of friendship with Steve, I have always found him to be an honest, God-fearing man who devoted his professional and military life to improving the lot of his fellow citizens. I find the act for which he has been convicted to be completely out of character for the good man that I know.

Your Honor, I humbly ask you to consider all the good that Steve has done throughout his entire life as you consider his sentence. As I look back on all my interactions with Steve, I see a man who accomplished so much good without expecting anything in return. Finally, I ask that you allow Steve to remain free on bond while his case is appealed.

-3-

**Thank you, Judge Berman, for allowing me to submit this letter on Steve's behalf.**

**Sincerely,**

**Paul C. Bergson**
**Major General, USA ret.**

**Encl/as**



15 September 2003

This statement responds to recent allegations regarding Congressman Steve Buyer's call-up to serve in Operation Iraqi Freedom (OIF). I served as the Senior Rater for LTC Buyer USAR for two years. In civilian terms, he worked for me. As such, I am familiar with the facts as they occurred because I counseled Congressman Buyer during the process. All actions taken by those who were involved in the effort to bring Congressman Buyer on active duty were proper and beyond reproach.

On March 20, 2003, the Army Judge Advocate General (TJAG) validated a position for which Congressman Buyer was qualified given his past experiences in dealing with the issues regarding international law, Geneva Convention, Prisoners of War, detainees and refugees. The Office of the Judge Advocate General notified Congressman Buyer that he would be deployed to participate in OIF within 48-72 hours.

Congressman Buyer's impending mobilization depended on his transfer from the Stand-by Ready Reserves (SRR) to the Individual Ready Reserves (IRR). He had to obtain leave from the Congress to change his status as a critical government employee. His letter to the Speaker of the House had two purposes: change of status and notice to employer of his call to active duty.

Because it was important we get the call-up right, the two sentence letter to the Speaker was drafted with the aid and counsel of an Army attorney. The letter used the term "called to active duty" which is the phrase or terminology Reservists use to inform employers of forthcoming mobilizations. The letter also used the term "pending further orders" which refers to his pending mobilization and deployment orders.

When a soldier is called by the office of his Commanding General for deployment within 48-72 hours, it is reasonable for the soldier to believe and expect he will deploy. The Army Reserves has an alert system for the soldier to notify his employer to prepare to deploy while awaiting mobilization orders.

Mr. Hardy's claims that LTC Buyer lied when he gave notice to his employer that he had been called to active duty, but did not have orders, is one of the most outrageous and ridiculous allegations I have seen in my thirty-seven years in the Army Reserve.

Earlier this year, I was asked to go with the Reserve Forces Policy Board to Iraq. I told my wife and others, and prepared for travel. However, the trip was postponed and I did not go. According to Mr. Hardy's curious logic, I have lied to my wife. If any of you have had plans changed for reasons beyond your control, Mr. Hardy believes that you have lied. This is serious deviant thinking.

Mr. Hardy's attempt to impugn the character of LTC Buyer is, at best, misguided or, at worst, a sinister plan for personal, political gain. Steve Buyer is a man – a Congressman and a Reserve Officer – of absolutely impeccable integrity. As LTC Buyer's former Senior Rater, I am familiar with his professionalism and probity. In all my experiences with LTC Buyer, he is the very personification of honesty and principle.

It is now up the discretion of LTC Buyer whether to seek disciplinary action for Mr. Hardy's foolish and self-serving stunt.


Paul C. Bergson
Major General, USAR ret.