# EXHIBIT VV

June 12, 2023

The Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Statement by Congressman Steve Buyer, Ret.**

Dear Judge Berman:

It is my sincere hope your Honor will consider my extensive service on behalf of our country's armed forces and veterans, my thirty years in the US Army Reserves, my life's work of good deeds, and a lifetime of loyal devotion to this country to grant me an honorable way to satisfy the court. I would like to share insights into my life and my lifetime commitment to duty, honor, and integrity.

### Rural Indiana Background

I was raised on the banks of the Tippecanoe River in rural Indiana. We lived on a small organic farm. We raised vegetables, fruit, and had cattle. We had 3 acres of strawberries, fruit trees, an acre of vegetables, and we would sell excess to the public on the honor system. My brother and I shoveled sheep barns in the spring and spread the manure over the farm, which provided nutrients to the soil. My brother and sisters learned the value of hard work, appreciation for the soil, and the environment needed to sustain us. Our family of 6 lived in a home of 800 square feet and one bathroom. We did not know any different. We had a loving structured family with parents who taught us virtues and values that would guide our lives. My brother, best friend, Mike, and I painted houses, barns, churches, fair grounds, and fences for over 7 years to pay for our education in college and professional schools of dentistry, pharmacy, and law. I was taught to innovate, challenge the status quo, and to think anew with respect for tradition.

### Military Family

I am from a proud military family, dating back to Major General Nathanial Green during the American Revolution. My grandfather was a WWI veteran and Legion Post Commander. My father went to Culver Military Academy and The Citadel and served in the Army in Korean Conflict. My brother and I followed his footsteps attending The Citadel and enlisting in the Army. My parents devoted their lives to veterans and were active in the American Legion. My father served as lifetime Chaplin and Legion Post Commander and Second District Commander. My mother, Jean Buyer was President of the Indiana American Legion Auxiliary, 69,000 members strong. We were taught to always care for others and be appreciative, humble, and thoughtful. My father had a sign in his dental lab that read: "I complained I had no shoes until I met a man who had no feet." My parents, children of the "great depression," were part of a great generation who strengthened the fabric of our country. My three nephews are currently serving in the Air Force and US Army.

1

### Protect Children

From a young age, I have always made an effort to care for others. I had a special needs student in my class that I protected from the bullies who just couldn't help themselves and kept picking on her. The 8-year experience impressed upon me, to shield those less fortunate. I sought ways to make a difference in their lives. My first assignment in the Army, researched (the propensity factors of) child abuse in the military. It was a disturbing mission and one I embraced and remembered when I served in Congress. I took action in 2006 legislation, that when war veterans who had access to VA for 5 years, their dependent victims of child abuse could gain access to healthcare, dental, and counseling services from the VA as long as the parent qualified. These are very real issues that most want to ignore or act like they are not a problem when they truly are.

### Suicide Prevention

At the age of 16, one of my good friends committed suicide. It haunts my brother and me to this day. I channeled my feelings to assist others by servings on the Board of a mental hospital when I was 28 years old. In Congress, I focused on counseling services for active duty and dependents for post-traumatic stress disorder (PTSD) and the stigma warriors felt attached to the treatment. So I advocated to drop the word "disorder;" so it could be called post-traumatic stress (PTS). War veteran suicide rates are also very bothersome to me. It became an issue that many of my congressional colleagues embraced. Many different initiatives were taken to prevent veteran suicides over the years.

