UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD, et al.,                             :

                                                     :      <u>ORDER</u>
                   Plaintiffs,
                                                   :      20 Civ. 2489 (LTS) (GWG)

   -v.-
                                                     :

MIKE BLOOMBERG 2020, INC.,

                 Defendant.                  :
------------------------------------------------------------X
------------------------------------------------------------X
ALEXIS SKLAIR, et al.,

                                                   :      <u>ORDER</u>
                   Plaintiffs,
                                                 :      20 Civ. 2495 (LTS) (GWG)

   -v.-
                                                   :

MIKE BLOOMBERG 2020, INC., et al.

                 Defendants.                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The time of the initial case management conference on July 16, 2020, is changed to 12:00 noon. Counsel are directed to confirm with all other counsel that they are aware of this change in time.

SO ORDERED.

Dated: July 15, 2020
       New York, NY

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge