UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　　Defendant. | 20 Civ. 2489 (LTS)(GWG)<br><br>**NOTICE OF MOTION FOR LIMITED STAY OF DISCOVERY** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Mike Bloomberg 2020, Inc., through its undersigned counsel, will move this Court, before the Honorable Gabriel W. Gorenstein, at the United States District Court, United States Courthouse, 500 Pearl Street, Room 6B, New York, NY 10007, on a date and time to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 26(c), staying any discovery beyond that ordered by the Court during the July 16, 2020 Initial Case Management Conference pending a decision on Defendant's partial motion to dismiss or to strike the class claims (Dkt. Nos. 110-113).

　　　　PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's June 29, 2020 Order (Dkt. No. 119), paragraph 2.B of Magistrate Judge Gorenstein's Individual Practices, and the parties' agreement, any opposition to this motion is due by July 27, 2020, and any reply is due by July 31, 2020.

Dated: July 20, 2020

PROSKAUER ROSE LLP

*/s/ Elise M. Bloom*
Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Eleven Times Square
New York, New York 10036
(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com

Mark W. Batten
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com
(admitted *pro hac vice*)

VENABLE LLP

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.