## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al*., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>               Defendant. | 20 Civ. 2489 (KMW) (GWG) |

| | |
|---|---|
| ALEXIS SKLAIR, STERLING RETTKE, NATHANIEL BROWN, BRIAN GILES, JOCELYN REYNOLDS, AND CARYN AUSTEN on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>-vs.-<br><br>MIKE BLOOMBERG 2020, INC., AND MICHAEL BLOOMBERG<br><br>               Defendants. | 20 Civ. 2495 (KMW) (GWG) |

### DECLARATION OF SALLY J. ABRAHAMSON IN SUPPORT PLAINTIFFS' OPPOSITION TO DEFENDANT'S <u>LIMITED MOTION TO STAY DISCOVERY</u>

I, Sally J. Abrahamson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at the firm of Outten & Golden LLP ("O&G") in Washington, D.C.  I am admitted to practice before this Court.  Along with lawyers from Shavitz Law Group, P.A., I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims on behalf of the proposed collective.

2.      I make this declaration in connection with Plaintiffs' Opposition to Defendant's Limited Motion to Stay Discovery.

3.      I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

4.      On July 16, 2020 a telephone conference was held before Magistrate Gabriel W. Gorenstein.  Attached as **Exhibit A** is a true and correct copy of the transcript of that proceeding.

*      *      *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: July 27, 2020
New York, NY

*/s/ Sally J. Abrahamson*
Sally J. Abrahamson
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
sabrahamson@outtengolden.com