Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 14, 2020

**VIA ECF**

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

Re: *Wood v. Mike Bloomberg 2020, Inc.* (20 Civ. 2489) (KMW)(GWG)

Dear Judge Gorenstein:

      We represent Defendant Mike Bloomberg 2020, Inc. in the above-referenced matter. In accordance with paragraph 2.B of Your Honor's Individual Practices, we write to inform the Court that Defendant's Motion for a Limited Stay of Discovery (Doc. 134) is fully submitted.

      We thank the Court for its attention to this matter.

Respectfully,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel (via ECF)