IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby submit this Notice regarding the U.S. District Court for the Northern

District of Texas's recent orders in *Gueye v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 487 (N.D.

- 1 -

Tex. Aug. 18, 2020), *Hamilton v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 488 (N.D. Tex. Aug. 18, 2020), *Jefferson v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 489 (N.D. Tex. Aug. 18, 2020), and *Snow v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 490 (N.D. Tex. Aug. 18, 2020).  These orders are attached as Exhibit A.  These recent orders support Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss the Second Amended Complaint, ECF No. 133.

The plaintiffs in *Gueye*, *Hamilton*, *Jefferson*, and *Snow*—former employees of Defendant Mike Bloomberg 2020, Inc.'s ("the Campaign")—bring promissory estoppel and fraudulent inducement claims under Texas common law based on substantially similar facts as those alleged by Plaintiffs here.  The elements of promissory estoppel and fraudulent inducement claims under Texas and New York law are similar.  As here, the Campaign moved to dismiss the plaintiffs' claims in each of these four cases by arguing, among other things, that the purported at-will nature of the plaintiffs' employment with the Campaign foreclosed their fraudulent inducement and promissory estoppel claims under state law.  *See* Ex. B (Defendant's Motion to Dismiss in *Gueye*).  In each of these four cases, District Judge Mark Pittman rejected the Campaign's arguments in their entirety.  *See* Ex. A.

Dated: September 2, 2020  
       New York, NY

Respectfully submitted,  
*/s/ Sally J. Abrahamson*

Sally J. Abrahamson  
Hannah Cole-Chu*  
**OUTTEN & GOLDEN LLP**  
601 Massachusetts Avenue NW, Ste 200W  
Washington, D.C. 20001  
Telephone: 202-847-4400  
sabrahamson@outtengolden.com  
hcolechu@outtengolden.com

Justin M. Swartz  
Michael C. Danna  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor

New York, NY 10017
Telephone: 212-245-1000
jms@outtengolden.com
mdanna@outtengolden.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
mpalitz@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Classes*

* Admitted *pro hac vice*

## CERTIFICATION OF SERVICE

I hereby certify that on September 2, 2020, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Sally J. Abrahamson*
Sally J. Abrahamson