# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| ABDOULAYE GUEYE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00487-P |
| | § | |
| MIKE BLOOMBERG 2020, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss and Brief in Support (ECF No. 5). Having reviewed the Motion the Court finds that Defendant's Motion to Dismiss should be and hereby is **DENIED.**

**SO ORDERED** on this **18th day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MELINDA HAMILTON,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:20-cv-00488-P |
| **MIKE BLOOMBERG 2020, INC.,** | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is Defendant's Motion to Dismiss and Brief in Support (ECF No. 8). Having reviewed the Motion the Court finds that Defendant's Motion to Dismiss should be and hereby is **DENIED.**

**SO ORDERED** on this **18th day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARGUNDA JEFFERSON, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:20-cv-00489-P |
| MIKE BLOOMBERG 2020, INC., | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss and Brief in Support (ECF No. 7). Having reviewed the Motion the Court finds that Defendant's Motion to Dismiss should be and hereby is **DENIED.**

**SO ORDERED** on this **18th day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORY SNOW,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00490-P |
| | § | |
| **MIKE BLOOMBERG 2020, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss and Brief in Support (ECF No. 7). Having reviewed the Motion the Court finds that Defendant's Motion to Dismiss should be and hereby is **DENIED.**

**SO ORDERED** on this **18th day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE