UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>                   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                      Defendant. | 20 Civ. 2489 (KMW)(GWG) |

## **RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

      Defendant Mike Bloomberg 2020, Inc. (the "Campaign") hereby submits this response to Plaintiffs' "Notice of Supplemental Authority."  *See* Dkt. No. 147.  Plaintiffs submit various identical three-sentence orders issued by Judge Mark Pittman of the U.S. District Court for the Northern District of Texas denying motions to dismiss in cases filed by former employees of the Campaign in that court (the "Orders").  Plaintiffs claim that the Orders support Plaintiffs' opposition to the Campaign's pending motion to dismiss in this case.  *Id.*  Contrary to Plaintiffs' contention, the Orders have no bearing on the Campaign's motion pending before this Court.  *See* Dkt. Nos. 110-113, 133, 142.  Unlike this case, which must be decided under New York law, the Orders involve the application of Texas law.  Moreover, the Orders provide no reasoning whatsoever for why the motions in the Texas court were denied and therefore offer no guidance to this Court on any of the issues addressed in the Campaign's pending motion.

| | |
|---|---|
| Dated: September 4, 2020<br>         New York, New York | PROSKAUER ROSE LLP<br><br>*/s/ Elise M. Bloom*_____<br>Elise M. Bloom<br>Rachel S. Philion<br>Pinchos N. Goldberg<br>Eleven Times Square<br>New York, New York 10036 |

(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com

Mark W. Batten
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com

VENABLE LLP

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.