Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

September 29, 2020

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Kimba M. Wood
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2540
New York, New York 10007-1312

    Re:    <u>Wood v. Mike Bloomberg 2020, Inc.</u>, 20 Civ. 2489 (KMW)(GWG)

Dear Judge Wood:

    We represent Defendant Mike Bloomberg 2020, Inc. in the above-referenced matter. In accordance with Paragraph 3.K of Your Honor's Individual Rules and Practices, we write to inform the Court that Defendant's Motion to Dismiss (Doc. 110) has not been decided within sixty (60) days of July 31, 2020, the date on which the Motion was fully submitted.

    We thank the Court for its attention to this matter.

Respectfully,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel (via ECF)