AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Donna Wood et. al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-2489 (LTS) (GWG) |
| Mike Bloomberg 2020, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs and the Putative Collective and Classes.

Date: 10/2/2020

/s/ Deirdre Aaron
*Attorney's signature*

Deirdre Aaron DA5022
*Printed name and bar number*

Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Address*

daaron@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(646) 509-2060
*FAX number*