DIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>MIKE BLOOMBERG 2020, INC., <br><br>　　　　　　　　　Defendant. | No. 20 Civ. 2489 (KMW) (GWG) |

**NOTICE OF WITHDRAW OF SALLY J. ABRAHAMSON**
<u>**AS COUNSEL FOR PLAINTIFF**</u>

Please take notice that Sally J. Abrahamson is no longer associated with the firm of Outten & Golden LLP, and Plaintiffs' Counsel respectfully requests that she be withdrawn pursuant to Civ. L.R. 1.4 as counsel for Plaintiffs in the above-captioned action.

Dated: October 5, 2020
       New York, NY

Respectfully submitted,

/s/ Sally J. Abrahamson

Sally J. Abrahamson
Hannah Cole-Chu*
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
abarahamson@outtengolden.com
hcolechu@outtengolden.com

Justin M. Swartz
Deirdre Aaron
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor New York, NY 10017 Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com
daaron@outtengolden.com
mdanna@outtengolden.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022 Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285 Boca Raton, FL 33431 Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

- 3 -

tgivens@shavitzlaw.com

*Admitted *Pro Hac Vice*

***Attorneys for Plaintiff and the Putative Class***

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

        */s/ Sally J. Abrahamson*

        Sally J. Abrahsom
        **OUTTEN & GOLDEN LLP**
        601 Massachusetts Avenue NW, Ste 200W
        Washington, D.C. 20001
        Telephone: 202-847-4400
        Facsimile: 202-847-4410
        abarahamson@outtengolden.com