UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>    Defendant. | 20 Civ. 2489 (LTS)(GWG) |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Mike Bloomberg 2020, Inc. (the "Campaign") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision by Judge Keith Ellison in the United States District Court, Southern District of Texas, entitled *Tracy Yvette Scott v. Mike Bloomberg 2020 Inc.*, No. 20 Civ. 2261 (KPE).  The *Scott* decision supports the Campaign's pending Partial Motion to Dismiss the Second Amended Class and Collective Action Complaint (Dkt. 110).

Like here, the *Scott* plaintiff is a former Campaign employee who alleged fraudulent inducement and promissory estoppel, among other claims, premised on the allegation that the Campaign promised her employment through the November 2020 general election, irrespective of whether Mr. Bloomberg secured the Democratic nomination for President, and that the Campaign terminated Scott's employment in March 2020 following Mr. Bloomberg's withdrawal from the race.  Scott signed the same offer letter the *Wood* plaintiffs signed here, which specifically provided that her employment was at will and could be terminated at any time, and that no statement varying the at-will nature of her employment would be effective unless set forth in a signed writing from an authorized representative of the Campaign.  Relying on the clear terms of

that written offer letter, the court dismissed Scott's complaint, including her claims for fraudulent inducement[1] and promissory estoppel.

The docket entry reflecting the court's dismissal of Scott's complaint is attached as Exhibit A and the October 19, 2020 transcript of the oral argument before the court in which Judge Ellison dismissed the complaint on the record is attached as Exhibit B.

Dated: October 23, 2020
New York, New York

PROSKAUER ROSE LLP

/s/ Elise M. Bloom
Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Allison L. Martin

Eleven Times Square
New York, New York 10036
(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com
amartin@proskauer.com

PROSKAUER ROSE LLP
Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com

VENABLE LLP
Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.

---

[1] The court dismissed Scott's fraudulent inducement claim with prejudice.