# EXHIBIT A

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Thursday, October 22, 2020 11:53 AM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-02261 Scott v. Mike Bloomberg 2020, Inc. Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 10/22/2020 at 11:53 AM CDT and filed on 10/19/2020
**Case Name:**     Scott v. Mike Bloomberg 2020, Inc.
**Case Number:**   4:20-cv-02261
**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 10/19/2020. Argument heard on [7] Motion to Dismiss and [9] Motion to Remand. For the reasons stated on the record, the Court finds that it has subject-matter jurisdiction and Plaintiffs Motion to Remand is DENIED. For the reasons stated on the record, the Court GRANTS IN PART Defendants Motion to Dismiss. Plaintiffs claim for fraudulent inducement is dismissed with prejudice, and Plaintiffs claims for promissory estoppel, breach of warranty, and breach of contract are dismissed without prejudice. Plaintiff is given 15 days to file an amended complaint. Appearances:Meghan McCaig. Rex D VanMiddlesworth, Gregory William Curry, Carroll G Robinson.(Court Reporter: M. Malone)(Law Clerk: A. Mody), filed.(arrivera, 4)**

**4:20-cv-02261 Notice has been electronically mailed to:**

Carroll G Robinson     info@rlglawpllc.com

Emily W Miller     emily.miller@tklaw.com, joyce.schmutzer@tklaw.com

Gregory William Curry     greg.curry@tklaw.com, tanya.wadsworth@tklaw.com

Jennifer Meghan Nylin     meghan.nylin@tklaw.com, jerry.graham@tklaw.com, sherri.rodgers@tklaw.com, thom.hunter@tklaw.com

Rex D VanMiddlesworth     rex.vanm@tklaw.com

**4:20-cv-02261 Notice has not been electronically mailed to:**