UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DONNA WOOD, et al.,                                         :

                                                            :        ORDER
                 Plaintiffs,
                                                            :        20 Civ. 2489 (LTS) (GWG)
   -v.-
                                                            :
MIKE BLOOMBERG 2020, INC.,

                Defendant.                                :
---------------------------------------------------------------X
---------------------------------------------------------------X
ALEXIS SKLAIR, et al.,

                                                           :        ORDER
                 Plaintiffs,
                                                           :        20 Civ. 2495 (LTS) (GWG)
   -v.-
                                                            :
MIKE BLOOMBERG 2020, INC., et al.

                Defendants.                               :
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motions for a stay of discovery will take place on December 15, 2020, at 4:00 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must not use a speakerphone. Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein)

      The Court will ask the parties to address the factors relevant to a motion for a stay with the exception of the "strength of the motion to dismiss" factor. Thus, the parties need not prepare for argument as to this factor. The Court notes that the plaintiffs' motion papers argued that the motions for a stay were "premature" and will expect the parties to address this question as well.

SO ORDERED.

Dated: November 12, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge