**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD *et al.*, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | Civil Action No.: 20 Civ. 2489-LTS<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Daniel Stromberg, hereby move this Court for an Order for admission to practice *pro hac vice*, to appear as counsel for Plaintiff Donna Wood in the above-captioned matter. Attached are a Certificate of Good Standing and affidavit as required by Local Rule 1.3(c).

Dated: February 16, 2021
   Washington, DC

               Respectfully submitted,

               _____
               Daniel Stromberg
               OUTTEN & GOLDEN LLP
               601 Massachusetts Avenue NW,
               Suite 200W
               Washington, D.C. 20001
               Tel: (202) 847-4406
               Fax: (646) 952-9120
               Email: DStromberg@outtengolden.com

2

## CERTIFICATION OF SERVICE

    I hereby certify that on February 16, 2021, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____

Daniel Stromberg