# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD *et al.*, individually and on behalf
all others similarly situated,

                              Plaintiffs,

        v.                                                Civil Action No.: 20 Civ. 2489-LTS

MIKE BLOOMBERG 2020, INC.,

                              Defendant.

## [PROPOSED] ORDER ON MOTION FOR
## ADMISSION *PRO HAC VICE* OF DANIEL STROMBERG

The Motion of Daniel Stromberg, for admission to practice *pro hac vice* in the captioned

action is granted.  Applicant has declared that she is a member in good standing of the bar of the

District of Columbia; and that his contact information is as follows:

> Daniel Stromberg
> OUTTEN & GOLDEN LLP
> 601 Massachusetts Avenue NW, Ste. 200W
> Washington, D.C. 20001
> Tel: (202) 847-4407
> Fax: (646) 952-9120
> Email: DStromberg@outtengolden.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Plaintiffs in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated:_____                    _____
                                          Honorable Laura Taylor Swain
                                          United States District Judge

1