**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD *et al.*, individually and on behalf all others similarly situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                        Defendant. | Civil Action No.: 20 Civ. 2489-LTS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Daniel Stromberg, hereby move this Court for an Order for admission to practice *pro hac vice*, to appear as counsel for Plaintiff Donna Wood in the above-captioned matter. Attached are a Certificate of Good Standing and affidavit as required by Local Rule 1.3(c).

| | |
|---|---|
| Dated: February 17, 2021<br>       Washington, DC | Respectfully submitted,<br><br>_____<br>Daniel Stromberg<br>OUTTEN & GOLDEN LLP<br>601 Massachusetts Avenue NW,<br>Suite 200W<br>Washington, D.C. 20001<br>Tel: (202) 847-4406<br>Fax: (646) 952-9120<br>Email: DStromberg@outtengolden.com |

## **CERTIFICATION OF SERVICE**

     I hereby certify that on February 17, 2021, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____

Daniel Stromberg