## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD *et al.*, individually and on behalf all others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                              Defendant. | Civil Action No.: 20 Civ. 2489-LTS |

### AFFIDAVIT OF DANIEL STROMBERG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel Stromberg, being duly sworn, do hereby state as follows:

1. I am an attorney with Outten & Golden LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter pursuant to Local Civil Rule 1.3(c).

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me. No discipline has previously been imposed on me in any jurisdiction in the past five years.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Donna Wood.

1

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 17, 2021

_____
Daniel Stromberg
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste. 200W
Tel: 202-847-4400
Fax: 202-847-4410
Email: DStromberg@outtengolden.com

STATE OF NEW YORK        )
                         ) ss.
COUNTY OF Queens         )

Subscribed and sworn to before me this 17th day of February 2021.

_____
NOTARY PUBLIC

CHRISTOPHER TRUONG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01TR6359499
COMM. EXP. 05/30/2021

2