IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD *et al.*, individually and on behalf all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>        Defendant. | Civil Action No.: 20 Civ. 2489-LTS |

ORDER ON MOTION FOR

<u>ADMISSION *PRO HAC VICE* OF DANIEL STROMBERG</u>

The Motion of Daniel Stromberg, for admission to practice *pro hac vice* in the captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

  Daniel Stromberg
  OUTTEN & GOLDEN LLP
  601 Massachusetts Avenue NW, Ste. 200W
  Washington, D.C. 20001
  Tel: (202) 847-4407
  Fax: (646) 952-9120
  Email: DStromberg@outtengolden.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/18/21

                             _____
                             Honorable Gabriel W. Gorenstein
                             United States Magistrate Judge