UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>    Defendant. | 20 Civ. 2489 (LTS)(GWG) |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Mike Bloomberg 2020, Inc. (the "Campaign") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision by Judge Keith Ellison in the United States District Court, Southern District of Texas, entitled *Tracy Yvette Scott v. Mike Bloomberg 2020 Inc.*, No. 20 Civ. 2261 (KPE). The *Scott* decision supports the Campaign's pending Partial Motion to Dismiss the Second Amended Class and Collective Action Complaint (Dkt. 110).

Like here, the *Scott* plaintiff is a former Campaign employee who alleged fraudulent inducement and promissory estoppel, among other claims, premised on the allegation that the Campaign promised her employment through the November 2020 general election, irrespective of whether Mr. Bloomberg secured the Democratic nomination for President, and that the Campaign terminated Scott's employment in March 2020 following Mr. Bloomberg's withdrawal from the race. As explained in greater detail in the earlier Notice of Supplemental Authority filed by Defendant in this action (Dkt. 162), on October 19, 2020, Judge Ellison dismissed Scott's fraudulent inducement claim with prejudice and dismissed Scott's other claims alleged in the complaint without prejudice and with leave to replead.

Scott subsequently filed an amended complaint in which she again alleged, *inter alia*, promissory estoppel. During a hearing held on February 24, 2021, Judge Ellison dismissed Scott's amended complaint in its entirety with prejudice. The court explained its rationale for the dismissal orally on the record during the hearing and also entered a minute entry memorializing the ruling.

The docket entry reflecting the *Scott* court's dismissal of all claims with prejudice is attached as Exhibit A. Defendant has requested the transcript of the February 24, 2021 hearing in *Scott*, and will promptly provide this Court with a copy as soon as it is available.

Dated: March 3, 2021
New York, New York

PROSKAUER ROSE LLP

*/s/ Elise M. Bloom*
Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Allison L. Martin
Eleven Times Square
New York, New York 10036
(T) 212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com
amartin@proskauer.com

PROSKAUER ROSE LLP
Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T) 617.526.9850
mbatten@proskauer.com

VENABLE LLP
Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T) 212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.