# EXHIBIT A

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Wednesday, February 24, 2021 4:04 PM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-02261 Scott v. Mike Bloomberg 2020, Inc. Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 2/24/2021 at 4:04 PM CST and filed on 2/24/2021
**Case Name:**        Scott v. Mike Bloomberg 2020, Inc.
**Case Number:**      [4:20-cv-02261](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 2/24/2021. For the reasons stated on the record, [31] Motion to Dismiss for Failure to State a Claim is GRANTED. All claims are dismissed with prejudice. [32] Motion for Production, [35] Motion to Supplement, [37] Motion for Hearing are DISMISSED as moot. It is so ordered. Appearances: Jennifer Meghan McCaig, Rex D VanMiddlesworth, Gregory William Curry, Carroll G Robinson.(Court Reporter: J. Sanchez)(Law Clerk: A. Mody), filed. (arrivera, 4)**

**4:20-cv-02261 Notice has been electronically mailed to:**

Carroll G Robinson      info@rlglawpllc.com

Emily W Miller     emiller@andrewsmyers.com, plee@andrewsmyers.com

Gregory William Curry     greg.curry@tklaw.com, tanya.wadsworth@tklaw.com

Jennifer Meghan McCaig     meghan.mccaig@tklaw.com, jerry.graham@tklaw.com, sherri.rodgers@tklaw.com, thom.hunter@tklaw.com

Rex D VanMiddlesworth     rex.vanm@tklaw.com

**4:20-cv-02261 Notice has not been electronically mailed to:**