# Exhibit 1

| | |
|---|---|
| From: | Dan Kanninen <dkanninen@mikebloomberg.com> |
| Sent: | Monday, March 09, 2020 07:54 PM |
| To: | Brynne Craig <bcraig@mikebloomberg.com>, Howard Wolfson <hwolfson@mikebloomberg.com>, Kevin Sheekey <kevin@sheekey.com>, Kim Molstre <kmolstre@mikebloomberg.com>, Maia Johnson <mjohnson@mikebloomberg.com>, Mitch Stewart <mstewart@mikebloomberg.com>, Patti Harris <pattiharris@mikebloomberg.com> |
| Subject: | Fwd: Keeping A Promise |
| Attachments: | image.png |

Hi all:

I know there is work being done to get Mike to a good place on our commitment to organizers — including discussions tomorrow.

But I am sharing this because I think the PR and brand hit will be quite bad if we can't — very soon — give more assurance to the organizers than we've been able to give to this point.

I am getting dozens of theses messages already and my deputies have been getting phone banked by organizing staff. Tweets are just starting up. Our answers are thin. Politico story that says we reneged on our commitment that just came out will just accelerate.

Biggest flag from me is that if this narrative sets, it's a terrible juxtaposition to the massive FEC report due out next week.

As you all know I'm here to be constructive and find solutions — and regardless I'll be here to manage our way through. But I wouldn't be doing my job without making clear I see a growing and real risk to Mike's reputation.

To me the answer to to make clear that all organizing staff — while being asked to apply for IE positions as a management tool to ensure quality placement — will be slotted into a position of some sort (location not guaranteed) through November, as the campaign and candidate repeatedly promised.

That doesn't mean we can't also use the re-application to thin the herd substantially.

But absent saying that and delivering, the exposure is going to grow.

dk


---------- Forwarded message ---------
From: **Miles Ceplecha** <mceplecha@mikebloomberg.com>
Date: Mon, Mar 9, 2020 at 7:33 PM
Subject: Keeping A Promise
To: <dkanninen@mikebloomberg.com>


Hello,
I am writing to voice the let down that I and many others are feeling right now. I understand that it might be hard to sympathize with people you've never met, in a different state, but my understanding is that we are all

Confidential                                                                                            Bloomberg_Hamilton_001566



a team, and we need to hold each other and our leadership accountable. A promise is a promise, and as you know, field organizers were promised to have a job in some form until November. To me, this sudden reversal is a direct reflection on everyone involved in the decision, but one that can still be righted.
Thank you,

**Miles Ceplecha**
Field Organizer



Dan Kanninen
Mike 2020 States Director
Sent from my mobile perhaps with haste

Confidential

Bloomberg_Hamilton_001567
App.   9