# EXHIBIT A

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Monday, May 17, 2021 3:41 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-00490-BP Snow v. Mike Bloomberg 2020, Inc. Memorandum Opinion and Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 5/17/2021 at 3:40 PM CDT and filed on 5/17/2021
**Case Name:**         Snow v. Mike Bloomberg 2020, Inc.
**Case Number:**       4:20-cv-00490-BP
**Filer:**
**Document Number:** 111

1

**Docket Text:**
**MEMORANDUM OPINION AND ORDER: After reviewing the pleadings and summary judgment evidence in Mr. Snow's case, the Court reaches the same result. Because of the specific wording of the offer letter and employee handbook Mr. Snow signed as he joined Mr. Bloomberg's campaign, he cannot now recover for breach of contract or fraud in the inducement. His claims of fraud, promissory estoppel, and unjust enrichment are unavailing. Since Defendant was not a covered enterprise and he was not a covered individual, the protections of the FLSA are not available. Accordingly, the Court finds that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. The Court GRANTS Defendant's Motion for Summary Judgment (ECF No. [81]). (Ordered by Magistrate Judge Hal R. Ray, Jr on 5/17/2021) (tln)**

**4:20-cv-00490-BP Notice has been electronically mailed to:**

Greg W Curry     greg.curry@tklaw.com, tanya.wadsworth@tklaw.com

Jennifer Meghan Nylin McCaig     meghan.mccaig@tklaw.com, thom.hunter@tklaw.com

Jason C N Smith     jasons@letsgotocourt.com, susand@letsgotocourt.com

Dina McKenney     dina.mckenney@tklaw.com

**4:20-cv-00490-BP The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/17/2021] [FileNumber=13170994-0] [841911aefcd77df3b45d833cde878ac3f727e0dca7e8806bda082f9e8b6a744b09 151b484c6dbb88a80882acd6229abe383caed2e9e41a9021d19a8b247ca7ac]]

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Monday, May 17, 2021 3:48 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-00489-BP Jefferson v. Mike Bloomberg 2020, Inc. Memorandum Opinion and Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 5/17/2021 at 3:47 PM CDT and filed on 5/17/2021
**Case Name:**      Jefferson v. Mike Bloomberg 2020, Inc.
**Case Number:**    4:20-cv-00489-BP
**Filer:**
**Document Number:** 114

**Docket Text:**
**MEMORANDUM OPINION AND ORDER: After reviewing the pleadings and summary judgment evidence in Ms. Jefferson's case, the Court reaches the same result. Because of the specific wording of the offer letter and employee handbook Ms. Jefferson signed as she joined Mr. Bloomberg's campaign, she cannot now recover for breach of contract or fraud in the inducement. Her claims of fraud, promissory estoppel, and unjust enrichment are unavailing. Since Defendant was not a covered enterprise and she was not a covered individual, the protections of the FLSA are not available. Accordingly, the Court finds that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. The Court GRANTS Defendant's Motion for Summary Judgment (ECF No. [84]). (Ordered by Magistrate Judge Hal R. Ray, Jr on 5/17/2021) (tln)**

**4:20-cv-00489-BP Notice has been electronically mailed to:**

Greg W Curry     greg.curry@tklaw.com, tanya.wadsworth@tklaw.com

Jennifer Meghan Nylin McCaig     meghan.mccaig@tklaw.com, thom.hunter@tklaw.com

Jason C N Smith     jasons@letsgotocourt.com, susand@letsgotocourt.com

Dina McKenney     dina.mckenney@tklaw.com

**4:20-cv-00489-BP The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/17/2021] [FileNumber=13171045-0] [b6f4a958c2f4a890119b8a5f0188013bd66dc57e48399c264a371b4d39d96580cb ea484ec81b6cbf91082040d0c83da0be8c73b8344a8912eb617124bbb3b6c2]]

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Monday, May 17, 2021 3:58 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-00488-BP Hamilton v. Mike Bloomberg 2020, Inc. Memorandum Opinion and Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 5/17/2021 at 3:58 PM CDT and filed on 5/17/2021
**Case Name:**         Hamilton v. Mike Bloomberg 2020, Inc.
**Case Number:**     4:20-cv-00488-BP
**Filer:**
**Document Number:** 113

1

**Docket Text:**
**Memorandum Opinion and Order.... After reviewing the pleadings and summary judgment evidence in Ms. Hamiltons case, the Court reaches the same result. Because of the specific wording of the offer letter and employee handbook Ms. Hamilton signed as she joined Mr. Bloombergs campaign, she cannot now recover for breach of contract or fraud in the inducement. Her claims of fraud, promissory estoppel, and unjust enrichment are unavailing. Since Defendant was not a covered enterprise and she was not a covered individual, the protections of the FLSA are not available. Accordingly, the Court finds that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. The Court GRANTS Defendants Motion for Summary Judgment (ECF No. [83]). (Ordered by Magistrate Judge Hal R. Ray, Jr on 5/17/2021) (wxc)**

**4:20-cv-00488-BP Notice has been electronically mailed to:**

Greg W Curry     greg.curry@tklaw.com, tanya.wadsworth@tklaw.com

Jennifer Meghan Nylin McCaig     meghan.mccaig@tklaw.com, thom.hunter@tklaw.com

Jason C N Smith     jasons@letsgotocourt.com, susand@letsgotocourt.com

Dina McKenney     dina.mckenney@tklaw.com

**4:20-cv-00488-BP The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/17/2021] [FileNumber=13171113-0] [c7445e2254fd923f3d1f0e172dda577f0b263cd471fa6e80e6729d15ab21b75f38 6fbb2942cc5f95fc7e03280c22df071dae896b042e8337a2038ea18552235a]]