# Exhibit 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                              Docket #20cv2489
 WOOD,                                  : 1:20-cv-02489-LTS-GWG

                    Plaintiff,          :

  - against -                           :

 MIKE BLOOMBERG 2020, INC.,             :
                                              New York, New York
                    Defendant.          : July 16, 2020

------------------------------------:   TELEPHONE CONFERENCE


                         PROCEEDINGS BEFORE
               THE HONORABLE GABRIEL W. GORENSTEIN,
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff Wood:     OUTTEN & GOLDEN, LLP
                        BY:  SALLY ABRAHAMSON, ESQ.
                             HANNAH COLE-CHU, ESQ.
                        685 Third Avenue, 25th Floor
                        New York, New York 10017

                        SHAVITZ LAW GROUP, PA
                        BY:  MICHAEL PALITZ, ESQ.
                        830 Third Avenue, 5th Floor
                        New York, New York 10022

For Plaintiff Sklair:   EMERY CELLI BRINCKERHOFF ABADY
                        WARD & MAAZEL LLP
                        BY:  ILANN MAAZEL, ESQ.
                             DAVID BERMAN, ESQ.
                        600 Fifth Avenue, 10th Floor
                        New York, New York 10020

Transcription Service:  Carole Ludwig, Transcription Services
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

<u>APPEARANCES (CONTINUED):</u>

For Defendant:          PROSKAUER ROSE LLP
                        BY:  ELISE BLOOM, ESQ.
                             RACHEL PHILION, ESQ.
                             MARK BATTEN, ESQ.
                             PINCHOS GOLDBERG, ESQ.
                        Eleven Times Square
                        New York, New York 10036

                        VENABLE LLP
                        BY:  NICHOLAS REITER, ESQ.
                        1270 Avenue of the Americas
                        New York, New York 10020

```
 1                                                        14
 2  whatever.
 3            MS. ABRAHAMSON:  Yes.
 4            THE COURT:  So it doesn't seem like there is any
 5  issue of custodians because you don't care who emailed
 6  them.  Your client is essentially the custodian and
 7  there's no one else's emails need to be searched, am I
 8  right or am I wrong?
 9            MS. ABRAHAMSON:  Yes, Your Honor, I was
10  referring to the plaintiff as the custodian, I'm sorry
11  if that was unclear. So as the case progresses we
12  would want to search other custodians' emails but we
13  would be content at the initial phase of just
14  searching our own plaintiffs' emails that are in the
15  possession of defendants right now.
16            THE COURT:  And the reasons you would want
17  other custodians down the road is you want to see if
18  other custodians talk to each other about whatever
19  these promises and inducements were, is that right?
20            MS. ABRAHAMSON:  Yes, Your Honor.
21            THE COURT:  Okay, but you are ready to start
22  just with your plaintiffs?
23            MS. ABRAHAMSON:  Yes, Your Honor.
24            THE COURT:  Okay.  So anyway, I told you to
25  hold the thought, keep going.
```

```
 1                                                          15
 2             MS. ABRAHAMSON:  The one additional thought is
 3   just the reason there is some urgency to this is that
 4   the campaign no longer exists and we do have concerns
 5   about the accessibility of the witnesses. And we think
 6   that having this preliminary ESI would help us see who
 7   potential witnesses would be as the case moved along.
 8   And it has been our experience as attorneys that when
 9   witnesses are not within the control of the defendant
10   it is harder to contact them, it's harder to get
11   documents from them, and it is harder to schedule
12   depositions for them. And so we think there is some
13   timeliness urgency in moving forward.
14             You know, we also do have, there have been
15   times even when both parties are proceeding in
16   complete good faith that there is a discrepancy in the
17   way preservation is interpreted. And the longer it
18   goes before we are able to receive any of the
19   documents, the more we have concerns that there might
20   be some preservation issues that would be harder to
21   address.
22             THE COURT:  Okay, are you done on the
23   discovery issue?
24             MS. ABRAHAMSON:  Yes, Your Honor.
25             THE COURT:  All right, I'm going to do
```

C E R T I F I C A T E

    I, Carole Ludwig, certify that the foregoing transcript of proceedings in the United States District Court, Southern District of New York, Wood versus Mike Bloomberg 2020, Inc., Docket #20cv2489, was prepared using PC-based transcription software and is a true and accurate record of the proceedings.

Signature____*Carole Ludwig*_____

        Carole Ludwig

Date: July 20, 2020