# Exhibit 2

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                            Docket #20cv2489
 WOOD,                                  : 1:20-cv-02489-LTS-GWG

                    Plaintiff,          :

  - against -                           :

 MIKE BLOOMBERG 2020, INC.,             :
                                            New York, New York
                    Defendant.          : December 15, 2020

--------------------------------------- : TELEPHONE CONFERENCE


                         PROCEEDINGS BEFORE
              THE HONORABLE GABRIEL W. GORENSTEIN,
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff - Wood:    OUTTEN & GOLDEN, LLP
                         BY:  DEIRDRE AARON, ESQ.
                         685 Third Avenue, 25th Floor
                         New York, New York  10017

For Plaintiff - Sklair:  EMERY CELLI BRINCKERHOFF ABADY
                         WARD & MAAZEL LLP
                         BY:  DAVID BERMAN, ESQ.
                         600 Fifth Avenue at
                         Rockefeller Center, 10th Floor
                         New York, New York  10020




Transcription Service: Carole Ludwig, *Transcription Services*
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

```
APPEARANCES (CONTINUED):

For Defendant:          PROSKAUER ROSE LLP
                        BY:  ELISE BLOOM, ESQ.
                             RACHEL PHILION, ESQ.
                             MARK BATTEN, ESQ.
                             PINCHOS GOLDBERG, ESQ.
                             ALLISON MARTIN, ESQ.
                        Eleven Times Square
                        New York, New York  10036

                        VENABLE LLP
                        BY:  NICHOLAS REITER, ESQ.
                             SANDY SCHLESINGER, ESQ.
                        1270 Avenue of the Americas
                        New York, New York  10020
```

```
                                                               15
 1
 2  confirm that, Ms. Bloom, is that the big burden, ESI?
 3          MS. BLOOM:  Yes.  Yes, Your Honor.  And if our
 4  papers are not clear with regard to a stay, what we're
 5  asking the Court for is a stay as to ESI discovery
 6  that requires identification of custodians and then
 7  the application of search terms. So, yes, it is the
 8  ESI which based on the discovery requests that were
 9  served and what the plaintiffs have indicated that
10  they were looking for, will be, the burden will be 100
11  percent on the defendant. And I can give you some
12  quantification of that if that would at all be useful,
13  but --
14          THE COURT:  Well we're not there yet, we're
15  not there yet, because what I'm trying to do, and it
16  may not work, is to explore, given that, you know,
17  both sides have a lot to lose here, whether some path
18  can be found short of, you know, the full ESI, that
19  can let us limp along for what might be a few months
20  until we get a decision on the motion to dismiss.  I
21  mean is there any, it seems to me both sides should be
22  incentivized to figure this out.  And I -- I am not
23  creative enough in terms of discovery to figure out
24  maybe there is some aspect of ESI, I know you're
25  (indiscernible) mailboxes of the plaintiffs and that's
```

```
 1                                                            19
 2  me, but it seems to me that's exactly what the two of
 3  you might discuss if you want to avoid kind of what
 4  may be the all or nothing for my decision.
 5           So my question is, Ms. Aaron, do you want the
 6  chance to talk about it and see if you can, you know,
 7  decided on something that could stretch this out for,
 8  I mean I think it's going to have to be at least, I
 9  don't imagine Judge Swain is going to have anything
10  out, you know, tomorrow or the next day or perhaps
11  even in the next month, just looking at other cases
12  and where she is in her schedule. I mean obviously I
13  don't know.  But we have to assume the possibility
14  that it could be several months.
15           So, you know, taking us out for a two weeks I
16  don't think will solve it.  Taking us out for a few
17  months might solve it.  So if you think we could get
18  to that point, then it would be worth seeing if you
19  could work out something with the other side. And in
20  order to take us down a few months, who knows, you
21  might bargain for some kind of ESI that isn't
22  burdensome, I don't know if it exists, but I'm
23  assuming the parties are more creative about this than
24  I could ever be.  But it would have to take us out for
25  a few months I would think for it to be of any value,
```

```
 1                                                          24
 2                       C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the United States District
 6   Court, Southern District of New York, Wood versus Mike
 7   Bloomberg 2020, Inc., Docket #20cv2489, was prepared using
 8   PC-based transcription software and is a true and accurate
 9   record of the proceedings.
10
11
12   Signature_____Carole Ludwig_____
13                  Carole Ludwig
14   Date:   December 18, 2020
15
16
17
18
19
20
21
22
23
24
25
```