# Exhibit 4

**From:** Daniel Ensign <densign@mikebloomberg.com>
**Sent:** Tuesday, March 10, 2020 10:38 AM
**To:** Galia Slayen <gslayen@mikebloomberg.com>
**Cc:** Miryam Lipper <mlipper@mikebloomberg.com>, Megan Simpson <msimpson@mikebloomberg.com>, Rachel Nagler <rnagler@mikebloomberg.com>, Erika Gudmundson <egudmundson@mikebloomberg.com>, Gwen Rocco <grocco@mikebloomberg.com>, Ella Wodin <ewodin@mikebloomberg.com>, Chris Curry <ccurry@mikebloomberg.com>, Dan Kanninen <dkanninen@mikebloomberg.com>, Molly Corbett <mcorbett@mikebloomberg.com>
**Subject:** Re: Tracking down a recruiting document used in states

They are getting pulled right now, should have shortly.

On Tue, Mar 10, 2020 at 10:37 AM Galia Slayen <gslayen@mikebloomberg.com> wrote:
> Do we have images of those ads?
>
> On Mon, Mar 9, 2020 at 4:46 PM Miryam Lipper <mlipper@mikebloomberg.com> wrote:
>> ++
>>
>> On Mon, Mar 9, 2020 at 4:39 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:
>>> 📄 Organizer Interview Template
>>>
>>> 📄 States - Organizing Hiring Guidelines
>>>
>>> There were also Recruiting ads that we're run saying around the same thing on LinkedIn and Facebook.
>>>
>>> On Mon, Mar 9, 2020 at 4:30 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:
>>>> Digging...we had an interview template that was available in a google drive that OD's were shared on. I can see if it had it on there. We also have the guidance we sent to states around hiring.
>>>>
>>>> We were told early on that we could verbally tell folks that they would have a job through November to defeat Trump but not guaranteed it would be the same job or in the same state.
>>>>
>>>> I believe the recruiting firm also used this language....
>>>>
>>>> On Mon, Mar 9, 2020 at 4:24 PM Daniel Ensign <densign@mikebloomberg.com> wrote:
>>>>> Adding in Chris from my team who can find this.
>>>>>
>>>>> On Mon, Mar 9, 2020 at 4:13 PM Galia Slayen <gslayen@mikebloomberg.com> wrote:
>>>>>> Megan/Daniel -- Ellie suggested getting in touch with you to see if there was a recruitment talking points document used in the states that had the following language. This would not be a public document, but something internal that was used by senior/recruiting staff. Anyway to see if this is in any documents? Thanks!
>>>>>>
>>>>>> Employment through November 2020 with Team Bloomberg, location not guaranteed.

Confidential

Bloomberg_Hamilton_001589

EXHIBIT
15

App. 10

--

Galia Slayen
gslayen@mikebloomberg.com

Daniel Ensign
C: 502-457-7011

--

Megan Simpson
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--

Megan Simpson
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--

Miryam Lipper
330-730-2166 or 347-387-5923
Mlipper@mikebloomberg.com

image.png

--

Galia Slayen
gslayen@mikebloomberg.com

--

Daniel Ensign
c: 502-457-7011

Confidential

Bloomberg_Hamilton_001591
App.   12