IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>        Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>        Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

 Please take notice that Plaintiffs submit the consent to join form for the following Opt-In Plaintiffs:

191.    Shinitra Russell

192.    Trisitina Allen

193.    Kolade Akinsegun


*See* Exhibit A.

Dated:  New York, NY                          Respectfully submitted,
        October 4, 2021

                                                     s/Michael Palitz
                                              Michael Palitz
                                              **SHAVITZ LAW GROUP, P.A.**
                                              800 3rd Avenue, Suite 2800
                                              New York, NY 10022
                                              Telephone: (800) 616-4000
                                              Facsimile: (561) 447-8831
                                              mpalitz@shavitzlaw.com

                                              Justin M. Swartz
                                              Deirdre A. Aaron
                                              Michael C. Danna
                                              **OUTTEN & GOLDEN LLP**
                                              685 Third Avenue, 25th Floor
                                              New York, NY 10017
                                              Telephone: 212-245-1000
                                              Facsimile: 646-509-2060
                                              jms@outtengolden.com
                                              jms@outtengolden.com
                                              mdanna@outtengolden.com

                                              Hannah Cole-Chu
                                              **OUTTEN & GOLDEN LLP**
                                              601 Massachusetts Avenue NW, Ste 200W
                                              Washington, D.C. 20001
                                              Telephone: 202-847-4400
                                              Facsimile: 202-847-4410
                                              hcolechu@outtengolden.com

                                              Gregg I. Shavitz
                                              Tamra Givens*
                                              **SHAVITZ LAW GROUP, P.A.**
                                              951 Yamato Road, Suite 285
                                              Boca Raton, FL 33431
                                              Telephone: (561) 447-8888

Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***
*to apply for *pro hac vice* admission