Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 24, 2021

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Laura Taylor Swain
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17C
New York, New York 10007-1312

Re:   *Wood et al. v. Mike Bloomberg 2020, Inc.* (20 Civ. 2489) (LTS) (GWG)

Dear Judge Swain:

      We represent Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-referenced matter.  Pursuant to Your Honor's Individual Rule of Practice 1.e, we write to respectfully request a one-week extension of time, through December 14, 2021, for the Campaign to file its opposition to Plaintiff's Motion for Equitable Tolling (Dkt. Nos. 200-201).  The Campaign makes this request for a short extension of time in light of the intervening Thanksgiving holiday.

      The Campaign's opposition is currently due on December 7, 2021.  This is the Campaign's first request for an extension of time, and it will not affect any other scheduled dates.  Plaintiffs consent to the Campaign's application for this extension.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel (via ECF)