UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD                                         :

                                                 :     ORDER
                 Plaintiffs,
                                               :     20 Civ. 2489 (LTS) (GWG)

   -v.-

                                               :
MIKE BLOOMBERG 2020, INC.
                                               :

               Defendants.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Chief Judge Swain will rule on the motion contained in Docket # 200. The Court notes, however, that there is no stay in effect of the Court's Opinion and Order (Docket # 148), see Shim-Larkin v. City of New York, 2019 WL 4688703, at *2 (S.D.N.Y. Sept. 25, 2019) (filing of objections under Rule 72 does not operate as a stay); Am. Rock Salt Co., LLC v. Norfolk S. Corp., 371 F. Supp. 2d 358, 360-61 (W.D.N.Y. 2005) (same), and thus nothing prevents or has prevented the notices from being sent.

     SO ORDERED.

Dated:  November 24, 2021
           New York, New York

                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge