UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD                                                  :

                                                     :   <u>ORDER</u>
                     Plaintiffs,

                                                     :   20 Civ. 2489 (LTS) (GWG)
   -v.-

                                                   :
MIKE BLOOMBERG 2020, INC.
                                                   :

                 Defendants.                        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court has considered the parties' recent letter (Docket # 205).  It appears that there is a potential means to resolve the parties' disputes about equitable tolling, the production of contact information, and the mailing of any notice to the collective  --- namely, the defendants could stipulate to toll the statute of limitations for any collective member who in the future files a consent to join this lawsuit in response to the issuance of a notice to the collective for the period from the date of filing of the defendants' objections (Docket # 151) to the date Judge Swain rules on those objections  In the meantime, defendants would not be required to produce any contact information and no notices would be sent to the collective.

      Such a stipulation would appear to satisfy the plaintiffs' interest in maintaining the collective's ability to opt in if the suit proceeds and satisfy the defendants' interest in not producing contact information and not having notices mailed to the collective until Judge Swain rules on their objections.

      Obviously, this is merely a suggestion and there are other means and time periods that might satisfy both sides' interests.  The parties are directed to discuss this matter and report by letter as soon as possible on whether an agreement can be reached.  The Court will hold off on ruling on Docket # 205 until that letter is filed.  The parties may wish to act promptly because an agreement might obviate any need to brief the motion to toll (Docket # 200).  Or the parties may prefer to seek an adjournment of the briefing deadlines on that motion while they discuss the stipulation.

      SO ORDERED.

Dated: December 10, 2021
      New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge