THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**STIPULATION REGARDING TOLLING, PRODUCTION OF POTENTIAL OPT-IN PLAINTIFFS' CONTACT INFORMATION, AND DISTRIBUTION OF FLSA NOTICE** |

Pursuant to the Court's suggestion, ECF No. 206, the parties have met and conferred regarding Plaintiffs' pending motion for equitable tolling and request for production of potential opt-in Plaintiffs' contact information, and now jointly agree and stipulate to the following:

1. The statute of limitations applicable to the Fair Labor Standards Act ("FLSA") claims of potential opt-in Plaintiffs—defined as all individuals who worked as Field Organizers for Defendant between November 24, 2019 and April 30, 2020—shall be tolled and shall not run during the period from November 2, 2021 through 60 days after the later of (a) the date that Defendant produces contact information for potential opt-in Plaintiffs or (b) the date that the Court resolves the parties' pending disputes regarding the FLSA notice, ECF No. 205;

2. Plaintiffs withdraw their motion for equitable tolling, ECF Nos. 200-201, though will renew such motion in the event the Court stays distribution of the FLSA notice before notice can be distributed;

3. Defendant acknowledges that there is currently no stay precluding distribution of the FLSA notice, and that the notice can go out even if Defendant's objections remain pending;

4. The parties agree that their remaining disputes regarding the contents of the FLSA notice, ECF No. 205, are now ripe for resolution;

5. By December 31, 2021, Defendant agrees to disclose to Plaintiffs' Counsel the approximate number of potential opt-in Plaintiffs, for the purpose of securing a notice administrator; and

6. No later than 15 business days following the Court's resolution of the parties' pending disputes regarding the FLSA notice, Defendant will produce to Plaintiffs' Counsel a computer-readable data file containing the names, last known mailing addresses, last known

telephone and cellular phone numbers, last known personal email addresses, last four digits of Collective Members' Social Security numbers (for those notices returned undeliverable), and work locations and dates of employment at each location for all potential opt-in Plaintiffs.

Dated: December 16, 2021

| OUTTEN & GOLDEN LLP | PROSKAUER ROSE LLP |
|---|---|
| By: ___/s/ Deirdre Aaron___<br>Deirdre Aaron | By: ___/s/ Elise Bloom___<br>Elise M. Bloom |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

SO ORDERED:

_____          Date: _____
Magistrate Judge Gabriel W. Gorenstein