```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD                                    :

                                              :         ORDER
                    Plaintiffs,
                                              :         20 Civ. 2489 (LTS) (GWG)
     -v.-

                                              :
MIKE BLOOMBERG 2020, INC.
                                              :

                    Defendant.                :
-------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      With regard to Docket # 205 and the defendant's proposed changes to the notice as submitted by plaintiffs, the Court believes the notice should be as clear as possible, should accurately convey its purpose, and should be free of superfluous material. With these principles in mind, the Court rules as follows:

Court Authorization:

The plaintiffs' proposed language should remain.

Information Regarding Other Claims.

The plaintiffs' proposed language should remain on page 1. Question 10, however, should be deleted as it is superfluous and distracting.

Summary Table of Legal Options.

The plaintiffs' proposed table should remain.

Failure to Submit Timely Form.

The defendant's proposed change is accepted.

Statute of Limitations.

The defendant's proposed change is accepted.

Contact Information for Defendant's Counsel.

The defendant gives no explanation as to why a potential opt-in would need to contact defendant's counsel. Accordingly, its counsel's contact information should not be included.

SO ORDERED.

Dated: December 16, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge