IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20 Civ. 2489 (KMW) (GWG)<br><br>MEMORANDUM ENDORSED |

**NOTICE OF WITHDRAW OF DEIRDRE A. AARON
<u>AS COUNSEL FOR PLAINTIFFS</u>**

    Please take notice that as of December 31, 2021, Deirdre A. Aaron will no longer be associated with the firm of Outten & Golden LLP, and Plaintiffs' Counsel respectfully requests that she be withdrawn pursuant to Civ. L.R. 1.4 as counsel for Plaintiffs in the above-captioned action.

Dated: December 30, 2021
   New York, NY       Respectfully submitted,

                 _____

                 Deirdre A. Aaron
                 Justin M. Swartz
                 Michael C. Danna
                 **OUTTEN & GOLDEN LLP**
                 685 Third Avenue, 25th Floor
                 New York, NY 10017
                 Telephone: 212-245-1000
                 Facsimile: 646-509-2060
                 daaron@outtengolden.com
                 jms@outtengolden.com
                 mdanna@outtengolden.com

                 Hannah Cole-Chu*
                 **OUTTEN & GOLDEN LLP**
                 601 Massachusetts Avenue NW, Suite 200W
                 Washington, D.C. 20001
                 Telephone: 202-847-4400
                 Facsimile: 202-847-4410
                 hcolechu@outtengolden.com


                 Michael Palitz
                 **SHAVITZ LAW GROUP, P.A.**
                 800 3rd Avenue, Suite 2800
                 New York, NY 10022
                 Telephone: (800) 616-4000
                 Facsimile: (561) 447-8831
                 mpalitz@shavitzlaw.com

                 Gregg I. Shavitz*
                 Tamra Givens*
                 **SHAVITZ LAW GROUP, P.A.**
                 951 Yamato Road, Suite 285
                 Boca Raton, FL 33431
                 Telephone: (561) 447-8888
                 Facsimile: (561) 447-8831
                 gshavitz@shavitzlaw.com

- 3 -

tgivens@shavitzlaw.com

*Admitted *Pro Hac Vice*

***Attorneys for Plaintiff and the Putative Class***

Granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 3, 2022

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

                                                */s/ Deirdre A. Aaron*

Deirdre A. Aaron
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
daaron@outtengolden.com