**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>       Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | No. 20 Civ. 2489 (KMW) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

- 2 -

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs.

| | | | |
|---|---|---|---|
| 194. | Anna Abeytia | 226. | Michael Braxton |
| 195. | Gladys Adeniyi-Jones | 227. | Tyler Brock |
| 196. | Aliah Aguilar | 228. | Madeline Brown |
| 197. | Kenny Altidor | 229. | Mike Brown |
| 198. | Jennifer Alva | 230. | Danny Browner |
| 199. | Mario Alvarado | 231. | Ryan M. Brownfield |
| 200. | Aman Aneja | 232. | Patrick Brueggemann |
| 201. | Arez Aran | 233. | Tristan Brunetti |
| 202. | Myles Artis | 234. | Jakub Brzezinski |
| 203. | Alfred Attaway Jr. | 235. | James Burnett |
| 204. | Caryn Austen | 236. | Baryina Burney |
| 205. | Danielle Austin | 237. | Jenny Velasquez Cabanillas |
| 206. | Uriah Baker | 238. | Kimar T. Cain |
| 207. | Karina Barrera | 239. | Gilberto Caro |
| 208. | Susan Barrera | 240. | Keri Caruthers |
| 209. | Anthony Barszczewski III | 241. | Nidia Castaned |
| 210. | Ibrahim Bazyan | 242. | Maria Catalan |
| 211. | Henry Beard | 243. | Cassandra Chavez |
| 212. | Shaka Bello | 244. | Tim D. Clinton Jr. |
| 213. | Bria Bennett | 245. | Julie Coburn |
| 214. | Bonnie Benson | 246. | Reynaldo Cochren |
| 215. | Michael Benton | 247. | Marion Catherine Cole |
| 216. | Erin Berg | 248. | Gary Colecchio |
| 217. | David Berger | 249. | Jack Henry Collins |
| 218. | Shabadjot Bharara | 250. | Maria-Cristina Coreno |
| 219. | Michelle Avishai Tunon Bordon | 251. | Ivana Cortinas |
| 220. | Judena Boudreaux | 252. | Amanda Coughlin |
| 221. | Leslie Bourque | 253. | Chyann-Marie Cox |
| 222. | Jordan Bowen | 254. | Jessica Craddock |
| 223. | Elizabeth Bowman | 255. | Chris Cremin |
| 224. | Nathan Bowman | 256. | Andrea Cuellar |
| 225. | Roscoe Boyd II | 257. | Kaneisha Currie |

| | | | |
|---|---|---|---|
| 258. | Rita Dai | 293. | Seth Greenwald |
| 259. | Rachel Davis | 294. | Jacob Gregor |
| 260. | Catherine Decker | 295. | Diana Gregory |
| 261. | Shelby DeGroote | 296. | Grace Gribbon |
| 262. | Evan Dillon | 297. | Raul Guevara |
| 263. | Charli Donchetz | 298. | Jose Casem Gutierrez III |
| 264. | Jamaal Doran | 299. | Thomas Gutierrez |
| 265. | Patrick Driscoll | 300. | Erika Guy |
| 266. | Cynthia England | 301. | Dexter Hall |
| 267. | Marc English | 302. | Lionel Hall |
| 268. | Julie Engstrom | 303. | Melinda Hamilton |
| 269. | Maxwell Estis | 304. | Alexis Hanse |
| 270. | Jonathan Estrada | 305. | Harrittia Harper |
| 271. | Austin Farrow | 306. | Noah Harper |
| 272. | Kelly Felder | 307. | Dwayne Harris |
| 273. | Christian Fernandez | 308. | Hashim Benny Hashimi |
| 274. | Jacob Fessenden | 309. | Caleb Hayes |
| 275. | Felicity FitzGerald | 310. | Mitchel Richard Herr |
| 276. | John Floersh | 311. | Angela Herrera |
| 277. | Taia Gabson | 312. | Vernisha Fontenette-Hill |
| 278. | Travis Gaither | 313. | Erica Hoffman |
| 279. | Ulziimaa Galsanjamts | 314. | Brady Horine |
| 280. | Sonia Garcia | 315. | Joel Huff |
| 281. | Tarrisa Garcia | 316. | VaShone Huff |
| 282. | Julianne Gardner | 317. | Whitney Humphrey |
| 283. | Melanie Gaxiola | 318. | Julia Idelson |
| 284. | Denise Geanacopoulus | 319. | Albertina Jackson-Brown |
| 285. | Mario Giles | 320. | Brittany James |
| 286. | Corey Gilles | 321. | Kejuane Jennings |
| 287. | Seth Gilles | 322. | LaTee Johnson |
| 288. | Eddie Glenn Jr. | 323. | Shenee Johnson |
| 289. | Rosalinda Gomez | 324. | Mark Kaley |
| 290. | Mya Grace | 325. | Sadia Khan |
| 291. | Kristy Graham | 326. | John Kim |
| 292. | Diamond Greenwald | 327. | Soon Kwon |

