IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>        Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

- 2 -

  543.  Johnny Branham

  544.  Tiera Defoe

  545.  Casey Dokoupil

  546.  Robert Keegan

  547.  Michael McGinnis

  548.  William Washington

*See* Exhibit A.

Dated: February 3, 2022
    New York, NY

                 Respectfully Submitted,

                 s/ Michael Palitz
                 Michael Palitz
                 **SHAVITZ LAW GROUP, P.A.**
                 477 Madison Avenue, 6th Floor
                 New York, NY 10022
                 Telephone: (800) 616-4000
                 Facsimile: (561) 447-8831
                 mpalitz@shavitzlaw.com

                 Justin M. Swartz
                 Michael C. Danna
                 **OUTTEN & GOLDEN LLP**
                 685 Third Avenue, 25th Floor
                 New York, NY 10017
                 Telephone: 212-245-1000
                 Facsimile: 646-509-2060
                 jms@outtengolden.com
                 mdanna@outtengolden.com

                 Hannah Cole-Chu
                 **OUTTEN & GOLDEN LLP**
                 601 Massachusetts Avenue NW, Ste 200W
                 Washington, D.C. 20001
                 Telephone: 202-847-4400
                 Facsimile: 202-847-4410
                 hcolechu@outtengolden.com

- 3 -

       Gregg I. Shavitz
       Tamra Givens*
       **SHAVITZ LAW GROUP, P.A.**
       951 Yamato Road, Suite 285
       Boca Raton, FL 33431
       Telephone: (561) 447-8888
       Facsimile: (561) 447-8831
       gshavitz@shavitzlaw.com
       tgivens@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

*to apply for *pro hac vice* admission