# Exhibit A

Bloomberg Campaign Overtime Case
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000BD512

CLAY DE SOUZA

Claim Number

PIN  L4fdPyCP

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____   Date Signed: 1/31/22

Name (Print): Clayton-Charles de Souza

\* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000D2F4C

MARK JAVORNICKY

Claim Number ▇▇▇

PIN  PXgpNt2B

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit or (2) one-third of the gross settlement or judgment amount.

Signature: _/s/ Mark Javornicky_    Date Signed: _1/29/22_

Name (Print): _Mark Javornicky_

\* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000BB87B

NIKOLOS KOSTOPOULOS

Claim Number: ▮

PIN  2HqqksLc

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _/s/ Nikolos Kostopoulos_    Date Signed: 1/24/21

Name (Print): Nikolos Kostopoulos

\* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000C7CDC

PAUL MARSH

Claim Number ▮▮▮▮

PIN  QC52XJNt

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: *P. Marsh*   Date Signed: 1/29/22

Name (Print): PAUL MARSH

* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000CE5AC

MIOSOTIS MUNOZ

Claim Number ▇▇▇

PIN  ctS5JxCj

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _/s/ Miosotis Munoz_          Date Signed: 2/2/2022

Name (Print): Miosotis Munoz

\* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000FB271

BRIANNA WILLIAMS

Claim Number

PIN SXw8HWG8

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: [signature]    Date Signed: 1/26/2022

Name (Print): _____

\* This information will be redacted and will not be filed with the Court.

DO NOT MAIL.
THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D7848*

Claim Number ▮

PIN zGD3SJDs

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _/s/ Jenny Co_

Date Signed: 02/07/2022

Name (Print): Jenny Co

\* This information will be redacted and will not be filed with the Court.

DO NOT MAIL.
THIS IS FOR YOUR RECORDS ONLY.

*BLO00001CBD28*

Claim Number

PIN sXM7vwCG

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/07/2022

Name (Print): Zovohnny Garretts

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D7502*

Claim Number: [redacted]

PIN  Zmrj2Pjr

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: [signature]

Date Signed: 02/07/2022

Name (Print): Dodge Landesman

[redacted]

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D767F*

Claim Number ▮

PIN  BfVMPJM3

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: *[signature]*

Date Signed: 02/07/2022

Name (Print): Francisco Ramirez

▮▮▮▮▮

\* This information will be redacted and will not be filed with the Court.

## DO NOT MAIL.
## THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D779B*

Claim Number: ▮

PIN  W8y4RnJY

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _/s/_

Date Signed: 02/07/2022

Name (Print): Natasha Waxman

[redacted]

\* This information will be redacted and will not be filed with the Court.