

**SHAVITZ LAW GROUP, P.A.**

951 Yamato Road | Suite 285 | Boca Raton, FL 33431
Tel: 561.447.8888 | Fax 561.447.8831
www.shavitzlaw.com

# MEMO ENDORSED

February 9, 2022

**Via ECF**

The Honorable Laura Taylor Swain
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Swain,

    We represent Plaintiffs in the above-referenced action. On January 26, 2022, our office filed a Notice of Filing Consent to Join Forms (ECF No. 217) and Exhibit A to the Notice of Filing Consent to Join Forms (ECF No. 217-1). Unfortunately, we inadvertently filed the incorrect version of these documents and Exhibit A (ECF No. 217-1) contained unredacted confidential information consisting of contact information for several Opt-in Plaintiffs. Per the instructions in USDC SND ECF Filing Tip Sheet, we refiled the corrected form of these documents the same day (ECF No. 218 and 218-1). Help Desk Services for the S.D.N.Y. has advised that they have put a temporary seal on the erroneous filing. We write to request that the Court formally seal ECF No. 217-1. Defendant's counsel does not oppose this request.

    We thank the Court for its attention to this matter.

The foregoing request is granted and ECF No. 217-1 shall remain under seal for the reasons stated herein.  Dkt no. 229 resolved.
SO ORDERED.
2/10/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully Submitted,

Gregg I. Shavitz