# EXHIBIT A

Bloomberg Campaign Overtime Case
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000E15CA

DELIAH BROWN

Claim Number ▮▮▮▮

PIN  spfP57WM

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _Deliah Brown_     Date Signed: _Jan 28, 2022_

Name (Print): _Deliah Brown_

\* This information will be redacted and will not be filed with the Court.

DO NOT MAIL.

THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D8589*

Claim Number

PIN  76znkQkd

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: 02/17/2022

Name (Print): DaQuann W. Harrison

\* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000C88D2

SANAA JAROUN

Claim Number

PIN  CHKR9wfW

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _[signature]_     Date Signed: Jan. 27, 2022

Name (Print): SANAA JAROUN

\* This information will be redacted and will not be filed with the Court.

**DO NOT MAIL.**
**THIS IS FOR YOUR RECORDS ONLY.**

*BLO00002877EA*

Claim Number

PIN  Ydf5P2xx

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____     Date Signed: 02/17/2022

Name (Print): BREE ONEAL

* This information will be redacted and will not be filed with the Court.

**Bloomberg Campaign Overtime Case**
P.O. Box 2006
Chanhassen, MN 55317-2006

BLO00000C091E

MARIANNE SMITH

Claim Number

PIN  xYpqgfHK

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: *Marianne Smith*     Date Signed: February 10, 2022
Name (Print): Marianne C. Smith

* This information will be redacted and will not be filed with the Court.

## DO NOT MAIL.
## THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D863E*

Claim Number: ▮

PIN  Q5z7TQW3

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _[signature]_

Date Signed: 02/17/2022

Name (Print): Miranda Stark

\* This information will be redacted and will not be filed with the Court.