IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                          Plaintiffs,<br><br>     v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                          Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

609. Christa Agee Wright

610. Noureldin Almahameed

611. Karen Avilla

612. Jerome Barksdale

613. Tanesha Brester

614. Julian Calabro

615. Stephen Craffey

616. Paulina Cuellar Manzo

617. Amanda Duran

618. Brian Gordon

619. Kandis Holley

620. Mitchell Lamper

621. Tiffany Madison

622. Joseph Malasa

623. Stephanie McAlary

624. Nathan Millward

625. Abdul Mohamud

626. Gabriella Morales

627. Saul Nevarez

628. Addison Newberry

629. Nygel O'Bannon

630. Cody Parker

631. Christopher Pearson

632. Saba Raza

633. Jeff Ritter

634. Anna Roberts

635. Amanda Roy-Bangoy

636. Nicholas Shearer

637. Jennifer Sirmons

638. Yanira Solano

639. Eldrea Taylor

640. Kisheen Tulloss

641. Bronson Williams

642. Shienne Williams

643. Thao Xiong

*See* Exhibit A.

Dated: February 21, 2022
New York, NY

                          Respectfully Submitted,

                          s/ Michael Palitz
                          Michael Palitz
                          **SHAVITZ LAW GROUP, P.A.**
                          477 Madison Avenue, 6th Floor
                          New York, NY 10022
                          Telephone: (800) 616-4000
                          Facsimile: (561) 447-8831
                          mpalitz@shavitzlaw.com

                          Justin M. Swartz
                          Michael C. Danna
                          **OUTTEN & GOLDEN LLP**
                          685 Third Avenue, 25th Floor
                          New York, NY 10017
                          Telephone: 212-245-1000

- 4 -

Facsimile: 646-509-2060
jms@outtengolden.com
mdanna@outtengolden.com

Hannah Cole-Chu
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
hcolechu@outtengolden.com

Gregg I. Shavitz
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective and Class*

*to apply for *pro hac vice* admission