# EXHIBIT A

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028AB08*

Claim Number ▮▮▮▮▮▮

PIN d3XYzDZm

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____      Date Signed: _____02/20/2022_____

Name (Print): __Christa Agee-Wright_____

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO0000287BC8\*

Claim Number ▮▮▮▮▮▮

PIN  QwjFVzgJ

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: ___02/18/2022___

Name (Print): Noureldin Almahameed

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO00001CD386*

Claim Number ██████

PIN  bSpy3qhz

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): karen avilla

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289002*

Claim Number [REDACTED]

PIN  v6sjsdCD

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Jerome Barksdale _____

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289CC3*

Claim Number [REDACTED]

PIN  QnVp6Ny2

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Tanesha Brester

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289762*

Claim Number ████████

PIN KHWmrQDc

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Julian Calabro

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028AA65*

Claim Number ████

PIN  MqZbsFBf

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:  _____

Date Signed:  _____02/19/2022_____

Name (Print): Stephen Craffey _____

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289848*

Claim Number ████████

PIN  ymzm9sqY

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Paulina

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289D20*

Claim Number ▮▮▮▮

PIN  QYbCxZmP

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Amanda Duran

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028AFAC*

Claim Number ███████

PIN  CwQLdhqH

## **CONSENT TO JOIN**

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/20/2022_____

Name (Print): Brian Gordon

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO000028A538\*

Claim Number ███████

PIN bRpnbnpH

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Kandis Holley

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000287D8A*

Claim Number ███████

PIN  TZj6pF2Y

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): __Mitchell Lamper_____

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO00001D072F\*

Claim Number ▮▮▮▮▮▮

PIN  KtPngYLP

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Tiffany S. Madison

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028A03E*

Claim Number ████

PIN  8ZYRdNHp

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): Joseph Malasa _____

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████  ████  ██████████

███████████████████████

████████████████████████████████████████████

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000287873*

Claim Number ███████

PIN  zfDNpwZF

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:    _[signature]_                      Date Signed:  _02/18/2022_

Name (Print):  Stephanie McAlary

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO000028A782\*

Claim Number

PIN  W5JRmBBG

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Nathan Millward

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000288AF3*

Claim Number ███████

PIN VR6LH5yc

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): Abdulrahim Mohamud

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000287EB4*

Claim Number [REDACTED]

PIN 3ZwcCghL

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): Gabriella Elizabeth Morales

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028B0F5*

Claim Number [REDACTED]

PIN 6nJDSgfR

## <u>CONSENT TO JOIN</u>

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/20/2022_____

Name (Print): Saul Nevarez

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO0000289A8F\*

Claim Number ████

PIN  qMddNGZD

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Addison R. Newberry

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000287909*

Claim Number

PIN  vTvWKQn3

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Nygel O'Bannon

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028855A*

Claim Number █████████

PIN  bknrdfqr

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Cody Parker

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000289131*

Claim Number ████████

PIN 9854fF2R

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Christopher Pearson

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO00001C9F4D\*

Claim Number ▮▮▮▮▮▮

PIN  vk6hmvg7

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/19/2022_____

Name (Print): Saba Raza

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028A62D*

Claim Number ████████

PIN  9wmMptsp

## <u>CONSENT TO JOIN</u>

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Jeffrey Ritter

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO00002893E1*

Claim Number ▮▮▮▮▮▮

PIN  zr2sWmqy

## CONSENT TO JOIN

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:  _____

Date Signed: _____02/18/2022_____

Name (Print): Anna Roberts _____

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO0000287C35\*

Claim Number ▮▮▮▮▮▮

PIN  MBVmt25r

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): Amanda Roy-Bangoy

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO00001D0D67*

Claim Number ▮▮▮▮▮▮

PIN 7ykZQ3fy

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): NICHOLAS SHEARER

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO0000289609\*

Claim Number [REDACTED]

PIN jLGJpYz3

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: 02/18/2022

Name (Print): Jennifer Sirmons

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO00002887D6\*

Claim Number ███████

PIN  67Ft8SJn

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: _____02/18/2022_____

Name (Print): Yanira Solano

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028AE9F*

Claim Number ▉▉▉▉▉

PIN hST8Z3RF

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _Eldrea Taylor_

Date Signed: ___02/20/2022___

Name (Print): Eldrea Taylor

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO0000288F31*

Claim Number ███████

PIN  nzcxJFcz

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:

Date Signed: ___02/18/2022___

Name (Print): __KISHEEN TULLOSS__

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028959E*

Claim Number

PIN  Y96tMkn7

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature:                                    Date Signed:  _02/18/2022_

Name (Print): _Bronson Williams_

\* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*BLO000028A4A7*

Claim Number ████

PIN  LpKRtJh8

## <u>CONSENT TO JOIN</u>

1.  I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/18/2022_____

Name (Print): Shienne Williams

* This information will be redacted and will not be filed with the Court.

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

\*BLO00001CBBB8\*

Claim Number ███████

PIN  6hPyb4Mp

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: _____

Date Signed: _____02/20/2022_____

Name (Print): Thao Xiong _____

\* This information will be redacted and will not be filed with the Court.