IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>       Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

 Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

684.	Douglas Bench

685.	Jalone Townsend

*See* Exhibit A.

Dated:	March 8, 2022
	New York, NY

						Respectfully Submitted,

						s/ Michael Palitz
						Michael Palitz
						**SHAVITZ LAW GROUP, P.A.**
						477 Madison Avenue, 6th Floor
						New York, NY 10022
						Telephone: (800) 616-4000
						Facsimile: (561) 447-8831
						mpalitz@shavitzlaw.com

						Justin M. Swartz
						Michael C. Danna
						**OUTTEN & GOLDEN LLP**
						685 Third Avenue, 25th Floor
						New York, NY 10017
						Telephone: 212-245-1000
						Facsimile: 646-509-2060
						jms@outtengolden.com
						mdanna@outtengolden.com

						Hannah Cole-Chu
						**OUTTEN & GOLDEN LLP**
						601 Massachusetts Avenue NW, Ste 200W
						Washington, D.C. 20001
						Telephone: 202-847-4400
						Facsimile: 202-847-4410
						hcolechu@outtengolden.com

						Gregg I. Shavitz
						Tamra Givens*
						**SHAVITZ LAW GROUP, P.A.**
						951 Yamato Road, Suite 285
						Boca Raton, FL 33431
						Telephone: (561) 447-8888

- 3 -

Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***

*to apply for *pro hac vice* admission

- 3 -