IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                      Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                      Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>NOTICE OF FILING CONSENT TO JOIN FORM |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In

Plaintiff:[1]

    687.   Patricia Eastwood

*See* Exhibit A.

Dated: March 10, 2022
           New York, NY

                          Respectfully Submitted,

                          s/ Michael Palitz
                          Michael Palitz
                          **SHAVITZ LAW GROUP, P.A.**
                          477 Madison Avenue, 6th Floor
                          New York, NY 10022
                          Telephone: (800) 616-4000
                          Facsimile: (561) 447-8831
                          mpalitz@shavitzlaw.com

                          Justin M. Swartz
                          Michael C. Danna
                          **OUTTEN & GOLDEN LLP**
                          685 Third Avenue, 25th Floor
                          New York, NY 10017
                          Telephone: 212-245-1000
                          Facsimile: 646-509-2060
                          jms@outtengolden.com
                          mdanna@outtengolden.com

                          Hannah Cole-Chu
                          **OUTTEN & GOLDEN LLP**
                          601 Massachusetts Avenue NW, Ste 200W
                          Washington, D.C. 20001
                          Telephone: 202-847-4400
                          Facsimile: 202-847-4410
                          hcolechu@outtengolden.com

                          Gregg I. Shavitz
                          Tamra Givens*
                          **SHAVITZ LAW GROUP, P.A.**

---

[1] Due to a previous error in ECF No. 247, the Opt-In numeration to date has been updated to reflect the current number of Opt-Ins.

- 3 -

951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***

*to apply for *pro hac vice* admission

- 3 -