# EXHIBIT A

DO NOT MAIL.

THIS IS FOR YOUR RECORDS ONLY.

*BLO00002CC9A1*

Claim Number: ▉▉▉▉

PIN  MhcxX7FG

## CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Mike Bloomberg 2020, Inc. to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP and Shavitz Law Group, P.A. ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for costs and attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

Signature: *[signed]*

Date Signed: 03/09/2022

Name (Print): Patricia Eastwood