## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, CAELAN DOHERTY, MAX
GOLDSTEIN, BRIDGET LOGAN, JAMES
KYLE NEWMAN, ZIA ORAM, ALAN
ROBINSON, ALEXANDRA MARIE
WHEATLEY-DIAZ, individually and on behalf
all others similarly situated, and CHERYL
BALDWIN, JONATHAN BARRIO, DESMOND
BATTS, GARRETT BECKENBAUGH,
COCHIESE BOWERS, MILES CEPLECHA,
ROBIN CEPPOS, MELINDA CIRILO, JANE
CONRAD, ROBERT CORDOVA, JR.,
CHRISTINE DOCZY, RACHEL DOUGLAS,
THERESA EDWARDS, ELIZA FINK, JASON
FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH
FREDRICKSON, MARIA GONZALEZ,
NATHANIEL ROBERT GROH, BRANDI
HARRIS, PETER KAMARA, MACK
KENNEDY, MADISON OLIVER MAYS,
PATRICK MCHUGH, FRIDA MICHELLE
NARANJO, PAUL MONTEROSSO, REY
MURPHY, JOSEPH NESTOR, LUKE
NICHOLAS, JOSEPHINE OLINGER, ALEC
SILVESTER, DANIEL SMITH, CHRIS SOTH,
AUDRA TELLEZ, CARLOS TORRES,
ELLIOTT TRICOTTI, GLORIA TYLER,
LAKISHA WATSON-MOORE, JESSE
WEINBERG, CLEM WRIGHT, ANOOSH
YARAGHCHIAN, and JESUS ZAMORA,
individually,

Plaintiffs,

    v.

MIKE BLOOMBERG 2020, INC.,

Defendant.

**No. 20 Civ. 2489 (LTS) (GWG)**

**NOTICE OF FILING CONSENT
TO JOIN FORM**

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In

Plaintiff:

688.   Andrew Gillette

*See* Exhibit A.

Dated:  March 11, 2022
        New York, NY


                              Respectfully Submitted,

                              s/ Michael Palitz
                              Michael Palitz
                              **SHAVITZ LAW GROUP, P.A.**
                              477 Madison Avenue, 6th Floor
                              New York, NY 10022
                              Telephone: (800) 616-4000
                              Facsimile: (561) 447-8831
                              mpalitz@shavitzlaw.com

                              Justin M. Swartz
                              Michael C. Danna
                              **OUTTEN & GOLDEN LLP**
                              685 Third Avenue, 25th Floor
                              New York, NY 10017
                              Telephone: 212-245-1000
                              Facsimile: 646-509-2060
                              jms@outtengolden.com
                              mdanna@outtengolden.com

                              Hannah Cole-Chu
                              **OUTTEN & GOLDEN LLP**
                              601 Massachusetts Avenue NW, Ste 200W
                              Washington, D.C. 20001
                              Telephone: 202-847-4400
                              Facsimile: 202-847-4410
                              hcolechu@outtengolden.com

                              Gregg I. Shavitz
                              Tamra Givens*
                              **SHAVITZ LAW GROUP, P.A.**
                              951 Yamato Road, Suite 285
                              Boca Raton, FL 33431
                              Telephone: (561) 447-8888
                              Facsimile: (561) 447-8831
                              gshavitz@shavitzlaw.com

- 2 -

- 3 -

tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective
and Class***

\*to apply for *pro hac vice* admission