**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br> Defendant. | No. 20 Civ. 2489 (LTS) (GWG) <br><br> **NOTICE OF FILING CONSENT TO JOIN FORM** |

  Please take notice that Plaintiffs submit the consent to join form for the following Opt-In Plaintiff:

691. Anas Bingham

*See* Exhibit A.

Dated: March 17, 2022
       New York, NY

                                  Respectfully Submitted,

                                  s/ Michael Palitz
                                  Michael Palitz
                                  **SHAVITZ LAW GROUP, P.A.**
                                  477 Madison Avenue, 6th Floor
                                  New York, NY 10022
                                  Telephone: (800) 616-4000
                                  Facsimile: (561) 447-8831
                                  mpalitz@shavitzlaw.com

                                  Justin M. Swartz
                                  Michael C. Danna
                                  **OUTTEN & GOLDEN LLP**
                                  685 Third Avenue, 25th Floor
                                  New York, NY 10017
                                  Telephone: 212-245-1000
                                  Facsimile: 646-509-2060
                                  jms@outtengolden.com
                                  mdanna@outtengolden.com

                                  Hannah Cole-Chu
                                  **OUTTEN & GOLDEN LLP**
                                  601 Massachusetts Avenue NW, Ste 200W
                                  Washington, D.C. 20001
                                  Telephone: 202-847-4400
                                  Facsimile: 202-847-4410
                                  hcolechu@outtengolden.com

                                  Gregg I. Shavitz
                                  Tamra Givens*
                                  **SHAVITZ LAW GROUP, P.A.**
                                  951 Yamato Road, Suite 285
                                  Boca Raton, FL 33431
                                  Telephone: (561) 447-8888
                                  Facsimile: (561) 447-8831
                                  gshavitz@shavitzlaw.com

tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***

*to apply for *pro hac vice* admission