IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                        Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                        Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>NOTICE OF FILING CONSENT TO JOIN FORMS |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

692.   Christopher Brown

693.   Sharon Codner

694.   Sterling Rettke

*See* Exhibit A.

Dated:  March 18, 2022
        New York, NY

                    Respectfully Submitted,

                    s/ Michael Palitz
                    Michael Palitz
                    **SHAVITZ LAW GROUP, P.A.**
                    477 Madison Avenue, 6th Floor
                    New York, NY 10022
                    Telephone: (800) 616-4000
                    Facsimile: (561) 447-8831
                    mpalitz@shavitzlaw.com

                    Justin M. Swartz
                    Michael C. Danna
                    **OUTTEN & GOLDEN LLP**
                    685 Third Avenue, 25th Floor
                    New York, NY 10017
                    Telephone: 212-245-1000
                    Facsimile: 646-509-2060
                    jms@outtengolden.com
                    mdanna@outtengolden.com

                    Hannah Cole-Chu
                    **OUTTEN & GOLDEN LLP**
                    601 Massachusetts Avenue NW, Ste 200W
                    Washington, D.C. 20001
                    Telephone: 202-847-4400
                    Facsimile: 202-847-4410
                    hcolechu@outtengolden.com

                    Gregg I. Shavitz
                    Tamra Givens*
                    **SHAVITZ LAW GROUP, P.A.**
                    951 Yamato Road, Suite 285
                    Boca Raton, FL 33431
                    Telephone: (561) 447-8888

- 3 -

Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***

\*to apply for *pro hac vice* admission