IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>       Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Please take notice that Plaintiffs submit the consent to join forms for the following Opt-In Plaintiffs:

707.	Jess Gonzalez

708.	Ingrid Palmer

709.	Leanna Pearce

710.	Luke Timm

*See* Exhibit A.

Dated:	March 22, 2022
	New York, NY

										Respectfully Submitted,

										s/ Michael Palitz
										Michael Palitz
										**SHAVITZ LAW GROUP, P.A.**
										477 Madison Avenue, 6th Floor
										New York, NY 10022
										Telephone: (800) 616-4000
										Facsimile: (561) 447-8831
										mpalitz@shavitzlaw.com

										Justin M. Swartz
										Michael C. Danna
										**OUTTEN & GOLDEN LLP**
										685 Third Avenue, 25th Floor
										New York, NY 10017
										Telephone: 212-245-1000
										Facsimile: 646-509-2060
										jms@outtengolden.com
										mdanna@outtengolden.com

										Hannah Cole-Chu
										**OUTTEN & GOLDEN LLP**
										601 Massachusetts Avenue NW, Ste 200W
										Washington, D.C. 20001
										Telephone: 202-847-4400
										Facsimile: 202-847-4410
										hcolechu@outtengolden.com

										Gregg I. Shavitz
										Tamra Givens*
										**SHAVITZ LAW GROUP, P.A.**
										951 Yamato Road, Suite 285

- 3 -

Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

***Attorneys for Plaintiffs and the Putative Collective and Class***

*to apply for *pro hac vice* admission