IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                                        Plaintiffs,<br><br>     v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                                        Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>NOTICE OF FILING CONSENT TO JOIN FORM |

    Please take notice that Plaintiffs submit the consent to join form for the following Opt-In

Plaintiff:

711.	Jasper Diaz

*See* Exhibit A.

Dated:	March 23, 2022
	New York, NY

					Respectfully Submitted,

					s/ Michael Palitz
					Michael Palitz
					**SHAVITZ LAW GROUP, P.A.**
					477 Madison Avenue, 6th Floor
					New York, NY 10022
					Telephone: (800) 616-4000
					Facsimile: (561) 447-8831
					mpalitz@shavitzlaw.com

					Justin M. Swartz
					Michael C. Danna
					**OUTTEN & GOLDEN LLP**
					685 Third Avenue, 25th Floor
					New York, NY 10017
					Telephone: 212-245-1000
					Facsimile: 646-509-2060
					jms@outtengolden.com
					mdanna@outtengolden.com

					Hannah Cole-Chu
					**OUTTEN & GOLDEN LLP**
					601 Massachusetts Avenue NW, Ste 200W
					Washington, D.C. 20001
					Telephone: 202-847-4400
					Facsimile: 202-847-4410
					hcolechu@outtengolden.com

					Gregg I. Shavitz
					Tamra Givens*
					**SHAVITZ LAW GROUP, P.A.**
					951 Yamato Road, Suite 285
					Boca Raton, FL 33431
					Telephone: (561) 447-8888
					Facsimile: (561) 447-8831
					gshavitz@shavitzlaw.com

- 3 -

[tgivens@shavitzlaw.com](mailto:tgivens@shavitzlaw.com)

***Attorneys for Plaintiffs and the Putative Collective and Class***

*to apply for *pro hac vice* admission