```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DONNA WOOD                                    :

                                              :       ORDER
                 Plaintiff,
                                              :       20 Civ. 2489 (LTS) (GWG)
     -v.-
                                              :
MIKE BLOOMBERG 2020, INC
                                              :

                 Defendant.                   :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The parties are directed to consult and to file with the Court within 14 days joint or separate proposals for the case management schedule in this case in the form contemplated by Docket # 115.

     SO ORDERED.

     Dated: March 28, 2022
     New York, New York

                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge