## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | **No. 20 Civ. 2489 (LTS) (GWG)**<br><br>**PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's March 28, 2022 Order (ECF No. 260), the Parties submit this Proposed Scheduling Order.

1.    **Appearances for the Parties:**

**Plaintiffs and all Opt-In Plaintiffs**:

Justin M. Swartz
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com
mdanna@outtengolden.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Hannah Cole-Chu
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
hcolechu@outtengolden.com

Gregg I. Shavitz
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

**Defendant:**

Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Allison L. Martin
**PROSKAUER ROSE LLP**
Eleven Times Square

New York, New York 10036
Telephone: 212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com
amartin@proskauer.com

Mark W. Batten
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Telephone: 617.526.9850
mbatten@proskauer.com

Nicholas M. Reiter
**VENABLE LLP**
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: 212.307.5500
nmreiter@venable.com

2.      **Statement of Issues**

The Parties propose a discovery plan to address the remaining claims in the case following the Court's decision on Defendant's motion to dismiss (ECF No. 258).  The remaining claims consist of wage and hour claims under the Fair Labor Standards Act ("FLSA") and state wage laws.  This is a conditionally certified FLSA collective action and there are approximately 700 collective action members in the case to date.  Plaintiffs also have Fed. R. Civ. P. 23 class claims for alleged state law violations in California, Illinois, Michigan, Minnesota, New York, North Carolina, and Wisconsin.

3.      **Proposed Schedule:**

a.      Initial document requests and interrogatories have been served and the parties have already produced tens of thousands of pages of documents.

b.      Deadline for Joining Parties: Plaintiffs' Position: Upon information and belief, in addition to evidence Plaintiffs have already begun to gather, Plaintiffs believe that Michael Bloomberg is individually liable and have previously advised Defendant of their intention to add Mr. Bloomberg as an individual defendant following an opportunity to conduct discovery. Plaintiffs require sufficient opportunity to take discovery related to the issue of Mr. Bloomberg's individual liability in order to bolster and confirm information and evidence they have obtained implicating Bloomberg's individual liability. Plaintiffs propose a deadline of August 31, 2022 for joining parties. Other than Mr. Bloomberg, Plaintiffs do not

presently anticipate joining any other parties.  <u>Defendant's Position</u>: Defendant's position is that there is no basis to add Mr. Bloomberg as an individual defendant to this case and Plaintiffs therefore should not be permitted to join any additional parties.  Plaintiffs' suggestion that the Court should permit them to use discovery as a mechanism to search for a legally cognizable claim against Mr. Bloomberg should be rejected out of hand.  *See Haynes v. City of New York*, 2020 WL 4926178, at *18 (S.D.N.Y. Aug. 20, 2020) ("it is axiomatic that a plaintiff must state a claim *before* he is entitled to discovery") (emphasis in original) (citation omitted).

c.      Deadline for Amending Pleadings:  To the extent Plaintiffs intend to add claims under the California Private Attorneys General Act, Cal. Lab. Code § 2698 *et seq.* ("PAGA") and substitute certain class representatives, the deadline for Plaintiffs to move for leave to amend their pleading, which Defendant will oppose, is May 31, 2022.

d.      Depositions:  The names of non-expert witnesses to be deposed are not yet known.  The parties anticipate starting to take depositions in the next five months.

e.      Non-expert Discovery Deadline:  January 31, 2023.

f.      Expert Discovery:  The parties anticipate retaining experts relating to damages issues.

Deadline by which the disclosures of the identities and reports of experts required by Rule 26(a)(2) will be made:  March 31, 2023.

Deadline by which the disclosures of the identities and reports of rebuttal experts will be made:  May 15, 2023.

Deadline by which reply reports will be made: June 15, 2023.

Deadline to complete expert depositions:  June 30, 2023.

g.      Deadline to submit dispositive motions:  August 15, 2023.[1]

4.      **Discovery Limitations**:  A Confidentiality Agreement and Protective Order was entered by the Court on November 20, 2020 (ECF No. 169).

5.      **Discovery Issues**:  The parties do not have any discovery issues to raise with the Court at this time.

---

[1] The parties shall follow the rules of the assigned District Judge with respect to any pre-motion conference, filing or other requirements for dispositive motions.

6.      **Anticipated Length of Trial**:  10 trial days.

7.      **Mediation**:  Plaintiffs are open to mediation and believe a mediation at this stage in the litigation may be useful. Defendants believe it is unlikely that mediation would be productive at this stage in the litigation.

8.      All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices.   Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

Dated:  April 11, 2022                                 Respectfully submitted,
        New York, NY


/s/ Michael Palitz                              /s/ Elise M. Bloom_____

Justin M. Swartz                                Elise M. Bloom
Michael C. Danna                                Rachel S. Philion
**OUTTEN & GOLDEN LLP**                          Pinchos N. Goldberg
685 Third Avenue, 25th Floor                    **PROSKAUER ROSE LLP**
New York, NY 10017                              Eleven Times Square
Telephone: 212-245-1000                         New York, New York 10036
Facsimile: 646-509-2060                         Telephone: 212-969-3000
jms@outtengolden.com                            ebloom@proskauer.com
mdanna@outtengolden.com                         rphilion@proskauer.com
                                                pgoldberg@proskauer.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**                       Mark W. Batten*
477 Madison Avenue, 6th Floor                   **PROSKAUER ROSE LLP**
New York, NY 10022                              One International Place
Telephone: (800) 616-4000                       Boston, MA 02110
Facsimile: (561) 447-8831                       (617) 526-9600
mpalitz@shavitzlaw.com                          mbatten@proskauer.com

Hannah Cole-Chu                                 Nicholas M. Reiter
**OUTTEN & GOLDEN LLP**                          **VENABLE LLP**
601 Massachusetts Avenue NW, Ste 200W           1270 Avenue of the Americas, 24th Floor
Washington, D.C. 20001                          New York, NY 10020
Telephone: 202-847-4400                         (212) 307-5500
Facsimile: 202-847-4410                         nmreiter@venable.com

hcolechu@outtengolden.com

Gregg I. Shavitz
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
***Attorneys for Plaintiffs and the***
***Putative Collective and Class***

*admitted *pro hac vice* admission

***Attorneys for Defendant***
***Mike Bloomberg 2020, Inc.***