IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**SCHEDULING ORDER** |

1. **Appearances for the Parties:**

**Plaintiffs and all Opt-In Plaintiffs**:

Justin M. Swartz
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
jms@outtengolden.com
mdanna@outtengolden.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
477 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Hannah Cole-Chu
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
Facsimile: 202-847-4410
hcolechu@outtengolden.com

Gregg I. Shavitz
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

**Defendant:**

Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Allison L. Martin
**PROSKAUER ROSE LLP**
Eleven Times Square

New York, New York 10036
Telephone: 212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com
amartin@proskauer.com

Mark W. Batten
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Telephone: 617.526.9850
mbatten@proskauer.com

Nicholas M. Reiter
**VENABLE LLP**
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: 212.307.5500
nmreiter@venable.com

      2.      **Statement of Issues**

The Parties propose a discovery plan to address the remaining claims in the case following the Court's decision on Defendant's motion to dismiss (ECF No. 258). The remaining claims consist of wage and hour claims under the Fair Labor Standards Act ("FLSA") and state wage laws. This is a conditionally certified FLSA collective action and there are approximately 700 collective action members in the case to date. Plaintiffs also have Fed. R. Civ. P. 23 class claims for alleged state law violations in California, Illinois, Michigan, Minnesota, New York, North Carolina, and Wisconsin.

      3.      **Proposed Schedule:**

           a.      Initial document requests and interrogatories have been served and the parties have already produced tens of thousands of pages of documents.

           b.      The Court will not set a deadline for joining parties but will instead apply the requirements of Rule 15. See Soroof Trading Dev. Co. v. GE Microgen, Inc., 283 F.R.D. 142, 147 (S.D.N.Y. 2012

      c.      Deadline for Amending Pleadings:  To the extent Plaintiffs intend to add claims under the California Private Attorneys General Act, Cal. Lab. Code § 2698 *et seq*. ("PAGA") and substitute certain class representatives, the deadline for Plaintiffs to move for leave to amend their pleading, which Defendant will oppose, is May 31, 2022.

Non-expert Discovery Deadline:  January 31, 2023.

Expert Discovery:  The parties anticipate retaining experts relating to damages issues.

Deadline by which the disclosures of the identities and reports of experts required by Rule 26(a)(2) will be made:  March 31, 2023.

Deadline by which the disclosures of the identities and reports of rebuttal experts will be made: May 15, 2023
Deadline by which reply reports will be made: June 15, 2023.
Deadline to complete expert depositions:  June 30, 2023.

On or before June 30, 2023, the parties shall file a letter on ECF stating whether they intend to file a summary judgment motion.  If they do so, the Court will set a deadline at the time for the filing of such motions.

4.      **Discovery Limitations**:  A Confidentiality Agreement and Protective Order was entered by the Court on November 20, 2020 (ECF No. 169).

5.      **Discovery Issues**:  The parties do not have any discovery issues to raise with the Court at this time.

6. **Anticipated Length of Trial**: 10 trial days.

7. **Mediation**: The parties shall write to the Court if a time comes when both sides wish to participating in court-sponsored mediation or a settlement conference.

8. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices.   Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

Dated: April 11, 2022
       New York, NY

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge