## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONNA WOOD, CAELAN DOHERTY, MAX
GOLDSTEIN, BRIDGET LOGAN, JAMES
KYLE NEWMAN, ZIA ORAM, ALAN
ROBINSON, ALEXANDRA MARIE
WHEATLEY-DIAZ, individually and on behalf
all others similarly situated, and CHERYL
BALDWIN, JONATHAN BARRIO, DESMOND
BATTS, GARRETT BECKENBAUGH,
COCHIESE BOWERS, MILES CEPLECHA,
ROBIN CEPPOS, MELINDA CIRILO, JANE
CONRAD, ROBERT CORDOVA, JR.,
CHRISTINE DOCZY, RACHEL DOUGLAS,
THERESA EDWARDS, ELIZA FINK, JASON
FINKELSTEIN, ILSE MENDEZ FRAGA,
JOSH FREDRICKSON, MARIA GONZALEZ,
NATHANIEL ROBERT GROH, BRANDI
HARRIS, PETER KAMARA, MACK
KENNEDY, MADISON OLIVER MAYS,
PATRICK MCHUGH, FRIDA MICHELLE
NARANJO, PAUL MONTEROSSO, REY
MURPHY, JOSEPH NESTOR, LUKE
NICHOLAS, JOSEPHINE OLINGER, ALEC
SILVESTER, DANIEL SMITH, CHRIS SOTH,
AUDRA TELLEZ, CARLOS TORRES,
ELLIOTT TRICOTTI, GLORIA TYLER,
LAKISHA WATSON-MOORE, JESSE
WEINBERG, CLEM WRIGHT, ANOOSH
YARAGHCHIAN, and JESUS ZAMORA,
individually,

        Plaintiffs,

   v.

MIKE BLOOMBERG 2020, INC.,

        Defendant.

No. 20 Civ. 2489 (LTS) (GWG)

**AFFIDAVIT OF TAMRA GIVENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Tamra Givens, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the Shavitz Law Group, P.A.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter pursuant to Local Civil Rule 1.3(c).

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me. No discipline has previously been imposed on me in any jurisdiction in the past five years.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 13, 2022

NOTARIZED

Tamra C. Givens
Firm Name: Shavitz Law Group, P.A.
Address: 951 Yamato Road, Suite 285
Boca Raton, FL 33431
E-mail: tgivens@shavitzlaw.com
Phone: 561-447-8888

SERENA I. EIFERT
Notary Public - State of Florida
Commission # GG 330221
My Comm. Expires May 15, 2023
Bonded through National Notary Assn.