IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                                        Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                                        Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**MOTION FOR ADMISSION PRO HAC VICE OF LOGAN PARDELL**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Logan Pardell, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

1

Dated: April 14, 2022                              Respectfully submitted,
       Boca Raton, FL

                                                   **/s/ LOGAN PARDELL**
                                                   Logan Pardell (*pro hac* vice applicant)
                                                   Gregg I. Shavitz
                                                   Tamra Givens*
                                                   **SHAVITZ LAW GROUP, P.A.**
                                                   951 Yamato Road, Suite 285
                                                   Boca Raton, FL 33431
                                                   Tel: 561-447-8888
                                                   Fax: 561-447-8831
                                                   lpardell@shavitzlaw.com

                                                   **SHAVITZ LAW GROUP, P.A.**
                                                   Michael J. Palitz
                                                   SHAVITZ LAW GROUP, P.A.
                                                   830 3rd Avenue, 5th Floor
                                                   New York, New York 10022
                                                   Tel:     (800) 616-4000
                                                   Fax:     (561) 447-8831
                                                   mpalitz@shavitzlaw.com

*to apply for admission *pro hac vice*

                                                   *Attorneys for Plaintiff and the*
                                                   *Putative Class Collective*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **April 14, 2022**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                   /s/ Logan Pardell
                                                   Logan Pardell