IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                              Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                              Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

## AFFIDAVIT OF LOGAN PARDELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Logan Pardell, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the Shavitz Law Group, P.A.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter pursuant to Local Civil Rule 1.3(c).

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me. No discipline has previously been imposed on me in any jurisdiction in the past five years.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 14, 2022

NOTARIZED

NICOLETTA RODITTI
Notary Public
State of Florida
Comm# HH197655
Expires 11/11/2025

*Nicoletta Roditti*
04/14/2022

_____
Logan Pardell
Firm Name: Shavitz Law Group, P.A.
Address: 951 Yamato Road, Suite 285
Boca Raton, FL 33431
E-mail: lpardell@shavitzlaw.com
Phone: 561-447-8888