UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated, | 20 Civ. 2489 (LTS) (GWG) |
| Plaintiffs, | **NOTICE OF MOTION TO CERTIFY FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |
| v. | |
| MIKE BLOOMBERG 2020, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq., and all of the prior pleadings and proceedings in this action, Defendant Mike Bloomberg 2020, Inc., through its undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, at the United States District Court, United States Courthouse, 500 Pearl Street, Room 17C, New York, NY 10007, on a date and time to be set by the Court, for an Order certifying for immediate appeal, pursuant to 28 U.S.C. § 1292(b), this Court's March 25, 2022 Opinion and Order (Dkt. 258) to the extent that it denied Defendant's motion to dismiss Plaintiffs' claims asserted in the Second Amended Class and Collective Action Complaint under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* (the "FLSA").

FURTHERMORE, the undersigned certifies that Defendant has used its best efforts to resolve informally the matters raised in this motion in accordance with Rule 2.b of Judge Swain's Individual Practices.  Specifically, Defendant's counsel discussed Defendant's intent to file the instant motion during a meet and confer call on April 19, 2022, and sent a letter to Plaintiffs' counsel on April 20, 2022 outlining the factual and legal grounds for Defendant's

anticipated motion.   Plaintiffs' counsel responded by email on April 21, 2022 setting forth Plaintiffs' position and stating that they will oppose the Campaign's motion.

Dated: April 21, 2022

PROSKAUER ROSE LLP

*/s/ Elise M. Bloom*
Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg

Eleven Times Square
New York, New York 10036
(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com

PROSKAUER ROSE LLP

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com

VENABLE LLP

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.