IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>     Plaintiffs,<br><br> v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>     Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND ENTERING PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(b) |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Partial Judgment Under Federal Rule of Civil Procedure 54(b).  Having considered Plaintiffs' motion, the Court hereby GRANTS the motion and ORDERS as follows:

1. Judgment is entered dismissing Counts 16 (Fraudulent Inducement) and 17 (Promissory Estoppel) in the Second Amended Complaint for all Plaintiffs; and

2. The Court finds that there is no just reason for delay because Plaintiffs have satisfied all three requirements of Federal Rule 54(b): there are multiple claims and parties in this action; the dismissed claims have been finally determined; and there is no just reason for delay because it is in the interest of sound judicial administration that judgment be entered now.

**IT IS SO ORDERED.**

_____
HONORABLE LAURA T. SWAIN
CHIEF UNITED STATES DISTRICT JUDGE