```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DONNA WOOD, et al., individually and
on behalf of all others similarly situated,

                Plaintiffs,

        -v-                                             No. 1:20-CV-2489-LTS-GWG

MIKE BLOOMBERG 2020, INC.,

                Defendant.

-------------------------------------------------------x
```

## ORDER

The Court has received and reviewed the motion filed by Plaintiffs (docket entry no. 270) requesting that the Court enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) in favor of Defendant on Counts 16 and 17 of the Second Amended Complaint, which were dismissed with prejudice in the Court's March 25, 2022, Memorandum Opinion and Order. (Docket entry no. 258.) Defendant does not oppose the requested relief.

The Court finds, for the reasons proffered by Plaintiffs (see docket entry no. 271), and pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay of the entry of judgment in favor of the Defendant.

Therefore, and for the reasons set forth in the Court's Memorandum Opinion and Order dated March 25, 2022 (docket entry no. 258), the Court respectfully directs the Clerk of Court to enter final judgment in favor of Defendant on Counts 16 and 17 of the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 54(b).

This order resolves docket entry no. 270.

SO ORDERED.

Dated: April 28, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge