IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br>    Plaintiffs, <br><br> v. <br><br>MIKE BLOOMBERG 2020, INC., <br><br>    Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**PLAINTIFFS' NOTICE OF APPEAL**

1

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from this Court's judgment entered on April 28, 2022, ECF Nos. 272, 273, and all underlying orders incorporated therein.

Dated: May 6, 2022
      New York, NY

Respectfully submitted,

 /s/ Justin M. Swartz
Justin M. Swartz
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
jms@outtengolden.com
mdanna@outtengolden.com

Hannah Cole-Chu*
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW, Ste 200W
Washington, D.C. 20001
Telephone: 202-847-4400
hcolechu@outtengolden.com

Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz*
Tamra Givens*
Logan Pardell*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com
lpardell@shavitzlaw.com

3

*Attorneys for Plaintiffs, the Collective, and the Putative Classes*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Justin Swartz, hereby certify that on May 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

>  */s/ Justin M. Swartz*
> Justin M. Swartz
> **OUTTEN & GOLDEN LLP**
> 685 Third Avenue, 25th Floor
> New York, NY 10017
> Telephone: 212-245-1000
> jms@outtengolden.com