IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually,<br><br>                       Plaintiffs,<br><br>   v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                       Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

1

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a Third Amended Complaint pursuant to Fed. R. Civ. P. 15 and 21.  Pursuant to the Court's Individual Practices, Plaintiffs certify that they have used their best efforts to informally resolve this request.  Plaintiffs' counsel conferred with counsel for Defendant by email in May 2021 and again in May 2021 regarding Defendant's position on Plaintiffs' Motion.  Defendant's counsel represented that Defendant opposes the relief requested.

Dated: May 31, 2022        Respectfully submitted,
       New York, NY

                                       */s/ Justin M. Swartz*
                                       Justin M. Swartz
                                       Michael C. Danna
                                       **OUTTEN & GOLDEN LLP**
                                       685 Third Avenue, 25th Floor
                                       New York, NY 10017
                                       Telephone: 212-245-1000
                                       Facsimile: 646-509-2060
                                       jms@outtengolden.com
                                       mdanna@outtengolden.com

                                       Hannah Cole-Chu*
                                       **OUTTEN & GOLDEN LLP**
                                       601 Massachusetts Avenue NW, Ste 200W
                                       Washington, D.C. 20001
                                       Telephone: 202-847-4400
                                       Facsimile: 202-847-4410
                                       hcolechu@outtengolden.com

                                       Michael Palitz
                                       **SHAVITZ LAW GROUP, P.A.**
                                       800 3rd Avenue, Suite 2800
                                       New York, NY 10022
                                       Telephone: (800) 616-4000
                                       Facsimile: (561) 447-8831
                                       mpalitz@shavitzlaw.com
                                       Gregg I. Shavitz*
                                       Tamra Givens*
                                       Logan Pardell*

**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com
lpardell@shavitzlaw.com

*Attorneys for Plaintiffs, the Collective, and the Putative Classes*

\*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

  I, Justin Swartz, hereby certify that on May 31, 2022, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

Dated: May 31, 2022            */s/ Justin M. Swartz*
                    Justin M. Swartz
                    **OUTTEN & GOLDEN LLP**
                    685 Third Avenue, 25th Floor
                    New York, NY 10017
                    Telephone: (212) 245-1000
                    Facsimile: (646) 509-2060