## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, CAELAN DOHERTY, MAX GOLDSTEIN, BRIDGET LOGAN, JAMES KYLE NEWMAN, ZIA ORAM, ALAN ROBINSON, ALEXANDRA MARIE WHEATLEY-DIAZ, individually and on behalf all others similarly situated, and CHERYL BALDWIN, JONATHAN BARRIO, DESMOND BATTS, GARRETT BECKENBAUGH, COCHIESE BOWERS, MILES CEPLECHA, ROBIN CEPPOS, MELINDA CIRILO, JANE CONRAD, ROBERT CORDOVA, JR., CHRISTINE DOCZY, RACHEL DOUGLAS, THERESA EDWARDS, ELIZA FINK, JASON FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH FREDRICKSON, MARIA GONZALEZ, NATHANIEL ROBERT GROH, BRANDI HARRIS, PETER KAMARA, MACK KENNEDY, MADISON OLIVER MAYS, PATRICK MCHUGH, FRIDA MICHELLE NARANJO, PAUL MONTEROSSO, REY MURPHY, JOSEPH NESTOR, LUKE NICHOLAS, JOSEPHINE OLINGER, ALEC SILVESTER, DANIEL SMITH, CHRIS SOTH, AUDRA TELLEZ, CARLOS TORRES, ELLIOTT TRICOTTI, GLORIA TYLER, LAKISHA WATSON-MOORE, JESSE WEINBERG, CLEM WRIGHT, ANOOSH YARAGHCHIAN, and JESUS ZAMORA, individually, <br><br>      Plaintiffs, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br>      Defendant. | No. 20 Civ. 2489 (LTS) (GWG) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Third Amended Complaint. Having considered Plaintiffs' motion, the Court hereby GRANTS the motion and ORDERS as follows:

1. Plaintiffs' proposed amendments satisfy Fed. R. Civ. P. 15. The Court finds that Plaintiffs have not delayed in seeking amendment, have not engaged in bad faith, and do not have dilatory motive. The Court further finds that the Third Amended Complaint does not prejudice Defendant and that amendment is not futile.

2. Plaintiffs' proposed amendments satisfy Fed. R. Civ. P. 21. The Court finds that Class Representatives Watson-Moore, Ceppos, and Coker are already named plaintiffs in this action, sufficiently allege facts supporting their naming as class representatives, have cooperated with discovery on the same timeline as the other Class Representatives or will serve responses promptly, and Plaintiffs do not seek to add or change any factual allegations relating to the Michigan or California state claims.

3. Plaintiffs are directed to docket the Third Amended Complaint accordingly.

**IT IS SO ORDERED.**

_____
HONORABLE LAURA T. SWAIN
CHIEF UNITED STATES DISTRICT JUDGE