AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Donna Wood et al., | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 20 Civ. 2489 |
| Mike Bloomberg 2020, Inc., | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date:   06/01/2022

*Attorney's signature*

Theanne Liu, 5864939
*Printed name and bar number*

Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Address*

TLiu@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(646) 509-2060
*FAX number*