UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>    Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**DECLARATION OF<br>ELISE M. BLOOM, ESQ.** |

   I, Elise M. Bloom, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

   1.  I am a member of the law firm Proskauer Rose LLP, attorneys for Defendant Mike Bloomberg 2020, Inc. ("Defendant" or the "Campaign") in the above-captioned action.  I am fully familiar with the facts set forth herein.  I submit this declaration in connection with Defendant's opposition to Plaintiffs' motion for leave to file a Third Amended Complaint.

   2.  Attached hereto as Exhibit A is a copy of a screenshot showing the results of a search for the name "Wheatley-Diaz" on California's PAGA Case Search website, which was last accessed on June 14, 2022, at https://cadir.secure.force.com/PagaSearch/PAGASearchResults?ss=wheatley-diaz.

   3.  Attached hereto as Exhibit B is a copy of a screenshot showing the results of a search for the name "Robin Ceppos" on California's PAGA Case Search website, which was last accessed on June 14, 2022, at https://cadir.secure.force.com/PagaSearch/PAGASearchResults?ss=robin_ceppos.

   4.  Attached hereto as Exhibit C is a copy of a screenshot showing the results of a search for the name "Nick Coker" on California's PAGA Case Search website, which was last

accessed on June 14, 2022, at https://cadir.secure.force.com/PagaSearch/PAGASearchResults?ss=nick_coker.

5. On October 19, 2020, Plaintiffs informed the Campaign that they intended to amend the operative Second Amended Complaint to substitute Plaintiff Robin Ceppos as the California class representative in the place of Plaintiff Alexandra Marie Wheatley-Diaz and to plead representative claims under California's Private Attorneys General Act ("PAGA").

6. On January 4, 2021, Plaintiffs informed the Campaign that they planned to seek to amend the Second Amended Complaint by the end of the month, but would be willing to postpone the filing if the Campaign would agree to toll the statute of limitations for the proposed PAGA claim.

7. Plaintiffs next followed up with the Campaign about amending the Second Amended Complaint on May 7, 2021, when they informed the Campaign that they also intended to add a new Plaintiff to this case, Nick Coker, and that Coker would serve as a California class representative in addition to Ceppos. Plaintiffs also stated they remained open to negotiating a tolling agreement, and the parties subsequently executed such an agreement on May 18, 2021.

8. Attached hereto as Exhibit D is a copy of an opinion from the Superior Court of California, County of Los Angeles, in *Ambuehl v. Collins*, Los Angeles Super. Ct. Case No. 20STCV13565, dated September 17, 2021.

9. Attached hereto as Exhibit E is a copy of an opinion from the Superior Court of California, County of Riveside, in *Green v. Von Dutch, LLC*, Riverside Super. Ct. Case No. CVRI2101925, dated August 23, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York             */s/ Elise M. Bloom*
       June 14, 2022                  Elise M. Bloom