# EXHIBIT A

  State of California

# Department of Industrial Relations

Search 

 | Labor Law | Cal/OSHA - Safety & Health | Workers' Comp | Self Insurance | Apprenticeship | Director's Office | Boards |

Department of Industrial Relations (DIR)  |  PAGA Case Search  |  Search Results

## Search Results

**Filters**  -- Select --  ▾  + Add Filter Fields  - Remove Filter Fields

 Business, Lawfirm, or Individual Name

Wheatley-Diaz

Edit Search   Return to Search

 Print to PDF    Print to Excel

| LWDA # | Plaintiff for PAGA Case | Employer Name | Employer City | Employer ZIP Code | Filer/Attorney for PAGA Case | Law Firm for PAGA Plaintiff | Employer Filer | Employer Filer Firm | Court Case # | Submission Date |
|---|---|---|---|---|---|---|---|---|---|---|
| LWDA-CM-781059-20 | Alexandra Marie Wheatley-Diaz | MIKE BLOOMBERG 2020, INC. | New York | 10036 | Sally Abrahamson | Outten and Golden LLP | - | - | - | 3/31/2020 |

Showing 1 to 1 of 1 entries    Previous  1  Next

### About DIR
Who we are
DIR Divisions, Boards & Commissions
Contact DIR

Site Feedback

### Work with Us
Jobs at DIR
Licensing, registrations, certifications & permits
Required Notifications
Public Records Requests

### Learn More
Acceso al idioma
Frequently Asked Questions
Site Map

  

Back to Top   Conditions of Use   Privacy Policy   Disclaimer   Disability Accommodation   Standard Browser Usability Features   Site Help

Copyright © 2017 State of California