UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | 20 Civ. 2489 (LTS) (GWG) |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**
**FROM THE UNITED STATES SUPREME COURT**

Defendant Mike Bloomberg 2020, Inc. hereby submits this notice of supplemental authority to inform the Court of the decision issued on June 15, 2022 by the United States Supreme Court in *Viking River Cruises, Inc. v. Moriana*, No. 20-1573, 596 U.S. ___ (2022).[1] This decision bears directly on Defendant's opposition to Plaintiffs' motion for leave to amend to add a claim under California's Private Attorneys General Act ("PAGA"). *See* Dkt. 282 at 4-8.

In *Viking River Cruises*, the Supreme Court held, *inter alia*, that PAGA claims can be subject to arbitration. In so holding, the Court confirmed that to bring suit under PAGA, "an employee must also exhaust administrative remedies." 591 U.S. ___, ___ (slip op., at 2). The Court also confirmed that, as discussed in Defendant's opposition brief (Dkt. 282 at 6), "employees have no assignable interest in a PAGA claim." 591 U.S. ___, ___ (slip op., at 3 n.2) (citing *Amalgamated Transit Union, Local 1756, AFL-CIO v. Super. Ct.*, 46 Cal. 4th 993, 1002 (2009)).

---

[1] A copy of the decision is attached as Exhibit A.

                    Respectfully submitted,

Dated: June 15, 2022                PROSKAUER ROSE LLP

                    */s/ Elise M. Bloom*
                    Elise M. Bloom
                    Rachel S. Philion
                    Pinchos N. Goldberg

                    Eleven Times Square
                    New York, New York 10036
                    (T)  212.969.3000
                    ebloom@proskauer.com
                    rphilion@proskauer.com
                    pgoldberg@proskauer.com

                    PROSKAUER ROSE LLP

                    Mark W. Batten (admitted *pro hac vice*)
                    One International Place
                    Boston, Massachusetts 02110
                    (T)  617.526.9850
                    mbatten@proskauer.com

                    VENABLE LLP

                    Nicholas M. Reiter
                    1270 Avenue of the Americas, 24th Floor
                    New York, New York 10020
                    (T)  212.307.5500
                    nmreiter@venable.com

                    *Attorneys for Defendant*
                    MIKE BLOOMBERG 2020, INC.