UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　Defendant. | 20 Civ. 2489 (KMW) (GWG) |

**DECLARATION OF JUSTIN M. SWARTZ IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT**

I, Justin M. Swartz, pursuant to 28 U.S.C. § 1746, declare as follows:

　　　1.　　I am a partner at the firm of Outten & Golden LLP ("O&G") in New York, NY. I am admitted to practice before this Court. Along with lawyers from Shavitz Law Group, P.A., I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims on behalf of the collective.

　　　2.　　I make this declaration in connection with Plaintiffs' Motion for Leave to File Third Amended Complaint.

　　　3.　　I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

**Exhibits**

　　　4.　　**Exhibit 1** attached hereto is a true and correct copy of the notice and submitted to California's Labor & Workforce Development Agency ("LWDA") stating that Plaintiff Robin Ceppos intended to bring claims for penalties under PAGA, and corresponding confirmation

- 2 -

page.

5.      **Exhibit 2** attached hereto is a true and correct copy of the notice and submitted to California's Labor & Workforce Development Agency ("LWDA") stating that Plaintiff Nick Coker intended to bring claims for penalties under PAGA, and corresponding confirmation page.

*     *     *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:     June 21, 2022
           New York, NY                    /s/ *Justin M. Swartz*
                                           Justin M. Swartz
                                           **OUTTEN & GOLDEN LLP**
                                           685 Third Avenue, 25th Floor
                                           New York, NY 10017
                                           Telephone: 212-245-1000
                                           Facsimile: (646) 509-2060
                                           Email: jms@outtengolden.com