# Exhibit 1



**VIA ONLINE SUBMISSION**
California Labor and Workforce Development Agency
Attn: PAGA Administrator

    Re:    <u>PAGA Notice of California Labor Code Claims against Bloomberg</u>

Dear PAGA Administrator:

    Outten & Golden LLP and Shavitz Law Group, P.A. represent Robin Ceppos, a former exempt-classified Campaign Field Organizer for Mike Bloomberg 2020, Inc. ("Bloomberg"). Ms. Ceppos was employed by Bloomberg from approximately January 20, 2020 until approximately March 31, 2020.

    As set forth below, Ms. Ceppos alleges that Bloomberg failed to pay her and other similarly-situated employees as required by California law. Specifically, Ms. Ceppos alleges that Bloomberg misclassified its Campaign Field Organizers and other similarly titled positions (collectively, "FOs") as exempt from overtime and unlawfully failed to pay them overtime compensation for all hours worked over 40 in a workweek and/or over eight hours in a workday in violation of Cal. Labor Code §§ 510, 1194, 1198 and the corresponding Wage Order. Additionally, Ms. Ceppos alleges that Bloomberg violated California law by: (1) failing to provide meal and rest breaks in accordance with Cal. Labor Code §§ 218.5, 226.7, 512 and the applicable Wage Order; (2) failing to timely pay wages during employment and upon separation in accordance with Cal. Labor Code §§ 201-204; (3) failing to provide timely, accurate, and itemized wage statements in accordance with Cal. Labor Code §§ 226, 226.3; and (4) failing to provide reimbursement for reasonable and necessary business expenditures, including but not limited to automobile expense reimbursements, pursuant to Cal. Labor Code § 2802 and the corresponding Wage Order.

    This letter serves as notice of our intent to seek civil penalties pursuant to the Private Attorneys General Act ("PAGA"), Cal. Lab. Code §§ 2698, et seq., on behalf of Ms. Ceppos and similarly-situated FOs who worked for Bloomberg in the State of California at any time since March 31, 2019. Ms. Ceppos alleges that Bloomberg violated numerous provisions of the California Labor Code, including, but not limited to: §§ 201-204, 226, 226.7, 510, 512, 1194, 1198, and 2802 and provisions of the applicable Wage Order. Ms. Ceppos will seek all applicable civil penalties on behalf of herself and all similarly-situated FOs, including but not limited to penalties pursuant to the aforementioned statutes and California Labor Code §§ 210, 218.5, 226.3, 226.6, 558, and 2699, and the applicable Wage Order.

    The facts and claims contained herein are based on the information available at the time of this writing. Ms. Ceppos reserves the right to revise and/or add amend this letter.

New York   685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
San Francisco   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
Washington DC   601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com

Based on the foregoing, Ms. Ceppos intends to file a civil action to pursue claims against Bloomberg and to seek PAGA remedies for these violations. Ms. Ceppos respectfully requests that the Labor & Workforce Development Agency notify her if it intends to investigate the above allegations pursuant to PAGA.

Ms. Ceppos is a member of the group of aggrieved employees set forth in the PAGA letters of Alexandra Wheatley-Diaz (March 31, 2020, Case No. LWDA-CM-781059-20) and Nick Coker (filed concurrently with this letter on June 21, 2022). Because of the overlap in the allegations between those two PAGA letters and this letter, Ms. Ceppos seeks relief reaching back in time to the furthest extent allowed based on the filing date of Ms. Wheatley-Diaz's letter.

Thank you for your attention to this matter. Please direct all communications and correspondence to our office going forward. If you have any questions, please do not hesitate to contact us at 202-816-7489.

Sincerely,



Justin M. Swartz

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

# Martin, Alec

| | |
|---|---|
| **From:** | noreply@salesforce.com on behalf of LWDA DO NOT REPLY <lwdadonotreply@dir.ca.gov> |
| **Sent:** | Tuesday, June 21, 2022 4:10 PM |
| **To:** | LaMarch, Jennifer |
| **Subject:** | Thank you for submission of your PAGA Case. |

6/21/2022

LWDA Case No. LWDA-CM-890497-22
Law Firm : Outten & Golden LLP
Plaintiff Name : Robin Ceppos
Employer: Mike Bloomberg 2020, Inc.
Filing Fee : $75.00
IFP Claimed : No

Item submitted: Initial PAGA Notice

Thank you for your submission to the Labor and Workforce Development Agency. Please make a note of the LWDA Case No. above as you may need this number for future reference when filing any subsequent documents for this Case.

If you have questions or concerns regarding this submission or your case, please send an email to pagainfo@dir.ca.gov.

DIR PAGA Unit on behalf of
Labor and Workforce Development Agency

Website: http://labor.ca.gov/Private_Attorneys_General_Act.htm