UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONNA WOOD                                              :

                                                               :       ORDER
                             Plaintiff,
                                                              :       20 Civ. 2489 (LTS) (GWG)
    -v.-
                                                               :

MIKE BLOOMBERG 2020, INC.                      :

                                                               :
                           Defendant.
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion to amend (Docket # 278) will take place on September 15, 2022, at 11:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

      Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus. If appearing in person represents a hardship to any party, that person may file a letter seeking leave to appear remotely.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      In addition to being prepared to answer questions regarding pertinent cases cited in their briefs, the parties should be prepared to address the case of Hargrove v. Legacy Healthcare, Inc., 295 Cal. Rptr. 3d 819 (Cal. App. 4th Dist. 2022). If a party wishes to file a supplemental letter on Hargrove, it has leave to do so no later than 2 business days before the oral argument.

      SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge