UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Noa M. Baddish, Esq. of Proskauer Rose LLP, who is admitted to practice law in this Court, as counsel of record for Defendant Mike Bloomberg 2020, Inc.

Dated: New York, New York
　　　　September 14, 2022

　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Noa M. Baddish*
　　　　　　　　　　　　　　　　　　　　　　　　　Noa M. Baddish

　　　　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(212) 969-3000
　　　　　　　　　　　　　　　　　　　　　　nbaddish@proskauer.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　MIKE BLOOMBERG 2020, INC.