UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD, et al., :

                                                  :    <u>ORDER</u>
                      Plaintiffs,
                                                  :    20 Civ. 2489 (LTS) (GWG)
  -v.-
                                                  :

MIKE BLOOMBERG 2020, INC. :

                                                 :
                    Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      For the reasons stated today on the record, the plaintiffs' motion to amend (Docket # 278 as supplemented by Docket # 291) is granted in part and denied in part. This ruling shall not be deemed to have any effect on any challenge to the merits of the complaint that defendant may make in the future.

      The Third Amended Complaint shall be filed on or before September 20, 2022.

      SO ORDERED.

Dated: September 15, 2022
       New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge