UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DONNA WOOD, et al., individually and
on behalf of all others similarly situated,

        Plaintiffs,

  -v-                                    No. 1:20-CV-2489-LTS-GWG

MIKE BLOOMBERG 2020, INC.,

        Defendant.

-----------------------------------------------------------x

## ORDER TO SHOW CAUSE

On September 20, 2022, Plaintiffs filed the Third Amended Complaint in this action, asserting claims under state labor laws and under the Fair Labor Standards Act ("FLSA") for unpaid overtime wages. (Docket entry no. 296.) On April 21, 2022, Defendant filed a motion to certify for appeal, pursuant to 28 U.S.C. section 1292(b), the Court's March 25, 2022, Memorandum Opinion and Order, to the extent the Court denied Defendant's motion to dismiss Plaintiffs' FLSA claims, asserted in the Second Amended Complaint, for unpaid overtime wages. Given the filing of the amended pleading asserting unpaid overtime claims under the FLSA, Defendant is hereby ordered to show cause in writing, by September 28, 2022, as to why the motion to certify for appeal should not be denied as moot.

        SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                     Chief United States District Judge