

September 30, 2022

**Via ECF**
The Honorable Laura T. Swain
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489

Dear Chief Judge Swain:

We represent Plaintiffs in this matter, and write to briefly respond to Defendant's September 28, 2022 letter, ECF No. 289.

Plaintiffs respectfully suggest that Court, in its discretion, should not determine that Defendant's April 21, 2022 Motion to Certify for Appeal Under 28 U.S.C. § 1292(b) ("1292(b) Motion") has been mooted by the filing of the Third Amended Complaint.  Plaintiffs' Third Amended Complaint contains identical factual allegations and the identical Fair Labor Standards Act ("FLSA") claim that was already the subject of Defendant's earlier motion to dismiss, as Defendant has acknowledged.[1]  In order to conserve the Court's resources and avoid the burden, time, and expense to the parties associated with re-briefing and re-deciding identical issues in a renewed motion to dismiss, the Court should decide the 1292(b) Motion on its merits and deny Defendant's request to move to dismiss the same claim that the court previously declined to dismiss.

Plaintiffs further note, as this Court has previously held, that principles of law of the case caution against permitting Defendant to file a new motion to dismiss on the same issues that the Court already decided.  *See Elisa W. v. City of New York*, No. 15 Civ. 5273, 2017 U.S. Dist. LEXIS 146342, at *8-9 (S.D.N.Y. Sept. 11, 2017) (Swain, J.) (denying motion to dismiss in part because earlier motion to dismiss decision on the same issues "governs here as law of the case").

---

[1] In correspondence to Plaintiffs' Counsel dated September 22, 2022, Defendant acknowledged that "[a]s Plaintiffs' allegations underlying their FLSA cause of action have not changed in the Third Amended Complaint, the grounds for the Campaign's motion to dismiss are substantially set forth in the Campaign's memoranda of law in support of their partial motion to dismiss the Second Amended Complaint (*see* Dkt. Nos. 111, 142) and their memoranda of law in support of their 1292(b) Motion (*see* Dkt. Nos. 268, 276)."

**New York**   685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**San Francisco**   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**   601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com

Hon. Laura T. Swain
September 30, 2022
Page 2 of 2

                                             Respectfully submitted,

                                             Justin M. Swartz

cc:  Counsel of Record (via ECF)