UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DONNA WOOD, et al., individually and
on behalf of all others similarly situated,

        Plaintiffs,

  -v-                                                No. 1:20-CV-2489-LTS-GWG

MIKE BLOOMBERG 2020, INC.,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court thanks the parties for their submissions in response to its September 22, 2022, Order to Show Cause. (Docket entry no. 297.) Defendant's pending motion to certify for appeal (docket entry no. 267), pursuant to 28 U.S.C. section 1292(b), the Court's March 25, 2022, Memorandum Opinion and Order, to the extent the Court denied Defendant's motion to dismiss Plaintiffs' FLSA claims, is hereby denied without prejudice to renewal in anticipation of the Court's decision on Defendant's forthcoming motion to dismiss the third amended complaint.

        In the anticipated motion practice in connection with Defendant's forthcoming motion to dismiss, the parties may refer to, or incorporate by reference, clearly identified

sections of their memoranda of law previously filed in connection with Defendant's motion to dismiss the second amended complaint.

SO ORDERED.

Dated: October 3, 2022
      New York, New York

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge