UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>                                  v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>                                Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendant Mike Bloomberg 2020, Inc. (the "Campaign"), through its undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, at the United States District Court, United States Courthouse, 500 Pearl Street, Room 17C, New York, NY 10007, on a date and time to be set by the Court, for an Order: (i) dismissing with prejudice the Sixteenth Cause of Action under the California Private Attorney General Act of 2004, Cal. Labor Code §§ 2698 *et seq.*, and the First Cause of Action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* (the "FLSA"), in the Third Amended Class and Collective Action Complaint (Dkt. 296) ("Third Amended Complaint"), pursuant to Fed. R. Civ. P. 12(b)(6), and (ii) striking the allegations in the Third Amended Complaint that relate solely to the common law claims for fraudulent inducement and promissory estoppel the Court dismissed with prejudice in its March 25, 2022 Opinion and Order, pursuant to Fed. R. Civ. P. 12(f).

      FURTHERMORE, the undersigned certifies that the Campaign has used its best efforts to resolve informally the matters raised in this motion in accordance with Rule 2.b of Judge

Swain's Individual Practices.  Specifically, the Campaign sent Plaintiffs letters on September 21 and 22, 2022 outlining the factual and legal grounds for the Campaign's anticipated motion, and the parties also corresponded via email regarding their respective positions between September 22 and 27.  The parties thereafter met and conferred via telephone on September 30.  During the meet and confer, the parties agreed that they were at an impasse with respect to the grounds for the Campaign's anticipated motion.  The Campaign also respectfully directs the Court to its October 3, 2022 Order in which the Court denied Defendant's motion for certification to appeal, pursuant to 28 U.S.C. section 1292(b), the Court's March 25, 2022 Memorandum Opinion and Order which denied the Campaign's motion to dismiss Plaintiffs' FLSA claims, without prejudice to the Campaign's renewal of that argument in the instant motion.

Dated: October 4, 2022

PROSKAUER ROSE LLP

/s/ Elise M. Bloom
Elise M. Bloom
Rachel S. Philion
Pinchos N. Goldberg
Allison L. Martin

Eleven Times Square
New York, New York 10036
(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
pgoldberg@proskauer.com
amartin@proskauer.com

PROSKAUER ROSE LLP

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com

VENABLE LLP

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.