UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>    Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**DECLARATION OF ELISE M. BLOOM, ESQ.** |

I, Elise M. Bloom, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a member of the law firm Proskauer Rose LLP, attorneys for Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-captioned action.  I am fully familiar with the facts set forth herein.  I submit this declaration in support of the Campaign's motion to dismiss the Third Amended Class and Collective Action and PAGA Complaint (the "Third Amended Complaint").

2.      Attached as Exhibit 1 is a true and correct copy of the Parties' executed tolling agreement, dated May 18, 2021.

3.      Attached as Exhibit 2 is a true and correct copy of Plaintiffs' Third Amended Complaint in which the Campaign has identified (by striking through in red) the allegations it respectfully requests that the Court order Plaintiffs to excise from the Third Amended Complaint.

4.      Attached as Exhibit 3 is a true and correct copy of the Transcript from the

September 15, 2022 proceedings before the Honorable Gabriel W. Gorenstein concerning

Plaintiffs' motion for leave to file a third amended complaint.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York              */s/ Elise M. Bloom*_____
        October 4, 2022                 Elise M. Bloom