IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated**,**<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-02489-LTS-GWG<br><br>**NOTICE OF LAW FIRM ADDRESS CHANGE** |

TO THE CLERK OF COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following attorney information change for Hannah Cole-Chu. I am an attorney admitted to practice in this Court in this matter. My new business address is as follows:

| **OLD ADDRESS:** | **NEW ADDRESS:** |
|:---:|:---:|
| Outten & Golden LLP | Outten & Golden LLP |
| 601 Massachusetts Ave. NW, Suite 200W | 1225 New York Avenue NW, Suite 1200B |
| Washington, D.C. 20001 | Washington, D.C. 20005 |
| Telephone: (202) 847-4400 | Telephone: (202) 847-4400 |
| Facsimile: (202) 847-4410 | Facsimile: (202) 847-4410 |

I will continue to be counsel of record in this matter.

Dated: October 4, 2022
　　　　Washington, DC

Respectfully submitted,

By: _/s/ Hannah Cole-Chu_
Hannah Cole-Chu (Fed. Bar No. 20747)
Outten & Golden LLP
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
hcolechu@outtengolden.com

*Attorney for Plaintiffs, Collective Members, and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I caused to be served a copy of the foregoing NOTICE OF LAW FIRM ADDRESS CHANGE in the above entitled action using the CM/ECF system, which sent notification of this filing to all counsel of record.

Dated: October 4, 2022
       Washington, DC

Respectfully submitted,

By: /s/ Hannah Cole-Chu
Hannah Cole-Chu (Fed. Bar No. 20747)
Outten & Golden LLP
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
hcolechu@outtengolden.com