# Exhibit 3

| | |
|---|---|
| **From:** | Cole-Chu, Hannah |
| **To:** | Bloom, Elise M. |
| **Cc:** | Philion, Rachel S.; Batten, Mark W.; Baddish, Noa |
| **Subject:** | RE: Wood |
| **Date:** | Thursday, November 17, 2022 10:10:17 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image105956.png |
| | image966229.png |
| | image748110.png |
| | image683615.png |

Good morning, Elise, we'd also like to get the issue settled but to have a productive conferral we'll need until tomorrow to get you our position. I can make myself available earlier in the morning if that's helpful. What about 10:30am?

Hannah



**Hannah Cole-Chu | Associate**

Pronouns: she/her/hers

1225 New York Avenue, NW Suite 1200B | Washington, DC 20005

Main: 202-847-4400  Fax: 646-509-2006

Direct: 202-847-4424

Email: HColeChu@outtengolden.com

We have moved. Please note our new address



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Bloom, Elise M. <ebloom@proskauer.com>
**Sent:** Thursday, November 17, 2022 8:37 AM
**To:** Cole-Chu, Hannah <HColeChu@outtengolden.com>
**Cc:** Philion, Rachel S. <rphilion@proskauer.com>; Batten, Mark W. <mbatten@proskauer.com>; Baddish, Noa <nbaddish@proskauer.com>
**Subject:** [EXTERNAL] Re: Wood

Can we talk today after the deposition? I want to get the issue with the current employer settled and would prefer to talk before Friday.

We are going to send you a deposition notice later today for her continued deposition, which as I indicated, we can always adjourn if we do not need to go forward.

**Elise M. Bloom**
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com

greenspaces
Please consider the environment before printing this email

> On Nov 16, 2022, at 5:51 PM, Cole-Chu, Hannah <HColeChu@outtengolden.com> wrote:
>
> **This email originated from outside the Firm.**
>
> Hi Elise – apologies for not getting back to you about your proposed 1:30 call. We weren't available then. We're discussing internally and can set a time to confer this week. How does Friday look for you? I'm free from 11:30am-1pm, from 2:30 to 3:30, and at 4pm.
>
> Hannah
>
> 
>
> **Hannah Cole-Chu | Associate**
> Pronouns: she/her/hers
> 1225 New York Avenue, NW Suite 1200B | Washington, DC 20005
> Main: 202-847-4400  Fax: 646-509-2006
> Direct: 202-847-4424
> Email: HColeChu@outtengolden.com
>
> We have moved. Please note our new address
>
> 
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
>
> *Please consider the environment before printing this e-mail.*

**From:** Bloom, Elise M. <ebloom@proskauer.com>
**Sent:** Wednesday, November 16, 2022 4:39 PM
**To:** Cole-Chu, Hannah <HColeChu@outtengolden.com>
**Cc:** Philion, Rachel S. <rphilion@proskauer.com>; Batten, Mark W. <mbatten@proskauer.com>; Baddish, Noa <nbaddish@proskauer.com>
**Subject:** [EXTERNAL] Wood

Hannah-

I never heard back from you about whether you wanted to meet and confer about the subpoena to Ms. Wheatley- Diaz's current employer.  Having not heard from you at all I assumed that you were not available today at 1:30. If this is no longer an issue, please advise us immediately. If it is an issue then it needs to get addressed this week.

Thank you .

Elise

**Elise M. Bloom**
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com

greenspaces
Please consider the environment before printing this email

**************************************************************************
**************************************************************************
**********
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
**************************************************************************
**************************************************************************
**********