# Exhibit 4

| | |
|---|---|
| **From:** | Cole-Chu, Hannah |
| **To:** | Bloom, Elise M. |
| **Subject:** | RE: Wood |
| **Date:** | Thursday, November 17, 2022 5:11:13 PM |
| **Attachments:** | image545236.png |
| | image705810.png |
| | image807118.png |
| | image562511.png |

Hi Elise, I wasn't available – we're going to get something in writing to you tonight and can confer tomorrow, over the weekend, or Monday.

Hannah



**Hannah Cole-Chu | Associate**
Pronouns: she/her/hers
1225 New York Avenue, NW Suite 1200B | Washington, DC 20005
Main: 202-847-4400  Fax: 646-509-2006
Direct: 202-847-4424
Email: HColeChu@outtengolden.com

We have moved. Please note our new address



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Bloom, Elise M. <ebloom@proskauer.com>
**Sent:** Thursday, November 17, 2022 4:32 PM
**To:** Cole-Chu, Hannah <HColeChu@outtengolden.com>
**Subject:** [EXTERNAL] Wood

Can you speak at 5 today? If so what number can I reach you at?
**Elise M. Bloom**
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com

greenspaces
Please consider the environment before printing this email

********************************************************************************
***********************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
********************************************************************************
***********************************************************************