

December 8, 2022

<u>Via CM/ECF</u>
The Honorable Gabriel W. Gorenstein
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

  Along with co-counsel, we represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter.  We write to request a 60-day extension of the current fact discovery deadlines in order to accomplish additional depositions and document discovery, in light of Plaintiffs' counsel's competing trial demands and the holiday schedule.  The parties have diligently engaged in discovery to date, including taking 16 depositions and producing and reviewing documents.  This is Plaintiffs' first request for an extension of discovery deadlines.  Below are the current and extended discovery deadlines:

| Event | Current Deadline | Deadline With Extension |
|---|---|---|
| Fact Discovery Deadline | Jan. 31, 2023 | Apr. 1, 2023 |
| Deadline for Expert Reports | Mar. 31, 2023 | May 30, 2023 |
| Deadline for Rebuttal Expert Reports | May 15, 2023 | July 14, 2023 |
| Deadline for Reply Expert Reports | June 15, 2023 | Aug. 14, 2023 |
| Deadline for Expert Depositions | June 30, 2023 | Aug. 29, 2023 |
| Deadline for Letter re Intent to File Summary Judgment Motion | June 30, 2023 | Aug. 29, 2023 |

  The parties have conferred, and Defendant consents to this extension request.

        Respectfully submitted,

        Justin M. Swartz

CC: All Record of Counsel (via ECF)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com    mail@outtengolden.com