

February 10, 2023

<u>Via CM/ECF</u>
The Honorable Gabriel W. Gorenstein
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

      Along with co-counsel, we represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write pursuant to the Court's Order dated today ordering Plaintiffs to file either a formal motion seeking to substitute the Wisconsin class representative or a letter stating that they elect to have the letter docketed at ECF No. 318 to serve as their moving papers. ECF No. 319.

      Plaintiffs elect to have the letter docketed at ECF No. 318 to serve as their moving papers. The briefing schedule will be in accordance with the time periods specified in Local Civil Rule 6.1:

      Bloomberg's opposition: February 24, 2023
      Plaintiffs' reply: March 3, 2023

                                       Respectfully submitted,

                                       Justin M. Swartz

CC:    All Record of Counsel (via ECF)

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington DC 20005  T (202) 914-5097  F (202) 847-4410
outtengolden.com    mail@outtengolden.com