# EXHIBIT D



Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

November 23, 2022

**By Email**

Justin Swartz
Michael Danna
Hannah Cole-Chu
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Re:   *Donna Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Counsel:

We write regarding outstanding discovery deficiencies identified in connection with the depositions conducted by Mike Bloomberg 2020, Inc. (the "Campaign") of Plaintiffs through November 4, 2022.[1]  Specifically:

- **Robin Ceppos.**  As discussed on the record during Robin Ceppos' deposition on October 24, 2022, the text message exchanges produced by Ms. Ceppos and introduced at her deposition as Ceppos Exhibit 4 contain an incomplete screenshot of communications in which Ms. Ceppos discussed the Campaign with Robin Copple, who also is a former field organizer for the Campaign.  (Ceppos Tr. 76:5-77:19.)  The Campaign requests that Ms. Ceppos produce in its entirety the text message exchanges introduced at her deposition as Ceppos Exhibit 4, including the communications that followed the exchange set forth in part on P001649.

    Additionally, Ceppos Exhibit 4 contains numerous redactions of text messages that were sent in a group consisting of Ms. Ceppos, Rachel Douglas, and Alexandra Wheatley-Diaz.  (*See* P001613, 1614, 1623, 1655, 2700, 1648.)  Ceppos Exhibit 6, a LinkedIn conversation between Ms. Ceppos and non-party Matthew Jeweler discussing the Campaign and this lawsuit, also contains a redaction of a message sent by Ms. Ceppos to Mr. Jeweler.  (*See* P001471.)  Communications concerning the Campaign and this lawsuit are plainly relevant.  Please explain the basis for these redactions.

    Finally, Ms. Ceppos testified that she regularly attended regional team calls and/or meetings during her employment with the Campaign.  (*See id.* at 212:4-11.)  As you know, the Campaign previously requested, and Ms. Ceppos agreed to produce, team call notes.  Consistent with her deposition testimony and response to Request Nos. 10, 11, 13,

---

[1] The Campaign will be addressing discovery deficiencies in connection with the depositions conducted after November 4, 2022 under separate cover and reserves all rights with respect to those depositions.

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

134409185v2



Justin Swartz
Michael Danna
Hannah Cole-Chu
November 23, 2022
Page 2

and 14, Ms. Ceppos must produce all notes from regional team calls and meetings, as well as any other team call notes in her possession, custody, or control.

- **Matthew Ruiz.**  As discussed on the record during Matthew Ruiz's deposition on October 27, 2022, the message produced at P010397 is an incomplete screenshot of a communication between Mr. Ruiz and Liz Wilson concerning the Campaign. (Ruiz Tr. 149:13-151:8.)  Please produce in its entirety the message chain that was introduced at Mr. Ruiz's deposition as Ruiz Exhibit 20.

- **Kyle Morton.**  As discussed on the record during Kyle Morton's deposition on October 28, 2022, Mr. Morton did not produce all copies of his resume and cover letters. (Morton Tr. 40:20-42:20 & 156:3-10.)  Please produce any copies of Mr. Morton's resume that have not yet been produced, as well as any cover letters appended to or accompanying his resume that he sent to entities that have not yet been produced. (*See id.* at 156:3-10.)

- **Alan Robinson.**  As discussed on the record during Alan Robinson's deposition on November 1, 2022, Mr. Robinson testified that he has been in contact with other Campaign field organizers, including Tristan Angulo and two others, but he did not produce any documents reflecting those communications.  Please produce all communications that Mr. Robinson exchanged with other Campaign field organizers, including but not limited to "Tristan Angulo and two others," including via messaging services such as WhatsApp and Signal. (Robinson Tr. 92:12-95:9.)  In the event that Mr. Robinson's communications with other field organizers have been deleted, please produce all "backups" that Mr. Robinson testified are in his possession, custody, or control. (*See id.*)  To the extent that Mr. Robinson failed to take reasonable steps to preserve any documents or information in the anticipation or conduct of this litigation, including but not limited to messages he exchanged concerning the Campaign and/or this lawsuit (*see id.* at 92:24-95:7), the Campaign reserves all rights.

  During his deposition, Mr. Robinson also testified that he posted on social media concerning the Campaign.  Please produce all social media posts, including from Instagram, Twitter, and Facebook, regarding the Campaign in Mr. Robinson's possession, custody, or control. (*Id.* at 114:23-117:24.)

  Mr. Robinson also testified during his deposition that he has been arrested "multiple times" and stated that he would produce documents regarding his criminal history. (*Id.* at 101:2-9.)  Please produce Mr. Robinson's criminal history.

- **Angelo Jaramillo.**  As discussed on the record during Angelo Jaramillo's deposition on November 4, 2022, Mr. Jaramillo testified that he updated his LinkedIn page several times since December 2, 2020.  Please produce all versions of Mr. Jaramillo's LinkedIn



Justin Swartz
Michael Danna
Hannah Cole-Chu
November 23, 2022
Page 3

profile since December 2, 2020 (beyond that produced at P010384) that have not been produced. (Jaramillo Tr. 153:12-154:15.)

Mr. Jaramillo also testified that he exchanged text messages with Chris Scholl concerning this lawsuit. To the extent that Mr. Jaramillo exchanged any text messages with Chris Scholl concerning this lawsuit beyond that produced at P000400, please produce those text messages, as well as any text messages with any other individuals concerning the Campaign and this lawsuit, and all other social media posts or communications concerning the Campaign and this lawsuit in Mr. Jaramillo's possession, custody, or control that have not been produced. (*Id.* at 183:24-184:24, 194:4-195:3.)

\* \* \*

All of the aforementioned documents are responsive to the Campaign's document requests, and should have been produced prior to your clients' depositions. Accordingly, please produce the documents identified above immediately and by no later than **December 2, 2022**.

We look forward to your prompt response and attention to these issues.

Very truly yours,

*/s/ Elise M. Bloom*
Elise M. Bloom



cc: All Counsel (via email)

134409185v2