# EXHIBIT E

**From:** Martin, Allison L.
**To:** Bloom, Elise M.; Cole-Chu, Hannah
**Cc:** Batten, Mark W.; Philion, Rachel S.; Baddish, Noa; NMReiter@venable.com; Goldberg, Pinchos; Bloomberg Plaintiffs Attorneys
**Subject:** RE: Wood v. Bloomberg: Wisconsin class representative
**Date:** Tuesday, January 31, 2023 6:08:02 PM

Counsel,

We have considered your email and are not willing to agree to your proposal regarding the substitution of Alan Robinson with Tristan Angulo as the proposed Wisconsin class representative. Your reference to the Campaign's opposition to Plaintiffs' motion for leave to amend (ECF No. 282 at 9-10) mischaracterizes the Campaign's prior position and the legal authority cited therein, and is not applicable given the current procedural posture of this action. The Campaign intends to oppose any efforts to substitute Mr. Angulo for Mr. Robinson at this point in the case.

**Allison Martin**
Senior Counsel
(she/her)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3347
f 212.969.2900
amartin@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Bloom, Elise M. <ebloom@proskauer.com>
**Sent:** Friday, January 27, 2023 5:59 PM
**To:** Cole-Chu, Hannah <HColeChu@outtengolden.com>
**Cc:** Martin, Allison L. <AMartin@proskauer.com>; Batten, Mark W. <mbatten@proskauer.com>; Philion, Rachel S. <rphilion@proskauer.com>; Baddish, Noa <nbaddish@proskauer.com>; NMReiter@venable.com; Goldberg, Pinchos <pgoldberg@proskauer.com>; Bloomberg Plaintiffs Attorneys <BloombergPlaintiffsAttorneys@outtengolden.com>
**Subject:** Re: Wood v. Bloomberg: Wisconsin class representative

We will need to discuss and consider our position and will let you know. You should not assume our position on this issue.

Sent from my iPhone

On Jan 27, 2023, at 5:57 PM, Cole-Chu, Hannah <HColeChu@outtengolden.com> wrote:

*This email originated from outside the Firm.*

Counsel,

We are writing to inform you that Alan Robinson will be withdrawing as Wisconsin class representative and Tristan Angulo will be substituting into that role. Given your prior position that amending the complaint to substitute class representatives is not necessary, ECF No. 282 at 9-10, we assume that providing this notice is sufficient and we can designate Mr. Angulo as a class representative when we move for class certification.

Thank you,

Hannah

**Hannah Cole-Chu | Associate**
Pronouns: she/her/hers
1225 New York Avenue, NW Suite 1200B | Washington, DC 20005
(w) 202-847-4424
HColeChu@outtengolden.com
We have moved. Please note our new address.

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.

---

*********************************************************************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************************************************************