

Advocates for Workplace Fairness

March 2, 2023

**Via CM/ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

      Along with co-counsel, we represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write to respond to Defendant's February 28, 2023 Letter, ECF No. 323, requesting an order compelling Zia Oram, Daniel Smith, and Edrian Wright to participate in discovery. Plaintiffs do not oppose the specific relief requested by Defendant: an order from the Court compelling Oram and Smith to respond to written discovery and Wright to appear for a deposition, with a warning that failure to do so may result in the dismissal of their FLSA claims.

      As Defendant states, any future dismissal of Oram's, Smith's, or Wright's FLSA claims is not presently ripe before the Court. ECF No. 323 at 1 n.2. Plaintiffs request the opportunity to separately address the merits of any application for dismissal of their FLSA claims, including whether dismissal is appropriate and, if so, if it should be with or without prejudice, after Defendant actually makes such an application. Accordingly, Plaintiffs will not address Defendant's characterizations of the procedural history of the parties' discovery, but reserve the right to do so.

      Respectfully submitted,

      Justin M. Swartz

CC:    All Record of Counsel (via ECF)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com