UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD et al.,                               :

                                                           :   <u>ORDER</u>
                       Plaintiffs,

                                                           :   20 Civ. 2489 (LTS) (GWG)
   -v.-
                                                           :

MIKE BLOOMBERG 2020, INC.                :

                                                           :
                     Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court is in receipt of a letter application from defendant requesting an order directing plaintiffs Zia Oram, Daniel Smith, and Edrian Wright to fulfill their discovery obligations. <u>See</u> Docket # 323.  Plaintiffs do not oppose the request.  <u>See</u> Docket # 324.

      According to defendant, the due date for responses from Oram and Smith to defendant's First Requests for the Production of Documents and its First Set of Interrogatories was October 19, 2020.  <u>See</u> Docket # 323 at 2.  Defendant states that neither plaintiff has responded.  <u>Id.</u> Also, defendant sought to depose Wright by means of a Notice of Deposition served on September 14, 2022, requiring him to appear at an October 20, 2022 deposition.  <u>Id.</u> at 2. Plaintiffs' counsel eventually advised defendant that Wright would not appear for a deposition. <u>Id.</u>

      Based on the representations that these plaintiffs were properly served, and in the absence of opposition to the application, we order Oram and Smith to respond to defendant's First Requests for the Production of Documents and First Set of Interrogatories on or before March 24, 2023, and we order Wright to appear at a deposition, on any date plaintiffs' counsel represents that Wright will appear that is convenient for defendant's counsel, to take place on or before March 24, 2023.

      Oram, Smith, and Wright are warned that any failure to comply with this Order may result in dismissal of their claims.

      SO ORDERED.

Dated: March 3, 2023
      New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge