

March 9, 2023

<u>Via CM/ECF</u>
The Honorable Gabriel W. Gorenstein
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

      Along with co-counsel, we represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write to respond to Defendant's March 7, 2023 Letter, ECF No. 328. Plaintiffs do not oppose Defendant's request for an order from the Court compelling Ayo Tillman to respond to written discovery, with a warning that failure to do so may result in the dismissal of his FLSA claim.[1]

      As we previously wrote, any future dismissal of Tillman's FLSA claim is not presently ripe before the Court. Plaintiffs request the opportunity to separately address the merits of any application for dismissal of Tillman's FLSA claim after Defendant actually makes such an application. Accordingly, Plaintiffs will not address Defendant's characterizations of the procedural history of the parties' discovery, but reserve the right to do so.

                                          Respectfully submitted,

                                          Justin M. Swartz

CC:    All Record of Counsel (via ECF)

---

[1] In light of Plaintiffs' non-opposition, during the parties' January 5, 2023 meet-and-confer, we proposed to Defendant's counsel to handle this request by stipulation, which would have avoided the burden to the Court and the parties of preparing and reviewing unnecessary discovery dispute letters. Defendant apparently declined to agree to such an approach, and instead filed these pre-motion conference request letters with the Court two months later.

New York 685 3rd Ave 25th Floor, New York, NY 10017 T (212) 245-1000 F (646) 509-2060
San Francisco 1 California Street, 12th Floor, San Francisco, CA 94111 T (415) 322-1391 F (415) 638-8810
Washington, DC 1225 New York Ave NW, Suite 1200B, Washington DC 20005 T (202) 914-5097 F (202) 847-4410
outtengolden.com   mail@outtengolden.com