UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD et al.,                             :

                                                   :        ORDER
                        Plaintiffs,

                                                   :        20 Civ. 2489 (LTS) (GWG)
   -v.-
                                                   :

MIKE BLOOMBERG 2020, INC.                      :

                                                   :
                       Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court is in receipt of a letter application from defendant requesting an order directing plaintiff Ayo Tillman to comply with Tillman's discovery obligations.  See Docket # 328.  Plaintiffs do not oppose the request.  See Docket # 330.

      According to defendant, the due date for Tillman's responses to the Campaign's written discovery requests, per a stipulated agreement between the Campaign and the plaintiffs, was October 19, 2020.  See Docket # 328 at 1-2.  Tillman did not respond by the deadline, and plaintiffs' counsel told the Campaign they were unable to get in contact with Tillman.  Plaintiffs later informed the Campaign that responses would be forthcoming, but several weeks later stated that they would not produce Tillman's responses and did not object to a request for an order compelling a response.  The Campaign now requests such an order, see id., and plaintiffs have filed a letter stating that they do not oppose this request, see Docket # 330.

      Accordingly, we order Tillman to respond to the Campaign's requests for written discovery by March 24, 2023.

      Tilllman is warned that any failure to comply with this Order may result in dismissal of Tillman's claims.

      SO ORDERED.

Dated: March 9, 2023
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge