# EXHIBIT A

File Provided Natively

GENEX0000008

| 12/16/2019-12/29/2019 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 71.52 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Holiday | 8 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 1.28 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **80.8** |

| 12/30/2019-01/12/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 65.97 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Holiday | 8 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 0.72 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Sick | 5.62 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **80.31** |

| 01/13/2020-01/26/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 63.8 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 1.5 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Sick | 16 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **81.3** |

| 01/27/2020-02/09/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 79.65 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 1.54 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **81.19** |

| 02/10/2020-02/23/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 79.73 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 1.52 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **81.25** |

| 02/24/2020-03/08/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 71.73 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 0.7 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | GNX_PTO (US) | 8 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **80.43** |

| 03/09/2020-03/22/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 79.53 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 0.7 |

| | | | | |
|---|---|---|---|---|
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **80.23** |

| 03/23/2020-04/05/2020 | Employee | Job Assignment | Expense Code | Hours |
|---|---|---|---|---|
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Regular | 80 |
| Genex Services, LLC | 00321561 - Alexandra Wheatley | Service Center - Medical Services Support 1 | Overtime | 1.37 |
| **Genex Services, LLC** | **00321561 - Alexandra Wheatley Total** | | | **81.37** |