Page 1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4      -------------------------------x

5      DONNA WOOD, et al, individually

6      and on behalf of all others

7      similarly situated,

8               Plaintiffs,

9          vs.        20 Civ. 2489(LTS)(GWG)

10     MIKE BLOOMBERG 2020, INC.,

11              Defendant.

12     -------------------------------x

13

14          VIDEOTAPE DEPOSITION OF

15          ALEXANDRA WHEATLEY-DIAZ

16        VIA ZOOM VIDEOCONFERENCE

17            November 11, 2022

18             7:16 a.m. PST

19

20

21

22

23

24     Reported by:

25     Maureen Ratto, RPR, CCR

1        ALEXANDRA WHEATLEY-DIAZ

2    to be a reason as to why we had to work

3    more than 40 hours.

4        Q.    And you had to get that

5    approved in order to get paid; is that

6    your testimony?

7        A.    No. We had to get approved in

8    order to work more than 40 hours.

9        Q.    And during the time that you

10   worked for the Bloomberg Campaign, you

11   continued to work for Genex; is that

12   right?

13       A.    That is correct.

14       Q.    And how many hours a week did

15   you work for Genex while you were working

16   for the Campaign?

17       A.    I can't confirm the amount of

18   time, but it was a good portion of my day

19   -- or a good -- incorrect to say that.

20            It was -- I can't -- I can't

21   recall the exact amount of time but it

22   was certainly five hours -- about

23   approximately anywhere from five hours a

24   day, sometimes more, depending on how --

25   when I had to be at the Bloomberg office.

Page 44

1              ALEXANDRA WHEATLEY-DIAZ

2      day. Shortly after the pandemic was

3      announced I did go to Florida.

4          Q.    The pandemic I believe was

5      announced on March 16th of 2020. Assuming

6      that that date is correct, how soon after

7      that did you go to Florida?

8          A.    If I remember correctly, it

9      was sometime in mid April or early April.

10         Q.    When you started working for

11     the Bloomberg Campaign, did you tell them

12     that you had another paid job?

13         A.    I did.

14         Q.    Is it fair for me to assume

15     that that was okay in terms of the

16     position that you held with the Campaign?

17         A.    That is correct.

18         Q.    Was there any reduction in

19     your compensation based on the fact that

20     you had another paid position

21     simultaneously?

22         A.    I don't recall to the extent

23     of that, but I don't recall extensively.

24              MS. BLOOM:  I'm going to ask

25          if the concierge could mark the

Page 55

1          ALEXANDRA WHEATLEY-DIAZ

2          A.    To my understanding, I don't

3     think that was, like I said, considered.

4     I also, to my understanding, don't think

5     that anything in my background made me

6     more or less qualified for the position.

7     And as I stated before, there was no

8     interview so it was -- to my

9     understanding, it was never really

10    considered at all.

11          Q.    Do you think you were a good

12    field organizer?

13          A.    Oh, I was a great field

14    organizer.

15          Q.    Okay. What was it about you

16    that made you a great field organizer?

17          A.    I was passionate about my --

18    about my job, I'm a hard worker and I

19    take a lot of pride in what I do and how

20    I work.

21          Q.    Were you able to persuade

22    people to support Mike Bloomberg who

23    initially were not supporters?

24          A.    I can't say for sure.  I'd

25    like to believe that based on the script

```
 1                ALEXANDRA WHEATLEY-DIAZ
 2      to keep things very general instead of
 3      specific to certain subjects that might
 4      be sensitive.
 5           Q.    You said a few minutes ago
 6      that you were very passionate about what
 7      you were doing. How would you express
 8      that passion?
 9           A.    I expressed that passion in
10      relation to this position when I was with
11      the dedicated hours, the time, the
12      commitment that I had to the job.  Yeah,
13      that's how it was expressed.
14           Q.    Now, if you go back and look
15      at Exhibit 2, the fifth document in
16      which is P008645 -- I'm sorry -- the
17      sixth document, P008646, that's your
18      signature; is that correct?
19           A.    That is correct.
20           Q.    And you signed and dated this
21      document on or about January 16th of
22      2020; is that right?
23           A.    That is right.
24           Q.    And above your signature it
25      says, "I acknowledge receipt of this
```

Page 62

1              ALEXANDRA WHEATLEY-DIAZ

2        Q.     You understood that your

3    status was as an exempt employee?

