THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>       Defendant. | No. 20 Civ. 2489 (LTS) (GWG)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Daniel Smith and Zia Oram and Defendant Mike Bloomberg 2020, Inc., through their undersigned attorneys, that Plaintiff Smith's and Plaintiff Oram's claims under the Fair Labor Standards Act (First Cause of Action) are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney fees, expenses, and costs.

Dated: April 11, 2023

By:  _____

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Michael C. Danna
685 Third Avenue, 25th Floor
New York, New York 10017
Fax: (646) 509-2060
jms@outtengolden.com
mdanna@outtengolden.com

**OUTTEN & GOLDEN LLP**
Hannah Cole-Chu (admitted *pro hac vice*)
1225 New York Ave NW, Suite 1200B
Washington D.C. 20005

By: */s/ Elise M. Bloom*_____

**PROSKAUER ROSE LLP**
Elise M. Bloom
Rachel S. Philion
Noa M. Baddish
Pinchos N. Goldberg
Allison L. Martin
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
rphilion@proskauer.com
nbaddish@proskauer.com

1

Telephone: 202-847-4400
Fax: (646) 509-2060
hcolechu@outtengolden.com

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Tamra Givens (admitted *pro hac vice*)
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

**SHAVITZ LAW GROUP, P.A.**
Michael Palitz
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

*Attorneys for Plaintiffs, the Collective, and the Putative Classes*

pgoldberg@proskauer.com

**PROSKAUER ROSE LLP**
Mark W. Batten
One International Place
Boston, Massachusetts 02110
Telephone: (617) 526-9850
Fax: (617) 526-9899
mbatten@proskauer.com

**VENABLE LLP**
Nicholas M. Reiter
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.

**SO ORDERED:** _____
**HON. LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT JUDGE**