# EXHIBIT A



Jamea

Tue, Mar 31, 2:34 PM

I'm in a group chat with 4 other organizers and they're all pissed about the whole thing and even more pissed about their checks being short today

I thought I sent that hours ago

Oh shit who are they?

Did you talk to Hannah?

Teah, Jamal, Savannah & Antonio.

Yes I left a message for her

Have you ever heard from Brodie?

REDACTED

And yeah I got up with him to use him as a reference

Did you hear back from the DNC?

How's he doing?

Yes, but I haven't applied yet. Have you? Idk if I'm going to





P000021