# EXHIBIT B



**Jamea**

How's he doing?

Yes, but I haven't applied yet. Have you? Idk if I'm going to

He's okay. He had to cancel his Airbnb in Winston 😩

Which really sucks, and idk what his next steps are. And yeah I had filled out the link and application, have a call with them tomorrow at 1

That does suck, it was like $2100 or something. But I know some organizers had gotten apartments & signed leases, which really sucks

Shit so many people moved here for this job!

REDACTED

Sounds good! I'll try her again tomorrow

Mon, Apr 6, 1:00 PM




P000025