# EXHIBIT C

## Re: Organizing Bloomberg alumni

**Shreyas Amol Jethwani** <amoljethwani@gmail.com>

Fri 4/3/2020 10:58 AM

**To:** Donna Wood <snowboundbabe@hotmail.com>

Thanks Donna! Isra is doing well! She's getting bigger (and bolder)!

I've lost your phone number since I switched phones. Could you send it to me again? I'd love to chat with you just in general!

Stay safe and healthy!

-Amol

On Fri, Apr 3, 2020 at 10:49 Donna Wood <snowboundbabe@hotmail.com> wrote:
> Great job on the interview.  I hope all is well. I miss the ex-tao pup!
>
> Stay safe!
>
> Donna
>
> Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone
> Get Outlook for Android
>
> ────────────────────────
>
> **From:** Donna Wood <snowboundbabe@hotmail.com>
> **Sent:** Monday, March 23, 2020 3:34:25 PM
>
> **To:** Shreyas Amol Jethwani <amoljethwani@gmail.com>
> **Subject:** Re: Organizing Bloomberg alumni
>
> Filed complaint
>
> Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone
> Get Outlook for Android
>
> ────────────────────────
>
> **From:** Donna Wood <snowboundbabe@hotmail.com>
> **Sent:** Monday, March 23, 2020 1:00:56 PM
> **To:** Shreyas Amol Jethwani <amoljethwani@gmail.com>
> **Subject:** Re: Organizing Bloomberg alumni
>
> Hi Amol,
>
> I am free. Here is the attorney's email. The complaint was filed at midnight. REDACTED REDACTED REDACTED REDACTED They have partnered with a NYC law firm that has offices in LA and Washington, D.C. You can share the email below and spread the word. It will be all over the media as we speak. We all worked all weekend on this.
>
> info@shavitzlaw.com
>
> Thanks

P003968

Donna

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** Shreyas Amol Jethwani <amoljethwani@gmail.com>
**Sent:** Monday, March 23, 2020 12:49:15 PM
**To:** snowboundbabe@hotmail.com <snowboundbabe@hotmail.com>
**Subject:** Organizing Bloomberg alumni

Hey Donna! I want to help out with the lawsuit and know of a number of FOs who could be of use in social media and online presence.

Text me whenever you're free!

Amol
REDACTED

P003969