# **EXHIBIT D**

## Re: New email

| | |
|---|---|
| **From:** | Jazmin The wellness coach <jazzluna1111@gmail.com> |
| **To:** | Donna Wood <snowboundbabe.dw@gmail.com> |
| **Cc:** | ctorresusha@gmail.com, sugon1228@gmail.com |
| **Date:** | Sun, 22 Mar 2020 00:03:00 +0000 |

Thanks for the update!

On Sat, Mar 21, 2020 at 7:45 PM Donna Wood <snowboundbabe.dw@gmail.com> wrote:

REDACTED

I have to make dinner now. REDACTED
REDACTED

Thanks

Donna

--
Thank you,
Jazmin Rodriguez

Confidential
P009022