# EXHIBIT E

## Re: One sue done

**From:** Jazmin The wellness coach <jazzluna1111@gmail.com>
**To:** Donna Wood <snowboundbabe.dw@gmail.com>
**Date:** Mon, 23 Mar 2020 18:05:43 +0000

Ok, thank you.

On Mon, Mar 23, 2020 at 2:05 PM Donna Wood <snowboundbabe.dw@gmail.com> wrote:
> That is fine. REDACTED
> REDACTED
>
> Thanks
>
> Donna
>
> On Mon, Mar 23, 2020, 1:55 PM Jazmin The wellness coach <jazzluna1111@gmail.com> wrote:
>> By the way Jason Finklestein also sued!
>>
>> On Mon, Mar 23, 2020 at 1:48 PM Donna Wood <snowboundbabe.dw@gmail.com> wrote:
>>> REDACTED
>>>
>>> This is obviously public now and Bloomberg has already sent an email that he is trying to fix the healthcare situation. I can send the complaint to all, which I will do. I did not speak to the press, REDACTED with the attorneys, after I read the article, the REDACTED REDACTED  My Dad is helping because this has been a lot. REDACTED REDACTED
>>>
>>> Thanks!
>>>
>>> Donna
>>>
>>>
>>> On Mon, Mar 23, 2020, 12:57 PM Jazmin The wellness coach <jazzluna1111@gmail.com> wrote:
>>>> https://politicalwire.com/2020/03/23/ex-field-organizer-sues-bloomberg-campaign/
>>>> --
>>>> Thank you,
>>>> Jazmin Rodriguez
>>
>> --
>> Thank you,
>> Jazmin Rodriguez

--

Confidential
P009024

Thank you,
Jazmin Rodriguez

Confidential
P009025