# EXHIBIT F

## Re: One sue done

| | |
|---|---|
| **From:** | Jazmin The wellness coach <jazzluna1111@gmail.com> |
| **To:** | Donna Wood <snowboundbabe.dw@gmail.com> |
| **Cc:** | Maria Gonzalez <mgonzalez@mikebloomberg.com>, monteagudo0@gmail.com |
| **Date:** | Mon, 23 Mar 2020 17:49:43 +0000 |

Ok, thanks for the update. I saw it and shared it with everyone. Thank you Donna!

On Mon, Mar 23, 2020 at 1:48 PM Donna Wood <snowboundbabe.dw@gmail.com> wrote:
> REDACTED
>
> This is obviously public now and Bloomberg has already sent an email that he is trying to fix the healthcare situation. I can send the complaint to all, which I will do. I did not speak to the press, but REDACTED My Dad is helping because this has been a lot. REDACTED
>
> Thanks!
>
> Donna
>
>
> On Mon, Mar 23, 2020, 12:57 PM Jazmin The wellness coach <jazzluna1111@gmail.com> wrote:
>> https://politicalwire.com/2020/03/23/ex-field-organizer-sues-bloomberg-campaign/
>> --
>> Thank you,
>> Jazmin Rodriguez

--
Thank you,
Jazmin Rodriguez