# EXHIBIT G

## Fwd: Can we talk today?

**From:** Donna Wood <snowboundbabe.dw@gmail.com>
**To:** LETTY MONTEAGUDO <monteagudo0@gmail.com>
**Date:** Tue, 24 Mar 2020 18:34:13 +0000

Info@shavitzlaw.com

---------- Forwarded message ---------
From: **Donna Wood** <snowboundbabe.dw@gmail.com>
Date: Tue, Mar 24, 2020, 12:55 PM
Subject: Re: Can we talk today?
To: LETTY MONTEAGUDO <monteagudo0@gmail.com>

Good Afternoon Leticia,

I am so sorry to hear about your Mom. That really breaks my heart. I know there is nothing else to say, but please know that you can call me any time, for any reason.

REDACTED
REDACTED It has totally blown up across the nation and there has been a huge media coverage. From Wall Street Journal to local channels, the story is out.

REDACTED

I have my Dad and Stepmom here and I am making lunch now. Feel free to reach out after lunch.

Thanks

Donna


On Tue, Mar 24, 2020, 8:19 AM LETTY MONTEAGUDO <monteagudo0@gmail.com> wrote:

> Good Morning Donna,
> It's been a rough time my mother passed away last Sunday, March 15th.. I spent the prior entire week by her side 24/7 going through the entire process with her and helping her transition. It's an experience that has changed me completely.
>
> Regarding our jobless situation with no income and health insurance during this global crisis is one that I didn't foresee happening. What Mike Bloomberg has done to us I believe was all ore meditated and for this reason I'm so disgusted with politics - not sure if I even want to vote on this election.
>
> Moving forward in seeking ways we can collectively make a different Im very proud of you taking the bull by the horns and filing a law sue against him. We need to make some noise on this, but everything now is about Covid19. I'm wondering if you have tried to find out if any of the networks would like to air this story like CNN, BBC, ABC, NBC. CBS, or even the local channels?
>
> Could we have a chat today?

Confidential                                                                              P009113

Regards
Leticia Monteagudo
████████

Confidential

P009114