# EXHIBIT I

8:00



< 87

RD

2 People >

New photo available from Alexandra
Update Contact...                          ⊗

Wed, Mar 25, 12:33 PM

Rachel Douglas

Statement of Counsel for the
Former Bloomberg Staffers
Who Filed a Nationwide Class...
ecbalaw.com

Alexandra Wheatley

Amen

I forgot we signed NDA

Rachel Douglas

I know! Shhhhh

This is a different lawsuit
though. Should we contact
them?

Wed, Mar 25, 1:55 PM

Rachel Douglas

Hannah just confirmed REDACTED
REDACTED

Alexandra Wheatley

Yay

iMessage

P001613