# EXHIBIT J

8:03

< 87

**2 People** >

🖼️ **New photo available from Alexandra**
Update Contact...  ⊗

**No I have WhatsApp**

Tue, Mar 31, 4:19 PM

Rachel Douglas

**Any insight into why our check is smaller?**

Alexandra Wheatley  👍

**Nope Hannah said** REDACTED
REDACTED

👍

NEW: Laid-off Bloomberg campaign staffers getting their final paychecks mid-coronavirus crisis were docked $400+ for taxes on their campaign-issued iPhones and laptops, former staffers tell @NBCNews

Plus, the lawsuit against the campaign just grew to 50+ plaintiffs

Josh Lederman
twitter.com

Rachel Douglas

📷   🅰️   iMessage   🎙️

P001614