# EXHIBIT K

8:06 LTE



< 87

2 People >

**New photo available from Alexandra**
Update Contact...

✕

Rachel Douglas

I sent a photo of this email to Carolyn, Maxwell and Dylan



To me   See Details   Yesterday

**Mike Bloomberg Termination of Employment Matter – CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**

REDACTED

**What about Pam?**

Alexandra Wheatley

Texted her

Rachel Douglas

Kim said she is sending the info

  iMessage