# EXHIBIT M



for Hannan

Yayayaya

Rachel Douglas

She's on it , now she's calling the Shavitz number.

👍

Strength in numbers!

Rachel Douglas

Will your friend from MS join?

👍



They said REDACTED

REDACTED

Alexandra Wheatley

Oooo



P002700