# EXHIBIT D

Page 1

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3
4    ---------------------------------x
5    DONNA WOOD, et al, individually
6    and on behalf of all others
7    similarly situated,
8           Plaintiffs,
9       vs.        20 Civ. 2489(LTS)(GWG)
10   MIKE BLOOMBERG 2020, INC.,
11          Defendant.
12   ---------------------------------x
13
14        VIDEOTAPE DEPOSITION OF
15        ALEXANDRA WHEATLEY-DIAZ
16      VIA ZOOM VIDEOCONFERENCE
17          November 11, 2022
18            7:16 a.m. PST
19
20
21
22
23
24   Reported by:
25   Maureen Ratto, RPR, CCR

```
                                              Page 153
 1            ALEXANDRA WHEATLEY-DIAZ
 2        Q.    Okay. And it's your testimony
 3   here today that you never, during the
 4   entire time you worked for the Campaign,
 5   you worked every single Saturday and
 6   Sunday?
 7        A.    To the best of my knowledge,
 8   that is true, that I remember, and that I
 9   recall. I do not recall ever not working
10   those weekends and I'm also uncertain of
11   when we stopped working in March.  So
12   depending on when the last day was in
13   March and when the first day was that I
14   started working in January, and to the
15   best of my knowledge, I recall working
16   all those weekends.
17        Q.    In the month of February how
18   many hours a week did you work for the
19   Campaign?
20        A.    It was the same that I worked
21   in January. I'd have to get a calculator
22   to calculate the amount of time but, like
23   I said, if we were on the latter side,
24   between 12 every day, you know, 10 --
25   generally between 12, leaving the office
```

```
                                          Page 154
 1            ALEXANDRA WHEATLEY-DIAZ
 2    at 8 or 9 or 10, depending on the day,
 3    and depending the responsibilities on
 4    hand Monday through Friday and on
 5    weekends, arriving at the office early,
 6    early -- generally early mornings until
 7    the end of the day or depending on the
 8    activities that we were doing that day.
 9    So it all fluctuated --
10         Q.    And how many hours -- and how
11    did the activities that you were doing
12    impact your hours?
13              MS. COLE-CHU:  I don't believe
14         the witness is done with her answer
15         to the last question.
16         A.    Yeah. It fluctuated is my
17    statement, was my last statement.
18         Q.    How did the activities impact
19    your hours?
20         A.    If we were asked to go to a
21    flea market that began at 7 a.m., then we
22    were asked to show up at the flea market
23    when it began. If we were -- so it just
24    depended on what we were asked to do that
25    day.
```