# EXHIBIT F

Page 1

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF NEW YORK

3   -------------------------------x

4   DONNA WOOD, et al, individually

5   and on behalf of all others

6   similarly situated,

7            Plaintiffs,

8        vs.        20 Civ. 2489(LTS)(GWG)

9   MIKE BLOOMBERG 2020, INC.,

10            Defendant.

11   -------------------------------x

12

13       VIDEOTAPE DEPOSITION OF

14         RONALD LUIPPOLD

15       VIA ZOOM VIDEOCONFERENCE

16         November 29, 2022

17           10:00 a.m.

18

19

20

21

22

23   Reported by:

24   Maureen Ratto, RPR, CCR

25

```
 1                    RONALD LUIPPOLD
 2              VIDEOGRAPHER:  We are going
 3         back on the record at 1:30 Eastern
 4         Time.
 5         Q.    Mr. Luippold, was there a
 6    period of time in February or March of
 7    2020 where your health issues precluded
 8    you from being able to work for the
 9    Campaign?
10         A.    Towards the end of the
11    Campaign, yes.
12         Q.    What health issues were you
13    experiencing toward the end of the
14    Campaign?
15         A.    Nausea, a lot of pain and, you
16    know, it was debilitating neck pain, back
17    pain, all stuff that was caused by my
18    previous injuries, I guess.
19         Q.    And when did you start
20    experiencing this debilitating pain?
21         A.    I don't know exactly when this
22    happened. It was just right around the
23    time I got back from the debate in Las
24    Vegas, so it was probably the week after.
25         Q.    And at the point when you had
```

1                    RONALD LUIPPOLD

2    this onset of pain, were you performing

3    any work for the Campaign or did you stop

4    working altogether at that point?

5         A.    No. I was still making phone

6    calls and I was doing stuff from home at

7    that point.

8         Q.    Were there periods during the

9    day where you were unable to work because

10   of your debilitating pain?

11        A.    Yes.

12        Q.    Now, approximately how many

13   hours per day were you working during

14   this period of time, at the end of

15   February?

16        A.    At that point I might have

17   been reduced to about six hours a day

18   versus the 12 that I had been performing

19   prior to that.

20        Q.    Was there any period of time

21   where you were unable to perform any work

22   at all during your employment with the

23   Campaign?

24        A.    A couple days, yeah, when I

25   was in the hospital, when I was at the

```
 1                  RONALD LUIPPOLD
 2   hospital.
 3        Q.    And when were you in the
 4   hospital?
 5        A.    It was March, it was towards
 6   the end of the Campaign I believe.  Maybe
 7   -- yeah, I think it was in March.
 8        Q.    And how many days did you
 9   spend in the hospital?
10        A.    I don't recall. It was
11   definitely an extended period of time. I
12   don't know exactly how long.  It brought
13   me into the spring months.
14        Q.    More than a month?
15        A.    Yes.
16        Q.    While you were still in the
17   hospital were you still being paid by the
18   Campaign?
19        A.    I don't recall.
20        Q.    And were you admitted to the
21   hospital due to the issues that you just
22   described, nausea and debilitating neck
23   and back pain?
24        A.    Yeah. Nausea was just a
25   side-effect. I really went for the
```

Page 109

1              RONALD LUIPPOLD
2    debilitating back/neck pain. I was
3    getting to the point where I couldn't
4    move.
5         Q.    Had you been experiencing the
6    neck and back pain?  Like, had it been
7    increasing over time prior to the point
8    where you were hospitalized or was it
9    more of a sudden onset?
10        A.    I don't recall. You know, to
11   be honest with you, I think it was the
12   plane ride back from Vegas I started
13   really having problems at that point. I
14   noticed it coming on more and more.
15        Q.    Did you have to have surgery
16   at some point in 2020 due to these
17   issues?
18        A.    I don't think so. I was just
19   in a brace for an extended period of
20   time, six to eight weeks, I think.
21        Q.    During your employment with
22   the Campaign did you have to attend
23   doctors' appointments related to the
24   issues that you've testified about today?
25        A.    Not that I recall.

Page 156

```
 1                    RONALD LUIPPOLD
 2        A.     Yes.
 3        Q.     And then do you see
 4   immediately above that there is a
 5   response from you that says, "That sounds
 6   great, Albert. It's in my schedule.  I
 7   will see you there was with all the
 8   materials that you will need. Thank you
 9   for your support."
10        A.     Yes.
11        Q.     And is it still your testimony
12   that you never wound up going to this
13   house party?
14        A.     That's correct.
15        Q.     Why did you not wind up not
16   actually attending?
17        A.     As I recall, I was -- some
18   changes were being made in my district
19   and so I think either Ross Doty or Julian
20   -- I'm sorry, I want to say Julian --
21   Jacob Edelman attended with someone like
22   Ed Davis was there.  I felt like they had
23   more experience to have someone whose got
24   more campaign experience there, I guess.
25        Q.     The date of the house party
```

Page 157

1                    RONALD LUIPPOLD
2     that's mentioned in Mr. Bangert's email
3     of February 26th, was this the period of
4     time when you were in the hospital?
5          A.    It might have been when it
6     started.
7          Q.    And if you were in the
8     hospital then you wouldn't have been able
9     to attend the event; is that correct?
10         A.    That's -- that's correct.
11         Q.    Did you attend the DNC debate?
12         A.    I did.
13         Q.    And you were selected by the
14    Campaign to attend the debate, correct?
15         A.    Yes.
16         Q.    What, if anything, do you know
17    about why you personally were selected to
18    attend the debate?
19         A.    It's my understanding it was
20    just a random pull from a hat.
21         Q.    And you were in Las Vegas for
22    a period of less than 24 hours, correct?
23         A.    Yes.
24         Q.    And other than attending the
25    debate, itself, did you engage in any

```
 1              RONALD LUIPPOLD
 2      Q.    And that was in February?
 3      A.    Late February.
 4      Q.    And when you became ill, how
 5  many days per week were you working then?
 6      A.    I believe I was still working
 7  every day until I could no longer. I
 8  mean, I was working minimal hours, six
 9  hours a day, if I recall, until I just
10  couldn't handle it anymore when I got in
11  the hospital.
12      Q.    And what was the date when you
13  were hospitalized?
14      A.    I don't recall that date.
15      Q.    Do you have any records
16  regarding your hospitalization?
17      A.    Not on me. I'm sure there are
18  records somewhere.
19      Q.    Other than at the end when you
20  became ill, were there any weeks in which
21  you worked fewer than seven days?
22      A.    No.
23      Q.    As a field organizer did you
24  have any involvement in selling Campaign
25  merchandise?
```