# Exhibit 1

Page 1

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3
4  ---------------------------------x
5  DONNA WOOD, et al, individually
6  and on behalf of all others
7  similarly situated,
8          Plaintiffs,
9      vs.         20 Civ. 2489(LTS)(GWG)
10  MIKE BLOOMBERG 2020, INC.,
11          Defendant.
12  ---------------------------------x
13
14       VIDEOTAPE DEPOSITION OF
15        LAKISHA WATSON-MOORE
16     VIA ZOOM VIDEOCONFERENCE
17        November 15, 2022
18           10:06 a.m.
19
20
21
22
23  Case No. 5548211
24  Reported by:
25  Maureen Ratto, RPR, CCR

Page 140

1    LAKISHA WATSON-MOORE
2         A.    My sister was up there and
3    plus, I was considering moving up there
4    too and I wanted to get involved there.
5         Q.    Was there ever any discussion
6    that you had with anyone from the
7    Campaign about you potentially working
8    for the Campaign in either Mississippi or
9    Tennessee?
10        A.    No.  Not that I can remember,
11   no.
12        Q.    While you were employed by the
13   Campaign did you have any other jobs?
14        A.    No. No.
15        Q.    Was there a work schedule that
16   you followed while you were employed by
17   the Campaign?
18        A.    Yes.  You had to get to the
19   office between nine and ten o'clock and
20   you leave the office, it could have been,
21   like, eight and then afterwards, we'd
22   have to call and be on the phone, the
23   phone calls, the statewide phone call.
24        Q.    What time were those statewide
25   phone calls?

Page 141

1    LAKISHA WATSON-MOORE
2    A.    They were late, depending. I
3    don't want to give you incorrect
4    information. They were after --
5    definitely after eight.
6    Q.    Do you have any estimate as to
7    what time those phone calls were?
8    A.    No, but they were definitely
9    after eight because I'm pretty regimented
10   about my workout schedule and my sleep,
11   so they were definitely after eight.
12   Q.    Why -- what does your workout
13   schedule and your sleep schedule, how
14   does that relate to the eight o'clock
15   time that you just mentioned?
16   A.    I need a lot of time to work
17   out and sleep and I like to work out at
18   four in the morning. So if you are
19   working late, it impacts your, you know,
20   your early morning workouts.
21   Q.    How long would the statewide
22   calls that you mentioned last for?
23   A.    A while. Sometimes --
24   definitely over an hour.
25   Q.    Were these phone calls -- how

Page 152

1        LAKISHA WATSON-MOORE
2        A.    When I did, like, the events,
3    when I did the late events, when Kyle
4    would send me out, I would be out pretty
5    late.
6        Q.    And what events are you
7    referring to?
8        A.    Like, the meeting with the
9    Waterford Dems or, you know, the event
10   with Sam Donaldson, stuff like that, that
11   I can remember.
12       Q.    And how often did you attend
13   these events?
14       A.    I can't remember.
15       Q.    Were there any weeks in which
16   you worked fewer days?
17       A.    Weeks, I can't remember.
18       Q.    Did you take any sick days?
19       A.    I don't remember taking sick
20   days.
21       Q.    Did you ever attend any
22   non-work-related appointments during the
23   workday?
24       A.    No.  I didn't have -- I didn't
25   have any appointments. I don't remember

```
                                              Page 153
 1              LAKISHA WATSON-MOORE
 2    having any appointments.
 3         Q.    During the workday would you
 4    take any breaks?
 5         A.    To go to the bathroom.
 6         Q.    Would you eat lunch?
 7         A.    At my desk.
 8         Q.    Would you bring lunch?
 9         A.    I would order lunch.
10         Q.    And would you take a break to
11    eat the lunch that you ordered?
12         A.    Yes.  While working, yes.
13         Q.    Did you work through your
14    lunch every day?
15         A.    I don't remember. I don't want
16    to give wrong information.
17         Q.    Did you ever go to the gym
18    during the workday?
19         A.    No.  No.
20         Q.    Did you post about your
21    workouts on social media while you were
22    employed by the Campaign?
23         A.    I believe so. I'm not sure.
24         Q.    How often would you post about
25    your workouts?
```

|   |   |
|---|---|
|   | Page 187 |
| 1 | LAKISHA WATSON-MOORE |
| 2 | A.    No, I don't remember talking |
| 3 | to him about this at all. |
| 4 | Q.    What does your role as a class |
| 5 | representative entail? |
| 6 | A.    I guess I'm the face of folks |
| 7 | that were in the Michigan area. |
| 8 | Q.    Is there anything else? |
| 9 | A.    That's what I can recall. I |
| 10 | worked in Michigan and I guess I'm here |
| 11 | for the folks in Michigan that worked |
| 12 | there. |
| 13 | Q.    Have you ever been arrested? |
| 14 | A.    No. I apologize.  No. |
| 15 | Q.    What's your understanding of |
| 16 | your role as a class representative? |
| 17 | A.    I guess I represent the folks |
| 18 | from Michigan. |
| 19 | Q.    What does that mean to you? |
| 20 | A.    Representing the folks from |
| 21 | Michigan, you know, being that Michigan |
| 22 | person, I guess. That's -- you know, I'm |
| 23 | not a lawyer, so I wouldn't know anything |
| 24 | in further detail. |
| 25 | Q.    When you say "being that |