# Exhibit 2

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------x
      DONNA WOOD, et al.,
 4    individually and on behalf of
      all others similarly situated,
 5
                      Plaintiffs,
 6
              -against-
 7
                                    Civil Action No.:
 8                                  20 Civ. 2489
                                    (LTS)(GWG)
 9    MICHAEL BLOOMBERG 2020 INC.,
10                Defendant.
11    ----------------------------------x
12              November 7, 2022
13              10:07 a.m.
14
15       VIDEOTAPED REMOTE DEPOSITION of JAMES KYLE
16    NEWMAN, held at the above date and time, before
17    Judith Castore, a Certified Livenote Reporter and
18    Notary Public of the State of New York.
19
20
21
22
23
24
25
```

Page 176

1         NEWMAN
2  Brodie and the campaign were aware.
3  And I think it was looked at as sort of
4  an extenuating circumstance.
5      Q    Other than the four
6  appointments that we just discussed,
7  did you ever take any other time off
8  during your employment with the
9  campaign?
10     A    Not that I can recall.
11     Q    Did you go to Oklahoma at any
12 point during your employment with the
13 campaign?
14     A    I did actually, yes.  That's
15 correct.
16     Q    Why did you go to Oklahoma?
17     A    I had to appear in Oklahoma
18 as part of a plea --
19          (Unreportable cross-talk.)
20     A    -- all stemming from my car
21 accident in 2019.
22     Q    Were you pleading guilty or
23 was someone else?
24     A    I was, yes.
25     Q    What did you plead guilty to

```
                                              Page 177
 1                  NEWMAN
 2   in connection with that accident?
 3        A    So I ended up pleading to a
 4   misdemeanor for possession of
 5   controlled substances.  There was a
 6   small amount of marijuana in my car.
 7        Q    Had you consumed marijuana
 8   prior to the accident?
 9        A    No, I had not.
10        Q    Did the accident occur in
11   Oklahoma?
12        A    It did.
13        Q    Other than the charge that
14   you pled guilty to, were you charged
15   with any other criminal count?
16        A    Not that I remember.  I think
17   that there was a traffic violation
18   because I suppose under the letter of
19   the law, I was responsible for the
20   accident since it was my knee that
21   dislocated while I was driving.  So
22   that may have been part of it.
23             But I know that the plea was
24   only in terms of the minor --
25   misdemeanor possession.
```

Page 200

1              NEWMAN
2       Q    And then if you look to the
3    next page, page 4, which is
4    Bates-stamped P36, it looks like there
5    is something missing in this
6    screenshot?
7       A    I'm sorry, I don't see what
8    you mean.
9       Q    Do you see the blue at the
10   bottom of page 3, P50?
11      A    I do.
12      Q    Okay.  Do you know what that
13   message says?
14      A    I do not.  No, I do not.  I
15   assumed it would be "provided no
16   information about" -- wherever it picks
17   up on the next one, but I'm not
18   certain.
19      Q    Does it appear to you that
20   between page 3 and page 4 that there
21   are text messages that are missing in
22   this communication?
23           MS. COLE-CHU:  Objection.
24      A    I -- honestly, I cannot say.
25   This was two and a half years ago.  I