# Exhibit 3

Page 1

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3
4    ---------------------------------x
5    DONNA WOOD, et al, individually
6    and on behalf of all others
7    similarly situated,
8            Plaintiffs,
9      vs.  Case No. 20 Civ. 2489(LTS)(GWG)
10   MIKE BLOOMBERG 2020, INC.,
11           Defendant.
12   ---------------------------------x
13
14       VIDEOTAPE DEPOSITION OF
15          NICHOLAS COKER
16      VIA ZOOM VIDEOCONFERENCE
17          April 6, 2023
18            10:15 a.m.
19
20
21
22
23
24   Reported by:
25   Maureen Ratto, RPR, CCR

Page 47

1        NICHOLAS COKER
2        A.    Yeah. Yes, I do remember it
3   being close.
4        Q.    Did you work anywhere between
5   the dispensary and the Campaign?
6        A.    No, sir.
7        Q.    You can take this down for
8   now. Thank you.
9              Other than the Miramar
10  Complaint that we were just looking at,
11  have you ever been party to a lawsuit
12  before?
13       A.    No. Just the Miramar
14  Complaint.
15       Q.    Have you ever complained about
16  discrimination to any employer?
17       A.    No, not that I can recall.
18       Q.    Have you ever been a witness
19  at a trial?
20       A.    No.
21       Q.    Have you ever been convicted
22  of a crime?
23       A.    Yes.
24       Q.    When was that?
25       A.    I'm 37 now. Over ten years

```
                                                      Page 48

 1                    NICHOLAS COKER
 2    ago, maybe even more.
 3           Q.    What was the crime?
 4           A.    Shoplifting was one,
 5    possession of marijuana is another.
 6           Q.    Were they the same time or two
 7    separate convictions?
 8           A.    I think they were separate.
 9           Q.    And both about ten years ago?
10           A.    Yes.
11           Q.    How did you learn of the
12    opportunity to work for the Bloomberg
13    Campaign?
14           A.    My friend Sapphire Blackwell
15    reached out to me and asked me to come
16    work for the Campaign.
17           Q.    What did she say to you about
18    it?
19           A.    She said that she had a great
20    job for me, that it was last until
21    November, and that it was pretty much
22    guaranteed that I would get hired because
23    she was recommending me.
24           Q.    Did you know what you would be
25    doing before you started work?
```