# Exhibit 4

Page 1

```
 1     UNITED STATES DISTRICT COURT
 2     SOUTHERN DISTRICT OF NEW YORK
 3    -------------------------------x
 4    DONNA WOOD, et al, individually
 5    and on behalf of all others
 6    similarly situated,
 7            Plaintiffs,
 8        vs.         20 Civ. 2489(LTS)(GWG)
 9    MIKE BLOOMBERG 2020, INC.,
10            Defendant.
11    -------------------------------x
12
13         VIDEOTAPE DEPOSITION OF
14            RONALD LUIPPOLD
15        VIA ZOOM VIDEOCONFERENCE
16           November 29, 2022
17              10:00 a.m.
18
19
20
21
22
23    Reported by:
24    Maureen Ratto, RPR, CCR
25
```

Page 87

1            RONALD LUIPPOLD
2    always mentioned me in our group meetings
3    about how well I was doing and they were
4    asking me questions of what I was doing
5    and I responded by just saying I was
6    getting out there and working.
7         Q.     You previously testified about
8    some physical problems that you have been
9    experiencing since 2018, including
10   difficulties standing, sitting.
11              Did your physical problems
12   impact your ability to go from door to
13   door at all?
14        A.     In fact, no. It was actually
15   perfect for me because I was able to
16   conduct myself in a manner that was --
17   I'd be able to give myself breaks, you
18   know, whether I needed to stand, whether
19   I needed to sit. I was never in one
20   position for too long that would be
21   aggravating to my condition. I still have
22   headaches but didn't necessarily
23   experience the physical problems that I
24   was having associated with the hernias.
25        Q.     So when you felt like you

Page 88

1         RONALD LUIPPOLD
2   needed to take a break you were able to
3   during your employment with the Campaign?
4        A.    Yes.
5        Q.    Did your inability to sit for
6   long periods of time impact you in any
7   way with respect to your work for the
8   Campaign?
9        A.    No. Because, you know, like,
10  if I was in the office or something like
11  that, I'd be able to stand and talk and I
12  wouldn't necessarily focus on levels of
13  pain that way, you know, I was moving in
14  my body in other ways.  So I was able to
15  accommodate any discomfort I was
16  experiencing at the time.
17       Q.    And if you were experiencing
18  discomfort from sitting for a long period
19  of time you were able to take a break and
20  get up and move around?
21       A.    Yeah. I mean, I might not
22  necessarily take a break, I would just do
23  what I was doing on the phone, you know,
24  and just kind of move around. Nobody
25  would know I was doing it other than

```
                                            Page 89
 1              RONALD LUIPPOLD
 2   myself, you know.
 3         Q.    What kind of phone would you
 4   use when you were making phone calls? Was
 5   it a cellphone?
 6         A.    Yes.
 7         Q.    To make sure I understand, so
 8   it's your testimony that you were able to
 9   do the calls while walking around --
10         A.    Yes.
11         Q.    -- if you needed to?
12         A.    Yes.
13         Q.    Your resumé also says that you
14   attended rallies. What rallies did you
15   attend?
16         A.    Well, you know, we had a -- I
17   don't know if it was rally as much as it
18   was an event. I mean, there was gun
19   control, they might have called it a
20   rally, they might have just called it gun
21   awareness. Then we did other events like,
22   you know, walking for health and these
23   were more events, not rallies. I mean, it
24   was my duty to attend the rallies if they
25   happened. I don't recall necessarily
```

Page 106

1          RONALD LUIPPOLD
2              VIDEOGRAPHER:  We are going
3     back on the record at 1:30 Eastern
4     Time.
5          Q.    Mr. Luippold, was there a
6    period of time in February or March of
7    2020 where your health issues precluded
8    you from being able to work for the
9    Campaign?
10         A.    Towards the end of the
11   Campaign, yes.
12         Q.    What health issues were you
13   experiencing toward the end of the
14   Campaign?
15         A.    Nausea, a lot of pain and, you
16   know, it was debilitating neck pain, back
17   pain, all stuff that was caused by my
18   previous injuries, I guess.
19         Q.    And when did you start
20   experiencing this debilitating pain?
21         A.    I don't know exactly when this
22   happened. It was just right around the
23   time I got back from the debate in Las
24   Vegas, so it was probably the week after.
25         Q.    And at the point when you had

