# Exhibit 5

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
DONNA WOOD, et al., individually and on behalf of others similarly situated,

                Plaintiffs,

     v.

MIKE BLOOMBERG 2020, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -x

     Remote, videotaped deposition of AARON SUMMERS, taken pursuant to Notice, was held via videoconference, commencing March 29, 2023, at 10:05 a.m., on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

1          A. Summers
2  truncated schedule on the weekends.  Yeah, there may
3  have been, but I don't specifically recall the
4  hours.
5       Q    Did you do anything to track how many hours
6  you were working?
7       A    Like I said, I did not.
8       Q    So, if I wanted to reconstruct the number
9  of hours that you worked every day, how would I do
10 that?
11      A    Yeah, I mean, I would say --
12           MS. COLE-CHU:  Objection to form.
13      A    Okay.  Yeah, I mean, I would say on the
14 weekdays, it was, you know, certainly the sort of
15 8:30 a.m./8:30 p.m., like I discussed.
16           And then on the weekends, maybe we would go
17 in a little bit later and leave a little bit
18 earlier.  So, the office hours may have been
19 shortened on Saturday and Sunday, that I recall,
20 yeah.
21 BY MR. FIASCONE:
22      Q    Did you ever take care of personal matters
23 during the workday?
24      A    No, not that I recall.
25      Q    Call a doctor, deal with an issue with your

Page 93

A. Summers

1
2  apartment?
3      A    Not -- not that I recall.
4      Q    Did you ever stop for groceries or stop at
5  a pharmacy?
6      A    During work hours, I don't -- no, I don't
7  recall that.
8      Q    Stop at an ATM to withdraw cash?
9      A    Not that I recall.
10     Q    You ever order something online during the
11 workday, maybe an Amazon purchase?
12     A    Not that I recall.
13     Q    Did you ever complain about the hours that
14 you were working?
15     A    I don't specifically -- I don't
16 specifically recall complaining about the hours I
17 was working no.
18          MR. FIASCONE:  Pull up tab 20, please,
19     Clint.
20          MR. THOMAS:  Tab 11 -- apologies.
21       Exhibit 11 has been marked.
22                  (MB_Wood_00155857 was marked as
23                  Exhibit 11 for identification,
24                  as of this date.)
25