UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD                                                   :

                      Plaintiff,  :  <u>ORDER</u>

                                                 :  20 Civ. 2489 (LTS) (GWG)

   -v.-

                                                 :

MIKE BLOOMBERG 2020, INC.                                    :

                       Defendant.                        :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A discovery conference to resolve the matters raised in Docket # 344 shall take place on May 18, 2023 at 4:30 p.m. It is the Court's intention to decide the matters raised based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge