# Exhibit 1

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


DONNA WOOD, individually and on
behalf all others similarly
situated                                  : Docket #20-cv-02489

                     Plaintiffs,     :

     -against-                       :

MIKE BLOOMBERG 2020, INC.,           : New York, New York
                                       May 18, 2023
                     Defendant.

---------------------------------:

                      PROCEEDINGS BEFORE
             THE HONORABLE GABRIEL W. GORENSTEIN
                UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For Plaintiff:      OUTTEN & GOLDEN, LLP
                    BY:  MICHAEL C. DANNA, ESQ.
                    685 Third Avenue, 25th Floor
                    New York, New York 10017


For Defendant:      PROSKAUER ROSE, LLP
                    BY:  RACHEL S. PHILION, ESQ.
                         ELISE M. BLOOM, ESQ.
                         NOA M. BADDISH, ESQ.
                    11 Times Square
                    New York, New York 10036

Transcription Service: Marissa Mignano Transcription
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com




Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
 1              MS. PHILION:  Your Honor, Ms. Bloom is here
 2      with me.
 3              THE COURT:  No, that's -- I don't care.  I
 4      just -- throws me off a little bit.
 5              Okay.  Your last name is?
 6              MS. PHILION:  My last name is Philion.
 7              THE COURT:  Philion.  Okay.
 8              All right.  We're here based on two
 9      letters, one dated -- I'm sorry, Docket 344 and
10      Docket 347.  All right.  Some of these I don't think
11      I need any argument, I'll just tell you my ruling,
12      and some I need to hear from you.  So let me go
13      through them.
14              On the criminal histories, I certainly
15      would have permitted you to ask about any
16      convictions at a deposition, and it seems to me you
17      had the opportunity to do that and didn't.  I don't
18      think I should be bothering people with more
19      discovery on that.  If there are any people that you
20      didn't depose, I'd be willing to have you send an
21      interrogatory specifically asking about whether you
22      were convicted and the crime and the date of the
23      conviction.
24              Are there any such people?
25              MS. PHILION:  I don't believe there are,
```

1        C E R T I F I C A T E
2
3       I, Marissa Mignano, certify that the foregoing
4    transcript of proceedings in the case of
5    DONNA WOOD, individually and on behalf all
6    others similarly situated v. MIKE BLOOMBERG 2020, INC,
7    Docket #1:20-cv-02489-LTS-GWG, was
8    prepared using digital transcription software and is
9    a true and accurate record of the proceedings.
10
11
12   Signature ___*Marissa Mignano*_____
13              Marissa Mignano
14
15   Date:     May 23, 2023
16
17
18
19
20
21
22
23
24
25