UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DONNA WOOD, et al., individually and on
behalf of all others similarly situated,

                Plaintiffs,

     -v.-

MIKE BLOOMBERG 2020, INC.

                Defendant.
---------------------------------------------------------------X

ORDER

20 Civ. 2489 (LTS) (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     In their May 19, 2023 letter (Docket # 349) opposing defendant's motion to compel (Docket # 343), plaintiffs propose that the Court's consideration of the issues in this dispute would be aided by <u>in camera</u> review of the documents.  Without deciding that we will in fact undertake such a review, the Court directs the plaintiffs to provide the documents to Chambers so that they are available in the event the Court decides to consider them.

     A clerk will provide an email address to counsel to allow for submission of these documents.  The documents shall be accompanied by a cover letter indicating their transmission, which shall be filed on ECF, so that the record reflects that the transmission occurred.

     SO ORDERED.

Dated: June 2, 2023
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge