

June 8, 2023

**<u>Via FedEx</u>**
The Honorable Gabriel W. Gorenstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

      We represent Plaintiffs and opt-in Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated June 2, 2023, ECF No. 361, on June 5, 2023, Plaintiffs' counsel submitted to the Court by e-mail unredacted copies of the following documents: P000025, P001471, P001613, P001623, P001648, P002700, P003968, P009024, P009026, P009113.

                                                            Respectfully submitted,

                                                            Justin M. Swartz

CC:    All Record of Counsel (via email)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com