Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 25, 2023

**<u>Via CM/ECF</u>**

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Mark W. Batten
Member of the Firm

d +1.617.526.9850
f 617.526.9899
mbatten@proskauer.com
www.proskauer.com

Re:     *Donna Wood, et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

We represent Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-referenced matter. Pursuant to Rule 2.E of this Court's Individual Practices and the Stipulated Confidentiality Agreement and Protective Order entered in this action (Dkt. 169, the "Protective Order"), the Campaign respectfully submits this application for leave to file portions of its July 25, 2023 pre-motion letter (the "Letter") under seal.

The Campaign's July 25 Letter, filed herewith, concerns a discovery dispute between the parties that was also the subject of the parties' filings at Dkt Nos. 350, 359, and 363, and the Court's June 22, 2023 Order, Dkt. No. 367.  The Court granted motions to seal portions of the earlier letters concerning this dispute, which arises from the May 8, 2023 deposition testimony of Named Class Representative Tristan Angulo.  Plaintiffs designated that entire transcript as confidential and as needing to be filed under seal.  While the Letter only includes one quote from the deposition (apart from several interjections by Plaintiffs' counsel), the Campaign has redacted the Letter to remove references to the underlying subject matter of the dispute in accordance with redactions in the earlier letters as to which the Court granted motions to seal.

Pursuant to Rule 2.E of this Court's Individual Practices, and the Protective Order, because Plaintiffs have designated the material as Confidential, Plaintiffs must submit the application explaining why sealing of references to the deposition's subject matter is justified. Other than related references to the testimony which the Campaign has redacted, the remaining contents of the Letter are to be filed publicly.

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

**Proskauer** »

   For the foregoing reasons, the Campaign respectfully requests that the Court grant the Campaign's motion for leave to file under seal pending the Court's decision on Plaintiffs' application to the Court to justify the proposed sealing.

   The Campaign thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Mark W. Batten*

Mark W. Batten


cc:    All Counsel of Record (via CM/ECF)