

July 27, 2023

<u>Via CM/ECF</u>
The Honorable Gabriel W. Gorenstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 1007

  Re: *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS)(GWG)

Dear Judge Gorenstein:

  Pursuant to the Rule 2.A. of this Court's Individual Practices, Plaintiffs file this opposition to Bloomberg's request ("Letter") for a pre-motion conference to address its anticipated motion to compel Plaintiff Tristan Angulo to answer questions related to ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ECF No. 370.  As set forth in Plaintiffs' prior oppositions to Bloomberg's requests to compel Mr. Angulo's testimony, ECF No. 359, Mr. Angulo ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and can demonstrate a ▇▇▇▇▇▇▇▇▇▇▇ to sustain the privilege.  The Court should ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ privilege with respect to Bloomberg's anticipated questions.

 I. **<u>Mr. Angulo Has Not Waived his ▇▇▇▇▇▇▇▇▇ Privilege.</u>**

  Bloomberg's argument that Mr. Angulo has waived his ▇▇▇▇▇▇▇▇ privilege is unsupported and contrary to authority in this Circuit. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

███████████

Bloomberg's arguments regarding waiver fail ████████

II. **Mr. Angulo Can Show** ████████████████████.

Mr. Angulo's invocation of his ██████ privilege is appropriate ████ ████ Bloomberg minimizes throughout its Letter this ████ as "hypothetical" and not ████ or ████ Letter at 2-3. Bloomberg is wrong. Plaintiffs' Counsel ██████████████████████ ██████████████████████ ████. with respect to the questions Bloomberg seeks to compel him to answer.

████████████
████████████



Bloomberg fails to show why compelling Mr. Angulo to answer questions

Again, Bloomberg is wrong that information is relevant to Mr. Angulo's adequacy as the proposed class representative.



Bloomberg has already obtained discovery from Mr. Angulo

### IV. Conclusion

Bloomberg continues its efforts to harass, embarrass and intimidate Mr. Angulo, and to waste the parties' resources needlessly. Bloomberg's request to compel Mr. Angulo to answer its questions should be denied.

We thank the Court for its attention to this matter.

Respectfully submitted,

Justin M. Swartz

cc: All Counsel of Record (via ECF)