UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONNA WOOD,                                          :

                Plaintiff,                     :

-v.-                                                        :

MIKE BLOOMBERG 2020, INC.,                  :

                Defendant.                    :
------------------------------------------------------------------X

                ORDER

20 Civ. 2489 (LTS) (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court is in receipt of further letters concerning the deposition testimony of plaintiff Tristan Angulo by defendant Mike Bloomberg 2020, Inc. (the "Campaign"). See Docket ## 370, 374. As permitted by the Court's Order of June 22, 2023, (Docket # 367), see id. at 1 n.1, the plaintiffs have indicated that Angulo will invoke ▓▓▓▓▓▓▓▓▓▓▓ privilege with respect to any questions "related to facts underlying [Mr. Angulo's] ▓▓▓▓▓▓▓▓▓▓▓ Docket # 370 at 1. In addition to relying on privilege, the plaintiffs argue that any further deposition would be "disproportional[] to the needs of the case." Docket # 374 at 4; accord Docket # 350 at 2.

      Having sua sponte reconsidered the original briefing on this matter (Docket ## 350, 359, 363), the Court believes the principle of proportionality should bar any further questioning on the issue. See Fed. R. Civ. P. 26(b)(1). ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ There is no need to inquire into the details of ▓▓▓▓▓▓▓▓▓▓▓. In the unlikely event that Angulo opens the door at trial to the admission of such evidence, it will hardly prejudice the Campaign to simply question Angulo at that time about the details ▓▓▓▓▓▓▓▓▓▓▓.

      Even if we were to reach the privilege issue, we would not bar plaintiff from invoking it.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

As to the confidentiality of the letters submitted in connection with this motion, see Docket ## 371, 375, we grant the motions for the same reasons given in our prior Order as to the earlier round of letters, see Docket # 367. Once again, we warn that this ruling applies only to this particular discovery dispute. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Conclusion

The motion to compel (Docket # 370) is denied. The motions to seal (Docket ## 371, 375) are granted. ▬▬▬▬▬▬▬▬ The Court will file a redacted version on the public docket.

SO ORDERED.

Dated: August 2, 2023
New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge