

August 14, 2022

**Via ECF**
Hon. Laura Taylor Swain
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  Re: *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Chief Judge Swain:

  We represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write with Defendant's counsel to request a 10-page enlargement of the page limits for Plaintiffs' forthcoming Memorandum in Support of Plaintiffs' Motion for Class Certification and Defendant's forthcoming Memorandum in Opposition to Plaintiffs' Motion for Class Certification, from 25 pages to 35 pages. The parties request these additional pages to fully address the Rule 23 analysis and the factual record.

  We thank the Court for its consideration of this matter.

            Respectfully submitted,

            Justin M. Swartz

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com