

August 14, 2022

**Via ECF**  
Hon. Laura Taylor Swain  
U.S. District Court for the Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

**MEMO ENDORSED**

  Re: *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Chief Judge Swain:

  We represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write with Defendant's counsel to request a 10-page enlargement of the page limits for Plaintiffs' forthcoming Memorandum in Support of Plaintiffs' Motion for Class Certification and Defendant's forthcoming Memorandum in Opposition to Plaintiffs' Motion for Class Certification, from 25 pages to 35 pages. The parties request these additional pages to fully address the Rule 23 analysis and the factual record.

  We thank the Court for its consideration of this matter.

                Respectfully submitted,

The foregoing request is granted. DE 380 is resolved. SO ORDERED.  
August 15, 2023  
/s/ Laura Taylor Swain, Chief USDJ

                Justin M. Swartz

**New York** 685 Third Avenue 25th Floor New York, NY 10017 Tel (212) 245-1000 Fax (646) 509-2060  
**San Francisco** One California Street 12th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810  
**Washington DC** 601 Massachusetts Ave NW Suite 200W Washington, DC 20001 Tel (202) 847-4400 Fax (202) 847-4410

www.outtengolden.com