THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, ET AL., individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

For the reasons set forth in Plaintiffs' Memorandum of Law, and the Declaration of Justin M. Swartz and exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) certifying the proposed classes pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3); (2) appointing Class Representatives; (3) appointing Outten & Golden LLP and Shavitz Law Group, P.A. as Class Counsel, pursuant to Fed. R. Civ. 23(g); and (4) directing the parties to confer regarding an appropriate notice for the classes and submit a stipulation regarding the notice, or a letter detailing any disputes, within 30 days of the Court's Order.

Pursuant to the Court's Individual Rule A.2.b.ii, Plaintiffs' Counsel certifies that Plaintiffs have used their best efforts to informally resolve the matters raised in this Motion. The parties have conferred by email and phone, and Defendant opposes the Motion.

A proposed order is attached to this Motion.

Dated: August 16, 2023             Respectfully submitted,
New York, NY

                                             By: */s/ Justin M. Swartz*
                                               Justin M. Swartz
                                               Michael C. Danna
                                               **OUTTEN & GOLDEN LLP**

685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
jms@outtengolden.com
mdanna@outtengolden.com

Hannah Cole-Chu*
Theanne Liu Svedman
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
hcolechu@outtengolden.com
tliusvedman@outtengolden.com

Gregg I. Shavitz*
Tamra C. Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

Michael J. Palitz
**SHAVITZ LAW GROUP, P.A.**
830 3rd Avenue, 5th Floor
New York, New York 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

*Admitted *Pro Hac Vice*

***Attorneys for Plaintiffs and the Putative Classes***