UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, ET AL., individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20 Civ. 2489 (LTS) (GWG) |

**DECLARATION OF JUSTIN M. SWARTZ IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

I, Justin M. Swartz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner at the firm of Outten & Golden LLP ("O&G") in New York, New York, Plaintiffs' Counsel herein, and co-chair of its Class Action Practice Group. O&G is a 65-plus attorney firm based in New York City, with additional offices in San Francisco and Washington, D.C., that focuses on representing plaintiffs in a wide variety of employment matters, including individual and class action litigation, which involve wage and hour, discrimination, and harassment claims, as well as contract and severance negotiations.

2. Along with lawyers from Shavitz Law Group, P.A. ("SLG"), I am one of the lawyers primarily responsible for prosecuting Plaintiff's claims.

3. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

**Background and Experience**

4. I received a Juris Doctor degree from DePaul University School of Law in 1998 with honors. Since then, I have exclusively represented plaintiffs in employment litigation and other employee rights matters.

5. I was admitted to the bar of the State of Illinois in 1998, and the bar of the State of New York in 2002. I am also admitted to the bars of the Second Circuit Court of Appeals, the United States District Courts for the Western, Eastern, and Southern Districts of New York, and the Northern District of Illinois. I am a member in good standing of each of these bars.

6. From September 1998 through February 2002, I was associated with Stowell & Friedman, Ltd. in Chicago, Illinois, where I represented plaintiffs in class and multi-plaintiff employment discrimination cases. From March 2002 through October 2003, I worked for

Goodman & Zuchlewski, LLP in New York City where I represented employees in discrimination cases and other employee rights matters.

7. Since joining O&G in December 2003, I have been engaged primarily in prosecuting wage and hour class and collective actions and class action discrimination cases.

8. I am or was co-lead counsel on many wage and hour cases that district courts have certified as class actions and/or collective actions, including *Torres v. Gristede's Operating Corp.*, No. 04 Civ. 3316, 2006 WL 2819730 (S.D.N.Y. Sept. 29. 2006), in which the Court granted summary judgment in favor of Plaintiffs and a class of more than 300 grocery store workers. 628 F. Supp. 2d 447 (S.D.N.Y. Aug. 28, 2008). Others include *Lauture v. A.C. Moore Arts & Crafts, Inc.*, No. 17 Civ. 10219, 2017 WL 6460244, at *1 (D. Mass. June 8, 2017) (approving settlement of nationwide FLSA collective action settlement); *Blum v. Merrill Lynch & Co.*, Nos. 15 Civ. 1636, 15 Civ. 2960, slip op. at 2 (S.D.N.Y. May 6, 2016) (same); *Puglisi v. T.D. Bank, N.A.*, No. 13 Civ. 637, 2015 WL 4608655, at *1 (E.D.N.Y. July 30, 2015) (certifying class and approving settlement of nationwide wage and hour class and collective action); *Aboud v. Charles Schwab & Co.*, No. 14 Civ. 2712, 2014 WL 5794655, at *2-4 (S.D.N.Y. Nov. 4, 2014) (same); *Perez v. Allstate Ins. Co.*, No. 11 Civ. 1812, 2014 WL 4635745, at *25 (E.D.N.Y. Sept. 16, 2014) (appointing O&G as class counsel); *Clem v. KeyBank*, No. 13 Civ. 789, 2014 WL 2895918, at *2-4 (S.D.N.Y. June 20, 2014) (certifying class and approving settlement of nationwide wage and hour class and collective action); *Yuzary v. HSBC Bank USA, N.A.*, No. 12 Civ. 3693, 2013 WL 5492998, at *2-4 (S.D.N.Y. Oct. 2, 2013) (certifying class action under New York Labor Law and appointing O&G as class counsel); *Beckman v. KeyBank, N.A.*, 293 F.R.D. 467, 472-76 (S.D.N.Y. 2013) (certifying class and approving settlement of nationwide wage and hour class and collective action).

