# Exhibit 2

[DOCUMENT TO BE FILED UNDER SEAL]