# Exhibit 3

[DOCUMENT TO BE FILED UNDER SEAL]