# Exhibit 4

[DOCUMENT TO BE FILED UNDER SEAL]