# Exhibit 5

[DOCUMENT TO BE FILED UNDER SEAL]