# Exhibit 6



# Mike Bloomberg 2020 Campaign Team

## Field Organizer
Multiple Locations

Mike Bloomberg 2020 is building a team of talented, hardworking colleagues to share Mike's vision for America with voters around the country. Our approach is rooted in Mike's unique experience and success across the fields of government, business, and philanthropy. We are searching for people who share Mike's values of honesty, integrity, and inclusion to join us.

## How can you help Mike?

As a Field Organizer you'll execute the overall field strategy in your assigned state and maximize the campaign's outreach to key constituency groups. A field organizer is the eyes and ears of the campaign and someone who will be responsible for daily and weekly goals, all of which will be reported and tracked by the State Leadership Team. This position will report to the Regional Organizing Director.

## Your responsibilities will include:

- Being accountable for reaching individual goals and metrics outlined in the field plan by Regional Organizing Directors.
- Serving as a campaign representative within the state with community members, voters and volunteers.
- Individual daily goals may include making phone calls, knocking on doors, and sending text messages to voters in your area.
- Recruiting, training, and managing volunteers.
- Work with key organizational and community allies to plan creative, engaging, and effective events.
- Various other duties as assigned.

## You'll need to have:

- Exceptionally well-organized and strong time management skills
- Strong interpersonal skills and ability to communicate with people from different backgrounds
- Flexible, adaptable and solutions-oriented
- Ability to meet tight deadlines under pressure
- Comfortable with using technology including SMS, social media platforms and voter database
- Ability to work long and irregular hours in a fast paced, metrics- driven work environment (expect to work 7 days/ week on an average week)
- Has access to a vehicle or other reliable transportation; ability to relocate as necessary
- Commitment to electing Mike Bloomberg

We're proud to provide all Mike Bloomberg 2020 full-time employees with a competitive salary and comprehensive benefits coverage including health care, vision, and dental insurance.

Mike Bloomberg 2020 is an equal opportunities employer, and we value diversity at our organization. We do not discriminate on the basis of race, religion, color, national origin, sex, gender identify and expression, ethnicity, sexual orientation, age, marital status, veteran status, or disability status.

MB2020_Wood_00089189