# Exhibit 7



# Mike Bloomberg 2020 Campaign Team

## Regional Organizing Director
Multiple Locations

Mike Bloomberg 2020 is building a team of talented, hardworking colleagues to share Mike's vision for America with voters around the country. Our approach is rooted in Mike's unique experience and success across the fields of government, business, and philanthropy. We are searching for people who share Mike's values of honesty, integrity, and inclusion to join us.

**How can you help Mike?**
As a Regional Organizing Director you'll execute the overall field strategy in each state and maximize the campaign's outreach to key constituency groups. The organizing director's work will be carried out by a number of field organizers (FOs). You'll report to the State Organizing Director.

**Your responsibilities will include:**

- Managing a team of Field Organizing Directors.
- Hiring, leading, training and mentoring field team.
- Being accountable for reaching state-wide goals and metrics outlined in the field plan by State Organizing Director.
- Identifying and tracking field staff progress to daily and weekly goals
- Serving as a campaign representative within the state with activists and state-wide leadership.

**You'll need to have:**

- One cycle of political field or comparable political experience or issue related campaign/organizational management.
- A flexible, adaptive and composed attitude.
- An innate ability to execute under pressure and stay on task.
- Experience with CRM and tracking reporting process.
- Phenomenal work ethic; with long hours and weekends needed
- Full clean driving licence is preferred

We're proud to provide all Mike Bloomberg 2020 full-time employees with an attractive salary and comprehensive benefits coverage including health care, vision, and dental insurance.

Mike Bloomberg 2020 is an equal opportunities employer, and we value diversity at our organization. We do not discriminate on the basis of race, religion, color, national origin, sex, gender identify and expression, ethnicity, sexual orientation, age, marital status, veteran status, or disability status.

MB2020_Wood_00089190