# Exhibit 8

[DOCUMENT TO BE FILED UNDER SEAL]