# Exhibit 9

[DOCUMENT TO BE FILED UNDER SEAL]