# Exhibit 10

[DOCUMENT TO BE FILED UNDER SEAL]