# Exhibit 11

[DOCUMENT TO BE FILED UNDER SEAL]