# Exhibit 12

[DOCUMENT TO BE FILED UNDER SEAL]