# Exhibit 13

[DOCUMENT TO BE FILED UNDER SEAL]