# Exhibit 14

[DOCUMENT TO BE FILED UNDER SEAL]