# Exhibit 15

[DOCUMENT TO BE FILED UNDER SEAL]