# Exhibit 16

[DOCUMENT TO BE FILED UNDER SEAL]