# Exhibit 17

[DOCUMENT TO BE FILED UNDER SEAL]