# Exhibit 18

[DOCUMENT TO BE FILED UNDER SEAL]