# Exhibit 19

[DOCUMENT TO BE FILED UNDER SEAL]