# Exhibit 28

[DOCUMENT TO BE FILED UNDER SEAL]