# Exhibit 29

[DOCUMENT TO BE FILED UNDER SEAL]