# Exhibit 30

[DOCUMENT TO BE FILED UNDER SEAL]