# Exhibit 31

[DOCUMENT TO BE FILED UNDER SEAL]