# Exhibit 32

[DOCUMENT TO BE FILED UNDER SEAL]