# Exhibit 33

[DOCUMENT TO BE FILED UNDER SEAL]