# Exhibit 34

[DOCUMENT TO BE FILED UNDER SEAL]