# Exhibit 35

[DOCUMENT TO BE FILED UNDER SEAL]