# Exhibit 36

[DOCUMENT TO BE FILED UNDER SEAL]