# Exhibit 37

[DOCUMENT TO BE FILED UNDER SEAL]