# Exhibit 38

[DOCUMENT TO BE FILED UNDER SEAL]