# Exhibit 39

[DOCUMENT TO BE FILED UNDER SEAL]