# Exhibit 40

[DOCUMENT TO BE FILED UNDER SEAL]