# Exhibit 41

[DOCUMENT TO BE FILED UNDER SEAL]