# Exhibit 42

[DOCUMENT TO BE FILED UNDER SEAL]