# Exhibit 43

[DOCUMENT TO BE FILED UNDER SEAL]