# Exhibit 44

[DOCUMENT TO BE FILED UNDER SEAL]