# Exhibit 45

[DOCUMENT TO BE FILED UNDER SEAL]