# Exhibit 46

[DOCUMENT TO BE FILED UNDER SEAL]