# Exhibit 47

# Feb 14th Update for Organizing Team

CA Organizing Staff Schedule - Link to View

FOs, RODs, and DODs have a 60 hour work week with an optional rest day.
ThruTalk Dialer hours have been decreased from 6 to 4 per day.

### DOD Time

*Primarily managing RODs and regional program.*

### ROD Time

*Primarily executing FO management, volunteer management, and office management. Joining on voter persuasion and volunteer recruitment when not focused on above.*

### FO Time

*Primarily executing voter persuasion and volunteer recruitment*
40% - ThruTalk Dialer
20% - MyCampaign Volunteer Recruitment
15% - Breaks/Prep
13% - Hustle (when we have it)
8% - Team Check-in Calls
5% - Outvote

## Goals

### Field Organizer Goals

|  |  | ThruTalk Dialer | MyCampaign Volunteer Recruitment |
|---|---|---|---|
| Week 2 | Fri 2/14 - Thurs 2/20 | 100 convos/day or 600 for the week | Recruit volunteers to complete 8 ThruTalk shifts in office |
| Week 1 | Fri 2/21 - Thurs 2/27 | 110 convos/day or 720 for the week | Recruit volunteers to complete 8 ThruTalk shifts in office |
| Week 0 | Fri 2/28 - Tues 3/3 | 120 convos/day or 600 for the week | TBD |

### Regional Organizing Director Goals

|  |  | ThruTalk Dialer | MyCampaign Volunteer Recruitment |
|---|---|---|---|
| Week 2 | Fri 2/14 - Thurs 2/20 | 50 convos/day or 300 for the week | Recruit volunteers to complete 8 ThruTalk shifts in office |
| Week 1 | Fri 2/21 - Thurs 2/27 | 55 convos/day or 360 for the week | Recruit volunteers to complete 8 ThruTalk shifts in office |
| Week 0 | Fri 2/28 - Tues 3/3 | 60 convos/day or 300 for the week | TBD |

## CA Organizer Percent To Goal Report (PTG) - Link to View

The Data Team is updating the PTG to reflect the new goals.
- Organizers receive credit for their work in ThruTalk by entering their name in the log in process the same way it is spelled in the PTG. If ThruTalk is down during a scheduled shift, organizers will receive credit for moving to MyVoters in VoteBuilder, or MyCampaign in VoteBuilder as directed by their manager.
- Organizers receive credit for their volunteer recruitment work by keeping a tally of how many shifts they recruit per day and reporting it in their nightly reports (see more on nightly reports). Managers then compare shift numbers in the PTG.

## ThruTalk Dialer

Please make sure staff is logged on and calling at the times designated in the schedule. We cannot reach maximum output through the dialer if we don't get everyone (and our volunteers) on it at once.

Here is the CA Bloomberg ThruTalk Dialer Guide, where you'll find the correct url and service dropdown for today. The shift times in the guide will be updated to reflect the new schedule once the staff receives the schedule.

If you notice that there are no more calls available, i.e. it is taking 5 minutes to be connected with a voter, please ping the Data Team on Slack.

Managers should use the PTG to check and troubleshoot with staff, as well as stay active on Slack, in real time.

## Volunteer Shift Times/Mobilize Events

We are no longer scheduling volunteer events that are not phone banks. The digital team is posting all of our future events our offices (see more on offices). If there are special events like rallies with the candidate or policy roundtables, those requests will go from politi-comms to digital.

Volunteer shifts are 3 hours, including training. The schedule for every day, including weekdays, weekends, and Election Day is:
- 10am - 1pm

      1pm - 4pm
      4pm - 7pm

Note: As of yesterday, there are 27 offices. 11 of them have Wi-Fi strong enough for dialer, 16 of them do not. But the operations timeline has everything at 100% at the latest by 2/19. If the Wi-Fi is not 100%, volunteers should still phone bank on VoteBuilder MyVoters using the available Wi-Fi or your Bloomberg phone hotspots.

## Volunteer Asks in Order of Priority

*If you do not have extra laptops, ask the volunteer to bring their own.*
1. **#1 Priority ThruTalk Dialer** - ask them to join you.
2. If your office is not set up with Wi-Fi, ask them to join you on **#2 Priority MyVoters calls in VoteBuilder**.
3. If your office is not set up with Wi-Fi, and MyVoters is not available, ask them to join you on **#3 Priority MyCampaign calls in VoteBuilder**.

