# Exhibit 50

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
DONNA WOOD, CAELAN DOHERTY, MAX
GOLDSTEIN, BRIDGET LOGAN, JAMES
KYLE NEWMAN, ZIA ORAM, ALAN
ROBINSON, ALEXANDRA MARIE
WHEATLEY-DIAZ, individually and on behalf
of all others similarly situated, and CHERYL
BALDWIN, JONATHAN BARRIO, DESMOND
BATTS, GARRETT BECKENBAUGH,
COCHIESE BOWERS, MILES CEPLECHA,
ROBIN CEPPOS, MELINDA CIRILO, JANE
CONRAD, ROBERT CORDOVA, JR.,
CHRISTINE DOCZY, RACHEL DOUGLAS,
THERESA EDWARDS, ELIZA FINK, JASON
FINKELSTEIN, ILSE MENDEZ FRAGA, JOSH
FREDRICKSON, MARIA GONZALEZ,
NATHANIEL ROBERT GROH, BRANDI
HARRIS, PETER KAMARA, MACK
KENNEDY, MADISON OLIVER MAYS,
PATRICK MCHUGH, FRIDA MICHELLE
NARANJO, PAUL MONTEROSSO, REY
MURPHY, JOSEPH NESTOR, LUKE
NICHOLAS, JOSEPHINE OLINGER, ALEC
SILVESTER, DANIEL SMITH, CHRIS SOTH,
AUDRA TELLEZ, CARLOS TORRES,
ELLIOTT TRICOTTI, GLORIA TYLER,
LAKISHA WATSON-MOORE, JESSE
WEINBERG, CLEM WRIGHT, ANOOSH
YARAGHCHIAN, and JESUS ZAMORA,
Individually,

                  Plaintiffs,

          -against-   No. 20 Civ. 2489 (LTS) (GWG)


MIKE BLOOMBERG 2020, INC.,

                  Defendant.
----------------------------------------------x
```



22

1
2    understand what was happening on the
3    ground and worked with our
4    distributed team to make sure we
5    were getting capacity through our
6    volunteers.
7        Q.   What was the nature of the
8    last team that you mentioned?
9        A.   Distributed.
10       Q.   Any other job duties?
11       A.   I managed one person and
12    was -- I was the voice to make sure
13    that organizing pieces were included
14    in all parts of campaign tactics or
15    to be thought about I should say,
16    not necessarily my choosing to be
17    included.
18       Q.   You said that you managed
19    one person, who was that?
20       A.   Erin Phillips, and I am
21    sorry, I misspoke.  There were two
22    people.
23       Q.   Who was the other one?
24       A.   Ella Wodin.
25       Q.   And what were their roles?

23

1
2        A.   Erin was my deputy and Erin
3    was a field analyst.
4        Q.   What Ms. Philips duties as
5    deputy organizing director, is that
6    what her title was?
7        A.   Yes.
8        Q.   I'm sorry.  Let me ask the
9    question a better way.  Withdrawn.
10           What was Erin Phillips's
11    title?
12       A.   Deputy organizing director.
13       Q.   What were her job duties?
14       A.   Supporting me and the
15    duties that I listed before.
16       Q.   And you directly supervised
17    her?
18       A.   Yes.
19       Q.   Would you say that you
20    directed her work on a day-to-day
21    basis?
22       A.   No.
23       Q.   In what ways did you
24    supervise her then?
25       A.   I was her manager, so I

24

1
2    would support her and the tasks that
3    she was working on.  We were
4    partners in this endeavor and I
5    provided her management guidance and
6    support as well in terms of like
7    being -- like a person and how they
8    are doing, and not just like how
9    they are doing at their job.
10       Q.   But you were senior to her?
11       A.   Yes.
12       Q.   Did you review her work?
13       A.   Yes.
14           MS. PHILION:  Objection.
15       Q.   Did you two meet regularly?
16       A.   We sat next to each other.
17       Q.   And so would you discuss
18    your various tasks and objectives on
19    a day-to-day basis?
20       A.   Yes.
21       Q.   And I believe you said that
22    Ella Wodin's position was field
23    analyst, is that correct?
24       A.   Yes.
25       Q.   What were her job duties?

25

1
2        A.   It ranged.  It was -- it
3    was different every day.  Her job
4    was to support Erin and I in our
5    work.
6        Q.   Was her job more of an
7    administrative position?
8        A.   Yes.
9        Q.   One of the job duties you
10    identified was writing and providing
11    structure and guidance to the state
12    teams.  Can you say a little bit
13    more about that, what that entailed?
14       A.   What do you mean by that
15    question?
16       Q.   How did you provide
17    structure and guidance to the state
18    teams?
19       A.   State teams were
20    responsible for writing their own
21    plans.  What we provided was a
22    framework that they could pick and
23    choose what they wanted to include
24    in their plans, and then guidance on
25    how to execute the plans that they





**Page 38**

```
 1
 2        Q.   Do you remember who was in
 3   the meetings?
 4        A.   I don't.
 5        Q.   Do you know that meetings
 6   happened?
 7        A.   I know that it -- it was
 8   the database that we had when I
 9   started.
10        Q.   What is VoteBuilder?
11        A.   It is a database that
12   democrats -- democratic political
13   campaigns use to do their electoral
14   work.
```

**Page 39**

```
12        Q.   Have you used VoteBuilder
13   before?
14        A.   Yes.
15        Q.   Can you walk me through how
16   the campaign used VoteBuilder on a
17   day-to-day basis?
18        A.   It was different in every
19   state is my guess so --
20        Q.   Well, let's start with how
21   you used it.  Did you use it on a
22   day-to-day basis?
23        A.   I did not.
```

**Page 40**

