# Exhibit 52

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                      CASE NO.:
                      20-CV-2489(LTS)(GWG)

- - - - - - - - - - - - - - - - - - - X

DONNA WOOD, et al,
        Plaintiffs,

    - against -

MIKE BLOOMBERG 2020, INC.,
        Defendant.

- - - - - - - - - - - - - - - - - - - X

                    Via Zoom Videoconference

                    October 7, 2022
                    10:05 a.m.

     VIDEOCONFERENCED EXAMINATION BEFORE TRIAL OF KATHERINE RUTH SAYERS, the Witness herein, taken by an attorney for the Defendant, pursuant to Notice, held at the above date and time before Apryl S. Montero, a Stenographic Court Reporter and Notary Public within and for the State of New York.

                -o0o-



```
                                                                    Page 22
 1              Katherine Ruth Sayers
 2    opportunity language on there.
 3         Beyond that, I don't recall.
 4         Q.   And what was the job description used
 5    for?
 6         A.   For the purposes of posting positions
 7    on Greenhouse, on the campaign website.
 8         Q.   Was it used in any other way?
 9         A.   Not that I'm aware of.
10         Q.   Do you know of any other places the
11    campaign would have posted the job description,
12    besides Greenhouse and the campaign website?
13              MR. BATTEN:  Objection.
14         A.   I don't know.
15         Q.   Did the organizer job description vary
16    by state?
17         A.   No.
18         Q.   So the campaign created one job
19    description for all of its organizers; is that
20    right?
21         A.   All of the field organizers, yes.
22         Q.   And why did the campaign only create
23    one job description for all of its field
24    organizers?
25              MR. BATTEN:  Objection.
```

```
                                                                    Page 23
 1              Katherine Ruth Sayers
 2         A.   I don't know.
 3         Q.   Did the campaign develop any other job
 4    ads or job postings for the organizer position,
 5    besides what we've called the job description?
 6         A.   I don't recall.
 7         Q.   Can you think of anyone who might know
 8    if the campaign developed other job postings
 9    besides the job description?
10         A.   Dan.
11         Q.   And why do you think Dan Kanninen
12    would know that?
13         A.   He ran the states' operation overall.
14         Q.   And what connection did he have to the
15    possibly development of job postings for the
16    organizer position?
17         A.   What connection did he have?
18         Q.   Right.
19         A.   He may have been involved in the
20    drafting of the job description or any postings.
21         Beyond that, I don't know.
22         Q.   I'm going to show an exhibit in the
23    context of the deposition.  If you haven't had
24    this experience before, I'll show you some
25    documents, and we'll call those exhibits, and
```

```
                                                                    Page 24
 1              Katherine Ruth Sayers
 2    we'll assign this, for the sake of having a
 3    clear record, I'll also refer to the Bates
 4    number, and that will be the number in the
 5    bottom right-hand corner of the page.
 6         I'm going to use the Zoom screen sharing so
 7    let me know if you have any trouble seeing it
 8    once I get it up.
 9              (Whereupon, Plaintiff's Exhibit
10         Number 1, email, Bates-stamped 97530, was
11         deemed marked for identification as of
12         this date.)
13         Q.   Can you see this?
14         A.   Yes.
15         Q.   So this is Exhibit 1, and it begins
16    with Bates number ending in 97530.
17         Do you recognize this document?
18         A.   I don't recall it.
19         Q.   Do you recall a discussion in
20    January 2020 on revising the organizer job
21    description?
22         A.   I don't.
23         Q.   Who is Dan Cha, the sender of the
24    email?
25         A.   Dan Cha was the team lead for that
```

```
                                                                    Page 25
 1              Katherine Ruth Sayers
 2    lot.
 3         Q.   And what were his job duties?
 4         A.   He supervised the LevelUp recruiters.
 5         Q.   Was he a part of the HQ HR team?
 6         A.   No.
 7         Q.   Who was Dan Cha's supervisor?
 8         A.   He reported to Curtis Grajeda at
 9    LevelUp.
10         Q.   Did anyone on the campaign supervise
11    Dan Cha?
12         A.   He had direction from Ellie and
13    certain members of the states' team.  I don't
14    think it's like a supervisory relationship,
15    though.
16         Q.   Do you know how Dan Cha supervised the
17    LevelUp recruiters?
18         A.   I don't.
19         Q.   Do you know if Ellie Pilgrim would
20    know that?
21         A.   I don't.
22         Q.   So I'm going to ask you just about
23    some of the other people on this email chain.
24    It looks like there was a Megan Simpson.
25         What was Megan Simpson's role on the
```


MAGNA LEGAL SERVICES

```
                                                    Page 62
 1           Katherine Ruth Sayers
 2
 3            C E R T I F I C A T I O N
 4
      STATE OF NEW YORK   )
 5                        )SS.:
      COUNTY OF NASSAU    )
 6
 7
          I, APRYL S. MONTERO, a Notary Public for
 8    and within the State of New York, do hereby
      certify:
 9
          That the testimony in the within
10    proceeding was held before me at the aforesaid
      time and place, that said witness was duly sworn
11    or affirmed before the commencement of the
      testimony, and that the testimony was taken
12    stenographically by me, then transcribed under
      my supervision, and that the within transcript
13    is a true record of the testimony of said
      witness.
14
          I further certify that I am not related
15    to any of the parties to this action by blood or
      by marriage, that I am not interested directly
16    or indirectly in the matter in controversy, nor
      am I in the employ of any of the counsel.
17
          IN WITNESS WHEREOF, I have hereunto set
18    my hand this October 25, 2022.
19
                          ___
20
21            APRYL S. MONTERO
22
          (The foregoing certification of
23    this transcript does not apply to any
      reproduction of the same by any means, unless
24    under the direct control and/or supervision of
      the certifying reporter.)
25
```

17 (Page 62)

