# Exhibit 58

Page 1

```
 1    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 3   -------------------------------x
 4   DONNA WOOD, et al, individually
 5   and on behalf of all others
 6   similarly situated,
 7           Plaintiffs,
 8        vs.       20 Civ. 2489(LTS)(GWG)
 9   MIKE BLOOMBERG 2020, INC.,
10           Defendant.
11   -------------------------------x
12
13        VIDEOTAPE DEPOSITION OF
14            MAX GOLDSTEIN
15        VIA ZOOM VIDEOCONFERENCE
16           November 7, 2022
17              10:00 a.m.
18
19
20
21
22
23   Case No. 5557056
24   Reported by:
25   Maureen Ratto, RPR, CCR
```

Page 38

1            MAX GOLDSTEIN
2  I did. I don't -- again, I don't recall
3  exactly the reasons I created this resumé
4  but it may have been for law school.
5      Q.   What resumé did you submit in
6  connection with your application to the
7  New York Attorney General's Office?
8      A.   Could I ask you to clarify
9  what you mean by this "resumé"? It
10 wasn't this resumé.
11     Q.   What's different about the
12 resumé that you submitted in connection
13 with the New York Attorney General's
14 Office and this resumé?
15     A.   Well, it has a lot of my legal
16 experience, which is missing here.
17     Q.   What is your legal experience?
18     A.   Well, I mentioned the Attorney
19 General, I'd mentioned Mr. Zacher.
20          When I was a 1L I was a
21 prosecutorial intern for the Taxi and
22 Limousine Commission, meaning I went to
23 OATH Court everyday and both virtually. I
24 prosecuted drivers and, you know, people
25 associated with the taxi, limousine

Page 39

1            MAX GOLDSTEIN
2  services in New York -- in New York City.
3  I worked as an extern for a New York
4  County State Judge -- I'm sorry -- Kings
5  County State Judge. Her name is
6  Katherine Levine. I wrote -- I interned
7  or rather I did research for a professor.
8  And I believe that's it.
9      Q.   Do you have an updated resumé
10 that you submitted in connection with
11 your application for the New York
12 Attorney General's Office?
13     A.   Yeah.
14     Q.   And you have not produced that
15 in this litigation?
16     A.   Sorry?
17     Q.   You have not produced that in
18 this litigation?
19     A.   Not to my knowledge. I
20 produced what I was asked to produce by
21 my attorney.
22     Q.   So you weren't asked to
23 produce an updated resumé?
24     A.   To the best of my knowledge, I
25 guess that's correct. But I believe this

Page 40

1            MAX GOLDSTEIN
2  production was two years ago. What I was
3  asked to produce was two years ago. So my
4  current resumé obviously did not exist
5  two years ago.
6      Q.   Do you understand that as a
7  plaintiff in this lawsuit you have a
8  continuing obligation to produce
9  responsive documents?
10     A.   I do.
11     Q.   Okay. So you have not complied
12 with that obligation, right?
13     A.   No. I would not characterize
14 that as such.
15     Q.   Okay. So why haven't you
16 produced your updated resumé in advance
17 of today's deposition?
18     A.   I produced what my attorney
19 tells me to produce and I don't -- to the
20 best of my knowledge, I don't believe
21 that I was asked to produce that.
22     Q.   Okay. We'll be calling for the
23 production of that because you have an
24 ongoing obligation to supplement your
25 responses to discovery.

Page 41

1            MAX GOLDSTEIN
2          (Request for updated resumé.)
3      A.   Sounds good.
4      Q.   When did you decide to work
5  for the Bloomberg Campaign?
6      A.   Probably sometime in January
7  2020.
8      Q.   Why did you want to work for
9  the Bloomberg Campaign?
10     A.   I wanted campaign experience.
11 You know, I kind of, you know, thought I
12 might be going to law school and I
13 thought it would be a, you know, good
14 opportunity to get some different
15 experience. I've always been interested
16 in politics. So I thought it was a good
17 idea. And Bloomberg was, you know -- at
18 the time really the only campaign, to my
19 knowledge, that had a large presence in
20 -- in New York City. And by "only
21 campaign", I mean not only presidential
22 campaign, that had a large presence in
23 New York City.
24     Q.   Okay. Why did you -- why did
25 you want campaign experience?

11 (Pages 38 - 41)

Page 66

MAX GOLDSTEIN

1  
2  understanding that I did make such claims
3  in the charges -- sorry -- in the lawsuit
4  or the allegations that were dropped.
5      Q.   But those claims have been
6  dismissed, right?
7      A.   Well, it's my understanding
8  that there may be an appeal underway.
9      Q.   What do you think you have to
10 say to prevail in this lawsuit?
11          MR. DANNA:  Objection.
12     A.   Well, I know I'm in law school
13 but employment law is not something that
14 I am going into. So I'm not completely
15 sure.
16     Q.   Okay. And you don't know what
17 you have to prove to prevail in this
18 lawsuit?
19          MR. DANNA:  Objection.
20     A.   As I said, I am in law school
21 but I am not pursuing employment law, so
22 I do not know.
23     Q.   I'm not asking you as a law
24 student. I'm asking a plaintiff who has
25 filed a lawsuit, do you know what you

Page 67

MAX GOLDSTEIN

1  
2  have to do to prevail in this case?
3          MR. DANNA:  Objection.
4      A.   I don't believe so.
5      Q.   You don't know?
6      A.   No.
7      Q.   When you worked for the
8  Bloomberg Campaign where did you work?
9      A.   I worked in two locations. I
10 worked first in the Harlem office and
11 then I worked Downtown, in the Downtown
12 office, I believe it was near Flat Iron.
13     Q.   And when did you start working
14 in the Harlem office?
15     A.   January, late January 2020.
16     Q.   And when did you move to the
17 Downtown office?
18     A.   I think it was in mid
19 February.
20     Q.   Why did you move from Harlem
21 to the Downtown office?
22     A.   I don't recall. I think I was
23 sent there.
24     Q.   Do you know why?
25     A.   No. I think I was sent there

