# Exhibit 59

Page 1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3  -------------------------------x

4  DONNA WOOD, et al, individually

5  and on behalf of all others

6  similarly situated,

7          Plaintiffs,

8      vs.      20 Civ. 2489(LTS)(GWG)

9  MIKE BLOOMBERG 2020, INC.,

10          Defendant.

11 -------------------------------x

12

13     VIDEOTAPE DEPOSITION OF

14        CAELAN DOHERTY

15     VIA ZOOM VIDEOCONFERENCE

16        November 22, 2022

17         9:03 a.m. CT

18

19

20

21

22

23  Case No. 5554876

24  Reported by:

25  Maureen Ratto, RPR, CCR

CAELAN DOHERTY

1
2 make comprehensive policy and someone who
3 already knows how to get things done." Do
4 you see that?
5      A.   I do see that, yes.
6      Q.   Is that how you genuinely felt
7 or were you just saying that because it
8 looked good on the application? I don't
9 mean to suggest negatively, but --
10      A.   Yeah.
11      Q.   -- is that how you really
12 felt?
13      A.   I do believe Mike had those
14 characteristics as a candidate, yes.
15      Q.   In the second paragraph you
16 mention the work that you've done, that
17 you had done for the Lennon campaign and
18 the work in the Rogers' office --
19      A.   Yes.
20      Q.   -- do you see that?
21           Did you think that would be
22 relevant to work on the Bloomberg
23 Campaign?
24      A.   Yes.
25      Q.   And you go on to say that you

CAELAN DOHERTY

1
2 just finished a class on CRM. Do you see
3 that?
4      A.   A-hum.
5      Q.   What is CRM?
6      A.   CRM is Customer Relations
7 Management database, I think is what it
8 stands for. I had just taken a class in
9 the fall on information systems where I
10 learned about CRMs.
11      Q.   And how did you think that
12 that would be useful if you worked on the
13 Bloomberg Campaign?
14      A.   I had read the job description
15 and having familiarity with CRM databases
16 was something that they wanted to see and
17 I thought it would be good to include.
18      Q.   You go on to say, "I actually
19 look forward to making calls and reaching
20 out to constituents, donor supporters and
21 even people who do not know anything
22 about the candidate I support." Right?
23      A.   Yup.
24      Q.   And did you, in fact, look
25 forward to making calls on behalf of the

CAELAN DOHERTY

1
2 Bloomberg Campaign?
3      A.   Yes. I enjoyed making phone
4 calls, generally.
5      Q.   And why is that?
6      A.   I don't know. I think I really
7 like hearing people's voices. I like
8 being able to hear inflection.  I think
9 it's something that gets lost in kind of
10 how people communicate through texting
11 and email.
12      Q.   Would you say that part of it
13 was that you looked forward to persuading
14 people?
15      A.   No.
16      Q.   Well, you say, in particular,
17 that you "looked forward to talking with
18 people who didn't know anything about the
19 candidate." So what did you mean by that?
20      A.   I think people should have as
21 much information about each candidate
22 that they can have to make an informed
23 decision to vote.
24      Q.   So you looked forward to
25 informing them about Mike's views?

CAELAN DOHERTY

1
2      A.   Yes.
3      Q.   The third paragraph of Exhibit
4 2 says you "would bring serious
5 dedication and a strong work ethic to the
6 Chicago Field Office and I'm willing to
7 do whatever it takes and whatever is
8 needed and will never say or even think
9 that's not my job." Do you see that?
10      A.   I do.
11      Q.   Would you say you delivered on
12 that in your work for the Campaign?
13      A.   Yeah. I think I -- I think I
14 was a really good team player for the --
15 for my team, yeah.
16      Q.   Can you give a little sense of
17 why you feel that way?
18      A.   I think the office I worked
19 in, you know, we knew what our job was
20 and each of us, you know, were
21 responsible for, like, the stuff that we
22 were given by our ROD and we executed
23 that really well.
24      Q.   At the end of that same
25 paragraph you say that you received

9 (Pages 30 - 33)

CAELAN DOHERTY

1
2 opening or position that you applied for;
3 is that right?
4    A.   At the time that I was writing
5 this letter, I don't remember.
6    Q.   Did somebody talk to you
7 before you actually started work about
8 what position you would have?
9    A.   I believe I talked to Joshua
10 May at the launch event kind of about
11 what they were looking for in terms of
12 staff.
13    Q.   Did you attend the launch
14 event before or after you submitted this
15 cover letter, Exhibit 2?
16    A.   I do not remember.
17    Q.   And what did Joshua May tell
18 you at the launch event about the job?
19    A.   He just gave me the general
20 job description of a field organizer,
21 which I had seen online. I don't -- I
22 don't remember if it was for Illinois
23 specifically, but I know that there were
24 job openings in other states that I had
25 read the job description for and, yeah,

CAELAN DOHERTY

1
2 he just gave me a general rundown about
3 what their main responsibilities would be
4 to -- they would have a ROD and the ROD
5 kind of sets what the field organizers in
6 that area do in terms of, like,
7 canvassing and phone banking and
8 recruiting volunteers and stuff and,
9 like, stuff like that.
10    Q.   Did he tell you what the
11 salary would be?
12    A.   I don't remember. I don't
13 believe so.
14    Q.   Okay. Did you know what the
15 salary would be before you started work?
16    A.   Yes.
17    Q.   How did you find out?
18    A.   I believe -- I don't remember
19 specifically how I found out about the
20 salary. It might have been in my offer
21 letter, but I'm not 100% sure when I
22 found out about the salary.
23    Q.   And so it's possible that the
24 first time that you learned of the salary
25 was when you got your offer letter?

CAELAN DOHERTY

1
2    A.   Yeah. It's a possibility.
3    Q.   In any case, as you sit here
4 today, you don't remember any
5 conversations with anybody before the
6 offer letter about the salary; is that
7 fair to say?
8    A.   Yes.
9    Q.   Did you have any conversations
10 with anybody before you saw the offer
11 letter about how long you would be
12 employed by the Campaign?
13    A.   Yes, I do. I remember -- I
14 remember learning of the promise to --
15 to, like, be employed until November.
16 However, I don't remember when I learned
17 about it.
18    Q.   Do you know whether you
19 learned about that promise, as you say,
20 before or after you signed your offer
21 letter?
22    A.   I don't remember. I'm sorry.
23    Q.   Okay. And when you did learn
24 -- you say you learned about the promise,
25 are you remembering an oral conversation

CAELAN DOHERTY

1
2 or something in writing, do you remember?
3    A.   I know I heard people at the
4 Chicago HQ office talking about the
5 promise and then I had heard it from my
6 ROD. I had heard it being talked about
7 and I believe it might have been on some
8 of our onboarding materials but I'm not
9 100% sure.
10    Q.   Okay. When you submitted --
11 you sent in this offer letter, how did
12 you send that in? Was it through email or
13 through some other means?
14    A.   It was either through email or
15 through the website online.
16    Q.   Okay. And did the resumé that
17 we looked at earlier, Exhibit 1, did that
18 go -- did you send that along with the
19 cover letter?
20    A.   Yes.
21    Q.   Was there an interview before
22 you started work?
23    A.   Yes.
24    Q.   Who was the interview with?
25    A.   Joshua May.

11 (Pages 38 - 41)

CAELAN DOHERTY

1
2     Q.   Was it at the launch event or
3 was it a separate thing?
4     A.   Separate.
5     Q.   Was it before or after the
6 launch event, the interview?
7     A.   After.
8     Q.   Tell me what you remember of
9 the interview?
10    A.   Josh just asked me about my
11 experience, what I was comfortable doing,
12 he kind of just evaluated whether or not
13 I could do the task of a field organizer.
14    Q.   Anything else you remember
15 talking about in the interview?
16    A.   I think we talked a little bit
17 about his experience, kind of how he got
18 started in the Campaign and just, yeah,
19 general interview questions.
20    Q.   Anything else?
21    A.   Nope.
22    Q.   Okay. And who was Joshua May,
23 what position did he hold?
24    A.   I don't specifically remember.
25 I think it was political consultant for

CAELAN DOHERTY

1
2 Illinois. I don't specifically remember
3 his title.
4     Q.   And apart from his title, what
5 did you understand his job was?
6     A.   He did a lot of constituent
7 work and he talked with a lot of -- I
8 don't -- you know, I don't know
9 specifically what his job was. I don't
10 really remember. All I know is that he
11 worked at HQ and it was kind of -- I
12 didn't really see him a lot after
13 onboarding and stuff like that.
14    Q.   When you say "HQ", do you mean
15 headquarters in New York or Illinois?
16    A.   No. So Chicago had its own HQ
17 downtown and then we had our own Campaign
18 office in a different part of the City.
19    Q.   And where was the Campaign
20 office that you worked in?
21    A.   The Northside field office.
22    Q.   Is that the field office that
23 is closest to Loyola?
24    A.   It is.
25    Q.   Is that why you were in the

CAELAN DOHERTY

1
2 Northside office?
3     A.   Yes.
4     Q.   What did you understand
5 overall the purpose of having field
6 organizers in Illinois was?

