# Exhibit 60

Page 1

1

2    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

3    --------------------------------x

     DONNA WOOD, et al.,

4    individually and on behalf of

     all others similarly situated,

5

                      Plaintiffs,

6

             -against-

7

                                  Civil Action No.:

8                                 20 Civ. 2489

                                  (LTS)(GWG)

9    MICHAEL BLOOMBERG 2020 INC.,

10                   Defendant.

11   --------------------------------x

12                   November 7, 2022

13                   10:07 a.m.

14

15        VIDEOTAPED REMOTE DEPOSITION of JAMES KYLE

16   NEWMAN, held at the above date and time, before

17   Judith Castore, a Certified Livenote Reporter and

18   Notary Public of the State of New York.

19

20

21

22

23

24

25

Page 34

1          NEWMAN
2 educational background as of the time
3 period in which you drafted it?
4     A   To the best of my knowledge.
5     Q   Is the email address at the
6 top, is this still the email that you
7 use?
8     A   Yes, it is.
9     Q   Under the Bloomberg 2020
10 section of Experience, do you see the
11 first bullet that says "Organized
12 volunteer teams in Forsyth County for
13 the Bloomberg Presidential Campaign"?
14     A   I do.
15     Q   And Forsyth County, does that
16 include Winston-Salem?
17     A   It does.
18     Q   And then could you read the
19 second bullet?
20     A   "Trained and organized a
21 volunteer team of over 40 to canvass,
22 phone bank, and assist the field team
23 with various activities."
24     Q   When you were a field
25 organizer with the Bloomberg campaign,

Page 35

1          NEWMAN
2 you were training and organizing a
3 volunteer team of over 40 people?
4          MS. COLE-CHU:  Objection.
5     Q   You can answer, Mr. Newman.
6     A   So that's one way to put it.
7 You know, that's the way that you would
8 put it on your résumé, as what you were
9 doing as an organizer for the campaign,
10 yes.
11     Q   And that's how you put it on
12 your résumé with respect to what you
13 were doing with the campaign, correct?
14     A   That's how I chose to
15 represent it on my résumé, yes.
16     Q   With respect to the "over 40"
17 referenced here, is that a reference to
18 over 40 people?
19     A   Yes, that would be the number
20 of volunteers that I worked with.
21     Q   Approximately how many
22 volunteers over 40 did you interact
23 with during your employment with the
24 Bloomberg campaign?
25     A   I cannot give an exact

Page 36

1          NEWMAN
2 number.
3     Q   The 40 people who you
4 reference in your résumé, did you --
5 were these volunteers that you
6 recruited to volunteer for the
7 campaign?
8     A   Yes, as far as I can
9 remember.
10     Q   And how did you go about
11 recruiting these more than 40
12 volunteers?
13     A   Through phone calls and
14 knocking on doors.
15     Q   Did you recruit volunteers in
16 any other ways?
17     A   No.  At least not that I
18 recall.
19     Q   Did you know any of the
20 volunteers that you recruited for the
21 campaign prior to working on the
22 campaign?
23     A   Just my wife, Suzanne.
24     Q   Your wife, Suzanne,
25 volunteered for the campaign?

Page 37

1          NEWMAN
2     A   She did.
3     Q   Other than your wife, did you
4 know any of the other volunteers?
5     A   Not that I remember.
6     Q   With respect to the
7 volunteers that you recruited, what
8 were you recruiting them to do?
9     A   To make phone calls and to
10 knock on doors for the campaign.
11     Q   The phone calls and door
12 knocking that they were making, was
13 this for the purpose of encouraging
14 voters to support Mr. Bloomberg's
15 candidacy for president?
16     A   That was the ultimate goal.
17 It, really more than anything, was to
18 collect data from the ground in
19 North Carolina.
20     Q   When you say "collect data,"
21 what data are you referring to?
22 ████████ ███
23 ████████████████████████████████████
24 ████████████████████████████████
25 ███████████████████████████████

10 (Pages 34 - 37)

NEWMAN

1
2 your other personal contacts?
3    A    Not that I remember.
4    Q    Now, with respect to the more
5 than 40 volunteers that you had
6 previously testified you recruited, is
7 it fair to say that you recruited these
8 individuals over a period of less than
9 four months -- strike that.
10        Is it fair to say that you
11 had recruited the more than 40
12 volunteers over a period of less than
13 two months?
14    A    That sounds like an accurate
15 time line.
16    Q    While you were employed by
17 the Bloomberg campaign, were there any
18 goals that you had with respect to
19 recruitment of volunteers?
20        MS. COLE-CHU:  Object to
21 form.
22    A    Yes.  The campaign set metric
23 goals across the board.
24    Q    And one of those goals
25 pertains to volunteer recruitment?

NEWMAN

1
2    A    Specifically shifts
3 completed.
4    Q    When you say "shifts
5 completed," what do you mean by that?
6    A    That a volunteer has actually
7 completed a shift of phone calls or
8 door knocking.
9    Q    To make sure that I
10 understand, so you would have a goal
11 with respect to the number of
12 volunteers that you were bringing in
13 who actually performed the volunteer
14 shift?
15    A    Correct.
16    Q    Were you successful in
17 meeting your metrics for shifts
18 completed when you were employed by the
19 campaign?
20    A    As far as I can remember.
21    Q    Do you know how the number of
22 volunteers that you brought in to work
23 on shifts, how that compared to any
24 other field organizers with whom you
25 worked?

NEWMAN

1
2    A    I do not.
3    Q    Why do you think that you
4 were successful in meeting your metrics
5 in terms of bringing in volunteers to
6 complete shifts on behalf of the
7 campaign?
8    A    I like to think I'm a
9 positive person that people like to
10 volunteer with.
11    Q    So you used your positivity
12 when you were convincing people to come
13 in to volunteer their time for the
14 campaign; is that accurate?
15    A    As best as I could.
16    Q    Were there any other tactics
17 that you used to bring in volunteers to
18 the campaign?
19    A    I really tried my best to
20 stay on script as much as possible.
21    Q    So there were -- other than
22 being positive, is it your testimony
23 that there was nothing else that you
24 did to encourage volunteers to come in
25 for shifts to volunteer for the

NEWMAN

1
2 campaign?
3        MS. COLE-CHU:  Objection to
4 form.
5    A    I'm sorry, could you repeat
6 the question?
7    Q    Sure.  Let me rephrase that
8 question.
9        You had previously testified
10 that your positivity contributed to you
11 bringing in volunteers.
12        Was there anything else that
13 you did, other than being a positive
14 person, that you think helped you get
15 volunteers to volunteer for the
16 campaign?
17        MS. COLE-CHU:  Objection to
18 form.
19    A    You know, it's one of those
20 things.  Like I said, I think that I am
21 a positive person.  I think that I do a
22 good job of connecting with people.
23 And so that allowed me to perform well
24 as an organizer.
25    Q    You said that you thought

12 (Pages 42 - 45)

Page 46

NEWMAN

2 that you did a good job of connecting
3 with people.
4       What do you mean by that?
5    A   Much along the lines of what
6 I already stated. I think I'm a
7 relatively charismatic guy, and folks
8 like to talk to me and like to
9 volunteer with me.
10    Q   What specifically would you
11 do to connect with people?
12    A   A lot of it is the inflection
13 in the delivery of the script.
14    Q   Was there anything else that
15 you would do to connect with people
16 other than use inflection?
17       MS. COLE-CHU:  Objection to
18   form.
19    A   Could you ask the question
20 again?
21    Q   Sure.
22       Was there anything else that
23 you did to connect with potential
24 volunteers for the campaign other than
25 use inflection?

Page 47

NEWMAN

2       MS. COLE-CHU:  Same
3   objection.
4    A   Not that I can remember.  I
5 try to be warm, inviting.  That's as
6 best as I can remember it.
7    Q   And how would you go about
8 being warm and inviting?
9    A   Just be very polite.
10    Q   Would there be anything else
11 that you would do, aside from being
12 polite?
13    A   Not that I can remember.
14       MS. MARTIN:  Duane, could you
15   please mark Tab 73 as Newman
16   Exhibit 3.
17       (MB2020_Wood_00013541-13544,
18   was marked Newman Exhibit 3, for
19   identification, as of this date.)
20    Q   Mr. Newman, could you please
21 let me know when you've had a chance to
22 review that?
23       IT CONCIERGE:  Newman 3 has
24   been marked.
25    A   Can I have the document open?

Page 48

NEWMAN

2    Q   Okay.  Thank you.
3       Mr. Newman, do you see --
4 what is this document, first?
5       MS. COLE-CHU:  Objection to
6   form.
7    A   It appears to be a morning
8 update email, but I do not recall.
9 Well, I guess -- it looks like I was
10 the one that sent it.  I don't recall
11 sending this email, but it looks like a
12 morning update email.
13    Q   Would you agree, Mr. Newman,
14 that this appears to be an email that
15 you sent to Brodie Allen with several
16 other individuals cc'd?
17    A   Yes.
18    Q   Who are the other individuals
19 who are cc'd on this email, if you
20 know?
21    A   It would appear those all
22 were -- hang on.  I'm making sure that
23 they are all indeed.  Yeah, so those
24 are all organizers that worked out of
25 my region that are cc'd on this email.

Page 49

NEWMAN

2    Q   When you say "your region,"
3 what are you referring to?
4    A   So there were two offices in
5 our region, all under the same regional
6 organizing director.  Those offices
7 were in Greensboro, North Carolina and
8 Winston-Salem, North Carolina.
9    Q   Do you know how many regions
10 there were in North Carolina in total
11 with respect to the Bloomberg campaign?
12    A   I do not recall.  I believe
13 it was as many regions as there are
14 Congressional districts in
15 North Carolina, or at least as there
16 were at the time.  So I think it would
17 have been roughly 14, but I'm not
18 certain.

