# Exhibit 61

Page 1

1

2                  UNITED STATES DISTRICT COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4

5    DONNA WOOD, et al.,          )
     individually and on          )
6    behalf of all others        )
     similarly situated,          )
7                                  )
              Plaintiffs,    )
8                                  )
              vs.                  )   No. 20 Civ. 2489
9                                  )   (LTS)(GWG)
     MICHAEL BLOOMBERG 2020,      )
10   INC.,                         )
                                   )
11            Defendant.    )
     ------------------------  )
12

13

14

15                      October 28, 2022

16                      9:03 a.m. CDT

17

18          Videoconferenced deposition of KYLE E.

19      MORTON, held virtually with the witness

20      located in New Orleans, Louisiana, before

21      Laurie A. Collins, a Registered Professional

22      Reporter and Notary Public of the State of New

23      York.

24

25

Page 42

Morton

2        So do you tailor your résumés for the
3  positions that you are applying to?
4        A.   I only tailor a cover letter to an
5  exact position. It's always the same résumé        09:53:18
6  unless there's a new job that will replace the
7  previous jobs. So you're always going to get the
8  same résumé, not an updated cover letter. If I'm
9  applying to a job with Bloomberg, well, you're
10  going to get a Bloomberg cover letter and the        09:53:48
11  exact same résumé.
12        Q.   Going back to my original question,
13  what's different about the résumés that you did
14  not produce from the résumés that you produced
15  here?        09:54:04
16        A.   A cover letter. That's it.
17        Q.   Do you recall the name of the entities
18  that you sent cover letters to that you did not
19  produce in this case?
20        A.   No, I can't recall.        09:54:19
21        Q.   So looking at the document in front of
22  you, Christopher Williams, does he go by Chris?
23        A.   Both names, Christopher or Chris.
24        Q.   Chris was your regional organizing
25  director on the Bloomberg campaign?        09:54:43

Page 43

Morton

2        A.   That's correct.
3        Q.   Did you know Chris previously?
4        A.   Yes.
5        Q.   How long have you known Chris?        09:54:49
6        A.   All my life.
7        Q.   Did you grow up with Chris in New
8  Orleans?
9        A.   Christopher is my cousin.
10        Q.   How did you learn of the opportunity to        09:55:02
11  work for the Bloomberg campaign?
12        A.   Through Christopher.
13        Q.   Had Christopher worked on other
14  political campaigns prior to the Bloomberg
15  campaign?        09:55:25
16        MS. COLE-CHU: Objection, form.
17        A.   Yes.
18        Q.   What other campaigns had Christopher
19  worked on?
20        A.   The only one that I know he worked        09:55:33
21  on was Hillary Clinton.
22        Q.   And you worked with him on the Hillary
23  Clinton campaign?
24        A.   Yes, I did.
25        Q.   I'd like to turn to the page that's        09:55:45

Page 44

Morton

2  marked 9198. Is this the cover letter that you
3  sent with your résumé to the Bloomberg campaign
4  for a job?
5        A.   Is that in Tab 5, Morton 5?        09:56:07
6        Q.   Yes. I'll direct you to the page that
7  has a Bates number in the bottom right corner.
8  It's P009198.
9        A.   Let me scroll down. Waiting for it to
10  open. All right. Let's see.        09:56:37
11        You're referring to the December 18,
12  2019?
13        Q.   Yes.
14        A.   Okay. And what's your question?
15        Q.   This is the cover letter that you sent        09:57:13
16  to the Mike Bloomberg campaign for a job; is that
17  correct?
18        A.   That's correct.
19        Q.   You tailor cover letters for the job
20  you're applying for; is that correct?        09:57:25
21        A.   That is correct.
22        Q.   Can you turn to the page that's marked
23  9199?
24        A.   Which one is that? Is that 4?
25        Q.   It's the same exhibit, just scrolling        09:57:44

Page 45

Morton

2  to the next page.
3        A.   Oh, okay. All right. Hold on. All
4  right. I see it.
5        Q.   And that's a continuation of the cover        09:57:53
6  letter for the Mike Bloomberg campaign; correct?
7        A.   Correct.
8        Q.   You write in the cover letter, quote,
9  As indicated by my résumé, I can effectively
10  communicate with all types of people and maintain        09:58:09
11  the professionalism that is required of me.
12        Are effective communication skills an
13  important quality for a field organizer?
14        A.   Anybody could do that job as a field
15  organizer.        09:58:27
16        Q.   That's not the question I -- okay. So
17  that's not the question I asked you. I'm asking
18  you if effective communication skills are an
19  important quality for a field organizer.
20        A.   Yes.        09:58:39
21        Q.   You also write here, I have the ability
22  to problem solve, make quick decisions and be
23  competitive, in addition to strong research skills
24  and the ability to write clear and concise
25  investigative reports.        09:58:55

12 (Pages 42 - 45)

Page 46

Morton

1
2       Are any of those skills important
3  qualities for a field organizer?
4       A.   I would presume that an individual
5  would have no know some form of normal skills to    09:59:26
6  perform any job.
7       Q.   That's not the question I asked you.
8           MS. PHILION:  Laurie, could you please
9  read back the question I asked Mr. Morton?
10      (Record read.)              09:59:59
11      A.   No.
12      Q.   Why did you include those skills in
13  your cover letter for Mike Bloomberg 2020 if you
14  didn't think they were relevant for the job?
15      A.   That's the skills that I have.  Every    10:00:27
16  résumé that I have is going to have that same
17  wording in it because that's my skills.  That's my
18  personal skills.
19      Q.   But you testified earlier that you
20  tailor your cover letters to the job that you're    10:00:43
21  applying for, so I'm trying to understand whether
22  or not you think that these qualifications are
23  relevant for the job of a field organizer.  Do you
24  think that they're relevant for the job of a field
25  organizer?                  10:00:57

Page 47

Morton

1
2       A.   When I mean tailored, I'm talking about
3  the first paragraph.  That's the tailored part,
4  where I'm tailoring the wording of who is the
5  company that I'm applying to and the position.    10:01:09
6  That's the tailored.
7           If you go back to each and every one of
8  those résumés, it says the same thing.  That's my
9  skills.
10          Now, if you want to reword the question  10:01:21
11  in a better way, can an individual perform his or
12  her duty as a field organizer asking questions,
13  yes.  But that résumé information is not pertinent
14  to that job.
15      Q.   Do you think any of the skills that you  10:01:43
16  acquired as a private investigator made you a more
17  effective field organizer?
18      A.   My entire skills allows me to be a
19  better individual -- life skills, work skills, all
20  skills -- not just as a field organizer.        10:02:06
21      Q.   Okay.  But I'm asking you specifically
22  as a field organizer.  Do you believe any of your
23  experience as a private investigator made you a
24  more effective field organizer?
25      A.   Well, of course it did, ma'am, of    10:02:18

Page 48

Morton

1
2  course it did, because that's my -- that's my
3  skills.  I bring that to the table.
4       Q.   Can you explain which skills as a
5  private investigator you brought to the table that  10:02:28
6  made you a more effective field organizer?
7       A.   Number one, the ability to do research.
8  You learn that from college.  The ability to do
9  research in any position will be very helpful.
10  The ability to communicate with people, the      10:02:48
11  ability to ask questions, get certain responses.
12      Q.   Any other skills that you acquired as a
13  private investigator that helped you be a more
14  effective field organizer?
15      A.   Communicate, plain and simple.        10:03:15
16      Q.   The first thing you identified was the
17  ability to perform research.  Can you tell me how
18  that helps you in your job as a field organizer?
19      A.   Being able to analyze certain types of
20  situations, whether someone is a Democrat or a      10:03:34
21  Republican.  The way you're asking questions and
22  getting responses from an individual, for you to
23  be able to do your job effectively, following the
24  script that has been provided by Bloomberg
25  campaign.                  10:04:00

Page 49

Morton

1
2       Q.   You mentioned earlier that you
3  performed thousands of witness interviews over the
4  course of your career.
5       A.   Okay.                10:04:05
6       Q.   I'm asking.  That was your testimony;
7  correct?
8       A.   That is correct.  I would presume over
9  20 years of interviewing people in claims
10  investigations as well as for the government,      10:04:18
11  thousands of hours -- thousands of hours of
12  interviews.
13      Q.   Based on that experience, do you
14  consider yourself very skilled at asking questions
15  to get the information that you need?        10:04:34
16      A.   Yes.
17      Q.   Do you think that skill helped you in
18  talking to prospective voters as a field
19  organizer?
20      A.   Yes.                10:04:46
21      Q.   When you ask prospective voters
22  questions, what other types of information were
23  you trying to get from them?
24          MS. COLE-CHU:  Objection to form.
25      A.   Number one is --            10:05:00

13 (Pages 46 - 49)

Page 50

Morton

1
2    Q.   You can answer.
3    A.   May I answer?
4    Q.   You have to answer, yeah.
5    A.   Trying to find out who they're voting   10:05:08
6    for, are they able to volunteer to do the same
7    thing that I'm doing, phone banking, knocking on
8    doors, seeing if anybody is not registered and
9    would they be able to register as a voter.
10   Q.   The next skill you identified was the   10:05:37
11   ability to communicate.  How do you think that
12   your communication skills made you a more
13   effective field organizer?
14   A.   Being able to deal with all peoples in
15   walks of life, regardless of what race they are   10:05:59
16   level of life that they're in, whether they're in
17   a lower economic area or high-class economic area.
18   I can relate to all people.
19   Q.   Why is the ability to relate to all
20   types of people important if you're a field   10:06:21
21   organizer?
22   A.   Because you're going to be speaking to
23   all types of people.  You're not just speaking to
24   one type of person; you're speaking to everybody.
25   Q.   Do you need to tailor the way that you   10:06:35

Page 51

Morton

1
2    communicate with somebody depending on what type
3    of person they are?
4    A.   As long as you follow the script that's
5    provided by Bloomberg, you don't have to tailor   10:06:45
6    anything.
7    Q.   Did you tailor communications?
8    A.   If an individual is not a Bloomberg --
9    voting for Bloomberg, I would try to persuade them
10   by following the script that Bloomberg has   10:07:07
11   provided of letting them know what accomplishments
12   Bloomberg has done.  That's going into detail of
13   what accomplishments Bloomberg has done.
14   Q.   Did you talk to many different types of
15   people?   10:07:29
16   A.   Absolutely.
17   Q.   And would you agree with me, based on
18   your thousands of interviews that you've done,
19   that you can't approach every single person with
20   the same communication style to be effective?   10:07:37
21   A.   That's correct.
22   Q.   Did you approach prospective voters
23   with different types of communication styles
24   depending on what types of person they were?
25   A.   Yes.  If I'm going in the hood, well,   10:07:58

