# Exhibit 62

Page 1

```
 1     UNITED STATES DISTRICT COURT
 2     SOUTHERN DISTRICT OF NEW YORK
 3
 4     -------------------------------x
 5     DONNA WOOD, et al, individually
 6     and on behalf of all others
 7     similarly situated,
 8          Plaintiffs,
 9        vs.      20 Civ. 2489(LTS)(GWG)
10     MIKE BLOOMBERG 2020, INC.,
11          Defendant.
12     -------------------------------x
13
14        VIDEOTAPE DEPOSITION OF
15         LAKISHA WATSON-MOORE
16       VIA ZOOM VIDEOCONFERENCE
17          November 15, 2022
18             10:06 a.m.
19
20
21
22
23    Case No. 5548211
24    Reported by:
25    Maureen Ratto, RPR, CCR
```

Page 62

1  LAKISHA WATSON-MOORE
2  information. Sorry. It was a while ago,
3  before COVID. So during the COVID thing,
4  so I can't remember. Not before COVID but
5  during, so I can't remember a lot of it.
6      Q.   Can you recall anything about
7  how you identified these people?
8      A.   I remember asking my
9  supervisor because he knows -- like, he
10 knows the who's who of folks and since I
11 was kind of new to the community I didn't
12 really know, so I wasn't -- you know, I'd
13 always defer to him because he had that
14 wisdom, he knew the folks on the ground,
15 I didn't.
16     Q.   Did you do anything to become
17 familiar with the folks on the ground, to
18 use your terminology?
19     A.   Yes. Like, when we call folks
20 I would talk to them about the community.
21 Let's say we had a precinct delegate talk
22 to those people on the ground.  They knew
23 more about the community than I ever did
24 and I always deferred to their wisdom and
25 their judgment.

Page 63

1  LAKISHA WATSON-MOORE
2      Q.   What is a precinct delegate?
3      A.   They are the most local-est
4  folks on the ground. Basically they
5  represent, like, a small area of the
6  community. I don't know how it works in
7  Michigan. I'm not sure exactly.  I can't
8  remember, but those are the folks that
9  they have to run for those particular
10 seats to represent that area and that
11 community.
12     Q.   When you spoke to the precinct
13 delegates about the community, what
14 specifically would you discuss with them?
15     A.   I would talk to them about the
16 Bloomberg Campaign and they would
17 basically tell me -- you know, I'd ask
18 them how is the community? How can I get
19 my volunteers and get more people
20 involved? Things like that.
21     Q.   Do you recall the names of any
22 of the precinct delegates that you spoke
23 to?
24     A.   I remember one named Max, I
25 believe his name was Max, him and we

Page 64

1  LAKISHA WATSON-MOORE
2  talked about the Orthodox community there
3  and I believe another one was a female, I
4  can't remember her name, but I remember
5  her face. And we talked about, like,
6  poverty and healthcare and those type of
7  issues.
8      Q.   Why did you talk to each of
9  these respective individuals about the
10 particular issues that you just
11 mentioned?
12     A.   My supervisor told me to meet
13 with them.
14     Q.   Did you understand that for
15 the female precinct delegate who you
16 spoke to, you testified that you spoke to
17 her about poverty, were poverty and
18 healthcare issues that were important to
19 her?
20     A.   Yes, because she had a special
21 needs son and I have a special needs son
22 and so we talked about, you know, having
23 that and the challenges of having a child
24 having access to healthcare.
25     Q.   And did you also speak to her

Page 65

1  LAKISHA WATSON-MOORE
2  about the Bloomberg Campaign?
3      A.   Yes. Yes.
4      Q.   What specifically do you
5  recall speaking to her about with respect
6  to Mr. Bloomberg or the Campaign?
7      A.   She just wanted to know what
8  the Bloomberg Campaign can do for her
9  community.
10     Q.   And how did you respond to
11 that question?
12     A.   I talked about, with that one
13 I talked about the basically the talking
14 points we were given from the Campaign,
15 stuff like that. I can't remember exactly
16 the wording. I apologize.  I can't
17 remember that.
18     Q.   Did you talk to her
19 specifically about the issues that she
20 had expressed to you that she was
21 interested in, basically poverty and
22 healthcare?
23     A.   I just listened but I didn't
24 -- we were told, especially by the
25 Campaign, to never make any promises and

Page 66

1  LAKISHA WATSON-MOORE
2  I just really listened and, you know,
3  internalized what she said but I tried to
4  get her to volunteer. That was my biggest
5  thing is to get her to come and
6  volunteer.
7     Q.   Did she volunteer with the
8  Campaign?
9     A.   No. No. And I understood why.
10 She had a special needs child, so I
11 understood.
12    Q.   And when you say that you
13 tried to get her to volunteer, what did
14 you do to try to get her to volunteer?
15    A.   I asked her to come volunteer
16 and the talking points that we were given
17 by the Campaign.
18    Q.   I don't want to -- are you
19 done with that answer?
20    A.   Yes, ma'am. I'm sorry. I'm
21 sorry about that.
22    Q.   You also mentioned that you
23 spoke to someone named Max about the
24 Orthodox community. What do you recall
25 about that conversation?

