# Exhibit 63

CONFIDENTIAL

1        IN THE UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK

2

3

4    DONNA WOOD, et al.,              )

     individually, and on behalf of  )

5    all others similarly situated,   )

                                      )

6                   Plaintiffs,       )

                                      )

7           -vs-                      ) No. 20 CIV 2489(LTS)GWG

                                      )

8    MIKE BLOOMBERG 2020, INC.,       )

                                      )

9                   Defendant.        )

10

11                  CONFIDENTIAL

12

13           Videotaped deposition of TRISTAN ANGULO taken

14    before CAROL CONNOLLY, CSR, CRR, and Notary Public,

15    pursuant to the Federal Rules of Civil Procedure for the

16    United States District Courts pertaining to the taking of

17    depositions, at One North Franklin, Chicago, Illinois,

18    commencing at 9:08 a.m. on the 8th day of May, A.D.,

19    2023.

20

21

22

23

24

CONFIDENTIAL

Page 85

1          THE WITNESS:  Sorry.  Work for the Bloomberg

2    campaign to help them -- to help the Bloomberg -- to help

3    Mike Bloomberg win the Wisconsin primary.

4          MR. BATTEN:  Q   What did you think were

5    Mr. Bloomberg's chances of doing well in Wisconsin?

6          A    I believe at the time that I joined the

7    Bloomberg campaign I thought he would -- he had a good

8    chance of winning the Wisconsin primary.

9          Q    And why did you think that?

10         A    At that time -- to answer -- to answer to the

11   best of my ability, at that time I thought that Wisconsin

12   Democratic primary voters tended to lean more on the

13   conservative side, and Mr. Bloomberg had an appeal with

14   the type of voters that voted in a Democratic primary in

15   Wisconsin at that time.

16         Q    Did you have some familiarity with the

17   Wisconsin or at least the Madison political landscape

18   before you went there?

19         A    No, I did not.

20         Q    What did you do to educate yourself about it,

21   if anything?

22         A    I believe I remember -- to the best of my

23   ability there was a day after we were all onboarded where

24   we already knew what organization turfs we had in Dane

1    County, and we were kind of tasked to spend the day

2    researching our organizing turfs, find out demographic

3    makeup, population, and if there were any Democratic --

4    bid D Democratic groups and organizations that we can get

5    in contact with.

6         Q    Did you do that?

7         A    At that time, yes, I did, my quote, unquote,

8    research.

9         Q    How did you go about it?

10        A    I remember going online looking up information

11   about the towns and -- the civil districts that were in

12   my organizing turf.

13        Q    Let's take a break, have a little bit of lunch.

14   I'm going to say for about 30 minutes.  Does that give

15   everybody enough time to get something to eat?

16        MS. COLE-CHU:  If that works with you?

17        THE WITNESS:  Is it okay if I ask a question?

18        THE VIDEOGRAPHER:  Off the record at 11:37.

19            (Off the record)

20        THE VIDEOGRAPHER:  Back on the record at 12:11.

21        MR. BATTEN:  Q   Mr. Angulo, who did you report to

22   on the campaign when you were working in Madison?

23        A    Joshua Dellaquilla.

24        Q    What was his title?

CONFIDENTIAL

1    the document that you did feel were personal issues to

2    you and that you could respond to on a personal level?

3         A    To the best of my ability to answer that

4    question, probably yes.

5         Q    Can you think of some others that were

6    personally important to you?

7         A    Probably health care.

8         Q    Anything else?

9         A    Probably -- I'm trying to think of issues.

10   Probably the economy looking at it through the lens of

11   economic anxiety.  I can't think of anything right now

12   beyond those.

13        Q    Okay.  So canvassing was one of the things you

14   said you did, but describe more generally on a day-to-day

15   basis what did you do.

16        A    We would come in for work, we would have a

17   morning check-in, and then we would either -- I believe

18   -- for myself, I would go out and knock on doors.  After

19   I'm done knocking on doors, or in the middle of knocking

20   on doors, I take like a quick break, a lunch break,

21   something like that, and then I would start my volunteer

22   recruitment phone calls.  And then there would be a

23   check-out call, and then we're done for the day.

