DocuSign Envelope ID: 76604422-659C-4EB5-897C-EB657BD0D6F1
Case 1:20-cv-02489-LTS-GWG   Document 384-66   Filed 08/16/23   Page 1 of 4
Case 1:20-cv-02489-LTS-GWG   Document 85-96   Filed 04/17/20   Page 2 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, individually and on behalf all others similarly situated, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | No. 20-cv-02489-LTS-GWG |

### DECLARATION OF AUDRA WAYLETT

I, Audra Waylett, declare, based on personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I worked for Mike Bloomberg 2020, Inc. (the "Campaign") as a Field Organizer from about February 14, 2020 to March 9, 2020.

2. I worked out of the Rochester and Mankato, Minnesota Campaign offices.

3. The Campaign advertised that the Field Organizer position that would continue until the November 2020 Presidential Election, regardless of whether Michael Bloomberg remained in the race.

4. When I interviewed for the Field Organizer job, Aaron Rothe [State Organizing Director] told me that, if I was hired, the Campaign guaranteed that I would continue to receive my salary and benefits through November, even if Michael Bloomberg was no longer a candidate for office. Aaron told me that Michael Bloomberg was very serious about beating President Trump and would employ us through November.

5. Multiple times throughout my employment, the Campaign represented that it would continue to pay my salary and benefits through November, as well as the salary and

Case 1:20-cv-02489-LTS-GWG   Document 384-66   Filed 08/16/23   Page 2 of 4
Case 1:20-cv-02489-LTS-GWG   Document 85-9   Filed 04/17/20   Page 3 of 54

benefits of the other Field Organizers. I relied on these promises in taking the job and would not have taken the job if I had known otherwise.

6. Nevertheless, the Campaign terminated my employment on March 9, 2020 and terminated my salary and benefits as of March 31, 2020.

7. My typical schedule was Monday through Sunday. My start and stop time each day might vary but I usually worked 10 to 12 hours a day. During get –out-the-vote weeks, I worked 12 to 14 hours every day.

8. My weekly hours ranged from about 70 to 85 hours a week. I was never paid any overtime wages when I worked more than 40 hours in a week.

9. My main job duties as a Field Organizer were to call prospective voters to promote Michael Bloomberg's candidacy for President and to recruit volunteers for phone banking and canvassing efforts. The Campaign required that I meet certain metrics for the number of calls I made, which were many per week. I also met with voters and went door-to-door to encourage voters to vote for Michael Bloomberg.

10. All Field Organizers I observed performed these same duties, which the Campaign headquarters dictated.

11. As a Field Organizer, I had no authority to set other employees' schedules or my own, to direct the work of other employees or my own, or to hire, fire, or discipline other employees. All important decisions were made by a Regional Organizing Director, a state director, or by officials in the Campaign's national headquarters in New York, NY.

12. I also had no authority to make decisions of significance regarding the operations of the Campaign or my field office. I performed the job duties assigned by my Regional

DocuSign Envelope ID: 76604422-659C-4EB5-897C-EB657BD0D6F1

Case 1:20-cv-02489-LTS-GWG   Document 384-66   Filed 08/16/23   Page 3 of 4
Case 1:20-cv-02489-LTS-GWG   Document 83-9   Filed 04/17/20   Page 4 of 5

Organizing Director, including calling the potential voters, canvassing neighborhoods, and/or visiting addresses assigned to me each day by the Regional Organizing Director.

13. My job duties did not require any specialized education, training, or experience. After I was hired, I attended an orientation at which I learned about the basic job responsibilities.

14. I used a script from the Campaign when making voter phone calls or speaking to voters in person.

15. I frequently received emails from officials in the Campaign's New York headquarters.

16. I also attended weekly conference calls with Campaign staffers across the country during which officials in the Campaign's New York headquarters, who led the calls, provided updates and directives.

17. The Campaign's New York headquarters also required me and other Field Organizers to participate in additional conference calls with Campaign staffers across the country. During these calls, Campaign officials in the New York headquarters provided information and guidance, including talking points for explaining the Campaign's policy proposals to voters.

18. My monthly salary was $6,000.00.

19. I also participated in the Campaign's health plan.

20. The Campaign did not pay me any overtime compensation for the hours I worked in excess of 40 in a workweek or 8 in a day.

21. I also know that other Field Organizers worked many overtime hours each week without receiving overtime pay. I know this because I worked with these Field Organizers and

DocuSign Envelope ID: 76604422-659C-4EB5-897C-EB657BD0D6F1
Case 1:20-cv-02489-LTS-GWG   Document 304-66   Filed 08/16/23   Page 4 of 4
Case 1:20-cv-02489-LTS-GWG   Document 85-9   Filed 04/17/20   Page 5 of 5

we discussed our hours worked. I knew they were only paid a salary and were not being paid overtime wages.

Dated: 3/30/2020

By: _____
Audra Waylett

- 4 -