

August 16, 2023

**Via CM/ECF**
The Honorable Laura T. Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Wood et al. v. Mike Bloomberg 2020, Inc.*, 20 Civ. 2489 (LTS) (GWG)

Dear Chief Judge Swain,

      We represent Plaintiffs and opt-in Plaintiffs in this matter. Pursuant to the Parties' Confidentiality Agreement and Protective Order (ECF No. 169) and the Court's Individual Practice A.5.b.ii, portions of Plaintiffs' Motion for Class Certification, supporting memorandum, and accompanying exhibits, ECF Nos. 382-384, were filed with redactions and/or under seal. Specifically, Plaintiffs filed the following exhibits under seal or with redactions:

- Ex. 1 (MB2020_Wood_00018293)
- Ex. 2 (MB2020_Wood_00020742)
- Ex. 3 (MB2020_Wood_00042498)
- Ex. 4 (MB2020_Wood_00042524)
- Ex. 5 (MB2020_Wood_00042547)
- Ex. 8 (MB2020_Wood_00091870)
- Ex. 9 (MB2020_Wood_00097173)
- Ex. 10 (MB2020_Wood_00097211)
- Ex. 11 (MB2020_Wood_00097256)
- Ex. 12 (MB2020_Wood_00097271)
- Ex. 13 (MB2020_Wood_00097381)
- Ex. 14 (MB2020_Wood_00097532)
- Ex. 15 (MB2020_Wood_00097557)
- Ex. 16 (MB2020_Wood_00097877)
- Ex. 17 (MB2020_Wood_00110781)
- Ex. 18 (MB2020_Wood_00158784)
- Ex. 19 (MB2020_Wood_00159999)
- Ex. 20 (MB2020_Wood_00160000)
- Ex. 21 (MB2020_Wood_00163809)
- Ex. 22 (MB2020_Wood_00165002)
- Ex. 23 (MB2020_Wood_00165180)
- Ex. 24 (MB2020_Wood_00165244)
- Ex. 25 (MB2020_Wood_00165282)
- Ex. 26 (MB2020_Wood_00165596)
- Ex. 27 (MB2020_Wood_00165602)
- Ex. 28 (MB2020_Wood_00165942)
- Ex. 29 (MB2020_Wood_00166176)
- Ex. 30 (MB2020_Wood_00172924)
- Ex. 31 (MB2020_Wood_00173284)
- Ex. 32 (MB2020_Wood_00173373)
- Ex. 33 (MB2020_Wood_00173423)
- Ex. 34 (MB2020_Wood_00173497)
- Ex. 35 (MB2020_Wood_00173527)
- Ex. 36 (MB2020_Wood_00173576)
- Ex. 37 (MB2020_Wood_00174303)
- Ex. 38 (MB2020_Wood_00175108)
- Ex. 39 (MB2020_Wood_00175611)
- Ex. 40 (MB2020_Wood_00175799)
- Ex. 41 (MB2020_Wood_00175878)
- Ex. 42 (MB2020_Wood_00177876)
- Ex. 43 (MB2020_Wood_00181153)
- Ex. 44 (MB2020_Wood_00186820)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

Hon. Laura T. Swain
August 16, 2023
Page 2 of 2

- Ex. 45 (MB2020_Wood_00186822)
- Ex. 46 (MB2020_Wood_00186888)
- Ex. 49 (Kanninen Tr. Excerpts)
- Ex. 50 (Simpson Tr. Excerpts)
- Ex. 51 (Ensign Tr. Excerpts)
- Ex. 57 (Wheatley-Diaz Tr. Excerpts)
- Ex. 58 (Goldstein Tr. Excerpts)
- Ex. 59 (Doherty Tr. Excerpts)
- Ex. 60 (Newman Tr. Excerpts)
- Ex. 61 (Morton Tr. Excerpts)
- Ex. 62 (Watson-Moore Tr. Excerpts)
- Ex. 64 (Logan Tr. Excerpts)
- Ex. 65 (Jaramillo Tr. Excerpts)

These exhibits were filed under seal or with redactions because Defendant designated them as "confidential." There are additionally redactions in Plaintiffs' publicly-filed memorandum of law, in instances where these documents were quoted or described. In light of the strong presumption of public access to court-filed materials, that the sealed material is largely in the public knowledge, and because Defendant ceased operations three-and-a-half years ago and no longer has any business interest in preserving confidentiality, Plaintiffs do not believe that any of the sealed or redacted materials meet the high standard for sealing. If Defendant files a motion seeking to retain these exhibits under seal, Plaintiffs respectfully request the opportunity to respond substantively.

Respectfully submitted,

Justin M. Swartz