

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 17, 2023

**VIA ECF**

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Hon. Laura Taylor Swain
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17C
New York, New York 10007-1312

Re:   *Wood et al. v. Mike Bloomberg 2020, Inc.*, 20 Civ. 2489 (LTS) (GWG)

Dear Judge Swain:

    We represent Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-referenced matter and write on behalf of the Campaign and Plaintiffs to jointly request that the Court set the following briefing schedule with respect to Plaintiffs' Motion for Class Certification (Dkt. Nos. 382-386).

- Opposition Due:  October 2, 2023
- Reply Due:  November 1, 2023

    Thank you for your consideration.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel (via ECF)