# EXHIBIT A

| | |
|---|---|
| **From:** | Cristina Coleman <ccoleman1@mikebloomberg.com> |
| **Sent:** | Tuesday, February 18, 2020 01:09 PM |
| **To:** | Regional Directors <regional-directors@mikebloomberg.com>, David Allard <dallard@mikebloomberg.com>, Eric Stone <estone@mikebloomberg.com>, jreilly@mikebloomberg.com, ctisch@mikebloomberg.com, Miosotis Munoz <mmunoz@mikebloomberg.com>, Carlos Terrones <cterrones@mikebloomberg.com>, mrodriguez@mikebloomberg.com, Samuel Pierre <spierre@mikebloomberg.com>, Samantha Katz <skatz@mikebloomberg.com>, ramitay@mikebloomberg.com, Dvitalis@mikebloomberg.com, Greg Spielberg <gspielberg@mikebloomberg.com>, Samuel Appleby <sappleby@mikebloomberg.com>, AJ Sunmonu <asunmonu@mikebloomberg.com>, vwitt@mikebloomberg.com, Noah Harper <nharper@mikebloomberg.com>, Andrew Holt <aholt@mikebloomberg.com>, Anthony Capone <acapone@mikebloomberg.com>, Bryan Hernandez <Bhernandez@mikebloomberg.com>, Andrea Scaccia <ascaccia@mikebloomberg.com>, Cindy Kim <ckim@mikebloomberg.com>, mkelly@mikebloomberg.com, hyates@mikebloomberg.com, abell@mikebloomberg.com, mgoldstein@mikebloomberg.com, goberle@mikebloomberg.com, jstarr@mikebloomberg.com, cpomphrey@mikebloomberg.com, rdai@mikebloomberg.com, golson@mikebloomberg.com, ggribbon@mikebloomberg.com, cbishogo@mikebloomberg.com, martis@mikebloomberg.com, ctatlock@mikebloomberg.com, Kristiana Zerom <kzerom@mikebloomberg.com>, Alex Grun <agrun@mikebloomberg.com>, Kevin Hunter <khunter@mikebloomberg.com>, Oliver Shawn <oshawn@mikebloomberg.com>, smellicker@mikebloomberg.com, zaltman@mikebloomberg.com, Victoria Duran <Vduran@mikebloomberg.com>, Caroline Blanck <cblanck@mikebloomberg.com>, dsolomon@mikebloomberg.com, jolafimihan@mikebloomberg.com, rboyd@mikebloomberg.com, twroblewski@mikebloomberg.com, Skye Ostreicher <sostreicher@mikebloomberg.com>, Sripp@mikebloomberg.com, tlang@mikebloomberg.com, Maggie Sweeney <msweeney@mikebloomberg.com>, Gabriella Eiss <geiss@mikebloomberg.com>, hflores@mikebloomberg.com, nkaur@mikebloomberg.com, Zachary Baum <zbaum@mikebloomberg.com>, Brandon Martinez Gonzalez <bgonzalez@mikebloomberg.com>, Catherine Howard <choward@mikebloomberg.com>, Stephanie Olcese <solcese@mikebloomberg.com>, jportugal@mikebloomberg.com, pkim@mikebloomberg.com, cbrown1@mikebloomberg.com, mmartinez@mikebloomberg.com, katidor@mikebloomberg.com, aaurora@mikebloomberg.com, Fohat Aird-Bombo <fairdbombo@mikebloomberg.com>, Barbara Baer <bbaer@mikebloomberg.com>, Jonathan Terry <jterry@mikebloomberg.com>, Karen Ross <kross@mikebloomberg.com>, Thomas Murphy <tmurphy@mikebloomberg.com>, jlipner@mikebloomberg.com, Maggie Hutchison <mhutchison@mikebloomberg.com>, Robert Thom <rthom@mikebloomberg.com>, jprincipato@mikebloomberg.com, msoto@mikebloomberg.com, dcarles@mikebloomberg.com, Benjamin Boachie <bboachie@mikebloomberg.com>, MBrown1@mikebloomberg.com, ddixon@mikebloomberg.com, Michael Glassman <mglassman@mikebloomberg.com>, sbellamy@mikebloomberg.com, tjohnson@mikebloomberg.com, meustace@mikebloomberg.com, mglazer@mikebloomberg.com, jorlian@mikebloomberg.com, nsutton@mikebloomberg.com, jgluckman@mikebloomberg.com |
| **Subject:** | Field Staff Updated Expectations |
| **Attachments:** | image.png |

CONFIDENTIAL
MB2020_Wood_00018293

Hi all - thank you to everyone who has been accepting the Thursday 'refresher course'. With ThruTalk tried and tested this weekend, we have updated daily and weekly expectations for field teams. I will review this in more detail on Thursday. For now, please see below and adjust your daily schedules as necessary. RODs, I will share an email direct to you on your updates.

Additionally, I just want to thank you all again for pushing yourselves this weekend and taking home the Bloomberg Cup. **We are still waiting** for official results and the 'secret' prize (rumors abound, but as per David, nothing has been confirmed yet!).

Field Organizers
-4 hours on the ThruTalk dailer per day
-helping with events, office jobs as needed
-recruit volunteers! we expect 10 volunteers recruited per week
-Weekly Reward! If you hit 30 hours on dialer in a week, you will get a half day off the following week. Work with your ROD to schedule so not everyone is out at the same time.

Field Office Teams
-Under ROD management we expect the following
-4 phone banks per week
-1 'other' approved event, a template to be shared
-1 volunteer training per week
- 1 dedicated Volunteer F.O. per office. We are updating communications strategy process to streamline, the new texting platform will help with this


--
New York State Deputy Organizing Director
Bloomberg 2020

Follow us on Twitter!

