# EXHIBIT B

Message

| | |
|---|---|
| **From:** | Robin Briendel [rbriendel@mikebloomberg.com] |
| **Sent:** | 2/17/2020 6:40:03 PM |
| **To:** | Megan Simpson [msimpson@mikebloomberg.com] |
| **CC:** | Patrick Eisenhauer [peisenhauer@mikebloomberg.com]; Rameera Robbalaa [rrobbalaa@mikebloomberg.com]; Jacquline Ridberg [jridberg@mikebloomberg.com]; Erin Phillips [ephillips@mikebloomberg.com]; Ella Wodin [ewodin@mikebloomberg.com]; Michelle Moffit [mmoffit@mikebloomberg.com]; Ross Doty [RDoty@mikebloomberg.com]; Leanne Townsend [ltownsend@mikebloomberg.com]; Emmie Horadam [ehoradam@mikebloomberg.com]; Terry Bermea [tbermea@mikebloomberg.com]; Aaron Rothe [ARothe@mikebloomberg.com]; Rodriguez Wright [rwright@mikebloomberg.com]; Eric Smith [ESmith@mikebloomberg.com]; Clinton Richardson [crichardson@mikebloomberg.com]; Lindsay Bubar [LBubar@mikebloomberg.com]; Jordan Fitzgerald [JFitzgerald@mikebloomberg.com]; Rudy Miera [RMiera@mikebloomberg.com]; Sierra Yamanaka [SYamanaka@mikebloomberg.com]; Roya Massoudnia [rmassoudnia@mikebloomberg.com] |
| **Subject:** | Re: All Staff PGOTV Training Folder |

Thanks Megan!

On Mon, Feb 17, 2020 at 1:34 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:
Here is more guidance!

Here is the All-Staff PGOTV Training Template. This deck contains everything you need to conduct your All-Staff PGOTV training. It is formatted for both Powerpoint and Google Slides - but we recommend using the Powerpoint version for groups larger than 10 people.

All-Staff Persuasion GOTV Training
Decks: https://drive.google.com/open?id=1FU5Y0fSj0Qk0jNcke4PuUH5RgaG8TKlW

To edit the presentation for your state, download the PPT to your computer (or make a copy of the slides deck to your Google drive.) Share your copy of the deck with jlovejoy@mikebloomberg.com and jdesimone@mikebloomberg.com so that we can continue to provide support. **Please do not reorder the deck.**

State-specific information is [bracketed] throughout the presentation. To quickly find and fill in the appropriate information, enter [ into the search bar and press enter. This will highlight brackets throughout the deck.



In addition to content on the slides, there are facilitator notes with additional guidance throughout the deck. This includes breakout guidance, presenter notes, links to icebreakers and energizers, etc. Use these to help you plan the facilitation of your training.

**Facilitator Note:** Now that the facilitator has outlined the g[o] training.

Post it Activity
1. Distribute 2 post it notes to each participant.
2. Ask participants to take a few minutes to write down their

Once you've reviewed and updated the training deck, use the PGOTV Training Agenda Template to plan your training, choose timing, assign roles, etc. Make a copy to your drive and share with jlovejoy@mikebloomberg.com and jdesimone@mikebloomberg.com.

PGOTV Training Agenda Template: https://docs.google.com/spreadsheets/d/1A3qxHaY_QvhDar-0SFXXxTZd1MA4rPzV4bU2kRrhXro/edit?usp=sharing

We're so excited for you to conduct these training and get your staff ready for PGOTV. Please let us know how we can continue to support your efforts.

On Mon, Feb 17, 2020 at 1:17 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:

Hi Team-

Thank you for your patience on this. Looking forward to the walkthrough tonight at 6:00pm EST.

There is a Powerpoint and a Google Slides version in the folder.

All-Staff PGOTV Training: https://drive.google.com/open?id=1vPHP5P1IzhIjYzHSYOAIUTOX5H8u-2N9

Both are updated with the current script. The SLIDES version has the video embedded, the PPT has a link to the Youtube video in the facilitator notes.

Get It Done!

Megan

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*

msimpson@mikebloomberg.com


--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*

msimpson@mikebloomberg.com

CONFIDENTIAL

MB2020_Wood_00110782

...

--

**Robin Briendel**
*North Carolina Statewide Organizing Director*
[redacted]

rbriendel@mikebloomberg.com