# EXHIBIT C

| | |
|---|---|
| **Message** | |
| **From:** | David Allard [dallard@mikebloomberg.com] |
| **Sent:** | 1/25/2020 8:53:14 PM |
| **To:** | Skye Ostreicher [sostreicher@mikebloomberg.com]; Barbara Baer [bbaer@mikebloomberg.com]; Eric Stone [estone@mikebloomberg.com]; Brandon Martinez Gonzalez [bgonzalez@mikebloomberg.com]; Andrea Scaccia [ascaccia@mikebloomberg.com]; Bryan Hernandez [bhernandez@mikebloomberg.com]; Samuel Pierre [spierre@mikebloomberg.com]; Stephanie Olcese [solcese@mikebloomberg.com]; Robert Thom [rthom@mikebloomberg.com]; Michael Glassman [mglassman@mikebloomberg.com]; Kristiana Zerom [kzerom@mikebloomberg.com] |
| **CC:** | Casey Cunningham [ccunningham@mikebloomberg.com]; Sarah Lee [slee1@mikebloomberg.com]; Cindy Kim [ckim@mikebloomberg.com]; Miosotis Munoz [mmunoz@mikebloomberg.com]; John Calvelli [jcalvelli@mikebloomberg.com]; Christopher Gonzalez [cgonzalez@mikebloomberg.com] |
| **BCC:** | Cristina Coleman [cristina412@gmail.com] |
| **Subject:** | ROD Update |
| **Attachments:** | Post Caucus Week .docx |

Hi all,

A few important updates:

- Good job getting your teams up and running!
- Please make sure all FO's are meeting their **call goals**. If they are not, please send an email to them and cc me.
- I have decided to increase FO call goals, if you have any questions about that please let me know.
- Thank you for getting your post caucus events into me, however, when I set a deadline, my expectations are that it is met. Moving forward, make your deadlines. Be mindful of your dates and please read the daily update, which provides reminders.
- FYI, I have included our Buffalo FO's on this email because their ROD does not start until Monday. However, now that all of your events are in to me, please upload them into Casey's **event tracker by the end of the day today** . Please touch base with Casey and make sure there are mobilize events for your outward facing events in the Mobilize system, no later than **two pm on Monday.** Again, office openings, canvasses, volunteer trainings, etc. These all count as events. For post caucus action, our goal is that each organizer create their own event and have a minimum of nine people at each event.
- You have put a lot of effort into these events, and I am certain we will have a great week. We just need to stay organized and on top of every single one of them. This will be the only topic of our weekly call this week, so please bring any questions.
- If any ROD still needs **mobilize** training, (it is a system that creates a URL for your public events), please contact Ella Woden. ewoden@mikebloomberg.com. Also, Peter Nguyen can put events in Mobilize for you, **until** you are trained. Just be as specific as possible with all of the event information.
- Events Tracker Form for New York State!
- **Today's event in Harlem was great. A HUGE shout out to Stephanie for organizing a great conversation. To Chris, for emceeing, and to the whole team for executing.**

--
David Allard

New York State Organizing Director
Bloomberg 2020
███████████

Follow us on Twitter!

CONFIDENTIAL

MB2020_Wood_00165003