# EXHIBIT D

| | |
|---|---|
| **Message** | |
| From: | Samuel Pierre [spierre@mikebloomberg.com] |
| Sent: | 1/24/2020 2:29:51 AM |
| To: | Peter Nguyen [pnguyen@mikebloomberg.com] |
| CC: | David Allard [dallard@mikebloomberg.com] |
| Subject: | Re: Brooklyn |

Yes matter fact I asked them to do 515 calls/day at the least moving forward and I will make sure everyone is here at Harlem at 10am.

-Sam Pierre
Bloomberg 2020
Sent from my iPhone

> On Jan 23, 2020, at 7:30 PM, Peter Nguyen <pnguyen@mikebloomberg.com> wrote:
>
> Hey Sam--
>
> Hope all is well.
> I think we can push for 500 - 600 calls per FO/day for now if they aren't planning for events/doing visibility.
> Does this sound doable on your end?
>
> Best,
>
> Peter Nguyen
> New York State Data Director
> Mike Bloomberg 2020
>
>
>> On Thu, Jan 23, 2020 at 7:26 PM David Allard <dallard@mikebloomberg.com> wrote:
>> Hi there,
>>
>> I know it has been tough without a space but please make sure everyone is reporting to Harlem at ten am. Peter is going to up the number of calls for each FO. I have gotten feedback that they can handle more.
>>
>> --
>> David Allard
>> New York State Organizing Director
>> Bloomberg 2020
>>
>> Follow us on Twitter!