# EXHIBIT E

Message

| | |
|---|---|
| **From:** | Stephanie Olcese [solcese@mikebloomberg.com] |
| **Sent:** | 1/22/2020 1:17:34 PM |
| **To:** | Barbara Baer [b.baer200@gmail.com]; Brandon Gonzalez [bam2189@columbia.edu]; Bryan Hernandez [bah24@buffalo.edu]; Eric Stone [estone@mikebloomberg.com]; Michael Glassman [mglassman@mikebloomberg.com]; Miosotis Munoz [mmunoz@mikebloomberg.com]; Samuel Pierre [spierre@mikebloomberg.com]; Skye Ostreicher [sostreicher@mikebloomberg.com]; Zerome Kristiana [kzerom@mikebloomberg.com]; robert.a.f.thom@gmail.com |
| **CC:** | David Allard [dallard@mikebloomberg.com]; Louis Gonzales [lgonzales@mikebloomberg.com]; Peter Nguyen [pnguyen@mikebloomberg.com] |
| **Subject:** | 01.22 Daily Update |
| **Attachments:** | image.png; Gun Safety Script.docx |

Good Morning,

Welcome back Tara - you have been dearly missed!

Today's agenda will look like this:

Jordy: Reporting to Bayside at 8AM to receive amazon package(s). During this time, you will be making phone calls. Once the package is received please make your way to Harlem to join the rest of the team.

Tara/Phil/Chris: Reporting to Harlem at 10AM. Immediately begin making phone calls, until you are moved to the Library.

## **GOAL OF THE DAY: 480 calls EACH**

Your day should consist of the following schedule:

10AM-1PM: Phone Bank (We will be heading to the Library during these hours because HVAC will be turned on)
1PM-2PM: Lunch
2PM-5PM: VAN training / research MB policies
5PM-6PM OR 6PM-7PM: Dinner (please take turns, there should be at least two people on the phones)
6PM-9PM OR 5PM-6PM/7PM-9PM: Phone Bank

Please make sure to sit together tomorrow so you can get to know one another.

I have attached the phone script. You should already be shared on the list. Here are the steps:

MY VOTERS
- Phone Bank
- Assigned to Me —> Gun Safety Event

Best,

Stephanie Olcese
Regional Organizing Director
Bloomberg 2020
solcese@mikebloomberg.com