# EXHIBIT F

| | |
|---|---|
| **Message** | |
| From: | Michael Glassman [mglassman@mikebloomberg.com] |
| Sent: | 1/25/2020 9:21:58 PM |
| To: | Melissa Eustace [meustace@mikebloomberg.com]; Steven Bellamy [sbellamy@mikebloomberg.com]; Troy Johnson [tjohnson@mikebloomberg.com] |
| CC: | David Allard [dallard@mikebloomberg.com] |
| Subject: | Call Goals |

Hi Team,

I want to reiterate our call goals for each day. Our goal is to make **400 calls per day**. We have to be hitting our numbers so that we can continue to gather more data on Westchester voters. I understand some people are in different constituent groups, but I shouldn't be making the most calls in a day.

Please reach out if you have any questions about this email.

Best,

Mike


--
Michael Glassman
*He, Him, His*
Regional Organizing Director
Bloomberg 2020

CONFIDENTIAL
MB2020_Wood_00165282