# EXHIBIT G

Message

| From: | Kellie Green [kgreen1@mikebloomberg.com] |
|---|---|
| Sent: | 2/28/2020 11:59:43 AM |
| To: | Don DeFoe [ddefoe@mikebloomberg.com] |
| CC: | Maurice Patterson [mpatterson@mikebloomberg.com] |
| Subject: | Re: Weds Dialer Production |

Hello Don,

If you would be so kind to re-examine the calls made on the dialer and assign proper credit, I would greatly appreciate it? I could be wrong but I double checked the email address I used when I was on the dialer this week and it was the correct email address of kgreen1@mikebloomberg.com. If I used the wrong email address, it is totally my fault. I would hate for all of us not to get the credit for the calls we made.

Thank you for your time and attention to this matter!

Sincerely,

Kellie Green

On Fri, Feb 28, 2020 at 5:44 AM Don DeFoe <ddefoe@mikebloomberg.com> wrote:

Below is Weds dialer production. If you don't put your CORRECT Bloomberg email address in the dialer you don't get the credit. How some of you put @bloomberg.com as your email address is beyond me. As we talked about on the call last night, those that consistently produce, they will be around after the primary. Those that don't, will not. Its as simple as that. I will send this around everyday we are on the dialers so that there is no confusion about who produces and who doesn't.

| Date | Login | Name | Email | Phone | Minutes in Call | Minutes in Wrap Up | Minutes in Ready | Minutes in Not Ready | Total Calls |
|---|---|---|---|---|---|---|---|---|---|
| 02-26-2020 | BLOOMBERG83 | Shannon Washington | swashington2@mikebloomberg.com | | 109.48 | 16.28 | 94.95 | 21.62 | 330 |
| 02-26-2020 | BLOOMBERG375 | Rob Sembarski | rsembarski@mikebloomberg.com | | 9.03 | 3.58 | 6.1 | 3.12 | 23 |
| 02-26-2020 | BLOOMBERG133 | uriah baker | ubaker@mikebloomberg.com | | 61.03 | 11.43 | 49.63 | 9.0 | 143 |
| 02-26-2020 | BLOOMBERG78 | Tasha White | twhite@mikebloomberg.com | | 219.42 | 10.8 | 38.88 | 22.35 | 153 |
| 02-26-2020 | BLOOMBERG128 | Corey Pritchett | cpritchett@mikeblommberg.com | | 79.92 | 65.57 | 57.42 | 31.65 | 202 |
| 02-26-2020 | BLOOMBERG73 | Darnell Obamwonyi | dobamwonyi@mikebloomberg.com | | 196.78 | 25.45 | 69.7 | 42.2 | 213 |
| 02-26-2020 | BLOOMBERG124 | chris brown | cbrown2@bloomberg.com | | 118.43 | 103.38 | 45.03 | 40.93 | 139 |
| 02-26-2020 | BLOOMBERG111 | Dan Smith | dsmith1@mikebloomberg.com | | 132.95 | 34.05 | 45.2 | 47.02 | 150 |
| 02-26-2020 | BLOOMBERG77 | Clem Wright | cwright2@mikebloomberg.com | | 74.43 | 19.45 | 59.93 | 97.9 | 213 |
| 02-26-2020 | BLOOMBERG52 | Steve Montle | smontle@mikebloomberg.com | | 84.73 | 22.28 | 80.38 | 8.77 | 170 |
| 02-26-2020 | BLOOMBERG107 | Lakisha Watson-Moore | lmoore@mikebloomberg.com | | 88.88 | 8.58 | 60.82 | 51.47 | 199 |
| 02-26-2020 | BLOOMBERG76 | Charli Donchetz | cdonchetz@mikebloomberg.com | | 97.27 | 4.5 | 22.2 | 22.38 | 96 |
| 02-26-2020 | BLOOMBERG151 | Diamond Greenwood | dgreenwood@mikebloomberg.com | | 25.87 | 32.23 | 33.57 | 5.63 | 100 |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02-26-2020 | BLOOMBERG145 | Abigail Stanfield | astanfield@gmail.com | | 71.22 | 5.03 | 40.58 | 13.72 | 132 |
| 02-26-2020 | BLOOMBERG92 | Noureldin Almahameed | nalmahameed@mikebloomberg.com | | 161.47 | 44.73 | 92.88 | 25.3 | 309 |
| 02-26-2020 | BLOOMBERG162 | Eric Macks | ericmacks@hotmail.com | | 14.93 | 8.73 | 9.1 | 6.02 | 22 |
| 02-26-2020 | BLOOMBERG125 | Alex manwell | anmanwell@gmail.com | | 102.42 | 38.23 | 63.87 | 12.92 | 223 |
| 02-26-2020 | BLOOMBERG91 | Justin Smith | jsmith@mikebloomberg.com | | 191.23 | 19.28 | 104.18 | 18.78 | 365 |
| 02-26-2020 | BLOOMBERG119 | Shavon Washington | swashington1@mikebloomberg.com | | 139.08 | 21.12 | 71.5 | 11.48 | 246 |
| 02-26-2020 | BLOOMBERG72 | Alexis Hansen | ahansen@mikebloomberg.com | | 35.72 | 2.88 | 23.77 | 11.62 | 57 |
| 02-26-2020 | BLOOMBERG322 | Valda Lofton-Finley | vfinley@mikebloomberg.com | | 33.15 | 15.33 | 12.85 | 10.95 | 46 |
| 02-26-2020 | BLOOMBERG316 | Steve Ross | sross@mikebloomberg.com | | 7.02 | 2.2 | 2.35 | 7.75 | 9 |
| 02-26-2020 | BLOOMBERG237 | Glenda Hawthorne | ghawthorne@mikebloomberg.com | | 11.28 | 1.22 | 2.13 | 5.88 | 15 |
| 02-26-2020 | BLOOMBERG84 | Carolina Ortiz | cortiz@mikebloomberg.com | | 139.8 | 24.98 | 74.77 | 20.97 | 242 |
| 02-26-2020 | BLOOMBERG88 | Deanna Katto | dkatto@mikebloomberg.com | | 115.85 | 5.55 | 30.08 | 12.6 | 88 |
| 02-26-2020 | BLOOMBERG106 | Angela Powell | apowell@mikebloomberg.com | | 185.43 | 41.02 | 110.67 | 18.2 | 373 |
| 02-26-2020 | BLOOMBERG114 | Morgan Neeley | mneeley@mikebloomberg.com | | 100.27 | 32.27 | 64.77 | 22.2 | 192 |
| 02-26-2020 | BLOOMBERG103 | Jocelyn Reynolds | jreynolds@mikebloomberg.com | | 143.05 | 10.92 | 40.97 | 13.78 | 141 |
| 02-26-2020 | BLOOMBERG361 | Brandon Norris | bnorris@mikebloomberg.com | | 12.03 | 0.83 | 1.92 | 8.85 | 8 |

CONFIDENTIAL