# EXHIBIT H

Message
_____

| | |
|---|---|
| **From:** | Kyle Lopes [klopes@mikebloomberg.com] |
| **Sent:** | 2/29/2020 3:15:55 AM |
| **To:** | Don DeFoe [ddefoe@mikebloomberg.com] |
| **Subject:** | Re: URGENT: Updated Field Program Changes for the next 11 Days |

Got it, thanks!

On Fri, Feb 28, 2020 at 10:12 PM Don DeFoe <ddefoe@mikebloomberg.com> wrote:
The text is large for a reason.

## Saturday
Knock Squad - 11am-2pm
12-3pm: Dialer Phones - **(WE ARE CALLING INTO ARKANSAS, MyVoters)**
3-6pm: Dialer Phones - **(WE ARE CALLING INTO ARKANSAS, MyVoters)**

## Sunday
Knock Squad - 11am-2pm
12-3pm: Dialer Phones - **(WE ARE CALLING INTO ARKANSAS, MyVoters)**
3-6pm:   Dialer Phones - **(WE ARE CALLING INTO ARKANSAS, MyVoters)**

## Monday
No Doors
12-3pm: Dialer Phones **(WE ARE CALLING INTO ARKANSAS, MyVoters)**
3-7pm:  Dialer Phones **(WE ARE CALLING INTO ARKANSAS, MyVoters)**

## Tuesday
No Doors
12-3pm: Dialer Phones **(WE ARE CALLING INTO ARKANSAS, MyVoters)**
3-7pm:  Dialer Phones **(WE ARE CALLING INTO ARKANSAS, MyVoters)**

## Weds
No Doors
9am-11am: Yard Sign Delivery
12-7pm: MyC calls for PGOTV **DOOR SHIFTS**

## Thursday
No Doors
9am-11am: Yard Sign Delivery
12-7pm: MyC calls for PGOTV **DOOR SHIFTS**

## Friday
No Doors
9am-11am: Yard Sign Delivery
12-7pm: MyC calls for PGOTV **DOOR SHIFTS**

## Saturday PGOTV
NO PHONES - They are calling from another state

CONFIDENTIAL

10am-1pm: Doors - Knock Squad + Out of State FOs + Volunteers
1pm-4pm: Doors - Knock Squad + Out of State FOs + Volunteers
4pm-7pm: Doors - Knock Squad + Out of State FOs + Volunteers

## Sunday PGOTV
NO PHONES - They are calling from another state
10am-1pm: Doors - Knock Squad + Out of State FOs + Volunteers
1pm-4pm: Doors - Knock Squad + Out of State FOs + Volunteers
4pm-7pm: Doors - Knock Squad + Out of State FOs + Volunteers

## Monday PGOTV
NO PHONES - They are calling from another state
10am-1pm: Doors - Knock Squad + Out of State FOs + Volunteers
1pm-4pm: Doors - Knock Squad + Out of State FOs + Volunteers
4pm-7pm: Doors - Knock Squad + Out of State FOs + Volunteers

## ELECTION DAY PGOTV
NO PHONES - They are calling from another state
10am-1pm: Doors - Knock Squad + Out of State FOs + Volunteers
1pm-4pm: Doors - Knock Squad + Out of State FOs + Volunteers
4pm-7pm: Doors - Knock Squad + Out of State FOs + Volunteers

In addition to our Knock Squad + 37 FOs from out of state, offices will need to recruit the following additional **CANVASS VOLUNTEERS** each day of PGOTV in order to reach HQs goals for us at 544 Canvass Shifts **PER DAY, 2176 Shifts** for a 4 day PGOTV Program:

| Staging Location | Saturday | Sunday | Monday | Election Day |
|---|---|---|---|---|
| MI - 014 - Bloomberg West Detroit | 10 | 11 | 11 | 10 |
| MI - 013 - Bloomberg East Detroit | 10 | 9 | 9 | 10 |
| MI - 008 - Bloomberg Lansing | 5 | 5 | 5 | 5 |
| MI - 009 - Bloomberg Bloomfield Hills | 11 | 11 | 11 | 11 |
| MI - 012 - Bloomberg Ann Arbor | 10 | 10 | 10 | 10 |
| MI - 009 - Bloomberg Warren | 8 | 8 | 8 | 8 |
| MI - 005 - Bloomberg Flint | 5 | 5 | 5 | 5 |
| MI - 003 - Bloomberg GR | 10 | 10 | 10 | 10 |
| MI - 013 - Bloomberg Western Wayne | 10 | 10 | 10 | 10 |
| MI - 005 - Bloomberg Saginaw | 5 | 5 | 5 | 5 |
| MI - 006 - Kalamazoo Staging Location | 6 | 6 | 6 | 6 |

| MI - 002 - Muskegon Staging Location | | | | |
|---|---|---|---|---|
| | 5 | 5 | 5 | 5 |

Also, new PGOTV events have been created for you in MyC for March 7-10th. They are labeled as follows:

**GOTV_Canvass_West_Detroit** or **GOTV_Canvass_Lansing**, etc, etc.

All of your FOs should be entered into these events as **CONFIRMED**. When the out of state FOs come to town we will get you a list to enter them into MyC the same way. If you do not follow this procedure **YOU WILL NOT GET CREDIT FOR YOUR WORK**. We will talk more about this on the Sunday night call. Let me know if you have any questions.

--

Don DeFoe
Michigan Organizing Director
"In God We Trust. Everyone Else, Bring Data".



--

Kyle Lopes
Oakland County Regional Director
Cell: ███████████
Inline image

CONFIDENTIAL

MB2020_Wood_00165604