# EXHIBIT I

Message

**From:** Don DeFoe [ddefoe@mikebloomberg.com]
**Sent:** 2/29/2020 3:27:59 PM
**To:** Michael Kurtz [mkurtz@mikebloomberg.com]
**Subject:** Re: MI phone capacity to Super Tuesday States
**Attachments:** image.png

They didn't up the time. That's the normal time that we are on the dialers on the weekend. So we are going to blow through these calls and exceed the 125k.

On Sat, Feb 29, 2020 at 10:26 AM Michael Kurtz <mkurtz@mikebloomberg.com> wrote:
Did they up it since this email below? This one says 2 hours a day, but they schedule you sent out this morning had 6-7 hours per day.

---------- Forwarded message ---------
From: **Megan Simpson** <msimpson@mikebloomberg.com>
Date: Fri, Feb 28, 2020 at 4:29 PM
Subject: MI phone capacity to Super Tuesday States
To: Michael Kurtz <mkurtz@mikebloomberg.com>, Don DeFoe <ddefoe@mikebloomberg.com>, Rameera Robbalaa <rrobbalaa@mikebloomberg.com>, AJ Ganik <aganik@mikebloomberg.com>, Michael Nee <mnee@mikebloomberg.com>, Rob Diamond <rdiamond@mikebloomberg.com>, Gabe Amo <gamo@mikebloomberg.com>
Cc: Will Dubbs <wdubbs@mikebloomberg.com>, Brita Olsen <bolsen@mikebloomberg.com>, Charles Douglas <cdouglas@mikebloomberg.com>, Cassandra Henry <chenry@mikebloomberg.com>

Hi Team MI,

Wanted to connect with you to make sure you knew which state we have assigned for team MI to support over Super Tuesday PGOTV. The expectation is that organizers should be calling into AR for 2 hours everyday and all volunteer calls should be calling into AR.

**We are estimating 125,000 dials from team MI!**

Please work with your data + organizing desk to make sure you are receiving the thrutalk links for these calls by 8:30am ET tomorrow.

If you have any questions please let us know!

Get It Done!
Megan

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*

msimpson@mikebloomberg.com

--
Michael Kurtz
Michigan State Director
Mike Bloomberg 2020
C: ███████

--
Don DeFoe
Michigan Organizing Director
"In God We Trust. Everyone Else, Bring Data".



CONFIDENTIAL

MB2020_Wood_00165943