# EXHIBIT J

| | |
|---|---|
| Message | |
| From: | Mark Blakeley [markb@jkhconsultingservices.com] |
| Sent: | 1/27/2020 5:46:01 PM |
| To: | Jamarah Hayner [jamarah@jkhconsultingservices.com] |
| CC: | Danny Bakewell [danny@jkhconsultingservices.com]; Mark Blakeley [mblakeley@mikebloomberg.com]; Jonathan Salvador [jsalvador@mikebloomberg.com] |
| Subject: | California Field Plan - Mike Bloomberg 2020 |

Hi Jamarah,

I wanted to loop you in on the new California plan being rolled out for the organizing team. I have attached a few documents going over the new plan. The plan has set up goals for the DOD, ROD, and FOs to achieve which will be tracked. One of the big changes per this plan is that organizing staff is expected to work between 60 to 70 hours. I know we currently have a few FOs that are students and others that were brought on with the expectation of being part time and don't know if this will have an impact on their ability to work on the campaign.

Below are the different documents:

1. California Organizing Plan: https://docs.google.com/document/d/1MeQoyxW_DvQO4ZKp2rrdgdauUg_6yJ5lttiJrBMDPCQ/edit?usp=sharing
2. Staff Master Calendar: https://docs.google.com/spreadsheets/d/1waR_uMJG_4XcEPLzff9n5n1RiminpmySLSYL1IhrZ8U/edit?usp=sharing
3. : https://docs.google.com/spreadsheets/d/1GgE7lzDIKQNVzLcv3r-008PlnPEXuSwPD16wPk4Gc6g/edit?usp=sharing

Please let me know if you would like to talk about this over the phone.

--
Mark Blakeley | Land Use and Development Associate
JKH Consulting

markb@jkhconsultingservices.com