# EXHIBIT K

Message

| | |
|---|---|
| **From:** | Rayot Graham [rgraham@mikebloomberg.com] |
| **Sent:** | 2/28/2020 11:37:32 PM |
| **To:** | Jasmine Webb [jwebb@mikebloomberg.com] |
| **Subject:** | Re: Lightfoot Follow up |

Thank you.

On Fri, Feb 28, 2020 at 4:33 PM Jasmine Webb <jwebb@mikebloomberg.com> wrote:
Forgot to CC you on the original email but this is the guidance Id given steve to follow up your verbal conversation. let me know if there's anything I can do to be helpful here.

---------- Forwarded message ---------
From: **Jasmine Webb** <jwebb@mikebloomberg.com>
Date: Fri, Feb 28, 2020 at 4:30 PM
Subject: Lightfoot Follow up
To: Stephen Simpson <ssimpson@mikebloomberg.com>


Steve,

HR has concluded its inquiry into the incident with Mayor Lightfoot and advised us of their findings. We have made the decision that for the remainder of the primary, it is best for you to focus on field efforts, specifically voter contact and volunteer recruitment and refrain from political activity. As this is the core responsibility of any member of the organizing team, this is not a demotion or any sort of limitation of your job responsibilities.

Please don't do any further outreach to anyone on Mayor Lightfoot's team. The political department will handle all interactions with her team.

If you have any questions, myself or Rayot can answer them further.

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |  ███████████
Bloomberg
Philanthropies



--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |  ███████████
Bloomberg
Philanthropies



--
*Ray Graham*
*She, Her, Hers*
South Side Regional Organizer Director

CONFIDENTIAL



rgraham@mikebloomberg.com

MB2020_Wood_00173285