# EXHIBIT L

Message

| | |
|---|---|
| From: | Jasmine Webb [jwebb@mikebloomberg.com] |
| Sent: | 2/14/2020 2:34:45 AM |
| To: | Rayot Graham [rgraham@mikebloomberg.com] |
| Subject: | Fwd: FO Goals |

---------- Forwarded message ---------
From: **Jasmine Webb** <jwebb@mikebloomberg.com>
Date: Tue, Feb 4, 2020 at 1:06 PM
Subject: FO Goals
To: Eric Solano <esolano@mikebloomberg.com>, JC Gonzalez-Ramirez <jgonzalez-ramirez@mikebloomberg.com>, Chauncey Alexander <calexander@mikebloomberg.com>, Emelio Davalos <edavalos@mikebloomberg.com>, Kurt Feil <kfeil@mikebloomberg.com>, Patrick Manglano <pmanglano@mikebloomberg.com>, Asimwe Oben-Nyarko <aoben-nyarko@mikebloomberg.com>, Josh Fredrickson <jfredrickson@mikebloomberg.com>, NATHANIEL Groh <ngroh@mikebloomberg.com>, Steven Oaks <soaks@mikebloomberg.com>, Marquez Elem <melem@mikebloomberg.com>

Hey guys,

Wanted to send around a bit more clarity until we get a PTG up and running. This is on average what FOs will be responsible for for the next couple of weeks. Reminder that goals are being tracked Friday- Thursday

| Week | Week (Friday of week) | # of Orgs | Dials | Doors | Community Events | Organizing Focused House Parties | Relational Influences Recruited |
|---|---|---|---|---|---|---|---|
| 5 | 1/31/2020 | 46 | 350 | 260 | 3 | 1 | |
| 6 | 2/7/2020 | 46 | 350 | 365 | 4 | 1 | 2 |
| 7 | 2/14/2020 | 65 | 400 | 319 | 4 | 1 | 2 |
| 8 | 2/21/2020 | 75 | 400 | 376 | 3 | 1 | 3 |
| 9 | 2/28/2020 | 75 | 425 | 378 | 2 | 2 | 3 |

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |

Bloomberg
Philanthropies

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com

Bloomberg
Philanthropies