# EXHIBIT M

Message

| | |
|---|---|
| **From:** | Jasmine Webb [jwebb@mikebloomberg.com] |
| **Sent:** | 2/14/2020 5:28:37 PM |
| **To:** | Steven Oaks [soaks@mikebloomberg.com] |
| **Subject:** | Re: FO Goals week 2/14 to 2/20 |

Got it, Sounds good, thanks!

On Fri, Feb 14, 2020 at 11:26 AM Steven Oaks <soaks@mikebloomberg.com> wrote:
> No, this is a reaffirmation of goals to the group so it is in writing and no one can say they didnt realize A) what their goals are. B) that I will be out of turf for 3 days, and C) a firm understanding of what is expected of them this week. I CC'd you and Andy for papertrail if someone fails their goals this week. I also increased the call goal by 200 dials to raise the expectations with them.

On Fri, Feb 14, 2020 at 11:22 AM Jasmine Webb <jwebb@mikebloomberg.com> wrote:
> Is this your morning update?

On Fri, Feb 14, 2020 at 11:04 AM Steven Oaks <soaks@mikebloomberg.com> wrote:
> Hey team,
>
> Our goals this week are 600 dials and 320 doors. I'd like to see a progress of 200 dials today with 100 dials per day Mon-Thurs. The door goal needs to be AT MINIMUM 60% complete by EOD Sunday. That is 192 doors done between now and Sunday. This should be priority this weekend. We also need a focus on Non-DVC events. Nathan is hosting the debate watch party for Rock Island so we can focus on other areas (Jason-Galesburg, Terry-Quincy, Josh- we will discuss). Any questions about these goals can be discussed with me at any time, but missing them is not an option. I will be in Chicago from Sunday afternoon through Tuesday night so it will be on you to complete your goals. I can provide help through VAN but will not be in turf.
>
> Thanks,
> Steve Oaks

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |
Bloomberg
Philanthropies

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |
Bloomberg
Philanthropies