# EXHIBIT N

Message

**From:** NATHANIEL Groh [ngroh@mikebloomberg.com]
**Sent:** 2/16/2020 2:05:10 AM
**To:** Jasmine Webb [jwebb@mikebloomberg.com]
**Subject:** Re: --template Welcome to the Team!

Hi Jasmine,

I am sorry to bother you with this, I am wondering if I can skip out on this training due to an important Political meeting on the 18th? As Jesse pointed out in his email, it is an important meeting, and I do not feel comfortable letting my FO take it.

Thanks for your consideration,

Nathaniel

On Sat, Feb 15, 2020 at 6:37 PM Jasmine Webb <jwebb@mikebloomberg.com> wrote:

Hey Guys I've copied all the info for folks coming this week. Copy and paste to send the folks listed below that have been approved for a 2/17//2020 start date. feel free to add anything you may need to for your team. If you have FOs starting you are expected to be there. I am also asking that all chicago RODs be in attendance as well to keep a sense of normalcy. Let me know if you guys have any questions.

| | |
|---|---|
| Lakeisha | Adams |
| Sean | Gunther |
| Connor | Chatham |
| Clarice | Tayui |
| Mark | Chatham |
| | |
| Tosh | Chandy |
| Brittany | Bailey |
| Jessica | Ambriz-Amteaga |
| Paul | Marsh |

--
Hey Guys, and WELCOME TO THE TEAM!!!

So excited to meet everyone and get everyone up and running. I wanted to outline some details about the training this coming Monday and Tuesday.
Logistics:

**Onboarding Retreat in Chicago**
We have 2 days of training in Chicago upon your arrival! Each day is outlined below:

**New FO onboarding**
**Date:** Monday, Feb. 17th
**Start time:** 10:00am
**HQ address:** 325 N. Lasalle Street

CONFIDENTIAL                                                                                                              MB2020_Wood_00173497

**FO onboarding and Regional Breakouts**
**Date:** Tuesday Feb. 18th
**Start time:** 10:00am
**HQ address:** 325 N. Lasalle Street

We have ~family fun~ planned for the evening of the 17th as well- stay tuned.

**Hotels**

For those of you that are coming from out of state you will have hotels for the evening of the 16th and 17th. You should check out the morning of the 18th, bringing your luggage with you to HQ.

| | | | |
|---|---|---|---|
| 2/16/20 | 2/18/20 | Lakeisha Adams | 47474595 |
| 2/16/20 | 2/18/20 | Sean Gunther | 48197167 |
| 2/16/20 | 2/18/20 | Nathaniel Groh | 48476293 |
| 2/16/20 | 2/18/20 | Steven Oaks | 24527988 |
| 2/16/20 | 2/18/20 | JC Gonzalez | 23109977 |
| 2/16/20 | 2/18/20 | Kurt Feil | 26188664 |
| 2/16/20 | 2/18/20 | Connor Chatham | 23748758 |
| 2/16/20 | 2/18/20 | Mark Chatham | 48824862 |
| 2/16/20 | 2/18/20 | Paul Marsh | 22429639 |

**Paperwork, Emails & VAN Accounts**

If you haven't received paperwork, be sure to flag once you get to HQ so we can make the appropriate requests. For those of you that HAVE filled out paperwork Bring your I-9 documents ( passport, ID, Social security card etc.) as our Ops director needs to see those things in person before we can move forward.

You should be getting links to set up your mikebloomberg.com email and VAN accounts this week.

Can't wait to meet you in person, let me know if you have any questions in the meantime.

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |
Bloomberg
Philanthropies

--
**Nathaniel Groh**
*Regional Field Director, Rockford IL*

ngroh@mikebloomberg.com



CONFIDENTIAL

MB2020_Wood_00173499