# EXHIBIT O

Message

| | |
|---|---|
| From: | Marquez Elem [melem@mikebloomberg.com] |
| Sent: | 2/3/2020 9:02:44 PM |
| To: | Jasmine Webb [jwebb@mikebloomberg.com] |
| Subject: | Fwd: 2/2/2020 Detailed Guidance - Looking ahead |

February 2nd daily guidance

---------- Forwarded message ---------
From: **Marquez Elem** <melem@mikebloomberg.com>
Date: Sun, Feb 2, 2020 at 2:46 AM
Subject: 2/2/2020 Detailed Guidance - Looking ahead
To: Rayot Graham <rgraham@mikebloomberg.com>, Brian Thomas <bthomas@mikebloomberg.com>, Stephen Simpson <ssimpson@email.mikebloomberg.com>, Janah Bailey <jbailey@mikebloomberg.com>, Sarai Graves <sgraves@mikebloomberg.com>

Be prepared to reach our call goals, this weeks yard sign goals and volunteer recruitment/attendee goals

By close of business Tuesday (No Calls Sunday)

300 my voter Calls per organizer (I will be checking for surveys and ID'S)
We must contact every voter in our "my campaign universe" - I will roll out details Monday
7 Yard Signs
5 volunteer shifts/attendees/recruitment

_____

In light of Superbowl Sunday - small business Sunday

Please identify "small business in the following designated area", the goal is 3 businesses being identified per organizer as supporters of our campaign, also, please identify one relational influencer for assigned areas by physically canvassing these areas.

As always, please let me know how I can support you? I will also reach out to each one of you individually to discuss this email in more detail and to identify ways that you may need additional support from me.

There is a neat tool you can use to identify WARD MAPS by googling Chicago Ward Map that will identify these areas, please document small businesses canvassed.

Stephen - Ward 09 and Ward 34
Rayot - Ward 14 and Ward 23
Sarai- Ward 18 and 21
Brian - Dolton, Riverdale,
Janah - Chicago Heights, Harvey, Calumet City

* Visit Small Businesses
* Talk to individuals inside these small business
* Hard ask about placing signs
* Hard ask about businesses hosting community event

Also, please visit MikeBloomberg.com and be able to communicate the campaigns Small Business Entrepreneurship plan

CONFIDENTIAL

MB2020_Wood_00173527

As a reminder - Office Hours

Monday- 1:00 to 8:30 PM
Tues - Friday - 10:00 to 8:30 PM
Saturday- 10:00 to 5:30 PM
Sunday- 12:00 to 6:30 PM

--
Respectfully,

Marq D. Elem, M.Ed., MPA

melem@mikebloomberg.com



--
Respectfully,

Marq D. Elem, M.Ed., MPA

melem@mikebloomberg.com

