# EXHIBIT P

Message

**From:** Jasmine Webb [jwebb@mikebloomberg.com]
**Sent:** 2/17/2020 4:52:56 PM
**To:** Patrick Eisenhauer [peisenhauer@mikebloomberg.com]
**Subject:** Re: Illinois Door Goal

Yes, Literally Rolling out my PTG as we speak. So im feeling alot better about making it happen!

On Mon, Feb 17, 2020 at 10:30 AM Patrick Eisenhauer <peisenhauer@mikebloomberg.com> wrote:
> Yeah -- I would just make sure that you are tracking that each individual Organizer is knocking at least 50 doors per day. If we get that tightened up, you should hit goal each week. You just need a tracking system in-state to make sure that that's happening.

On Mon, Feb 17, 2020 at 11:25 AM Jasmine Webb <jwebb@mikebloomberg.com> wrote:
> Hey Patrick,
>
> I am a bit worried about hitting our door goal and am trying to coach regionals into prioritizing this goal. I don't by any means think its impossible, but i need to tighten up monitoring of numbers, bith from myself and RODs. Not sure if there's anything you could do to support us here, we just have to tighten up.

On Mon, Feb 17, 2020 at 8:50 AM Patrick Eisenhauer <peisenhauer@mikebloomberg.com> wrote:
> Hey Jazz,
>
> Just wanted to touch base with you on Mississippi's Door Goal this week. I was wondering how you feel about hitting the goal of 23,686 door attempts this week?
>
> Want to figure out what support you need from me/what's needed in-state to help with this.
>
> Also wanted to make sure that all Organizers are making at least 300 personal knocks/week and that we were having volunteers canvass, per what IL set in their Capacity Calculator.
>
> Thanks,
>
> --
> **Patrick Eisenhauer**
> Central States Organizing Director
> *Bloomberg 2020*
> mike BLOOMBERG 2020 | MIKE WILL GET IT DONE

--
**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com | 
Bloomberg
Philanthropies

--

**Patrick Eisenhauer**
Central States Organizing Director
*Bloomberg 2020*



--

**Jasmine Webb**
*Illinois Organizing Director*
jwebb@mikebloomberg.com |
Bloomberg
Philanthropies