# EXHIBIT Q

Message

| | |
|---|---|
| **From:** | Margo Brown [mbrown@mikebloomberg.com] |
| **Sent:** | 2/19/2020 9:13:29 PM |
| **To:** | Gabrielle Ohayon [gohayon@mikebloomberg.com] |
| **CC:** | CA-Ops-Team [ca-ops-team@mikebloomberg.com] |
| **Subject:** | Re: CA Operations Newsletter - 2.19.20 |

Hey All – HQ has flagged that some of our event costs are very high. We are working with them for approval of events that have already been noticed. For future events, please ensure you follow the guidance below on **PRICING PER PERSON**.

**Catering for volunteer events, trainings or public events should follow the budget guidance below.**
$7 per person for breakfast
$12 per person for lunch/dinner
$30 per person for new trainee family fun nights (food and activity)

On Wed, Feb 19, 2020 at 12:59 PM Gabrielle Ohayon <gohayon@mikebloomberg.com> wrote:

**TEAM CA –**

On behalf of the CA Ops Team, I'm including below our latest **Ops Newsletter!**

Refer to this email throughout the week for answers to all of your operations questions including: benefits, setting up your office, filing for reimbursements, and so much more!

Thank you,
CA OPs Team
*P.S.* This email is sent to Bloomberg and personal emails to ensure that you receive it, as many people are locked out/do not yet have their devices.

**EVENTS**
All events should be submitted at least 24 hours in advance so that we are not scrambling at the last minute. We may not be able to process payments if they arrive on the same day as the event. HQ can only support calling in payments through 3PM PT, so if you're not able to have an event invoiced, you will have to order ahead of time and coordinate with Ops to ensure a credit card can be called in.

To avoid any delayed payments, make sure your requests include all of the information outlined here (W9, invoice, etc).

**OFFICE NEEDS & ETIQUETTE**
**TECH**: If you ever need help in the field on issues related to tech, IT, device access, etc. please start by emailing or calling the Field Help Desk. Their email address is fieldhelpdesk@mikebloomberg.com and their phone number is 844-672-4247.
If someone on your team is missing a campaign laptop/iphone, please email spelosidunn@mikebloomberg.com so we can track down.

**HELP STOP HACKERS:** Make sure to ACTIVATE the Zscaler app on your campaign iPhone by clicking the white/blue Zscaler app icon that magically appeared on your phone. *If you don't do this you will be leaving the campaign vulnerable to malicious hacks and attacks!*

**ID BADGES**: Every region received ID badges and lanyards last week for all staff. Blank badges were provided for those who started after the print date. **It is imperative that every staff member and super volunteer wears their ID badge at all times. Please email us at ca-ops-team@mikebloomberg.com to let us know if you need additional badges in your region.**

**GARBAGE & RECYCLING:** Please make sure to keep your office clean and that you properly dispose of your waste items into the appropriate receptacles (garbage, recycling and compost). If you need any bins or garbage bags for your office, please submit this with your request for office supplies.

**COMFORT & SAFETY**: We want to make sure everyone is working in a comfortable and safe office. If there are any issues regarding your office, please let the CA Ops Team know immediately by sending an email to ca-ops-team@mikebloomberg.com.

**ALEXA:** If you have any items in your office that have the ability to connect to Alexa or other smart devices (microwaves, TVs, etc.), please make sure they are not connected to the internet.

**AMAZON ORDERS-** DODs and RPDs can request office supplies using THIS FORM. Please DO NOT email your requests. Orders will be placed within 12-24 hours.

**CHUM/LIT**: We are no longer requesting individual requests for chum and lit. Large orders have been placed and will arrive this week. Please email nvalenzuela@mikebloomberg.com if you have questions.

**VOLUNTEER BUTTONS**: Specially designed "I'm a Volunteer for Mike" buttons have been designed, produced and shipped to central delivery locations in each state. These buttons should **ONLY** be given to volunteers - it is not a button that everyone who visits an office should receive.

**I VOTED STICKERS:** A new sticker design that says "I Voted for Mike" will arrive Friday. These stickers should be given out to people who have already voted for Mike by voting early or voting by mail.

**SHREDDERS**: We've ordered a paper shredder for every office so that the organizing team can properly dispose of paperwork that contains voters' personal information. Any documents that have campaign-related information (including schedules, training info, planning memos, etc.) should be shredded when they are no longer in use.

