# EXHIBIT R

Message

| | |
|---|---|
| From: | Thomas Orabuena [torabuena@mikebloomberg.com] |
| Sent: | 2/22/2020 7:59:37 PM |
| To: | Robin Briendel [rbriendel@mikebloomberg.com] |
| Subject: | Fwd: FLAG: Q's on doors |

Hey Robin,

We have had 15-20 people on the doors mention their disappointment with the campaign. The folks we have spoken with have heard that we are "paying people to post positive things about MRB on Facebook and Twitter". I know that we launched a meme project having meme accounts post things on the internet that are meant to help us gain support from younger folks but still would like some additional guidance. Can you please get us some talking points so organizers know how to approach these types of conversations?

---------- Forwarded message ---------
From: **Brodie Allen** <ballen@mikebloomberg.com>
Date: Sat, Feb 22, 2020 at 1:40 PM
Subject: FLAG: Q's on doors
To: Thomas Orabuena <torabuena@mikebloomberg.com>


Hello Tom,

I hope this email finds you doing well. We keep hearing this a lot about "news stories about Mike paying people to post positive things on social media." Can we get talking points on this?


Kind regards,
Brodie

--
Brodie S. Allen
Regional Organizing Director

ballen@mikebloomberg.com
Twitter: BA4ThePeople


--

Tom Orabuena
Deputy Organizing Director

torabuena@mikebloomberg.com

CONFIDENTIAL
MB2020_Wood_00175611