# EXHIBIT S

| | |
|---|---|
| Message | |
| From: | Robin Briendel [rbriendel@mikebloomberg.com] |
| Sent: | 2/4/2020 9:20:28 PM |
| To: | Edward York [eyork@mikebloomberg.com]; Arsidez Leon [aleon@mikebloomberg.com]; Christopher Williams [cwilliams@mikebloomberg.com]; Erik Myster [emyster@mikebloomberg.com]; Tyree Morton [tmorton@mikebloomberg.com]; Brodie Allen [ballen@mikebloomberg.com]; Todd Debiak [tdebiak@mikebloomberg.com]; Maria Cantu [mcantu@mikebloomberg.com]; Darion Reed [dreed@mikebloomberg.com]; David Mains [dmains@mikebloomberg.com]; Nic Duda [nduda@mikebloomberg.com]; Pearleen Sangha [psangha@mikebloomberg.com]; Ryan Ash [rash@mikebloomberg.com] |
| CC: | Maeton Jameson [mjameson@mikebloomberg.com]; Thomas Orabuena [torabuena@mikebloomberg.com]; Emily Cornwell [ecornwell@mikebloomberg.com]; Gina Cruz [gcruz@mikebloomberg.com] |
| Subject: | Re: Morning Bulletin 2.4 |
| Attachments: | image.png; image.png; image.png |

**How we're talking about Iowa**
Last night's Iowa Caucus highlighted the importance of making sure Mike is the nominee. A couple of points that we're highlighting today:
- Nearly a month ago, Mike Bloomberg called for early primary reform. The chaos and confusion from last night shows he made the right call.
- While we don't know the results yet, one thing seems clear: Reports indicate that turnout yesterday was relatively low by historical standards, consistent with 2016. Despite promises from other candidates, no new group of citizens came into the fold to vote. Democrats must expand the map to beat Trump in November.

To close: election season has begun. We have the best candidate with the best record of accomplishment and the ability to unite this country at a time when it is more divided than ever. Let's make him the next President.

On Tue, Feb 4, 2020 at 11:05 AM Robin Briendel <rbriendel@mikebloomberg.com> wrote:
Hey all,

I wanted to bump the bulletin with our WOA PTG. We still have a long way to go to get to 100% and are missed our 75% WOA recruitment benchmark for yesterday :( so please make sure we are reshifting ALL 266 of the shifts we have scheduled on the books today and scheduling them out not just for WOA, but for Dry Run and GOTV as well!

Major shout outs to R2 and R7 for crushing their canvass goals and R7 for blasting past the entire shift goal for the weekend!

| Post IA Caucus Shift Goals | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Canvassing 2/8 + 2/9 | | | Phone Banking 2/8 + 2/9 | | | Engagement Shifts | Total Shifts Recruited | Total Shifts Recruited | % Recruited |
| Organizer | Sch. | Goal | % | Sch. | Goal | % | Sch | Sch. | Goal | % |
| Region 1 | 8 | 30 | 27% | 2 | 15 | 13% | 0 | 10 | 45 | 22% |
| Region 2 | 48 | 40 | 120% | 11 | 20 | 55% | 8 | 67 | 60 | 112% |
| Region 3 | 2 | 20 | 10% | 8 | 10 | 80% | 0 | 10 | 30 | 33% |
| Region 4 | 6 | 50 | 12% | 27 | 25 | 108% | 0 | 33 | 75 | 44% |
| Region 5 | 0 | 20 | 0% | 0 | 10 | 0% | 0 | 0 | 30 | 0% |
| Region 6 | 10 | 40 | 25% | 17 | 20 | 85% | 0 | 27 | 60 | 45% |
| Region 7 | 27 | 25 | 108% | 25 | 15 | 167% | 0 | 52 | 40 | 130% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Region 8 | 13 | 25 | 52% | 6 | 15 | 40% | 0 | 19 | 40 | 48% |
| Region 9 | 9 | 25 | 36% | 7 | 10 | 70% | 0 | 16 | 35 | 46% |
| Region 10 | 6 | 20 | 30% | 0 | 10 | 0% | 0 | 6 | 30 | 20% |
| Region 11 | 2 | 25 | 8% | 9 | 15 | 60% | 0 | 11 | 40 | 28% |
| Region 12 | 27 | 50 | 54% | 16 | 25 | 64% | 0 | 43 | 75 | 57% |
| Region 13 | 3 | 20 | 15% | 4 | 10 | 40% | 0 | 7 | 30 | 23% |
| **Total People** | 161 | 390 | 41% | 132 | 200 | 66% | 8 | 301 | 590 | 51% |

On Tue, Feb 4, 2020 at 8:30 AM Robin Briendel <rbriendel@mikebloomberg.com> wrote:



## Morning Bulletin - 2/4/20
8 days until Early Voting
28 days until primary day

### Today's Priorities

- **Priority 1:** Happy Yard Sign Bonanza Day!
- **Priority 2:** Reshift and schedule out all your volunteers distributing yard signs
- **Priority 3:** Have fun!

