# EXHIBIT T

Message

| | |
|---|---|
| From: | James Mitchell Jr. [jmitchelljr@mikebloomberg.com] |
| Sent: | 1/29/2020 3:08:30 PM |
| To: | Rob Diamond [rdiamond@mikebloomberg.com]; James Mitchell Jr. [jmitchelljr@mikebloomberg.com] |
| BCC: | rbriendel@mikebloomberg.com |
| Subject: | New Field Organizers Hours-Monday, February 3, 2020 |

Rob,

Can we get approval for our new field organizers hours starting Monday, February 3, 2020.

| | |
|---|---|
| Monday - Thursday . | 10 am - 9 pm |
| Friday. | 10 am - 6 pm |
| Saturday | 9 am - 9 pm |
| Sunday . | 12 am - 9 pm |
| Total hours per week . | **73** |

Robin would like to make the announcement on their weekly Thursday 8 pm this week.(1/30/2020).

**James "Smuggie" Mitchell Jr.**
*NC State Director*

jmitchelljr@mikebloomberg.com

**Let's Make History.**



CONFIDENTIAL