# EXHIBIT U

**Message**

| | |
|---|---|
| From: | Emily Nygren [enygren@mikebloomberg.com] |
| Sent: | 2/13/2020 5:02:45 PM |
| To: | Sina Black [sblack1@mikebloomberg.com] |
| CC: | Aaron Rothe [arothe@mikebloomberg.com] |
| Subject: | Re: Region 5: Progress to Goal |

Here is a better view, without that weird middle column:

| | Door Progress: | | | Phone Progress: | | |
|---|---|---|---|---|---|---|
| **Region 5** | 368 | 400 | 92.00% | 869 | 900 | 96.56% |
| Sina Black | 0 | | | 0 | | |
| Dayib Ahmed | 0 | 80 | 0.00% | 316 | 180 | 175.56% |
| Wes Butler | 116 | 80 | 145.00% | 166 | 180 | 92.22% |
| Miles Ceplecha | 157 | 80 | 196.25% | 98 | 180 | 54.44% |
| LaToya Fleming | 0 | 80 | 0.00% | 32 | 180 | 17.78% |
| Mortez Frelix | 78 | 80 | 97.50% | 118 | 180 | 65.56% |
| Bridget Logan | 17 | 80 | 21.25% | 139 | 180 | 77.22% |

On Thu, Feb 13, 2020 at 10:55 AM Emily Nygren <enygren@mikebloomberg.com> wrote:
First, apologies for rolling out this new tool without adding the total phones. I have double checked the raw data for Region 5 and this should be an accurate report. You have 5 organizers, so anything done by you or Bridget adds to the total goal. So your team is at 32 doors and 31 dials away from the goal.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Region 5** | 368 | 400 | 92.00% | 0 | 12 | 0.00% | 0 | 900 | 0.00% | 591 | 900 | 65.67% | 869 | 900 | 96.56% |
| Sina Black | 0 | | | 0 | 3 | 0.00% | 0 | | | 0 | | | 0 | | |
| Dayib Ahmed | 0 | 80 | 0.00% | 0 | 3 | 0.00% | 278 | 180 | 154.44% | 38 | 180 | 21.11% | 316 | 180 | 175.56% |
| Wes Butler | 116 | 80 | 145.00% | 0 | 3 | 0.00% | 0 | 180 | 0.00% | 166 | 180 | 92.22% | 166 | 180 | 92.22% |
| Miles Ceplecha | 157 | 80 | 196.25% | 0 | 3 | 0.00% | 0 | 180 | 0.00% | 98 | 180 | 54.44% | 98 | 180 | 54.44% |
| LaToya Fleming | 0 | 80 | 0.00% | 0 | 3 | 0.00% | 0 | 180 | 0.00% | 32 | 180 | 17.78% | 32 | 180 | 17.78% |
| Mortez Frelix | 78 | 80 | 97.50% | 0 | 3 | 0.00% | 0 | 180 | 0.00% | 118 | 180 | 65.56% | 118 | 180 | 65.56% |
| Bridget Logan | 17 | 80 | 21.25% | 0 | 3 | 0.00% | 0 | 180 | 0.00% | 139 | 180 | 77.22% | 139 | 180 | 77.22% |

Looks good!!!!!

--
**Emily Nygren**
*She, Her, Hers*

enygren@mikebloomberg.com



--
**Emily Nygren**

*She, Her, Hers*

███████████

enygren@mikebloomberg.com



CONFIDENTIAL

MB2020_Wood_00177877