UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>        Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FED. R. CIV. P. 5.1** |

   Pursuant to 29 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(a), Defendant Mike Bloomberg 2020, Inc. (the "Campaign") hereby gives notice that the constitutionality of the federal and state statutes set forth below, as applied to field organizers who worked for the Campaign, have been drawn into question by the Campaign in its memoranda of law in support of its motions to decertify the collective (Dkt. 433) and for summary judgment (Dkt. 445). Specifically, the Campaign asserts that it would violate the First Amendment to the Constitution to require the Campaign to pay Plaintiffs, who are former field organizers, overtime under the following state and federal statutes:

- Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.*
- New York Labor Law Article 6, § 190 *et seq.,* Article 19, § 650 *et seq.*, and N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.2
- California Wage Order Nos. 4-2001 & 7-2001; Cal. Lab. Code §§ 510, 512, 1194, 1198
- California Business & Professions Code §§ 17200 *et seq.*
- California Private Attorney General Act of 2004 ("PAGA") (Cal. Labor Code §§ 2698 *et seq.*)
- Michigan Workforce Opportunity Wage Act (Mich. Comp. Laws §§ 408.414a; 408.412)
- Wis. Stat. §§ 103 and 104, and Wis. Admin. Code § DWD 274.03
- Illinois Minimum Wage Law (820 ILCS 105/1 *et seq.*)

- o   Minnesota Fair Labor Standards Act (Minn. Stat. §§ 177.23, 177.25) and Minn. R. 5200 *et seq.*

- o   North Carolina Wage and Hour Act (N.C. Gen. Stat. Ann. § 95-25.1 *et seq.*)

Copies of the Campaign's memoranda of law in support of its motions to decertify the collective and for summary judgment are enclosed herewith and will be served on the Attorney General of the United States and State Attorney Generals of New York, California, Michigan, Wisconsin, Illinois, Minnesota, and North Carolina concurrently with the filing of this Notice.

Dated: April 22, 2024

PROSKAUER ROSE LLP

*/s/ Elise M. Bloom*
Elise M. Bloom
Rachel S. Philion
Noa M. Baddish
Allison L. Martin
Pinchos N. Goldberg

Eleven Times Square
New York, New York 10036
(T)  212.969.3000
ebloom@proskauer.com
rphilion@proskauer.com
nbaddish@proskauer.com
amartin@proskauer.com
pgoldberg@proskauer.com

PROSKAUER ROSE LLP
Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T)  617.526.9850
mbatten@proskauer.com

VENABLE LLP

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(T)  212.307.5500
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>      Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**AFFIRMATION OF SERVICE** |

   I, Elise M. Bloom, an attorney duly admitted to practice law in the State of New York and not a party to the above-captioned action, affirm under penalty of perjury that on April 22, 2024, I served a true and correct copy of a NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1, together with true and correct copies of Defendant's memoranda of law in support of its motions to decertify the collective and for summary judgment, on the following:

**BY ELECTRONIC CASE FILING**

Justin M. Swartz
Michael C. Danna
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000
Fax: (646) 509-2060
Email: jms@outtengolden.com
Email: mdanna@outtengolden.com

Hannah Cole-Chu
Theanne Liu Svedman
OUTTEN & GOLDEN LLP
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
Tel.: (202) 847-4400
Fax: (202) 847-4410
Email: hcolechu@outtengolden.com
Email: tliusvedman@outtengolden.com

Michael Palitz
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, NY 10022
Tel.: (800) 616-4000
Fax: (561) 447-8831
Email: mpalitz@shavitzlaw.com

Gregg I Shavitz
Tamra Givens
SHAVITZ LAW GROUP, P.A.
951 Yamato Rd., Suite 285
Boca Raton, FL 33431
Tel.: (561) 447-8888
Email: gshavitz@shavitzlaw.com
Email: tgivens@shavitzlaw.com

*Attorneys for Plaintiffs*

**<u>BY CERTIFIED MAIL</u>**
Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Letitia James
Attorney General of the State of New York
Office of the Attorney General
Division of Appeals and Opinions
28 Liberty Street
New York, NY 10005

Rob Bonta
Attorney General of the State of California
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Dana Nessel
Attorney General of the State of Michigan
Department of Attorney General
P.O. Box 30212
Lansing, MI 48909

Josh Kaul

5

Attorney General of the State of Wisconsin
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Kwame Raoul
Attorney General of the State of Illinois
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603

Keith Ellison
Office of Minnesota Attorney General Keith Ellison
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

Josh Stein
Attorney General of the State of North Carolina
114 West Edenton Street
Raleigh, NC 27603

/s/ Elise M. Bloom
Elise M. Bloom