UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD                                            :

                                                     :     ORDER
                    Plaintiff,

                                                   :     20 Civ. 2489 (LTS) (GWG)
   -v.-
                                                   :

MIKE BLOOMBERG 2020, INC.                    :

                                                   :
                   Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A confidential telephone conference in this matter shall take place on Wednesday, September 11, 2024, at 11:30 a.m.  The Court will email the parties with instructions on how to dial in to the conference. At the telephone conference, the Court will discuss with the attorneys the possibility of the parties participating in a settlement conference or mediation.[1]

      At least 7 days before the Court's telephone conference, the attorneys must have a thorough discussion with their clients as to their clients' position on settlement.  At least two business days before the Court's telephone conference, the attorneys must contact each other to discuss their views on whether it would be beneficial to have a settlement conference at this time.

      SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                    _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge

---

[1] Each attorney is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the telephone conference date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).