
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

# MEMORANDUM ENDORSED

September 6, 2024

Elise M. Bloom
Member of the Firm

**Via CM/ECF**

d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Donna Wood, et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Gorenstein:

    We represent Defendant Mike Bloomberg 2020, Inc. (the "Campaign") in the above-referenced matter. Pursuant to Rule 1.F of this Court's Individual Practices, the Campaign respectfully requests an adjournment of the telephonic conference scheduled for September 11, 2024 due to pre-existing scheduling conflicts. The Campaign has confirmed that both the Court and Plaintiffs' counsel are available on September 24 at 11 a.m. and respectfully requests that the conference be adjourned to that date and time.

    The Campaign thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record (via CM/ECF)

Conference adjourned to September 24, 2024, at 11:00 a. m. The same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 9, 2024