UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD                                          :

                                                    :        ORDER
                    Plaintiff,
                                                    :        20 Civ. 2489 (LTS) (GWG)
     -v.-
                                                    :

MIKE BLOOMBERG 2020, INC.                           :

                                                    :
                    Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The Court is in receipt of the parties' letter on scheduling relating to class notice (Docket # 517). The undersigned will not address the request for a "stay" of the summary judgment decision as this is a matter that must be addressed if at all to Judge Swain.

     As to the timing of the defendant providing a class list, the Court does not understand why the preparation of such a class list must await the approval of Rule 23 Notices and the reason is not explained in the letter. Defendant should start preparing the class list now unless it can explain to the Court why it must await the approval of the Rule 23 Notices.

     Accordingly, the Court orders the following schedule:

Plaintiff to supply proposed Rule 23 Notices to defendant: **October 24, 2024**
Defendant to supply to plaintiff its own preliminary proposals if it disagrees: **October 31, 2024**
Parties to negotiate wording of Rule 23 Notices: **October 31 through November 13, 2024.**
Joint letter from parties attaching either agreed-upon notices or competing notices and seeking the Court's approval: **November 14, 2024**
Defendant to Produce Class List: **November 14, 2024**
Plaintiff to Send Notice: **10 Days after the Court's Approval of Class Notice**
Deadline to Opt in Or Object: **45 days from mailing of notice or 15 days after any remailing**.[1]

---

[1] If any party opposes the deadline for opting in or objecting, it has leave to present arguments as to whether there should be a different time period by means of a letter filed on or before October 24, 2024. Any response should be filed within two business days.

SO ORDERED.

Dated: October 16, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge