UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DONNA WOOD                                         :

                                                                  :         ORDER

                        Plaintiff,

                                            :         20 Civ. 2489 (LTS) (GWG)

   -v.-

                                            :

MIKE BLOOMBERG 2020, INC.              :

                                            :

                     Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court is in receipt of the application at Docket # 524 and wishes to understand exactly how the website would be used to submit the opt-out form.  For example, would there be a section of the website that allows completion, signing and submission of the opt-out form without having to print it out, scan it, or affix a physical signature?

      Relatedly, the Court would like to understand how the opt-out form is being delivered to the plaintiffs by email.  Is it a separate document or is it simply the last page of the Notice? Is it in a fillable pdf format? If in fillable form, is an electronic signature permitted or would the recipient have to sign it, scan it and then email it?

      It is probably easier to discuss these matters by telephone. Accordingly, a telephone conference to discuss these questions shall take place on Monday, November 18, 2024, at 3:30 p.m.  At that time, the parties shall dial 1-646-453-4442 and use access code 774 584 71# (The public may also dial in but will be permitted only to listen.)   When dialing in to the conference, the parties must be in a quiet location, must not be outdoors or in a vehicle, and must not use a speakerphone.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.  The Court will adjourn the conference if is inconvenient for any of the attorneys.  Any requests for an adjournment should be made in compliance with the Court's Individual Practices (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

SO ORDERED.

Dated: November 14, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge