UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA WOOD                                    :

                                                       :   <u>ORDER</u>
                 Plaintiff,

                                                       :   20 Civ. 2489 (LTS) (GWG)
   -v.-
                                                       :

MIKE BLOOMBERG 2020, INC.                :

                                                       :
                 Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Pursuant to Fed. R. Civ. P. 23(c)(2). the Court approves the class notice form as proposed in Docket # 524 with the amendments as stated at a conference held today.

      SO ORDERED.

Dated: November 22, 2024
       New York, New York

                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge