UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Donna Wood et al.,

                Plaintiff(s),              20CV2489-LTS-GWG

    -v-

Mike Bloomberg 2020, Inc.,

                Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion(s), the pretrial conference scheduled for March 21, 2025, is rescheduled to **June 27, 2025, at 11:00 am** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       February 25, 2025

                                    /s/ *Laura Taylor Swain*
                                    LAURA TAYLOR SWAIN
                                    United States District Judge