UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DONNA WOOD                                              :
                                                        :    ORDER
                        Plaintiff,
                                                        :    20 Civ. 2489 (LTS) (GWG)
    -v.-
                                                        :
MIKE BLOOMBERG 2020, INC.                               :
                                                        :
                        Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss the status of this matter shall take place on Monday, April 28, 2025, at 11:00 a.m. The parties will be expected to discuss the timing of any settlement conference and what, if any pretrial matters remain outstanding if settlement of all outstanding issues cannot be achieved.

     At the above date and time, the parties shall dial 646-453-4442 and use access code: 151 515 607#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: April 22, 2025
       New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge