

Advocates for Workplace Fairness

April 24, 2025

**MEMO ENDORSED**

The final pretrial conference in this matter is hereby adjourned until **October 3, 2025, at 12:00 p.m.** The other deadlines proposed herein are hereby adopted. DE 550 resolved. SO ORDERED.
4/25/2025
/s/ Laura Taylor Swain, Chief USDJ

Via CM/ECF
The Honorable Laura T. Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Swain:

Along with co-counsel, we represent Plaintiffs, opt-in Plaintiffs, and the certified Classes in the above-referenced matter. We write to respectfully request a 90-day adjournment of the June 27, 2025 final pretrial conference, in order to avoid conflicts with counsel's calendared oral arguments in other matters, pre-planned travel, and firm holidays, and to allow the parties additional time to prepare pretrial filings. This is Plaintiffs' first request for an adjournment of the final pretrial conference. The parties have conferred, and Bloomberg does not object to Plaintiffs' adjournment request. Below are the current and proposed scheduling dates:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Preliminary Conference Between Counsel | May 13, 2025 | August 11, 2025 |
| Pretrial Motions | May 28, 2025 | August 26, 2025 |
| Email Chambers to Inquire Whether Chambers Will Require Submission of Paper Copies of Trial Documents | June 13, 2025 | September 11, 2025 |
| Joint Pretrial Statement | June 20, 2025 | September 18, 2025 |
| Proposed Voir Dire, Requests to Charge, and Verdict Form | June 20, 2025 | September 18, 2025 |
| Final Pretrial Conference | June 27, 2025 | September 25, 2025 |

Respectfully submitted,

Michael C. Danna

CC:   All Record of Counsel (via ECF)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com