UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD                                          :

                                                    :        ORDER
                        Plaintiff,
                                                    :        20 Civ. 2489 (LTS) (GWG)
            -v.-
                                                    :

MIKE BLOOMBERG 2020, INC.                           :

                                                    :
                        Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The parties are directed to file a jointly-composed letter on or before July 31, 2025,
indicating the status of settlement discussions.[1]

        SO ORDERED.

Dated:  April 28, 2025
        New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

_____

        [1] If the letter contains sensitive matters relating to settlement, the letter may be filed
under seal.