UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA WOOD                                                  :
                                                            :   ORDER
                        Plaintiff,
                                                            :   20 Civ. 2489 (LTS) (GWG)
    -v.-
                                                            :

MIKE BLOOMBERG 2020, INC.                                   :

                                                            :
                        Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The parties are directed to file a jointly-composed letter on or before 12:00 noon on Wednesday, August 27, 2025, indicating the status of settlement discussions.[1]

    SO ORDERED.

Dated: July 31, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If the letter contains sensitive matters relating to settlement, the letter may be filed under seal.