UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>　　　　　　　　　　Defendant. | 20 Civ. 2489 (LTS) (GWG)<br><br>**<u>NOTICE OF MOTION</u>** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Exclude Evidence Regarding Damages Calculations Based on an Overtime Premium Rate Other Than One-Half the Regular Rate of Pay, the Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendant Mike Bloomberg 2020, Inc. (the "Campaign"), through its undersigned counsel, will move this Court, before Chief Judge Laura Taylor Swain, at the United States District Court, United States Courthouse, 500 Pearl Street, Room 17C, New York, NY 10007, on a date and time to be set by the Court, for an Order granting the Campaign's Motion.

　　　　The Campaign certifies that it has used its best efforts to resolve informally the matters raised in this motion in accordance with Rule A.2.b of the Individual Practices of Chief Judge Laura Taylor Swain and notified Plaintiffs' counsel of the Campaign's anticipated motion on August 21, 2025.

Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Elise M. Bloom*
　　　　　　　　　　　　　　　　　　　　Elise M. Bloom
　　　　　　　　　　　　　　　　　　　　Noa M. Baddish

　　　　　　　　　　　　　　　　　　　　Eleven Times Square

New York, New York 10036
(T) 212.969.3000
ebloom@proskauer.com
nbaddish@proskauer.com

PROSKAUER ROSE LLP

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(T) 617.526.9850
mbatten@proskauer.com

*Attorneys for Defendant*
*Mike Bloomberg 2020, Inc.*