UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>Defendant. | Case No. 20-cv-2489 (LTS)(GWG) |

**PLAINTIFFS' NOTICE OF MOTIONS *IN LIMINE***

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motions *in Limine*, Plaintiffs respectfully move as follows:

1. for the bifurcation of liability and damages;

2. to exclude evidence unrelated to class liability;

3. to exclude cumulative and individualized testimony;

4. to exclude undisclosed witnesses;

5. to exclude out-of-court declarations; and

6. to exclude hearsay documents not produced in discovery.

Plaintiffs certifies that they have used best efforts to resolve informally the matters raised in this motion in accordance with Rule A.2.b.ii of the Individual Practices of Chief Judge Laura Taylor Swain and notified Defendants' counsel of Plaintiffs' anticipated motion on August 21, 2025.

Dated: August 26, 2025  
      New York, NY

Respectfully submitted,

By: */s/ Cara E. Greene*  
    Cara E. Greene  
    Justin M. Swartz  
    Michael C. Danna  
    **OUTTEN & GOLDEN LLP**  
    685 Third Avenue, 25th Floor  
    New York, NY 10017  
    Telephone: (212) 245-1000  
    Facsimile: (646) 509-2060  
    ceg@outtengolden.com  
    jms@outtengolden.com  
    mdanna@outtengolden.com

Jennifer Davidson
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW,
Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
jdavidson@outtengolden.com

Gregg I. Shavitz*
Tamra C. Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

Michael J. Palitz
**SHAVITZ LAW GROUP, P.A.**
830 3rd Avenue, 5th Floor
New York, New York 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs and the Putative Classes*