January 7, 2026

**MEMO ENDORSED**

**By CM/ECF**

The Honorable Laura Taylor Swain
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Donna Wood, et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Chief Judge Swain:

Plaintiffs and Defendant Mike Bloomberg 2020, Inc. (the "Campaign") write jointly, pursuant to the Court's December 1, 2025 Order (Dkt. 600) and the Court's January 5, 2026 directives, to provide a joint status report.

For the reasons set forth in the parties' January 7, 2026 correspondence to the Court, filed under seal at Docket No. 601, the parties respectfully request that the Court stay all current pretrial deadlines and hold them in abeyance for 120 days and adjourn and/or vacate the final pretrial conference that is currently scheduled for April 24, 2026.  (Dkt. 600.)

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Justin M. Swartz*_____          */s/ Elise M. Bloom*_____

**OUTTEN & GOLDEN LLP**                 **PROSKAUER ROSE LLP**
Justin M. Swartz                        Elise M. Bloom
Michael C. Danna                        Noa M. Baddish
Cara E. Greene                          Eleven Times Square
685 Third Avenue, 25th Floor            New York, New York 10036
New York, New York 10017                Telephone: (212) 969-3000
Fax: (646) 509-2060                     Fax: (212) 969-2900
jms@outtengolden.com                    ebloom@proskauer.com
mdanna@outtengolden.com                 nbaddish@proskauer.com
ceg@outtengolden.com

                                        **PROSKAUER ROSE LLP**
**OUTTEN & GOLDEN LLP**                 Mark W. Batten (admitted *pro hac vice*)
Jennifer Davidson                       One International Place
1225 New York Ave NW, Suite 1200B       Boston, Massachusetts 02110
Washington D.C. 20005                   Telephone: (617) 526-9850
Telephone: 202-847-4400                 Fax: (617) 526-9899
Fax: (646) 509-2060                     mbatten@proskauer.com
jdavidson@outtengolden.com

                                        **VENABLE LLP**

The Hon. Laura Taylor Swain
January 7, 2026
Page 2

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Tamra Givens (admitted *pro hac vice*)
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Fax: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

**SHAVITZ LAW GROUP, P.A.**
Michael Palitz
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
Fax: (561) 447-8831
mpalitz@shavitzlaw.com

*Attorneys for Plaintiffs*

Nicholas M. Reiter
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
nmreiter@venable.com

*Attorneys for Defendant*
MIKE BLOOMBERG 2020, INC.

The foregoing request for a 120-day stay of all current pretrial deadlines is hereby granted. The final pretrial conference in this case is adjourned until **July 10, 2026** at **11:30 am**. The Clerk of Court is respectfully directed to terminate docket entry nos. 565, 568, 571, 574, and 578 without prejudice to renewal upon the written request of either party on or after May 8, 2026.

SO ORDERED.
1/8/2026
/s/ Laura Taylor Swain, Chief USDJ