### Citadel, Army, Law, Family & Personal Life

After graduation from The Citadel, I was commissioned into the U.S. Army as a Second Lieutenant in the Medical Service Corps and went on active duty at Fort Sam Houston, Texas. I received a delay from active duty in the U.S. Army to attend Valparaiso University School of Law in the summer of 1981 at a time when Joni had one semester to finish at Purdue University in Computer Science. I married my high school sweetheart Joni Geyer, who I met in the 3rd grade, a few weeks before I started law school in 1981. We had our daughter Colleen at the start of second year of law school. Our son Ryan was born while stationed at Ft Eustis, Virginia. Joni is very kind, considerate and thoughtful and she has been an extraordinarily devoted mother and grandmother to our children and grandchildren. While serving in Congress, we decided to raise our family in Indiana so our parents would know our children and they could reap the benefits of their love and wisdom. For 10 years almost every week I would get up at 3:30am to drive to the Indianapolis airport to fly to DC to be in my Congressional office by 9am. Joni was very supportive of my career and she was more like a single working Mom as a computer programmer for Federal Mogul while I worked so far from home. I encouraged her to leave the work force when the children entered middle school. It turned out to be a great decision as she is rightfully credited with raising our two children. Joni and I celebrated our 41st wedding anniversary on August 1, 2022.

I would like to share with you a bit about who Colleen and Ryan are. My daughter Colleen Buyer and son Ryan Buyer were model children. Both were great high school athletes and excellent in academics. Colleen is very outgoing, cheerful, kind, and social. She was very moved by Joni's sister who was a Pharmacist who suffered from systemic lupus erythematous. She loved and respected her aunt. Colleen followed her path and went to Purdue University and graduated with a Doctor of Pharmacy degree. She started working for CVS Pharmacy 5 out of her 6 years while

2

at Purdue. She is the Pharmacy manager of the second busiest CVS Pharmacy in Indiana. Colleen has been with CVS for 19 years. I am very proud of her. She has three children: Redacted 15; Redacted 13; and Redacted 10. She left a 10 year abusive marriage and her children have been in counseling for years. I have been helpful to her family over the years and completely devoted to my grandchildren and their well-being.

Ryan is more reserved than his sister. His heart has always been authentic and he is humble and kind. He put on display his character when our neighbor's daughter become pregnant her sophomore year and decided to stay in school during her pregnancy. As a senior Ryan was nominated as Homecoming King and he asked her to escort him while she was 7 months pregnant. He sent a strong message to others that she was his friend and her pregnancy does not bother me. I was very proud of him for defending his friend. Ryan went to Ball State University to study Business and play football. He went to the Coach and asked for counsel on how to balance his excellence to academics with excellence to football. The coach told Ryan to drop a class. Ryan responded with, "Coach, someone can always take away my position but nobody can ever take away my education. I'm turning in my gear." He left the team and devoted himself to academics and graduated summa cum laude in business. Charles Schwab has over 60,000 employees but less than 50 financial planners and Ryan is one of Schwab's financial planners. Ryan married his high school sweetheart Ashlyn who is also a CVS Pharmacist. They have 3 children: Redacted 6; Redacted 4; and Redacted 3.

I have 6 guardianship Schwab accounts for my 6 grandchildren to teach them about saving and investing. The goal is for each to have a nest egg of cash they can access upon graduation from college to give them a leg-up as they start their adult lives. When each grandchild saves $200, it is matched with $800 and then $1,000 is invested.

I am very conscientious. My credit score is 810. I have driven over 42 years without a traffic accident and drove 37 consecutive years without a speeding ticket. I have never smoked marijuana nor taken any form of illicit drugs. I have never knowingly violated any law.

**Life of Duty, Honor, and Integrity**

I am a Distinguished Military graduate of The Citadel in 1980 where all cadets live under a Code of Honor. I have commissioned a Second Lieutenant U.S. Army Medical Service Corps . I was delayed from active duty at Ft Sam Houston Texas to attend Valparaiso U. School of Law fall of 1981and maintained active Reserve status while in law school. I became a Mason in 1980, having been raised by the same gentleman who raised my grandfather in 1928 and father in 1954. I married my high school sweetheart, then Joni Geyer, who I met in the 3rd grade, as I started law school August 1, 1981. We had our first child Colleen during my second year of law school.