| | | | |
|---|---|---|---|
| 328. | Jacob Lau | 363. | Rosa Ortiz |
| 329. | Autumne Lee | 364. | Anthony Panneck |
| 330. | Derrick Lee | 365. | Rodolfo Apolinar Parra Jr. |
| 331. | Sage Van Leeuwen-Poe | 366. | Lynetta Parrott |
| 332. | Terri LeSuer | 367. | Darrell Paschal |
| 333. | Wesley Dean Lewis | 368. | Ashish Patel |
| 334. | James Lhamon | 369. | Jegesh Patel |
| 335. | Cindy Lopez | 370. | Mabel Peters |
| 336. | Pamela Lyle | 371. | Josiah Porcel |
| 337. | Lee Malone II | 372. | Meryl Press |
| 338. | Joseph Mando | 373. | Bradley A. Presutto |
| 339. | Denzel Marsh | 374. | Marlishea Readus |
| 340. | Jennifer Maslanka | 375. | Austin Reed |
| 341. | Thamsanqa Matshoba | 376. | Anthony Reyna |
| 342. | Thomas Maxwell | 377. | Michael Rinderman |
| 343. | Aerin Mazza | 378. | Amber Rivera |
| 344. | Samara McCullough | 379. | Jacqueline Robinson |
| 345. | Denzel McDonnough | 380. | Steve Ross |
| 346. | Shelley McDonnough | 381. | Wyatt S. Routon |
| 347. | Jasson McManus | 382. | Brandon Rue |
| 348. | Noah McQueen | 383. | Tracy Rugene |
| 349. | Alex Miles | 384. | Anntiana Maral Sabeti |
| 350. | Patricia Miller | 385. | Michael Sanchez |
| 351. | Monserrat Molina | 386. | Taylor Sanchez |
| 352. | Leticia Monteagudo | 387. | Myrrandah Sawaya |
| 353. | Deondra Moore | 388. | Robert Sciranko |
| 354. | Thomas Moore | 389. | Paige Scott |
| 355. | Wilverlyn Joye Morris | 390. | Brittany Sensing |
| 356. | Monica Musino | 391. | Julianne Sernaque |
| 357. | Jake Nation | 392. | Sarah Shaefer |
| 358. | Cristin Nazario | 393. | Oliver Shawn |
| 359. | Caleb Neverson | 394. | Milton Simpson |
| 360. | Cedric Odom | 395. | Christopher Smith |
| 361. | Brenda O'Keefe | 396. | Corey Smith |
| 362. | Frank Oliver | 397. | Daniel Joseph Smith |

398. Justin Smith
399. Cheri D. Smith-Comfort
400. Malcolm Stewart
401. Victoria L. Stoner
402. Cheyne Strawn
403. Julian Suarez
404. John D. Tackeff
405. Sheryl Diane Taylor
406. Victoria Taylor
407. Nouh Y. Tekle
408. Frantz F. Telfort
409. Jonathan Terry
410. Harry Thomas Jr.
411. Jourdan Thomas
412. Charletta Tribble
413. Nicholas Tschida
414. Rosalinda Vierra
415. Benjamin Vimont
416. Nicole Walberg
417. Justin Walker
418. Teri Walker
419. Jarvis Wallace
420. Cory Wallin
421. Allison Ware
422. Ayinde Warren
423. Shannon Washington
424. Alexandre Webb
425. Jackson Webber
426. Jacob Weinberger
427. LaToya White
428. Edwuan Whitehead
429. Betty Williams-Kirby
430. Carol Williams-Ransom
431. Nathan Winch
432. Valda Witt
433. Brittnee Wright
434. Tara Wroblewski
435. Edoh Agbehonou
436. John Bradley
437. Alfred Culpepper
438. Jennifer Ferrell
439. Paulin Isidort
440. Gloria Killebrew
441. Sarah B. Marro
442. Netanya Page
443. Perla Perez
444. Fabiola Garcia Singh
445. Justin Thompson
446. Ramona Thompson
447. Nicole Trufant-Wafe
448. Stacey Williams

Dated: January 20, 2022

New York, NY

Respectfully submitted,



_____

Justin M. Swartz
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com
mdanna@outtengolden.com

Hannah Cole-Chu*
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Suite 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
hcolechu@outtengolden.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Admitted *Pro Hac Vice*

***Attorneys for Plaintiff and the Putative Class***

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

*/s/ Justin M. Swartz*

Justin M. Swartz
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com