4        A.     I did not know what that meant

5    at that time, so I didn't -- so I would

6    say that I didn't know that that -- I

7    didn't know the extent to what that meant

8    at that time.

9        Q.     You understood that you

10   wouldn't get overtime, though, correct?

11       A.     I did not understand that.

12              MS. COLE-CHU:  Objection to

13       form.

14       Q.     Sorry?

15       A.     I did not understand that.

16       Q.     So did you think you would be

17   paid money over and above $3,000

18   semi-monthly?

19       A.     I did not -- I did not know --

20   how do I say this? I was not aware of --

21   I wasn't aware that that would even be

22   necessary based on not knowing that I

23   would be working the hours to the extent

24   that I was.

25       Q.     Did you tell your other

Page 63

1              ALEXANDRA WHEATLEY-DIAZ

2     employer that you were taking another

3     job?

4          A.    I told my immediate boss, yes.

5          Q.    What did you tell your

6     immediate boss?

7          A.    When or what?

8          Q.    What?

9          A.    What.  I told my other boss

10    that I would be working for the Campaign.

11         Q.    Did you tell your boss how

12    many hours a week you'd be working for

13    the Campaign?

14         A.    It did not come up in

15    conversation.

16         Q.    What was the conversation?

17    Tell me in as much detail as you can

18    recall.

19         A.    I spoke with my immediate boss

20    about taking a second job so that I could

21    support myself.

22         Q.    Did you ask for any reduction

23    in the number of hours that you were

24    working for Genex in order to take the

25    second job?

```
 1              ALEXANDRA WHEATLEY-DIAZ
 2     times, 50 times.  I couldn't give you a
 3     number to the exact amount but it was
 4     certainly a lot.
 5          Q.    What did you do at home?
 6          A.    Primarily phone banking and
 7     most -- and sometimes the text messages.
 8          Q.    Now, you understand that you
 9     are being offered as a class
10     representative in this case; is that
11     right?
12          A.    That is right.
13          Q.    What does that mean to you?
14          A.    That means that I represent a
15     group of people in the State of
16     California.
17          Q.    And what do you understand
18     your responsibilities to be as a class
19     representative?
20          A.    That I am available, that I am
21     cooperative and that I have the time and
22     willingness to be a part of this case.
23          Q.    There was a period of time
24     during the pendency of this case when you
25     had indicated that you no longer wanted
```

Page 150

1          ALEXANDRA WHEATLEY-DIAZ

2                In terms of the hours that you

3      devoted, that you spent on the Campaign

4      when you were working as a field

5      organizer in the month of January, how

6      many hours a week did you work for the

7      Campaign?

8          A.    In January I worked every day.

9      I'd have to sit with a calculator to

10     measure the time but it was well over

11     right away 40 hours. I worked all day

12     Saturday and Sunday and I worked

13     generally between 10 to 12 Monday through

14     Friday ending at about 9:00.

15         Q.    I'm sorry. You said you worked

16     between 10 to 12 Monday through Friday?

17         A.    I usually got to the office

18     when the office opened. The opening of

19     the office varied, so that some days it

20     was 10, 11 or 12. It just depended on

21     when the office opened, it depended on if

22     we had a meeting that day and it depended

23     on my job -- my other job as well. So it

24     was generally between 10 and 12 that I

25     got to the office.

Page 151

1          ALEXANDRA WHEATLEY-DIAZ

2          Q.    Okay. And how many hours in

3     January per week were you working for

4     your other job?

5          A.    I cannot say for certain the

6     amount of hours but anywhere between -- I

7     cannot -- I couldn't say for certain on

8     the record the amount of hours.

9          Q.    Well, approximately how many?

10         A.    Maybe, approximately, like, 30

11    hours, 35.