Page 107

1        RONALD LUIPPOLD
2   this onset of pain, were you performing
3   any work for the Campaign or did you stop
4   working altogether at that point?
5        A.   No. I was still making phone
6   calls and I was doing stuff from home at
7   that point.
8        Q.   Were there periods during the
9   day where you were unable to work because
10  of your debilitating pain?
11       A.   Yes.
12       Q.   Now, approximately how many
13  hours per day were you working during
14  this period of time, at the end of
15  February?
16       A.   At that point I might have
17  been reduced to about six hours a day
18  versus the 12 that I had been performing
19  prior to that.
20       Q.   Was there any period of time
21  where you were unable to perform any work
22  at all during your employment with the
23  Campaign?
24       A.   A couple days, yeah, when I
25  was in the hospital, when I was at the

Page 108

1      RONALD LUIPPOLD
2  hospital.
3      Q.   And when were you in the
4  hospital?
5      A.   It was March, it was towards
6  the end of the Campaign I believe.  Maybe
7  -- yeah, I think it was in March.
8      Q.   And how many days did you
9  spend in the hospital?
10     A.   I don't recall. It was
11 definitely an extended period of time. I
12 don't know exactly how long.  It brought
13 me into the spring months.
14     Q.   More than a month?
15     A.   Yes.
16     Q.   While you were still in the
17 hospital were you still being paid by the
18 Campaign?
19     A.   I don't recall.
20     Q.   And were you admitted to the
21 hospital due to the issues that you just
22 described, nausea and debilitating neck
23 and back pain?
24     A.   Yeah. Nausea was just a
25 side-effect. I really went for the

Page 109

1    RONALD LUIPPOLD
2    debilitating back/neck pain. I was
3    getting to the point where I couldn't
4    move.
5        Q.    Had you been experiencing the
6    neck and back pain?  Like, had it been
7    increasing over time prior to the point
8    where you were hospitalized or was it
9    more of a sudden onset?
10       A.    I don't recall. You know, to
11   be honest with you, I think it was the
12   plane ride back from Vegas I started
13   really having problems at that point. I
14   noticed it coming on more and more.
15       Q.    Did you have to have surgery
16   at some point in 2020 due to these
17   issues?
18       A.    I don't think so. I was just
19   in a brace for an extended period of
20   time, six to eight weeks, I think.
21       Q.    During your employment with
22   the Campaign did you have to attend
23   doctors' appointments related to the
24   issues that you've testified about today?
25       A.    Not that I recall.

Page 110

1       RONALD LUIPPOLD
2       Q.      Were you receiving any
3   physical therapy or other type of
4   treatment for your neck or back issues in
5   2020?
6       A.      I had been prior to the
7   Campaign and after the Campaign but none
8   during the Campaign.
9       Q.      During your employment with
10  the Campaign, was there a period of time
11  where you were working before the Quincy
12  field office opened?
13      A.      Yes.
14      Q.      And what period of time was
15  that?
16      A.      You know, I think, if I
17  recall, they said our hire date -- I
18  don't recall. I don't recall exactly. I
19  know it was right after Christmas and
20  we're doing phone calls back and forth,
21  meeting at, like, Starbucks, places like
22  that.  Before we had an office and trying
23  to come up with a game plan.
24      Q.      Do you recall approximately
25  how many weeks you were working for the

Page 182

1    RONALD LUIPPOLD
2  states you were making phone calls to?
3    A.    No.
4    Q.    And how often -- how many
5  times during your employment with the
6  Campaign did you make phone calls to
7  other time zones?
8    A.    You know, quite frankly, it
9  would be at the request of the Regional
10 Director Ross Doty.  So, you know, that
11 would probably happen at the very least
12 once a week where we'd be calling
13 nationally.
14   Q.    And when you reached a
15 prospective voter on the phone, was the
16 objective to speak with the voter about
17 Mr. Bloomberg's candidacy?
18   A.    Yes.
19   Q.    How many days per week did you
20 work at the start of your employment with
21 the Campaign in January?
22   A.    Seven days a week.
23   Q.    And did the number of days per
24 week that you worked change at any point?
25   A.    Not until I became ill.

```
                                            Page 183
1                   RONALD LUIPPOLD
2        Q.     And that was in February?
3        A.     Late February.
4        Q.     And when you became ill, how
5   many days per week were you working then?
6        A.     I believe I was still working
7   every day until I could no longer. I
8   mean, I was working minimal hours, six
9   hours a day, if I recall, until I just
10  couldn't handle it anymore when I got in
11  the hospital.
12       Q.     And what was the date when you
13  were hospitalized?
14       A.     I don't recall that date.
15       Q.     Do you have any records
16  regarding your hospitalization?
17       A.     Not on me. I'm sure there are
18  records somewhere.
19       Q.     Other than at the end when you
20  became ill, were there any weeks in which
21  you worked fewer than seven days?
22       A.     No.
23       Q.     As a field organizer did you
24  have any involvement in selling Campaign
25  merchandise?
```