9. I am a member of the National Employment Lawyers Association ("NELA") and formerly served on the Executive Board of its New York Chapter ("NELA/NY"). I recently served on the Fair Labor Standards Act Protocols Committee formed by the Institute for Advancement of the American Legal System ("IAALS"), which drafted IAALS's Initial Discovery Protocols for Fair Labor Standards Act Cases. I am a former co-chair of NELA's Fair Labor Standards Act Committee. I served on the Civil Rights Committee of the New York City Bar Association of the Bar of the City of New York from 2005 through 2008 and the Committee on Labor and Employment Law from September 2002 until June 2005. I was co-chair of the American Bar Association Labor and Employment Law Section Ethics and Professional Responsibility Committee from 2006 through 2009, and am a member of its Equal Employment Opportunity Committee.

10. I speak frequently on employment law issues, including wage and hour issues and discrimination issues. I have recently been a faculty member for continuing legal education programs focused on employment law and ethics sponsored by the American Bar Association Section of Labor and Employment Law; the New York State Bar Association Labor and Employment Law Section; the New York City Bar Committee on Labor and Employment Law, NELA, and the Practicing Law Institute, among others.

11. In connection with my work, I regularly read the New York Law Journal, advance sheets, and other literature related to employment law and class action law developments. I attend workshops and seminars at least four times per year sponsored by NELA, NELA/NY, the American Bar Association, and other organizations.

12. In addition, the following attorneys at O&G are actively involved in representing Plaintiff and the putative class:

    a.  Michael C. Danna is an Associate at O&G and a member of the firm's Class Action Practice Group.  Prior to joining the firm, Mr. Danna clerked for the Honorable Tanya S. Chutkan on the U.S. District Court for the District of Columbia.  He received his B.A. from Brown University and his J.D., *cum laude*, from New York University School of Law, where he was a Root-Tilden-Kern Public Interest Scholar.  Mr. Danna is admitted to practice in New York and the United States District Court for the Western, Eastern, and Southern Districts of New York.

    b.  Hannah Cole-Chu is an Associate at O&G and a member of the firm's Class Action Practice Group.  Prior to joining the firm, she clerked for the Honorable Alvin W. Thompson of the U.S. District Court for the District of Connecticut.  She received her B.A. from Bard College and her J.D., *magna cum laude*, from the University of Maryland Francis King Carey School of Law.  Ms. Cole-Chu is admitted to practice in Maryland, the District of Columbia, the United States District Courts for the District of Maryland and District of Columbia, and *pro hac vice* before this Court.

    c.  Theanne Liu Svedman is an Associate at O&G and a member of the firm's Class Action Practice Group.  Prior to joining the firm in July 2021, Ms. Liu Svedman was a Litigation Fellow at AARP Foundation in Washington, D.C.  Ms. Liu Svedman received her J.D. from Washington University in St. Louis School of Law.  Ms. Liu Svedman also received her M.S.W. from the Brown School at Washington University in St. Louis in 2020, and B.A., *cum laude* from Northwestern University in 2016.  She is admitted to the New York State Bar and the United States District Court for the Southern and Eastern Districts of New York.

13.  O&G is nationally recognized for its expertise in litigating complex class actions, including wage and hour cases like this one.  *See, e.g.*, *Strauch v. Computer Sciences Corp.*, No.