*This list of priorities may change. If volunteers are not willing/able to do any of the above:*
1. ***Shift them for an undefined shift during GOTV***
2. If that doesn't work, they can deliver lawn signs [via MiniVAN](). See [more on lawn signs]() below.
3. When we have Hustle, we will ask volunteers to do Hustle. Program TBD.

## Volunteer Recruitment - MyCampaign & Mobilize

### My Campaign Lists for Staff

We are moving back to a single statewide MyCampaign Volunteer Recruitment list to call the thousands of online sign ups who we need to ask to volunteer for the final four days. These folks signed up without giving us their address, so we don't know where they live. We also haven't reached out to them yet because they weren't in our lists.

This is our number one priority in MyCampaign, so we've deactivated all other lists. Everyone should call into this. When you reach someone and you're ready to schedule them to volunteer through [https://www.mobilize.us/mikebloombergca/](https://www.mobilize.us/mikebloombergca/), you'll need to confirm their zip code to find the closest event near them.

The VPB is called "MyC no CD," and you can access this from MyCampaign.



The goal of these calls is to recruit volunteers to take action with the campaign, and it's how you'll hit your recruitment goals.

## My Campaign Lists for Volunteers

If ThruTalk dialer is down, volunteers should get on MyCampaign calls on the SAME VPBS above for staff. You do not need to create a VoteBuilder account for a volunteer to access the VPB, since they are OPEN VPBs that anyone can call into.

Here's how to find the link to your Open VPB to share with others. If you don't have access, your DOD does! Once a volunteer goes to the Open VPB link (highlighted in the image below) they may need to create an ActionID account, which takes about 2 minutes.



## Volunteer Recruitment Script

Link to script

#### Entering shift sign ups in Mobilize

Mobilize is a great tool that allows volunteers to find phone banks and events nearest them. When you sign up a volunteer to phone bank via MyCampaign calls or any other means, you'll need to confirm their email and enter them into the shift THROUGH MOBILIZE.

Entering them through Mobilize accomplishes a lot:
- It automatically syncs them into VoteBuilder MyCampaign (a couple of times per day, not always right away)
- If you get their permission to receive a text reminder and check the box, they'll get one!
- They will also get an email notification about their shift.

Mobilize does not do the confirmation work for you though. 50% of people will still flake, unless you do multiple rounds of confirmation calls to make sure they come. See below on confirmations.

Note: If you don't not have a good email for someone, call them back to confirm it. Do not enter fake emails into Mobilize.

Link to search for events in California: https://www.mobilize.us/mikebloombergca/



### Confirmation Calls and Process

RODs are responsible for volunteer management and training. They may elevate FOs to assist as needed as long as they are on track with goals.

RODs must ensure sign-in, training, volunteer management during the shifts, closing shifts, and reshifting no-shows.

Here is our CA Bloomberg Confirmation Guidance and Script.

## Shift Closing

Shift closing is the process by which we tell the campaign which volunteers came to our events and which did not. All data is due at the latest by 9 PM each night. RODs are responsible for making sure this is done for the events at their offices.

This is something that the state and national campaign tracks very closely. See CA Bloomberg How to Close Your Shifts if you need help closing your shifts.

## Weekend of Action/GOTV Dry Run

The national campaign is organizing a Weekend of Action on February 22-23. California needs to have 202 Events Statewide, including media, political, organizing events.

Our part is our phone banks, so each office will have 3 shifts on Saturday, and 3 shifts on Sunday, just like in the schedule. Digital is creating the events for us.

We will accomplish our goals as a state if each FO recruits 8 volunteers to phone bank for that week.

On February 22-23 RODs will be responsible for reporting soft volunteer numbers 3-4 times on Saturday and 3-4 times on Sunday. We are waiting on the times from national.

## GOTV (Trainings TBD next week)

## Lawn Signs

We have the optional MiniVAN lawn sign delivery as an option for volunteers, but HQ is likely going to email out and direct people to pick them up at the offices. More on this TBD.

## Office and Contact Information

We currently have 27 offices. Torrance and Pleasanton will open soon, bringing us to 29. Here is a list of our offices.

## Nightly Reports

Nightly reports will continue, however, they will be reset so the questions reflect everything above.