```
25        Q.   And what were the
```

**Page 41**

```
 1
 2   circumstances the campaign would be
 3   asking a voter who they supported?
 4   How did that happen?
 5        A.   Multiple different ways.
 6   Face-to-face conversations, phone
 7   calls, texting, them e-mailing you.
 8        Q.   You also mentioned a call
 9   platform.  What is the call platform
10   that the campaign used?
11        A.   I don't recall.
12        Q.   How did the call platform
13   work?
14        A.   It depends on which one we
15   used, but they all work in that it
16   is an auto dialer, and volunteers
17   and/or whoever was making the calls
18   could log in and it would connect
19   them to an auto dial system and the
20   voter's information would pop up.
21        Q.   Are you familiar with
22   ThruTalk?
23        A.   Yes.
24        Q.   Is ThruTalk the call
25   platform that the campaign used?
```

1
2      A.   I don't recall.  I don't
3   recall.
4      **Q.   You also mentioned tech**
5   **needed for canvassing.  What tech**
6   **was needed for canvassing?**
7      A.   If someone wanted to use a
8   digital list to go knock on doors,
9   there would have been an app to do
10  that.
11     **Q.   Do you recall what the app**
12  **was called?**
13     A.   I do not.
14     **Q.   Are you familiar with VAN?**
15     A.   With what?
16     **Q.   VAN?**
17     A.   That is VoteBuilder.
18     **Q.   Was it a different system**
19  **than VAN and VoteBuilder that the**
20  **campaign used for canvassing?**
21     A.   Sorry, can you repeat that?
22     **Q.   I will ask it in a better**
23  **way.**
24        **Did the campaign use a**
25  **different tech platform than VAN and**

1
2   VoteBuilder for canvassing?
3      A.   I don't remember.
4      **Q.   So for all of these**
5   **platforms and systems, you were**
6   **working with the data team to**
7   **determine what the campaign would**
8   **use?**
9         MS. PHILION:  Objection.
10     A.   No.  No.
11     **Q.   Okay.**
12        **I understood that you**
13  **testified that you worked with the**
14  **data team to make sure that the**
15  **states had the tech they needed.**
16     A.   What I meant --
17     **Q.   I am trying to understand**
18  **how you worked with the data team in**
19  **that capacity?**
20        MS. PHILION:  Objection.
21     A.   What I did is make sure
22  that the states had the information
23  that they needed to use in those
24  systems, not to pick or -- the
25  systems.

1
2      **Q.   Can you tell me a little**
3   **bit more about that, the information**
4   **that you needed to use the systems?**
5         MS. PHILION:  Objection.
6      A.   If you were making calling,
7   you needed a list of voters to call,
8   things like that.
9      **Q.   Can you give me any other**
10  **examples?**
11     A.   If you were -- if we had
12  volunteers texting, they would need
13  to list as well.
14     **Q.   And how were you involved**
15  **in assigning or creating a list of**
16  **voters to states, or field**
17  **organizers or anybody to call?**
18        MS. PHILION:  Objection.
19     A.   Can you repeat your
20  question?
21     **Q.   How were you involved in**
22  **the process of providing lists of**
23  **voters through the technology?**
24     A.   My involvement was to
25  determine how much they needed.

1
2      **Q.   What do you mean by that?**
3      A.   Depending on their
4   volunteer capacity, like how much
5   work could be done.
6      **Q.   When you say "they," what**
7   **do you mean?  Who are you referring**
8   **to?**
9      A.   The team -- the operations
10  in states.
11     **Q.   And did you also determine**
12  **how much the operations in states**
13  **needed in terms of lists of voters**
14  **that you are texting?**
15     A.   I wasn't determining
16  factor.  I communicated what states
17  needed to the -- to the data team or
18  would answer questions from the data
19  team if they had it based on the
20  state's plans that they wrote.
21     **Q.   So was it that the states**
22  **would contact you and say 'I need a**
23  **list of one hundred voters' and you**
24  **would then communicate that request**
25  **to the data team?**





46
1
2      A.   No.
3      Q.   Can you give me an example
4  on how you would communicate what
5  states needed based on their state's
6  plans to the data team?
7      A.   If states had -- had goals
8  that they believed that they could
9  make X number of that calls, making
10 sure the data team knew, that is
11 what they were trying to do and what
12 they were going to need.
13     Q.   And then the data team
14 would provide a list of that number?
15     A.   Sometimes.  They would work
16 with the data person in the state to
17 get it done.
18     Q.   To get what done?
19     A.   To get the list uploaded.

66

1
2          MS. PHILION:  Objection.
3     A.  It depends on the state.
4     Q.  **What about field**
5  **organizers?**
6     A.  Yeah, I said organizers
7  earlier.
8     Q.  **When you say "organizers,"**
9  **do you mean field organizers?**
10    A.  Yes.
11    Q.  **Is there another meaning of**
12 **organizers?**
13    A.  No.
14    Q.  **Was there any employee in**
15 **the organizing structure of the**
16 **campaign that had a lower position**
17 **in the hierarchy?**
18        MS. PHILION:  Objection.
19    A.  Not that I recall.
20    Q.  **Would you describe the**
21 **field organizer's role as an**
22 **entry-level job?**
23        MS. PHILION:  Objection.
24    A.  Yes.
25    Q.  **Did you participate on**

67

1
2  nationwide phone calls with
3  employees of the campaign?
4     A.  Yes.
5     Q.  **Did you ever speak on those**
6  **calls?**
7     A.  Yes.
8     Q.  **Can you tell me a little**
9  **bit about them?  How often were they**
10 **held?**
11    A.  The calls?
12    Q.  **Yes.**
13    A.  Every week.
14    Q.  **And can you just give me a**
15 **general sense of what would be**
16 **discussed on the calls?**
17    A.  The calls were an
18 opportunity for the states on the
19 ground to have a better connection
20 to the national campaign and so it
21 would be updates about anything that
22 was going on.  I would give updates
23 to celebrate successes on the week
24 and to have a moment to have
25 everyone bond and be a part together

68

1
2  as one team.
3     Q.  **And why is that important?**
4     A.  It is part of how you build
5  a culture.
6     Q.  **Can you give examples?**
7     A.  Successes would be Mike --
8  how many people attended a Mike
9  event.  There was a lot of them.
10 You celebrate every little thing.
11    Q.  **Can you think of any other**
12 **examples?**
13    A.  How many yard signs we put
14 up across the county.
15    Q.  **Do you remember that**
16 **number?**
17    A.  I don't.
18    Q.  **And who attended these**
19 **calls?**
20    A.  Headquarters would be
21 anyone on the state's team.  We
22 invited states, but it was up to the
23 states, is my understanding, of who
24 they were -- who invited -- who each
25 state invited.

69

1
2     Q.  **Did you have a way of**
3  **knowing who was on the phone call**
4  **with you?**
5     A.  No.
6     Q.  **We talked a little bit**
7  **today about data.**
8     A.  Okay.
9     Q.  **Did the campaign use data?**
10 **I will start with that question.**
11        MS. PHILION:  Objection
12 to the form of the question.
13    A.  Yes.
14    Q.  **Did the campaign use data**
15 **in its outreach to voters?**
16        MS. PHILION:  Objection
17 to the form of the question.
18    A.  Yes.



70

23    **Q.   And who collected that**
24    **data?**
25        A.   Volunteers, anyone who did

71

1    voter contact.
2        **Q.   Who, besides volunteers,**
3    **did voter contact?**
4        A.   Anyone on the organizing
5    team and other departments.
6        **Q.   Did the campaign have goals**
7    **for reaching a certain number of**
8    **voters on any given day?**
9        A.   The state set their goals.
10        **Q.   So then is that question**