Page 68

MAX GOLDSTEIN

1  
2  but I'm not totally sure.
3      Q.   You said earlier that the
4  Bloomberg Campaign was one of the only
5  presidential campaigns with a large
6  presence in New York City; is that right?
7      A.   Yeah.
8      Q.   Why do you believe that the
9  Bloomberg Campaign had a large presence
10 in New York City?
11     A.   Well, the way Super Tuesday
12 works, to the best of my knowledge, is
13 that most campaigns focus first on the
14 Super Tuesday states. Now, New York State
15 is not a Super Tuesday state. We have a
16 rather late Democratic primary so most
17 campaigns do not start to gear up in New
18 York for a few months.
19          Now, the Bloomberg Campaign --
20 Mr. Bloomberg, as you know, was the
21 ex-mayor of New York and has a large
22 presence in New York. The campaign, to my
23 knowledge, was based in New York City,
24 specifically I believe it was based in
25 the old -- I think it was based in the

Page 69

MAX GOLDSTEIN

1  
2  old New York Times building because I
3  remember going there once.
4           So -- so, yeah, that's why I
5  say that the Bloomberg Campaign was one
6  of the only, if not the only to have a
7  large presence in New York.
8      Q.   Okay. Was the primary
9  objective of field organizers in New York
10 to get Mike Bloomberg elected as
11 president?
12     A.   Well, yeah. I guess so.
13     Q.   And how were field organizers
14 suppose to accomplish that objective?
15     A.   Field work organizers in
16 general or field organizers generally?
17     Q.   Let's start with field
18 organizers in New York.

[remainder of page redacted]

Page 70

[redacted]

Page 71

[redacted]
10    Q.    Was the purpose to try to
11 figure out how to get Mike Bloomberg
12 elected in those states?
13    A.    Yes.
14    Q.    Okay. You only worked in the
15 field offices in New York City, right?
16    A.    Yes.
17    Q.    What area did the Harlem field
18 office cover?
19    A.    Yeah, I mean, I think that
20 points to the uniqueness of the New York
21 apparatus. You know, I think at first we
22 were going to cover areas in Manhattan
23 and in New York City, in general, but I
24 think even in those early days in Harlem
25 I very vaguely recall calling other

Page 72

1         MAX GOLDSTEIN
2 states and not just other states but
3 areas in Upstate New York as well.
4    Q.    Okay. So how did the work that
5 you did -- so did you speak to voters in
6 Harlem?
7    A.    Probably. And again, the point
8 is the uniqueness of the New York
9 apparatus, the majority of voters I spoke
10 with probably were not in Harlem. It was
11 a real mix. It's hard to say where the
12 majority of people I spoke with were
13 from.
14    Q.    You didn't ask them?
15    A.    No. I mean, we saw where they
16 were from. So I remember it being a real
17 mix of areas.
18    Q.    A mix of areas in New York
19 State?
20    A.    Nationally and in New York
21 State. I think to begin with it was New
22 York State, but as we got closer to Super
23 Tuesday date it shifted nationally.
24    Q.    Okay. I'm asking you right now
25 about your conversations with voters in

Page 73

1         MAX GOLDSTEIN
2 New York State. Okay?
3    A.    Okay.
4    Q.    Okay. Thank you. So did you
5 interact with any voters in Harlem?
6    A.    Interact, how so? Through the
7 phone or coming into our office?
8    Q.    Through the phone, coming into
9 your office or canvassing.
10    A.    I interacted with Harlem
11 voters in our office, yes.
12    Q.    And how would you describe
13 those interactions?
14    A.    Well, you know, do you want me
15 to go over on the phone or in person?
16 Because there's a difference.
17    Q.    Okay. Let's start with on the
18 phone.

[redacted]



19 (Pages 70 - 73)

Page 74

[Redacted lines 1-7]

8   Q.   Did you try to engage with
9 voters in Harlem?
10   A.   "Engage in", you mean
11 persuasion or just talk to them?
12   Q.   Yeah. Did you try to persuade
13 voters in Harlem to vote for Mike
14 Bloomberg?
15   A.   Probably, yeah.
16   Q.   And how did you do that?
17   A.   We would first ask for -- you
18 know, we were supposed to ask what issue
19 are you -- what issue essentially drives
20 you to vote, what is your defining issue,
21 perhaps is the question, and then based
22 off of that we would, you know, describe
23 why one should vote for Mike Bloomberg.
24   Q.   So depending on the defining
25 issue expressed to you by the voter you

Page 75

1           MAX GOLDSTEIN
2 would then tailor your response based on
3 -- you would tailor your response as to
4 why they should vote for Mike Bloomberg,
5 right?
6   A.   To the best of my knowledge,
7 yeah.
8   Q.   And were voters in Harlem
9 generally enthusiastic about Mike
10 Bloomberg?
11   A.   I don't really remember. I
12 spoke to so many people. It's hard to,
13 you know, section out whether the Harlem
14 voters were enthusiastic. I would say he
15 obviously had name recognition in New
16 York than probably elsewhere. So maybe
17 you can count that as enthusiasm.
18 Otherwise, it's not something that I
19 could section out, I guess.
20   Q.   You said you spoke to voters
21 throughout New York State, right?
22   A.   Yes.
23   Q.   Was there a difference between
24 how voters in New York City and voters in
25 New York State reacted to Mike

Page 76

1           MAX GOLDSTEIN
2 Bloomberg's candidacy?
3   A.   I would say that people in New
4 York City probably had a stronger opinion
5 of Mr. Bloomberg than those outside of
6 the New York State, to the best of my
7 recollection. But otherwise -- but yeah,
8 that's what I would say.
9   Q.   You mean as opposed to those
10 outside of New York City, right?
11   A.   Yes. Yes. That's what I meant.
12       MS. BADDISH:  We've been going
13    for about an hour and 20 minutes. I
14    think we can take a ten minute
15    break.
16       MR. DANNA:  Sounds great.
17       MS. BADDISH:  We'll be back at
18    11:31.
19       VIDEOGRAPHER:  Time is 11:21
20    a.m. Eastern Standard Time. We are
21    now off the record. This marks the
22    end of unit 1.
23       (Recess is taken.)
24       VIDEOGRAPHER:  This marks unit
25    two.  The time is 11:33 a.m. on