19    Q.   And what would field
20 organizers, in particular, do to
21 contribute to that, as you understood it?
22    A.   We were given talking points
23 by the Campaign and from HQ, both New
24 York and Chicago, about, you know, Mike's
25 policies, what he was planning to do as

CAELAN DOHERTY

1
2 president, what set him apart from other
3 candidates, his strengths as a candidate.
4 And our job was to kind of get the word
5 out and through phone calls and
6 canvassing and, you know, and then get
7 volunteers to help just do more
8 canvassing and phone banking. The more
9 people you have the more people you can
10 reach.
11    Q.   Would you say part of your job
12 was to persuade voters to vote for Mike
13 Bloomberg?
14    A.   Yes.
15    Q.   What did you think were Mike
16 Bloomberg's chances of doing well in
17 Illinois?
18    A.   I think it depended on how
19 Super Tuesday went. That was kind of what
20 I was gauging how he was going to do.
21    Q.   When you say Illinois is not a
22 swing state, what do you mean by that?
23    A.   Illinois historically goes
24 Democrat in a presidential.
25    Q.   What you think Mike

12 (Pages 42 - 45)

CAELAN DOHERTY

1
2  Bloomberg's strengths and weaknesses were
3  in Illinois, in particular?
4      A.   I think his strengths were he
5  was a middle of the ground candidate, he
6  didn't, you know, rock the boat, I guess,
7  there wasn't a lot of, like, major, you
8  know, issues I guess. I think, himself,
9  funding the Campaign was a big talking
10  point given to us and I think him having
11  experience with not managing but being
12  the mayor of a city is difficult,
13  especially in the time that he was mayor.
14      So I think people understood
15  that he knew how to manage a City, so I
16  think that sat well with at least a lot
17  of the people I was speaking to in
18  Chicago, specifically.
19      Q.   How about weaknesses?
20      A.   I remember people having a lot
21  of issues with his track record on
22  stop-and-frisk. A lot of people didn't
23  like that he was, you know, another rich
24  businessman running for president.  I
25  think that had a sour taste from Donald

CAELAN DOHERTY

1
2  Trump being elected, and his onstage
3  presence was -- it needed work.
4      Q.   So when you would run into
5  voters who expressed concern about, say,
6  stop-and-frisk, how would you respond to
7  that?
8      A.   We were given talking points
9  on how to respond to issues by the
10  Campaign.
11      Q.   And would you just read those
12  talking points to people?
13      A.   I wouldn't necessarily, like,
14  read them off paper but I would have them
15  in my mind. I memorized most of them.
16      Q.   Memorized so you would repeat
17  them back word for word?
18      A.   A paraphrasing but, yeah,
19  pretty much.
20      Q.   What date did you start with
21  the Campaign, do you remember?
22      A.   I remember it was early
23  January. I don't remember exactly, like,
24  the date, though.
25      Q.   Might it have been late

CAELAN DOHERTY

1
2  January?
3      A.   I guess maybe I, like, started
4  seeing people from the Campaign I guess
5  early in January but some time in
6  January.
7      Q.   And so you said you were in
8  the Northside office. What sort of
9  geography was covered by that Northside
10  office?
11      A.   I believe the Northside office
12  went all the way down -- I don't know if
13  any of you guys know Chicago, like, area
14  but the Northside office covered Roscoe
15  Village at its most southern point and
16  then some of the Northside suburbs.
17      Q.   What other field offices were
18  there along with the Northside office
19  that you were in?
20      A.   There was a West Side Chicago
21  office and then I believe a South Side
22  Chicago office, and then there were other
23  regions within Illinois. So I think there
24  was a Waukegan.
25      Q.   What about east Chicago? You

CAELAN DOHERTY

1
2  mentioned north and west and south, so
3  I'm just wondering about east.
4      A.   That's the lake.
5      Q.   Oh. No voters there?
6      A.   No voters there.
7      Q.   Are you familiar with the term
8  "turf" as it relates to organizing?
9      A.   I am.
10      Q.   What does that mean?
11      A.   Basically different regions of
12  where you can go to, like, canvass. It's
13  a term within -- I believe it's -- I've
14  always used it in terms of the database
15  VAN. So, yeah, it's just, like,
16  geographic locations where you go to
17  canvass.
18      Q.   Did you have a particular
19  turf?
20      A.   Yes. It was the, like, Rogers
21  Park area, which is where Loyola is, and
22  a little bit north of that, a little bit
23  of Evanston.
24      Q.   And how would you describe
25  that area demographically?

1           CAELAN DOHERTY
2     A.   Students, families, younger
3 people. That's pretty much the big
4 demographic.
5     Q.   More Democrat or Republican?
6 Can you describe --
7     A.   Democrat.
8     Q.   Okay. Bear with me one second.
9         Do you agree that to be
10 effective as an organizer you need to
11 know the community?
12    A.   No, not necessarily.
13    Q.   It doesn't help you to connect
14 with voters if you know something about
15 the community that they live in?
16    A.   I think it helps but I don't
17 think it -- I don't think in order to be
18 effective you have to know the community.
19    Q.   Did you receive any training
20 about organizing before you went out and
21 did it?
22    A.   Yes.
23    Q.   What did that training consist
24 of?
25    A.   We -- there was a lot of

1           CAELAN DOHERTY
2 training at the Chicago HQ office with
3 fellow organizers from all around the
4 State of Illinois. We kind of just went
5 into different breakout groups and talked
6 about different aspects about what it
7 meant to be an organizer and talking
8 points that they wanted to give us, tips
9 on how they thought we would best, you
10 know, manage our time and stuff like
11 that.
12        MR. BATTEN: Let's look at tab
13 5, please.
14        (Doherty Exhibit 3, Worksheet
15 labeled Know the Landscape, Bates
16 MB2020_Wood_00042464 was received
17 and marked on this date for
18 identification.)
19        CONCIERGE:  Doherty 3 has been
20 marked.
21    A.   I can see it.
22    Q.   Do you recognize this
23 document?
24    A.   Kind of. It's pretty generic,
25 but I'm sure I looked at it when I was

1           CAELAN DOHERTY
2 being trained.
7 that?
8     A.   I do.
9     Q.   And I take it that you just
10 disagree with that?
11    A.   I think it's just -- yeah, I
12 think it's a matter of opinion.
13    Q.   Did you do anything to get to
14 know the community in your turf?
15    A.   Yeah. I had -- I had lived in
16 the community, so I think that definitely
17 helps. I had lived there, you know, for
18 over six or seven months at that point.
19 But, yeah, I keep up with what's going on
20 in the community I'm living in, so I
21 think, yeah.
22    Q.   And do you think that helped
23 you at all in the organizing work that
24 you did?
25    A.   I do think it helped, yes.