13 (Pages 46 - 49)



Page 50

NEWMAN
2   A   I do not know.  I don't
3 remember.
4   Q   What is a hard ask?
5   A   A hard ask is a way to
6 deliver a question to a voter that will
7 skew their response towards what you
8 want them to do.
9   Q   Could you give me an example
10 of what you mean by a hard ask?
11   A   Sure.
12      So a standard ask, I would
13 say, "Hi, Allison.  Would you like to
14 knock on doors this weekend?"
15      For a hard ask I would say,
16 "Hi, Allison.  I'm calling with the
17 Bloomberg campaign.  We have two shifts
18 this weekend at 12:00 p.m. and
19 3:00 p.m. to knock on doors.  Which
20 works better for you?"
21   Q   So a hard ask -- to make sure
22 that I understand, a hard ask is a way
23 of framing the question to the
24 individual who you are speaking to?
25      MS. COLE-CHU:  Objection to

Page 51

NEWMAN
2 form.
3   A   As far as I understand it.
4   Q   And did you use hard asks
5 when you were communicating with
6 potential volunteers?
7   A   I would, going back to my
8 earlier comments on delivering the
9 script.
10   Q   Would these hard asks that
11 you reference, would they be part of
12 the script?
13   A   Yes, as far as I can
14 remember.
15   Q   Would the hard ask change at
16 different points in time during your
17 employment with the Bloomberg campaign?
18   A   I can't remember exactly.

Page 52

3   A   I do see that.
4   Q   What specifically -- does
5 this response -- strike that.
6      Does this response pertain to
7 your recruitment of volunteers for the
8 campaign?
9   A   I believe so.
10      And to provide clarification,
11 it just came back to me.  I believe
12 that BP stands for best practice.
13   Q   So this was a best practice
14 with respect to call times or hard
15 asks?
16   A   As far as I can remember.
17   Q   What specifically would you
18 say to a potential volunteer to
19 emphasize the importance of GOTV?
20   A   I can't remember specifically
21 what I would say.
22   Q   Does GOTV in this context, is
23 that referring to "get out the vote"?
24   A   Yes, as far as I know.
25   Q   And get out the vote was

Page 53

NEWMAN
2 something that you were recruiting
3 volunteers for on behalf of the
4 campaign?
5   A   Yes.
6   Q   And E-DAY, does that refer to
7 Election Day?
8   A   Yes.
9   Q   And that -- is that in
10 reference to the primary election in
11 North Carolina?
12   A   Yes.
13   Q   Why did you find that getting
14 someone to commit with helping with get
15 out the vote or Election Day was a good
16 strategy to bring in volunteers?
17      MS. COLE-CHU:  Objection to
18 form.
19   A   So that's what the campaign
20 was directing us to do at this time, if
21 I recall correctly.
22   Q   The campaign was directing
23 you to bring in volunteers with respect
24 to these two specific events?
25   A   Yes.

14 (Pages 50 - 53)

Page 62

NEWMAN

1          NEWMAN
2  bosses in terms of how to respond.
3     Q   So you would only raise it to
4  your regional director if you did not
5  know how to respond?
6       MS. COLE-CHU:  Objection.
7     A   I'm sorry, could you ask that
8  again?
9     Q   In what circumstances would
10  you go to your regional director with a
11  question that a volunteer had asked
12  you?
13     A   If -- to give an example, if
14  they were looking for talking points or
15  resources about Bloomberg's record or
16  his vision, that is something I would
17  reach out to my regional and say, "Hey,
18  they're asking for these resources.
19  Can we get this to them from the
20  campaign?"
21     Q   After you trained volunteers,
22  did you have any involvement in the
23  work that they were doing?
24     A   You sort of leave them to
25  their own devices.  There is not a lot

Page 63

1          NEWMAN
2  that you can do past that point when
3  they're communicating directly with
4  voters.
5     Q   Did you ever give volunteers
6  feedback with respect to their
7  communications with voters?
8     A   Encouragement.
9     Q   And what specifically would
10  you do to encourage them?
11     A   "You did a great job on that
12  phone call."
13       "Good work" would be an
14  example.
15     Q   Can you give me any other
16  examples?
17     A   "I think you did a really
18  good job of getting them to tell you
19  what issue was most important to you
20  when you were on the doors."
21     Q   Did you ever have to provide
22  a volunteer with negative feedback?
23     A   Not that I can remember.
24     Q   Did you ever have to provide
25  a volunteer with constructive feedback?

Page 64

1          NEWMAN
2     A   Again, very basic things,
3  like "smile while you dial," fun little
4  colloquialisms like that.
5     Q   Can you think of any other
6  examples other than "smile while you
7  dial"?
8     A   Not at this time.
9     Q   But you believe there was
10  other feedback, but you can't recall it
11  at this time?
12       MS. COLE-CHU:  Objection to
13    form.
14     A   I believe there were multiple
15  instances of me cheering them on,
16  cheerleading them as they were doing
17  their voter contact.
18     Q   Did volunteers ever approach
19  you after they had had an unpleasant
20  conversation with a voter?
21     A   Yes.
22     Q   Describe one such situation.
23     A   So I did have -- for example,
24  a volunteer would be yelled at on the
25  phone and somebody would hang up on

Page 65

1          NEWMAN
2  them, and they would say, "Oh, my gosh.
3  I just got hung up on.  They were so
4  mean."  I would say, "That's okay.  We
5  just have to keep going."
6     Q   Were there any other
7  situations where volunteers came to you
8  after having an unpleasant
9  conversation?
10     A   Not that I can recall.
11       And keep in mind, the vast
12  majority of the time here, I was also
13  making phone calls because I had a
14  requirement to do so.
15     Q   When you would be making
16  phone calls, would there be volunteers
17  in the same geographic proximity to
18  you?
19     A   Yes.
20     Q   So your résumé indicates that
21  volunteers were doing canvassing, phone
22  banking, and that they assisted the
23  field team with various activities.
24       What other various activities
25  were you referring to on your résumé?

17 (Pages 62 - 65)

NEWMAN

1
2    A   I did not.
3    Q   Is the reason why you set up
4  these meetings with your wife, your
5  grandmother, and your uncle due to your
6  personal relationships with them?
7    A   That would be a fair
8  assumption.
9    Q   Is it a fair statement?
10    A   I am sorry, could you repeat
11  the question?
12    Q   You said that it was a fair
13  assumption that you set up these
14  meetings with your wife, your uncle,
15  and your grandmother because of your
16  personal relationship.  I'm just asking
17  if that was, in fact, why you set up
18  these meetings with them, because of
19  your personal relationship.
20    A   I would say yes, it makes it
21  a little more difficult to reject
22  meeting with me.
23    Q   How many one-on-ones would
24  you estimate that you performed during
25  the campaign?

NEWMAN

1
2    A   I honestly cannot remember.
3    Q   Do you believe that it was
4  more than 20?
5    A   I cannot say.
6    Q   You can give no estimations?
7    A   I cannot.
8    Q   Did you receive any training
9  on how to conduct one-on-ones?
10    A   I did.
11    Q   What did that training
12  entail?
13    A   It was training by the
14  campaign.  "These are the objectives of
15  the one-on-one, and here's how to do
16  it."
17    Q   What's your understanding of
18  the objectives of a one-on-one?
19    A   Ideally to get them involved
20  in the campaign.
21    Q   And how are you to go about
22  getting them involved?
23    A   You present the opportunities
24  for them to do so, and ask them what
25  they would want to do.

NEWMAN

1
2    Q   You previously testified
3  about making hard asks to volunteers
4  and you described what a hard ask was.
5        How would you know what hard
6  ask to ask a particular person?
7        MS. COLE-CHU:  Objection to
8  form.
9    A   So for one-on-ones it's a
10  totally different dynamic.
11    Q   How is it a different
12  dynamic?
13    A   So it's more laid back.  You
14  want to, you know, try to connect with
15  them and talk to them about ways to get
16  involved with the campaign.  You are a
17  little less direct than you are when
18  you are doing phone calls and knocking
19  on doors.
20    Q   When you say that in a
21  one-on-one you are trying to connect,
22  how would you try to connect with
23  someone?
24    A   Typically through discussing
25  what's at stake in the election.

NEWMAN

1
2    Q   Were there any specific
3  issues that you would use in these
4  one-on-ones in an effort to connect
5  with people?
6    A   Not that I can recall.
7    Q   So going back to my question
8  about hard asks.  You said that hard
9  asks were different from one-on-ones.
10        What makes a hard ask
11  different?
12    A   Could you repeat the "what
13  makes a hard ask different"?
14    Q   I believe that you had
15  previously testified that one-on-ones
16  present a different dynamic than when
17  you were making a hard ask; is that
18  accurate?
19    A   As far as I can remember,
20  um-hum.
21    Q   When would you be using a
22  hard ask?
23    A   When reaching out to voters
24  over the phone or when knocking on
25  doors of voters.

22 (Pages 82 - 85)

NEWMAN

2  Q   When you were knocking on
3  doors or speaking to voters on the
4  phone, how would you know what hard ask
5  to make of them?
6      A   So it was in the script.  You
7  make the hard ask for them to get
8  involved with the campaign.
9      Q   So the hard ask was just a
10  general pitch to get involved; it
11  wasn't related to any specific event?
12         MS. COLE-CHU:  Objection to
13      form.
14      A   I'm sorry, could you repeat
15  that?
16      Q   Sure.
17         I'm just trying to understand
18  what -- when you use the phrase "hard
19  ask," what that meant?
20      A   As I mentioned earlier, a
21  hard ask is a question that you ask
22  that's framed in a way to try to get
23  you the response that you are looking
24  for from the voter.
25      Q   And how would you know how to

NEWMAN

2  frame your question in a certain way?
3         MS. COLE-CHU:  Objection to
4      form.
5      A   We were trained to do so by
6  the campaign.
7      Q   You were trained to ask the
8  questions in different ways?
9      A   Yes.
10      Q   Would the question change
11  depending on the subject matter of what
12  you were asking someone to do?
13      A   Yeah.  It had different
14  iterations, but the principle was the
15  same.
16      Q   What different iterations did
17  it have?
18      A   So if somebody is interested
19  in knocking on doors as opposed to
20  making phone calls, you wouldn't make a
21  hard ask for them to get involved to
22  get involved with a phone bank.  You
23  would ask them to knock on doors.
24      Q   So you had some discretion in
25  asking someone to knock on doors as

NEWMAN

2  opposed to getting involved in a phone
3  bank?
4      A   I wouldn't say that it's as
5  much discretion as it is following the
6  flow of the conversation.
7      Q   So you wouldn't use your
8  judgment at all to ask them when to
9  volunteer in an opportunity that you
10  thought they would be most likely to
11  say yes to?
12      A   I'm sorry, could you ask that
13  again?
14      Q   Would you use your judgment
15  in deciding what opportunity to ask
16  someone to get involved in based on
17  what you thought they would be most
18  likely to agree to?
19      A   So my judgment more came into
20  play with how I presented it, is what I
21  would say.  You know, my judgment would
22  be, "Okay.  This person is a straight
23  talker, wants me to get right to the
24  point, versus this person wants me to
25  be a little bit more softer."