Page 52

Morton

1
2    then, of course I'm not going to be speaking to
3    hood people like I'm speaking to you.  I can speak
4    hood jargon so that they don't, you know, don't
5    want to be bothered.   10:08:13
6        There's various techniques of speaking
7    to people.  You learn that as well as an
8    investigator -- as an investigator.
9    Q.   And you utilize various techniques of
10   speaking with prospective voters on the Bloomberg   10:08:25
11   campaign?
12   A.   Yes.  But, again, following the script
13   that was provided.
14       MS. PHILION:  Duane, can you please
15   pull up Tab 29 for me?
16       THE CONCIERGE TECHNICIAN:  One moment.
17   It appears our court reporter has dropped.
18       THE VIDEOGRAPHER:  Do you want to go
19   off the record, counsel?
20       MS. PHILION:  Yes, we should go off the
21   record until...
22       THE VIDEOGRAPHER:  Yeah.  The time is
23   10:09.  We are off the record.
24       (Recess taken from 10:09 to 10:21.)
25       THE VIDEOGRAPHER:  The time is 10:21.   10:21:17

Page 53

Morton

1
2    We are on the record.
3    Q.   Mr. Morton, why did you want to work
4    for the Bloomberg campaign?
5    A.   It was another opportunity to   10:21:38
6    participate in a presidential campaign.
7    Q.   Are you a Democrat?
8    A.   Yes.
9    Q.   Did you want to see Mr. Bloomberg
10   elected to the presidency?   10:21:55
11   A.   Absolutely.
12       THE CONCIERGE TECHNICIAN:  Morton 6 has
13   been marked.
14       MS. PHILION:  Can you hold that for a
15   second?  We're not going to look at any   10:22:09
16   documents yet.  Thanks.
17   Q.   Where were you living at the time that
18   you accepted a job with the campaign?
19   A.   You're talking about Bloomberg's
20   campaign?   10:22:22
21   Q.   Excuse me, yes, for the Bloomberg
22   campaign.
23   A.   1917 Brutus Street.
24   Q.   And the job you accepted was for a
25   field organizer position in North Carolina?   10:22:35

14 (Pages 50 - 53)

Page 54

Morton

1              Morton
2      A.   That is correct.
3      Q.   North Carolina is also where you worked
4  for Hillary Clinton's campaign in 2016; is that
5  correct?                        10:22:45
6      A.   That's correct.
7      Q.   After you forwarded your résumé to
8  Mr. Williams, what happened next in the hiring
9  process for the Bloomberg campaign?
10     A.   I received an e-mail sometime -- I   10:22:58
11 don't recall the exact date. I received an e-mail
12 asking me could I come the prior week to when I
13 went but I could not make it until the second
14 week. And that's when I went, whatever date that
15 was.                            10:23:25
16     Q.   And when you say "that's when I went,"
17 where did you go?
18     A.   I went to Charlotte, North Carolina, I
19 believe it was at.
20     Q.   What was in Charlotte, North Carolina?  10:23:37
21     A.   Where everybody had to meet for that
22 session for that hiring process for the Bloomberg
23 campaign.
24     Q.   Are you referring to a hiring
25 orientation?                    10:23:55

Page 55

Morton

1              Morton
2      A.   Right, yes, yes, yes, yes.
3      Q.   Was there training provided to you --
4  job training at the hiring orientation?
5      A.   Yes, I think it was three days, I   10:24:07
6  think, or two days and a half.
7      Q.   Why kind of training did you
8  participate in at the orientation?
9      A.   We watched slide videos. We did actual
10 one-on-ones with partners practicing the scripts  10:24:24
11 and getting our cell phones and laptops that were
12 to be used for the campaign specifically.
13     Q.   Any other training at the orientation?
14     A.   Not that I can recall other than that.
15     Q.   Can you tell me a little bit more about  10:24:56
16 the training with the one-on-ones? So in that
17 situation are you talking about a role play where
18 one person plays the field organizer and another
19 person would play the prospective voter?
20     A.   Yes, role play, more appropriate word,  10:25:12
21 and that's exactly what we did.
22     Q.   And sort of describe to me what that
23 one-on-one process was, what type of scenarios you
24 had.
25     A.   Introducing yourself and mentioning  10:25:26

Page 56

Morton

1              Morton
2  that you're working -- you're a field organizer
3  for the Bloomberg campaign and you want to know
4  are they supporting Mike Bloomberg.
5          If they tell you that they're not   10:25:39
6  supporting him, you would try to find out which
7  candidate that they were supporting and try to
8  highlight some good points of Bloomberg to
9  convince that person would they vote for
10 Bloomberg.                       10:25:53
11     Q.   Did you do more than one of these?
12     A.   Oh, yes, yes, yes, yes. You switched
13 partners -- you flip-flipped it around. You
14 became the person that they would be interviewing
15 me now as a prospective, you know, voter.   10:26:09
16         And you did multitudes of those,
17 because you would just go around the room
18 switching partners, however many people -- I would
19 have to say they may have had about 30 people in
20 the second session, so you were practicing that --  10:26:29
21 those scripts.
22     Q.   Did you do multitudes of those because
23 the prospective voters took different positions in
24 each of those communications?
25     A.   Yes. They gave you different scenarios  10:26:45

Page 57

Morton

1              Morton
2  on the -- on the -- we'll just say the screen, the
3  whiteboard screen. They would put up different
4  scenarios, and you had to act those out.
5      Q.   And you had to, as the mock field   10:26:57
6  organizer, figure out how you'd respond to the
7  scenario being presented to you by the voter?
8      A.   Absolutely, and following the script
9  that's provided to you.
10         MS. PHILION: Duane, can you pull up  10:27:18
11 Tab 29, please.
12         THE CONCIERGE TECHNICIAN: Morton 6 has
13 been marked.
14         (Morton Exhibit 6, canvassing tool kit,
15 Bates-stamped MB2020_Wood_97256 through 97270,
16 marked for identification.)
17         THE WITNESS: All right. Let's see.
18 Not in yet.
19         MS. PHILION: For the record, Morton
20 Exhibit 6 is defendant Exhibit Bates marked   10:27:55
21 MB2020_Wood_97256 through 97270.
22     Q.   Do you have the document, Mr. Morton?
23     A.   Yes, I'm looking at it right now.
24     Q.   So Exhibit 6 is called a canvassing
25 tool kit. Do you recognize this document from  10:28:21

15 (Pages 54 - 57)



Page 58

Morton

2 your field organizer training from the Bloomberg
3 campaign?
4    A.   Still looking at it.
5       (Pause.)                          10:28:47
6    A.   Okay.  Yep.
7    Q.   Do you recognize this as one of the
8 training documents from the Bloomberg campaign?
9    A.   I remember the document, but I cannot
10 recall specifically when we received this, because  10:29:15
11 I do not believe we would have received this in
12 the very beginning.
13   Q.   You've seen it before today?  You saw
14 it while you were working for the Bloomberg
15 campaign?                               10:29:32
16   A.   Oh, yes, yes, yes, yes.
21       Based on your experience as an
22 organizer, do you agree with that premise?
23   A.   Yep.
24   Q.   Can you turn to the second page,
25 please?                                 10:29:59

Page 59

Morton

2    A.   All right.  Hold on.  Okay.  I'm on the
3 second page.
8       Are those the type of one-on-one
9 conversations you practiced during orientation?
10   A.   Yes, yes.                       10:30:25
11   Q.   And did you then, when you were in the
12 field going door to door, engage in one-on-one
13 conversations with prospective voters?
14   A.   Yep, that's correct.
17       Would you agree that is something you
18 did when you went door to door to talk to
19 prospective voters?
20   A.   Yes.                            10:30:48
24       Would you agree that is something you
25 did when you went door to door talking to  10:30:57

Page 60

Morton

2 prospective voters?
3    A.   Yep.
4    Q.   Would you turn to the page marked
5 97259.  It's number -- it's page number 4 in the  10:31:10
6 document.
7    A.   All right.  Let me scroll down.  Okay.
8    Q.   You have made references to a script
9 several times today during your testimony.  Is
10 this the script that you've been referring to?  10:31:33
11   A.   Yes, one of the scripts.
12   Q.   What other types of scripts have you
13 been referring to?
14   A.   Just scripts that are reworded for
15 different time frames of the campaign.  10:31:50
16   Q.   What do you mean by that?
17   A.   Okay, when you're -- when you're on
18 what's called VoteBuilder, VoteBuilder has a
19 script similar to this.  I cannot vouch, you know,
20 what specific wording was used.  I know that there  10:32:21
21 are similarities of this hard copy versus
22 VoteBuilder.
23       And, again, if you're moving into, what
24 is it called, door knocking, some of the scripts
25 may have added some verbiage to it.  That's what  10:32:50

Page 61

Morton

2 I'm referring to.  Different parts of the
3 campaign, there were other scripts.
4    Q.   So you would agree with me this is one
5 of the scripts that you were referring to?  10:33:04
6    A.   Yes, I would agree with that.
16       Based on your experience as a field
17 organizer, do you agree with that statement?
18   A.   Let me read the script.
19       (Pause.)
20   A.   I would agree with that.        10:34:00
21   Q.   How did you take the scripts that you
22 were provided and make them personal to the
23 prospective voters that you were talking to?
24   A.   Well, again, if you were -- if you were
25 in different economic areas, you would speak to  10:34:18

16 (Pages 58 - 61)

1          Morton
2 that individual on the level of where they live at
3 whether or not the script.
4    Q.   Take me through how you would do that.
5 So if I was an individual who was in a low-income   10:34:38
6 area and you were trying to persuade me to support
7 Mike Bloomberg's campaign for president, how would
8 you tailor the script so that I could relate to
9 the message?
10   A.   First of all, after initially inter --   10:34:54
11 I mean telling you who I am and I would ask you,
12 well, what are your concerns that you would like
13 to -- what are your concerns pertaining to whether
14 it's crime, medical, all of those type of things.
15 And then whatever they would respond, well, then,   10:35:19
16 I would go into the bullet points that Bloomberg
17 has provided with those concerns.
18   Q.   Would you change your style of
19 communication so that someone in a low-income area
20 could relate to you?                       10:35:40
21   A.   I would change the way -- somewhat the
22 way I would talk. I mean, I wouldn't fully
23 communicate with someone that does not understand
24 certain words if they've never, you know, know
25 what those words mean.                     10:36:08