Page 67

1  LAKISHA WATSON-MOORE
2     A.   I remember it because he asked
3  us to be respectful about knocking on
4  doors and, you know, getting out the vote
5  on certain days and I understood that.
6     Q.   And when he expressed that
7  concern to you, how did you respond?
8     A.   I said thank you for letting
9  me know and I told my supervisor.
10    Q.   Did you tell anyone else,
11 other than your supervisor?
12    A.   I can't remember.
13    Q.   Did you discuss anything else
14 with Max?
15    A.   Honestly, I can't remember.
16 I'm sorry about that, ma'am.
17    Q.   Other than the two precinct
18 delegates that we just spoke about and
19 Rick Blocker, were there any other
20 national or local politicians that you
21 recall speaking to in connection with
22 your employment with the Bloomberg
23 Campaign?
24    A.   I -- honestly, I can't
25 remember, ma'am. I'm sorry about that.

Page 68

1  LAKISHA WATSON-MOORE
[lines 2-12 redacted]
13    Q.   And did your supervisor put
14 you in contact with Rick specifically?
15    A.   I can't remember exactly but I
16 know I -- I believe I emailed him. I'm
17 not sure.
18    Q.   Did you meet with Rick?
19    A.   Yes.
20    Q.   Did you meet with him on one
21 occasion or more than one occasion?
22    A.   I believe it was one occasion.
23 I definitely remember at a coffee -- at a
24 Starbucks.
25    Q.   And approximately how long was

Page 69

1  LAKISHA WATSON-MOORE
2  this meeting, if you can recall?
3     A.   I can't recall. It was more
4  than 30 minutes. It was more than 30
5  minutes.
6     Q.   And what did you discuss with
7  Rick?
8     A.   The Campaign, volunteers.  He
9  looked at me like I was crazy,
10 volunteering and stuff like that.
11    Q.   What specifically did you
12 discuss with him about the Campaign?
13    A.   I honestly can't remember
14 exactly, but I do remember asking him to
15 volunteer and he was, like...
16    Q.   Can you recall any other
17 details about your meeting with Rick
18 other than what you just told me?
19    A.   I can't remember, ma'am. I
20 apologize.
21        MS. MARTIN:  Duane, can you
22    please pull up tab 50 and marked
23    this as Watson-Moore Exhibit 2?
24        CONCIERGE:  That was
25    five-zero.

Page 70

1  LAKISHA WATSON-MOORE
2      MS. MARTIN:  Yes, five-zero.
3  Thank you.
4      (Watson-Moore Exhibit 2, email
5  dated February 19, 2020, Bates
6  MB2020_Wood_00093804 was received
7  and marked on this date for
8  identification.)
9      CONCIERGE:  Watson 2 has been
10 marked.
11     Q.   And Ms. Watson-Moore, can you
12 please pull up what's been marked as
13 Watson-Moore Exhibit 2 and let me know
14 when you've seen this document?
15     A.   Yes, I see it.
16     Q.   Do you recognize this
17 document?
18     A.   I recognize my writing, yes.
19     Q.   What is this document?
20     A.   Basically telling him thank
21 you for meeting with him that day.

Page 71

4      Q.   In your email you wrote, "Your
5  knowledge and advice about your community
6  is amazing and extremely helpful."
7      Do you recall what advice he
8  gave you about the community?
9      A.   Exactly no, ma'am, I can't.
10     Q.   Do you recall in sum or
11 substance?
12     A.   I know he was telling me
13 about, like, the history of Oakland
14 County and the African-American community
15 there.
16     Q.   And why was he telling you
17 this?
18     A.   I can't remember exactly.
19     Q.   Did you ask him information
20 about the local community?
21     A.   I can't remember exactly but I
22 remember sitting there and listening to
23 him talk about that but I can't remember
24 how the conversation came to that part.
25     Q.   You also wrote in this email

Page 72

1  LAKISHA WATSON-MOORE
2  that, "I will definitely attend the
3  events and connect with the public
4  officials you recommended."
5      What events did Rick recommend
6  that you attend?
7      A.   I can't remember. Maybe it was
8  the 14th District meeting. I'm not sure.
9      Q.   What is the 14th District
10 meeting?
11     A.   Basically it's when, like, the
12 people of that are in that district meet,
13 like the Democratic folks meet and they
14 talk about whatever particular issues
15 that are going on or if they had any
16 events or something like that.
17     Q.   Did you ever attend any 14th
18 District meeting during your employment
19 with the Bloomberg Campaign?
20     A.   I can't remember.
21     VIDEOGRAPHER:  This is the
22 videographer, Ms. Martin. We have
23 about ten minutes until the media
24 change. Thanks.
25     MS. MARTIN:  Okay. Thank you.

Page 73

1  LAKISHA WATSON-MOORE
2      Q.   Do you recall any other events
3  that Rick recommended that you attend?
4      A.   I can't remember, ma'am. I'm
5  sorry.
6      Q.   Who are the public officials
7  that Rick recommended you contact?
8      A.   I can't remember, ma'am.
9      Q.   Do you recall if you ever
10 contacted the individuals who he
11 recommended that you reach out to?
12     A.   I'd run it through my
13 supervisor first because, you know, I
14 don't want -- I don't believe in stepping
15 out of line. I would ask my supervisor if
16 I had to do anything but I'd always go to
17 my supervisor first before doing
18 anything.
19     Q.   Was the precinct district --
20 sorry.
21     Was the precinct delegate that
22 you mentioned before, was his name Max
23 Milstein?
24     A.   Yes.