24        Q    Uh-huh.  So did every day start with the report

CONFIDENTIAL

Page 96

```
 1        A    I would -- I think I can describe that as yes,
 2    sometimes I would choose to go to the office.
 3        Q    And what kind of things would make you want to
 4    go into the office?
 5        A    Honestly, probably working at an office.  We
 6    were in the square in downtown Madison.  It was a great
 7    office.  It was a -- the office was in a good environment
 8    and I probably wanted to go because, you know, working in
 9    an office in Madison.
10        Q    Okay.  And when you were in the office, what
11    kinds of things would you be doing?
12        A    To the best of my recollection after check-in,
13    I will probably cut turf for myself.
14        Q    Would you make phone calls from the office
15    also?
16        A    Sometimes we did, yes.
17        Q    And would you also make phone calls from
18    outside the office?
19        A    I believe there were times that I did, yes.
20        Q    Was there a time of day -- whether you're going
21    into the office or not, was there a particular time of
22    day that was typically your start time?
23        A    If I remember correctly, I believe 10:00 in the
24    morning.
```

CONFIDENTIAL

Page 97

1      Q    And sometimes your day would start by going to

2    the office, and sometimes you would go, what, right out

3    and start knocking on doors at 10:00 o'clock?

4      A    To the best of my recollection -- I probably

5    didn't start knocking at 10:00 a.m.  Probably around

6    11:00 or so.

7      Q    So what would you do between 10:00 and 11:00?

8      A    Sorry.  Probably the check-in call which would

9    probably be at 10:00 a.m. if I remember it correctly and

10   then cutting turf.

11     Q    Could you cut turf from outside the office or

12   did you have to be in the office to do that?

13     A    I do not remember whether there were specific

14   instructions for us to cut turf in the office.  I cannot

15   recall an instance where I cut turf while I was outside

16   of the office.

17     Q    Did you have the technical ability to cut turf

18   outside the office if you wanted to?

19     A    Yes.

20     Q    What did you need to cut turf, just access to

21   VAN?

22     A    Yes.

23     Q    Okay.  And you had access to VAN outside of the

24   office, is that right?

CONFIDENTIAL

Page 98

1      A    Yes.

2      Q    On a day when you started after the check-in

3  call knocking on doors I think you said, how long would

4  you typically do that?

5      A    It depends.  Probably -- sometimes it would

6  take me between probably -- I would probably get done any

7  time between 2:00 o'clock to 4:30 or 5:00 o'clock

8  depending on the size of the turf.

9      Q    And that was turf that you had cut for

10  yourself?

11      A    I believe so, yes.

12      Q    Then for how long -- then -- I understood you

13  to say you would typically make calls after finishing

14  canvassing?

15      A    Yes.  Yes.

16      Q    And for how long would that -- would you do

17  that on a typical day?

18      A    I will probably do that until time of the

19  check-out call.

20      Q    Which was when?

21      A    If I -- to the best of my recollection,

22  sometime between 7:00 p.m. and 8:00 p.m.

23      Q    Were the hours the same seven days a week or

24  was it different on the weekends?

CONFIDENTIAL

Page 99

1        A     To the best of my recollection, they were

2    different on the week ends.

3        Q     What were the hours on the weekends?

4        A     I believe we started -- to the best of my

5    recollection, I believe we started like either at 11:00

6    or noon on either Saturday or Sunday and we would

7    probably end up like at any time between 4:00 -- if I

8    remember it correctly, like -- I knew on Saturdays, if I

9    remember it correctly, we would end at 6:00 and earlier

10   than that on Sunday.

11       Q     Did you have any days off during the week?

12       A     I believe Monday was our day off.

13       Q     So six days a week you worked typically?

14       A     Yes.

15       Q     How would you go about recruiting volunteers?

16   First of all, was that something that you did, tried to

17   recruit volunteers?