**WATER**: We will be ordering water coolers and/or Brita water filters for offices that do not have good water quality or kitchen sinks. Please email us at ca-ops-team@mikebloomberg.com letting us know what your office's water needs are and whether you have a kitchen sink.

**PLEASE NOTE:** Mike has asked that we not use plastic water bottles due to the environmental impact, so we are looking for solutions that don't involve single-use plastics.

**REIMBURSEMENTS:** If you have gone out of pocket to pay for something required for GOTV or an event, filing for reimbursement must happen through Concur. Use this request form if you don't already have access to Concur! Please email Ca-ops-team if you have an urgent request for payment and we will try to find a quick solution.

**ON-BOARDING**

The onboarding process can take up to **ten business days**! For those that are curious, the steps are as follows -

- *Offer Letter* (DocuSign) - Offer letters must be signed before any other steps can proceed!
- *Identity Verification* (Greenhouse) - This includes uploading your ID, consenting to a background & security check, signing the employee handbook. This must be completed before you can enroll in Vensure.
- *Employment Enrollment* (Vensure) - You must enroll through an email sent directly from Vensure (check your spam). Don't follow the prompt from Greenhouse! Those have been coming out 2-5 days *before* a Vensure profile is created for you by HQ!
- *Benefits Enrollment* (Vensure) - You will be able to elect benefits once your enrollment is accepted (typically 1-2 days after you submit your Vensure enrollment).

If you have questions about the process, you can fill out the CA Ops Team On-boarding Form and a member of the Ops Team will get back to you.

**I-9 VERIFICATION:** Once your start date is set, you must bring identification verifying your identity and work authorization to show to your supervisor on-site. Passport is best. **Here is a list** of documents that are acceptable for verifying ID & work authorization. Once your supervisor has visually verified your ID, please send a copy of the ID ONLY to **ca-ops-team@ mikebloomberg.com.**

**BENEFITS**
- It typically takes 12-15 *business* days *after* you enroll in benefits to receive your health insurance cards.
- If you need them sooner, please reach out to benefits@vensure.com to obtain your member ID.
- Once you have your member ID, you can register an account with https://www.empireblue.com/register/ and print out a PDF copy of your card.
- **REMINDER:** You have 30 days from the day you completed Greenhouse Paperwork to enroll in benefits

**HARASSMENT TRAINING**
We will be hosting mandatory Anti-Harassment Training next week - dates & times TBD. It is mandatory that all employees of the campaign complete this training once. If you have already completed the training, you may decline the invite.

**VENSURE WEBINAR**- Vensure will be hosting an optional meeting on benefits and payroll information for all new hires.
- Wednesday, February 19, 12- 1pm EST
- Friday, February 21, 12-1pm EST
- Friday, February 28, 12- 1pm EST
- Join by Computer, Tablet or Smartphone CLICK HERE
- Dial in- (872) 240-3212 ; Access Code: 153-940-925
- They will be reviewing this powerpoint.

**IMPORTANT RESOURCES, LINKS, and CONTACTS**

- MetLife Employee Assistance Program (EAP)
- Vensure Benefits Summary
- Security Incident Report
    - Email: states-security@mikebloomberg.com

- CC: ca-ops-team@mikebloomberg.co
- Concur Request Form

**Gabrielle Ohayon**
*She, Her, Hers*

gohayon@mikebloomberg.com

--
You received this message because you are subscribed to the Google Groups "CA All Staff" group.
To unsubscribe from this group and stop receiving emails from it, send an email to states-ca-team+unsubscribe@mikebloomberg.com.
To post to this group, send email to states-ca-team@mikebloomberg.com.
To view this discussion on the web visit https://groups.google.com/a/mikebloomberg.com/d/msgid/states-ca-team/CAOf2aVh2TAV80i3o%2BGv_tgYtXMXxn0vE%2BPGdJ42Dvq6i8zB0AQ%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "CA All Staff" group.
To unsubscribe from this group and stop receiving emails from it, send an email to states-ca-team+unsubscribe@mikebloomberg.com.
To post to this group, send email to states-ca-team@mikebloomberg.com.
To view this discussion on the web visit https://groups.google.com/a/mikebloomberg.com/d/msgid/states-ca-team/CADkbvVR9kBWBZsr4%3DinQeScdrqaZJNWgo5b1PqW_K0CiEJn4Dg%40mail.gmail.com.