**PTG**

| | MYC Calls | | | 1-1s Completed | | | Shifts Completed | | |
|---|---|---|---|---|---|---|---|---|---|
| | Attempts | Goal | PTG | Completed | Goal | PTG | Completed | Goal | PTG |
| **Region 01** | 2,377 | 5,400 | 44% | 5 | 12 | 42% | 10 | 37 | 27% |
| **Region 02** | 3,960 | 7,200 | 55% | 18 | 16 | 113% | 14 | 64 | 22% |
| **Region 03** | 2,513 | 3,600 | 70% | 6 | 8 | 75% | 9 | 26 | 35% |
| **Region 04** | 4,625 | 9,000 | 51% | 20 | 20 | 100% | 55 | 80 | 69% |
| **Region 05** | 1,794 | 2,700 | 66% | 10 | 6 | 167% | 11 | 18 | 61% |
| **Region 06** | 5,245 | 7,200 | 73% | 19 | 16 | 119% | 20 | 68 | 29% |
| **Region 07** | 3,514 | 4,500 | 78% | 6 | 10 | 60% | 17 | 44 | 39% |
| **Region 08** | 2,344 | 4,500 | 52% | 7 | 10 | 70% | 12 | 37 | 32% |
| **Region 09** | 2,776 | 3,850 | 72% | 6 | 8 | 75% | 24 | 24 | 100% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Region 10 | 1,931 | 3,600 | 54% | 7 | 8 | 88% | 12 | 21 | 57% |
| Region 11 | 1,509 | 3,600 | 42% | 6 | 8 | 75% | 21 | 27 | 78% |
| Region 12 | 5,632 | 9,000 | 63% | 8 | 20 | 40% | 64 | 80 | 80% |
| Region 13 | 1,892 | 3,600 | 53% | 7 | 8 | 88% | 8 | 24 | 33% |
| Total | 40,112 | 67,750 | 59% | 125 | 150 | 83% | 277 | 550 | 50% |

## Open Shifts

| | Open Shifts |
|---|---|
| Region 1 | 1 |
| Region 2 | 2 |
| Region 3 | 0 |
| Region 4 | 0 |
| Region 5 | 0 |
| Region 6 | 0 |
| Region 7 | 0 |
| Region 8 | 0 |
| Region 9 | 0 |
| Region 10 | 0 |
| Region 11 | 0 |
| Region 12 | 2 |
| Region 13 | 0 |
| Unknown | 0 |
| Total | 5 |

**Action Items:**

A. Yard Sign Bonanza - it's here!
i. We have 53 events across the state to distribute 3900 yard signs - **let's do this thing!**
   **\*\*And take pictures for Greenfly + tweet while doing the thing\*\***
   ii. **Please remember we are signing out each yard sign. Every yard sign out should be marked with the SQ as "Yard Sign Received" by COB**

B. Hustle
i. Everyone should have received a text from Hustle to login
   1. If folks still have not received a code, hustle support has said we should follow the steps below:

1. Go to web.hustle.com/signup and enter the email they want on their Hustle account, and the password they want to set for their Hustle account.

2. They will receive a verification email at the email address they entered in step 1. If they don't see it in the inbox, ask them to check their junk and spam folder.

3. At this step, they'll then be directed to a page where they'll enter the password they set in step 1, and the security code which they would have received in the invite text.

- Since they didn't receive the text, can you guys <u>highlight in yellow people still not signed in</u> in the tracker linked and I will add their security code
  - From here, once entered they should be ready to hustle

ii. We will be adding the people in the WOA Recruitment Folder searches with textable numbers to a DODs + RODs hustle group today. Stay tuned for when this list goes live!

C. Reminder: WOA Recruitment Folder
i. <u>Unturfed WOA Volunteer Recruitment Tracker</u>
1. All unturfed people in the folder now live in this sheet with their CD
2. Please reach by EOD to all of these low hanging fruit and enter these convos in quick mark!
ii. Let's call and shift this super low hanging fruit!
1. 204 of 277 active volunteers (2 shifts in 30 days) are not scheduled for WOA
2. 1,965 of 2083 who have ever completed a shift are not scheduled for WOA
3. 2,075 of 2,148 Vol Yes' are not scheduled for WOA

**Training Section:**

- Weekly FO Training Tomorrow at 1 pm - Topic: Cutting and Printing Turf
- Weekly Training Office Hours - Talk to your DOD about which FOs should attend.
  - Tuesdays - 12 pm to 2 pm
  - Wednesdays - 12 pm to 1 pm
  - Thursdays - 12 pm to 1 pm
  - Mondays - 1 pm to 2 pm
  - This Week's Topics:
    - Today - Confirms, Chase Calls, and Reshifting
    - Tomorrow - Time Management
    - Thursday - VAN
- Any training requests (one pagers, training supports, etc...) should go in the departmental request form under the training section.

**Digital Section:**

- Follow @NCforMike on Twitter & Facebook
- DOWNLOAD the Greenfly App on your phone and see this guide for how to use it. This is how we will be sending photos to digital from now on. Don't worry, it's super simple to use and we will have a training on it!
- Hustle training will be next Thursday during the Weekly Digital training time

**Deadlines**

- All data - due by Midnight the day it was collected

**Links You Need:**

- NC Master Organizing Calendar
- Soft Report
- Departmental Request Form
- Organizing Drive Key

--

**Robin Briendel**
*North Carolina Statewide Organizing Director*

rbriendel@mikebloomberg.com



--

**Robin Briendel**
*North Carolina Statewide Organizing Director*

rbriendel@mikebloomberg.com



--

**Robin Briendel**
*North Carolina Statewide Organizing Director*

rbriendel@mikebloomberg.com



CONFIDENTIAL

MB2020_Wood_00175803