I served in Army Reserves during law school and served as the law school's Honor Court Justice for 2 years. I passed the Indiana Bar exam while still in law school in 1984. Upon admission to the Indiana Bar, I branch transferred to the Army Judge Advocate Generals Corps and served 3 years of active duty with the US Army (1984-1987) at Ft Eustis Virginia as a Claims Judge Advocate, Admiralty lawyer for the Army's navy, and Special Assistant U.S. Attorney for the Eastern District of Virginia. Joni and I had our second child, Ryan, in 1985.

I became a member of the Virginia Bar in 1987. I returned to Indiana in 1987 to serve 1 year as an Indiana Deputy Attorney General. I established a solo private law practice in Monticello, Indiana in 1988. I was appointed to serve as Board member of Wabash Valley Mental Hospital in 1988 for 4 years.

3

In November 1990, I was called to active duty on 3 days' notice into the First Gulf War: Desert Shield and Desert Storm. I was the Operational Law Judge Advocate for the 22nd Theater Army assigned to the Western EPW camp. I conducted interrogations of Iraq Army officers to document war crimes and interacted with lawyers for the International Committee Red Cross while successfully navigating endless legal, law of war, and humanitarian issues.

As a Captain, I was awarded the Bronze Star for service in the Gulf War. I returned from Gulf War to Monticello in June 1991 to reopen the law practice that I had lost. I never calculated my financial loss because a lieutenant from my unit died.

In 1992, I was elected to Congress at age 33, and served 9 consecutive terms. I created the National Guard and Reserves Caucus with Paul McHale (PA-D) and Co-Chaired the caucus for 16 years and worked to fulfill our annual national security budget requirements of the National Guard, reserve components of the Army, Air Force, Navy, Marine Corps, and Coast Guard.

## Armed Services Committee

I served as Chairman of the Personnel Subcommittee of House Armed Services Committee for 4 years where I created the lifetime healthcare benefit for military retirees called TRICARE for Life with a pharmacy redesign and created a trust fund for the programs. Military retirees were retiring in close proximity to Forts and Bases to access healthcare. TRICARE For Life permitted those who fought for freedom to have the liberty to live anywhere in the country so they now may live in close proximity to their children in order to know their grandchildren. I then restructured military pay tables and reformed military benefits by ending the bar to dual compensation for military retirees who were working for the federal government and addressed disability compensation issues of concurrent receipt for military retirees. I resolved longstanding Vietnam POW and MIA issues with Senator John McCain. I also created the Thrift Savings Program for service members. I also participated in the Florida recount when I became concerned about political efforts to disenfranchise the overseas military ballots. The lessons I learned as Chairman led to passage of Help America Vote Act 2002 that require security and assurance measures by the SECDEF. I also corrected the errors of the past by working with colleagues Paul McHale and Rick Lazio (NY-R) to award the Medal of Honor to Lieutenant Colonel Theodore Roosevelt who distinguished himself by acts of bravery on July 1, 1898, near Santiago de Cuba, Republic of Cuba, while leading a daring charge up San Juan Hill.

I left the Armed Services Committee to serve on Energy and Commerce(E&C) because I had a dream to bring a pharmacy benefit to Medicare based off the choice pharmacy program that I had created for the military retirees as part of TRICARE For Life. We were successful in creating Medicare Part D. I also created the renewable energy programs relating to solar, wind, and geothermal for the DOD and VA.

## House Energy and Commerce Committee

I served on the House Energy and Commerce Committee in the 107th to the 111th Congresses. I was a leading advocate of Health Savings Accounts and helped create the Medicare Drug Discount Card program and Medicare Part D. I authored the Main Street Energy Act that became the "all of the above" national energy strategy for a broad based and diversified energy portfolio. As an advocate for drug safety and efficacy and to combat counterfeiting, I authored the Drug Quality and Security Act for electronic track and trace requirements throughout the pharmaceutical distribution system.