12         Q.    35 hours a week?

13         A.    Approximately.

14         Q.    And how many hours a week for

15    the Campaign during that time?

16         A.    Like I said, if I got there to

17    the office between 10 and 11 --

18    generally, it was between 11 or 12 and

19    then I would leave around 9, 8, 9,

20    sometimes 10, depending on the day.  Like

21    Fridays and then on weekends it was

22    typically in the morning all the way to

23    the nighttime on Saturday and Sunday.

24         Q.    And it's your testimony that

25    you worked every Saturday and Sunday for

```
                                              Page 152

  1              ALEXANDRA WHEATLEY-DIAZ
  2       the Campaign in January?
  3            A.    In the month of January when I
  4       was hired, from when I was hired I did
  5       work those weekends. And if I -- I'd have
  6       to look at a calendar to see for sure
  7       what weekends those were and when I
  8       actually began, because that is something
  9       that I don't necessarily recall the exact
 10       date, so...
 11            Q.    And there were some weekends
 12       that you couldn't work because of your
 13       other job, correct?
 14                 MS. COLE-CHU:  Objection to
 15            form.
 16            A.    That's not correct. I did not
 17       ever not work a weekend.
 18            Q.    Could you ever not work a
 19       weekend day, meaning Saturday or Sunday,
 20       when you worked for the Campaign?
 21            A.    No, I worked every Saturday
 22       and Sunday for the Campaign.
 23            Q.    Okay. In February and March
 24       also?
 25            A.    Correct, yeah.
```

```
                                    Page 153

1              ALEXANDRA WHEATLEY-DIAZ

2         Q.    Okay. And it's your testimony

3     here today that you never, during the

4     entire time you worked for the Campaign,

5     you worked every single Saturday and

6     Sunday?

7         A.    To the best of my knowledge,

8     that is true, that I remember, and that I

9     recall. I do not recall ever not working

10    those weekends and I'm also uncertain of

11    when we stopped working in March.  So

12    depending on when the last day was in

13    March and when the first day was that I

14    started working in January, and to the

15    best of my knowledge, I recall working

16    all those weekends.

17        Q.    In the month of February how

18    many hours a week did you work for the

19    Campaign?

20        A.    It was the same that I worked

21    in January. I'd have to get a calculator

22    to calculate the amount of time but, like

23    I said, if we were on the latter side,

24    between 12 every day, you know, 10 --

25    generally between 12, leaving the office
```

```
 1              ALEXANDRA WHEATLEY-DIAZ
 2      Umm, how do I say this? I would pull
 3      medical records for the independent
 4      medical exams that the clients -- that
 5      the patients were going to be
 6      participating in and put them in a
 7      document or put them in a folder and I
 8      had to do several different things to
 9      those documents in order for them to be
10      liable for the nurse practitioner. So
11      essentially, I was preparing documents
12      for someone to look over in regards to
13      that patient.
14           Q.    And you did that remotely?
15           A.    I did that remotely.
16           Q.    Your resumé says that you were
17      a scheduler. Did you do scheduling?
18           A.    Yes.  When I was originally
19      hired I was hired as a scheduler.
20           Q.    At the time that you were
21      working for the Bloomberg Campaign were
22      you doing scheduling?
23           A.    I was not.
24           Q.    And when you said you had to
25      be available to field calls, calls from
```

1          ALEXANDRA WHEATLEY-DIAZ

2    whom?

3          A.    Patients, like after hours.

4    Since the company was an East Coast

5    company, I was working East Coast times.

6          Q.    So during what hours would you

7    have to be available to field calls?

8          A.    Generally around 11 and 12.

9          Q.    Until when?

10         A.    Well, that's until then, like,

11   I would have the calls forwarded to my

12   cellphone, I was just available but that

13   never really occurred.

14         Q.    This is what I'm not

15   understanding. You're saying until 11 or

16   12 Pacific Time?  Is that your testimony?

17         A.    Yes.

18         Q.    And you said it was after

19   hours on the East Coast, so that would be

20   two or three o'clock on the East Coast?

21         A.    Correct. Because we're talking

22   in reference to, like, a doctor's office.