14 Civ. 956 (D. Conn.) (unanimous jury verdict for plaintiffs on classwide basis, with willfulness finding, in December 2017; settlement for $17.6 million in 2021) (technical support worker exemption misclassification claims); *Ballinger v. Advance Magazine Publishers, Inc.*, No. 13 Civ. 4036, 2014 WL 7495092, at *7 (S.D.N.Y. Dec. 29, 2014) (appointing O&G as class counsel, explaining that "[b]ased on the firm's performance before [the court] in this and other cases and its work in the foregoing and other cases, [the court has] no question that it will prosecute the interests of the class vigorously"); *Beckman*, 293 F.R.D. at 477 (noting that O&G "are experienced employment lawyers with good reputations among the employment law bar"); *Yuzary v. HSBC USA, N.A.*, No. 12 Civ. 3693, 2013 WL 1832181, at *4 (S.D.N.Y. Apr. 30, 2013) (appointing O&G as class counsel); *Capsolas*, 2012 WL 1656920, at *2 (appointing O&G as class counsel and noting O&G attorneys "have years of experience prosecuting and settling wage and hour class actions, and are well-versed in wage and hour law and in class action law"); *Morris v. Affinity Health Plan, Inc.*, 859 F. Supp. 2d 611, 622 (S.D.N.Y. 2012) (O&G attorneys "have substantial experience prosecuting wage and hour and other employment-based class and collective actions"); *McMahon v. Olivier Cheng Catering & Events, LLC*, No. 08 Civ. 8713, 2010 WL 2399328, at *6 (S.D.N.Y. Mar. 3, 2010) (O&G "are experienced employment lawyers with good reputations among the employment law bar . . . [and] have prosecuted and favorably settled many employment law class actions, including wage and hour class actions"); *Damassia v. Duane Reade, Inc.*, 250 F.R.D. 152, 158 (S.D.N.Y. 2008) (O&G lawyers have "an established record of competent and successful prosecution of large wage and hour class actions, and the

attorneys working on the case are likewise competent and experienced in the area").

**Procedural and Factual Information**

14. Plaintiffs and Defendant Mike Bloomberg 2020, Inc. ("Bloomberg") have engaged in discovery since 2020.

15. Plaintiffs have responded to 32 total sets of requests for production, 23 sets of interrogatories, and 19 sets of requests for admission, and have produced 3,982 documents in total.

16. Plaintiffs have also taken the depositions of four Bloomberg employees in this matter and an additional deposition in a related matter. Bloomberg has responded to 5 sets of requests for production, 2 sets of interrogatories, and 1 set of requests for admission, has produced 60,509 documents, and has taken the depositions of 20 Plaintiffs and opt-in Plaintiffs.

17. Pre-certification fact discovery has now closed.

18. Based on Bloomberg's document production, there are 205 individuals in the California class; 104 individuals in the New York class; 77 individuals in the Illinois class; 86 individuals in the North Carolina class; 67 individuals in the Michigan class; 42 individuals in the Wisconsin class; and 31 individuals in the Minnesota class.

19. The Class Representatives do not have interests antagonistic to the class and they have demonstrated a commitment to the class by assisting with the prosecution of the case and participating in discovery.

20. Class Representatives have participated in numerous rounds of written discovery, including responding to document requests, interrogatories, and requests for admission, and have produced thousands of documents.

21. Further, Class Representatives Wheatley-Diaz and Doherty have endured subpoenas served on their former employer and university, respectively.

22. Class Representatives have also each set for full depositions.

23. Plaintiffs' Counsel have performed significant work and committed substantial resources to investigating and prosecuting the class claims. They engaged in extensive discovery, including preparing responses to 74 total sets of discovery, as well as briefing numerous discovery-related motions; reviewed the over 60,000 documents produced by Bloomberg; prepared Class Representatives and 11 other Plaintiffs and opt-in Plaintiffs for their depositions; and took the deposition of four Bloomberg officials.

24. Plaintiffs are unaware of any other pending litigation by members of the proposed classes regarding the correct classification of Field Organizers in the Class States.

**Exhibits**

25. Attached as **Exhibit 1** is a true and correct copy of a Feb. 18, 2020 Email from C. Coleman, produced at Bates number MB2020_Wood_00018293.

26. Attached as **Exhibit 2** is a true and correct copy of a Feb. 22, 2020 Email from L. Gonzales, produced at Bates number MB2020_Wood_00020742.