11    **yes, that the campaign had goals for**
12    **voter outreach?**
13        MS. PHILION:  Objection.
14        A.   Each state had goals that
15    they set.
16        **Q.   And do you know what went**
17    **into the setting of those goals?**
18        A.   I don't know what each
19    state -- what they thought when they
20    were setting the goals, but
21    assumptions have to be made to make
22    those goals.
23        **Q.   What do you mean by that,**
24    **assumptions?**

72

1
2        A.   Like how many volunteers
3    you are going to recruit, how many
4    -- how much work a volunteer could
5    do.
6        **Q.   You keep referencing**
7    **volunteers.  What were the -- what**
8    **did volunteers do for the campaign?**
9        A.   Voter contact.
10        **Q.   What do you mean by voter**
11    **contact?  What were -- what do you**
12    **mean by voter contact?**
13        A.   Reaching out to voters to
14    see and talk to them about Mike.
15        **Q.   And how did they reach out**
16    **to voters?**
17        A.   A lot of different ways.
18    It could have been through calls,
19    doors, texting.
20        **Q.   So is it fair to say that**
21    **the campaign engaged volunteers to**
22    **assist in its organizing efforts?**
23        MS. PHILION:  Objection.
24        A.   The campaign -- yes.
25        **Q.   Were volunteers important**

73

1
2    to the campaign?
3        MS. PHILION:  Objection.
4        A.   Volunteers are important to
5    every campaign, so yes.
6        **Q.   Why is that?**
7        A.   Because it is a sign of how
8    supportive your -- and how your
9    campaign is doing.  But also people
10    in their communities are the best
11    advocates for your candidate.
12        **Q.   You mentioned that**
13    **volunteers would engage in voter**
14    **contact through calls, texting and**
15    **canvassing, correct?**
16        A.   That is some of the ways
17    that they could.
18        **Q.   Is this also what field**
19    **organizers did?**
20        A.   Some of the tactics that
21    field organizers would have done,
22    potentially, depending on the state.
23        **Q.   And so when field**
24    **organizers were texting, calling and**
25    **canvassing voters, were they also**

74

1
2    collecting the data we were
3    discussing?
4        A.   The information on who
5    people support, yes.
6        **Q.   How did the field**
7    **organizing programmers know what**
8    **data to collect from voters?**
9        A.   Through trainings.
10       **Q.   Who led those trainings?**
11       A.   It would be different in
12   every state.  It was by state.
13       **Q.   Did the states organize and**
14   **facilitate that?**
15       A.   Like I said, it is
16   different for every state so I can't
17   say.
18       **Q.   And how did the field**
19   **organizers collect this data from**
20   **voters?**
21       A.   What do you mean by how?
22       **Q.   What methods did the field**
23   **organizers undertake to collect the**
24   **data from voters?**
25       A.   I -- like we discussed

75

1
2    earlier, some of the tactics could
3    be calls, text, doors, public
4    events.  It just depended on states.





78

14      Q.   Did states have deadlines
15  to report data to headquarters that
16  their field organizers were
17  collecting?
18      A.   I am still confused on
19  report.
20      Q.   Did states have deadlines
21  to transmit to headquarters the data
22  that field organizers in their state
23  were collecting?
24      A.   I'm sorry.  I am not,
25  again, trying to be dense.  I don't

79

1   understand the question.
2       Q.   Sure.
3           Field organizers collected
4   voter data?
5       A.   Uh-huh.  Correct.
6       Q.   I want to get a sense for
7   where the data went.  So did it --
8   it sounds like it was reported at
9   least to the state level at some
10  point, correct?
11          MS. PHILION:  Objection.
12      A.   Still getting hung up on
13  reported.  Like do you mean like
14  organizers like told people what
15  they did or do you mean like the
16  data being in the database?
17      Q.   The latter.  The data in
18  the database.
19      A.   So repeat your question,
20  please?

80

20      Q.   Do you know geographically
21  where the servers were located that
22  stored the information?
23      A.   Oh, I have no idea.
24      Q.   Do you know if the campaign
25  sold any of the data that it

81

1   collected?
2       A.   Not to my knowledge.
3       Q.   You mentioned that the
4   states or national would view the
5   data that was collected by field
6   organizers from voters, correct?
7       A.   Correct.



**82**

10    Q.   Would you say that campaign
11  employees or officials at the
12  headquarters level determined the
13  strategy for the campaign?
14      MS. PHILION:  Objection.
15    A.   Yes.
16    Q.   And earlier you mentioned
17  something about making sure that an
18  organizing perspective was involved
19  in every discussion that was
20  happening with the campaign.
21     Is that correct?
22    A.   Yes.
23    Q.   And does that include
24  determining what the campaign
25  strategies are?

**83**

1
2    A.   Not in -- not in the level
3  that we were just talking about.
4    Q.   Were the campaigns
5  strategies communicated to you in
6  some way?
7    A.   The information that
8  impacted sort of what we were doing
9  on the ground, yes.
10    Q.   Just so I am understanding
11  your role, did you then take that
12  information and use it to develop an
13  organizing strategy for the
14  campaign?
15    A.   It depended on what it was.

**84**

11  just because my dog is moving.  I
12  apologize.  I am just making sure
13  the puppy doesn't get into anything.
14    Q.   No problem.
15     Did field organizers have
16  metrics that they had to meet?
17    A.   It depended on the state.
18    Q.   Do you know of any states
19  that didn't assign goals or metrics
20  to field organizers?
21    A.   I can't -- I don't recall.
22    Q.   Can you give an example of
23  metrics that were assigned to field
24  organizers?
25    A.   I can give an example, but

**85**

1
2  it wouldn't be necessarily accurate
3  for everywhere.  It could be how
4  many community events you attended
5  and folks that you spoke with at
6  those.  It could be how many one on
7  ones you had.  A long list like
8  that.
9    Q.   Would the number of phone
10  calls be a metric that field
11  organizers were required to meet?
12    A.   It could have been.
13    Q.   Do you know that it was for
14  some?
15    A.   I am sure it was.
16    Q.   And would the number of
17  doors knocked during to door-to-door
18  canvassing be another metric that
19  field organizers were required to
20  meet on a campaign?
21    A.   Yes.
22    Q.   Are you familiar with the
23  entity Hawkfish?
24    A.   Yes.
25    Q.   What is Hawkfish?

MAGNA ❯
LEGAL SERVICES



114

1
2     Q.   And that -- does that data
3     need to be recorded?
4     A.   Yes.
5     Q.   And were -- were there
6     deadlines associated with when that
7     data needs to be recorded?
8     A.   Depending on the state.

115

9     Q.   And did you do that?
10    A.   Did I look at all states in
11    one spot?
12    Q.   Correct.
13    A.   I am -- I -- yes.  I don't
14    recall what reports we had though.
15    Q.   And what was contained in
16    the reports?
17    A.   I don't recall.
18    Q.   Do you recall any of the
19    data that was contained in the
20    reports?
21    A.   It depended on what reports
22    we had, and I don't recall all of
23    the reports we had.
24    Q.   That is fine.
25         Do you remember any of the

116

1
2     reports?

17    Q.   And what would you do if
18    states were doing that at a slower
19    click?
20    A.   Talk to the states about
21    ways that they would need --
22    potentially need support to -- in
23    order to figure out what was going