Page 77

1           MAX GOLDSTEIN
2    November 7th, 2022. On the record.
3    You may proceed.
4   Q.   Mr. Goldstein, when was your
5 first day of work with the Bloomberg
6 Campaign?
7   A.   January, January-something,
8 probably, 21st maybe.
9   Q.   And did you attend any
10 organizer training with the campaign?
11   A.   So I was a late arrival. I
12 think we had, like, one day of
13 orientation but my primary training I
14 think was through watching other field
15 organizers conduct their calls. I think
16 on the first day I was already calling
17 people.
18   Q.   Okay. So why did you start
19 late?
20   A.   I think I got the job late. I
21 think I applied later than most others. I
22 think that was it but I'm not completely
23 sure.
24   Q.   Did you ever take time off
25 during your employment with the campaign?

20 (Pages 74 - 77)

Page 78

1         MAX GOLDSTEIN
2     A.   I remember taking maybe one
3  day off, maybe toward the end but,
4  otherwise, aside from that one day, I
5  don't really remember other days that I
6  took off. Yeah, I'm not really sure but
7  definitely one day, but if it was more
8  than that it was, like, one other day at
9  most.
10    Q.   Why did you take that day off?
11    A.   Well, I believe it was late
12 February and I was not feeling great. I
13 was aware of the -- of the COVID crises
14 already affecting much of the world and I
15 think maybe I was a little nervous. I
16 think I had seen -- I think I had seen
17 symptoms, I had some of them and I just
18 decided better to take the day off, I
19 think. The previous day I was one of the
20 only people in the office and I think
21 that just fatigued me probably, but I
22 believe that was the only day.
23    Q.   Were you sick?
24    A.   I remember being sick. I think
25 I was sick.

Page 79

1         MAX GOLDSTEIN
2     Q.   Did you have COVID?
3     A.   No, I did not. Well, to the
4  best of my knowledge, I didn't have
5  COVID.
6     Q.   Were you just sick for that
7  one day and then you felt better?
8     A.   I remember feeling better,
9  yeah.
10    Q.   Did you go into the office
11 every day?
12    A.   There were a couple of days
13 where between my transition from the
14 Harlem office to the Downtown office
15 where we were working from home. I don't
16 quite remember the length of time, but
17 our Downtown office was not quite ready
18 for some time, so there were days where I
19 was home, yeah.
20    Q.   Okay. And when you were
21 working in the Harlem office did you go
22 into the office every day?
23    A.   Yes.
24    Q.   And what time would you arrive
25 to the Harlem office on a daily basis?

Page 80

1         MAX GOLDSTEIN
2     A.   I think around 9:00 or 9:30,
3  something like that.
4     Q.   Were you required to arrive at
5  9:00 or 9:30?
6     A.   I don't recall what time we
7  were required to come. I do remember one
8  person maybe being a little -- I don't
9  know if admonished is the right word but
10 I remember someone arriving rather late
11 and getting a little talking to or
12 something. So if that counts as requiring
13 to come at that time, then I guess so.
14    Q.   Why did you arrive at 9:00 or
15 9:30 to the Harlem office?
16    A.   I just think they told us to
17 be in around one of those times. I think
18 -- I think some days we were told we
19 could come in 9:30 maybe but otherwise I
20 don't really recall.
21    Q.   Okay.
22    A.   I think that was just the
23 time.
24         MS. BADDISH:  Rikki, can you
25     mark tab 31 as Goldstein 5, please?

Page 81

1         MAX GOLDSTEIN
2         (Goldstein Exhibit 5, email
3     dated January 23, 2020, Bates
4     MB2020_Wood_00018532 was received
5     and marked on this date for
6     identification.)
7         CONCIERGE:  Goldstein 5 has
8     been marked.
9     Q.   Mr. Goldstein, please let me
10 know when you have taken a look at what's
11 been marked as Goldstein Exhibit 5?
12    A.   I see it.
13    Q.   Okay. Do you agree -- first of
14 all, who is Kristiana Zerom?
15    A.   She was the head of the Harlem
16 office.
17    Q.   Who was your Regional
18 Organizing Director when you were working
19 in the Harlem office?
20    A.   I think it was David Allard, I
21 think.
22    Q.   So this is an email from
23 Kristiana Zerom to you, among others,
24 right?
25    A.   Yup.

21 (Pages 78 - 81)

Page 82

MAX GOLDSTEIN

 2  Q.  And it's dated January 23rd,
 3  2020?
 4  A.  Yup.
 5  Q.  Would you agree that it says
 6  you begin working at 10 a.m.?
 7  A.  No, I don't think I would
 8  agree. I think it's a schedule but I
 9  don't know if -- I don't think that that
10  meant be there at 10 a.m.  I believe she
11  wanted us there a little before 10 a.m.
12  Q.  Does she say this in this
13  email?
14  A.  She does not, no.
15  Q.  So this email says your day
16  should consist of the following schedule,
17  and the first item on the schedule is
18  listed from 10 a.m. to 12 p.m., right?
19  A.  Yup.
20  Q.  And it says taking out the
21  trash and recycling break, out into
22  strategic sessions for event planning,
23  right?
24  A.  Yup.
25  Q.  Did you generally comply with

Page 83

MAX GOLDSTEIN

 2  the schedule that Kristiana recommended?
 3  A.  To the best of my knowledge.
 4  Q.  What were the strategic
 5  sessions for event planning?
 6  A.  I believe that -- I think we
 7  each were tasked at some point with
 8  creating an event and I believe that
 9  that's what it's referring to.
10  Q.  Did you create an event?
11  A.  I did. Well, not -- not just
12  me. I worked with someone else.
13  Q.  What event did you create?
14  A.  My -- the person I worked with
15  was a little bit younger and he had
16  connections, I believe, to, like, the
17  political clubs of local colleges and
18  maybe high schools, I think it was mainly
19  colleges. So the event was catered to
20  getting those, like, specifically
21  Democratic political clubs to come to the
22  event. It was like a college Democrats
23  focused thing.
24  Q.  And where was the event?
25  A.  It was at a pizza place