1           CAELAN DOHERTY
2     Q.   Can you describe how it
3 helped?
4     A.   You can just be more in touch
5 with the issues that are, like, most
6 pressing to that community, yeah. You
7 have experience with the issues that they
8 are also experiencing.
9     Q.   Was there a percentage of your
10 turf that was other students at Loyola?
11    A.   Yes.
12    Q.   And did you feel like you had
13 a sense of the sorts of issues that other
14 Loyola students would be interested in as
15 far as the 2020 election?
16    A.   Yeah. I would say students
17 have, or most college students,
18 especially those at a more liberal
19 university, they -- we have similar cares
20 about policy issues.
21    Q.   Would you describe Loyola as a
22 liberal university?
23    A.   I would describe the student
24 population as a liberal community. I
25 would not describe the university,

14 (Pages 50 - 53)

CAELAN DOHERTY

1
2 itself, as liberal.
3    Q.   Did you have -- I think you
4 said you had a Regional Organizing
5 Director, a ROD?
6    A.   I did.
7    Q.   Who was that?
8    A.   Josh Frederickson.
9    Q.   Was he -- I may say ROD for
10 R-O-D.
11        Was he your ROD at the time
12 you worked for the Campaign?
13    A.   Yes.
14    Q.   Were there other field
15 organizers that also reported to Josh
16 Frederickson?
17    A.   Yes.
18    Q.   Who were they?  Do you
19 remember their names?
20    A.   Max Costello, Joe Platt, Byron
21 Hill, Alex Andrews, I believe was
22 everyone.
23    Q.   And did they have, each of
24 those field organizers, did they have
25 their own turf or were they working in

CAELAN DOHERTY

1
2 your turf?
3    A.   Well, my office was in the
4 turf. The office -- the Northside Chicago
5 field office was in my turf, technically
6 but everyone kind of had their own, like,
7 region of the Northside.
8    Q.   So the piece of the Northside
9 that was assigned to you wasn't assigned
10 to any other field organizer also; is
11 that right?
12    A.   I don't believe so. I remember
13 there being some, like, mixup between Max
14 and I about where the boundaries of our
15 turf were but for the most part, yes, I
16 believe we each had our own.
17    Q.   Would you say that Josh was an
18 effective ROD?
19    A.   Yes.
20    Q.   What made him effective?
21    A.   He gave us very clear, you
22 know, goals that he wanted to meet and
23 those -- I'm guessing they were given by
24 the Campaign. Whenever we, like, you know
25 -- you know, he would guide us on what to

CAELAN DOHERTY

1
2 say and if we ever had any clarifying
3 questions about a policy or a talking
4 point that we would always be able to go
5 to him. He, like -- I believe he cut most
6 of the canvassing lists and stuff, like,
7 where we wanted to go, so those were
8 always ready and -- yeah.
9    Q.   Was he -- I'm sorry. Go ahead.
10 Finish your thought.
11    A.   I was going to say, he was
12 more of the strategic person.  He kind of
13 knew more about the strategy that the
14 Campaign was trying to do and the voters
15 that they were trying to hit.
16    Q.   You said you had certain
17 goals. Could you describe those?
18    A.   Yeah. So we had metrics that
19 we had to hit. I don't remember the
20 specifics of numbers and stuff, but we
21 had a specific number of phone calls that
22 we had to make each week, a specific
23 number of doors we had to hit and I
24 believe we had a goal for attending
25 community events in the community.

CAELAN DOHERTY

1
2    Q.   Did you meet your goals every
3 week?
4    A.   I don't remember. I remember
5 there being a lot of, like, shifts in the
6 goals.  So I don't specifically remember
7 if I hit them every week, but I would
8 always put my best foot forward to meet
9 them and they were very aggressive goals,
10 so...
11    Q.   When you say they were shifts,
12 do you mean the actual number of the goal
13 changed from week to week?
14    A.   Yeah. I don't remember
15 specifics but I do remember, I believe,
16 like, as we got closer to our primary
17 date we were trying to hit and as we got
18 more, you know, volunteers in the office
19 we were able to, you know, expand our
20 goals.
21    Q.   And would you say that Josh
22 was understanding about it if you didn't
23 make a goal in a particular week?
24    A.   I don't know if we ever had
25 that conversation. I don't remember ever

15 (Pages 54 - 57)

CAELAN DOHERTY

1      altogether?
2      A.   I didn't sleep very much
3  during this period of my life. Probably,
4  you know, five hours a week, but it would
5  be at very late at night that I would do
6  all this work.
7      Q.   So five hours a week was all
8  you spent on studying, going to class?
9      A.   Oh, if you're including going
10 to class into that, probably closer to
11 eight to ten.
12     Q.   So all of college you fit into
13 eight to ten hours a week.  So an hour or
14 two a day; is that right?
15     A.   Yeah. I can -- yeah. Yeah.
16     Q.   And still you made the Dean's
17 List?
18     A.   A-hum.
19     Q.   What GPA was required to make
20 the Dean's List?
21     A.   A 3 -- 3 -- I think a 3.75 or
22 something.
23     Q.   Do you remember what time of
24 day the classes met?

CAELAN DOHERTY

1      A.   Yes. I had -- I remember I had
2  one 8 a.m. and then I think I had another
3  class back-to-back from that one on
4  Monday, Wednesday and Friday.  So I would
5  be done with class by -- what is that? --
6  9 or -- yeah, like, a little before
7  10-ish, I believe, I'd be done with class
8  Monday, Wednesday and Fridays and then
9  I'd head to the field office by usually
10 10 a.m.  And then Tuesdays, Thursdays I
11 believe were a similar schedule. I had a
12 very early class load.
13     Q.   I think when we looked at your
14 resumé earlier, one of the things that
15 was there was organizing events.  Is that
16 something that you did?
17     A.   Yes.
18     Q.   How many events would you say
19 you organized?
20     A.   I would say that I helped plan
21 and helped execute events. I can't put a
22 specific number because a lot of them are
23 collaborative and I never really worked
24 on anything, like, alone.  So I don't

CAELAN DOHERTY

1      really know how to, like, categorize all
2  the events that we did.
3      Q.   And so what was your
4  contribution to the typical event? What
5  would you do to help plan or organize it?
6      A.   Yeah, so usually an idea for
7  an event would come from a ROD or in my
8  case Josh, it would come from Josh and
9  then -- or a constituent would come to
10 the office and interested in hosting
11 an event.  So we would kind of just go
12 with either what -- so, like, we would
13 plan an event for the office, we would,
14 you know, like, try and get people to
15 come to the event.  If it was, like, a
16 house party with a constituent, we would
17 be in touch with the constituent to make
18 sure all the details were correct so that
19 we could get people to go, stuff like
20 that.
21         MR. BATTEN:  Could we look at
22 tab 8, please?
23         MR. DANNA:  Mark, it's been
24 about an hour and a half, do you

CAELAN DOHERTY

1      anticipate taking a break soon?
2          MR. BATTEN:  Sure. We can take
3  a break. Let's do that before we
4  look at the document.
5          VIDEOGRAPHER:  Very well.  We
6  are going off the record at 10:30
7  a.m. Central Time.
8          (Recess is taken.)
9          VIDEOGRAPHER:  We are going
10 back on the record at 10:40 a.m.
11 Central Time.
12         MR. BATTEN:  And can we have
13 tab 8, please?
14         (Doherty Exhibit 6, email
15 dated February 6, 2020, Bates
16 MB2020_Wood_00015982 was received
17 and marked on this date for
18 identification.)
19         CONCIERGE:  Doherty 6 has been
20 marked.
21     Q.   You're muted, Ms. Doherty.
22     A.   So sorry. I can see it now.
23     Q.   This looks like -- this
24 exhibit looks like it describes an event

Page 82

1          CAELAN DOHERTY
2 called Pizza and Policy with the Loyola
3 Democrats. Do you see that?
4     A.   Yes.
5     Q.   Did you have some role with
6 the Loyola Democrats at the time?
7     A.   I would often go to their
8 meetings as a community event for the
9 Campaign, yeah, I would be, like, a
10 presence there. I was involved in the
11 club before, so, yeah.
12    Q.   But at this time in February
13 of 2020 you didn't have an official role
14 with the group, the Loyola Democrats?
15    A.   I wouldn't say I had an
16 official role, no.
17    Q.   Okay. Did you contribute to
18 the organization of this event?
19    A.   I did not. It was more of a
20 Loyola Democrats event that Max and I
21 would be attending together.
22    Q.   Okay. How did it -- how did it
23 come about that you and Max would attend
24 this event?
25    A.   Max and I, you know, we became

Page 83

1          CAELAN DOHERTY
2 friends through work and it would seem
3 like a fun event that we could go to
4 together and, yeah, talk about stuff with
5 the Loyola Democrats.
6     Q.   So was it your idea to attend
7 this or Max's or somebody else's?
8     A.   I don't remember. We usually
9 tried to go to any events that they would
10 hold.
11    Q.   And did you speak at the event
12 on behalf of the Campaign?
13    A.   I had conversations but I
14 didn't, like, make a speech or anything,
15 no.
16    Q.   Did you talk about Mike
17 Bloomberg and his presidential campaign
18 at this event?
19    A.   Yeah. If it came up, if
20 specific policy points were coming up we
21 would talk about some of the talking
22 points, yes.
23    Q.   Did you have a script with you
24 when you went to this event?
25    A.   A physical script, no.