NEWMAN

2         You still make the hard ask.
3  Though.  That part's nonnegotiable.
4      Q   Turning back to Tab 15, which
5  is your résumé.  Your résumé lists some
6  of your prior employment before the
7  campaign; is that correct?
8      A   That's correct.
9      Q   What was the job that you
10  held immediately prior to your
11  employment with the Bloomberg campaign?
12      A   Immediately prior to that, I
13  was working with JD Wooten's NC Senate
14  campaign.
15      Q   And what were your dates of
16  employment with Mr. Wooten's Senate
17  campaign?
18      A   Approximately from March 2018
19  through August or September 2019.
20      Q   Were you working for
21  Mr. Wooten's Senate campaign at the
22  time you applied for employment with
23  the Bloomberg campaign?
24      A   I was not.
25      Q   Were you employed anywhere at

23 (Pages 86 - 89)

Page 110

1       NEWMAN
2   Buttigieg.  This was before
3   Mr. Bloomberg entered the race.
4       I really thought that, at the
5   time at least, I thought that
6   Mr. Bloomberg was the best candidate to
7   lead the party.
8       Q   And your belief that
9   Mr. Bloomberg was the best candidate to
10  lead the party, that influenced your
11  decision to apply to his campaign?
12      A   Yes, it did.
13      Q   At the time you applied, did
14  you have any understanding as to what
15  your duties would be as a field
16  organizer with the Bloomberg campaign?
17      A   I had a rough idea.
18      Q   And what was that rough idea
19  based on?
20      A   Well, it was really based on
21  the, A, previous experience in
22  organizing roles; but B, more
23  concretely based off of what the
24  campaign relayed to me during the
25  interview process.

Page 111

1       NEWMAN
2       Q   How many interviews did you
3   have with the campaign?
4       A   I believe I had two
5   interviews.
6       Q   And with whom did you
7   interview in your first interview?
8       A   I believe the first one was
9   somebody whom I cannot remember from
10  the campaign's headquarters of
11  New York.
12      Q   And when was that interview?
13      A   I believe it was in December
14  of 2020.
15      Q   It was in December -- did you
16  mean December of 2019?
17      A   Oh, yes.  I did.
18      Q   And then who was your second
19  interview with?
20      A   I believe that was with Tom
21  Orabuena.
22      Q   And what is Mr. Orabuena's
23  position with the campaign, if you
24  know?
25      A   As far as I remember, he was

Page 112

1       NEWMAN
2   the deputy organizing director for the
3   State of North Carolina.
4       Q   And when did you interview
5   with Mr. Orabuena?
6       A   Within -- I would say within
7   a week, if not two weeks, of the first
8   interview.  It was a very quick
9   process.
10      Q   Going back to the first
11  interview just for a moment, I know you
12  said that you couldn't recall the name
13  of the person who you interviewed with.
14  Did you interview with more than one
15  person?
16      A   I believe it was just one
17  person.
18      Q   And what was discussed during
19  that first interview?
20      A   The first interview really
21  dealt with the overview of the
22  campaign.  And then really just
23  confirming that I lived in
24  Winston-Salem, that I had reliable
25  transportation, those sort of

Page 113

1       NEWMAN
2   logistical questions.
3       Q   Do you have any notes or
4   documents about this first interview?
5       A   I do not.
6       Q   Did you discuss job duties as
7   a field organizer during this first
8   interview?
9       A   It's entirely possible, but I
10  really do not remember.
11      Q   Did you discuss work hours
12  during this first interview?
13      A   I do not recall.
14      Q   Now, during the second
15  interview with Mr. Orabuena, was anyone
16  else present for that interview?
17      A   Not that I recall.
18      Q   And what was discussed during
19  your interview with Mr. Orabuena?
20      A   I think it was, you know,
21  kind of a continuation of the first
22  round interview.  And for Tom, I
23  remember the big thing being when could
24  I start.
25      Q   Do you recall anything else

29 (Pages 110 - 113)

Page 114

NEWMAN

1    NEWMAN
2  that was discussed during your
3  interview with Mr. Orabuena?
4     A   I do remember Mr. Orabuena
5  explaining to me that the structure of
6  the campaign was one where it was going
7  to be, you would be an organizer
8  through November 2020, regardless of
9  Mr. -- if Mr. Bloomberg won the primary
10  or not in North Carolina.
11    Q   Did you have any discussion
12  with Mr. Orabuena about your
13  responsibilities as a field organizer?
14    A   I believe so.  I believe we
15  went through the phone calling,
16  canvassing.
17    Q   Do you recall anything else
18  that you discussed with Mr. Orabuena
19  about your duties?
20    A   I do not.
21    Q   Do you have any documents
22  concerning this interview?
23    A   Not that I know of.
24    Q   At the time you applied for
25  the Bloomberg campaign, did you have

Page 115

1    NEWMAN
2  any job offers from any other
3  employers?
4     A   I had been reached out to.
5     Q   Who had reached out to you?
6     A   If I recall correctly,
7  somebody from Progressive Turnout
8  Project reached out to me in December
9  of 2019.
10    Q   And when you say "reached out
11  to you," what do you mean by that?
12    A   They reached out to ask if I
13  was interested in interviewing for a
14  position with them.
15    Q   And did you interview for a
16  position with them in December 2019?
17    A   I did not.
18    Q   Were there any other job
19  opportunities that you were considering
20  at the time that you applied to the
21  Bloomberg campaign?
22    A   Not that I can recall at this
23  time.
24    Q   How specifically did you go
25  about applying for a job with the

Page 116

1    NEWMAN
2  campaign?
3     A   I believe I applied online
4  through the campaign website.
5     Q   Did you submit a résumé?
6     A   I believe so.
7        MS. MARTIN:  Duane, could you
8     please pull up Tab 7, and mark
9     this document as Newman Exhibit 6.
10        (MB2020_Wood_37141, was
11     marked Newman Exhibit 6, for
12     identification, as of this date.)
13        MS. MARTIN:  Thank you.
14        IT CONCIERGE:  Newman 6 has
15     been marked.
16    Q   Mr. Newman, could you please
17  let me know when you have this document
18  pulled up and when you have had a
19  chance to review it?
20    A   Yep.
21    Q   Do you recognize this
22  document, Mr. Newman?
23    A   I do.
24    Q   What is this document?
25    A   This appears to be a résumé

Page 117

1    NEWMAN
2  of mine.
3     Q   Is this the résumé that you
4  submitted in connection with your
5  application to the Bloomberg campaign?
6     A   That, I cannot say for
7  certain.
8     Q   Does it appear to you that it
9  would have been?
10    A   It very well could be.
11    Q   Did you draft this résumé?
12    A   Yes, at some point in time.
13    Q   Did you submit a cover letter
14  in connection with your application to
15  the Bloomberg campaign?
16    A   I believe so, but I do not
17  recall.
18        MS. MARTIN:  Duane, could we
19     please pull up Tab 28 and mark
20     that as Newman Exhibit 7, please.
21        (MB2020_Wood_89647, was
22     marked Newman Exhibit 7, for
23     identification, as of this date.)
24        IT CONCIERGE:  Newman 7 has
25     been marked.

30 (Pages 114 - 117)

Page 126

NEWMAN

1      NEWMAN
2  Bloomberg campaign.
3      Q   So you were making phone
4  calls in November and December of 2019?
5      A   Yes.  As far as I can
6  remember.
7      Q   And during what period of
8  time were you helping your Uncle Bill
9  with strategy with respect to his field
10 operation?
11     A   During the same period of
12 time.
13     Q   Did you have any involvement
14 in your uncle's campaign during the
15 time in which you were employed by the
16 Bloomberg campaign?
17     A   I did not.
18     Q   Were you paid by your uncle's
19 campaign?
20     A   I was not.
21     Q   Your employment with the
22 Bloomberg campaign began on or about
23 January 13, 2020; is that correct?
24     A   That sounds correct.
25     Q   At the time while you were

Page 127

1      NEWMAN
2  employed by the campaign, did you have
3  any other jobs?
4      A   I did not.
5      Q   Were you doing any volunteer
6  work during the time when you were
7  employed by the campaign?
8      A   I did not.
9      Q   Did you have any
10 self-employment or do any work as an
11 independent contractor at any time
12 while you were employed by the
13 campaign?
14     A   I did not.
15     Q   You worked out of the
16 campaign's Winston-Salem field office;
17 is that correct?
18     A   That's correct.
19     Q   Did you work out of any other
20 field offices during your employment
21 with the campaign?
22     A   No.  Occasionally I would
23 travel to the Greensboro office, if we
24 had an event or something going on
25 there, because it was still in my

Page 128

1      NEWMAN
2  region.
3      Q   Approximately how many times
4  did you travel to the Greensboro office
5  would you estimate?
6      A   Maybe three or four times.
7      Q   And on these times when you
8  traveled to the Greensboro office,
9  would it be for just the specific event
10 that you were attending?
11     A   Yes.  As far as I can
12 remember.
13     Q   How many field organizers
14 worked in the campaign's Winston-Salem
15 office?
16     A   I believe four.
17     Q   And who were they?
18     A   So I know that Scott was one
19 of them.  And forgive me, it's been so
20 long I'm blanking on his last name, but
21 I know that Scott and Julian worked in
22 the Winston-Salem office with me.
23        And I can't remember if Clara
24 technically did as well.  So I can say
25 three or four.