1          Morton
2    Q.   And if you were canvassing in an
3 affluent area --
4    A.   I --
5    Q.   How would you sort of change that   10:36:17
6 communication?
7    A.   I wouldn't have to change that
8 communication, because they're on the same level
9 as me. Regardless of how much money they may
10 have, I can communicate with them in the same way   10:36:27
11 as the script is concerned, other than the fact
12 that they may not be voting for Bloomberg.
13   Q.   My question is slightly different. You
14 seemed to make a distinction earlier between
15 people, for example, in a low-income area versus   10:36:47
16 other types of areas. So I'm asking you how you
17 would change the nature of your interaction with
18 someone in a low-income area to an area that was
19 more affluent.
20   A.   I think I just said it. I just said   10:36:59
21 words that lower-income people would not
22 understand, I would not say those type of
23 wordings, whatever that may be. If I'm speaking
24 to somebody who is an educated person or a
25 businessperson, I can basically talk to them in   10:37:18

1          Morton
2 the same way that I'm talking to you that you
3 would understand what I'm saying. I wouldn't have
4 to alter anything.
5          I'm going to follow the script. Let it   10:37:32
6 be known for the record I am going to follow the
7 script. But there are ways that you communicate
8 with different people in society.
9    Q.   To make that communication of the
10 script more effective?                    10:37:50
11   A.   That is correct.
12   Q.   This was the second time that you were
13 a field organizer in North Carolina.
14   A.   Okay, yes.
15   Q.   Correct?                           10:38:08
16   A.   Correct.
17   Q.   From the Clinton campaign, did you have
18 knowledge about North Carolina that was useful to
19 you for the Bloomberg campaign?
20   A.   Both -- both campaigns were different   10:38:22
21 because Clinton's campaign you already knew who
22 was the Democratic nominee. The Bloomberg
23 campaign you did not know who was the nominee. So
24 a lot of people did not know who they were voting
25 for because they were actually waiting for that   10:38:46

1          Morton
2 time when a candidate was nominated.
3          So they were a lot of times not
4 forthcoming with who they were voting for, and
5 they would not share that information. They       10:39:02
6 may -- some people may have said, Well, I'm
7 considering Bloomberg, but I'm not sure as of yet.
8 I need to wait until the candidate is nominated.
9    Q.   How did that change what you were
10 doing? How did it make it different?             10:39:21
11   A.   What do you mean how it made it
12 different?
13   Q.   Earlier you said the campaigns were
14 different. So I'm asking you how it was different
15 for you in your job.                        10:39:34
16        MS. COLE-CHU:  Objection to form.
17   A.   It actually made the job where you had
18 to work harder at your job because, again, as I
19 said, Hillary Clinton was already the nominated
20 candidate for the Democratic party. Bloomberg was   10:39:53
21 not nominated.
22        So therefore you were struggling -- let
23 me -- let me say this: The area that I worked in
24 for Hillary Clinton, those people were more into
25 the campaign than people in the areas that I   10:40:22

17 (Pages 62 - 65)

Page 66

Morton

1
2 worked in for Bloomberg.
3        But that's because I believe personally
4 it had to do with Bloomberg was not the actual
5 nominated candidate.  They had various other    10:40:33
6 people, and people were just undecided.  I mean,
7 everybody on the campaign knew that.
8    Q.  Did you find that you needed to work
9 harder to persuade prospective voters to support
10 Mike?                             10:40:54
11    A.  Absolutely, because people were
12 undecided, and you had to go into the things that
13 he has done over the course of his life skills and
14 positions he has held in the scripts that he had
15 provided.                         10:41:12
16    Q.  What reasons did you have for
17 supporting Mr. Bloomberg's campaign?
18    A.  Very knowledgeable about business.
19 He's a straightforward individual, alpha male.  He
20 knows how to get things done monetarily as well as  10:41:38
21 his personal business with the Bloomberg Media.
22 So he was a very -- he was a very upfront
23 candidate as opposed to some of the other
24 candidates.
25    Q.  Did you integrate your personal reasons  10:42:02

Page 67

Morton

1
2 for supporting Mr. Bloomberg into your discussions
3 with prospective voters?
4    A.  I followed the script.
5    Q.  I asked you a different question.  I    10:42:19
6 asked you if you integrated your personal reasons
7 for supporting Mr. Bloomberg into the
8 conversations that you had with voters.
9    A.  The only thing I added is if someone
10 said, Are you voting for Bloomberg?  I said,    10:42:31
11 Absolutely; I wouldn't be working for Bloomberg if
12 I wasn't voting for him.  That's the only thing
13 that I would add personally.
14    Q.  So is your testimony you did not share
15 any of the reasons you just identified to me with  10:42:46
16 prospective voters about why you were supporting
17 Mr. Bloomberg now?
18    A.  I just now -- I just mentioned to you
19 about following the scripts.
20    Q.  I understand that.  I'm asking you    10:42:57
21 whether in addition to following the script you
22 conveyed any of your personal reasons for
23 supporting Mr. Bloomberg.  I'm just -- I'm trying
24 to understand how you did your job.  Okay?
25        So I'm going to ask it again.  Did you  10:43:13

Page 68

Morton

1
2 convey any of the personal reasons you were
3 supporting Mr. Bloomberg to prospective voters?
4    A.  No, I did not.  I didn't have to.
5    Q.  Do you think you would have had more    10:43:32
6 meaningful interactions with voters if you did?
7        MS. COLE-CHU:  Objection to form.
8    A.  No.  No, because people were still
9 undecided.
10    Q.  So earlier I asked you to read the    10:43:47
11 passage on page 97259 under sample script, and you
12 told me you agreed with it.
13    A.  Okay.
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20    A.  I followed the script.          10:44:16
21    Q.  I'm asking you if you followed the
22 guidance that I just read to you.
23    A.  I can't recall.
24    Q.  You can't recall if you followed that
25 guidance?                          10:44:23

Page 69

Morton

1
2    A.  I can't recall if I followed that
3 specific wording.  I followed the script as is.
4 And if someone asks me was I voting for Bloomberg,
5 absolutely I was.                     10:44:34
6    Q.  So you were in Region 3 for the
7 Bloomberg campaign.  Was that in New Bern, North
8 Carolina?
9    A.  I can't -- I can't recall the exact
10 region number.                      10:44:55
11    Q.  The region you were located in was in
12 New Bern, North Carolina?
13    A.  But I wasn't -- I was eventually in New
14 Bern.  I started off in Elizabeth City.  I guess
15 that might be part of Region 3, I guess.  I'm not  10:45:14
16 sure.
17    Q.  How long were you in Elizabeth City
18 for?
19    A.  Maybe a couple of weeks, I believe.
20    Q.  Was that a different office than New    10:45:29
21 Bern, North Carolina?
22    A.  We didn't have an office in Elizabeth
23 City.  Our office was in New Bern.  That's when I
24 was moved, when we got an office.
25    Q.  Approximately how far are Elizabeth    10:45:47

18 (Pages 66 - 69)

Page 70

Morton

1                    Morton
2 City and New Bern from each other?
3     A.   I can't recall.
4     Q.   Do you know approximately how long it
5 would take to drive between the two cities?  I'm   10:46:00
6 just trying to get a sense.
7     A.   I would have to say it's beyond two
8 hours.
9     Q.   Okay.
10         Was Chris Williams your ROD in both   10:46:11
11 Elizabeth City and New Bern?
12     A.   Yes.
13     Q.   So starting with Elizabeth City, what
14 kind of area was it?
15         MS. COLE-CHU:  Objection to form.   10:46:31
16     A.   What do you mean, "what kind of area"?
17     Q.   Well, let's start off with whether you
18 would describe it as rural, urban, or suburban.
19     A.   Well, Elizabeth City is a small town.
20 I mean, that's a rural area.  Everything --   10:46:49
21 everything out in that area, the Outer Banks,
22 the -- New Bern, all of that is rural communities.
23 Might be small towns, but that's still rural
24 compared to what I know what a city is.
25     Q.   Was your entire region for the   10:47:10

Page 71

1                    Morton
2 Bloomberg campaign comprised of what you would
3 describe as rural communities and small towns?
4     A.   Yes.
5     Q.   When you were working on the Clinton   10:47:21
6 campaign, you were in I believe Rocky Mountain,
7 North Carolina; is that correct?
8     A.   That is correct, and that's a rural
9 area.
10     Q.   It was a similar area to your region   10:47:33
11 for the Bloomberg campaign?
12     A.   Yes, yes, yes, rural communities.
13     Q.   Are you familiar with the word "turf"?
14     A.   Yes.
15     Q.   Would you consider for the Bloomberg   10:47:50
16 campaign Elizabeth City and New Bern to be your
17 turf?
18     A.   In the beginning Elizabeth City was my
19 turf, until I was moved, because we found somebody
20 to take over Elizabeth City.   10:48:05
21     Q.   So as a field organizer you focused
22 primarily on your turf?
23     A.   Yes, yes, yes.
24     Q.   And a turf would be a geographic area
25 located in North Carolina for you?   10:48:28

Page 72

1                    Morton
2     A.   That is correct.
3     Q.   When you were going door-to-door
4 canvassing for the Bloomberg campaign, did you
5 ever do so outside North Carolina?   10:48:51
6     A.   No.
7     Q.   Can you describe the demographics of
8 the folks who were in your turf for the Bloomberg
9 campaign?
10     A.   In New Bern -- New Bern is a military   10:49:18
11 community, so you had upper middle class people in
12 New Bern.  You also had in certain parts of that
13 area lower economic people.  But mostly it was
14 middle class, I would have to say.
15     Q.   What issues did you find were important  10:49:50
16 to voters in that area?
17     A.   Again, the issues were they weren't --
18 they were undecided who they were voting for,
19 which candidate.
20     Q.   I understand that's your   10:50:03
21 testimony.  I am asking you in speaking with
22 voters what issues did they identify as important
23 to them; not what candidates they supported,
24 issues.
25     A.   Oh, okay.  All right.  Crime, health,   10:50:16