19 (Pages 70 - 73)

Page 74



17  Q.  Do you think that reaching out
18  to local politicians, that that was an
19  important part of your job as a field
20  organizer?
21  A.  It was -- it was okay, but the
22  most important part was signing up
23  volunteers, making phone calls, knocking
24  on doors.
25  Q.  Turning back to what has been

Page 75

1  LAKISHA WATSON-MOORE
2  marked as Watson-Moore Exhibit 1, which
3  is your resumé, your resumé says you
4  engaged community leaders. Who are the
5  community leaders that you engaged during
6  the Campaign?
7  A.  Definitely Rick, so
8  definitely, and then some of the precinct
9  delegate, Max, and the other young lady
10  too. I can't remember her name, I
11  apologize.
12  Q.  Other than those individuals
13  who we already discussed, are there any
14  other community leaders who you engaged
15  with during your employment with the
16  Campaign?
17  A.  Community leaders. I can't
18  remember but community organizations,
19  yes.
20  Q.  What community
21  organizations --
22  A.  Like the --
23  Q.  -- do you recall?
24  A.  I'm sorry, ma'am. I
25  apologize.

Page 76

1  LAKISHA WATSON-MOORE
2  Q.  Can I just finish my question
3  so we have a clear question?
4  What other community
5  organizations do you recall reaching out
6  to during your employment with the
7  Campaign?
8  A.  I don't know if they're
9  community organizations but the different
10  local Democratic parties.
11  Q.  And when you say "local
12  Democratic parties", what are you
13  referring to?
14  A.  Let's say in Oakland County or
15  whatever county, whatever situation they
16  send me to, the Campaign sent me to,
17  contact them, see if I can speak at their
18  events and, you know, they would send me
19  an email back; yes or no.
20  Q.  When you wrote on your resumé
21  that you engaged community leaders, what
22  does it mean to engage community leaders?
23  A.  Basically contact them and
24  talk to folks like Rick.
25  Q.  Were you engaging them to

Page 77

1  LAKISHA WATSON-MOORE
2  support Mike Bloomberg's candidacy for
3  president?
4  A.  I believe so, yes, and asking
5  them to volunteer too. Definitely asking
6  them to volunteer, make phone calls.
7  Q.  Were you also engaging them to
8  try to connect you to the communities in
9  which they're leading?
10  A.  Could you kind of like -- I
11  don't want to give you the wrong answer.
12  Could you kind of, like, explain? I
13  apologize, ma'am.
14  Q.  When you were meeting with --
15  we'll use a precinct delegate as an
16  example -- did you ask them to connect
17  you with any individual who are within
18  the communities that they represented?
19  A.  I can't remember. I apologize,
20  ma'am.  I can't remember that.
21  Q.  And with respect to the
22  Democratic organizations that you
23  contacted, how did you determine which
24  organizations to contact?
25  A.  I wouldn't determine. My

20 (Pages 74 - 77)

Page 86

1  LAKISHA WATSON-MOORE
2  to the Waterford Democrats?
3     A.  No. No.
4     Q.  Do you know why you weren't
5  given the 20 minutes that is referenced
6  in this email to speak?
7     A.  I don't have 20 minutes of
8  words to say.
9     Q.  If you had wanted to speak for
10 longer during the Waterford Democrats
11 meeting, would you have had the
12 opportunity to?
13    A.  Yes.
14        MS. MARTIN:  Duane, can you
15    please pull up tab 48 and mark that
16    as Watson-Moore Exhibit 4, please?
17        (Watson-Moore Exhibit 4,
18    February 19, 2020, Bates
19    MB2020_Wood_00094511 was received
20    and marked on this date for
21    identification.)
22        CONCIERGE:  Watson-Moore 4 has
23    been marked.
24    Q.  Ms. Watson-Moore, let me know
25 when you're able to view what's been

Page 87

1  LAKISHA WATSON-MOORE
2  marked as Watson-Moore 4?
3     A.  Yes.
4     Q.  Do you recognize this
5  document?
6     A.  Yes. Yes.
7     Q.  What is this document?
8     A.  I met this person and I can't
9  remember everything else at the Waterford
10 meeting.
11    Q.  And in this email it appears
12 that you are sending Eve Pickman a list
13 of the Bloomberg Campaign offices in
14 Michigan. Why were you sending her this
15 list?
16        MS. LIU:  Objection to form.
17    Q.  You may answer.
18    A.  Okay. I'm sorry. I'm sorry.
19        I can't remember. I can't
20 remember exactly the conversation. I
21 apologize, ma'am.
22    Q.  Do you recall anything about
23 the conversation?
24    A.  Honestly, no. No, ma'am, I
25 don't. It was, like, 2020. I can't

Page 88

1  LAKISHA WATSON-MOORE
2  remember exactly. I don't want to be
3  wrong.
4     Q.  Eve Pickman, she was someone
5  you met at the Waterford Democrats
6  meeting?
7     A.  Yes, ma'am.
8     Q.  Do you see at the bottom of
9  this email under your name it says
10 "Events in Michigan", and there is a web
11 link?
12    A.  Yes, I see that.
13    Q.  Why did you send Ms. Pickman a
14 web link of events in Michigan?
15    A.  We were instructed to invite
16 people to different events that we had by
17 my supervisor.
18    Q.  Was this web link something
19 that you included in all of your emails?
20    A.  I don't know. I'm not sure.
21    Q.  Do you recall speaking to
22 Ms. Pickman about Campaign events?
23    A.  I can't remember. I remember
24 her face but I don't remember the exact
25 conversation.