18       A     I believe so, yeah.

19       Q     How would you go about doing that?

20       A     We would utilize what we called one-on-ones

21   where we would do volunteer recruitment phone calls, and

22   we would ask potential volunteers to meet with us one-on

23   one, whether at the office or grab coffee somewhere, and,

24   yeah.  And we would try and utilize those one on ones to

CONFIDENTIAL

Page 100

```
 1    get folks to volunteer.
 2         Q    And how did you find people to ask them to do
 3    one-on-ones?
 4         A    I believe there was a tier of volunteers that
 5    were available to us on the My Campaign side of VAN.
 6         Q    That was already populated in the software for
 7    you to contact people?
 8         A    If I remember correctly, yes.
 9         Q    Let's look at Tab 26 which we'll mark as
10    Exhibit 14.
11              (Exhibit 14 marked as requested)
12         A    I have it up.
13         Q    Okay.  Is this an email that you wrote?
14         A    It looks like that, yes.
15         Q    And where did you get the email addresses that
16    are listed on the bcc line here?
17         A    To the best of my recollection I cannot give
18    you exactly how I got these emails.  If I would wager a
19    guess, probably VAN.
20         Q    Did you write this email?  Is this text all
21    yours?
22         A    I cannot give you a definitive answer as to
23    whether I wrote this myself completely or if I had some
24    help.
```

CONFIDENTIAL

1        Q     Let's look at Tab 30, please.

2              (Exhibit 15 marked as requested)

3        Q     It will be marked as Exhibit 15.

4        A     I have it.

5        Q     Okay.  Is this an exchange of emails between

6    you and a volunteer?

7        A     Yes, it is.

8        Q     Did this volunteer come to the office and do a

9    shift of phone banking?

10       A     To the best of my recollection, I cannot

11   remember whether this volunteer did a volunteer shift --

12   they -- volunteer shift for us.

13       Q     Do you remember volunteers generally coming in

14   for phone banking at your invitation?

15       A     I remember, yes.

16       Q     Did you train those volunteers on how to do the

17   phone banking?

18       A     I was able to train one of them, yes.

19       Q     How did you do that?

20       A     I believe this volunteer -- specifically this

21   volunteer we tried -- I tried to teach this volunteer how

22   to navigate a virtual phone bank but they were not able

23   to, so we just gave this volunteer a paper list.

24       Q     Okay.  And did you train them at all on what to

Page 103

1    say on the phone?

2        A    Yes.

3        Q    How did you do that?

4        A    We trained a volunteer, we tried to familiarize

5    the volunteer with the script.  I cannot to the best of

6    my ability -- I cannot to the best of my ability tell you

7    what the script looked like, but we -- I also believe

8    there was a script for a voice mail that we shared with

9    this specific volunteer that I am thinking of, and I

10   believe that volunteer left a lot of voice mails.

11       Q    Was the training just giving them a script and

12   off they go, or was there more to it than that?

13       A    If I remember correctly, to the best of my

14   ability, there were instances where the volunteer would

15   ask us what would I do in such and such scenario, and we

16   would give a training or we would give them instructions

17   on how to proceed.

18       Q    Let's look at Tab 24A.

19            (Exhibit 16 marked as requested)

20       Q    This will be marked as Exhibit 16.

21            Actually before we get to that document, when

22   you were making calls yourself, did you have a script

23   that you used?

24       A    To the best of my ability and recollection, I

CONFIDENTIAL

Page 104

1    believe there was.

2         Q    Was it the same script you gave to the

3    volunteers?

4         A    I cannot definitively say whether that was the

5    same script.

6         Q    Did you read the script verbatim when you were

7    on the phones with people, or did you customize it?

8         MS. COLE-CHU:  Objection to form.

9         MR. BATTEN:  Q   You can answer.

10        A    I probably at some point read it verbatim, but

11   to the best of my ability and recollection, I probably

12   customized.

13        Q    Did you ever use your personal story or

14   personal reasons as we were talking about before with

15   respect to canvassing when you were on the phone?

16        A    To the best of my recollection, I probably did,

17   but I can't give you any definitive instances that comes

18   to mind where I spoke with somebody and I was able to

19   give them my personal why.

20        Q    You're not saying it didn't happen, you just

21   don't remember specifics, is that fair?