## Olympic Committee Reorganization

While on E&C, in February of 2003, I toured the U. S. Olympic Training Center in San Diego CA, I met with the Speaker of the House and asked to lead the effort to help reorganize the US Olympic Committee that was bogged down in ethical scandals. I met with leaders of the Olympic Committee and encouraged them to create a task force to reduce the size of the Board of Directors from 124 Members to 9 Members. Then I would call for Congress to take action by calling for a massive downsizing and reorganization of the U.S. Olympic Committee in the wake of a management and ethics scandals. The House and Senate both filed legislation. When the Olympic task force reported its results, I advocated for an Olympic team to be a Member of the Board. The Speaker then graced the changes, and the Olympic Committee approved the changes that were then sent to the international Committee ahead of the 2004 Olympics.

## Counterfeit Drugs

I toured our Nation's ports of entry of foreign drugs and compounds entering our country in New York, Miami, Indianapolis, Chicago, Louisville, and Memphis. I learned first-hand that the FDA needed assistance to combat the flow of counterfeit drugs. As an advocate for drug safety and efficacy and to combat counterfeiting, I authored the Drug Quality and Security Act for electronic track and trace requirements throughout the pharmaceutical distribution system. I created an electronic pedigree for tracking pharmaceuticals from manufacturing through distribution to retail. It became law after I retired. The bill's name changed to the Drug Supply Chain Security Act (DSCSA) and it was signed into law in November 27, 2013 by President Obama. It created a uniform national standard for tracing drug products through the supply chain. The goal of DQSA is to enhance FDA's ability to help protect consumers by detecting and removing potentially dangerous products from the pharmaceutics distribution supply chain. A new electronic, interoperable system identifies and traces only prescription drugs in the finished form for human use while distributed in the United States.

## House Judiciary Committee

I served 4 years on the House Judiciary Committee where then Senator Joe Biden and I were lead advocates at the House-Senate Conference for roving wiretaps, and I created a criminal statute (called the Kingpin statute) that when someone calls for the killing of another person, the advocate can also be charged with first degree murder. I was a House conferee on the 1996 Telecommunications Act. I also served on the Crime Subcommittee special investigation of the influence of the La Cosa Nostra upon the Executive Branch. I increased drug interdiction by funding $20M to get the US Coast Guard in the fast boat business. I traveled to Venezuela to get their Minister of Defense to release replacement parts to fix a radar system and warn him that the U.S. was going to assist Columbia to stop the precursor chemicals coming from German manufacturers through the water systems to the FARC and drug lords. I traveled to Columbia to coordinate the plan. I targeted funding to the California National Guard to operate a radar system to close the only hole in our southern border security system in which planes had been carrying cocaine by using the gap for 14 years.

## Gulf War Illnesses

I served 18 years on the House Veterans Affairs Committee. I was a leading advocate for Gulf War veterans suffering from Gulf War Illnesses; whereby, Joe Kennedy and I were able to pass laws opening access of VA Hospitals for Gulf war veterans and we created disability pay for

"Unknown Diagnosed- illnesses." Even though doctors at Bethesda Hospitals informed me upon my return from the war that my lungs are scarred and are the equivalent of a 30-year smoker from the oil fires from the Gulf War, I never sought VA healthcare nor ever applied for a VA-disability payments because I never wanted to be accused of receiving a benefit from a program that I created.

### Centralized VA IT Architecture

As Chairman of the House Veterans Affairs committee, I centralized the VA's IT architecture with personnel line and budget authority to a political appointee CIO position that I created. My persistence, focusing on IT and collections, and my efforts led to improved IT security and assurances through influencing the VA to centralize its IT architecture. This also led to strategic sourcing that saved the VA hundreds of millions of dollars. My idea to empower the VA-CIO with line and budget authority is now the standard to reorganize the rest of the federal government's Departments and Agencies. After years of oversight, I created the CPACs and the contacting process to reengineer the VA third party collections processes which rendered increases in collections by several billion dollars.