23         Q.    So you are claiming that a

24   doctor's office closes at two o'clock?

25         A.    I'm not claiming anything. I'm

1        ALEXANDRA WHEATLEY-DIAZ
2   just stating what the company considers
3   after hours is.
4        Q.    And when did you -- what was
5   the time period? I know you said it ended
6   at 11 or 12.  When did it start?
7        A.    I mean, I was available to
8   take calls all day, but it wasn't
9   necessarily a start or end time to that.
10  Sorry. It wasn't necessarily a start time
11  to that. My apologies.
12       Q.    So I'm just trying to
13  understand what the commitment was.
14            When you say you were
15  available to take calls all day, what
16  does that mean? Tell me the hours.
17       A.    The hours varied. My -- I was
18  just available to take a call if it was
19  after hours, which generally ended around
20  12, but it would be understood too that
21  it could be up until, like, 2 p.m.
22  Pacific Standard Time, but that never
23  actually occurred during the time that I
24  was employed or that I was working but it
25  was, like, I was available if I had to

Page 196

1          ALEXANDRA WHEATLEY-DIAZ

2              So you said that you'd be in

3      the Bloomberg office working for the

4      Campaign and you would simultaneously be

5      available to take calls for your job at

6      Genex; is that correct?

7          A.    That's incorrect. I stated

8      that we -- that I was available if I

9      needed to be for Genex for customer

10     service if I had to be for after hours.

11     However, that depended when I needed to

12     be in the office for the Campaign and it

13     differentiated on the date but there were

14     circumstances where I was allowed to,

15     depending on when they needed me to be in

16     the office, I was allowed to work --

17     like, work my previous job there, so that

18     I can just immediately start working for

19     the Campaign when they needed me to start

20     working.

21         Q.    Did you ever get paid by Genex

22     and by the Campaign for the same hour?

23             MS. COLE-CHU:  Objection to

24         form.

25         A.    I can't confirm or -- I can't

1                ALEXANDRA WHEATLEY-DIAZ

2          A.     I felt as though that was the

3      only choice.

4          Q.     Because of what your numbers

5      were, is that why?

6          A.     Because of the environment,

7      because of the leadership and because of

8      the pressure that we were under.

9          Q.     Did anybody ever tell you that

10     you couldn't take a break during the

11     workday?

12         A.     I don't recall if that

13     statement was ever made by anybody.

14         Q.     Did you ever consider quitting

15     the job at the Campaign?

16         A.     I don't recall the sentiment

17     that I felt during that time. I was very

18     -- I do know that I was very passionate

19     and very motivated to keep going.

20         Q.     Did you bring your lunch --

21     oh, passionate about the candidate?

22         A.     About the position that I was

23     working in, I really enjoyed -- I really

24     enjoyed what I was doing. I was learning

25     something, yeah.

1          ALEXANDRA WHEATLEY-DIAZ

2          Q.     What were you learning?

3          A.     I was learning a new skill and

4     I was in an opportunity that I had never

5     been in before.

6          Q.     What was -- what were the new

7     skills that you were learning?

8          A.     How to educate myself in

9     regards to a candidate, how to relay that

10    information over to other people and I

11    was learning -- I had never canvassed

12    before, I had never phone banked before,

13    I had never sent text messages out on the

14    application we were on, I had never had

15    to sit to work an event, whatever that

16    might have been at that time, different

17    times, I had never been in the

18    environment that I had been in in terms

19    of politics at all.

20         Q.     What was it about the job that

21    you liked or made you passionate?

22         A.     I felt that I was a part of

23    something greater than me and I was a

24    part of potentially changing the country

25    if this person had gotten elected and

Page 227

ALEXANDRA WHEATLEY-DIAZ

1
2      what that would mean, like, the small
3      role that I got to play in that outcome.
4           Q.    And was the goal always to get
5      Mike Bloomberg -- to get people to
6      support Mike Bloomberg?
7           A.    I don't know if that was the
8      goal.  That was what was asked of us.  I
9      don't know that the goal and what was
10     asked of us were the same.
11          Q.    Did you ever make calls
12     outside of the State of California?
13          A.    On the phone application that
14     we were on we did not know where we were
15     making phone calls to.  However, I was
16     made aware that phone calls were being
17     made to different states and I was made
18     aware of that based on either the
19     conversation that we had and I think we
20     did ask at some point and also, our ROD
21     made us aware we were calling different
22     states, which is why we had to do it at
23     certain times.
24          Q.    What other states do you claim
25     you were calling?