27. Attached as **Exhibit 3** is a true and correct copy of the Persuasion GOTV Training Template, produced at Bates number MB2020_Wood_00042498.

28. Attached as **Exhibit 4** is a true and correct copy of a Voter Contact Script, produced at Bates number MB2020_Wood_00042524.

29. Attached as **Exhibit 5** is a true and correct copy of a Feb. 4, 2020 Memo re States Team Expenses, produced at Bates number MB2020_Wood_00042547.

30. Attached as **Exhibit 6** is a true and correct copy of the FO Job Description, produced at Bates number MB2020_Wood_00089188.

31. Attached as **Exhibit 7** is a true and correct copy of the ROD Job Description, produced at Bates number MB2020_Wood_00089190.

32. Attached as **Exhibit 8** is a true and correct copy of the Interview Notes Template, produced at Bates number MB2020_Wood_00091870.

33. Attached as **Exhibit 9** is a true and correct copy of a Jan. 31, 2020 Email from C. Curry, produced at Bates number MB2020_Wood_00097173.

34. Attached as **Exhibit 10** is a true and correct copy of a Jan. 28, 2020 Email from C. Curry, produced at Bates number MB2020_Wood_00097211.

35. Attached as **Exhibit 11** is a true and correct copy of the Canvassing Toolkit, produced at Bates number MB2020_Wood_00097256.

36. Attached as **Exhibit 12** is a true and correct copy of the Phonebanking Toolkit, produced at Bates number MB2020_Wood_00097271.

37. Attached as **Exhibit 13** is a true and correct copy of a Feb. 26, 2020 Email from C. Curry, produced at Bates number MB2020_Wood_00097381.

38. Attached as **Exhibit 14** is a true and correct copy of the FO Job Description, produced at Bates number MB2020_Wood_00097532.

39. Attached as **Exhibit 15** is a true and correct copy of the FO Recruiter Screening Script, produced at Bates number MB2020_Wood_00097557.

40. Attached as **Exhibit 16** is a true and correct copy of a Jan. 14, 2020 Email from K. Sayers, produced at Bates number MB2020_Wood_00097877.

41. Attached as **Exhibit 17** is a true and correct copy of a Feb. 17, 2020 Email from M. Simpson, produced at Bates number MB2020_Wood_00110781.

42. Attached as **Exhibit 18** is a true and correct copy of the Persuasion GOTV Phone/Canvass Script, produced at Bates number MB2020_Wood_00158784.

43. Attached as **Exhibit 19** is a true and correct copy of an Organizer Schedule Template, produced at Bates number MB2020_Wood_00159999.

44. Attached as **Exhibit 20** is a true and correct copy of an Organizer Checklist, produced at Bates number MB2020_Wood_00160000.

45. Attached as **Exhibit 21** is a true and correct copy of a Feb. 15, 2020 Email from L. Bubar, produced at Bates number MB2020_Wood_00163809.

46. Attached as **Exhibit 22** is a true and correct copy of a Jan. 25, 2020 Email from D. Allard, produced at Bates number MB2020_Wood_00165002.

47. Attached as **Exhibit 23** is a true and correct copy of a Jan. 24, 2020 Email from S. Pierre, produced at Bates number MB2020_Wood_00165180.

48. Attached as **Exhibit 24** is a true and correct copy of a Jan. 22, 2020 Email from S. Olcese, produced at Bates number MB2020_Wood_00165244.

49. Attached as **Exhibit 25** is a true and correct copy of a Jan. 25, 2020 Email from M. Glassman, produced at Bates number MB2020_Wood_00165282.

50. Attached as **Exhibit 26** is a true and correct copy of a Feb. 28, 2020 Email from K. Green, produced at Bates number MB2020_Wood_00165596.

51. Attached as **Exhibit 27** is a true and correct copy of a Feb. 28, 2020 Email from K. Lopes, produced at Bates number MB2020_Wood_00165602.