24    on on the ground to help support
25    them and brainstorm to figure out

117

1
2     what they needed to do differently
3     if anything.
4     Q.   Is that an example of why
5     it was important to have national
6     reports on goals?
7     A.   Pardon?
8     Q.   Is this an example of why
9     it was important to have national
10    reports on goals?
11    A.   Is the penetration an
12    example, is that your question?
13    Q.   No.  Is understanding
14    whether states are or are not
15    meeting their goals through the data
16    that you can see through the
17    national reports one reason why the
18    reports are important?
19    A.   I would -- I would say
20    partially.  It is -- because what
21    you talked about was hitting their
22    goals and that is not necessarily
23    what we would like at the reports
24    for.  It is helpful to know if they
25    they are going to hit the mark that

MAGNA
LEGAL SERVICES

154

1
2     know if the changes -- I don't know
3     if that is the final doc with
4     everything, all the changes that
5     Erin made that is attached to this
6     e-mail.
7          **Q.   Okay.  That is fine.**
8          **If you look at Exhibit 5?**
9     A.   Okay.
10         **Q.   Under -- on the third page**
11    **of the document, and the second page**
12    **of the job description, under "You**
13    **will need to have," the first bullet**
14    **point reads "One cycle of political**
15    **field comparable political**
16    **experience or issues related to**
17    **campaign/organizational management**
18    **is preferred."**
19         **Did I read that correctly?**
20    A.   Yes.
21         **Q.   If you look at Exhibit 6,**
22    **that job requirement no longer**
23    **appears in the job description.**
24    A.   Correct.
25         **Q.   Do you recall whether your**

155

1
2     team deleted that?
3     A.   I don't know who deleted
4     it.
5          **Q.   Do you agree that one cycle**
6     **of political field or comparable**
7     **political experience was not**
8     **necessary in order to be considered**
9     **for the field organizer role?**
10    A.   Yes.
11         **Q.   On Exhibit 5, there is also**
12    **a bullet point in the same section**
13    **that says "Experience with CRM and**
14    **tracking reporting process."**
15         **What does that mean?**
16    A.   That is a database.  It is
17    not a specific database.
18         **Q.   Do you know what it stands**
19    **for?**
20    A.   I don't know what CRM
21    stands for.  I know it is a very
22    tech lingo about any sort of
23    database.
24         **Q.   What is tracking reporting**
25    **process refer to?**

156

1
2     A.   Making sure you are looking
3     at reports and looking at the
4     work that is being -- happening.
5          **Q.   This is another bullet**
6     **point that does not appear in**
7     **Exhibit 6?**
8     A.   Yes.
9          **Q.   Do you agree that**
10    **experience with CRM and tracking**
11    **reports process is not required to**
12    **be considered for the field**
13    **organizer role?**
14    A.   Yes.
15         **Q.   Is that because field**
16    **organizers did not need to be**
17    **looking at reports?**
18         MS. PHILION:  Objection
19    to the form.
20    A.   It is because organizing is
21    an entry-level job so the
22    expectation that would be a barrier
23    for people to enter to have this job
24    which always also is a big piece
25    surrounding equity inclusion.

157

1
2          **Q.   Why did you say that field**
3     **organizers were an entry-level job?**
4     A.   It is the first step into
5     campaign if you are doing like
6     organizing work.
7          **Q.   Did a field organizer need**
8     **any particular prior employment**
9     **experience in order to work as a**
10    **field organizer for the Bloomberg**
11    **Campaign?**
12    A.   No.
13         **Q.   Did a field organizer**
14    **applicant need any particular level**
15    **of education in order to work as a**
16    **field organizer for the Bloomberg**
17    **Campaign?**
18    A.   No.
19         **Q.   Did a field organizer**
20    **applicant need any particular**
21    **experience of any kind in order to**
22    **work as a field organizer for the**
23    **Bloomberg Campaign?**
24    A.   No.
25         **Q.   In Exhibit 6, the document**

158

1
2      attach to the e-mail is called
3      "Field organizer job specs final
4      version." Is this the final version
5      of the field organizer job
6      description that was used by the
7      campaign?
8          A.   How -- wait. Where does it
9      say field organizer final specs?
10         **Q.   On Exhibit 6 at the top of**
11     **the e-mail, under the subject line**
12     **it says "Field organizer job specs**
13     **final version."**
14         **Do you see that?**
15         A.   Yes, sorry. I was reading
16     the subject line. Apologies.
17         Q.   No problem.
18         **Is this the final version**
19     **of the field organizer job**
20     **description that was used by the**
21     **campaign?**
22         A.   I can't say for sure.
23         **Q.   Why not?**
24         A.   Because I don't know what
25     was -- I can't confirm this was the

159

1
2      version that was uploaded into the
3      website or on -- it appears based on
4      the e-mail, but I can't say for
5      certain.
6          **Q.   Are you aware of any**
7      **subsequent versions of the field**
8      **organizer job description used by**
9      **campaign?**
10         A.   Repeat your question?
11         **Q.   Are you aware of any other**
12     **versions of the field organizer job**
13     **description being created after this**
14     **one?**
15         A.   Not to my knowledge.
16         **Q.   Would you know about that**
17     **given your role as national**
18     **organizing director?**
19         MS. PHILION: Objection
20     to the form.
21         A.   If it was created by my
22     team, yes.
23         **Q.   Would there be another team**
24     **that would create a job description**
25     **for a field organizer?**

160

1
2          A.   I don't have control of
3      what the states do, so I don't know
4      if they created state specific for
5      their programs. They shouldn't
6      have, but --
7          **Q.   Is that because the --**
8      **strike that.**
9          **Is that because the**
10     **campaign had one uniform job**
11     **description for the field organizer**
12     **role?**
13         A.   Yes.
14         **Q.   I want to turn -- so let's**
15     **continue looking at Exhibit 6.**
16     **Under the first bullet point under**
17     **"Your responsibilities will**
18     **include," the first bullet point**
19     **reads "Being accountable for**
20     **reaching individual goals and**
21     **measure outlines in the field plan**
22     **by regional organizer directors."**
23         **Is it correct that field**
24     **organizers did not determine their**
25     **own goals and metrics?**

161

1
2          A.   Yes.
3          **Q.   Who determine the goals and**
4      **metrics that field organizer were**
5      **required to meet?**
6          A.   The organizing leadership
7      and states.
8          **Q.   And were field organizers**
9      **required to meet those goals and**
10     **metrics?**
11         A.   That was part of their
12     goal, but the goals and metrics
13     didn't include just organizing work,
14     it included volunteer work.
15         **Q.   Can you say what you mean**
16     **by that?**
17         A.   If I am an organizer and I
18     recruit a bunch of volunteers to do
19     my work, I don't have to do the work
20     but I am still hitting my goals.
21         **Q.   Can you give an example of**
22     **a goal or metric?**
23         A.   Door -- conversations had
24     -- I mean, I don't know what they
25     were in states, but it could have



**166**