Page 84

MAX GOLDSTEIN

 2  Downtown. Is there a Grimaldi's Downtown
 3  or somewhere Midtown West maybe.  I
 4  vaguely remember it being there.
 5  Q.  And the purpose of the event
 6  was to recruit college students to vote
 7  for Mike Bloomberg?
 8  A.  Vote and volunteer.
 9  Q.  Vote and volunteer. And how
10  did -- what did you do at the event?
11  A.  So as I think I mentioned
12  before, I moved to a different office, as
13  did my colleague.
14      So the ROD there, I believe
15  her name was Cindy -- I don't know --
16  Cindy Kim was it? She spoke at the event.
17  I think myself and the person I put the
18  event on spoke there as well. And I'm
19  pretty sure that that was the nature of
20  the event.
21  Q.  Was the person that you --
22  that you created the event with named
23  Gerard Oberle?
24  A.  Yes.
25  Q.  And what did you speak about

Page 85

MAX GOLDSTEIN

 2  at the event?
 3  A.  I imagine we spoke about Mike
 4  Bloomberg and about why to vote for him,
 5  I guess.
 6  Q.  What did you say to college
 7  students about why to vote for Mike
 8  Bloomberg?
 9  A.  I don't recall exactly what I
10  said. We probably had some sort of script
11  or we went over it with Cindy, I believe,
12  but otherwise I don't really recall.
13  Q.  You said three of you spoke at
14  the event, right, three --
15  A.  I think it was three. I'm
16  pretty sure that I spoke. I'm pretty sure
17  that Cindy spoke. Gerard, I'm not -- I'm
18  not sure if he spoke or not. He might
19  have.
20  Q.  So you all spoke about
21  different things; is that right?
22  A.  I'm not sure. We probably
23  spoke about similar things but I'm not
24  sure.
25  Q.  Did you have a personal story

Page 86

MAX GOLDSTEIN

2 that you told to voters about why you
3 would vote for Mike Bloomberg?
4    A.   I don't -- I don't know. I
5 don't think so. Maybe I just -- I really
6 don't remember exactly what was said
7 there.
8    Q.   I'm not asking exactly what
9 was said. I'm asking what you spoke about
10 generally.
11    A.   Generally we spoke about Mike
12 Bloomberg. What about Mike Bloomberg did
13 we speak about? I don't really remember.
14    Q.   Did you recruit any volunteers
15 at that event?
16    A.   We signed people up to
17 volunteer. I'm not sure if any of those
18 people actually volunteered in the
19 future.
20    Q.   How many people did you sign
21 up to volunteer?
22    A.   Probably 15 to 25, if I had to
23 guess.
24    Q.   You remember about how many
25 people you signed up to volunteer but you

Page 87

MAX GOLDSTEIN

2 don't remember what you spoke about?
3    A.   Well, I remember it was about
4 25 to 30 people who came and so I'm just
5 guessing or -- from that number that we
6 probably got 15 to 25 to agree to
7 volunteer.
8    Q.   All right. You shouldn't guess
9 but you can estimate. So if you have a
10 reason to believe that you recruited that
11 many people, but I don't want you
12 guessing in response to questions.
13    A.   Okay. Sure. The reason I
14 believe we signed that number is I do
15 remember it was about I estimate doing 25
16 to 35 people showed up. I would estimate
17 the majority of those people signed up to
18 volunteer. So that's where that number
19 comes from.
20    Q.   Okay. So going back to your
21 schedule in the Harlem office, how long
22 would you generally stay in the office
23 after you arrived?
24    A.   Until 9:00 p.m.
25    Q.   Sorry. Mr. Goldstein, are you

Page 88

MAX GOLDSTEIN

2 looking at something?
3    A.   Well, I was looking at the
4 schedule.
5    Q.   Okay. So we can -- you don't
6 need to look at that document unless it
7 refreshes your recollection, but how long
8 would you stay in the office?
9    A.   Probably until around 9:00
10 p.m.
11    Q.   Would you take any breaks for
12 lunch?
13    A.   Yeah. I think we had like half
14 hour for lunch. You know, we sometimes
15 had lunch delivered to us. When we had
16 phone banking events at our office there
17 was often food. So yeah, I took lunch but
18 I would say that the lunch was sometimes
19 provided as well.
20    Q.   Okay. But you were given the
21 option to take a lunch break, right?
22    A.   I believe so.
23    Q.   Okay. And then what would you
24 do while you were in the office, in the
25 Harlem office?

Page 89

MAX GOLDSTEIN

2    A.   The vast majority of my time
3 there was calling people.
4    Q.   So while you were in the
5 Harlem office is it your testimony that
6 every day you were in the office?
7    A.   While -- while I was part of
8 the Harlem?
9    Q.   Yes.
10    A.   Yes. There is maybe one time I
11 remember going with someone to Home Depot
12 to pick up supplies. Otherwise, to the
13 best of my recollection, I was in the
14 Harlem office pretty much the entire day.
15    Q.   Okay. And was that different
16 when you started working at the Downtown
17 office?
18    A.   No. I would say not really. I
19 don't think I went to Home Depot while I
20 was there. I do remember going out to
21 lunch while I was there, more so maybe
22 than Harlem, just because I remember one
23 of any favorite lunch places was there,
24 so I remember going there. But, yeah, I
25 would say the days were similar.