Page 84

1          CAELAN DOHERTY
2     MR. BATTEN:  Let's look at tab
3 9, please.
4     (Doherty Exhibit 7, email
5 dated February 26, 2020, Bates
6 MB2020_Wood_00016566 was received
7 and marked on this date for
8 identification.)
9     CONCIERGE:  Doherty 7 has been
10 marked.
11    A.   I can see the -- I can see the
12 document.
13    Q.   Okay. This looks like an email
14 from somebody at Plum Market to you --
15    A.   Yes.
16    Q.   -- dated February 26, 2020,
17 and the Subject is Catering an Event on
18 February 27th. Do you see that?
19    A.   Yes.
20    Q.   Is this an event that you
21 organized?
22    A.   It was an event that I
23 wouldn't say I organized it but I helped
24 plan it, yes.
25    Q.   What was it?

Page 85

1          CAELAN DOHERTY
2     A.   I believe it was a house party
3 for somebody in my turf.
4     Q.   And what role did you play in
5 this -- in setting up this event?
6     A.   I believe the constituent came
7 to Chicago HQ or reached out to Chicago
8 HQ or Josh and they were interested in
9 hosting a house party for the Campaign
10 and since it was in my turf I was kind of
11 the touchpoint between HQ and the
12 constituent so, yeah.
13    Q.   Was it your decision to cater
14 it through Plum Market?
15    A.   The Campaign had used Plum
16 Market in the past so they already had,
17 like, all of our information, so it was
18 the easiest place to go.
19    Q.   And what did you do with
20 respect to the catering?
21    A.   I can't remember if I ordered
22 it. I don't think I could have because I
23 didn't -- I didn't -- I think I just sent
24 the email requesting the catering because
25 they had already had all of our

22 (Pages 82 - 85)

Page 86

CAELAN DOHERTY

1
2 information given to them by HQ, I didn't
3 have to, like, pay for anything. So I
4 think I sent the email requesting that,
5 that we had an event and -- yeah.
6     Q.   And was there some standard
7 order or did you have to come up with
8 what the food would be?
9     A.   I believe it was just, like,
10 cheese plates and stuff. They had a menu
11 of, like, two or three options and we
12 just picked one.
13    Q.   Did you attend this event?
14    A.   I believe I did attend that
15 event, yes.
16    Q.   And what was your role once
17 you actually got to the event?
18    A.   Just, like, being a person who
19 knew a lot about the Campaign. There was
20 a lot of the constituent's friends and
21 family and people he knew in the area. I
22 believe one other organizer might have
23 come with me, I don't remember.  But
24 yeah, if anyone had any questions about
25 the Campaign I was able to answer them.

Page 87

CAELAN DOHERTY

1
2     Q.   Did you speak to the group?
3     A.   No. It was more of, like, a
4 roundtable discussion.
5         MR. BATTEN:  Tab 10, please?
6         (Doherty Exhibit 8, email
7     dated February 13, 2020, Bates
8     MB2020_Wood_00016677 was received
9     and marked on this date for
10    identification.)
11        CONCIERGE:  Doherty 8 has been
12    marked.
13    A.   I can see the document, yup.
14    Q.   Do you recognize this email
15 from that you sent to Josh Frederickson?
16    A.   I do.
17    Q.   Did anybody from the Campaign
18 attend this protest that you described in
19 the email?
20    A.   I believe I did attend.
21    Q.   And did you have a role with
22 respect to the Campaign there?
23    A.   I think I just wore a T-shirt
24 and that was it and was at the protest.
25    Q.   You didn't speak to anybody

Page 88

CAELAN DOHERTY

1
2 about the Campaign?
3     A.   No.
4         MR. BATTEN:  Tab 28, please.
5         (Doherty Exhibit 9, email
6     dated February 26, 2020, Bates
7     MB2020_Wood_00024896 was received
8     and marked on this date for
9     identification.)
10        CONCIERGE:  Doherty 9 has been
11    marked.
12    A.   I can see the -- I can see the
13 document.
14    Q.   The email? So it's an email
15 chain and at the bottom there is an email
16 from Paul Rosenfeld. It goes from the
17 bottom of page 1 to the top of page 2. Do
18 you see that?
19    A.   Yup.
20    Q.   Talking about the 47th Dems
21 Eve of Early Vote Rally?
22    A.   Yup.
23    Q.   And couple of emails up Josh
24 Frederickson emails and says, "Caelan,
25 this is in your turf so if you're able

Page 89

CAELAN DOHERTY

1
2 you should attend this", right?
3     A.   Yes.
4     Q.   Did you go to this event?
5     A.   I don't remember. I don't
6 think so, I don't think.
7     Q.   Do you remember why not?
8     A.   I'm trying to remember if --
9 I'm trying to remember the event. I
10 remember something happening with the
11 event after this but I don't remember.
12 Sorry, I don't remember this event.
13    Q.   So you don't remember whether
14 you went or not?
15    A.   Yeah. I don't remember. I'm
16 sorry.
17    Q.   Josh says, "This is in your
18 turf so if you're able you should attend
19 this." So it sounds like he was giving
20 you the choice?
21    A.   I mean, if I had nothing else
22 going on I would have gone to it so I
23 don't -- I don't remember what happened.
24 I might have, you know, had a scheduled
25 canvass or something. I'm not sure.

23 (Pages 86 - 89)

CAELAN DOHERTY

1
2    Q.   Was it typical that Josh would
3 suggest things that you could do or not
4 do rather than saying; Caelan, this is
5 what you're going to do today?
6    A.   Not really. It was -- he was
7 speaking -- I mean, he would usually
8 speak in terms of, like, the team. Turf
9 wasn't really a big thing for our team. I
10 mean it was but, like, it wasn't uncommon
11 for some of us to work in each other's
12 turf just to, like, help each other out.
13 So some FOs would go to an event in
14 someone else's turf sometimes and it kind
15 of -- it was more who can -- who is going
16 to go to this, not can you go to this, if
17 that makes sense.
18    Q.   Your resumé says that you
19 organized volunteers. Is that something
20 that you did for the Bloomberg Campaign?
21    A.   Yes. I was aware of the
22 canvass times that -- and the canvass
23 events that we had set up as an office
24 and I would, you know, speaking with
25 constituents and talking with people that

CAELAN DOHERTY

1
2 were interested in volunteering I would
3 be the liaison to say, hey, we're hosting
4 this canvass at this time, if you are
5 able, please come.
6         MR. BATTEN:  Tab 11, please.
7         (Doherty Exhibit 10, email
8    dated February 29, 2020, Bates
9    MW2020_Wood_00016090 was received
10    and marked on this date for
11    identification.)
12         CONCIERGE:  Doherty 10 has
13    been marked.
14    A.   I can see the document.
15    Q.   Do you recognize it?
16    A.   I do.
17    Q.   What is this?
18    A.   It is a, like, a generated
19 email from Mobilize about an event, a
20 Northside canvass.
21    Q.   And it says you have a new
22 signup for your event.
23    A.   A-hum.
24    Q.   Right?
25    A.   Yeah.

CAELAN DOHERTY

1
2    Q.   And in what way was Northside
3 Canvass for Mike Bloomberg your event?
4    A.   I had just simply created the
5 event on Mobilize and that's why it was
6 marked as my event.
7    Q.   Did you have some other role
8 in putting this event together, this
9 canvass?
10    A.   Just trying to get people to
11 sign up for it and then participating in
12 it.
13    Q.   And what did you do to try and
14 get people to sign up for it?
15    A.   I had created a list of
16 potential volunteers, you know, through
17 knocking doors and calling people and
18 people coming into the office and I would
19 send that out into, like, an email blast
20 saying; hey, we're having this canvass at
21 this time and this date, if you can show
22 up, please show up.  And then as I would
23 call and knock more doors I would have
24 that as an example of the event that the
25 Northside office was having.

CAELAN DOHERTY

1
2    Q.   And how did these volunteers,
3 when they signed up, know what to do?
4    A.   They would come into the
5 office and we would have all of the
6 Campaign materials so, like, all of the
7 talking points that we were given, and
8 stuff like that, and the script to read
9 off of and they would then go and do
10 that.
11    Q.   If a volunteer went and
12 canvassed that you had recruited, would
13 the doors that that volunteer knocked on
14 count toward your goals for the week?
15    A.   I -- that was another one of
16 those shifting policy things. I believe
17 at first they did not count towards our
18 goals but towards the end or some time it
19 did change where volunteers did count
20 towards your goals.
21         MR. BATTEN:  Tab 14, please?
22         (Doherty Exhibit 11, email
23    dated February 28, 2020, Bates
24    MB2020_Wood_00016123 was received
25    and marked on this date for

Page 94

CAELAN DOHERTY

1
2    identification.)
3        Q.   And while that's coming up, do
4    you remember when the shift happened that
5    volunteer canvassing started to count
6    toward your goals?
7        A.   I don't remember, no.
8        Q.   And was it also true that
9    volunteers sometimes made phone calls to
10   voters?
11       A.   Yes.
12       Q.   And would those phone calls
13   count toward your phone call goals?
14       A.   I think it was the same policy
15   that kind of shifting policy or it was
16   kind of unclear at points.
17       Q.   Do you have this next exhibit?
18       CONCIERGE:  Doherty 11 has
19   been marked.
20       A.   Okay. I can see it.
21       Q.   So this looks like a signup by
22   a volunteer for another event of yours;
23   is that right?
24       A.   Yeah. It was a signup for an
25   event, yes.