Page 129

1      NEWMAN
2        Scott Lewis is his last name.
3  Scott Lewis and I were -- were the most
4  consistently there.  I believe Julian
5  was let go by the campaign.
6      Q   Do you know Julian's last
7  name?
8      A   Calabro, C-A-L-A-B-R-O.
9      Q   You just mentioned that you
10 believe that Julian was let go by the
11 campaign.  Do you know why he was let
12 go?
13     A   I do not.
14     Q   Did you hear anything about
15 why Julian was let go?
16     A   Not that I can remember.
17     Q   Approximately when was Julian
18 let go, if you remember?
19     A   I do not remember exactly.  I
20 believe it was in February, but I'm not
21 sure.
22     Q   Do you know whether Julian
23 was faking any of his data with respect
24 to voter interactions during the
25 campaign?

33 (Pages 126 - 129)

Page 130

```
1              NEWMAN
2        MS. COLE-CHU:  Objection to
3    form.
4    A   I do not.
5    Q   Did you and Julian work in
6  the same proximity in the office?
7    A   Occasionally.
8    Q   Explain why you would
9  occasionally -- why your answer is
10 "occasionally"?
11   A   So it would just depend on
12 what our schedules were for the day, in
13 the sense that he can potentially have
14 had, like, his one-on-one was at 10:30
15 and mine was at noon, so maybe we
16 didn't see each other until call time.
17 Or we would be out on doors, but
18 usually that was at the same time,
19 so...
20   Q   You just mentioned that if
21 you were out on doors you would be out
22 at the same time.
23       Do you recall canvassing with
24 Mr. Calabro?
25   A   I never canvassed with him.
```

Page 131

```
1              NEWMAN
2    Q   All right.
3        Did you ever canvas with any
4  other field organizers?
5    A   Not that I recall.
6    Q   Did you ever make phone calls
7  with Julian?
8    A   Yes.  We all made phone calls
9  together for the most part.
10   Q   And when you say "we all,"
11 who are you referring to when you say
12 that?
13   A   Organizers.
14   Q   And who specifically?
15   A   The organizers in my region,
16 or really across the state.  We all had
17 the same call time.
18   Q   So my question is a little
19 bit more specific.  I'm asking who,
20 which organizers were present in the
21 same office as you when you would make
22 phone calls.
23   A   At the very least, Scott and
24 Julian.  Again forgive me, I don't
25 remember specifically other than that,
```

Page 132

```
1              NEWMAN
2  but...
3    Q   Do you know someone named
4  Carrington Harris?
5    A   I do actually, yes.  I met
6  her on the campaign.
7    Q   Was Carrington Harris a field
8  organizer in the Winston-Salem office
9  with you?
10   A   Yes and no.  As far as I
11 remember, Carrington worked in a
12 different region than I did.  But I
13 believe she did some work out of the
14 Winston-Salem office.
15   Q   Do you know why she did some
16 work out of the Winston-Salem office?
17   A   I do not.  I believe that was
18 at the direction of the campaign.
19   Q   Do you know someone named
20 Jigesh Patel?
21   A   I do.
22   Q   And what was Jigesh's title?
23   A   He was also an organizer,
24 but, again, not an organizer in my
25 region.
```

Page 133

```
1              NEWMAN
2    Q   Do you know what region
3  Jigesh worked in?
4    A   If I recall correctly, I
5  believe it was the areas west of the
6  Winston-Salem area.  I do not know what
7  the exact district lines were.
8    Q   Are you familiar with a
9  phrase "turf" in the context of
10 political organizing?
11   A   I am.
12   Q   What does the phrase "turf"
13 mean to you?
14   A   Turf is an area.
15   Q   Are you done or...
16   A   Yes.
17   Q   So "turf" just means an area?
18   A   Yes.
19   Q   In the context of political
20 organizing, is it fair to say that turf
21 is an area where you were working or
22 where you were assigned to conduct
23 organizing activities?
24   A   That would be fair to say.
25   Q   Did you have a specific turf
```

34 (Pages 130 - 133)

Page 134

NEWMAN

2 when you were working for the campaign?
3    A   In the sense that I had a
4 specific region, any of my turf was
5 provided by the campaign.
6    Q   Was your turf included within
7 your region?
8    A   Yes.
9    Q   How would you describe the
10 Winston-Salem area?  Is it urban?  Is
11 it suburban?
12       MS. COLE-CHU:  Objection to
13    form.
14    A   I would say that it's a mix
15 of both.
16    Q   Would you describe it as a
17 college town?
18    A   There are colleges there.
19 Would I describe it as a college town,
20 I'm not sure.
21    Q   During the time when you were
22 employed by the campaign, are you aware
23 of whether there were any student
24 volunteers who were eligible to get
25 internship credit to work on the

Page 135

NEWMAN

2 campaign?
3    A   I'm not aware.  As I
4 mentioned earlier there were students
5 that volunteered, but what sort of
6 credits they got and anything on that
7 side of things, I have no idea.
8    Q   Were there any students who
9 worked in your office who were referred
10 to as being interns?
11    A   Not that I recall.
12    Q   Did you ever attend any
13 events on any college campuses on
14 behalf of the campaign?
15    A   Not that I remember.
16    Q   Was there a particular
17 demographic or type of voter in the
18 Winston-Salem area who you thought
19 would be most interested in voting for
20 Mr. Bloomberg?
21    A   Honestly, no.  Supporters
22 were from all walks of life.
23    Q   Would you say that you were
24 knowledgeable about the Winston-Salem
25 community before your employment with

Page 136

NEWMAN

2 the Bloomberg campaign began?
3    A   I would.
4    Q   And were you knowledgeable
5 about the community based on your prior
6 experiences?
7    A   Yes.
8    Q   I believe you previously
9 testified that you reported to Brodie
10 Allen; is that correct?
11    A   That is correct.
12    Q   Did Mr. Allen also work in
13 the Winston-Salem office?
14    A   Either Winston-Salem or
15 Greensboro.
16    Q   And how would he split his
17 time between the two offices?
18    A   Honestly, I can't remember.
19 I believe it was at the direction of
20 Tom, if not Robin.  So really the
21 campaign.
22    Q   Do you recall if he was in
23 the office 50 percent of the time?  Did
24 it seem like he was out of the office
25 more than he was in the office?

Page 137

NEWMAN

2    A   Yeah.  I can't give an exact
3 approximation on that.  I would say
4 split time relatively evenly, as best
5 as I can remember.
6    Q   Did you think that Mr. Allen
7 was an effective regional organizing
8 director?
9       MS. COLE-CHU:  Objection to
10    form.
11    A   I believe so.
12    Q   What made him effective in
13 your view?
14    A   Well, I enjoined working with
15 him.
16    Q   Would you say that you had a
17 good relationship with Mr. Allen?
18    A   I would say that.
19    Q   And you used Mr. Allen as a
20 reference when you applied for an
21 opportunity with the DNC; is that
22 correct?
23    A   Most likely.
24    Q   Have you used Mr. Allen as a
25 reference for any other jobs?

35 (Pages 134 - 137)

Page 142

1          NEWMAN
2    please mark Tab 54 as Newman
3    Exhibit 8.
4        (MB2020_Wood_14178-14182, was
5    marked Newman Exhibit 8, for
6    identification, as of this date.)
7        IT CONCIERGE:  Newman 8 has
8    been marked.
9        MS. MARTIN:  Thank you.
10   Q   Mr. Newman, could you please
11   pull up this document and let me know
12   when you have had an opportunity to
13   review?
14   A   Yep.
15   Q   Do you recognize this
16   document?
17   A   I really do not.
18   Q   Is this document an email
19   from you to Brodie Allen, copying
20   several other people?
21   A   It would appear so.
22   Q   And do you see on the bottom
23   half of the first page of this document
24   it appears that it is an email from
25   Brodie Allen.

Page 143

1          NEWMAN
2        Do you see that?
3    A   I do.

9        Do you see that?
10   A   No, I do not.  Where is that?
11   Q   It's in the second sentence
12   under "Daily Update."
13   A   Yep, I see that.  Um-hum.
14   Q   At the time you received this
15   email, did you have any understanding
16   as to why Mr. Allen said this?
17       MS. COLE-CHU:  Objection to
18   form.
19   A   No, not that I can recall.

23   A   No.  I assume that that was
24   just a general rule of thumb, for lack
25   of a better term.

Page 144

1          NEWMAN
2    Q   You previously mentioned that
3    you are aware that Julian Calabro was
4    terminated by the campaign.
5        Did Mr. Calabro reach out to
6    you at all regarding his termination?
7    A   Not that I remember.
8    Q   But you don't know for sure
9    one way or another whether he did or
10   did not?
11   A   Yeah.  I don't recall for
12   certain.
13   Q   Would you agree that faking
14   data is wrong?
15   A   Oh, absolutely.
16   Q   And did you ever fake data
17   when you were employed by the Bloomberg
18   campaign?
19   A   I did not.