Page 73

1                    Morton
2 jobs.  What else?  That's all I can think of at
3 the present moment, which was jobs, health, crime.
4     Q.   What were the demographics of the
5 Elizabeth City area?   10:50:44
6     A.   Elizabeth City is also part military in
7 Elizabeth City, middle class, maybe a little bit
8 lower middle class.  And there's also a university
9 in Elizabeth City.
10     Q.   What issues were important to   10:51:14
11 prospective voters in Elizabeth City?
12     A.   Same thing:  crime, health, and jobs.
13     Q.   Did you do any research on
14 Mr. Bloomberg's positions on those issues?
15     A.   Yes, I did.  It was in the script.   10:51:33
16     Q.   Did you do any other research beyond
17 what was in the script?
18     A.   Pulled up a few internet things on him.
19     Q.   On his positions on those issues?
20     A.   Yes.   10:51:50
21     Q.   Anything else?
22     A.   That's all I can think of at the
23 present moment.
24     Q.   For the Clinton campaign in 2016, what
25 issues were important to the voters in the areas   10:52:12

19 (Pages 70 - 73)

Page 74

Morton

1            Morton
2 you were working?
3     A.   Same thing:  jobs, crime, and health.
4     Q.   Did you learn anything from your
5 experience on the Clinton campaign that you used    10:52:23
6 to build on being a more effective organizer in
7 the Bloomberg campaign?
8     A.   No, no, no, no, no.
9     Q.   You didn't take anything away from the
10 field organizer job in 2016 that you used for the    10:52:46
11 Bloomberg campaign?
12     A.   No, because it's the same -- it's the
13 same job; just that it was with two different
14 types of campaigns.  That's it.  You had to work
15 harder on the Bloomberg campaign due to the    10:52:59
16 situation.
17     Q.   Work harder to persuade voters because
18 they were undecided as to who they were voting
19 for?
20     A.   Yes, ma'am, yes.    10:53:09
21     Q.   Who else worked in your region with you
22 for Mr. Williams?
23     A.   Antonio.  I can't think of Antonio's
24 last name.  There was a young fellow -- I can't
25 think of his name -- but he eventually quit    10:53:30

Page 75

1            Morton
2 because he was having some car issues, which is
3 the reason why he quit.  And then we picked up
4 Angelica.  And there's another young lady that I
5 can't think -- I can't recall her name.    10:53:47
6        So there was actually only me and those
7 three, and then Chris as the ROD.
8     Q.   So four field organizers reporting to
9 Mr. Williams as the ROD?
10     A.   Right.    10:54:01
11     Q.   Are those the same field organizers who
12 worked with you in Elizabeth City and New Bern?
13     A.   Oh, no, no, no, no.  They had their own
14 areas to cover.  Again, as I said, Angelica, when
15 we brought her, you know, to be a field organizer,    10:54:25
16 she took over the Elizabeth City because she's
17 from that area.
18     Q.   So when you were performing your job as
19 a field organizer, you weren't doing that with
20 other field organizers; you each had your own area    10:54:39
21 to cover?
22     A.   The only time that we were with other
23 field organizers is when it got closer towards
24 doing the canvassing.  And if -- if we were at our
25 office -- or if we were at another office that we    10:55:01

Page 76

1            Morton
2 were using before we officially got our office in
3 New Bern.
4        So those people, those other three
5 people, would come to this temporary office in New    10:55:16
6 Bern, and we would go out and canvass together;
7 until we got our own office, and then everybody
8 went to their respective regions, to their areas,
9 rather, and that -- go ahead.
10     Q.   How much interaction did you have with    10:55:44
11 other field organizers during the campaign?
12     A.   In my own group, that would be daily
13 with phone call meetings.  You would have the
14 telephone call meetings with your ROD and your
15 team members.    10:56:05
16        But you also had -- you also had a
17 telephone call with the person who was over the
18 campaign, which I believe was Robin Breindel.  She
19 would speak to all of us, all of the people in
20 North Carolina.  And that would be your meeting    10:56:23
21 for that morning.
22        And then you would break off and go
23 into your own region meeting with your ROD.  And
24 then at the end of the day at nighttime, you would
25 have another phone call from Robin Breindel and    10:56:41

Page 77

1            Morton
2 everybody in North Carolina going over the stats
3 for the day, that she would ask each group what
4 were their numbers.
5     Q.   Between that morning phone call that    10:56:56
6 you described and the end-of-the-day phone call,
7 did you have any in-person interaction with field
8 organizers?
9     A.   No, no, no, because you weren't -- you
10 weren't close enough to have that.    10:57:14
11     Q.   I'd like to talk about your job duties
12 in a little more detail.  So can you -- well,
13 let's do it this way:  I think you've described
14 knocking on doors to me as one of your job duties;
15 is that correct?    10:57:40
16     A.   That is correct.
17     Q.   You knocked on doors only in your turf
18 in North Carolina; is that correct?
19     A.   That is correct, only in North
20 Carolina.    10:57:57
21     Q.   Did you do that solo or with other
22 Bloomberg staff members?
23     A.   Only when we got closer to GOTV, when
24 groups of us -- we would meet at our office, and
25 then they brought in other people to come and help    10:58:14

20 (Pages 74 - 77)

Page 78

Morton

1 the campaign, which is the last week of the
2 campaign.
3
4        So you may have had a group of people
5 that you would kind of basically monitoring and        10:58:28
6 let them go do what you were doing.  And then you
7 all meet back at the office and turn in their
8 paperwork.
9        Q.   The group of people you were monitoring
10 as a field organizer, are you referring to        10:58:49
11 volunteers for the campaign?
12       A.   Right, yes, yes, volunteers, yes.
13       Q.   Was recruiting volunteers for the
14 campaign another one of your job duties?
15       A.   That is correct, yes.        10:59:01
16       Q.   Is recruiting volunteers for a
17 political campaign an important function of the
18 campaign?
19       A.   Yes, it is.
20       Q.   Was that one of your main job duties?        10:59:11
21       A.   Yes, yes, recruiting volunteers, yes.
22 The more --
23       Q.   Would -- go ahead.
24       A.   Recruiting volunteers could be via
25 phone banking when you're talking to people,        10:59:28

Page 79

Morton

1 asking them the scripts, and then you're going to
2 ask them would they be willing to volunteer to do
3 phone banking and eventually do canvassing door --
4 knocking on doors as well as GOTV when you got        10:59:40
5 towards that time frame.
6
7        And some people would volunteer; some
8 people wouldn't volunteer.  Some people would only
9 say, Well, I can do some phone banking, but I'm
10 not going to do knocking on doors.  Some people        10:59:59
11 say they're going to do knocking on doors but
12 they're not going to call people.
13       Q.   Who did you determine who best to
14 target to volunteer for the campaign?
15       MS. COLE-CHU:  Objection to form.        11:00:13
16       A.   I didn't target any specific
17 socioeconomic person; I just was asking any and
18 everybody.
19       Q.   So you asked everybody that you talked
20 to whether they wanted to volunteer for the        11:00:28
21 campaign?
22       A.   Everyone that I was able to talk to,
23 yes.
24       Q.   When you say "talk to," does that mean
25 by the telephone or in person?        11:00:38

Page 80

Morton

1
2        A.   By both, by telephone and in person.
3 If no one's answering the phone, well, of course,
4 I can't.  And if no one is answering the door, of
5 course I can't.  But that's via telephone and        11:00:50
6 knocking on doors.
7        Q.   Did you attend any local community
8 events to recruit volunteers?
9        A.   Yes, I did.
10       Q.   What kind of events did you attend?        11:00:59
11       A.   In New Bern, the temporary office that
12 we were at, that was a Democratic office, and they
13 would have meetings I think it was -- I don't know
14 if it was regular Monday and Thursdays.
15       So sometimes I would go to those        11:01:21
16 meetings to try to recruit some of those people to
17 help me do some phone banking as well as knocking
18 on doors when it got towards that time and also
19 brought literature for the Bloomberg campaign to
20 put on the tables that they had in that building        11:01:37
21 because they had other candidates had their
22 literature there as well.
23       Q.   Did you choose what events to attend to
24 recruit volunteers?
25       A.   Sometimes your ROD would provide you        11:02:00

Page 81

Morton

1 with certain events that they knew about that you
2 didn't know about.  So you would try to go attend
3 those if you were able to, if you didn't have any
4 conflict with any other events that were going on        11:02:12
5 that you found out -- that I found out about.
6        Q.   So there were also events that you
7 found out about that you made the decision to go
8 to on your own?
9
10       A.   Well, you -- all right.  You were        11:02:25
11 required to go to events.  So you had to find out
12 about events, and then you would put that in the
13 system.  You would record that, that you were
14 going to be going to this specifically -- specific
15 organization in a certain area and what time.  All        11:02:44
16 of that was documented.
17       Q.   Did you choose when events you
18 attended?
19       A.   Yes.
20       Q.   As a -- go ahead.        11:03:01
21       A.   I couldn't go to all of the events.  I
22 mean, you can only go to events that you can go
23 to.
24       Q.   How did you decide which events to go
25 to?        11:03:13

21 (Pages 78 - 81)

Page 82

Morton

1
2     A.   Based upon the distance from your --
3  from your region, okay, as opposed to another
4  area.  So if they had an event in New Bern and
5  they had an event 15 miles away, well, of course I  11:03:26
6  would go to the event in New Bern.  If they didn't
7  have an event in New Bern, I would go 15 miles, 20
8  miles away to another event.  So that's how I
9  chose what events to go to.
10    Q.   Were your decisions based in part on   11:03:44
11 how successful you thought you'd be at recruiting
12 volunteers at an event?
13    A.   No, no.  I mean, you -- you don't know
14 who these people are at these events, so you're
15 just going to go to these events and try to get   11:04:05
16 people to volunteer.  You're going to introduce
17 yourself as a Bloomberg field organizer, and, you
18 know, you sit there and listen to the meeting that
19 they're having.
20       And then once you're able to talk, then   11:04:20
21 you explain to them that you're looking for
22 volunteers to assist in the Bloomberg campaign,
23 making phone calls and knocking on doors.
24       Sometimes -- sometimes I was
25 successful; sometimes I wasn't.  But I -- but I   11:04:34