Page 89

1  LAKISHA WATSON-MOORE
2     Q.  In the start of your email to
3  Ms. Pickman you said, "It was wonderful
4  to meet the Waterford Dems at the meeting
5  tonight and everyone asked great
6  questions."
7        What were the great questions
8  that you were referring to?
9     A.  Basically, they wanted to know
10 who Mike Bloomberg was and anything else
11 beyond that.  I can't remember but I
12 remember people asking me who that was.
13    Q.  When someone asked you who
14 Mike Bloomberg is, what did you say in
15 response?
16    A.  Like, whatever the Campaign
17 gave us, the information that the
18 Campaign gave us. I don't want to go off
19 script or anything like that.
20    Q.  I'm asking for your best
21 recollection as to what you would say
22 when someone would ask you who is Mike
23 Bloomberg?
24    A.  Former New York -- former
25 mayor of New York. That's definitely what

Page 90

1    LAKISHA WATSON-MOORE
2  I'd say.
3    Q.  Would you say anything else
4  about who Mr. Bloomberg is?
5    A.  The thing that I remember
6  emphasizing was that he was the former
7  mayor of New York.
8    Q.  Aside from him being the
9  former mayor, do you recall anything else
10 that you said about him?
11   A.  No, ma'am. I can't remember. I
12 apologize.
13   Q.  Did you say anything about him
14 beyond that he was the former mayor of
15 New York?
16   A.  Probably so. Whatever the
17 script that they gave us or the talking
18 points, whatever they gave me, I stuck to
19 those but other than that, like, I can't
20 remember. I didn't go off the top of my
21 head and make stuff up. I wouldn't do
22 that, so I can't remember.
23   Q.  Other than this email with
24 Ms. Pickman, did you have any other
25 communications with the Waterford

Page 91

1    LAKISHA WATSON-MOORE
2  Democrats?
3    A.  I can't remember, ma'am. I'm
4  sorry.
5    Q.  Did you reach out to the
6  Waterford Democrats about any Campaign
7  events?
8    A.  Honestly, I can't remember. I
9  apologize, ma'am.
10   Q.  Did you recruit any volunteers
11 at the Waterford Democrats meeting?
12   A.  There were people that liked
13 him there but I don't remember recruiting
14 any volunteers. I'm not sure. I know some
15 folks really did like him a lot.
16   Q.  To make sure I understand your
17 testimony, your testimony is just that
18 you can't recall one way or the other
19 whether you recruited any volunteers at
20 that event?
21   A.  That's correct, I can't
22 remember.
23   Q.  Did you attend a meeting with
24 the Huron Valley Democrat group?
25   A.  I recall being asked to go but

Page 92

1    LAKISHA WATSON-MOORE
2  I don't know if I did or not. I
3  apologize.
4       MS. MARTIN:  Could we mark tab
5    44 as Watson-Moore Exhibit 5,
6    please.
7       (Watson-Moore Exhibit 5, email
8    dated February 17, 2020, Bates
9    MB2020_Wood_00093646 was received
10   and marked on this date for
11   identification.)
12      CONCIERGE:  Watson-Moore 5 has
13   been marked.
14   Q.  Ms. Watson-Moore, can you
15 please let me know when you can view
16 what's been marked as Watson-Moore
17 Exhibit 5?
18   A.  Yes, I got it.
19   Q.  Do you recognize this
20 document?
21   A.  Yes, I do.
22   Q.  What is this document?
23   A.  Basically, my boss had asked
24 me to reach out to these folks and asked
25 me to go to an event.  He told me about

Page 93

1    LAKISHA WATSON-MOORE
2  an event and he wanted me to attend.
3    Q.  And what was the event that he
4  wanted you to attend?
5    A.  Whatever place, whatever --
6       VIDEOGRAPHER:  We may be
7    losing her. Let's see if she
8    freezes up in a second. Probably
9    going to lose her. So I'm going to
10   go off the record, if that's okay,
11   Ms. Martin.
12      MS. MARTIN:  That's okay.
13      VIDEOGRAPHER:  Thank you. The
14   time is 12:02. We're going off the
15   record.9.
16      (Off the record.)
17      VIDEOGRAPHER:  The time is
18   12:02. We're back on the record,
19   continuing media file 2.
20      (Pending question is read back
21   by the reporter.)
22   A.  I can go?
23   Q.  Yes.
24   A.  Okay. Great. Sorry about that.
25 Wherever he sent me to. I can't remember

24 (Pages 90 - 93)

Page 94

1  LAKISHA WATSON-MOORE
2  the exact name and place but when any
3  supervisor from the Campaign told me to
4  go, I'd go, but I can't remember exactly.
5      Q.   Do you have any recollection
6  as to what meeting is referenced in
7  Watson-Moore Exhibit 5?
8      A.   No, ma'am. I can't remember. I
9  apologize.
10     Q.   Do you recall who Tim
11 Sawmiller is?
12     A.   No, ma'am. I apologize. I
13 can't remember.
14     Q.   Do you have any understanding
15 as to why your supervisor asked you, in
16 particular, to attend this meeting?
17     A.   My personality.
18     Q.   And why do you think he
19 selected you to attend this meeting based
20 on your personality?
21     A.   I'm -- I'm a people person, I
22 guess. I'm not sure. That's really up to
23 him. I can't read his mind.
24     Q.   And did you -- when you went
25 to this meeting, did you, you know,

Page 95

1  LAKISHA WATSON-MOORE
2  engage in your people skills to interact
3  with the attendees?
4      A.   I cannot remember this at all.
5  I apologize. I cannot remember this. I
6  apologize, ma'am.
7      Q.   Your resumé also states that
8  you recruited volunteers and organized
9  shifts. Approximately how many volunteers
10 did you recruit during your employment
11 with the Campaign?
12         MS. LIU: Objection to form.
13     You can answer.
14     A.   I can't remember but I know it
15 was more than one. Definitely more than
16 one.
17     Q.   What is your best recollection
18 of how many volunteers you recruited more
19 than one?
20     A.   Probably about four, five. I
21 can't remember, ma'am. I apologize.
22     Q.   Did you know any of the
23 individuals who you recruited prior to
24 your employment with the Bloomberg
25 Campaign?