22        A    That is fair, yes.

23        Q    Yeah.  Okay.  We saw some documents earlier

24   that talked about relational organizing, I think.  Do you

CONFIDENTIAL

Page 108

```
 1        A     Yes.

 2        Q     If you understand it the same way I do.

 3        A     Yes, I understand it the same way you do.

 4        Q     Okay.  Was it pretty typical -- so a volunteer

 5   dials goal of 300, does that mean volunteers will call

 6   300 people that week?

 7        A     If I understand it in that context, yes.

 8        Q     Okay.  And was that a pretty typical goal for

 9   you in a week to have volunteers make 300 calls?

10        A     I mean, if I understand -- to best of my

11   ability to answer the question, if I remember it

12   correctly, the goal was to have volunteers do volunteer

13   recruitment phone banks for us, and if you have no

14   volunteers, then you do it yourself.

15        Q     So anything that a volunteer did would count

16   towards your total for that week?

17        A     What was your question?  I'm sorry.

18        Q     So if a volunteer phone calls or knocked on

19   doors, that would count toward your total goal for the

20   week?

21        A     Yes, that is safe to say, yes.

22        Q     Okay.  Then at the bottom of the second page

23   there's a heading that says Community Events Attending.

24   Do you have that?
```

CONFIDENTIAL

Page 109

1          A     I do have that, yes.

2          Q     It lists two events, a Local 695 meeting and a

3     tabling at the Old Town Coffee House.  Do you see that?

4          A     I do see that, yes.

5          Q     What does tabling mean?

6          A     So to the best of my ability and recollection,

7     I believe tabling meant the coffee klatches that we were

8     assigned to do or were expected to do where we would go

9     to a local coffee shop or just an area where people

10    congregate, we would get a table, buy coffee, set up a

11    table with Bloomberg paraphernalia and kind of like do

12    some work there while waiting for somebody to come up to

13    us and say, oh, you work for the Bloomberg campaign.  Can

14    I talk to you about Mike Bloomberg?

15         Q     Did you come up with these two events?

16         A     Come up in what sense?

17         Q     For example, was it your idea to have somebody

18    from the campaign attend a Local 695 monthly meeting?

19         A     To the best of my ability to answer that

20    question, I don't think it was my idea per se that

21    somebody can come.  I believe the context was -- because

22    it did say here will call to ask if I can come is asking

23    if I can come to the event.

24         Q     Right.  But did you find out the event was

CONFIDENTIAL

Page 110

1    happening and then call them on your own initiative to

2    ask whether you can come or did somebody tell you, you

3    need to go to this monthly meeting, call them and ask

4    them if you can come?

5         A    To the best of my ability to answer that

6    question, I will be -- it will -- it's probably a

7    combination of both.  It was either somebody told me that

8    this was happening or I found out that this was

9    happening.  For this particular event, I do not know

10   which is which.

11        Q    Okay.  But it was part of your job to -- what I

12   hear you saying -- to identify events that were happening

13   already out in the community and try to attend them?

14        A    Yes, that's fair to say.

15        Q    Okay.  And tabling at the Old Town Coffee

16   House, was that your idea?

17        A    More likely than not, yes.

18        Q    So would you have to ask the coffee house if it

19   was okay to set up a table?

20        A    To the best of my ability I think so, yes.

21        Q    Let's go to Tab 53.

22             (Exhibit 17 marked as requested)

23        Q    It will be Exhibit 17.

24        A    Would it be okay to go to bathroom really

CONFIDENTIAL

Page 117

1    those numbers from?

2        A     From them.

3        Q     Did you put this resume together for a

4    particular application?

5        A     To the best of my ability to -- or recollection

6    I do not believe that I prepared this resume specifically

7    for a specific job application.

8        Q     Okay.  Did you end up using it?

9        A     To the best of my ability or recollection, I

10   probably ended up using this, yes.

11       Q     Do you remember for what job you were applying

12   that you used this resume for for the job?

13       A     To the best of my ability or recollection to

14   answer that question, I do not remember which specific

15   job posting.

16       Q     Was it also part of your job to plan events?

17       A     In what context?

18       Q     Organizing specific events for people to come

19   to, voters to attend?