### US Olympic and Paralympic Committees

I was also an advocate to utilize sports as a platform for healing of all the wounded warriors from war. After leading the reorganization of the U. S. Olympic Committee, I led the effort that resulted in an MOU between the VA and the US Paralympics. This cooperation created a pathway for disabled veterans to compete in the Paralympic Games. As I stated, "This has allowed our disabled veterans to trade one uniform for another." This became part of the marketing campaign of the Paralympic Team.

### Polytrauma Rehabilitation Centers

In 2004, at the Minneapolis VA, I witnessed a warrior suffering from a traumatic brain injury (TBI) who had his skull removed and stored in his body cavity until the brain could come to rest. This experience caused me to focus on the TBIs from improvised explosive devices (IEDs) in both theaters of war. I worked with the VHA and authorized the creation of 5 Polytrauma Rehabilitation Centers (PRCs). PRCs are located at the VA medical centers in Minneapolis, MN; Palo Alto, CA; Richmond, VA; San Antonio, TX; and Tampa, FL. The PRCs serve as regional referral centers for acute medical and rehabilitation care, and as hubs for research and education related to polytrauma and TBI. They provide a continuum of rehabilitation services that include specialized "emerging consciousness" programs, comprehensive acute rehabilitation care for complex and severe polytraumatic injuries, outpatient programs, assistive technology evaluation and training, and residential transitional rehabilitation programs.

### Combat Helmets

In the summer of 2006, I challenged the health and safety of the sling system inside helmets worn by soldiers and marines in battle. The battlefield helmet served a purpose in WWII, Korea, and Vietnam that was now different from the threats experienced by the exposure to IEDs in Iraq and Afghanistan wars. After multiple meetings with the Marine Corps leadership, the marine Corps agreed to test a pad system as compared to the sling system. In October of 2006, results of testing between the pad suspension system and the sling suspension system for Marine Corps and Army combat helmets indicated pads offer more protection. The Marine Corps and the Army recently

6

participated in the Congressionally directed, independent, non-ballistic tests through the Department of Defense. In these tests, conducted by the U.S. Army Aeromedical Research Lab, the pad system demonstrated greater non-ballistic blunt impact protection. Lives have been saved.

The Marine Corps and the Army fully agree as to the positive results of the tests. In light of this, the Marine Corps announced that the pad suspension system is now the only authorized suspension system for Marine Corps Helmets. Further, only pad suspension systems purchased by the Marine Corps via the supply system are authorized for use. These pad suspension systems are also used by the Army. Marine Corps Systems Command immediately purchased 89,000 sets of combat helmet suspension pads for immediate fielding. Previously, a sling suspension system had been fielded for Marine Corps combat helmets.

Marine Corps Systems Command has purchased 89,000 sets of combat helmet suspension pads for immediate fielding. Previously, a sling suspension system had been fielded for Marine Corps combat helmets.

## Military Funerals

After calling a mother in Kokomo, Indiana whose son had just been killed in Iraq, I learned that protesters had just called the mother and told her that they were glad her son was dead and someone had egged the family home. The protesters were planning to protest her son's funeral. I, at a VA Committee hearing the following day, talked about the horrors that had occurred to this mother and I invited the Deputy Secretary of the VA to attend the funeral where we both witnessed Patriot Guard Riders blocking the protesters at the funeral. I then authored with Congressman Mike Rogers the Respect for America's Fallen Heroes Act to protect the sanctity of military funerals and passed the bill out of the Veterans Affairs Committee. I then had Congress recognize the Patriot Guard Riders. I was with the Kokomo mother in the Oval Office of the White House with President Bush when the bill was signed into law on May 29, 2006. The mother and I joined President Bush on my trip to Arlington National Cemetery as the President gave his Memorial Day Address.

## VA Patient Access to Healthcare

I worked to strengthen and improve the VA's ability to deliver timely access to the highest quality healthcare to all veterans.