1          ALEXANDRA WHEATLEY-DIAZ

2     was given a set amount to work a set

3     amount of hours that should not have

4     exceeded a certain amount of hours and

5     did. So I would disagree with that

6     statement because I don't think it's

7     valid.

8          Q.    Okay. So if you were working

9     for Genex and you were working for the

10    Campaign at the same time, meaning you

11    were charging both of them for your

12    hours, would you not count that as an

13    hour worked for the Campaign because you

14    were on salary?  Is that what you're

15    saying?

16               MS. COLE-CHU:  Objection to

17         form.

18          A.    I'm not saying that at all.

19    I'm simply saying that the Campaign was

20    paying me to work a certain amount of

21    hours of which were exceeded and my job

22    with Genex was paying me to work a

23    certain -- to do certain tasks which I

24    was doing as well.  So I don't think that

25    the statement that you're making is --

Page 246

1         ALEXANDRA WHEATLEY-DIAZ

2         back on the record. The time is

3         12:33 p.m.

4    EXAMINATION BY MS. COLE-CHU:

5         Q.    Ms. Wheatley, what were your

6    primary job duties as a field organizer

7    for the Mike Bloomberg Campaign?

8         A.    My primary duties were to

9    canvass when asked and to phone bank and

10   to work events when necessary.

11        Q.    So looking specifically at

12   canvassing and phone banking, what

13   percentage of your overall job duties,

14   while employed by the Mike Bloomberg

15   Campaign as a field organizer, were you

16   canvassing and phone banking?

17        A.    It depended on the month but

18   in the month of January and February we

19   were primarily phone banking, with the

20   occasional canvassing at a rate of about

21   20%. When March hit we were approximately

22   -- it was pretty 50/50, like half the day

23   would be, depending on the day,

24   canvassing and the other half would be

25   phone banking. Some days it would

1      ALEXANDRA WHEATLEY-DIAZ

2      primarily just be phone banking.  And

3      when I say phone banking I also mean text

4      messages and the auto-dial.

5           Q.    When you look at those job

6      duties combined, canvassing and phone

7      banking, as a percentage of your overall

8      job duties while working for the

9      Campaign, what percentage of your overall

10     job duties were canvassing and phone

11     banking?

12          A.    I would say 98% of it.

13          Q.    We looked at an email. Do you

14     mind pulling up Exhibit 12 and taking a

15     look at that with me?

16          A.    Oh, yes.

17               MS. BLOOM:  Can you put it on

18          the screen, please? Could the

19          Concierge put that on the screen?

20          Thanks.

21          Q.    Do you have the exhibit in

22     front of you, Ms. Wheatley?

23          A.    I do.

24          Q.    This is Exhibit 12, an email

25     sent by you to Jonathan Salvador and the

Page 255

1           C E R T I F I C A T E

2                I, MAUREEN M. RATTO, a

3      Registered Professional Reporter, do

4      hereby certify that prior to the

5      commencement of the examination,

6      ALEXANDRA WHEATLEY-DIAZ was sworn by me

7      to testify the truth, the whole truth

8      and nothing but the truth.

9                I DO FURTHER CERTIFY that the

10      foregoing is a true and accurate

11      transcript of he proceedings as taken

12      stenographically by and before me at

13      the time, place and on the date

14      hereinbefore set forth.

15                I DO FURTHER CERTIFY that I am

16      neither a relative nor employee nor

17      attorney nor counsel of any of the

18      parties to this action, and that I am

19      neither a relative nor employee of such

20      attorney or counsel, and that I am not

21      financially interested in this action.

22

23

24      *Maureen Ratto*

      MAUREEN M. RATTO, RPR

25      License No. 817125