52. Attached as **Exhibit 28** is a true and correct copy of a Feb. 29, 2020 Email from D. DeFoe, produced at Bates number MB2020_Wood_00165942.

53. Attached as **Exhibit 29** is a true and correct copy of a Jan. 21, 2020 Email from D. DeFoe, produced at Bates number MB2020_Wood_00166176.

54. Attached as **Exhibit 30** is a true and correct copy of a Jan. 27, 2020 Email from M. Blakeley, produced at Bates number MB2020_Wood_00172924.

55. Attached as **Exhibit 31** is a true and correct copy of a Feb. 28, 2020 Email from J. Webb, produced at Bates number MB2020_Wood_00173284.

56. Attached as **Exhibit 32** is a true and correct copy of a Feb. 4, 2020 Email from J. Webb, produced at Bates number MB2020_Wood_00173373.

57. Attached as **Exhibit 33** is a true and correct copy of a Feb. 14, 2020 Email from J. Webb, produced at Bates number MB2020_Wood_00173423.

58. Attached as **Exhibit 34** is a true and correct copy of a Feb. 16, 2020 Email from N. Groh, produced at Bates number MB2020_Wood_00173497.

59. Attached as **Exhibit 35** is a true and correct copy of a Feb. 2, 2020 Email from M. Elem, produced at Bates number MB2020_Wood_00173527.

60. Attached as **Exhibit 36** is a true and correct copy of a Feb. 17, 2020 Email from J. Web, produced at Bates number MB2020_Wood_00173576.

61. Attached as **Exhibit 37** is a true and correct copy of a Feb. 19, 2020 Email from M. Brown, produced at Bates number MB2020_Wood_00174303.

62. Attached as **Exhibit 38** is a true and correct copy of a Feb. 26, 2020 Email from M. Tracy, produced at Bates number MB2020_Wood_00175108.

63. Attached as **Exhibit 39** is a true and correct copy of a Feb. 22, 2020 Email from T. Orabuena, produced at Bates number MB2020_Wood_00175611.

64. Attached as **Exhibit 40** is a true and correct copy of a Feb. 4, 2020 Email from R. Briendel, produced at Bates number MB2020_Wood_00175799.

65. Attached as **Exhibit 41** is a true and correct copy of a Jan. 29, 2020 Email from J. Mitchell, produced at Bates number MB2020_Wood_00175878.

66. Attached as **Exhibit 42** is a true and correct copy of a Feb. 13, 2020 Email from E. Nygren, produced at Bates number MB2020_Wood_00177876.

67. Attached as **Exhibit 43** is a true and correct copy of WI Organizing Onboarding, produced at Bates number MB2020_Wood_00181153.

68. Attached as **Exhibit 44** is a true and correct copy of Hustle 101, produced at Bates number MB2020_Wood_00186820.

69. Attached as **Exhibit 45** is a true and correct copy of Making Calls with ThruTalk, produced at Bates number MB2020_Wood_00186822.

70. Attached as **Exhibit 46** is a true and correct copy of Talking Points, produced at Bates number MB2020_Wood_00186888.

71. Attached as **Exhibit 47** is a true and correct copy of a Feb. 14, 2020 Update, produced at Bates number P000235.

72. Attached as **Exhibit 48** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated March 20, 2023.

73. Attached as **Exhibit 49** is a true and correct copy of excerpts of the deposition transcript of Daniel Kanninen, dated January 19, 2023.

74. Attached as **Exhibit 50** is a true and correct copy of excerpts of the deposition transcript of Megan Simpson, dated November 17, 2022.

75. Attached as **Exhibit 51** is a true and correct copy of excerpts of the deposition transcript of Daniel Ensign, dated February 3, 2023.

76. Attached as **Exhibit 52** is a true and correct copy of excerpts of the deposition transcript of Katherine Sayers, dated October 7, 2022.