```
 1
 2    say for certain.




11            Did I read that correctly?
12       A.   Yes.
13       Q.   Do you know if the campaign
14    allocated goals to these different
15    tasks based on what tasks the
16    campaign wanted field organizers to
17    prioritize?
18            MS. PHILION:  Objection
19       to the form.
20       A.   Can you repeat that?
21       Q.   Do you know if the campaign
22    allocated or decided on the goals it
23    was going to assign to a given field
24    organizer to these various tasks
25    that they performed based on the
```

**167**

```
 1
 2    priorities of the campaign?
 3            MS. PHILION:  Objection.
 4       Objection to the form.  Now
 5       you can answer.
 6       A.   They were based on
 7    priorities that the state leadership
 8    laid out.
 9       Q.   And the priorities of the
10    state leadership were made in
11    conjunction with the strategy of the
12    whole campaign at National
13    Headquarters, correct?
14            MS. PHILION:  Objection
15       to the form.
16       A.   I can't speak on how that
17    was -- the state leadership made
18    their priorities.
19       Q.   Are you saying that a state
20    could have priorities that were in
21    contravention to the campaign's
22    national strategic goals?
23       A.   No, I am saying on how they
24    were made.
```

**168**

```
 9            Do you see that?
10       A.   Yes.
11       Q.   Is that accurate and what
12    actually happened based on your
13    experience?
14       A.   Yes.
15       Q.   What does it mean to be
16    tracked by the state leadership
17    team?
18       A.   That the state leadership
19    team is looking at and seeing if you
20    are doing the work that is -- that
21    you are responsible for.
22       Q.   You mentioned earlier it is
23    important to you to be clear that
24    the hours would be long for field
25    organizers when you were reviewing
```

**169**

```
 1
 2    the job description.  Do you recall
 3    that testimony?
 4            MS. PHILION:  Objection
 5       as to form and a
 6       mischaracterization.  Now you
 7       can answer.
 8       A.   I -- what I said was that I
 9    think it is important to express the
10    worse case scenario in the job as an
11    organizer so people understand that
12    it could be long, but that is not
13    always like that.
14       Q.   What do you mean -- sorry.
15    Please finish your answer.
16       A.   I was just going to say
17    that it is important that anyone who
18    applies for a job should understand
19    what the hardest point of that job
20    could look like.
21       Q.   And so when you say long
22    hours and hardest point, what do you
23    mean?  What kind of hours are you
24    referring to?
25       A.   It depends on the state.
```

MAGNA
LEGAL SERVICES



170

1
2    Q.   Why – why would it depend
3    on the state?
4    A.   Because it is the state's
5    priorities.

15    Does that accurately
16    reflect the hours expectations that
17    field organizers should have going
18    into the job?
19    A.   That is what I was talking
20    about of having the worst case
21    scenario included on the job
22    description so folks could know that
23    that could be a possibility.
24    Q.   Did field organizers
25    generally work Saturdays and

171

1
2    Sundays?
3    MS. PHILION:  Objection
4    to the form.
5    A.   Yes.
6    Q.   Would you say that the
7    field organizers employed by the
8    Bloomberg Campaign generally worked
9    seven days a week?
10    MS. PHILION:  Objection
11    to the form.
12    A.   I can't say for certain
13    what states did.
14    Q.   Based on your experience
15    with the campaign and reviewing the
16    data collected by field organizers
17    employed by the campaign, do you
18    have a rough sense for the hours
19    that field organizers were working?
20    A.   I actually don't have a
21    rough sense based on that because if
22    an organizer was off they could have
23    had volunteers collecting that data.
24    Q.   Where was the field
25    organizer's job description posted?

172

1
2    A.   I don't recall.
3    Q.   I am going to drop another
4    – we can put these to the side
5    right now.  I am going to drop
6    another one into the chat.  Let me
7    know when you have had a chance to
8    take a look at this document.
9    A.   (Witness complies).
10    Okay.
11    Q.   Do you recognize this
12    document?
13    A.   Yes.
14    Q.   What is this document?
15    A.   This -- this was a document
16    that we used as a template when we
17    were interviewing organizing
18    directors.
19    Q.   You used this when
20    interviewing organizing directors?
21    A.   That is when we used this
22    document, yes.
23    Q.   Was this document used in
24    your interview of field organizers?
25    A.   My direct reports weren't

173

1
2    responsible for interviewing
3    organizers so I can't speak for
4    that.
5    Q.   Do you recall how much
6    organizing directors were paid?
7    A.   Organizing directors made
8    12,000 a month.
9    Q.   If you look at this
10    document attached to the e-mail, and
11    let me actually note -- I would like
12    to mark this as Exhibit 7.
13    MS. COLE-CHU:  This is
14    Bates stamped WOOD300092524.
15    (Whereupon, Plaintiff's
16    Exhibit 7, WOOD300092524, was
17    marked for identification, as
18    of this date.)

25    A.   Yes.

206

1
2  used need to be updated?
3      MS. PHILION:  Objection
4  to the form.
5    A.   Can you repeat the
6  question?
7    **Q.   Did the scripts that the**
8  **campaign used need to be updated**
9  **from time to time?**
10      MS. PHILION:  Same
11  objection.
12    A.  Yes.
13    **Q.   And what would -- what**
14  **would prompt whether or not an**
15  **update was needed or not?**
16    A.   I can't speak on like exact
17  prompts for the Bloomberg Campaign,
18  but it could be anywhere from
19  messaging -- key messaging moments
20  that are based on policy that Mike
21  was releasing or updates to our comp
22  strategy.  Things like that.
23    **Q.   And so I understand that**
24  **you don't remember the particular**
25  **context, but did something like that**

207

1
2  happen here, that prompted -- that
3  you are saying an updated messaging
4  was needed?
5    A.   I am guessing something
6  prompted it based on the e-mail.
7    **Q.   Why is it important that**
8  **you have updated messaging?**
9    A.   Yeah, so scripts are a
10  guide that volunteers and organizers
11  can use that will help us allow them
12  to make in their own words what they
13  should be saying on the phones and
14  the doors, and that updated
15  messaging is the campaign moved
16  their messaging to Mike will get it
17  done.  So that sentence or two or
18  whatever it was in the script was a
19  way to prompt the team to talk
20  about, in their own words, why they
21  are doing the voter-contact work
22  they are doing, and phrasing it in
23  the way that like Mike will get the
24  job done and defeat Trump.
25    **Q.   Looking at the e-mail above**

208

1
2  your e-mail, sent by Gwen Rocco.

17    **Q.   Who determined whether the**
18  **campaign was entering a new phase?**
19    A.   Leadership in headquarters.
20    **Q.   When leadership in**
21  **headquarters made that decision,**
22  **materials that the campaign used to**
23  **conduct voter outreach and**
24  **communications would need to be**
25  **updated accordingly, is that right?**

209

1
2    A.   The script specifically had
3  to be updated.  I can't speak on
4  other things.
5    **Q.   In your e-mail at the**
6  **bottom, you say -- you reference**
7  **messaging that we want to use for**
8  **all other scripts volunteers and**
9  **staff would use for voter contact.**
10    **What it important that**
11  **staff and volunteers had accurate**
12  **scripts in order to perform their**
13  **voter contact?**
14    A.   Again, the script is meant
15  to be a guide for how someone should
16  have a conversation and so the --
17  the messaging is a prompt for how
18  they should -- to remind them of
19  like that is a priority piece that
20  we want to talk about, but to use
21  your own words.
22    **Q.   I understand that.  My**
23  **question was a little bit different.**
24  **I was asking whether it was**
25  **important for volunteers and staff**

**MAGNA**
**LEGAL SERVICES**

214