Page 98

MAX GOLDSTEIN

 2    A.   She I think suggested it. I
 3 think she asked me what other ways she
 4 could help with the campaign. I think she
 5 may have suggested that she was open to
 6 holding an event. As I say, I believe --
 7 I believe she was having technological
 8 issues and perhaps wanted to contribute
 9 to the event -- to the campaign in other
10 ways and I think that may have been her
11 solution. Again, I'm not 100% on the
12 details but to the best of my
13 recollection, I think that's what
14 happened.
15    Q.   Okay. Going back to Goldstein
16 Exhibit 2 --
17    A.   I can go back to it, right?
18    Q.   Yes. Thank you. How did you
19 manage and instruct volunteers on best
20 practices to canvas neighborhoods and
21 spread the message of the campaign?
22    A.   You know, the way it worked
23 is, you know, we'd have set times for
24 volunteers to come to the office to work
25 the phones and I would help explain the

Page 99

MAX GOLDSTEIN

 2 process. They would go on their way and
 3 start calling and I maybe once in a while
 4 would, you know, walk around and see if
 5 anyone needed help or people would maybe
 6 approach me for help. And that was really
 7 it.
 8    Q.   What was the process that you
 9 would explain?

[redacted]

17        So we would set them up,
18 usually I think we would give them a
19 phone or maybe an app also that was used
20 on people's individual phones and we
21 would just, you know, go through that.
22 No, maybe it was computers that we were
23 giving out. Yeah, I think we were giving
24 out computers, not phones. And you know,
25 I and my colleagues would explain the

Page 100

MAX GOLDSTEIN

 2 process. That probably took, 15 to 20
 3 minutes or so, and then they would just
 4 start calling.
 5    Q.   What process exactly did you
 6 explain? Just to clarify, are we talking
 7 about canvassing, calls?
 8    A.   Calls.
 9    Q.   Calls. Okay.
10    A.   I'm sorry. It was all calls.
11    Q.   Okay. So they used VAN
12 Votebuilder to make canvassing calls; is
13 that right?
14    A.   That's right.
15    Q.   And how did you explain the
16 process to them?
17    A.   I would -- I think I would set
18 them up with VAN. I think everyone
19 probably had their own user name, their
20 own individual user name. And then we
21 would kind of show them the prompts, you
22 know, that we would use and, like I said
23 before, and kind of the script how we
24 would go about our calls. We would
25 explain that to them and we would kind of

Page 101

MAX GOLDSTEIN

 2 tell them, you know, this is the
 3 information we'd like you to get. We
 4 would tell them in terms of best
 5 practices how to talk to people and, you
 6 know, kind of warn them about not
 7 everyone responds. Some people are not
 8 very nice when you call them.
 9        Yeah, it was a very basic
10 run-through.  And then we would maybe
11 once in a while someone would want one of
12 us to sit there and observe them calling
13 for the first time just to make them feel
14 more comfortable. But otherwise, that was
15 -- that was pretty much it.
16    Q.   What were the best practices
17 that you instructed them on in terms of
18 how to talk to people?
19    A.   Stay polite, maybe, you know,
20 someone asks why you're voting for Mike,
21 tell them why, try to connect with
22 people, I think trying not to sound
23 robotic, try to sound authentic, I think.
24 But, yeah, once I think a volunteer did
25 the first couple of calls they got it and

26 (Pages 98 - 101)

Page 102

MAX GOLDSTEIN

1
2  that was that.
3     Q.  Did you follow the best
4  practices that you instructed volunteers
5  to follow when you made calls or
6  interacted with potential voters?
7     A.  I believe so, yeah.
8     Q.  So did you try to connect with
9  voters?
10    A.  Connect on like a personal
11 level or --
12    Q.  Yes.
13    A.  -- or what I said?
14    Q.  Did you try to connect with
15 voters on a personal level?
16    A.  Yeah, I think so.
17    Q.  How did you do that?
18    A.  I think a lot of these calls
19 are about listening, really. I think I
20 always said that people wanted to -- you
21 know, in the rare, really rare instance
22 where someone wants to have more than a
23 two-minute, if that, conversation with
24 you, people often just like to talk about
25 it and to listen and to try and find some

Page 103

MAX GOLDSTEIN

1
2  connection through what they're saying. I
3  think that is what my suggestion was to
4  volunteers.
5     Q.  Okay. So what did you do,
6  though? I'm asking you how you personally
7  connected with voters?
8     A.  You know, I would try and ask
9  them what they're focusing on when they
10 went to vote, why they're focusing on it.
11 I would explain Mike Bloomberg's
12 position. I think we had the position
13 papers. We had both the position papers
14 in front of us and I personally had Mike
15 Bloomberg's, like, website open. I think
16 that was it.
17    Q.  Did you share your story about
18 your health issue and to try to connect
19 with voters on Mike Bloomberg's
20 healthcare policy?
21    A.  Honestly, I try not to, I
22 think. I might have said I had a health
23 issue but, you know, it's something
24 that's somewhat sensitive to me and it's
25 not something that I really enjoy

Page 104

MAX GOLDSTEIN

1
2  discussing, I would say especially not
3  to, you know, a random person on the
4  phone. I think there are a lot of other
5  ways to connect. You know, like I said,
6  it was somewhat rare that you even got to
7  that point with somebody over the phone
8  and I think even rarer still that they
9  would talk about healthcare. So I, you
10 know, did not really -- I don't really
11 recall discussing my health issues.
12    Q.  What issues were important to
13 voters that you spoke to?
14    A.  Economy, climate, I think
15 that's -- oh -- oh, and beating Donald
16 Trump, that was a huge one.
17        MS. BADDISH:  Rikki, could you
18    please mark tab 34 as Goldstein
19    Exhibit -- are we on 8?
20        CONCIERGE:  Yes. This will be
21    8.
22        (Goldstein Exhibit 8, Contact
23    Script, Bates MB2020_Wood_00042524
24    was received and marked on this
25    date for identification.)