Page 95

CAELAN DOHERTY

1
2        Q.   You resist my characterizing
3    it as "my event"?
4        A.   Yeah, because it wasn't really
5    my event.  It was more of the office's
6    event.
7        Q.   Well, who decided that there
8    would be a phone bank for Mike Bloomberg
9    that's referred to here?
10       A.   Josh, Josh would usually set
11   the times and dates of when, and it was
12   more, like, HQ, it was kind of along
13   those lines that these are good times to
14   phone bank and canvass so we should set
15   an event to phone bank and canvass at
16   that time.
17       Q.   And would you have trained
18   these volunteers about how to do the
19   phone bank, what to say?
20       A.   I mean, they had the materials
21   and there was a phone banking script
22   given to us.  So that's, like, the extent
23   of the training, really. The only things
24   that I would talk about would be, like,
25   inflection, so don't sound like a robot.

Page 96

CAELAN DOHERTY

1
2        Q.   Did you give anybody any tips
3    on what to say?
4        A.   It wasn't what to say, it was
5    more -- yeah, no, I wouldn't really tell
6    them what to say. The talking points for
7    most policy issues or all of the policy
8    issues that we wanted to talk about were
9    in all of the materials.
10       MR. BATTEN:  Let's look at tab
11   15, please?
12       (Doherty Exhibit 12, email
13   dated February 18, 2020, Bates
14   MB2020_Wood_00016590 was received
15   and marked on this date for
16   identification.)
17       CONCIERGE:  Doherty 12 has
18   been marked.
19       A.   I can see the document.
20       Q.   This is an email to you from
21   Betsi Roach. Do you know who Betsi Roach
22   is?
23       A.   I believe she was a volunteer.
24       Q.   Would she be a volunteer who
25   you recruited?

Page 97

CAELAN DOHERTY

1
2        A.   I don't remember how she got
3    involved with the Campaign. It's possible
4    that I -- that I was the first one to
5    talk to her about volunteering, yeah.
6        Q.   I mean, how else would she
7    know to contact you versus somebody else?
8        A.   Well, this email seems like we
9    had talked previous, like we had had a
10   previous conversation in person. So
11   that's how I would know but I don't know
12   how initially she got involved with the
13   Campaign. I don't remember.
14       Q.   Do you remember Betsi Roach at
15   all?
16       A.   The name sounds familiar but I
17   don't have a face to the name.
18       Q.   Okay. In the email she says,
19   "Quick question for you.  A couple of
20   people have been rude, no surprise, but
21   given some of the challenging press Mike
22   is receiving now, et cetera, suggestions
23   on a response for that that." Do you see
24   that?
25       A.   Yes, I do see that.

25 (Pages 94 - 97)

CAELAN DOHERTY

1
2 volunteers enough that you got a sense of
3 their strengths and weaknesses, right?
4    A.   Yeah, for the most part.
5    Q.   And when you would -- when you
6 were canvassing and you were the one
7 speaking at the door, what would you say?
8 How would it start?



17    Q.   And if somebody expressed some
18 issue as being the most important, would
19 you respond to that?
20    A.   Yeah. Usually it would be one
21 of the -- so we were, like, briefed on
22 all, like, the major policy issues; so,
23 like, what was Mike's stance on gun
24 control, climate change, criminal
25 justice, like, all of the major ones?

CAELAN DOHERTY

1
2 And then I would usually explain the
3 talking point and, like, what the
4 Campaign was doing for that specific
5 policy area.
6    Q.   And were you reading something
7 to the voter or were you using your own
8 words based on what you had been told?
9    A.   A mix of both. You know, if
10 the pamphlet I was holding specifically
11 had something about that policy issue I
12 would usually flip to that part of the
13 pamphlet and show it to the voter so they
14 had something to read as well as me
15 talking about usually -- yeah, most of
16 the time the same points.
17    Q.   Did a voter ever raise an
18 issue that you didn't have a talking
19 point for?
20    A.   Yeah. I mean, sure, people --
21 there is a lot of issues so my response
22 would usually be, you know, I am not very
23 educated on that issue but I'm sure if
24 it's an issue that you care about, other
25 people care about it as well. So I can

CAELAN DOHERTY

1
2 talk to people our policy, people at HQ
3 and see if they have an answer for me and
4 I'd usually try and get them an answer.
5    Q.   So would you then go talk to
6 somebody and then follow up with the
7 voter?
8    A.   If I could, you know, if that
9 option, like, was available and, like --
10 because, like, the policy people at HQ
11 were much -- they were busy so there
12 wasn't a response all the time, so...
13    Q.   But there were instances where
14 you would go back to HQ and get a policy
15 position and deliver it back to the
16 voter?
17    A.   Yeah. Like, if they were a
18 recurring person I would see, yeah, I
19 would -- I would try and get an answer
20 for them.
21    Q.   If a voter said they were
22 undecided about who they were going to
23 vote for, how would you respond to that?
24    A.   I would usually tell them
25 about Mike and why Mike is -- sets

CAELAN DOHERTY

1
2 himself apart from other candidates.
3    Q.   The point was to try to
4 persuade them that Mike was the right
5 candidate, right?
6    A.   Yeah.
7    Q.   Okay. And you would try to do
8 that?
9    A.   I would try and persuade
10 someone?
11    Q.   Yes.
12    A.   Yeah. I would give them
13 positive talking points about Mike, yes.
14    Q.   Did voters ever ask you who
15 you were voting for?
16    A.   I don't know. I'm leaning
17 towards yes but I don't remember
18 specifically anyone asking me that.
19    Q.   Do you remember what you said
20 when people asked you that?
21    A.   I was -- I mean, I hadn't -- I
22 didn't decide who I was going to vote for
23 until I was there, so I would be honest
24 with them and say I'm undecided as well
25 and I'm, you know -- I'm choosing the

29 (Pages 110 - 113)

Page 114

1           CAELAN DOHERTY
2  best candidate.
3       Q.   If we changed it a little bit
4  so it's not if the voter asking you who
5  you were going to vote for but asking you
6  why you support Mike Bloomberg, did you
7  ever get that question?
8       A.   Yes, I did get that question.
9  And it was a talking point both and I did
10 feel this way, that Mike was a team
11 player for Democrats. He, you know, was
12 willing -- I think he knew that it was
13 going to be a big effort to defeat Donald
14 Trump and I think -- I think one, through
15 the promise of keeping us employed
16 through November and offering, you know,
17 monetary assistance for whoever the
18 Democratic nominee would be was a big
19 move for him.
20      Q.   Was that something that you
21 talked about?
22      A.   It was.
23      Q.   And you also made phone calls
24 to voters in addition to canvassing,
25 correct?

Page 115

1           CAELAN DOHERTY
2       A.   I did.
3       Q.   And when you were phone
4  banking were you calling voters within
5  Illinois?
6       A.   Not all the time, no.
7       Q.   How did you know you were
8  calling?
9       A.   Usually, so if I was doing
10 phone calls in Illinois I would be --
11 either before I got MyCampaign phone on
12 my personal phone using Google Voice, but
13 then once I got MyCampaign phone,
14 MyCampaign phone to call voters in
15 Illinois.  However, we did use an
16 auto-dialer where we would call usually,
17 like, the entire office and all the
18 Illinois staff would call other voters in
19 other areas.
20      Q.   And how did you know you were
21 calling voters in other areas?
22      A.   I think the auto-dialer told
23 us where, what region we were calling in
24 and what state we were calling.
25      Q.   And when you were using the

Page 116

1           CAELAN DOHERTY
2  auto-dialer was it exclusively
3  out-of-state calls or was it a mix?
4       A.   I'm not sure.
5       Q.   So you couldn't give me a
6  proportion of auto-dialer calls that were
7  going out of state versus still in
8  Illinois?
9       A.   I would say most of the time
10 they were out-of-state calls if we were
11 using the auto-dialer.
12      Q.   And did you use the
13 auto-dialer throughout the Campaign,
14 throughout your time working for the
15 Campaign or did it start at some point --
16      A.   It started a little bit later
17 after I started, they were still working
18 out the technology. We didn't use the
19 auto-dialer at the beginning of when I
20 was working but there were specific times
21 when HQ would tell us to get on the
22 auto-dialer and then we would go on for,
23 you know, a couple hours or something.
24      MR. BATTEN:  Can we look at
25 tab 27, please?