Page 145

3        Do you know what event that
4    is referring to?
5    A   I do not recall.
6    Q   Do you know if you attended
7    this event?
8    A   I most likely did.
9    Q   But you don't have any
10   specific recollection as to this
11   particular event?
12   A   I don't remember which event
13   this was, no.
14   Q   During your time working with
15   the campaign, did you plan any events?
16   A   I did not.
17   Q   Did anyone ever ask you to
18   try to plan any events?
19   A   No.
20   Q   Did you attend campaign
21   events?
22   A   I did.
23   Q   What events did you attend?
24   A   So there was an event where
25   Mayor Bloomberg's significant other --

37 (Pages 142 - 145)

Page 146

NEWMAN

1          NEWMAN
2  I believe her name was Diana.  I can't
3  remember her last name -- came and
4  spoke at our campaign office.  There
5  was an event where Mayor Benjamin from
6  Columbia, South Carolina, I believe
7  came and spoke at the office.
8          There was an event when the
9  Bloomberg campaign bus was coming
10  through Winston-Salem.  And then there
11  was an event in Winston-Salem when
12  Mayor Bloomberg actually came to town
13  and gave remarks.
14          It's possible that there are
15  other events that are slipping my mind,
16  but those are the ones that come to
17  mind.
18      Q   With respect to the first
19  event that you mentioned where
20  Mr. Bloomberg's significant other spoke
21  at a campaign office, what was your
22  role at that event?
23      A   I was still just an
24  organizer.  We would help just sort of
25  do the menial things, shuffle people to

Page 147

1          NEWMAN
2  the right places, make sure that they
3  were seated.
4      Q   Would you interact with
5  voters at that event?  Did you interact
6  with voters at that event?
7      A   Sure.  We have just
8  pleasantries.
9      Q   Other than pleasantries, did
10  you interact with voters at that event?
11      A   Not that I recall.
12      Q   Were you involved in getting
13  attendees to agree to come to the
14  event?
15      A   Yes.  I would ask my
16  volunteers to attend.
17      Q   Then you mentioned that there
18  was a bus that came through
19  Winston-Salem, Mr. Bloomberg's campaign
20  bus.
21          What specifically did you do
22  with respect to the bus event?
23      A   Same thing, encouraged my
24  volunteers and other organizers'
25  volunteers to attend.

Page 148

1          NEWMAN
2      Q   You mentioned that
3  Mr. Bloomberg spoke at an event in
4  Winston-Salem.
5          What did you do at that
6  event?
7      A   The same general thing,
8  encouraged my volunteers to go to the
9  event.  The campaign was very, very
10  good about having specific teams for
11  specific things.  And Bloomberg's
12  campaign had an advance team, had an
13  events team.  They would set up and
14  coordinate all of these events.  The
15  advance team would set it up.
16          Our job, as always is the job
17  of the organizers, is to call people,
18  knock on doors, and try to get
19  volunteers.
20      Q   When you were trying to get
21  volunteers with respect to these
22  particular events, were you soliciting
23  volunteers to work at events or to
24  attend the events?
25      A   As far as I can remember,

Page 149

1          NEWMAN
2  just attend the events.
3      Q   You previously testified that
4  field organizers in your office and
5  field organizers in the Greensboro
6  office reported to Mr. Allen.
7          Were there field organizers
8  in other parts of the states who
9  reported to other regional organizing
10  directors?
11      A   Yes.  That's the general
12  structure.  Organizers would report to
13  their regional organizing directors.
14      Q   Did you ever work with field
15  organizers outside of your region?
16      A   With them?  Not that I
17  recall.
18      Q   When you first started with
19  the Bloomberg campaign, how did you
20  learn what your duties would be?
21      A   Training.
22      Q   And what type of training are
23  you referring to?
24      A   There were -- there was a
25  two-day orientation training, if I

38 (Pages 146 - 149)

NEWMAN

1     NEWMAN
2  remember correctly, in Charlotte that
3  all organizers in North Carolina
4  attended.
5     Q   I'm sorry, is the two-day
6  orientation was separate from the
7  Charlotte training?
8     A   That was the Charlotte
9  training.
10    Q   That was the Charlotte
11  training, okay.
12        And how many other people
13  attended that training with you?
14    A   Oh, gosh.  I couldn't give
15  exact number, but dozens and dozens.
16    Q   Did you attend this training
17  on the first day of your employment or
18  was it later?
19    A   I believe it was the first --
20  technically my first day, yes.
21    Q   And what topics were covered
22  during this training?
23    A   So there was -- it was broken
24  into sections, but there was a portion
25  where somebody got up and said, "Hey,

1     NEWMAN
2  this primary in North Carolina and
3  we'll focus on what comes after that
4  after we win it."
5     Q   You mentioned that there was
6  some role playing and modeling of phone
7  calls during this training.
8        What did this entail?
9     A   Going through the script, and
10  just sort of practicing it in front of
11  group.
12    Q   Would there be different
13  scenarios that you needed to practice?
14    A   As far as I can remember.
15    Q   And what different types of
16  scenarios did you practice?
17    A   So it could be everything
18  from where do you go on the script if
19  they say that yes, they're a strong
20  democratic versus no, they're a strong
21  republican.  That would be an example.
22    Q   Did you role play questions
23  that would come up that were not
24  reflected on a script?
25    A   Not really.  I mean, at least

1     NEWMAN
2  welcome to the Bloomberg campaign.  You
3  know, Mr. Bloomberg is a late entry
4  into this primary campaign.  We know
5  we've gotta lot of work ahead of us."
6        And then they just sort of
7  went through what our responsibilities
8  and duties were as part of the
9  campaign.  You know, they had us even
10  do some role playing and modeling, door
11  knocking, and phone calls.
12        Robin gave like a strategic
13  overview.  And I believe the state
14  director did as well.  And that's when
15  they were mentioning to all of us that
16  the nature of the campaign.
17  Mr. Bloomberg has made a promise that
18  even if it's not him, he is going to
19  see this through to November to defeat
20  Trump.
21        So that was sort of the
22  overarching view of the campaign, is,
23  "Hey, you all are in here for the long
24  haul, but for now we're going to work
25  on getting Bloomberg elected, winning

1     NEWMAN
2  not that I can remember.
3     Q   Okay.  So all you did was
4  read a script back and forth to each
5  other during this training?  That's
6  your testimony?
7     A   There is nuance to it.  I
8  mean, it's certainly not just sitting
9  back to back just reading the exact
10  script.  But it's all about how can you
11  collect the data that the campaign
12  wants you to collect.
13    Q   What nuances are there to it?
14    A   So not every question on that
15  script is a yes-or-no question.  There
16  are variances in the way that people
17  can respond to it.  You are still
18  trying to get the same information for
19  every single person, but the responses
20  are different.
21    Q   You have previously testified
22  about how you were in a car accident, I
23  believe in October of 2019; is that
24  correct?
25    A   That's correct.

39 (Pages 150 - 153)

NEWMAN
2    Q   Did you sustain injuries as a
3  result of that accident?
4    A   I did.
5    Q   And what injuries did you
6  sustain?
7    A   I -- so my knee dislocated
8  while I was driving, so I had a
9  dislocated knee and drive a stick shift
10  car so I wasn't actually able to stop
11  the car and I went off the road and
12  crashed through a culvert ditch and
13  went up into the trees.  And bumping
14  down into the culvert, I did what's
15  called a compression fracture on the T4
16  and T5 sections of my spine, so I also
17  had a fractured spine.
18    Q   Did these injuries impact you
19  in any way with respect to your work on
20  the Bloomberg campaign?
21    A   To a certain extent.  I
22  certainly was not as fast as I wanted
23  to be on door to door.
24    Q   Did you still do canvassings
25  despite your injuries?

NEWMAN
2    A   I did.
3    Q   Do you know whether you did
4  as much canvassing as other field
5  organizers?
6    A   I believe that I did and --
7  yeah, I believe so.
8       MS. MARTIN:  Duane, could you
9    please pull up Tab 62, which we'll
10    mark as Newman 9.
11       (MB2020_Wood_13990, was
12    marked Newman Exhibit 9, for
13    identification, as of this date.)
14       IT CONCIERGE:  Newman 9 has
15    been marked.
16    Q   Mr. Newman, could you please
17  let me know when you had an opportunity
18  to read this document?
19    A   Um-hum, yes.
20    Q   Do you recognize this
21  document?
22    A   I do not, but it appears to
23  be an email from me to Brodie.
24    Q   So I would direct your
25  attention to the sentence that starts

NEWMAN
2  with "How many knew CV shifts are going
3  to schedule today for WOA?"
4       Do you see that?
5    A   I do.
6    Q   And do you see that you
7  responded, "I want to schedule five.
8  Given my limited ability to canvass, I
9  want to really lean on volunteers"?
10    A   I do.
11    Q   Did you lean on volunteers to
12  do canvassing?
13    A   As an organizer, you lean on
14  volunteers to do everything.
15    Q   Did you lean on volunteers to
16  do canvassing more than other field
17  organizers because of your limited
18  ability to canvass?
19    A   That's the way I presented
20  it, but I wouldn't necessarily
21  categorize it that way.
22    Q   Why do you say that?
23    A   So I still was doing
24  canvassing, and typically what would
25  happen is the campaign would provide me

NEWMAN
2  a canvassing packet.  And a lot of
3  times what they would try to do is,
4  still the same region, all of that, but
5  they would try to make it, for example,
6  at an apartment complex where the doors
7  are closer together so there was less,
8  you know, having to get up and walk
9  around like quarter-mile driveways and
10  whatnot.
11    Q   And with respect to
12  volunteers, did you get volunteers to
13  canvass for you?
14    A   Yes, I believe every
15  organizer in my region did.
16    Q   And if you recruited
17  volunteers to canvass, did the number
18  of doors that that volunteer knocked
19  on, did that count towards your
20  metrics?
21    A   If I recall correctly, yes.
22  I think that the total number of calls
23  and door knocks, I don't want to say
24  for certain, but typically that's the
25  way that it's measured.

40 (Pages 154 - 157)

Page 158

NEWMAN

1
2     Q    When you would canvass, would
3 you canvass alone or with other people?
4     A    Alone.
5     Q    Did you ever canvass with
6 anyone else?
7     A    Not that I recall.
8     Q    Did you bring any materials
9 with you when you were canvassing?
10     A    I did.
11     Q    What materials did you bring?
12     A    Door hangers to leave on
13 doors when folks weren't home.  And
14 also I always had an iPad on the
15 campaign so that I could enter in data.
16 And the iPad was also where the script
17 was.
18     Q    When you spoke to a voter,
19 would you have the iPad in front of
20 you?
21     A    Yes.
22     Q    Would you be looking at it as
23 you were speaking to a voter?
24     A    Yeah.
25     Q    The entire time?