Page 83

Morton

1  took -- I passed out a sheet of paper so that I
2  can have everybody's name and phone number and
3  what area that they lived in that I would be able
4  to call back again in the future to see if they   11:04:50
5  would be willing to volunteer at that time.
6
7     Q.   Is it challenging to recruit volunteers
8  for a political campaign?
9        MS. COLE-CHU:  Objection to form.
10    A.   Yes.                       11:05:04
11    Q.   What are some of the things you have to
12 do to be successful in getting someone to commit
13 their time for free?
14    A.   Communicating the importance of the
15 campaign, communicating the importance that we   11:05:22
16 need a Democratic president and not a Republican
17 president.
18    Q.   So you have to --
19    A.   That's how I was effective in getting
20 some of the people.  And, again, a lot of people   11:05:38
21 who participated is because they wanted to
22 participate.
23    Q.   So you had certain metrics that you had
24 to meet on a weekly basis; is that right?
25    A.   That is correct.             11:06:00

Page 84

Morton

1
2     Q.   If you recruited volunteers in your
3  turf to help you perform certain duties, did that
4  count towards the fulfillment of metrics that you
5  had to meet?                       11:06:15
6     A.   That is correct.
7     Q.   So the more volunteers you had, for
8  example, for phone banking the less time you would
9  personally have to spend phone banking?
10       MS. COLE-CHU:  Objection to form.   11:06:26
11    A.   No, no, no.  It didn't matter if you
12 had one, ten, or zero.  You were still responsible
13 to make your own phone calls.
14    Q.   Did you have to make the same number of
15 phone calls?                       11:06:40
16    A.   They would change based upon the
17 campaign's wishes of how many phones they would
18 like you to make.  That could have been 150, that
19 could have been 200, that could have been 500.
20    Q.   How did the number of volunteers that   11:06:58
21 you had play into the metrics that you had to
22 meet?
23    A.   The volunteers' metrics was a separate
24 metrics.  Again, they tell you how many volunteers
25 you should have on a daily basis and by the end of   11:07:10

Page 85

Morton

1  the week.  And, again, every week numbers would
2  change.
3
4     Q.   Once you recruited a volunteer for the
5  campaign, did you train them?           11:07:24
6     A.   Yes, you did, yep.  You would train
7  them -- well, you would ask them if they would
8  meet you at a certain location, okay, because
9  sometimes, again, I had to go into other areas
10 outside of New Bern but within a 10, 15 mile   11:07:49
11 radius.  Okay?  And then I would meet at Burger
12 King, McDonald's, I would meet at another place I
13 can't recall its name where you get soups and
14 salads and stuff like that.
15       And then you would sit down.  We were   11:08:10
16 provided with another laptop.  And you would put
17 them on the laptop.  We also had phones that they
18 would use or they could use their own phone.  And
19 you would show them how to do this, and they would
20 continue to do that.                  11:08:31
21       Now, once that session is over with, if
22 they wanted to continue to make phone calls, you
23 would provide them with a list -- a call list, and
24 they would go ahead on and make their phone call
25 lists.  Then you would meet them again to pick   11:08:46

22 (Pages 82 - 85)

Page 90

Morton

1              Morton
2  they've done.  But the other part when it's hard
3  copy, I have to go get that, and then I have to
4  implement that into the system, outside of my own
5  individual work.                    11:14:19
6      Q.   Did volunteers you recruited ever come
7  to you with questions?
8      A.   Yes, such as why are we calling the
9  same people all the time.  That's the number one
10 question:  Why are you calling the same people all  11:14:41
11 the time.  Of course, as you go through the phone
12 log, you're going to constantly be calling the
13 same people all the time all the time all the
14 time.
15         Some people would get belligerent:     11:14:57
16 Don't call here no more, I'm not voting for
17 Bloomberg, I'm a Republican, I'm a Trumpster, all
18 those kinds -- you would get all that kind of
19 stuff.
20     Q.   What did you do with Trumpsters?  So if  11:15:13
21 you got a Trumpster on the phone, how would you
22 handle that interaction?
23     A.   Most of the time they would hang up.
24 Most of the time they would hang up.  Some people
25 would just entertain the conversation, because I  11:15:30

Page 91

1  guess they had nothing to do; but after they got
2  tired of listening to me, they would tell me no
3  thank you but don't call here no more.
4         Now, of course you're following the     11:15:45
5  script, you're polite, you're not getting
6  belligerent, I'm not raising my voice, because
7  they have expressed they're a Trumpster, what-
8  have-you.  I let it flow, thank you very much for
9  this time, whether they were belligerent or not.  11:16:02
10     Q.   Were you making calls to voters just in
11 North Carolina?
12     A.   Sometimes -- well, 99.9 percent of the
13 times you were.  Sometimes somebody may have moved
14 but still had a North Carolina address -- I mean  11:16:26
15 phone number, and they would tell you, Oh, I don't
16 live in North Carolina anymore.  So that would
17 basically be the end of that because you would
18 click on that little check mark that they no
19 longer live in North Carolina.          11:16:40
20     Q.   Approximately how many times do you
21 estimate that that happened?
22     A.   A few times.  Not that many.  Few
23 times.

Page 92

12     Q.   I just want to make sure I have a list
13 of your job duties.  So what I have so far is
14 we've discussed making phone calls to prospective
15 voters --                        11:18:00
16     A.   Okay.
17     Q.   -- knocking on doors of prospective
18 voters --
19     A.   Okay.
20     Q.   -- and persuade them to vote for Mike,  11:18:04
21 attending events with prospective voters --
22     A.   Okay.
23     Q.   -- and recruiting volunteers.
24     A.   Yes.
25     Q.   Is that an accurate list so far?     11:18:14

Page 93

1              Morton
2      A.   Absolutely.
3      Q.   Are there any other job duties that you
4  had as a field organizer that we haven't just
5  asked?                          11:18:25
6      A.   No.  That should basically be it, that
7  I can recall at this moment.  The only other
8  thing, again, as we get closer towards GOTV,
9  you're able to distribute signs, because in North
10 Carolina they don't allow you to have signs all    11:18:45
11 over way in advance of the campaign.  Like here in
12 New Orleans you can put signs out from day one.
13 That's not how they do it in North Carolina.  But
14 distributing signs.
15         Bloomberg had shirts, buttons, and some  11:19:07
16 other paraphernalia that I can recall that people
17 would come to the office and pick up.  They would
18 be able to pick up their signs.  Or some people
19 who you spoke to on the telephone, they didn't
20 want to come to the office, and they would let you  11:19:28
21 put the signs on their front yard.  So those were
22 other duties that we had.
23         But, again, that's only when you get
24 closer towards the ending of the campaign.
25         MS. PHILION:  Duane, can you pull up     11:19:47

24 (Pages 90 - 93)

Page 102

Morton

1
2  harder because of the -- all the things that I
3  have mentioned.
4      Q.   So earlier we discussed that you had
5  sort of metrics that you were supposed to achieve   11:32:54
6  on a weekly basis; is that right?
7      A.   That's correct.
8      Q.   As a field organizer, once you reached
9  your metric, could you stop that particular task
10 for the week?                11:33:13
11     A.   No.  You continue.  Your job was not
12 over with.  You just continue.
13     Q.   What would you do after you reached
14 your metric?
15     A.   Continue making phone calls.  I mean,   11:33:20
16 if -- if you finished making -- well, you were not
17 going to finish making all those phone calls by
18 the time 8, 9 o'clock came.  You were still making
19 phone calls, because you were only able to make
20 phone calls at certain times, depending on the   11:33:43
21 number of phone calls.
22         If they wanted you to make 500 phone
23 calls, you would start making 500 phone calls
24 right after meetings were over with, all the way
25 until you were able to finish 500 phone calls.   11:33:59

Page 103

Morton

1
2      Q.   So on your résumé you said your duties
3  were to make 150 to 200 calls per day.  Does that
4  sound accurate to you?
5      A.   That sounds about right, yes.  But   11:34:15
6  there were times that they wanted more phone
7  calls.  So...
8      Q.   When you say "they," who wanted more
9  phone calls?
10     A.   It's coming from the administrators   11:34:27
11 that's running the campaign.  Everything is based
12 upon what numbers that they see in the
13 administration office.
14     Q.   Who actually directed you to make more
15 phone calls?                11:34:44
16     MS. COLE-CHU:  I'd just like to ask
17 that you let the witness complete his answer.
18 I don't think that he was finished.
19     MS. PHILION:  My intention is to make
20 sure that the witness finishes his answer.   11:34:53
21 So, please, Mr. Morton, if you weren't
22 finished, please finish.
23     A.   It comes down from Robin Breindel to
24 the RODs to us.
25     MS. PHILION:  It's about 12:35.  We've   11:35:17

Page 104

Morton

1
2  been going for a bit now.  This seems like a
3  reasonable time to take a break for lunch.
4  Does anybody need more than a half an hour?
5      THE WITNESS:  Sounds good to me.   11:35:35
6      MS. COLE-CHU:  Sure.
7      THE WITNESS:  I'm sorry, go ahead,
8  Hannah.
9      MS. COLE-CHU:  Can we just go off the
10 record?                11:35:42
11     THE VIDEOGRAPHER:  The time is 11:35.
12 We are off the record.
13     (Time noted:  11:35 a m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 105

1
2  A F T E R N O O N   S E S S I O N
3      (Time noted:  12:06 p.m.)
4      THE VIDEOGRAPHER:  The time is 12:06.
5  We are on the record.                12:07:00
6      THE CONCIERGE TECHNICIAN:  Morton 8 has
7  been marked.
8      (Morton Exhibit 8, offer of employment,
9  Bates-stamped MB2020_Wood_37121 through 37123,
10 marked for identification.)
11 K Y L E   E.   M O R T O N ,
12 resumed as a witness, having been previously
13 sworn by the notary public, was examined and
14 testified further as follows:
15 EXAMINATION CONTINUED BY
16 MS. PHILION:
17     Q.   Mr. Morton, can you please take a look
18 at Exhibit Number 8.
19     A.   All right.  Let me see.
20     Q.   That's Bates-numbered MB2020_Wood_37121   12:07:16
21 through 37123.
22     A.   Waiting for it to drop down.  Okay.  I
23 see it.
24     Q.   Do you recognize this as your offer of
25 employment from the Bloomberg campaign?   12:07:47

27 (Pages 102 - 105)

Morton

2     A.   There were times, yes, you had phone
3   calls that you were required to be on with
4   leadership of the campaign.
5     Q.   I'm trying to differentiate between     12:19:55
6   leadership in North Carolina and leadership
7   outside of North Carolina.  So let's start with
8   in-state calls with North Carolina leadership.
9   When did you have those calls?
10     A.   When you mean "leadership," what are     12:20:08
11   you talking about "leadership"?  Are you talking
12   about people who are over the campaign?
13     Q.   I'm talking about people who worked in
14   North Carolina.
15     A.   Okay.                                    12:20:19
16     Q.   So when did you have in-state calls
17   with North Carolina employees?
18     A.   Leadership; correct?
19     Q.   I want to make sure we're on the same
20   page.  So what does leadership mean to you in the 12:20:32
21   context of the campaign?
22     A.   We're talking about the people who are
23   running the campaign:  Robin Breindel, the RODs,
24   and the people who are a little bit below Robin
25   Breindel who worked with Robin Breindel.        12:20:46