Page 96

1  LAKISHA WATSON-MOORE
2      A.   No, not that I can recall.
3      Q.   Were any of the volunteers
4  that you recruited initially hesitant to
5  get involved with the Campaign?
6      A.   I can't remember, ma'am. I
7  can't remember.
8      Q.   Did you post anything on any
9  of your social media accounts, whether
10 Bougie Black Girl or a personal account
11 regarding volunteering for the Campaign?
12     A.   Honestly. I apologize, ma'am.
13 I can't remember.
14     Q.   If you did post about
15 volunteering for the Campaign on any of
16 your social media accounts, would that
17 post still be there today?
18     A.   If I did, yeah.
19     Q.   The volunteers that you
20 recruited, did they volunteer just one
21 time for the Campaign or more than one
22 time?
23     A.   Some folks came more than one
24 time.
25     Q.   And what specifically were you

Page 97

1  LAKISHA WATSON-MOORE
2  recruiting volunteers to do?
3      A.   To join me on the dialer. We
4  would call folks across Michigan together
5  on the dialer. I think -- I'm not sure if
6  it's called ThruTalk. I'm not sure what
7  it's called.
8      Q.   And when you reached a voter
9  on the dialer, you would speak to that
10 voter about Mr. Bloomberg?
11     A.   We were given -- it's a script
12 and you have prompts that you have to go
13 through and answer responses and how you
14 answered the response would determine how
15 you would get through the prompts. I
16 can't really explain.  It's kind of tough
17 to explain.
18     Q.   Were you speaking to the
19 voters about Mr. Bloomberg?
20     A.   Whatever script -- yes, if
21 they had a script -- when they had a
22 script there, yes, I would stick to the
23 script, yes, ma'am.
24     Q.   Are there times when there was
25 not a script?

Page 98

1  LAKISHA WATSON-MOORE
2  A. For the dialer, no, there was
3  always a script on the dialer.
4  Q. And did this discuss
5  Mr. Bloomberg and his candidacy for
6  president?
7  A. I can't remember the exact
8  what was on the script but we followed
9  the script that was given to us by the
10 Campaign, so I didn't deviate.
11 ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12 ▇▇▇
13 ▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇
14 ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇
15 ▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇
16 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
19 MS. MARTIN: Duane, could you
20 please pull up tab 60 and mark that
21 as Watson-Moore Exhibit 6?
22 (Watson-Moore Exhibit 6, email
23 dated February 28, 2020, Bates
24 MB2020_Wood_00093567 was received
25 and marked on this date for

Page 99

1  LAKISHA WATSON-MOORE
2  identification.)
3  CONCIERGE: Watson-Moore 6 has
4  been marked.
5  Q. Ms. Watson-Moore, could you
6  please let me know when you're able to
7  view Watson-Moore Exhibit 6?
8  A. Yes, ma'am. I got it.
9  Q. Do you recognize this
10 document?
11 A. Yes. Excuse me. Yes, ma'am.
12 Q. Is this an email that you sent
13 to a prospective volunteer during your
14 employment with the Bloomberg Campaign?
15 A. I believe so. Yes, ma'am.
16 Q. Did this individual ever
17 volunteer with the Campaign?
18 A. I can't remember, ma'am. I
19 apologize, I can't remember.
20 Q. And in the second sentence you
21 wrote "I spoke to your husband Mark and
22 he recommended I contact you to volunteer
23 for the Campaign." How did you meet this
24 woman's husband Mark?
25 A. I don't want to give the wrong

Page 100

1  LAKISHA WATSON-MOORE
2  information but I believe the gentleman
3  came to the office. I could be wrong but
4  he believe he came to the office.
5  Q. And what do you recall about
6  your conversation with Mark?
7  A. That he was very funny. So
8  other than that, I can't remember
9  anything else.
10 Q. There is nothing else that you
11 can recall about the conversation other
12 than him being funny?
13 A. No, ma'am, I can't. I
14 apologize.
15 Q. Did you speak to Mark about
16 volunteer opportunities at the Campaign?
17 A. I can't remember. I don't want
18 to give you wrong information but I can't
19 remember, ma'am.
20 Q. Do you think that you would
21 have said to this potential volunteer
22 that her husband had recommended that you
23 contact her to volunteer if you hadn't
24 spoken to him about volunteer
25 opportunities?

Page 101

1  LAKISHA WATSON-MOORE
2  A. I can't remember.
3  Q. Your resumé also states that
4  you organized shifts. This is referring
5  to volunteer shifts, correct?
6  A. That's correct.
7  Q. What does it mean to organize
8  volunteer shifts?
9  A. Basically, making sure a time
10 was covered, we were given shifts by our
11 supervisor that we had to fill and we
12 would contact volunteers and we'd ask
13 them to come at a certain time or
14 whatever time was really convenient for
15 them and we would call that a shift.
16 Q. You previously testified that
17 volunteers made phone calls. Did the
18 volunteers that you recruited perform any
19 other tasks other than making phone
20 calls?
21 A. That I can't remember. Maybe
22 brought food but other than that, I can't
23 remember.
24 Q. Did you ever any provide
25 feedback to the volunteers about the

26 (Pages 98 - 101)