20       A     In the context of whether or not the campaign

21   was planning weekends of action, if I remember correctly,

22   there were weekends of action planned and in that

23   context, yes, we would try to recruit volunteers to

24   attend those weekends of action to either knock on doors

Page 118

1    or make phone calls, but if I myself was part of the

2    process of planning those events, like this is what this

3    event will look like, or this is when we will hold these

4    events, no, I did not have a say in those decisions.

5         Q    Okay.  Let me ask you about a couple specifics.

6    Let's look at Tab 17, which we'll mark as Exhibit 23.

7         A    17.  Oh, okay.  I thought Exhibit 17.

8         Q    No.  Tab numbers are internal, my own

9    references.  It will be Exhibit 23 for you.

10              (Exhibit 23 marked as requested)

11        A    Here we go.  All right.

12        Q    This document refers to Pamana Winter Bowling

13   Night?

14        A    Yes.

15        Q    What is Pamana?

16        A    If I remember correctly, I believe it is a

17   Filipino-American organization in the either -- if I

18   remember correctly the greater Madison area or Dane

19   County.

20        Q    How did you come to know about the winter

21   bowling night?

22        A    I probably researched it on Google.

23        Q    Did you end up attending this event?

24        A    If I remember correctly -- if I remember

CONFIDENTIAL

Page 138

```
1        Q    Did you ever refer people to the campaign
2   website to buy merchandise?
3        A    To the best of my recollection, I do not
4   believe I did that, no.
5        Q    Did you attend internal campaign calls while
6   you were working for the campaign?
7        A    To the best --
8        Q    Not with voters or volunteers, but with other
9   campaign staff is what I'm asking.
10        A    To the best of my recollection, yes.
11        Q    How often were those calls?
12        A    To the best of my recollection, there were -- I
13   don't know if they were daily.  I can't remember if they
14   were daily, but they were -- there were all state --
15   there were all -- there were -- there were the check-in
16   calls with Josh, there were the check-out calls, there
17   were the all state organizing check-out calls, and then
18   there was the national call at I believe sometime in the
19   afternoon.
20        Q    How often -- if we focus on the national calls
21   for a second, how often did they happen?
22        A    To the best of my recollection, I cannot tell
23   you if they were daily or if they happened at a specific
24   day of the week.
```

CONFIDENTIAL

Page 145

1                    EXAMINATION

2                By Ms. Cole-Chu:

3        Q    Mr. Angulo, you gave testimony today that you

4   had a check-in call at the start of your workday with

5   your supervisor.  Do you recall that testimony?

6        A    I do.

7        Q    Were those calls typically daily?

8        A    To the best of my recollection, I believe they

9   were, yes.

10       Q    And who participated on those check-in calls?

11       A    To the best of my recollection, I believe all

12   the field organizers in our particular region were --

13   they were mandatory.

14       Q    And who hosted the check-in calls?

15       A    To the best of my recollection, I believe it

16   was Joshua.

17       Q    Joshua Dellaquilla?

18       A    Yes.

19       Q    Did Mr. Dellaquilla know that you were present

20   on those calls?

21       MR. BATTEN:  Objection.

22       THE WITNESS:  To the best of my recollection, yes.

23       MS. COLE-CHU:  Q  How did he know that?

24       A    To the best of my recollection, I believe he

CONFIDENTIAL

Page 146

1    asked -- he would ask who is in this call and we would

2    say, you know, Tristan is here or I'm here.

3         Q    You just testified that those calls were

4    mandatory, is that correct?

5         A    Yes.

6         Q    Did you call into those check-in calls every

7    morning?

8         A    I would call into those check-in calls if I was

9    not in the office.  I were in the office, Joshua will

10   have the phone and we would just be around him.

11        Q    Did you have a general sense for the hours that

12   other field organizers that you worked with worked on the

13   Bloomberg campaign?

14        MR. BATTEN:  Objection.

15        THE WITNESS:  I have a general sense.

16        MS. COLE-CHU:  Q  How did you have a general sense?

17        MR. BATTEN:  Objection.

18        THE WITNESS:  We would have the check-in calls,

19   which were mandatory, and we will have the check-out

20   calls, which if memory serves me correct, were also

21   mandatory.