As the Department of Defense (DOD) turned to the Reserve components for additional manpower, the number of veterans residing in rural and highly rural areas significantly increased. Veterans from Operation Enduring Freedom and Operation Iraqi Freedom are authorized enrollment in VA's health care delivery system for five years after separation. Clearly, veterans in rural and highly rural areas continue to be underserved. I advocated that veterans should not be penalized because of their choice of geographical location. I sought for the VA to improve access to quality primary and specialty health care services, using all available means at their disposal, especially for veterans living in rural and highly rural areas.

In general, the Department of Veterans Affairs (VA), through the Veterans Health Administration (VHA), provides a majority of medical services to veterans within its health care system. However, in some instances, such as when a clinical service cannot be provided by a VA medical center, when a veteran is unable to access VA health care facilities due to geographic inaccessibility, or in emergencies when delays could lead to life threatening situations, VHA is authorized by law to send the veteran outside of VA's health care system to seek care.

In 2006, I worked with my colleagues to have Project Hero inserted in the conference report to accompany the Military Quality of Life and Veterans Affairs Appropriations Act of 2006 (P.L. 109-114, H. Rept. 109-305). I directed the VA to implement a cost-effective purchased care management program and to develop at least three pilot programs to encourage collaboration with industry and academia. In response to this requirement, VHA established a demonstration program to enhance the existing fee basis care program that was named Project HERO (Healthcare Effectiveness through Resource Optimization). This was a 5-year pilot to examine and execute healthcare management strategies. When a patient requires a specific service, and the local VA medical center does not have the specific medical expertise or the technologies to meet that necessity, the local VA medical center authorizes the specific service to be provided under Project HERO. Once the veteran receives care, HVHS is contractually required to return the patient's medical record to the local VA medical center, and HVHS sends the claims data to VA for reimbursement.

I was also a leading advocate for mental health treatment for veterans and suicide prevention; I increased services for the blind, and I worked with others to add two Centers for Excellence for multiple sclerosis, and six facilities for those with Parkinson's Disease.

By 2013, with the surge of war time veterans coupled with aging war veterans, the VA struggled to provide timely and appropriate care. Appointment concerns that veterans had noted for years – such as having problems getting appointments and care from VA – became well documented.

- Primary care average wait time - 46.64 days,
- Specialty Care Patient average wait time - 49.39 days
- Mental Health average wait time – 35.20 days

The scheduling of patient appointments crisis of 2013 demonstrated that VHA had not done a good job in outsourcing health care outside the health system. Over the past years, VHA has implemented numerous pilot programs to fix the issues related to patient access to care, such as Project Hero, Project ARCH (Project Access Closer to Home), PC3 (Patient-Centered Community Care), and Veterans Community Care Program to the improved: Mission Act.

Because of my leadership in 2006, my dream, for the VA to deliver timely access to the highest quality healthcare to all veterans wherever they live, has been realized.

### Hurricane Katrina Select Committee

I served on the Select Committee to investigate the preparation and response to Hurricane Katrina, which was established by House Resolution 437 on September 15, 2005. I, along with other members of the Select Committee, were charged with conducting a full and complete investigation and study on the preparation and response to Hurricane Katrina. The final report and recommendations were released on February 15, 2006. I took action in the VA Committee to encourage the VA to change its supply chain at VA hospitals in known disaster areas to improve rapid response and healthcare outcomes.

### Surge in Iraq and Consequences

In the summer of 2006, President Bush invited me to the White House private residence. The President asked for my opinion on whether he should surge with US Forces in Iraq. Having dealt with the consequences of war and an outspoken critic of Al-Qaeda, I recommended that the U.S. Force surge and stabilize the country of Iraq. I traveled to Baghdad in August 2006 for the

President of Iraq's first Cabinet meeting. I spoke at a press conference with the President of Iraq. In the later part of September 2006, I received a life-altering call informing me that an Al Qaeda cell was taken down in Baghdad, and a captured computer revealed that "Steve Buyer has been targeted for assassination." It was unknown if the order had been communicated to a sleeper cell in the United States. For 2 years my family and I altered our life style, public appearances, and travel. I traveled predominantly in the tunnels of the Capitol until late 2009.