77. Attached as **Exhibit 53** is a true and correct copy of excerpts of the Rule 30(b)(6) deposition transcript of Defendant Mike Bloomberg 2020, Inc. in the related litigation *Sinclair v. Mike Bloomberg, 2020, Inc.*, No. 20 Civ. 4528 (S.D.N.Y.), dated September 12, 2022.

78. Attached as **Exhibit 54** is a true and correct copy of excerpts of the deposition transcript of Robin Ceppos, dated October 24, 2022.

79. Attached as **Exhibit 55** is a true and correct copy of excerpts of the deposition transcript of Nicholas Coker, dated April 6, 2023.

80. Attached as **Exhibit 56** is a true and correct copy of excerpts of the deposition transcript of Aaron Summers, dated March 29, 2023.

81. Attached as **Exhibit 57** is a true and correct copy of excerpts of the deposition transcript of Alexandria Marie Wheatley-Diaz, dated November 11, 2022.

82. Attached as **Exhibit 58** is a true and correct copy of excerpts of the deposition transcript of Max Goldstein, dated November 7, 2022.

83. Attached as **Exhibit 59** is a true and correct copy of excerpts of the deposition transcript of Caelan Doherty, dated November 22, 2022.

84. Attached as **Exhibit 60** is a true and correct copy of excerpts of the deposition transcript of James Kyle Newman, dated November 7, 2022.

85. Attached as **Exhibit 61** is a true and correct copy of excerpts of the deposition transcript of Kyle Morton, dated October 28, 2022.

86. Attached as **Exhibit 62** is a true and correct copy of excerpts of the deposition transcript of Lakisha Watson-Moore, dated November 15, 2022.

87. Attached as **Exhibit 63** is a true and correct copy of excerpts of the deposition transcript of Tristan Angulo, dated May 5, 2023.

88. Attached as **Exhibit 64** is a true and correct copy of excerpts of the deposition transcript of Bridget Logan, dated October 10, 2022.

89. Attached as **Exhibit 65** is a true and correct copy of excerpts of the deposition transcript of Angelo Jaramillo, dated November 4, 2022.