```
 1
 2      the exact words that the field
 3      organizers or volunteers use to
 4      collect that information?
 5          MS. PHILION:  Objection
 6      to the form.
 7          A.   The goal is to have
 8      conversations with voters.  The data
 9      is helpful for us to understand
10      where we had conversations with
11      voters and what those voters are
12      saying.
13          Q.   Did the campaign create
14      talking points for field organizers
15      to use while interacting with
16      voters?
17          A.   Organizers had talking
18      points that were provided by comps.
19          Q.   Did the communications
20      department of the campaign create
21      the talking points?
22          A.   I don't know who created
23      them.
24          Q.   Were they created at the
25      National Headquarters level?
```

215

```
 1
 2          A.   Yes.
 3          Q.   Do you know anything about
 4      how the talking points were created?
 5          A.   I don't.
 6          Q.   I take it you were not
 7      involved in that process?
 8          A.   No.
 9          Q.   Did the campaign instruct
10      field organizers to use the talking
11      points when engaging voters?
12          A.   So they could be
13      comfortable understanding, and those
14      talking pointing were a guide as an
15      example of how someone could talk
16      about Mike's position on the issue.
17      They were provided with organizers
18      so they could feel comfortable
19      having the conversations.
20          Q.   If a voter asked about a
21      particular position that the
22      candidate had on a -- any issue,
23      were the field organizers instructed
24      to refer to the talking points in
25      providing a response?
```

216

```
 1
 2          A.   Organizers were instructed
 3      not to answer a question they didn't
 4      feel comfortable or that they had
 5      the answer for it.
 6          Q.   I'm sorry.  That is not the
 7      question I am asking.
 8              (Whereupon, the requested
 9          portion was read back by the
10          reporter:
11              Q:  If a voter asked
12          about a particular position
13          that the candidate had on a
14          -- any issue, were the field
15          organizers instructed to
16          refer to the talking points
17          in providing a response?)
18          A.   So field organizers were
19      instructed not to answer any
20      questions on issues that they didn't
21      know or feel comfortable talking
22      about.  Those talking points were a
23      way for them to practice, and
24      understand and feel comfortable
25      talking about different issues, but
```

217

```
 1
 2      no one was expected to read or know
 3      every position or bullet that Mike
 4      stood on anything.
 5          Q.   If a voter asked about
 6      Mike's position on climate change
 7      and the field organizer had the
 8      climate change talking point in
 9      front of them or knew what the
10      climate change -- or knew what
11      Mike's position on the climate
12      change issue was, was it expected
13      that the field organizer would
14      respond to the voter articulating
15      that position?
16              MS. PHILION:  Objection
17          to the form.
18          A.   It was expected that if
19      they felt comfortable talking about
20      that issue because that is something
21      that they cared about, that they
22      could and should respond.
23          Q.   With Mike Bloomberg's
24      position?
25          A.   In their own words.
```

**MAGNA**
LEGAL SERVICES

218

1
2      **Q.   With Mike Bloomberg's**
3  **position in their own words?**
4      A.   Again, only if they felt
5  comfortable.
6      **Q.   If they felt comfortable?**
7      A.   Yes.
8      **Q.   If a voter asked a field**
9  **organizer about Mike Bloomberg's**
10 **position on an issue, could the**
11 **field organizer give any response**
12 **they wanted even if it was**
13 **inconsistent with Mike Bloomberg's**
14 **position?**
15     A.   I mean, unless there was
16 someone sitting next to them
17 watching them the entire time, yeah,
18 because we don't know -- no one is
19 there so they can do -- but no one
20 was expected to answer a question
21 that they didn't know.  And the
22 talking points that were provided
23 were so that they could feel
24 comfortable with where Mike stood on
25 all the issues.  There was a lot of

219

1
2  issues so no one was expected to
3  know everything.
4      **Q.   But my question is about if**
5  **a voter asked a question about an**
6  **issue, could the field organizer --**
7  **was -- did the campaign permit field**
8  **organizers to give any response,**
9  **including responses that were**
10 **inconsistent with Mike Bloomberg's**
11 **position?**
12     A.   The campaign would never
13 tell anyone to say anything that is
14 inconsistent with the position.  The
15 campaign never said you have to
16 answer the questions.
17     **Q.   Is it important to give**
18 **information to voters that is**
19 **consistent with Mike Bloomberg's**
20 **position on his issues?**
21     A.   It is important to have
22 conversations with voters, and if
23 they want to have a conversation
24 about climate change like you used
25 before and they could answer that,

220

1
2  and felt comfortable having that
3  conversation, it is important that
4  they have that.  But it has to be a
5  conversation and it can feel like an
6  exchange.  And if you didn't know
7  the answer, you were expected to
8  say, "I don't have the answer for
9  you, but I could try to find it."
10     **Q.   It would not be appropriate**
11 **for a field organizer to give**
12 **information that is not consistent**
13 **with the campaign's position,**
14 **correct?**
15     A.   Correct.  But that doesn't
16 mean word for word.  It means lying
17 or saying something completely
18 different.
19     **Q.   Why is it important to**
20 **impart Mike Bloomberg's position on**
21 **the issues that he has a position**
22 **for?**
23     A.   Because you are working on
24 a campaign to elect Mike Bloomberg.
25     **Q.   Was it important to have**

221

1
2  consistent messaging on his issues?
3      A.   It was important to be
4  consistent with the campaign
5  message.  Again, if you felt
6  comfortable.
7      **Q.   Why was it important to be**
8  **consistent with the campaign's**
9  **message?**
10     A.   Because the goal was to
11 work for Mike Bloomberg and work on
12 the campaign to elect him.
13     **Q.   We started talking a little**
14 **bit about scripts.**
15         **Did the campaign provide**
16 **scripts to field organizers to**
17 **perform their voter contact job**
18 **duties?**
19     A.   Scripts were provided as a
20 guide of how to do your -- do the
21 tactics and have conversations with
22 voters about Mike.
23     **Q.   Were you involved with the**
24 **creation of any scripts that the**
25 **campaign used?**

222