Page 105

MAX GOLDSTEIN

1
2     Q.  Mr. Goldstein, please let me
3  know when you've taken a look at Exhibit
4  8?
5     A.  I'm still waiting for it to
6  populate.
7        CONCIERGE:  Goldstein 8 has
8    been marked.
9     A.  Okay.
10    Q.  Have you seen this document
11 before?
12    A.  I don't totally recall seeing
13 this document. I think -- I think maybe
14 we had something like this on our prompt
15 in January and in Talkthru but I don't,
16 like, recall this document in particular.
17    Q.  You referenced a script
18 earlier, right?
19    A.  Yes.
20    Q.  Is this the script that you
21 referenced?
22    A.  When I'm talking about script
23 I'm really talking about the prompts on
24 VAN and Talkthru and those scripts.
25        We had other, you know,

27 (Pages 102 - 105)

Page 106

1          MAX GOLDSTEIN
2  scripts that we were given, not on a
3  daily basis, but it was available -- I
4  believe we gave out scripts to our
5  volunteers. I don't know if I remember
6  this specific script, but I do --
7     Q.   What -- sorry. Go ahead.
8     A.   -- I do remember scripts being
9  available.
10    Q.   What type of scripts do you
11 remember being available?
12    A.   You know, scripts about
13 different aspects of Mike Bloomberg's
14 policies. I do remember one script where
15 he gave a speech, I believe it was
16 somewhere in the Midwest, about -- maybe
17 it was like Tulsa, Oklahoma -- is Tulsa
18 in Oklahoma? -- like African-American and
19 civil rights.
20         So I remember on that day we
21 were given, like, a script maybe to kind
22 of push that a little bit. So that I
23 guess is just an example of some of the
24 things that we were given.
25    Q.   So you were given scripts on

Page 107

1          MAX GOLDSTEIN
2  his -- on particular issues, is that --
3     A.   Yeah. Especially if there was
4  something like that, you know, like a
5  speech or something that they wanted us
6  to promote.
7     Q.   Okay. Did you recruit any
8  volunteers?
9     A.   Probably. I don't know if I
10 remember, like, any specific volunteers
11 that I recruited but I'd like to think
12 that some of the people who I had spoke
13 with did end up volunteering. And I
14 guess, as I spoke to previously, the
15 unique nature of the New York office, you
16 know, we -- I think our chances at
17 getting people to come volunteer were a
18 little bit diminished compared to other
19 offices because, you know, we were
20 calling people in North Carolina, in I
21 think maybe Massachusetts and places all
22 over the place. And so I think I -- you
23 know, people said they were going to
24 volunteer, I think people said they were
25 going to but I can't tell you whether

Page 108

1          MAX GOLDSTEIN
2  those people actually came through and
3  volunteered.
4     Q.   So did you call people in
5  other states to get them to volunteer or
6  to get them to vote for Mike Bloomberg?
7     A.   We would try to get them to
8  volunteer. In terms of persuasion, I
9  think there was some of that but I do
10 remember on a lot of days that we were
11 just looking for data, like, to see --
12 again, this is my speculation -- like, we
13 would get something from the data team
14 who worked, like, in our office would
15 kind of come over to us and say, hey,
16 don't focus on, like, the persuasion, we
17 just want to see, like, who's voting for
18 Mike Bloomberg or who is not voting for
19 him. So yeah, sometimes it was
20 persuasion.
21         Other times we would, like, be
22 told there is this, I don't know, event
23 in Maine, in this city, I don't know,
24 maybe Bangor, Maine or Portland, Maine or
25 something like that and they would say we

Page 109

1          MAX GOLDSTEIN
2  want people to come to this event in
3  Maine, call, you know, this area and try
4  to get people to come.
5     Q.   Who told you don't focus on
6  persuasion and the objective is to get
7  data?
8     A.   There were, like I said, two
9  people in our office. I think one was
10 named Louie, Louis.
11    Q.   Sorry. Can you say that again?
12    A.   I think one of them was named
13 Louis or Louie. He was -- I think he was
14 Hispanic. He was on the data team, one of
15 the chief people on the data team and he
16 would often kind of speak with us and
17 say, hey, like, we're looking just to
18 know where we're standing here or maybe
19 he didn't say that but maybe he was -- it
20 was, like, you know, you could skip these
21 prompts and just see who these people are
22 voting for.
23    Q.   How many times did Louie tell
24 you to do that?
25    A.   A couple times, I think.

28 (Pages 106 - 109)

Page 110

1   MAX GOLDSTEIN
2   Q.   Two times?
3   A.   A couple of times, especially
4   as we got closer to Super Tuesday. I
5   believe we were doing that a bit more.
6   Q.   And so your testimony is that
7   leading up to Super Tuesday you called
8   people only to find out who they were
9   voting for?
10  A.   No.
11       MR. DANNA:  Objection.
12  Q.   No? So --
13  A.   No. My testimony is that on
14  some dates and on, you know, especially
15  coming up to Super Tuesday I believe we
16  were more focused on that.
17  Q.   So on a couple of dates
18  leading up to Super Tuesday you were more
19  focused on learning who voters outside of
20  New York were voting for; is that right?
21  A.   I believe so, yes.
22  Q.   For the majority of your time
23  as a field organizer, you were focused on
24  persuading voters to vote for Mike
25  Bloomberg or volunteers to volunteer for

Page 111

1   MAX GOLDSTEIN
2   Mike Bloomberg; is that right?
3   A.   I believe so, yeah.
4   Q.   Okay. Did you talk to any
5   undecided voters?
6   A.   I'm sure I did.
7   Q.   And how would you persuade
8   them to vote for Mike Bloomberg?
9   A.   Like I said, I would find out
10  what their big -- their underlying issue
11  was or what issue they were going to vote
12  for when they got to the ballot box and,
13  you know, discuss Mr. Bloomberg's
14  policies on their big ticket issue.
15  Q.   And what kinds of big ticket
16  issues did you see?
17  A.   Beating Donald Trump was
18  really a big one.
19  Q.   Why was that important to the
20  voters that you spoke with?
21  A.   Well, I mean, we were speaking
22  -- trying to only reach Democrats and
23  that was a, if you may recall, a big
24  motivating fact to vote in the primaries
25  and in the election, itself.