Page 117

1           CAELAN DOHERTY
2       (Doherty Exhibit 15, email
3       dated February 10, 2020, Bates
4       MB2020_Wood_00024882 was received
5       and marked on this date for
6       identification.)
7       CONCIERGE:  Doherty 15 has
8       been marked.
9       A.   I can see the document.
10      Q.   Okay. Looks like an email from
11 Josh Frederickson to you and the other --
12      VIDEOGRAPHER:  Counsel, we
13      just lost our witness. We are going
14      off the record at 11:23 a.m.
15      Central Time.
16      (Recess is taken.)
17      VIDEOGRAPHER: We are going
18      back on the record at 11:28 a.m.
19      Central Time.
20      Q.   We were just about to look at
21 Exhibit 15, Ms. Doherty.
22      A.   Yup. I've got it up.
23      Q.   It looks like an email from
24 Josh Frederickson to several people,
25 including you, correct?

30 (Pages 114 - 117)

Page 118

1          CAELAN DOHERTY
2      A.   Yes.
3      Q.   And these other two people on
4  the "to" line, the other field organizers
5  that Mr. Frederickson was responsible
6  for?
7      A.   Yes.
8      Q.   The subject is Region 1 Daily
9  check-out. Was Region 1 your region?
10     A.   Yes.
11     Q.   And is that the region
12 supervised by Josh Frederickson?
13     A.   Yes.
14     Q.   Is that Region 1 of the
15 Northside office or Region 1 for
16 Illinois?
17     A.   Region 1 for Illinois.
18     Q.   Was the daily check-out an
19 email that you would get periodically
20 from Josh?
21     A.   It was mostly every day, yes,
22 we would do a check-in and check-out.
23     Q.   Does a check-out mean that the
24 day is over, the workday is over?
25     A.   No.

Page 119

1          CAELAN DOHERTY
2      Q.   What was the significance of a
3  check-out email?
4      A.   Just to kind of see what
5  everyone did do, like, in the workday,
6  like, before that time, and then usually
7  everything we do after that would count
8  toward the next day or, like, planning
9  for the next day and stuff like that.
21     Q.   Is that the expectation that
22 you would spend four hours a week on the
23 auto-dialer?
24     A.   Yes.
25     Q.   So it must have come some time

Page 120

1          CAELAN DOHERTY
2  after February 10th that you started
3  doing that, correct?
4      A.   Correct.
5      Q.   But you don't remember when?
6      A.   No.
7      Q.   If I put in it terms of Super
8  Tuesday, in early March, can you estimate
9  how far in advance of Super Tuesday you
10 were using the auto-dialer?
11     A.   Maybe a few weeks.

Page 121

6      Q.   Do you remember at some point
7  being held more accountable for reaching
8  certain numbers?
9      A.   I think there was just a
10 number to hit now that we could actually
11 see. I think that was the accountability
12 aspect.
13     Q.   And before that there hadn't
14 been specific numbers, is that what
15 you're --
16     A.   There was specific numbers but
17 it was really hard to track because I
18 don't believe there was a data team yet
19 at Chicago HQ, but I think the tracker
20 was once the data team was either hired
21 or started.

31 (Pages 118 - 121)



Page 122

10      Do you remember some
11 conversation about underperforming in
12 some aspects?
13      A.   Yeah. I think as a team in the
14 Northside office we -- we had really
15 aggressive goals and we were a much
16 smaller team than a lot of other regions,
17 so I think we were having a hard time
18 hitting our calling goals but, yeah.
19      MR. BATTEN:  Tab 30, please.
20      (Doherty Exhibit 16, email
21 dated February 7, 2020, Bates
22 MB2020_Wood_00016886 was received
23 and marked on this date for
24 identification.)
25      CONCIERGE:  Doherty 16 has

Page 123

1      CAELAN DOHERTY
2 been marked.
3      A.   I've got it.
4      Q.   Do you recognize this email
5 from yourself to Josh Frederickson?
6      A.   I do.
7      Q.   And the subject is Weekly ROD
8 Report 2/7/20. Did you do a report weekly
9 to your ROD?
10      A.   I believe so, yes.
11      Q.   And on the second page --
12 well, you can look through the whole
13 thing, there seems to be no mention of
14 metrics here.
15      Did you not regularly report
16 on numbers of doors or phones or
17 volunteers as part of the weekly report?
18      A.   Not really, not really in this
19 update because he was able to see all of
20 that, so -- and we talked about it pretty
21 regularly throughout the week, so I don't
22 think I needed to reiterate.

Page 124

13      Q.   On the second page of this
14 exhibit, which is the first page of the
15 report, the first question asks what your
16 biggest success was this week?
17      A.   Yup.
18      Q.   You talk about making it
19 through your first week and you say
20 you've "had some great conversations with
21 Mike supporters and potential
22 volunteers."
23      Was that at the office opening
24 or some other event?
25      A.   I don't think the office

Page 125

1      CAELAN DOHERTY
2 opening had, like, the technic -- the
3 official office opening had happened yet,
4 because I also say, "I had a brief
5 conversation with the surrogate at the
6 office opening."
7      So if I'm reading it
8 correctly,  I don't believe the office
9 opening had happened yet.
10      Q.   Okay. What conversation did
11 you have with the surrogate, do you
12 remember?
13      A.   I don't remember the specific
14 conversation we had, no.
18      Did you have talking points at
19 this point to talk about the Middle East?
20      A.   I did not and I did not speak
21 to the middle -- Mike's Middle East
22 policy.
23      Q.   So when you say that was the
24 most prevalent topic, were you listening
25 to somebody else talk about it?

32 (Pages 122 - 125)

CAELAN DOHERTY

1
2 going out canvassing alone in the dark.
3 If it was daylight, that would be a
4 different thing but it was dark. So I
5 think that's why I felt frustrated and
6 decided to elevate it to Josh.
7    Q.   He says he told you, according
8 to the sort of first big paragraph here,
9 that "he didn't think it was necessary or
10 made sense to start a canvass at 6:30."
11    A.   Correct.
12    Q.   In the evening I assume we're
13 talking about?
14    A.   Yes.
15    Q.   Did Byron just not want to
16 work after 6:30?
17    A.   I can't speak to that.  I
18 don't know.
19    Q.   I'm asking you what he told
20 you.
21    A.   I don't know. I think he just
22 -- I think he just didn't want --
23 canvassing is not the most fun thing if
24 you don't like it.  So there's -- it's
25 much easier to make a phone call in a

CAELAN DOHERTY

1
2 warm office than be outside in January or
3 February.
4    Q.   In the second to last
5 paragraph you say, "I'm putting all my
6 energy into this Campaign and hitting my
7 goals for the week."
8       Did you feel that Byron was
9 not doing the same thing?
10    A.   I think he was just more
11 worried about himself than the team.
12    Q.   Do you know if anything
13 happened after this email?
14    A.   I believe Josh spoke to Byron.
15    Q.   And did his attitude improve
16 after that?
17    A.   Yes, it did.
18    Q.   Did Byron stay on the Campaign
19 through the full-time that you did?
20    A.   He did.
21    Q.   Was there a work schedule that
22 you followed on a typical day for the
23 Campaign? Let's start with weekdays.
24    A.   Yes. So weekdays I would
25 usually, you know, open my laptop at 8:30

CAELAN DOHERTY

1
2 or 9:00 and check my email. This was --
3 either if it was a week day I would
4 usually be in class at this point but,
5 you know, I'd have my phone on -- well,
6 my phone was always on, and I'd check my
7 emails, answer any emails that had come
8 in overnight, check the tracker to make
9 sure it was correct and nothing -- didn't
10 update the correct way or something, and
11 then I'd be in the office around 10.
12    Q.   Before we go any further, all
13 this email checking and so forth that you
14 just described, you would do that when
15 you were in class in the morning?
16    A.   A-hum.
17    Q.   That was a "yes"? Yeah.
18       Rather than listening to the
19 professor you were working on the
20 Campaign during class; is that your
21 testimony?
22    A.   Yes. I am a good multitasker.
23    Q.   All right.  I interrupted you.
24 You started to say you would get to the
25 office around 10?