Page 159

NEWMAN

1
2     A    You pause to make eye
3 contact, but yes, I wanted to make sure
4 I didn't miss any of the IDs that I was
5 referencing earlier.
6     Q    When you were canvassing, did
7 voters ever ask you questions about
8 Mr. Bloomberg?
9     A    Every once in awhile, sure.
10     Q    And how would you respond to
11 those?
12     A    It would completely depend on
13 what the question -- usually the
14 questions were more about the election
15 itself.  You know, when does early
16 voting start, where is my polling
17 place, those sort of logistical
18 questions.
19     Q    And if someone asked you a
20 question like "When is Election Day,
21 how do I find my polling place," would
22 you respond to that question?
23     A    I would.  And if I recall
24 correctly, their polling locations were
25 on the scripts so that made it very

Page 160

NEWMAN

1
2 easy.
3     Q    Prior to canvassing, did you
4 receive any training from the Bloomberg
5 campaign?
6     A    I did.
7     Q    And what did that training
8 entail?
9     A    The training entailed really,
10 you know, how to knock doors
11 effectively and get the information
12 that the campaign needed.  And it was
13 all sort of prefaced on this need to
14 make sure that Hawkfish has what it
15 needs for broader strategy on the
16 ground.
17     Q    When you said that the
18 training concerned how to knock on
19 doors effectively, what makes a door
20 knock effective?
21     A    Getting all of the data from
22 the voter that you wanted to get.
23     Q    Would you agree that one goal
24 of knocking on doors is to persuade
25 voters to vote for Mr. Bloomberg?

Page 161

NEWMAN

1
2     A    Ideally.
3     Q    But that was an objective of
4 knocking on the door?
5     A    It's definitely like an ideal
6 objective.  Ideally you would want to
7 have folks come away from the
8 conversation wanting to vote for Mike
9 Bloomberg, and that was something that
10 was very much built into the script.
11     Q    Would you also be trying to
12 convince voters to volunteer for the
13 campaign?
14     A    If they -- if they went
15 through the whole conversation and were
16 excited and all of that, then yeah,
17 that's the last question on the script
18 is "Would you be interested in
19 volunteering or hearing more about the
20 campaign?"
21     Q    And you would use your
22 judgment as to whether someone seemed
23 like they were excited about
24 Mr. Bloomberg's candidacy in deciding
25 whether to ask someone to volunteer?

41 (Pages 158 - 161)

Page 162

```
1            NEWMAN
2     A   I don't know if you'd call it
3  judgment so much.  It's kind of like an
4  if-then scenario.  If they answer,
5  "Yes, I am a strong democrat; yes, this
6  is the issue that is most important for
7  me; yes, I am planning to go vote for
8  Mike Bloomberg; yes, I plan to vote on
9  Election Day," then you just would say,
10 "Yeah, then I'm going to ask them to
11 volunteer."
12          I mean, that's how I was
13 trained to do it.
14      MS. MARTIN:  Could we pull up
15 Tab 50, please, Duane?
16      IT CONCIERGE:  Is that
17 five-zero?
18      MS. MARTIN:  Yes, five-zero,
19 and mark that as Newman
20 Exhibit 10.
21      IT CONCIERGE:  Thank you.
22      (MB2020_Wood_00097256, was
23 marked Newman Exhibit 10, for
24 identification, as of this date.)
25      IT CONCIERGE:  Newman 10 has
```

Page 163

```
1            NEWMAN
2  been marked.
3     Q   Mr. Newman, please let me
4  know when you have pulled this up and
5  you have had opportunity to review it?
6     A   Yep.
7     Q   Do you recognize this
8  document, Mr. Newman?
9     A   I roughly do, yes.
10    Q   What is this document?
11    A   This appears to be the
12 canvassing tool kit for the Bloomberg
13 campaign.
14    Q   Did you receive this document
15 as part of your training with the
16 Bloomberg campaign?
17    A   Yeah, I believe so.  I think
18 we all did, all organizers.
```



```
25    Q   Do you agree that telling
```

Page 164

```
1            NEWMAN
2  compelling stories to connect with
3  voters is an important part of
4  organizing?
5     A   It certainly is important,
6  sure.
7     Q   Did you tell compelling
8  stories when you were trying to connect
9  with voters?
10    A   I like to think that I did.
11 I was well trained.
12    Q   What stories would you tell?
13    A   So -- it's really tough to
14 think of a specific story off the top
15 of my head.  I wouldn't want to just
16 make something up.
17    Q   You can't recall a single
18 story that you used in communicating
19 with a voter?
20    A   Not a specific one off the
21 top of my head, no.
22    Q   Could you please turn to
23 page 2 of this document.
24    A   Yes.  Um-hum.
```

Page 165

```
15    Q   Would you read the script to
16 the voter?
17    A   You know, it really is a
18 semantics thing here.  You read the
19 script in the sense that you are trying
20 to get the data points that the
21 campaign is looking for.
22         And as I said earlier, you
23 don't sit there like this just reading
24 directly from the iPad screen to them.
25 You take pauses.  You interact as a
```

1            NEWMAN
2 human being.  And this is all, I should
3 say, perfect-world scenarios here for
4 the campaign's training purposes.
5            Every conversation is
6 different because every human being is
7 different.  And the delivery by the
8 canvasser, by the organizer, is going
9 to vary based on who the organizer is.
10           But it's still the same
11 strategy.  So it's, again, you are
12 reading the script in the sense that
13 you are trying to gather the
14 information that the script is trying
15 to get you to gather.  That doesn't
16 mean it needs to be read verbatim in a
17 monotone form.  That's just not how
18 it's ever worked.

5     Q   What would you tell voters
6 about why you are personally supporting
7 the campaign?
8     A   I'm a native North
9 Carolinian.  I want what's best for
10 North Carolina would be an example
11 of -- sort of just like a
12 tongue-in-cheek way to connect with the
13 voters.
14    Q   Did you find that to be an
15 effective way to connect with people?
16    A   For the most part.  And,
17 again, every conversation was
18 different.
19    Q   You previously referenced
20 making phone calls.  When you made
21 phone calls, were you calling voters in
22 North Carolina?
23    A   Yes.
24    Q   Did you ever make any phone
25 calls to voters located outside of

1            NEWMAN
2 North Carolina?
3     A   You know, I really don't
4 recall.  I don't believe so.  I believe
5 I only called North Carolina voters.
6        MS. MARTIN:  Could we take a
7     short break, just like five,
8     ten minutes?
9        VIDEOGRAPHER:  Very well.  We
10    are going off the record at
11    2:14 p.m. Eastern Time.
12       (Whereupon, a brief recess
13    was taken.)
14       VIDEOGRAPHER:  We're going
15    back on the record at 2:20 p.m.
16    Eastern Time.
17    Q   Mr. Newman, as a field
18 organizer for the Bloomberg campaign,
19 did you have any involvement in selling
20 campaign merchandise?
21    A   No.
22    Q   Did you have any involvement
23 in ordering campaign merchandise from
24 any manufacturers?
25    A   No, not that I remember.

1            NEWMAN
2     Q   Did you refer people to
3 Mr. Bloomberg's website to purchase
4 merchandise?
5     A   Not that I remember.
6     Q   Was there a work schedule
7 that you followed when you were
8 employed by the campaign?
9     A   Yes, generally speaking.
10    Q   Why do you say "generally
11 speaking"?
12    A   It could potentially vary
13 depending on events.  For example, when
14 Mr. Bloomberg came to town, I believe
15 his remarks were at 7:00 a.m.  And so
16 we actually got that day started at
17 5:30 a.m.  But that wasn't the general
18 schedule.
19    Q   Were there some days that
20 were shorter than others?
21    A   I believe Sundays were
22 shorter.
23    Q   What was your typical
24 schedule when you were employed by the
25 campaign?

43 (Pages 166 - 169)

Page 170

NEWMAN

1
2    A   As far as I can recall, I
3  believe it was roughly get started
4  around 9:00 or 9:30 a.m., and you would
5  finish your calling by 8:00 p.m.  And
6  then you would have to make sure all of
7  your data was entered, your shifts were
8  closed, et cetera, until the day was
9  over.
10    Q   You previously testified that
11  you thought that Sundays were a shorter
12  day.
13        What was the schedule for
14  Sunday?
15    A   I believe on Sundays, with
16  the exception of the last, I want to
17  say two weeks of the campaign, I
18  believe we waited to start until noon
19  on Sundays.
20    Q   And what time would you work
21  until on Sundays?
22    A   The same time.  You would
23  finish phone calls at 8:00, but you
24  would still have to do your back-end
25  work.

Page 171

NEWMAN

1
2    Q   Were there any other days
3  that you had a different schedule than
4  what you previously described?
5    A   Not that I can remember off
6  the top of my head.
7    Q   Do you recall having a
8  shorter day on Fridays?
9    A   I do not recall that, no.
10    Q   Did your work hours change at
11  all based on proximity to Super
12  Tuesday?
13    A   Yes.  The hours were a bit
14  longer.  And on Sunday, for example, we
15  started working in the mornings on
16  Sunday.
17    Q   Did you have a typical day or
18  did your days vary when you were
19  employed by the Bloomberg campaign?
20        MS. COLE-CHU:  Objection to
21  form.
22    A   It's fair to say that most
23  days were pretty typical for myself,
24  and as far as I know all organizers in
25  North Carolina, we had the same general

Page 172

NEWMAN

1
2  schedule.  That's the rule of thumb.
3        And I believe actually it was
4  like that across the country, but, you
5  know, I can only speak to what was
6  happening in this North Carolina.
7    Q   What would that day typically
8  look like?
9    A   As I mentioned earlier, you
10  get started around 9:00 or 9:30 in the
11  morning.  And I believe had to be in
12  the office by 10:00.  And you would do
13  your confirmation calls.  You would
14  make some recruitment calls.  You would
15  help other organizers with their
16  volunteer shifts throughout the day.
17  And then every evening was call time.
18        And that was a typical day.
19    Q   You just testified that you
20  would start your day around 9:00 or
21  9:30, and then be in the office by
22  10:00.
23        What would you be doing
24  between 9:00 and 10:00?
25    A   Usually catching up on

Page 173

NEWMAN

1
2  emails, reporting to Brodie, just sort
3  of planning the day out.  It could be,
4  just saying -- you know, Brodie saying,
5  "I'm going to be in Greensboro today,"
6  whatever it may have been.  So just
7  corresponding with the team.
8    Q   And would you be doing this
9  work from home?
10    A   It depends.  Sometimes I
11  would be in the office already.  It
12  just would depend on the day.
13    Q   You previously testified
14  about one-on-ones with volunteers.  So
15  that also would be something that would
16  occur at different points throughout
17  the day if you had a scheduled
18  one-on-one?
19    A   That's right.
20    Q   Did you ever attend any
21  non-work-related appointments during
22  the workday?
23    A   I believe so.
24    Q   What types of appointments
25  did you attend?