Morton

2         Those were the daily requirements in
3   the beginning of the morning, and then at the end
4   of the day stats:  what did each region do that
5   day.  And that was every day.                    12:21:04
6     Q.   Was the first morning call that you
7   just described the first -- the first event of the
8   day for you?
9     A.   Yes.
10     Q.   Was that call at a particular time or    12:21:18
11   at different times throughout the week?
12     A.   It was somewhere around 8 o'clock in
13   the morning, maybe 8:30, depending upon what
14   upper-level management had to do.
15     Q.   Approximately how long did that morning 12:21:34
16   call last?
17     A.   I would say about maybe a half hour, I
18   guess, about that.  It wouldn't last that long
19   because they wanted you to start working.
20     Q.   Where would you take that call from?    12:21:48
21     A.   On your cell phone.  Everybody would
22   log into -- like right now everybody would log
23   into this number, and you would listen to what
24   they had to say.
25     Q.   Would you take that from the place that 12:22:04

Morton

2   you were living or an office for the campaign?
3         MS. COLE-CHU:  Objection to form.
4     A.   If we were required to be at the
5   office, well, then those phone calls would be     12:22:16
6   there; if not, it would be wherever you were
7   staying.
8     Q.   How often did you take the morning call
9   from the office?
10     A.   All the time.  You were required to     12:22:27
11   take that all the time.
12     Q.   From the office?
13     A.   Oh, oh, oh, you mean from the office?
14   No, no, no, no.  Again, as I said, we didn't get
15   our office until late.  We never had -- our region 12:22:40
16   never had an office until later on in the
17   campaign.
18         So we would be taking these calls day
19   and night at whenever you were staying at.  For
20   me, since I was not in North Carolina, I was      12:23:01
21   staying in hotels.
22     Q.   After the morning call, what would you
23   do next?
24     A.   You would be on the telephone with your
25   ROD, and that would take anywhere from, I don't   12:23:11

Morton

2   know, 15 minutes or half an hour, and then you're
3   on your own, the time you start doing your job.
4     Q.   So once you were on your own -- I want
5   to get the math correct.  So if you were on a call 12:23:29
6   starting at 8:30 in the morning with
7   Robin Breindel --
8     A.   8 o'clock.
9     Q.   -- and that lasted half an hour to
10   around 9 o'clock.  You would then have a 15- to    12:23:41
11   30-minute call with your ROD, taking you to 9:15
12   or 9:30; is that right?
13         MS. COLE-CHU:  Objection to form.
14     A.   Depending on when Robin would call.
15   Sometimes she would call 8; sometimes she would    12:23:53
16   call 8:30, something like that.  And then he would
17   call after.  That's all still -- that's all still
18   within the required work time.  That's not --
19   that's not -- that is your job, so that is part of
20   your hourly duty.                                  12:24:11
21     Q.   Mr. Morton, I'm just trying to get a
22   sense of your schedule.  Okay?
23         So after you were -- approximately what
24   time in the morning were you done with your calls
25   with Robin and your ROD?                           12:24:20

30 (Pages 114 - 117)



Page 118

1          Morton
2    A.   I would say 9 o'clock.
3    Q.   And at 9 o'clock what did you do next?
4    A.   You start briefing up what you were
5  going to do for that day depending upon where you   12:24:36
6  were in the campaign.  If you were still making
7  phone calls, you would start making phone calls.
8  If you were in door knocking, you would be moving
9  towards door knocking first; and then when you're
10  finished door knocking, get back to your personal   12:25:00
11  location and start making phone calls.
12    Q.   What would it depend on whether you
13  started making phone calls or door knocking?
14    A.   During the course of the campaign.
15  You -- in the beginning of the campaign, you're   12:25:15
16  strictly making phone calls.  I cannot recall
17  exactly when you started doing door knocking.  But
18  once you started door knocking, then you would be
19  doing both.
20          The first -- I don't know -- I would   12:25:31
21  say the first month all you're doing is making
22  phone calls.  That's all you're doing, making
23  phone calls and trying to get volunteers.
24    Q.   And you were required to make 150 to
25  200 phone calls each day?                     12:25:48

Page 119

1          Morton
2          MS. COLE-CHU:  Objection to form.
3    A.   On each day you were required to make
4  those phone calls unless they told you you needed
5  to make more phone calls.  And sometimes that   12:26:00
6  happened during the week where the numbers
7  increased.
8    Q.   How often did the numbers increase?
9          MS. COLE-CHU:  Objection to form.
10    A.   Weekly.                     12:26:14
11    Q.   Once a week or more than once a week?
12    A.   More than once a week.
13    Q.   Why would the number of phone calls you
14  have to make increase?
15          MS. COLE-CHU:  Objection to form.   12:26:33
16    A.   It all is based upon the statistics
17  that they see at nighttime and what they want to
18  do in the next couple of days.  If -- I guess if
19  certain areas didn't meet requirements, they
20  needed more phone calls the next couple of days.   12:26:56
21    Q.   Were the statistics measuring the
22  number of phone calls completed?

Page 120

11          Whatever numbers that are not meeting
12  their specifics, they want more phone calls.
13    Q.   So if your region didn't meet the
14  requirement on one day, your region would be
15  required to make more phone calls the next day?   12:28:04
16    A.   No, no, no, no.  All regions, not just
17  any region that didn't make all of their calls.
18  All regions were required to make more phone
19  calls.  It's not just one region, okay, you didn't
20  meet your goals.  Everybody had to make calls,   12:28:23
21  whether that's, as I said, 150, 200, 300, 400,
22  500, whatever.
23    Q.   If a region met the number of calls
24  requirement, would they be required to make
25  increased number of calls the next day?   12:28:44

Page 121

1          Morton
2    A.   Absolutely.
3    Q.   Why?
4    A.   Because you're all part of a team.
5  Nothing is differentiated just because you made   12:28:51
6  your required phone calls.  If they -- they're
7  looking at everything as a whole, not as just
8  individuals, meaning individual regions.
9          Everybody was told this is what you
10  have to do, this is what you have to do.  I don't   12:29:12
11  see why you don't comprehend that.
12    Q.   In the early days of the campaign when
13  you're making phone calls, how many hours a day
14  would you make phone calls?
15    A.   In the beginning it could be all day.   12:29:38
16  It could be all day.
17    Q.   How many hours is all day?
18    A.   It could be four hours, it could be
19  five hours, it could be all eight hours, ten
20  hours, whatever, however long it takes you to make   12:29:50
21  these phone calls, and then how many phone calls
22  are you required to make.
23    Q.   So it could vary between four and ten
24  hours on any given day?
25    A.   Day to day, yes.  The hours could vary,   12:30:07

31 (Pages 118 - 121)

Page 122

Morton

1
2 but you're still working whatever else that you
3 have to do.  Just because you finished phone calls
4 within three hours or four hours, the day is not
5 over with.  You still have more work to do.     12:30:20
6     Q.   So you mentioned earlier in the early
7 days you were strictly making phone calls; right?
8     A.   That is -- that is correct, which was
9 the first couple of weeks, the first few weeks,
10 three weeks, however it was.  But you're still --   12:30:35
11 but you're still recruiting people.  And when
12 you're recruiting these people and you have these
13 people signed up to do calls, you're working with
14 these people.
15     Q.   Overseeing who they were calling?     12:30:53
16     A.   Absolutely, whether that's in person or
17 not in person.
18     Q.   So during these early days, what time
19 did your day usually end?
20     A.   Most of the days ended by 8, 9 o'clock   12:31:10
21 at night.
22     Q.   And how many days a week were you
23 working in the early period?
24     A.   From the early period all the way to
25 the end, seven days a week.          12:31:26

Page 123

Morton

1
2     Q.   Did you ever take a day off in the
3 course of the campaign?
4     A.   No, no.
5     Q.   Did your hours vary on any of the seven   12:31:38
6 days of the week?
7     A.   On Saturday or Sunday sometimes you may
8 have started maybe 9, 10 o'clock, something of
9 that nature, because it was a weekend,
10 specifically a Sunday, because some people were   12:31:58
11 going to church.
12     Q.   In the early days, this was when you
13 were in Elizabeth City; is that correct?
14     A.   For the first two weeks, I believe,
15 yeah.                    12:32:13
16     Q.   And there wasn't an office in Elizabeth
17 City?
18     A.   No, no.  We didn't have office in
19 Elizabeth City.  I was in a hotel.
20     Q.   Did you make calls from the hotel?     12:32:21
21     A.   Yes, I did, in my room.
22     Q.   Was anyone else in your room with you
23 while you were making calls?
24     A.   No, no, nobody was ever in my room.
25     Q.   Did you observe any of the other field   12:32:31

Page 124

Morton

1
2 organizers making calls during that period?
3     A.   No, because nobody was in Elizabeth
4 City but me.
5     Q.   At what point in your tenure with the   12:32:47
6 campaign did you start doing other things besides
7 phone banking and recruiting volunteers, so past
8 the early days?  When did that start,
9 approximately?
10     A.   By the time I got to New Bern, which    12:33:05
11 was probably, I don't know, maybe three weeks,
12 four weeks, when I got to New Bern, things began
13 to pick up.
14     Q.   What do you mean, they "began to pick
15 up"?                    12:33:22
16     A.   Meaning door knocking.  Wait a minute.
17 Hold on.  Time out.  I did do door knocking in
18 Elizabeth City.  Yes, I did.  I recall that now,
19 because I went to what their scatter sites were,
20 which is called projects.  So I do recall that.   12:33:43
21 We were doing door knocking as well in -- at least
22 I was, I'm saying, in Elizabeth City also.
23     Q.   You don't know if anyone else was door
24 knocking, only what you were doing?
25     A.   Well, I mean, other people were doing   12:34:01