Page 138

1       LAKISHA WATSON-MOORE
2   can't remember. I don't know if there was
3   anyone else in, you know, in the room
4   with him.
5       Q.   You just referred to the
6   interview as the "initial one". Did you
7   have more than one interview with the
8   Campaign?
9       A.   I can't remember. I just said
10  "initial" just to say it.  But with that
11  interview, that's what I remember. I
12  don't remember anything else.
13      Q.   So you don't remember speaking
14  to anyone else other than Mr. Lopes prior
15  to being hired?
16      A.   I did speak to Don DeFoe.
17      Q.   Who is Mr. DeFoe?
18      A.   He was the State -- I don't
19  remember his position but I know he was
20  over Kyle. He was over the ROs.
21      Q.   And what did you speak to
22  Mr. DeFoe about?
23      A.   I asked him -- I asked him --
24  this is prior to me being hired, are you
25  hiring?  I heard he was working on the

Page 139

1       LAKISHA WATSON-MOORE
2   Bloomberg Campaign and I contacted him.
3       Q.   Did you contact Mr. DeFoe
4   prior to submitting any materials to the
5   Bloomberg Campaign?
6       A.   I believe so.
7       Q.   And was this -- did you
8   contact him by phone or by email?
9       A.   I can't remember.
10      Q.   Can you remember anything else
11  about your communications with Mr. DeFoe?
12      A.   No.  I'm sorry. I can't
13  remember because it was during Christmas
14  time and, you know, around that time so I
15  can't really remember. It was -- I think
16  it was early 2019 -- I mean, late 2019.
17      Q.   When you applied for the
18  Campaign were you applying to work in
19  Michigan specifically?
20      A.   Yes.  Yes.  I did apply for
21  Michigan and I believe I applied here for
22  the South, in Tennessee, either Tennessee
23  or Mississippi.  I can't remember.
24      Q.   Why did you want to work in
25  Michigan, in particular?

Page 140

1       LAKISHA WATSON-MOORE
2       A.   My sister was up there and
3   plus, I was considering moving up there
4   too and I wanted to get involved there.
5       Q.   Was there ever any discussion
6   that you had with anyone from the
7   Campaign about you potentially working
8   for the Campaign in either Mississippi or
9   Tennessee?
10      A.   No.  Not that I can remember,
11  no.
12      Q.   While you were employed by the
13  Campaign did you have any other jobs?
14      A.   No. No.
15      Q.   Was there a work schedule that
16  you followed while you were employed by
17  the Campaign?
18      A.   Yes.  You had to get to the
19  office between nine and ten o'clock and
20  you leave the office, it could have been,
21  like, eight and then afterwards, we'd
22  have to call and be on the phone, the
23  phone calls, the statewide phone call.
24      Q.   What time were those statewide
25  phone calls?

Page 141

1       LAKISHA WATSON-MOORE
2       A.   They were late, depending. I
3   don't want to give you incorrect
4   information. They were after --
5   definitely after eight.
6       Q.   Do you have any estimate as to
7   what time those phone calls were?
8       A.   No, but they were definitely
9   after eight because I'm pretty regimented
10  about my workout schedule and my sleep,
11  so they were definitely after eight.
12      Q.   Why -- what does your workout
13  schedule and your sleep schedule, how
14  does that relate to the eight o'clock
15  time that you just mentioned?
16      A.   I need a lot of time to work
17  out and sleep and I like to work out at
18  four in the morning. So if you are
19  working late, it impacts your, you know,
20  your early morning workouts.
21      Q.   How long would the statewide
22  calls that you mentioned last for?
23      A.   A while. Sometimes --
24  definitely over an hour.
25      Q.   Were these phone calls -- how

36 (Pages 138 - 141)

Page 142

1  LAKISHA WATSON-MOORE
2  often did they occur?
3     A.  Every night.
4     Q.  And who was on these phone
5  calls?
6     A.  It would be Don and other
7  people but I definitely remember Don's
8  voice.
9     Q.  And what was discussed on the
10 calls?
11    A.  Oh, from what I can recall,
12 how we did with our phone calls.
13    Q.  And that discussion would last
14 an hour every night?
15    A.  It was more than that, but it
16 was phone calls and -- I can't remember
17 everything else but it was -- it was
18 definitely the phone calls.
19        So I can't remember exactly
20 what other kind of things that they
21 talked about, but I definitely remember
22 the phone call and if we did enough calls
23 on the dialer that day.
24    Q.  Were the other participants on
25 these phone calls other Campaign staffers

Page 143

1  LAKISHA WATSON-MOORE
2  in Michigan?
3     A.  Yes.
4     Q.  Did you go into the office
5  every day when you were employed by the
6  Bloomberg Campaign?
7     A.  Yes.
8     Q.  And when you took these calls
9  that you just mentioned, you would take
10 those calls from home?
11    A.  No. I'd be in my car driving.
12    Q.  Were there some days you went
13 out into the field instead of coming into
14 the office?
15    A.  I know we did go into the
16 field.  We went -- we would go to, like,
17 the main office if they cut turf for us
18 to go out and go to, like, different
19 neighborhoods in Detroit or wherever they
20 -- I wouldn't say Detroit, wherever they
21 sent us.  If they cut turf we'd have to
22 go to the main place in Detroit and then
23 we'd cut the turf and get the map where
24 to go on our Bloomberg phones and then
25 we'd head off.

Page 144

1  LAKISHA WATSON-MOORE
2     Q.  When you say "the main
3  office", what office are you referring
4  to?
5     A.  On Laverania -- wait.
6  Livernois.  I apologize.  Livernois.
7     Q.  Other than the days when you
8  would go to the Livernois office, did you
9  ever go to meetings in the morning?
10    A.  With, like, the one I did with
11 Rick was in the morning. I can't remember
12 anything else.
13    Q.  Were there ever any days that
14 you worked from home?
15    A.  No. No. I don't remember doing
16 that. I can't remember. I don't want to
17 be wrong. I can't remember. I don't want
18 to be wrong. I can't remember.
19    Q.  Who else worked with you in
20 the Oakland County field office?
21    A.  Kyle, Noah, and Zia, I can't
22 remember -- oh, Susan, and I can't
23 remember another young lady's name.
24    Q.  Is Noah, Noah Arbit?
25    A.  Yes, that's correct.