22        MS. COLE-CHU:  Q  And I believe you testified

23   earlier today that the check-out calls occurred at the

24   end of the workday, is that correct?

CONFIDENTIAL

1     A     Yes.

2     Q     Did you have a general sense for what the job

3  duties were of the field organizers that you worked with?

4     MR. BATTEN:  Objection.

5     THE WITNESS:  I had a general sense of it, yes.

6     MS. COLE-CHU:  Q  How?  How did you know?

7     A     To the best of my recollection in our statewide

8  organizing calls, there would be points where regional

9  organizing directors would shout out organizers in their

10  region about like so-and-so field engineer made this many

11  phone calls, they were at goal, or so-and-so field

12  organizer brought in this many volunteer shifts, or

13  so-and-so field organizer knocked this -- knocked this

14  many doors this week.

15     Q     So what was your general sense for what the job

16  duties were of field organizers that you worked with?

17     MR. BATTEN:  Objection.

18     THE WITNESS:  In my -- to the best of my ability to

19  answer that question, based on what I knew about my job

20  and based on those calls knocking on doors, doing direct

21  voter contact -- doing direct voter contact by knocking

22  on doors with a set number of goals, doors knocked,

23  making a set number of volunteer recruitment phone calls,

24  whether it was myself or getting volunteers to make those

CONFIDENTIAL

Page 148

```
 1    volunteer recruitment phone calls for me, and also using

 2    those volunteer recruitment phone calls to set up

 3    one-on-ones so that I can ask those potential volunteers

 4    to volunteer for the campaign.

 5         MS. COLE-CHU:   Q   You gave testimony today regarding

 6    phone banking and canvassing duties that you performed as

 7    a field organizer.  Do you recall talking about that

 8    today?

 9         A    Yes, I do.

10         Q    Did you ever call voters located in states

11    outside of Wisconsin?

12         A    Yes.

13         Q    Did you ever canvass door to door in states

14    outside Wisconsin?

15         A    Yes.

16         Q    Where did you go?

17         A    Are we talking about the phone calls or the

18    canvassing?

19         Q    The canvassing?

20         A    Yes.  Our region, we were all sent to the

21    State of Minnesota the weekend before super Tuesday to

22    knock on doors for Mike Bloomberg in Minnesota.

23         MS. COLE-CHU:   Those are my only questions.

24         MR. BATTEN:   Nothing further for me.
```

CONFIDENTIAL

Page 150

1  STATE OF ILLINOIS  )

                    )  SS:

2  COUNTY OF C O O K  )

3

4          The within and foregoing deposition of the

5  aforementioned witness was taken before CAROL CONNOLLY,

6  CSR, CRR and Notary Public, at the place, date and time

7  aforementioned.

8          There were present during the taking of the

9  deposition the previously named counsel.

10          The said witness was first duly sworn and was

11  then examined upon oral interrogatories; the questions

12  and answers were taken down in shorthand by the

13  undersigned, acting as stenographer and Notary Public;

14  and the within and foregoing is a true, accurate and

15  complete record of all of the questions asked of and

16  answers made by the forementioned witness, at the time

17  and place hereinabove referred to.

18          Before completion of the deposition, review of

19  the transcript {} was {X} was not requested.  If

20  requested, any changes made by the deponent, {and

21  provided to the reporter} during the period allowed are

22  appended hereto.

23

24

CONFIDENTIAL

Page 151

1           The undersigned is not interested in the within

2     case, nor of kin or counsel to any of the parties.

3           Witness my official signature and seal as

4     Notary Public in and for Cook County, Illinois on this

5     15th day of May, 2023, A.D.

6

7

8

9           CAROL CONNOLLY, CSR, CRR

            CSR No. 084-003113

10          Notary Public

            One North Franklin Street

11          Suite 3000

            Chicago, Illinois 60606

12          Phone:  (312) 386-2000

13

14

15

16

17

18

19

20

21

22

23

24