### Retirement

I retired in the rank of Colonel from the US Army Reserves and from Congress in the same year, 2010. My retirement ceremony from the military was hosted by the Secretary of the Army; whereby, I was awarded the Legion of Merit for my 30 years of Honorable Service to our country.

In 2011, I started a business development and consulting firm with Mike Copher. Many of the over 30 companies we represented permitted me to continue to serve the interest of veterans by bringing improvements to the Veterans Administration health enterprise and it valued infrastructure and components.

### Portrait Dedicated to Hang in Congress

To honor my service as Chairman and Ranking member of the Veterans Affairs Committee room, my portrait was dedicated by the Speaker of the House John Boehner and it now hangs in Congress's Veterans Affairs Committee room in recognition of my honorable service.

### Senate Appointment to Military Commission

In 2013 to 2015 I was appointed by Congress as a Commissioner on the Military Retirement and Compensation Modernization Commission that delivered 15 recommendations to Congress to improve military compensation, benefits, and the retirement system for the all-volunteer force. I worked on recommendation 7 to address serious issues that active duty families have in caring for children with special mental and physical needs. I made sure that military families with disabled children have improved access to services and reimbursements when families transfer from one state duty station to another.

### Board Member of FSD Pharma

From October 2019 to June 2021, I served on the Board of FSD Pharma, Inc (HUGE), which is a publicly traded company on Toronto and NASDAQ exchanges. I served as Chairman of the Governance Committee responsible for the ethics and integrity standards of the company. I was appointed by the Board to lead a Special Investigation into the ethics of the super-majority shareholder who sought for the FSD Pharma to buy another company in which he never disclosed to the Independent Directors that he owned a company that owned 7% of the prospect-company he wanted purchased by FSD Pharma. After the investigation, I recommended an oral admonishment because a breach would have occurred if he had not disclosed prior to a vote and a vote had not taken place. The Chairman of the Board wanted a Board resolution of admonishment. I abstained from voting. The Board's refusal to buy the super-majority shareholder's prospective company resulted in the reprisal of a proxy fight in which the Independent Directors were voted off the Board. The super-majority shareholder took control of FSD Pharma then bought the company he desired.

### The Citadel Dedicates the "Buyer Auditorium"

In 2004, The Citadel named the "Buyer Auditorium" in Mark Clark Hall in recognition of my service and to serve as an inspiration to Citadel cadets. Across from my portrait a plaque reads: "Soldier, Lawyer, Statesman." Funds for the naming rights came from my 1980 Classmates. I believe it is one of the most humbling honors of my life.

### Recognitions

- Awarded the Reserve Officer Association Minute man of the Year, my name is on their wall along with Presidents Ronald Reagan and George Bush.
- Awarded the Citizen Patriot of the Year by the Reserve Forces Policy Board Fellows Society.
- Awarded the Sonny Montgomery Eagle Award by the Enlisted National Guard Association.
- Award from the National Guard Association for dedicated service to the Guard and families.
- Award from Association of Service-Disabled Veterans for overall dedication and commitment to serving veterans.
- Statesmanship Award from the Former Members of Congress Association.
- Award from Paralyzed Veterans of America for creating a relationship between the VA and the US Olympic Committee that resulted in disabled veterans receiving the opportunity to be on the US Para-Olympic team.
- The Nathan Hale Award from The Citadel.
- Many other Honorary Degrees, awards, and recognition.

In closing, I have given so much to our country. I would like to continue my work helping others and to live out my life in peace with Joni, our 2 children, and our 6 grandchildren. Please take the foregoing into account at sentencing.

Sincerely,

/s/ *Stephen Buyer*_____
Stephen Buyer