90. Attached as **Exhibit 66** is a true and correct copy of the Declaration of Audra Waylett, dated March 31, 2020.

91. Attached as **Exhibit 67** is a true and correct copy of the Declaration of Matthew Kelly, dated March 30, 2020.

92. Attached as **Exhibit 68** is a true and correct copy of the Declaration of Zia Oram, dated March 30, 2020.

93. Attached as **Exhibit 69** is a true and correct copy of the Declaration of Antonio Smith, dated March 29, 2023.

94. Attached as **Exhibit 70** is a true and correct copy of the Declaration of Corey Cusick, dated March 29, 2023.

95. Attached as **Exhibit 71** is a true and correct copy of the Declaration of Chris Soth, dated March 29, 2023.

96. Attached as **Exhibit 72** is a true and correct copy of the Declaration of Daniel Braden, dated March 29, 2023.

97. Attached as **Exhibit 73** is a true and correct copy of the Declaration of Elizabeth Benigni, dated March 28, 2023.

98. Attached as **Exhibit 74** is a true and correct copy of the Declaration of Jane Conrad, dated March 29, 2023.

99. Attached as **Exhibit 75** is a true and correct copy of the Declaration of Jared Muskovitz, dated March 29, 2023.

100. Attached as **Exhibit 76** is a true and correct copy of the Declaration of Johnathon Bush, dated March 29, 2023.

101. Attached as **Exhibit 77** is a true and correct copy of the Declaration of Saul Eugene, dated March 29, 2023.

102. Attached as **Exhibit 78** is a true and correct copy of the Declaration of Sammie Walthour, dated March 29, 2023.

103. Attached as **Exhibit 79** is a true and correct copy of the Declaration of Wesley Butler, dated March 29, 2023.

104. Attached as **Exhibit 80** is a true and correct copy of the Declaration of Shavon Washington, dated April 7, 2023.

105. Attached as **Exhibit 81** is a true and correct copy of the Declaration of La Keisha Adams, dated March 29, 2023.

106. Attached as **Exhibit 82** is a true and correct copy of the Declaration of DaQuann Harrison, dated April 12, 2023.

107. Attached as **Exhibit 83** is a true and correct copy of the Declaration of Maria Castillo, dated April 11, 2023.

108. Attached as **Exhibit 84** is a true and correct copy of the Declaration of Jennifer Reilly, dated April 12, 2023.

109. Attached as **Exhibit 85** is a true and correct copy of the Declaration of Tiera Defoe, dated April 12, 2023.

110. Attached as **Exhibit 86** is a true and correct copy of the Declaration of Albertina Jackson-Brown, dated April 25, 2023.

111. Attached as **Exhibit 87** is a true and correct copy of the Declaration of Henry Beard, dated April 27, 2023.

112. Attached as **Exhibit 88** is a true and correct copy of the Declaration of Chris Tribble, dated May 1, 2023.

113. Attached as **Exhibit 89** is a true and correct copy of the Declaration of Miosotis Munoz, dated April 12, 2023.

114. Attached as **Exhibit 90** is a true and correct copy of the Declaration of Sebastian Jones, dated April 12, 2023.

115. Attached as **Exhibit 91** is a true and correct copy of the Declaration of Lionel Hall, dated May 19, 2023.

116. Attached as **Exhibit 92** is a true and correct copy of the Declaration of Byron Hill, dated May 20, 2023.

117. Attached as **Exhibit 93** is a true and correct copy of the Declaration of John Kim, dated May 3, 2023.

118. Attached as **Exhibit 94** is a true and correct copy of the Declaration of Noureldir Almahameed, dated August 10, 2023.

119. Attached as **Exhibit 95** is a true and correct copy of the Declaration of Cristin Nazario, dated August 11, 2023.

120. Attached as **Exhibit 96** is a true and correct copy of the Declaration of Elizabeth Bowman, dated August 11, 2023.

121. Attached as **Exhibit 97** is a true and correct copy of the Declaration of Jegesh Patel, dated August 14, 2023.

122. Attached as **Exhibit 98** is a true and correct copy of the Declaration of Oliver Shawn, dated May 26, 2023.

123. Attached as **Exhibit 99** is a true and correct copy of the Declaration of Caelan Doherty, dated March 31, 2020.

124. Attached as **Exhibit 100** is a true and correct copy of the Declaration of James Kyle Newman, dated March 31, 2020.

125. Attached as **Exhibit 101** is a true and correct copy of the Declaration of Bridget Logan, dated March 30, 2020.

126. Attached as **Exhibit 102** is a true and correct copy of the Declaration of Lakisha Watson-Moore, dated March 30, 2020.

127. Attached as **Exhibit 103** is a true and correct copy of the Declaration of Eric Stone, dated August 15, 2023.

128. Attached as **Exhibit 104** is a true and correct copy of the Declaration of Isabel Anderson, dated August 15, 2023.

129. Attached as **Exhibit 105** is a true and correct copy of the Declaration of Jennifer Alva, dated August 15, 2023.

130. Attached as **Exhibit 106** is a true and correct copy of the Declaration of Robin Ceppos, dated March 31, 2020.

131. Attached as **Exhibit 107** is a true and correct copy of the Declaration of Michael Palitz, dated August 16, 2023.

\*     \*     \*

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: New York, NY
       August 16, 2023

                                                */s/ Justin M. Swartz*
                                                Justin M. Swartz
                                                **OUTTEN & GOLDEN LLP**
                                                685 Third Avenue, 25th Floor
                                                New York, NY 10017
                                                Telephone: (212) 245-1000
                                                Facsimile: (646) 509-2060
                                                jms@outtengolden.com

## CERTIFICATION OF SERVICE

      I hereby certify that on August 16, 2023, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: */s/ Justin M. Swartz*
           Justin M. Swartz