```
1
2       A.  Yes.
3       Q.  What was your involvement?
4       A.  Writing them.
5       Q.  Can you tell me about that
6   process?
7           MS. PHILION:  Objection
8       to the form.
9       A.  I am trying to think of how
10  to say it where I don't sound like a
11  jerk so hold on one second.  I mean,
12  there is a structure to a script
13  that you -- that all campaigns
14  provide and so working within that
15  structure and dependant on what that
16  script was being used for, you would
17  create that script and allow for the
18  campaign to add in other questions
19  based on their priority.
20      Q.  Did you create all of the
21  scripts that the campaign used?
22      A.  I don't recall.
23      Q.  How many scripts do you
24  recall creating?
25      A.  I don't recall.
```

223

```
1
2       Q.  Was it more than two?
3       A.  I don't recall.
4       Q.  Is it possible that you
5   only created two scripts for the
6   campaign?
7       A.  I don't know.
8       Q.  What do you remember about
9   the scripts that you did create?
10      A.  I remember sending this
11  e-mail that you have -- that we
12  looked at.  But I don't remember the
13  process of creating scripts.
14      Q.  You don't remember your
15  process for writing the scripts?
16      A.  I don't remember the act of
17  actually writing the scripts.
18      Q.  You just remember that you
19  drafted the scripts?
20      A.  I remember that I drafted
21  the structure and had a part in the
22  scripts.  I don't know if I created
23  all of the scripts.
24      Q.  So in your e-mail in
25  Exhibit 8 that you sent on June 21,
```

224

```
1
2   were you asking Gwen Rocco for
3   updated messaging or confirmation
4   that the existing messaging was
5   correct because you needed to update
6   the script?
7       A.  Yes.  Sorry.  I should say
8   that the script needed to be
9   updated.
10      Q.  What do you mean by that
11  clarification?
12      A.  You said me, and I don't
13  know if I was the one doing the
14  updates to the script or not.
15      Q.  Who else created scripts
16  for the campaign?
17      A.  Erin Phillips.
18      Q.  Did you work on scripts
19  together?
20      A.  I don't remember.
21      Q.  Did you review the scripts
22  she drafted?
23      A.  I don't remember.
24      Q.  Is that something you would
25  have done as her direct supervisor?
```

225

```
1
2       A.  For a first script,
3   probably, but not any other after
4   that.
5       Q.  Do you remember any of the
6   content of the scripts?
7       A.  I don't.
8       Q.  In Exhibit 8 in your e-mail
9   here, when you say "staff," who are
10  you referring to?
11      A.  Staff who was going to do
12  voter contact.
13      Q.  Does that include field
14  organizers?
15      A.  If that was the state's
16  priority.
17      Q.  If a state was using field
18  organizers to use voter contact,
19  would they come within your use of
20  the word staff in this e-mail?
21      A.  Yes, but there would be
22  other staff potentially that was
23  doing voter contact.
24      Q.  Did voters and staff use
25  the same scripts?
```

**MAGNA** ►
**LEGAL SERVICES**

230

1
2    A.  I don't know.
3    Q.  I believe that you
4  testified so far that talking points
5  were used by field organizers, and
6  volunteers and organizing teams and
7  the -- in the state, correct?
8    A.  Yes.
9    Q.  So why was it important?
10   A.  So you asked about
11 stop-and-frisk specifically, and I
12 don't know why it was important to
13 get this out.
14   Q.  Why was it important in
15 general to have talking points?
16   A.  So organizers, staff,
17 everyone on our teams and on the
18 campaign could feel comfortable with
19 where Mike stood on issues and have
20 conversations if they needed to.
21   Q.  And how did -- how did the
22 campaign expect the states to use
23 talking points that it created?
24   A.  Talking points were an
25 internal doc to help people get

231

1
2  comfortable.  They were not meant to
3  be read word for word.
4    Q.  To be -- to be able to
5  answer with information that is
6  consistent with Mike Bloomberg's
7  position?
8    A.  With information that --
9  where Mike stands on the issues.

16      Does this indicate that the
17 Q&A document was prepared for field
18 organizers to use in conversations
19 with voters?
20   A.  The Q&A document was
21 prepared so folks could understand
22 where Mike stood on issues, and
23 understand what types of questions
24 and what that meant for where he
25 stood on the issue.

232

1
2    Q.  I am going to share another
3  document.
4      (Whereupon, Plaintiff's
5      Exhibit 10, WOOD00042524, was
6      marked for identification, as
7      of this date.)
8    Q.  I would like this next
9  document as Exhibit 10.  It is Bates
10 numbered WOOD00042524.
11     Can you let me know when
12 you have opened the document and
13 have taken a look at it?
14   A.  Yes.
15   Q.  Do you recognize this
16 document?
17   A.  Yes.
18   Q.  What is this document?
19   A.  It is a voter contact
20 script.
21   Q.  Did you create this
22 document?
23   A.  I don't know.
24   Q.  Did you or Erin Phillips
25 create this document?

233

1
2    A.  I don't know.
3    Q.  If it wasn't you or Erin,
4  who else at the campaign could have
5  created this document?
6    A.  I don't know.
7    Q.  Do you know of any other
8  individuals employed by the campaign
9  that created scripts?
10   A.  I don't remember.
11   Q.  Is this an example that the
12 campaign would provide to field
13 organizers and volunteers for voter
14 contact?
15     MS. PHILION:  Objection
16 to the form.
17   A.  Yes.
18   Q.  And you mentioned earlier
19 that scripts tend to follow a
20 specific structure.
21     Can you describe what that
22 is?
23   A.  You -- you get a voter in
24 front of you or -- I will use a door
25 for example.  A voter answers the

MAGNA
LEGAL SERVICES

234

```
1
2        door, you ask their name, you
3        identify yourself, you ask what --
4        if they have -- they know who they
5        might be supporting, you have other
6        pieces after that.  But that is like
7        the main structure, and it depends
8        on what you are trying to accomplish
9        with the script how it follows after
10       that.
11           Q.   And the structure that you
12       just described, does Exhibit 10 show
13       that structure?
14           A.   Yeah.
15           Q.   Do you recall this specific
16       script?
17           A.   No.
18           Q.   So is this an example of a
19       script that field organizers -- that
20       field organizers and volunteers
21       would use?
22               MS. PHILION:  Objection
23        to the form.
24           A.   Yes.
25           Q.   And is that an example of a
```

235