Page 112

1   MAX GOLDSTEIN
2   Q.   What about Donald Trump did
3   the voters that you spoke with dislike?
4   A.   Everything. Again, these are
5   Democrats so, you know...
6   Q.   Can you give some examples?
7   A.   I mean, people didn't like the
8   way he spoke, people thought he was a bad
9   person, people thought he was crazy, he
10  was leading the country to, you know, a
11  bad place. I don't know.  I mean, really,
12  you name it, they said it.
13  Q.   And how did you explain to
14  them that Mike Bloomberg was different
15  from Donald Trump?
16  A.   I'd talk about his policies,
17  about -- I mean, Mike Bloomberg said a
18  lot about Donald Trump at the time. And I
19  could point to that, I guess we spoke a
20  little bit about his previous donations
21  to Democrats.
22       Again, this was a primary so
23  yes, the objective was to beat Donald
24  Trump but it was really; why is Mike
25  Bloomberg best positioned to beat Donald

Page 113

1   MAX GOLDSTEIN
2   Trump?  And, you know, you would say
3   something about how he had appeal, he was
4   a successful businessman, maybe there is
5   some times people -- some Democrats were
6   maybe concerned about the left flank of
7   the party.  Yeah, I think that was really
8   pretty much it.
9   Q.   Why did you think Mike
10  Bloomberg would be the best candidate to
11  defeat Donald Trump?
12  A.   I mean, you know, I thought --
13  I guess I thought that, you know, looking
14  back at the emergence of Donald Trump,
15  how he was not really a politician, maybe
16  I thought Mike Bloomberg was, despite
17  being mayor, not a politician and maybe
18  America wanted that, but I understood he
19  was a long-shot bid.
20  Q.   But you went to work for his
21  campaign for the experience, right?
22  A.   Yeah, in large part for the
23  experience.
24  Q.   Going back to Goldstein
25  Exhibit 2 for a moment, let me know when

29 (Pages 110 - 113)

Page 118

1           MAX GOLDSTEIN
2    A.   I'm sorry. Did you say 05 or
3 06?
4    Q.   06, yeah.
5    A.   So my answer is the same.
6    Q.   You have not seen this
7 document before?
8    A.   Not to the best of my
9 recollection, no.
10   Q.   And then if you go to
11 MB2020_Wood_42510, have you seen this
12 document before? It's titled The Language
13 You Use.
14   A.   No, this does not look
15 familiar to me.

[redacted]

Page 119

[redacted]

6       MS. BADDISH:  Okay. You can
7    take down that document. Thank you.
8    I think this is a good time to take
9    30 minutes for lunch, if that's
10   okay with you guys.
11      THE WITNESS:  Sure.
12      MS. BADDISH:  So we'll see you
13   guys back here at 1:00 p.m.
14      VIDEOGRAPHER:  Time is 12:30
15   p.m. Eastern Standard Time on
16   November 7th, 2022. We are now off
17   the record. This marks the end of
18   unit 2.
19      (Lunch recess is taken.)
20      VIDEOGRAPHER:  This marks unit
21   3. Time is 1:02 p.m.  We are back
22   on the record. You may proceed.
23   Q.   Mr. Goldstein, as a field
24 organizer did you have any involvement in
25 selling campaign merchandise?

Page 120

1           MAX GOLDSTEIN
2    A.   Selling? No, I don't believe
3 so.
4    Q.   Did you have any involvement
5 in ordering any campaign merchandise from
6 manufacturers?
7    A.   I don't believe so.
8    Q.   Any involvement in merchandise
9 operations on the campaign website?
10   A.   Don't -- no.
11   Q.   Did you refer people to the
12 website to buy merchandise?
13   A.   To the best of my
14 recollection, in terms of campaign
15 merchandise, there is often a prompt on
16 either VAN Votebuilder or Talkthru.
17 Sometimes it was there, sometimes it
18 wasn't, where people would -- I would
19 click whether or not someone wanted,
20 like, a Mike Bloomberg lawn yard sign,
21 but that's really, to my recollection,
22 the only time that I dealt with campaign
23 merchandising.
24   Q.   Okay. Did you attend campaign
25 calls?

Page 121

1           MAX GOLDSTEIN
2    A.   By "campaign calls", do you
3 mean calls, like, general calls with
4 leadership or that nature.
5    Q.   Yes, calls with leadership.
6    A.   Yeah, we had all-hands calls.
7 I don't remember how frequent it was but
8 I remember them occurring.
9    Q.   And was it with New York State
10 leadership?
11   A.   I believe so.  I believe Kevin
12 Sheekey led a couple of them or at least
13 one of them that I recall. There was one
14 call I remember that was specific to my
15 office, we had held an event and
16 protesters had come and I believe it was
17 Mr. Sheekey who kind of spoke with us
18 about it after. This was everyone in the
19 office.
20   Q.   Which office, the Harlem or
21 Downtown office?
22   A.   Sorry. Downtown office.
23   Q.   And what was that event?
24   A.   I think it might have been the
25 debate. I think it was the debate, yeah.

31 (Pages 118 - 121)

Page 158

MAX GOLDSTEIN

1
2 would be retained.
3    Q.   So did you talk to him about
4 --
5    A.   The lawsuit?
6    Q.   -- the lawsuit?
7    A.   No. I have not spoken to him
8 individually since probably late February
9 of 2020.
10    Q.   Okay. Now I'm going to direct
11 your attention to interrogatory 9. Let me
12 know when you're there.
13    A.   I'm here. Yup.
14    Q.   It asks you to "identify all
15 individuals with knowledge concerning the
16 nature and extent of the duties, tasks,
17 responsibilities and/or training you
18 performed or participated in on behalf of
19 the campaign during your employment with
20 the campaign."
21         What knowledge -- who is David
22 Allard and what knowledge does he have
23 concerning your duties, tasks and
24 responsibilities?
25    A.   As I mentioned, David Allard

Page 159

MAX GOLDSTEIN

1
2 was the point person, I believe he was
3 somewhat senior in New York, in the New
4 York campaign arm of the Bloomberg
5 Campaign and he is the person who told me
6 the nature of the job and, you know, the
7 hours and et cetera, et cetera.
8    Q.   And what about Kristiana
9 Zerom?
10    A.   Kristiana was the ROD of
11 Harlem, so I worked under her for the
12 first couple of weeks.
13    Q.   What does she knows about the
14 duties, tasks, responsibilities or
15 training that you performed?
16    A.   You know, as the Regional
17 Director of the office I think she --
18 she's my boss, she told us what to do,
19 when to do it, et cetera, et cetera.
20    Q.   And Cindy Kim?
21    A.   She was the head of the
22 Downtown office and same answers as that
23 I gave about Kristiana, you know, same
24 thing.
25    Q.   And who is Cristina Coleman?