CAELAN DOHERTY

1
2    A.   Yes. I would get to the office
3 around 10, you know, then I would either
4 start making phone calls. It depended on
5 what shift I was -- if I was, like, on
6 shift, if that makes sense. Josh would
7 make a schedule for who had to be in the
8 office, like, physically in the office at
9 a certain point just to make sure that
10 people -- there was a face there, so,
11 like, everyone wasn't canvassing at the
12 same time.
13       So in the morning if I had to
14 be in the office I would be there. If
15 not, I would -- I could make phone calls
16 from kind of -- it was, like, preferred
17 that you were in the office if you, like,
18 weren't out in the community doing
19 something. Well, it was policy if you
20 weren't out in the community doing
21 something or canvassing that you were
22 expected to be at the office.
23       So, yeah, if I wasn't doing
24 any of those things I would be at the
25 office until, you know, 9-ish at night,

34 (Pages 130 - 133)

Page 134

CAELAN DOHERTY

1
2 and then in the middle of the day, at the
3 end of the day if I didn't have to be at
4 the office I would be canvassing, out or
5 in a community event.
6    Q.   When you got to the office
7 typically around 10, was that later than
8 other FOs?
9    A.   Some would come in earlier. I
10 think -- I believe the office opened at 8
11 or 9, so I usually didn't take that first
12 early shift because, like, I had class so
13 I couldn't physically be there but, yeah.
14 I'm sorry. What was the question?
15    Q.   The question was whether other
16 FOs came to the office typically earlier
17 than you did, since you couldn't get
18 there until 10?
19    A.   Yeah. Some other FOs would be
20 there before me, yes.
21    Q.   So would they also end their
22 workday before you did?
23    A.   It depended on what they were
24 doing. If they were out canvassing,
25 sometimes they would come back. It

Page 135

CAELAN DOHERTY

1
2 depended what they were doing. Some
3 people had community events. There was
4 no, really, like end time ever. It was
5 kind of just when your work was done and
6 when your community events were over and,
7 yeah.
8    Q.   Well, if you didn't have a
9 community event, how would you know when
10 your work was over?
11    A.   Well, like, when I felt -- it
12 honestly never felt like it ended.  Like,
13 I kind of felt like I was working 24/7.
14 But, you know, there is only so much you
15 can get done in one day and you have to
16 throw in the towel at some point, was
17 usually how I went about it.
18    Q.   So there would just come a
19 point during the day when you would say
20 I'm going to throw in the towel for the
21 day?
22    A.   Yeah.
23    Q.   Is it your impression then
24 that because you were coming in later
25 than some people that overall you were

Page 136

CAELAN DOHERTY

1
2 working fewer hours than other people?
3    A.   I usually tried to -- well, I
4 was kind of pseudo-working when I was not
5 in the office.
6    Q.   In class, right?
7    A.   I don't know if other people
8 even, like, thought of me as not working
9 because I was available and answering
10 emails, so I don't know.
11    Q.   From class, right?
12    A.   Yeah. So I don't know how they
13 felt. But I would usually try and take
14 the later shift, like, that people
15 typically didn't want to work if I was,
16 like, not doing something, so...
17    Q.   So are you saying you were in
18 the office typically later than other
19 field organizers?
20    A.   Yeah. Because they had that
21 option, they could go to a community
22 event because they didn't have to be at
23 the office in the later evening times.
24    Q.   But they were still working if
25 they were at a community event, right?

Page 137

CAELAN DOHERTY

1
2    A.   Yeah. But I don't know when --
3 like, I can't speak to when their
4 community event ended. I don't know.
5    Q.   So you don't really know
6 whether you were working more hours or
7 fewer hours than your fellow field
8 organizers?
9    A.   I would say we all worked
10 about the same at the end of the day.
11 Like, it was give and take for everyone.
12    Q.   And what was -- was the
13 schedule any different on the weekends?
14    A.   I would say it was a little
15 bit lighter in terms of when the office
16 was open. We would open the office a
17 little bit later, not 9 a.m., I believe
18 it was like 11 or 12, but we would be
19 more active on the weekends, so, like,
20 much more canvassing and much more --
21 many more hours of canvassing and phone
22 banking because people are just more
23 available on the weekends.
24    Q.   So how many hours a week do
25 you think you worked?

35 (Pages 134 - 137)

CAELAN DOHERTY

1
2    A.   I would say anywhere from, you
3 know, 60 to 70.
4    Q.   Did you keep any notes or
5 other records of the hours you were
6 working?
7    A.   Not -- not really, no. I
8 didn't feel the need to.
9    Q.   But if we were trying to
10 reconstruct now how many hours a week you
11 worked we would just have to go by your
12 memory or is there some other way that we
13 could do that?
14    A.   I'm not sure.
15    Q.   Did you ever take a day off?
16    A.   I think I took one official
17 day off, and it was my birthday, February
18 22nd, 2020.
19    Q.   Did Josh give you a hard time
20 about taking your birthday off?
21    A.   He did not.
22    Q.   Did you take any other days
23 off?
24    A.   Like, asking for a day off?
25    Q.   Right.

CAELAN DOHERTY

1
2    A.   That was the only day, I
3 believe, that I can remember.
4    Q.   Well, you responded to my
5 question by asking about days that you
6 asked to take off. Were there days that
7 you took off without asking?
8    A.   No.  I meant, like, that -- my
9 birthday is the only day I remember
10 specifically asking for off.
11    Q.   Are there other days that you
12 didn't work for whatever reason?
13    A.   There might have been, like,
14 one Sunday or -- or one Monday, but it
15 was not regular that we had a day off.
16    Q.   Did you take meal breaks
17 during the day?
18    A.   Yes. There were a few
19 restaurants close to the office that we
20 would go and get lunch but I would -- we
21 would usually eat and work.
22    Q.   What would you do -- what kind
23 of work would you be doing while you were
24 eating?
25    A.   Like, stuff in VAN, data

CAELAN DOHERTY

1
2 entry.  I mean, you can make phone calls
3 and eat. It's not easy but you can.
4    Q.   But you're a multitasker, so
5 you could do that?
6    A.   I am. I am. So, yeah, other
7 stuff like that.
8    Q.   Did you ever start your days
9 out in the field rather than coming to
10 the office?
11    A.   Weekends sometimes I could go
12 and canvass but most days I would start
13 in the office.
14    Q.   And when would you start work
15 on a weekend then if you were in the
16 field, if you were starting in the field?
17    A.   Like, 9:30 or 10 usually.
18 Like, I would usually start canvassing at
19 9:30 or 10, so travel time to get to that
20 place, you know, sometimes I would go
21 places that weren't necessarily close to
22 me in the city so it would take some time
23 to get out there.
24    Q.   Is that because you were
25 assigned to go to that place?

CAELAN DOHERTY

1
2    A.   Yes.
3    Q.   And were you assigned a
4 particular time of day on the weekends
5 that you were supposed to start
6 canvassing?
7    A.   If we had a canvass event,
8 yes, but there were -- I mean, Josh told
9 us, like, ideal times to go and canvass,
10 yes.
11    Q.   But he wasn't monitoring the
12 specific time that you started on a
13 particular day?
14    A.   We would have to, like -- it
15 wasn't expected that we were working if
16 we weren't in the office, so...
17    Q.   But in terms of the time that
18 you started on a given day, was there an
19 expectation that you would start in the
20 field by a certain time in the morning?
21    A.   Yes. So when the office would
22 open on -- he would usually go by when
23 the office would open would be the last
24 -- the latest you could start that day.
25    Q.   And on the weekends that was

36 (Pages 138 - 141)

CAELAN DOHERTY

1
2 at late as maybe 11:00?
3     A.   Yeah, because that's usually
4 when, like, canvassing events would start
5 but we would work -- we would go to the
6 office either before that, much before
7 that and start preparing for volunteers
8 if I was at the office or I would start
9 before 11 a.m.
10     Q.   But was that your choice or
11 was it because he was telling you to do
12 that?
13     A.   If there was work to be done,
14 we were expected to do it in, like --
15 yeah. I don't -- yeah. If there had to be
16 prep for something to start at a specific
17 time, we had to prep for it.
18     Q.   Well, I'm asking you about the
19 days that you said on the weekends
20 sometimes you started in the field.
21     A.   Yes.
22     Q.   You said that you would start
23 around 9:30 or 10.
24     A.   A-hum.
25     Q.   My question is, is that