44 (Pages 170 - 173)

Page 182

NEWMAN

1      pre-COVID, so work from home was kind
2      of not really that much of a thing.  I
3      would still do work at home outside of
4      the regular work hours, but generally
5      speaking I worked from the office.
6          Q   Did any of your fellow field
7      organizers in the Winston-Salem office
8      work from home?
9          A   I believe we all worked from
10     the office predominantly.
11         Q   During your employment with
12     the Bloomberg campaign, did you have
13     regular calls with all North Carolina
14     staff?
15         A   Yes, we did.
16         Q   And when would those calls
17     take place?
18         A   I believe it was on the
19     weekends, either Saturday or Sunday.
20         Q   And there was only one call a
21     week?
22         A   I believe so.  I believe so,
23     yeah.
24         Q   And what was the purpose of
25

Page 183

NEWMAN

1      these calls?
2          A   Usually, as far as I can
3      remember, we would go around the horn
4      as a region and talk about our metrics.
5      And really I think it was to hear how
6      things were going across the state, but
7      really as sort of a competitive thing.
8      We all, roughly speaking, have the same
9      goals.  So we want to see which region
10     is performing the best and want us to
11     be the top-performing region.
12         Q   Would you ever speak on those
13     calls?
14         A   I don't know if I ever did.
15         Q   Did you ever participate in
16     any other phone calls, aside from the
17     one weekly call that we were just
18     talking about on the weekends?
19         A   Like statewide phone calls?
20         Q   Any other phone calls.
21         A   I'm sorry, I'm just confused
22     by the question.
23             (Unreportable cross-talk.)
24         Q   Sure.
25

Page 184

NEWMAN

1          What other statewide phone
2      calls did you participate in?
3          A   Like for other states?
4          Q   Did you participate in any
5      other phone calls that were specific to
6      North Carolina?
7          A   Not that I can recall.  I --
8      no, I don't believe so.
9              I think that there were a few
10     times actually where we had statewide
11     calls that were actually national
12     calls, like we would hear Kevin Sheekey
13     and the headquarters staff in the
14     background.  And so in that sense all
15     North Carolinians were on that call and
16     I participated.  I don't believe I ever
17     spoke in it.
18         Q   How many of those national
19     calls did you participate in?
20         A   I can't -- I can't give you
21     an exact number.  More than two.
22         Q   Less than five?
23         A   Maybe.  I'm not entirely
24     certain.
25

Page 185

NEWMAN

1          Q   Were you required to attend
2      these national calls?
3          A   Yes.
4          Q   Did anyone know whether you
5      were on these calls or not on these
6      calls?
7              MS. COLE-CHU:  Objection to
8          form.
9          A   That would be more of a
10     question for the campaign.  I'm not
11     entirely certain.
12         Q   Was there any attendance
13     taken on the national calls?
14         A   I -- again, I believe that
15     would be more of a question for the
16     campaign itself rather than for me.  I
17     don't know what they were using to
18     track attendance.
19         Q   Did -- you testified before
20     that you never spoke on any of these
21     national calls?
22         A   I don't believe that I did.
23         Q   Would you keep yourself on
24     mute for these calls?
25

47 (Pages 182 - 185)

Page 186

NEWMAN

1
2    A   Generally speaking, for --
3 yes, I believe so.
4    Q   And what would be the topics
5 of these calls?
6    A   General updates from the
7 campaign.  They might -- you know, it's
8 been two and a half years-plus now, so
9 it would be general updates from the
10 campaign, general strategic, things
11 coming from headquarters.  "This is
12 what we're seeing on the ground.  We
13 feel good going into Super Tuesday."
14 That sort of information.
15    Q   Are you aware of any field
16 organizers who were promoting other
17 campaigns during the time in which they
18 were working for the Bloomberg
19 campaign?
20    A   You know, I read about that
21 after the conclusion of the campaign.
22 I personally did not have any
23 experience with that or see anything
24 like that.  I believe when I read about
25 it, it was from other states.  I don't

Page 187

NEWMAN

1
2 think there was ever anything that was
3 happening in North Carolina.
4    Q   You never heard about this
5 during your employment with the
6 campaign?
7    A   No, I did not.
8    Q   The day after Super Tuesday,
9 Mr. Bloomberg announced that he was
10 withdrawing his candidacy for the
11 democratic nomination; is that correct?
12    A   That is correct.
13    Q   Did you continue to perform
14 work for the campaign after March 4,
15 2020?
16    A   I did.
17    Q   What work did you do after
18 March 4, 2020?
19    A   I actually helped pack down
20 the office.
21    Q   And when did you do that?
22    A   I can't give exact dates, but
23 it was after Mr. Bloomberg had dropped
24 out.  I was asked to go over to the
25 office and first provide an inventory

Page 188

NEWMAN

1
2 of all the tech that was in the office.
3 So the burner phones, the wireless
4 chargers, that sort of thing.
5    And I also had to take the
6 trash out of it too.
7    Q   Approximately how much time
8 did you spend taking inventory and
9 packing up the office?
10    A   I can't give -- I don't know.
11 Not an incredibly long among amount of
12 time, but, you know, it took a little
13 while.
14    Q   Did it take you more or less
15 than a week?
16    A   Less than a week, I would
17 say.
18    Q   Was there a period of time in
19 March 2020, after March 4th, when you
20 weren't doing any work for the
21 campaign?
22    A   There was.  In the sense that
23 we were all waiting to see what was
24 coming next, right.  So Bloomberg had
25 made the promise that even if he had

Page 189

NEWMAN

1
2 withdrawn and did not win the primary
3 election, that his campaign
4 infrastructure, his campaign staff, all
5 organizers would remain employed
6 through November.  So me and a lot of
7 folks like me, a lot of other
8 organizers, and shoot, even the
9 regional organizing directors all the
10 way up to the organizing director for
11 the state were waiting to hear from the
12 campaign in terms of what the next
13 phase of the campaign looks like.
14    Is it going to be organizing
15 around down ballot democrats?  Is it
16 going to be -- we're sort of de facto
17 Biden campaign workers now.  We were
18 really on standby trying to figure out
19 what the next step was going to be for
20 the campaign.
21    Q   And you were paid through
22 April 7, 2020, correct?
23    A   That sounds about right.
24    MS. COLE-CHU:  Objection to
25 form.

48 (Pages 186 - 189)

NEWMAN

2    Q   What's your understanding of
3 what this document is?
4    A   I believe it was a complaint
5 that was filed.
6    Q   And have you seen this
7 document before?
8    A   I honestly can't say, but I
9 believe so, but I'm not certain.
10    Q   How many hours per week do
11 you claim that you worked when you were
12 employed by the campaign?
13    A   I would say at least 65.
14    Q   Did you ever work less than
15 65 hours in a week?
16    A   No, I did not.
17    Q   Even in a week where, for
18 example, you were in Oklahoma?
19    A   Correct.
20    Q   Did you record your hours in
21 any way?
22    A   No.  I didn't have like a
23 stop watch or anything like that going.
24    Q   Do you have any documents
25 that substantiate the number of hours

NEWMAN

2 that you claim you worked?
3    A   I believe so.  I think that
4 it's pretty clear through -- I mean,
5 even the exhibits that we've gone
6 through today, what the hours were
7 based off of the timestamps of these
8 emails, that I was actively working.
9 But in terms of documents specifically
10 that said, "Well, this day you worked
11 this many hours," no, I don't have
12 that.
13       MS. MARTIN:  Duane, could you
14    please pull up Tab 17 and mark
15    that as Exhibit 16.
16       (Newman Declaration, was
17    marked Newman Exhibit 16, for
18    identification, as of this date.)
19       IT CONCIERGE:  Newman 16 has
20    been marked.
21    Q   Mr. Newman, could you please
22 pull this document up and let me know
23 when you have had the opportunity to
24 review?
25    A   Yes.

NEWMAN

2    Q   Have you seen this document
3 before, Mr. Newman?
4    A   I have.
5    Q   And when did you -- I'm
6 sorry?
7    A   I said I believe I have.
8    Q   When did you previously see
9 this document?
10    A   That, I cannot recall exactly
11 when I first saw this.
12    Q   And what is this document?
13    A   It would appear as if it's my
14 declaration.
15    Q   And if you would scroll to
16 the last page of this document, is that
17 your signature at the bottom?
18    A   That is.
19    Q   Did you understand that you
20 were signing this declaration under
21 penalty of perjury?
22    A   I did.
23    Q   Did you participate in the
24 drafting of this document?
25    A   I -- honestly, I don't know.