Page 125

Morton

1
2 door knocking too.  But I'm talking about
3 specifically in Elizabeth City.  Everybody was
4 doing door knocking by week -- I would say by week
5 three you were allowed to start doing door     12:34:13
6 knocking.
7     Q.   Okay.  So starting with week three,
8 that's when you were in New Bern?
9     A.   No, I was probably still in Elizabeth
10 City during -- during the first two or three    12:34:26
11 weeks, and then I was shifted to New Bern, that I
12 recall.
13     Q.   And while you were in Elizabeth City,
14 you did your phone banking in your hotel room?
15     A.   Yes, I did.  And then I went out and   12:34:42
16 did door knocking in the community.
17     Q.   Did you ever during this period of time
18 see Mr. Williams?
19     A.   I saw him one time -- no, I saw him
20 twice because he had to bring me some hard-copy   12:35:02
21 call sheets and hard copy sheets for door
22 knocking.
23     Q.   Mr. Williams wasn't observing your
24 day-to-day work during this period of time
25 directly?                  12:35:29

32 (Pages 122 - 125)

Page 126

Morton

1
2     A.   No, not in person, no, no.  That didn't
3  happen until we all got that office in New Bern.
4     Q.   When did you get that office in New
5  Bern?                        12:35:49
6     A.   January, February -- January, February,
7  March -- I would have to say we got that maybe in
8  the second week, maybe the third week of February,
9  I would say.  We didn't have that office very
10 long, because the pandemic hit.        12:36:07
11    Q.   When you got an office in New Bern, did
12 the day still start with the Robin Breindel
13 meeting?
14    A.   Oh, absolutely, yes.
15    Q.   And after your Robin Breindel meeting,  12:36:24
16 did you have a meeting with your ROD?
17    A.   Yes, yes.
18    Q.   Were these meetings still by telephone
19 or were they in person?
20    A.   Sometimes they were at the office, when  12:36:32
21 required, or they were via telephone.
22    Q.   What time did the meeting start, the
23 first meeting in the morning, when you first got
24 to the office -- excuse me, when you had an office
25 in New Bern?                  12:36:48

Page 127

Morton

1
2     A.   9 o'clock.
3     Q.   After your phone calls once you had an
4  office in New Bern, what did you do next?  What
5  was the next task for the day?        12:37:03
6     A.   Door knocking, volunteering, all the
7  same stuff.  It doesn't change.  It's the same
8  thing every day all day long.
9     Q.   And how long would your day be?  So
10 after the 9 o'clock meeting, what time did your    12:37:25
11 day end?
12    A.   Anywhere from 8 p.m. to 9 p.m. every
13 day, seven days a week.
14    Q.   What about weekends?  Were they
15 shorter?                     12:37:36
16    A.   Weekends were the same, 8, 9 o'clock at
17 night.  I can't recall the exact time, but I know
18 it was either 8 or 9 p.m., 8 p.m. or 9 p.m.
19    Q.   I think earlier you said that Saturday
20 or Sunday had a later start time.        12:37:58
21    A.   Yes, again, on Sunday more than likely
22 it would have been start time would be 10 o'clock,
23 because they didn't want you to really start
24 making phone calls 8, 9 o'clock in the morning on
25 Sunday because some people are going to church at  12:38:14

Page 128

Morton

1
2  8 o'clock.
3        So your day on Sunday would start about
4  10 o'clock.  On Saturday your day would probably
5  start 9 a.m., Sunday at 10 a.m., that I recall,    12:38:24
6  because of church.
7     Q.   Are you done?
8     A.   Yeah, go ahead.
9     Q.   Did you take a lunch break when you
10 were working?                 12:38:38
11    A.   Very rarely, very rarely.  If I did, it
12 might have been two times out of the campaign.  In
13 my entire career of working, I was not a lunch
14 breaker.  I just -- that's just the nature of me.
15    Q.   Like personal preference?        12:39:00
16    A.   Yeah.  I'm not -- I'm not interested in
17 sitting there eating.  I want to get the day over
18 with.
19    Q.   Did you eat while you worked?
20    A.   Snacks, things of that nature.        12:39:14
21    Q.   If you had wanted to take a break to
22 eat lunch, could you have?
23    A.   I could have.
24    Q.   Other than the calls we just talked
25 about -- so the calls with Robin Breindel and then  12:39:33

Page 129

Morton

1
2  the call with your ROD -- did you attend any other
3  telephone calls for the campaign?
4     A.   Every now and then -- I cannot tell you
5  exactly when -- you would get these phone calls    12:39:48
6  from -- I would presume from corporate, in New
7  York, that these specific bigwigs would call --
8  you would have to log into, again, the number, and
9  you would listen to the conversation.  They
10 couldn't hear you.  You couldn't ask no questions.  12:40:07
11       But here these phone calls like that I
12 would have to say maybe, what, twice a month?
13 Again, we were only there for three months.
14    Q.   How many of these calls do you estimate
15 that you attended?                12:40:26
16    A.   I attended all of the phone calls.
17    Q.   Were required to attend them or was
18 your attendance voluntary?
19    A.   You were required to call into these
20 phone calls.                  12:40:41
21    Q.   And when you say there were bigwigs,
22 can you describe that in more detail who you're
23 referring to?
24    A.   They were the people who were over
25 Robin Breindel and Thomas, whoever's in New York.  12:40:55

33 (Pages 126 - 129)

                    Morton
1
2       Q.   What do you recall about the subject
3   matter of those calls?
4       A.   They were just telling us how we were
5   doing, what they expected of us, you know, keep        12:41:13
6   doing what we're doing, and pointing out some
7   other form of, you know, helpful hints that might
8   help you, you know, do your job, what other areas
9   are doing this and that, things of that nature.
10      Q.   What kind of hints?  Can you be a           12:41:39
11  little bit more specific?
12      A.   You said what kind of what?
13      Q.   You said they were giving you hints
14  about how to do your job.  Can you be more
15  specific about what you mean?                         12:41:49
16      A.   Just if you were having trouble getting
17  volunteers, you know, doing your shifts, things of
18  that nature was being talked about, you know, how
19  many shifts were required and things of that
20  nature like that.                                     12:42:13
21      Q.   How many shifts were required generally
22  or for you specifically?
23      A.   Just as a whole, just as a whole, not
24  any region or anything, just -- just talking to
25  you about what you were required to do, all those    12:42:26

                    Morton
1
2   kind of things.  Every phone call was different.
3   It was not the same phone calls.
4       Q.   Do you remember the name of any -- of
5   any person who spoke on those calls?                  12:42:39
6       A.   No, I cannot recall that, no.
7       Q.   Do you have any written records of what
8   was said on those calls?
9       A.   Not that I can recall.
10      Q.   With respect to your specific job, did    12:42:55
11  all of your job instructions come from Chris?
12      A.   Yeah, yeah, yeah, it came directly from
13  Christopher.
14      Q.   In terms of the e-mails that you
15  received from campaign members during the job,        12:43:12
16  were most of these e-mails from the North Carolina
17  team?
18          MS. COLE-CHU:  Objection to form.
19      A.   When you mean "North Carolina team,"
20  you mean my region or you mean the whole --           12:43:30
21      Q.   All of North Carolina.  So when you
22  would receive e-mails, were most of the e-mails
23  you received from people in North Carolina who
24  worked for the campaign?
25      A.   Yeah, yeah.                                  12:43:49

                    Morton
1
2       Q.   Did you take any private investigation
3   assignments during your time working for the
4   campaign?
5       A.   No, I didn't take any form of work        12:44:04
6   during the campaign.
7       Q.   Did you do any driving for Uber or Lyft
8   during the campaign?
9       A.   No.  I was not in New Orleans; I was in
10  North Carolina.                                       12:44:18
11      Q.   When was your last day of physical work
12  for the campaign?
13      A.   Oh, wow.
14          MS. COLE-CHU:  Objection to form.
15      A.   I can't recall that.  I can only say it  12:44:34
16  was somewhere in March.
17      Q.   North Carolina's primary fell on Super
18  Tuesday during this election cycle; is that
19  correct?
20      A.   That is correct.  So it would have --     12:44:48
21  my last physical date would have had to been two
22  weeks after -- or a week after whenever that
23  pandemic happened, because we had to fly back --
24  we flew back to New Orleans, and then I had to fly
25  back to -- oh, no, no, I'm wrong.                     12:45:26

                    Morton
1
2          I drove back to New Orleans.  I drove
3   back to New Orleans.  That was when they told us
4   to take a break because of the pandemic because
5   they didn't know what was going to happen.  And      12:45:40
6   then I flew back to shut down the office.
7          So whenever that second week was was
8   actually my last day at the -- physically at the
9   campaign, because we had to box up whatever
10  equipment, the printers, the tables, all of the      12:45:58
11  material was to be thrown away, and that was that.
12          And someone would come and pick up the
13  stuff because Christopher gave the key to -- I
14  can't think of her name, whatever the young lady's
15  name was who lives in that area.  She gave the key  12:46:33
16  to whatever supervisor was sent to officially shut
17  down the office.
18      Q.   So I'm going to represent to you that
19  Super Tuesday was March 3rd.  Does that sound
20  right to you?                                         12:46:51
21      A.   I would presume.  I can't recall the
22  exact date.
23      Q.   How soon after Super Tuesday did you
24  depart for New Orleans?
25      A.   It would have been the week -- the week  12:47:11

34 (Pages 130 - 133)

Page 154

```
                    Morton
1
2  we're looking at the same document.  So I'm
3  looking at a document that's been labeled Morton
4  13 in the Exhibit Share, and for me that's an
5  employee handbook from Mike Bloomberg 2020,        01:28:14
6  Incorporated.  Do you have that document up?
7      A.   Yes, which is 72 pages?
8      Q.   Yes.
9      A.   All right.  And you want me to go all
10 the way to the end?                                01:28:25
11     Q.   Yes.
12     A.   All right.
13     Q.   Did you receive this handbook during
14 the campaign?
15     A.   I can't recall if I received this in     01:28:37
16 person.
17     Q.   I'm not asking if you received it in
18 person.  I'm asking if you received it at all,
19 including electronically.
20     A.   Oh, yes, yes, yes, yes, yes.             01:28:49
21     Q.   Looking at the last page, you
22 electronically signed receipt of this document?
23     A.   That is correct, yes.
24     Q.   Could you please look at Morton 14
25 that's been marked.                               01:29:08
```