Page 145

1  LAKISHA WATSON-MOORE
2     Q.  And is "Zia", Zia Oram?
3     A.  Yes.
4     Q.  And is Zia a field organizer?
5     A.  Yes.
6     Q.  And was Noah a field
7  organizer?
8     A.  Yes.
9     Q.  And was Susan a field
10 organizer?
11    A.  I believe so, yes, yes.
12    Q.  And the last woman whose name
13 you can't recall, was she also a field
14 organizer?
15    A.  Yes.
16    Q.  Was there anyone else who
17 worked from the Oakland office other than
18 the people you just mentioned including
19 the one woman's name you can't recall?
20    A.  Kyle.
21    Q.  Kyle. Anyone other than Kyle
22 and the four field organizers?
23    A.  I can't remember but I know us
24 core, we were the core, the core that I
25 remember.

37 (Pages 142 - 145)

Page 174

LAKISHA WATSON-MOORE

1
2  a deposition?
3     A.  No, because she doesn't want
4  to know. She doesn't want to know.
5     Q.  Did she ask you what case you
6  were giving a deposition in connection
7  with?
8     A.  I didn't tell her any of that
9  stuff. I just said I'll be doing a
10 deposition and she said I don't want to
11 know about it. That's it.
12    Q.  Was this communication over
13 text message?
14    A.  No.
15    Q.  How did it occur?
16    A.  She asked me what am I doing
17 tomorrow. I said I'm doing legal stuff.
18 That's it.
19    Q.  Was this a text message or was
20 it another form of communication?
21    A.  No. It wasn't a text message.
22 It's like; sister, hey, what you doing
23 tomorrow? That's it.
24    Q.  Did you see her in person?
25    A.  No.

Page 175

LAKISHA WATSON-MOORE

1
2     Q.  Did you speak to her over the
3  phone?
4     A.  No. It was on Facebook live --
5  not live, video messenger.
6     Q.  Facebook Messenger?
7     A.  Yup. The video part, yes.
8     Q.  So a video call on Facebook?
9     A.  Yup.
10    Q.  Directing your attention to
11 interrogatory 9, this is on page 8. Let
12 me know when you reach that stage.
13    A.  Yup. I'm here.
14    Q.  This interrogatory asks about
15 individuals with knowledge about the
16 nature and extent of the duties, tasks,
17 responsibilities and/or training you
18 performed or participated in during your
19 employment with the Campaign. In
20 response to this interrogatory you
21 identified Don DeFoe.
22        What does Mr. DeFoe know about
23 the nature and extent of your duties,
24 tasks or responsibilities?
25    A.  He was over the State, I

Page 176

LAKISHA WATSON-MOORE

1
2  believe the State of Michigan, so he was
3  everybody's boss in Michigan. So he, you
4  know, he would tell us about, like, the
5  calls we made, if we hit our goals or
6  something like that. That's what I can
7  remember.
8     Q.  Did you ever have any direct
9  interactions with Mr. DeFoe?
10    A.  Prior to the Campaign, yes,
11 asking about if he was hiring. But
12 afterwards, I don't remember having,
13 like, a personal phone call. No, I don't
14 remember that.
15        Oh, I remember when we -- I
16 believe -- I'm not sure if he apologized
17 about what happened to me in Detroit when
18 I got followed, so...
19    Q.  Other than that interaction,
20 did you have any other interactions with
21 Mr. DeFoe?
22    A.  I can't remember.
23    Q.  And you also identified your
24 sister Shanay as someone with knowledge
25 about the nature and extent of the

Page 177

LAKISHA WATSON-MOORE

1
2  duties, tasks and responsibilities you
3  performed during your employment with the
4  Campaign. What knowledge does she have?
5     A.  She was a regional director,
6  so she had other field organizers and all
7  the field organizers pretty much did the
8  same things.
9     Q.  Did you report to your sister?
10    A.  No. No.
11    Q.  Did your sister ever work from
12 the Oakland County field office?
13    A.  No. No. Not that I can
14 remember, no. I don't think she ever did.
15    Q.  Did you ever work in the same
16 physical location as your sister?
17    A.  No. I would pick her up.
18    Q.  But when you picked her up you
19 weren't performing work, correct?
20    A.  No. I don't think so, no.
21    Q.  Other than the individuals you
22 identified here in response to
23 interrogatory 9, is there anyone else
24 that you claim has knowledge of the
25 duties you performed or training you

45 (Pages 174 - 177)

Page 182

1  LAKISHA WATSON-MOORE
2     Q.   Ms. Watson-Moore, before I
3  dropped I believe that I had asked you if
4  you are seeking damages in the form of
5  unreimbursed business expenses in this
6  lawsuit.
7     A.   That's correct.
8     Q.   Are you seeking unreimbursed
9  business expenses?
10    A.   I can't remember all this
11 stuff. I'm sorry, ma'am. I apologize.
12    Q.   Are there any business
13 expenses that you incurred that you were
14 not reimbursed by the Campaign?
15    A.   I can't remember, ma'am.
16    Q.   Do you have any reason to
17 believe that there are any such business
18 expenses that you incurred that you were
19 not reimbursed by the Campaign for?
20    A.   I cannot remember, ma'am. I
21 apologize.
22    Q.   Are you seeking relocation
23 expenses from the Campaign in this
24 lawsuit?
25    A.   I can't remember, ma'am. I