```
1
2        script that could be used for phone
3        calls and door-to-door canvassing?
4            A.   Yes.
5            Q.   The first question after
6        supporting Mike -- strike that.
7                There is a question towards
8        the top of the document in this
9        script that reads "Have you decided
10       on who you will be supporting in the
11       Democratic Primary?"  Is that a
12       question that the volunteers or
13       field organizers would then record
14       the answer to?
15               MS. PHILION:  Objection
16        to the form.
17           A.   That is the prompt to ask
18        -- to get -- ask the voter if they
19        know who they will be supporting.
20           Q.   And would the field
21       organizer asking that question then
22       record the answer that the
23       individual provided?
24           A.   The volunteers, and
25        organizers and anyone knocking would
```

236

```
1
2        do that if they got that
3        information.
4            Q.   And for the next question
5        in the document after its "If
6        support Mike:  Are you planning to
7        vote in the Democratic Primary early
8        or on primary day?"  Is that another
9        question the answer to which the
10       field organizer would record the
11       response?
12               MS. PHILION:  Objection
13        to the form.
14           A.   If -- if they were asking
15        that question in their state, yes.
16           Q.   If field organizers got a
17       response, would they record it?
18           A.   Yes.
19           Q.   Would they be required to
20       record it?
21           A.   There is no way to require
22        them to do anything unless you are
23        standing next to them.
24           Q.   Were they instructed to
25       record it?
```

237

```
1
2            A.   Yes.
3            Q.   And was it expected that in
4        connection with their job duties as
5        a field organizer that they would
6        record that information?
7            A.   It was the way that -- we
8        were able to collect the work they
9        were doing, and so we stress the
10       importance of collecting what you
11       are getting, like when you are doing
12       voter contact to our staff, to our
13       volunteers, to anyone doing this
14       work.
15           Q.   And the same question with
16       respect to the question following
17       "If undecided:  What issues are most
18       important to you in this election?"
19       Is that a question that the field
20       organizers or volunteers would ask
21       and then record the answer if one
22       was given?
23               MS. PHILION:  Objection
24        to the form.
25           A.   If it was a priority in the
```

MAGNA
LEGAL SERVICES

238

```
 1
 2      state, they would include that
 3      question to collect that information
 4      if they were able to, but it was not
 5      necessarily a priority in every
 6      state.  So that might not have been
 7      there to collect the information as
 8      more of like a -- a prompt for the
 9      conversation.
10          Q.   Sure.  But if the question
11      was there, and field organizers got
12      an answer, would they be expected to
13      record it?
14          A.   We would ask them to, yes.
15          Q.   Did you have any
16      involvement with the campaign's
17      online store?
18          A.   No.
19          Q.   Do you know who was in
20      charge of overseeing the campaign's
21      online store?
22          A.   I do not.
23          Q.   Do you know who was
24      involved in ordering campaign
25      merchandise?
```

239

```
 1
 2          A.   I do not.
 3          Q.   Did the campaign train its
 4      field organizers?
 5              MS. PHILION:  Objection
 6      to the form.
 7          A.   Can you repeat that?
 8          Q.   Did the campaign train its
 9      field organizers?
10              MS. PHILION:  Same
11      objection.
12          A.   Yes.
13          Q.   What do you know about how
14      the campaign trained its field
15      organizers?
16              MS. PHILION:  Objection
17      to the form.
18          A.   That was done by state, so
19      I can't speak for exact trainings
20      because it could have worked a
21      little bit different in every state.
22          Q.   Did headquarters provide
23      any materials or guidance on how the
24      state should perform the training?
25          A.   We provided a huge
```

240

```
 1
 2      PowerPoint that had any and every
 3      tactic from that menu and a way for
 4      them to make and create their own
 5      and build their own training off of
 6      it, but not a requirement of this is
 7      how it has to go.
 8          Q.   Were you involved in the
 9      creation of that PowerPoint?
10          A.   I did not create that
11      PowerPoint.
12          Q.   Were you involved in the
13      creation of any materials that were
14      sent to the states for the training
15      of field organizers?
16          A.   I did not create any
17      trainings or materials.
18          Q.   How were you involved?
19          A.   I had conversations about
20      pieces, but did not create any of
21      them.
22          Q.   What -- what do you
23      remember about those conversations?
24          A.   I don't recall.
25          Q.   Do you remember who you
```

241

```
 1
 2      spoke with?
 3          A.   I don't know.
 4          Q.   Was there a -- a position
 5      with the campaign related to
 6      training?
 7          A.   I don't recall if it was a
 8      formal position.
 9          Q.   Was there somebody in an
10      informal position?
11          A.   There was someone -- there
12      were several different people over
13      the course of time working on
14      trainings which is why I don't
15      recall who I spoke with when or
16      what.
17          Q.   Do you recall the names of
18      any of those individuals?
19          A.   Jessica Love Joy.  I don't
20      remember all of the others on her --
21      who would have been working.
22          Q.   Did she belong to a team of
23      individuals?
24          A.   I -- I don't know.
25          Q.   Do you remember what her
```

250

```
1
2                C E R T I F I C A T E
3
4        I, PAIGE HAYDEN, hereby certify that the
5   Examination Before Trial of MEGAN SIMPSON was held
6   before me on the 17th day of November, 2022; that said
7   witness was duly sworn before the commencement of her
8   testimony; that the testimony was taken stenographically
9   by myself and then transcribed by myself; that the party
10  was represented by counsel as appears herein;
11       That the within transcript is a true record of
12  the Examination Before Trial of said witness;
13       That I am not connected by blood or marriage to
14  any of the parties; that I am not interested directly or
15  indirectly in the outcome of this matter; that I am not
16  in the employ of any of the counsel.
17       IN WITNESS WHEREOF, I have hereunto set my hand
18  this 17th day of November, 2022.
19
20
21       PAIGE HAYDEN
22
23
24
25
```

251

```
1
2                   ERRATA SHEET
3
4   PAGE   LINE (S)    CHANGE        REASON
5   _____|_____|_____|_____
6   _____|_____|_____|_____
7   _____|_____|_____|_____
8   _____|_____|_____|_____
9   _____|_____|_____|_____
10  _____|_____|_____|_____
11  _____|_____|_____|_____
12  _____|_____|_____|_____
13  _____|_____|_____|_____
14  _____|_____|_____|_____
15  _____|_____|_____|_____
16
17
18            MEGAN SIMPSON
19  SUBSCRIBED AND SWORN TO BEFORE ME
20  THIS _____ DAY OF _____, 20__.
21  _____    _____
22  (NOTARY PUBLIC)       MY COMMISSION EXPIRES:
23
24
25
```

MAGNA
LEGAL SERVICES