Page 160

MAX GOLDSTEIN

1
2    A.   Yeah, I think she was a, you
3 know, maybe on a similar level to David
4 Allard. I'm pretty sure she helped run
5 the New York -- all the New York offices.
6 She was often in our office Downtown and
7 she also did give us instruction.
8    Q.   How many conversations have
9 you had with Cristina Coleman?
10    A.   Very few. Do you mean
11 one-on-one conversations?
12    Q.   Any type of conversations.
13    A.   I would say Cristina, it
14 wasn't ever really a conversation with
15 her, it was more she told you what to do
16 and you did it.
17    Q.   How many times did that
18 happen?
19    A.   Usually a couple times a week,
20 usually every few days she would tell us
21 to do something.
22    Q.   And now I'm going to direct
23 you to interrogatory 12, which asked you
24 to identify each person who you believe
25 has knowledge of relevant facts relating

Page 161

MAX GOLDSTEIN

1
2 to the allegations in the Complaint?
3    A.   Yup.
4    Q.   How many conversations have
5 you had with Mike Bloomberg?
6    A.   In my life or on the campaign?
7    Q.   On the campaign.
8    A.   Zero.
9    Q.   In your life?
10    A.   I once ran into him on 79th
11 and Madison, I went to high school very
12 close to his apartment and more
13 importantly, to his favorite diner,
14 Gracie's, I believe it was called, which
15 is now closed and I used to see him every
16 now and again there.
17    Q.   And what about Kevin Sheekey,
18 how many times did you speak with him
19 while you were a field organizer at the
20 Bloomberg Campaign?
21    A.   One-on-one probably never but
22 he spoke to us at least once a week, if
23 not more.
24    Q.   About what?
25    A.   Updates about the campaign,

41 (Pages 158 - 161)

Page 174

MAX GOLDSTEIN

1
2  because I had been there a little bit
3  longer than them. So, yeah.
4     Q.  Okay. Who is Jaclyn Starr?
5     A.  She worked with me Downtown,
6  the Downtown office.
7     Q.  Was she a field organizer?
8     A.  You know, I think she was.
9         MS. BADDISH: Okay. And Rikki,
10 can you just mark tab 55 as
11 Goldstein Exhibit 20?
12        (Goldstein Exhibit 20, email
13 dated February 7, 2020, Bates
14 MB2020_Wood_00015824 was received
15 and marked on this date for
16 identification.)
17        CONCIERGE: Goldstein 20 has
18 been marked.
19    Q.  Mr. Goldstein, please let me
20 know when you've taken a look at
21 Goldstein Exhibit 20.
22        Is this email chain discussing
23 the event that you testified about
24 earlier regarding the college Democrats
25 in New York.

Page 175

MAX GOLDSTEIN

1
2     A.  Yeah. It looks like it.
3     Q.  Okay. And was there more than
4  one event?
5     A.  There was only one event.
6     Q.  Okay. Who is Maggie Hutchison?
7     A.  I'm not really sure who that
8  is, honestly.
9     Q.  Do you know why Gerard Oberle
10 looped you into communications with her?
11    A.  Yes. Well, I can't say
12 definitively but it appears that he
13 looped me in because, as I mentioned
14 previously, Gerard and I worked on this
15 event together.
16    Q.  And Gerard was a field
17 organizer as well, right?
18    A.  Yes.
19        MS. BADDISH: If we could just
20 take five minutes, I may be done.
21        MR. DANNA: Okay if we take
22 ten minutes?
23        MS. BADDISH: Sure.
24        THE WITNESS: Excuse me. Did
25 you say you might be done?

Page 176

MAX GOLDSTEIN

1
2         MS. BADDISH: I might be.
3         VIDEOGRAPHER: Time is 2:13
4  p.m. Eastern, November 7th, 2022.
5  We are now off the record. This
6  marks the end of unit 4.
7         (Recess is taken.)
8         MS. BADDISH: I have no
9  further questions for today.
10        VIDEOGRAPHER: And we are back
11 on the record at 2:23 p.m.
12        Anything from you, counsel for
13 your witness?
14        MR. DANNA: I also have no
15 questions today. Thank you,
16 everyone, Mr. Goldstein.
17        VIDEOGRAPHER: Thank you. This
18 concludes today's testimony for Max
19 Goldstein. The time is 2:24 p.m.
20 Eastern Time, November 7th, 2022.
21 We are now off the record. And
22 this consists of five units.
23        (The proceedings were
24 adjourned at 2:24 p.m.)
25

Page 177

1          C E R T I F I C A T E
2          I, MAUREEN M. RATTO, a
3  Registered Professional Reporter, do
4  hereby certify that prior to the
5  commencement of the examination, MAX
6  GOLDSTEIN was sworn by me to testify
7  the truth, the whole truth and nothing
8  but the truth.
9          I DO FURTHER CERTIFY that the
10 foregoing is a true and accurate
11 transcript of the proceedings as taken
12 stenographically by and before me at
13 the time, place and on the date
14 hereinbefore set forth.
15         I DO FURTHER CERTIFY that I am
16 neither a relative nor employee nor
17 attorney nor counsel of any of the
18 parties to this action, and that I am
19 neither a relative nor employee of such
20 attorney or counsel, and that I am not
21 financially interested in this action.
22
23
        _Maureen Ratto_
24         _____
            MAUREEN M. RATTO, RPR
25         License No. 817125

45 (Pages 174 - 177)