CAELAN DOHERTY

1
2 because there was some specific time that
3 Josh said you are to start canvassing at
4 9:30 or would you just choose 9:30,
5 10:00, whenever you would start?
6     A.   I went by when the office
7 would open, which was Josh's direction.
8 So I would go by Josh's direction.
9     Q.   Except I thought you said the
10 office didn't open until 11 on the
11 weekends.
12     A.   But, like, we would prep for
13 the opening, if that makes sense.
14     Q.   Okay. I guess I just don't
15 understand your testimony because when I
16 asked you about when you started in the
17 field on a weekend morning you would say
18 depending on when the office opened I
19 went by that. But when I asked you about
20 when the office opened you said we were
21 working before the office opened. So I
22 feel like the question is not that
23 complicated.
24         It's just, how did you decide
25 what time to start in the field

CAELAN DOHERTY

1
2 canvassing on a weekend morning, when
3 that was the first task of the day?
4     A.   I would go by the ideal times
5 to canvass in the morning starting at 10
6 a.m., that is when I would shoot to be
7 there.
8     Q.   All right. Did you ever work
9 from home?
10     A.   Yes. I could make phone calls
11 at home.
12     Q.   And how did you know it was
13 okay to work from home?
14     A.   I asked -- Josh said it was
15 okay to make phone calls at home, if we
16 weren't expected to be at the office.
17     Q.   Did you have any involvement
18 in selling Campaign merchandise?
19     A.   I don't think we sold it. I
20 think we just gave it away. But if that
21 is selling it then yes.
22     Q.   But you didn't charge any
23 money for it as far as you knew --
24     A.   No.
25     Q.   -- right?

CAELAN DOHERTY

1
2     A.   No.
3     Q.   Did you have any involvement
4 in ordering Campaign merchandise, bumper
5 stickers or T-shirts or whatever from
6 manufacturers?
7     A.   No.
8     Q.   Did you have any involvement
9 with merchandise operations on the
10 Campaign website?
11     A.   No.
12     Q.   Did you attend any group calls
13 as part of your work?
14     A.   Yes.
15     Q.   Who were those calls with?
16     A.   Usually either New York HQ or
17 Chicago HQ.
18     Q.   How often were the calls with
19 New York?
20     A.   I believe they were once a
21 week but I don't remember the exact,
22 like, timing of each but I remember
23 usually a once-a-week call.
24     Q.   How long would it last?
25     A.   I think maybe an hour, maybe a

37 (Pages 142 - 145)

CAELAN DOHERTY

1
2  little bit less.
3      Q.   And were you required to
4  attend those calls?
5      A.   Yes.
6      Q.   What if you were out
7  canvassing or doing something else, could
8  you miss the call or were you supposed to
9  attend anyway?
10     A.   No, Josh would usually make
11 sure we were in the office to listen to
12 the call together.
13     Q.   And you were just listening as
14 opposed to talking; is that right?
15     A.   Yes.
16     Q.   And what kinds of things were
17 covered on those calls with New York?
18     A.   Updates on policies, updates
19 on operations, stuff like that, where
20 Mike was going to be, updates in the
21 news, new hires, stuff like that.
22     Q.   Were there also calls with
23 just Illinois staff?
24     A.   I believe so, yes.
25     Q.   Did those happen on a regular

CAELAN DOHERTY

1
2  schedule?
3      A.   I don't think they were as
4  regular as the New York one, but I think
5  they would shoot for once a week but
6  sometimes it would get, you know, pushed
7  off for something but usually it was once
8  a week.
9      Q.   And the people who attended
10 those calls, were they all just people
11 who were working for the Campaign in
12 Illinois?
13     A.   Yes.
14     Q.   And what were the subject of
15 those calls?
16     A.   The same subjects but just
17 more relevant to Illinois. It would be,
18 like, our Illinois, like, region leader
19 and kind of updates from each region. I
20 think every ROD would give an update on
21 their area and stuff.
22     Q.   How many RODs were there in
23 Illinois?
24     A.   I think there were five
25 regions, so five. However many regions

CAELAN DOHERTY

1
2  there were.  I think there were five,
3  four or five.
4      Q.   Did you receive emails from
5  out of State Campaign staff?
6      A.   Yes.  From New York HQ, yes.
7      Q.   How often?
8      A.   A couple of times a week.
9      Q.   And what kinds of -- what were
10 the subjects of those emails?
11     A.   Kind of the same as the
12 emails.  If there were any, like,
13 pressing issues that we needed to be
14 updated about, they would let us know.
15     Q.   I assume you don't have any of
16 those emails today?
17     A.   No, I don't. My computer was
18 wiped.
19         MR. BATTEN:  Okay. Bear with
20     me one second.  Can we look at tab
21     21, please?
22         (Doherty Exhibit 18,
23     Declaration of Caelan Doherty, was
24     received and marked on this date
25     for identification.)

CAELAN DOHERTY

1
2         CONCIERGE:  Doherty 18 has
3     been marked.
4      A.   I can see it.
5      Q.   Is this the declaration that
6  you signed?
7      A.   It is.
8      Q.   That's your signature on the
9  last page?
10     A.   It is.
11     Q.   Who wrote this document?
12     A.   My lawyer's wrote it and I
13 helped them.
14     Q.   Did you review it before you
15 signed it?
16     A.   I did.
17     Q.   Looking at paragraph 7 --
18     A.   Yes.
19     Q.   -- it says your typical
20 schedule was Monday through Friday from
21 10:30 to 9 or 9:30 Saturday or Sunday
22 from noon to 8:30; is that right?
23     A.   That's correct.
24     Q.   So we were talking before
25 about your starting at 9:30 or 10 on the

Page 162

1        CAELAN DOHERTY
2  31st?
3     A.   I believe I started before
4  then.
5     Q.   So sometime between January
6  24th and January 31st?
7     A.   Yes.
8          MR. BATTEN:  That's all the
9  questions I have. Thank you.
10         MR. DANNA:  I also have no
11  questions.
12         VIDEOGRAPHER:  Very well. I'll
13  take us off the record, counsel?
14         MR. BATTEN:  Yes.
15         VIDEOGRAPHER:  We are now
16  going off the record at 12:31 p.m.
17  Central Time. And this concludes
18  today's testimony given by Caelan
19  Doherty.
20         The total number of Media
21  Units used was 4 and will be
22  retained by Veritext Legal
23  Solutions.
24         Thank you very much,
25  everybody, and have a great day.

Page 163

1        CAELAN DOHERTY
2     (The proceedings were
3  adjourned at 12:31 p.m. CT.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 164

1       C E R T I F I C A T E
2        I, MAUREEN M. RATTO, a
3  Registered Professional Reporter, do
4  hereby certify that prior to the
5  commencement of the examination, CAELAN
6  DOHERTY was sworn by me to testify the
7  truth, the whole truth and nothing but
8  the truth.
9        I DO FURTHER CERTIFY that the
10 foregoing is a true and accurate
11 transcript of the proceedings as taken
12 stenographically by and before me at
13 the time, place and on the date
14 hereinbefore set forth.
15        I DO FURTHER CERTIFY that I am
16 neither a relative nor employee nor
17 attorney nor counsel of any of the
18 parties to this action, and that I am
19 neither a relative nor employee of such
20 attorney or counsel, and that I am not
21 financially interested in this action.
22
23        _Maureen Ratto_
23        MAUREEN M. RATTO, RPR
24        License No. 817125
25

Page 165

1          I N D E X
2  WITNESS:  CAELAN DOHERTY          6
3  DIRECT EXAMINATION BY MR. BATTEN 6
4
5        E X H I B I T S
6  Doherty Exhibit 1, resumé of    14
7  Caelan Doherty, Bates P005709
8  Doherty Exhibit 2, cover letter  26
9  dated January 7, 2020, Bates
10 P005705,
11 Doherty Exhibit 3, Worksheet     51
12 labeled Know the Landscape,
13 Bates MB2020_Wood_00042464
14 Doherty Exhibit 4, email dated   62
15 September 14, 2020, Bates
16 P008801
17 Doherty Exhibit 5, Phonathon     65
18 payroll summary for Caelan
19 Doherty, Bates P010416
20 Doherty Exhibit 6, email dated   81
21 February 6, 2020, Bates
22 MB2020_Wood_00015982
23 Doherty Exhibit 7, email dated   84
24 February 26, 2020, Bates
25 MB2020_Wood_00016566

42 (Pages 162 - 165)