NEWMAN

2 I suppose so, but I'm not certain.
3    Q   Why do you say that you
4 suppose so?
5    A   Well, because I mean this
6 information is directly based off of my
7 experience, so I believe I provided
8 some of this information.  I did not
9 write this document.
10       MS. MARTIN:  Duane, could we
11    please pull up Tab 33 and mark
12    this as Newman Exhibit 17.
13       MS. COLE-CHU:  I would like
14    to request a break, if we're going
15    to be much longer.
16       MS. MARTIN:  Sure.  I won't
17    be that much longer.  I probably
18    have another five minutes or so,
19    and then we could take a break if
20    that's okay with you.
21       MS. COLE-CHU:  That's okay
22    with me.
23       Is that okay with you,
24    Mr. Newman?
25       THE WITNESS:  That's fine.

58 (Pages 226 - 229)

Page 238

NEWMAN

1       NEWMAN
2  payment for?
3       A   I do not recall, no.
4       Q   Mr. Newman, could you please
5  turn back to Newman Exhibit 16?
6       A   Okay.
7       Q   Let me know when you have
8  this document pulled up.
9       A   Um-hum.
10      Q   Do you see in the last
11  sentence of paragraph 5 where it says,
12  "I turned down another opportunity to
13  work for NC Votes because of
14  Defendant's promise to provide pay and
15  benefits through November 2020"?
16      A   I do see that.
17      Q   Is that an accurate
18  statement?
19      A   I believe so.  This is,
20  again, another case of this being so
21  far removed at this point, over two and
22  a half years.  But yes, they were -- I
23  was actually reached out to because
24  they were going to restart the NC Votes
25  voter registration program and wanted

Page 239

1       NEWMAN
2  me to head it up.  And I declined to
3  move forward and instead gave the name
4  of a colleague that I recommended for
5  the position because I was on the
6  Bloomberg campaign.
7       Q   And when did NC Votes reach
8  out to you?
9       A   I believe it -- January or
10  February, but I'm not entirely certain
11  in the timing of that.
12      Q   And when you say that they
13  reached out to you, what did that
14  entail?
15      A   It was a phone call from the
16  person that I had previously worked
17  with at NC Votes back in 2016 saying,
18  "Hey, we're thinking we're going to get
19  this started up again.  You know, we
20  want to know if you would be willing to
21  run it."
22      Q   Did you have any sort of job
23  offers from NC Votes?
24      A   I mean, Tamo [phonetic], the
25  person that called me, and I are

Page 240

1       NEWMAN
2  relatively close.  So there was never
3  anything in writing, and it was very
4  much in the development stage, largely
5  because of the looming COVID-19 fears.
6       But -- so, you know, it
7  wasn't like anything had been set in
8  stone, that there was an offer letter
9  or anything.  But he had called and
10  asked if I would want to do it.  And I
11  told him that I couldn't do it because
12  of being employed by the Bloomberg
13  campaign.
14      Q   If I could direct your
15  attention back to Exhibit 14, which is
16  your interrogatory responses.
17      A   Yes, I am back on it.
18      Q   Okay.  Could you please turn
19  to your response to Interrogatory
20  Number 7?
21      A   Yes.
22      I'm on it.
23      Q   And this interrogatory asks
24  you to identity each opportunity you
25  forewent in order to work on the

Page 241

1       NEWMAN
2  campaign?
3       A   Um-hum.
4       Q   And in response to this
5  interrogatory, you did not identity NC
6  Votes, correct?
7       A   That is correct.
8       Q   Why did you not identity NC
9  Votes here?
10      A   It honestly -- it looks as if
11  it's an honest mistake on my end.
12      Q   But it's your testimony here
13  today that you were reached out to by
14  NC Votes and you did not pursue that
15  opportunity?
16      A   That is correct.
17      Q   Okay.
18      MS. MARTIN:  Then I have no
19  further questions.
20      MS. COLE-CHU:  Thanks.
21      I will have, I think, just a
22  few questions.
23  EXAMINATION BY MS. COLE-CHU:
24      Q   Mr. Newman, you testified
25  today about the campaign providing you

61 (Pages 238 - 241)

Page 242

1          NEWMAN
2  with scripts to use in your work as a
3  field organizer, correct?
4      A   That's correct.
5      Q   Would you use the same script
6  for both phone banking and door-to-door
7  canvassing?
8      A   For the most part, yes.  You
9  are looking for the same information.
10     Q   Were there any differences
11 between the scripts?
12         MS. MARTIN:  Objection.
13     A   So there would be minor
14 things, you know.  Knock on door versus
15 ring the phone, those sort of
16 logistical considerations.
17     Q   Would you say that the nature
18 of your job duties when you were phone
19 banking and the nature of your job
20 duties when you were door-to-door
21 canvassing were the same?
22         MS. MARTIN:  Objection.
23     A   Yes, I would.  As I mentioned
24 earlier in my testimony, it really is a
25 matter of trying to gather data for the

Page 243

1          NEWMAN
2  campaign to give it back to campaign
3  headquarters, and, you know, allow them
4  to make further decisions from there.
5  But the objective is the same for both.
6      Q   So you just mentioned
7  collecting data from voters.  When you
8  are collecting data during door-to-door
9  canvassing, are you inputting that
10 information at every door?
11     A   Yes.
12         MS. MARTIN:  Objection.
13     Q   And when you are collecting
14 data from voters during phone banking,
15 are you inputting that data during or
16 after every phone call?
17         MS. MARTIN:  Objection.
18     A   Yes.  Typically during every
19 phone call.
20     Q   So is it fair to say that you
21 were inputting this data that you were
22 collecting from voters throughout the
23 course of the day?
24         MS. MARTIN:  Objection.

Page 244

8      Q   Were you collecting the same
9  data when you were canvassing door to
10 door as you were when you were phone
11 banking for the Bloomberg campaign?
12         MS. MARTIN:  Objection.
13     A   Yes.
14         MS. COLE-CHU:  Those are all
15 the questions I have.
16         MS. MARTIN:  No further
17 questions for me.
18         (Transcript continues.)
19
20
21
22
23
24
25

Page 245

1
2          VIDEOGRAPHER:  Very well.
3  Then we are now going off the
4  record at 3:56 p.m. Eastern Time.
5          This concludes today's
6  testimony given by James Kyle
7  Newman.  The total number of media
8  units used was five and will be
9  retained by Veritext Legal
10 Solutions.
11         Thank you, everybody, and
12 have a great day.
13         (Time noted: 3:56 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

62 (Pages 242 - 245)

Page 246

```
 1
 2        A C K N O W L E D G E M E N T
 3
     STATE OF NEW YORK  )
 4                      ) ss.:
     COUNTY OF NEW YORK )
 5
 6        I, JAMES KYLE NEWMAN, certify, I have read
 7     the transcript of my testimony taken under
 8     oath in my deposition of November 7, 2022;
 9     that the transcript is a true, complete
10     and correct record of what was asked,
11     answered and said during this deposition,
12     and that the answers on the record as
13     given by me are true and correct.
14
15        - - - - - - - - - - - - - - -
              JAMES KYLE NEWMAN
16
17
     Sworn and subscribed to before me
18
     this_____ day of_____, _____.
19
20
     _____
21     Notary Public
22
23
24
25
```

Page 247

```
 1
 2        C E R T I F I C A T I O N
 3
     STATE OF NEW YORK  )
 4                      ) ss.:
     COUNTY OF NEW YORK )
 5
 6        I, JUDITH CASTORE, Shorthand Reporter
 7     and Notary Public within and for the State
 8     of New York, do hereby certify:
 9        That JAMES KYLE NEWMAN, the witness
10     whose deposition is hereinbefore set
11     forth, was duly sworn by me and that this
12     transcript of such examination is a true
13     record of the testimony given by such
14     witness.
15        I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage and that I am
18     in no way interested in the outcome of
19     this matter.
20        IN WITNESS WHEREOF, I have hereunto
21     set my hand this 8th day of November, 2022.
22
23
24     Judith Castore
          - - - - - - - - - - -
25          JUDITH CASTORE
```

Page 248

```
 1
 2                I N D E X
 3  WITNESS                       PAGE
     JAMES KYLE NEWMAN
 4    Examination by:
         MS  MARTIN              6
 5       MS  COLE-CHU            241
 6
 7           E X H I B I T S
 8     (Retained by Veritext Legal Solutions)
 9  NEWMAN                        PAGE
10  Exhibit 1  P006013            31
     Exhibit 2  MB2020_Wood_00023758       39
11  Exhibit 3  MB2020_Wood_00013541-13544    47
     Exhibit 4  MB2020_Wood_13258-13263     55
12  Exhibit 5  MB2020_Wood_14052-14053      76
     Exhibit 6  MB2020_Wood_37141          116
13  Exhibit 7  MB2020_Wood_89647           117
     Exhibit 8  MB2020_Wood_14178-14182    142
14  Exhibit 9  MB2020_Wood_13990           155
     Exhibit 10  MB2020_Wood_00097256       162
15  Exhibit 11  MB2020_Wood_13244          179
     Exhibit 12  MB2020_Wood_21989         191
16  Exhibit 13  Newman's texts with Jamea S  198
     Exhibit 14  K  Newman ROG Responses    212
17  Exhibit 15  Third Amended Class and     225
               Collective Action and PAGA
18             Complaint
     Exhibit 16  Newman Declaration         227
19  Exhibit 17  P005961           230
     Exhibit 18  Paystubs         234
20
21  DOCUMENT/INFORMATION REQUESTS:       PAGE
22  Text message chain with Jamea Simmons    201
     Text message chain with Jamea Simmons   203
23
24
25
```

Page 249

```
 1
 2              E R R A T A
 3
        I wish to make the following changes,
 4
        for the following reasons:
 5
 6
     PAGE LINE
 7
     ___ ___ CHANGE:_____
 8
     REASON:_____
 9
     ___ ___ CHANGE:_____
10
     REASON:_____
11
     ___ ___ CHANGE:_____
12
     REASON:_____
13
     ___ ___ CHANGE:_____
14
     REASON:_____
15
     ___ ___ CHANGE:_____
16
     REASON:_____
17
     ___ ___ CHANGE:_____
18
     REASON:_____
19
20
     _____  _____
21
     WITNESS' SIGNATURE      DATE
22
23
24
25
```

63 (Pages 246 - 249)