Page 155

```
                    Morton
1
2      A.   All right.
3           THE CONCIERGE TECHNICIAN:  Morton 14
4  has been marked.
5           (Morton Exhibit 14, document, marked
6  for identification.)
7           THE WITNESS:  All right.  You want me
8  to go to page 6?
9      Q.   Well, do you recognize this document?
10     A.   Confidential information, yes, I do.     01:29:25
11     Q.   And is that your signature on the next
12 page -- on the last page, excuse me?
13     A.   Yes, it is.
14     Q.   Can you go to Morton Number 15, please.
15     A.   All right.                               01:29:45
16          THE CONCIERGE TECHNICIAN:  Morton 15
17 has been marked.
18          (Morton Exhibit 15, document, marked
19 for identification.)
20          THE WITNESS:  Okay.  Code of conduct.   01:29:48
21     Q.   Do you recognize this as a document
22 that you received on the campaign?
23     A.   Yes.
24     Q.   And is that your signature on the last
25 page?                                             01:29:59
```

Page 156

```
                    Morton
1
2      A.   Yes, it is.
3      Q.   I don't have any further questions at
4  this time, but I am going to make a document
5  request of you that we'll put in writing to your  01:30:13
6  counsel.  We are going to request that you produce
7  any copies of your résumé that you have not
8  produced in addition to any cover letters appended
9  to your résumés or other cover letters that you
10 sent that you did not produce.                    01:30:27
11     A.   Okay.
12     Q.   Thank you.
13     A.   You're welcome.
14          THE VIDEOGRAPHER:  Okay.  Ms. Cole, do
15 you have any questions?                           01:30:42
16          MS. COLE-CHU:  Yes, I do.  I do have a
17 few questions, but I actually need a few
18 minutes to get them together, if it's all
19 right to go off the record.
20          THE VIDEOGRAPHER:  Very good.  The time 01:30:53
21 is 1:30.  We are off the record.
22          (Recess taken from 1:30 to 1:41.)
23          THE VIDEOGRAPHER:  The time is 1:41.
24 We are on the record.
25     Q.   Hello, Mr. Morton.  You testified today 01:42:02
```

Page 157

```
                    Morton
1
2  about the campaign providing you with scripts to
3  use in your work as a field organizer; is that
4  correct?
5      A.   Correct.                                 01:42:13
6      Q.   Throughout the course of the campaign,
7  did those scripts change?
8          MS. PHILION:  Objection.
9      A.   Only when it moved into other parts of
10 the campaign, maybe a few things were added.      01:42:25
11     Q.   During a given time when the campaign
12 was using a particular script, would you use the
13 same script and talking points for both phone
14 banking and door-to-door canvassing?
15          MS. PHILION:  Objection.                 01:42:44
16     A.   Just about the same, yes, yes.
17     Q.   Would you say that the nature of your
18 job duties when you were phone banking and the
19 nature of your job duties when you were door-to-
20 door canvassing were the same?                    01:42:55
21          MS. PHILION:  Objection.
22     A.   Exact same.
23     Q.   Looking at phone banking and door-to-
24 door canvassing combined throughout all the weeks
25 you were employed by the Bloomberg campaign, what 01:43:08
```

40 (Pages 154 - 157)



Page 158

1           Morton
2   percentage of your total duties with the campaign
3   were phone banking and door-to-door canvassing?
4       A.   95 percent of the time.
5       Q.   As part of your phone banking and        01:43:26
6   canvassing duties, did you gather information from
7   prospective voters?

Page 159

Page 160

Page 161

12      Q.   You stated that Mr. Christopher
13  Williams was your regional organizing director; is
14  that right?
15      A.   Yes.                                01:47:48
16      Q.   Did Mr. Williams have the ability to
17  check on the status of your metrics?
18      A.   Yes, he does.  He's over the team, and
19  he can see what we're doing.  And he can tell us,
20  you know, what we're doing from time to time.  He   01:48:06
21  has the capability.
22      Q.   Excuse me.  Were you done with your
23  answer?
24      A.   Yes, yes, I'm done.
25      Q.   Could he check on the status of your   01:48:18

41 (Pages 158 - 161)

Page 162

```
1           Morton
2 metrics at any point during the day?
3       MS. PHILION:  Objection.
4    A.   Yes, he could.  Yes, he could.
5    Q.   How do you know that?        01:48:24
6    A.   Because he's our supervisor and he has
7 the system that he has to report to the upper
8 links of him.  And that's how they know what we're
9 doing and what they're doing.
10   Q.   Did he ever communicate with you during 01:48:42
11 the day regarding your performance and whether you
12 were meeting your metrics?
13       MS. PHILION:  Objection.
14   A.   From time to time.  I mean, he'll
15 either text us or phone call us personally:  Pick 01:48:56
16 it up, pick up the pace, you know.  We're always
17 trying to help each other out by encouraging each
18 other to do our best.
19   Q.   You testified today that you attended
20 training in Charlotte at the start of your     01:49:17
21 employment with the Bloomberg campaign.  Do you
22 recall that testimony?
23   A.   Yes, I did.
24   Q.   You further testified that
25 approximately 30 people attended at least one of 01:49:28
```

Page 163

```
1           Morton
2 the sessions during that training; is that
3 correct?
4       MS. PHILION:  Objection.
5    A.   That's correct.       01:49:35
6    Q.   Were those 30 individuals that you were
7 referencing field organizers?
8       MS. PHILION:  Objection.
9    A.   Yes, they were.
10   Q.   And did those 30 field organizers then 01:49:47
11 go on to work as field organizers for the
12 Bloomberg campaign throughout the state of
13 California -- excuse me, strike.  Let me start
14 that again.
15       MS. PHILION:  Are you withdrawing that 01:49:59
16 question?
17       MS. COLE-CHU:  Yes.
18   Q.   Did those 30 field organizers then go
19 on to work as field organizers for the Bloomberg
20 campaign throughout the state of North Carolina? 01:50:16
21       MS. PHILION:  Objection.
22   A.   Yes, they did.  Yes, they did.
23   Q.   You also testified today about events
24 that you attended as a field organizer for the
25 Bloomberg campaign.  Do you recall that testimony? 01:50:31
```

Page 164

```
1           Morton
2    A.   Yes, I do.
3    Q.   Did you inform the campaign of all the
4 events that you were planning on attending?
5       MS. PHILION:  Objection.      01:50:40
6    A.   You were required to implement in a
7 system on a daily basis what you were doing.  And
8 part of that what you were doing was whatever
9 planned, organized events that other people had
10 that you may be going to or some of the events   01:50:58
11 that you may have found in your area that you were
12 going to.  So you would work them on the calendar
13 in the system that they used that you were going
14 to these events.
15   Q.   And did your ROD ever instruct you not 01:51:20
16 to go on any of the events that you had decided
17 that you wanted to go to?
18   A.   Sometimes, because he would tell you
19 that there's another event that he wanted you to
20 go to and he would prefer you to go to that event 01:51:32
21 as opposed to your event.  So I would follow his
22 lead and go to the event that he figured was more
23 important.
24   Q.   If Mr. Williams told you for any reason
25 not to attend an event, did you have to follow   01:51:51
```

Page 165

```
1           Morton
2 that instruction?
3       MS. PHILION:  Objection.
4    A.   Yes, I always followed whatever upper
5 link is informing you to do, unless -- unless I   01:51:59
6 felt that it was better for me to go to the -- an
7 event that I had.  But most of the time I would
8 follow his lead.
9       MS. COLE-CHU:  Those are all the
10 questions I have.       01:52:20
11       MS. PHILION:  No questions for me.
12       (Continued on following page.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

42 (Pages 162 - 165)

Page 166

```
1                    Morton
2         THE VIDEOGRAPHER:  Counsel, if there
3    are no other questions, any stipulations or
4    other -- any objections, I will conclude the
5    video recording for today's proceeding.      01:52:32
6         So here ends media unit number 3.  This
7    concludes the video recorded virtual remote
8    deposition of Kyle Morton taken by the parties
9    on Friday, October 28th, 2022.  The time is
10   1:52 p.m. central daylight time, and we are     01:52:53
11   going off the record.
12         (Time noted:  1:52 p.m.)
13         _____
14              KYLE E. MORTON
15
16   Subscribed and sworn to before me
17   this ___ day of _____ 2022.
18
19   _____
20
21
22
23
24
25
```

Page 167

```
1
2         C E R T I F I C A T E
3    STATE OF NEW YORK    )
4                        : ss.
5    COUNTY OF NEW YORK   )
6
7         I, LAURIE A. COLLINS, a Registered
8    Professional Reporter and Notary Public
9    within and for the State of New York, do
10   hereby certify:
11        That KYLE E. MORTON, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such
14   deposition is a true record of the
15   testimony given by the witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage and that I am
19   in no way interested in the outcome of this
20   matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 31st day of October 2022.
23
24              _____
25              LAURIE A. COLLINS, RPR
```

Page 168

```
1
2    - - - - - - - - - - I N D E X - - - - - - - - - - -
3
4    WITNESS:        EXAMINATION BY:       PAGE
5    Kyle E. Morton   Ms. Philion          5
6
7    ------------------- EXHIBITS -------------------
8    MORTON NO.       DESCRIPTION          PAGE
9
10   Exhibit 1, consent to join form for      17
11   Morton
12   Exhibit 2, résumé, Bates- stamped P1535  22
13   through 1542
14   Exhibit 3, letter dated 1/9/20 from      30
15   Morton to CoventBridge, Bates-stamped
16   P1553
17   Exhibit 4, e-mail with attachment,       37
18   Bates-stamped P9159 through 9167
19   Exhibit 5, e-mail dated 12/18/19 from    39
20   Morton to Williams, Bates-stamped P9192
21   through 9200
22   Exhibit 6, canvassing tool kit,          57
23   Bates-stamped MB2020_Wood_97256 through
24   97270
25   Exhibit 7, e-mail dated 2/13/20 to       94
```

Page 169

```
1
2    Morton, et al., Bates-stamped
3    MB2020_Wood_25569 through 25571
4    Exhibit 8, offer of employment,          105
5    Bates-stamped MB2020_Wood_37121 through
6    37123
7    Exhibit 9, pay stub                      109
8    Exhibit 10, document re flight,          134
9    Bates-stamped MB2020_Wood_30463
10   Exhibit 11, calendar appointment,        134
11   Bates-stamped 30468
12   Exhibit 12, responses to                 137
13   interrogatories
14   Exhibit 13, employee handbook,           152
15   Bates-stamped MB2020_Wood_37009 through
16   37080
17   Exhibit 14, document                     155
18   Exhibit 15, document                     155
19
20
21
22
23
24
25
```

43 (Pages 166 - 169)