Page 183

1  LAKISHA WATSON-MOORE
2  can't remember all that. I apologize.
3     Q.   Are there any relocation
4  expenses that you claim you incurred for
5  which you were not paid by the Campaign?
6     A.   I can't remember, ma'am. I
7  apologize. I'm sorry.
8     Q.   Did you submit any expenses to
9  the Campaign for relocation
10 reimbursement?
11    A.   I believe I did. I believe I
12 did. I'm not sure.
13    Q.   I apologize.  I'm having --
14 sorry. I was having a technical glitch.
15         What expenses do you recall
16 submitting to the Campaign regarding
17 relocation?
18    A.   I believe me driving up there
19 from Mississippi, I believe I did, and
20 then finding -- finding a place to stay
21 since I was going to be there for some
22 time.
23    Q.   And were you paid by the
24 Campaign for those expenses?
25    A.   I can't remember. I can't

Page 184

1  LAKISHA WATSON-MOORE
2  remember, ma'am. I apologize.
3     Q.   Have you ever been a party to
4  a lawsuit before, Ms. Watson-Moore?
5     A.   Not that I recall, no.
6     Q.   Would you recall if you had
7  been a party to a lawsuit?
8     A.   That kind of stuff, yeah, but
9  I don't -- my mom, I don't know if she
10 did anything. I don't know.
11    Q.   Have you ever disputed any
12 payments that you received from
13 employers?
14    A.   No. No.
15    Q.   Have you ever been a witness
16 in any trial?
17    A.   No, ma'am. I don't think so.
18    Q.   Why did you decide to bring
19 claims against the Campaign?
20    A.   I guess it's because of my
21 right, it's my right to.
22    Q.   Were there any other reasons
23 why you decided to bring claims?
24    A.   It's my right.
25    Q.   What do you think the Campaign

Page 185

1  LAKISHA WATSON-MOORE
2  did that violated the law?
3         MS. LIU:  Objection.
4     Q.   You may answer.
5     A.   Worked us, we worked more than
6  what we were paid for.
7     Q.   What do you mean by that?
8     A.   We were worked more than -- we
9  were working more than 40 hours.
10    Q.   Have you discussed this
11 lawsuit with anyone other than your
12 attorneys?
13    A.   No. I'm too scared to.
14    Q.   This is a Class Action
15 Complaint. Do you understand what that
16 means?
17    A.   Yes. But if you want to
18 explain it, that would be perfect.
19    Q.   I actually would like to ask
20 you to understand what your understanding
21 is of what that means?
22    A.   I guess that's a group of
23 individuals coming together with a
24 purpose, a common complaint, I believe,
25 against someone.

Page 202

LAKISHA WATSON-MOORE

1
2       THE REPORTER: If I can I
3   will.
4       MS. MARTIN: If we can take a
5   short five minute break, I'm either
6   done or close to it.
7       VIDEOGRAPHER: Thank you.
8   This is the videographer. The time
9   is 3 p.m. This ends media file 4.
10      (Recess is taken.)
11      VIDEOGRAPHER: We are back on
12  the records. Time is 3:06. This
13  begins media file 5.
14      MS. MARTIN: Duane, could you
15  please pull up tab 69 and mark that
16  as Watson-Moore Exhibit 16?
17      (Watson-Moore Exhibit 16,
18  screenshot of text messages, was
19  received and marked on this date
20  for identification.)
21      CONCIERGE: Watson-Moore 16
22  has been marked.
23      Q. Ms. Watson-Moore, please let
24  me know when you're able to review this
25  document.

Page 203

LAKISHA WATSON-MOORE

1
2   A. I see it.
3   Q. If you turn to the second page
4   of this document, there is a Tweet from
5   Bougie Black Girl. Is this your Tweet?
6   A. Yes.
7   Q. Does this Tweet accurately
8   reflect your views as of the time you
9   wrote it, which was March 6, 2020?
10  A. I believe so.
11  Q. On the prior page at the top
12  of the page there is a Twitter handle
13  that is partially cut off. Is this your
14  sister's Twitter handle?
15  A. Yes, that is.
16      MS. MARTIN: No further
17  questions from me.
18      MS. LIU: I actually also have
19  no further questions.
20      VIDEOGRAPHER: Thank you,
21  counsel. The time is 3:08. We're
22  going off the record.
23      This ends media file 5 and
24  this concludes the deposition. We
25  are off the record. Thank you very

Page 204

LAKISHA WATSON-MOORE

1
2   much.
3       (The proceedings were
4   adjourned at 3:08 p.m.)

Page 205

CERTIFICATE

1
2       I, MAUREEN M. RATTO, a
3   Registered Professional Reporter, do
4   hereby certify that prior to the
5   commencement of the examination,
6   LAKISHA WATSON-MOORE was sworn by me to
7   testify the truth, the whole truth and
8   nothing but the truth.
9       I DO FURTHER CERTIFY that the
10  foregoing is a true and accurate
11  transcript of the proceedings as taken
12  stenographically by and before me at
13  the time, place and on the date
14  hereinbefore set forth.
15      I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor
17  attorney nor counsel of any of the
18  parties to this action, and that I am
19  neither a relative nor employee of such
20  attorney or counsel, and that I am not
21  financially interested in this action.
22
23
24  _Maureen Ratto_
    MAUREEN M. RATTO, RPR
25  License No. 817125

52 (Pages 202 - 205)