**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA WOOD, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br> Defendant. | Case No. 20-cv-2489 (LTS)(GWG) |
| RODNEY SINCLAIR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIKE BLOOMBERG 2020, INC., <br><br> Defendant. | Case No. 20-cv-4528 (LTS)(GWG) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES AND FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF A MASSACHUSETTS CLASS FOR SETTLEMENT PURPOSES, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Unopposed Motion to Consolidate Cases and for Preliminary Approval of Class and Collective Action Settlement, Certification of a Massachusetts Class for Settlement Purposes, and Approval of Plaintiffs' Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Preliminary Approval and exhibits attached thereto, Plaintiffs respectfully request that the Court the Court: (1) consolidate

1

the *Wood* and *Sinclair* cases for settlement purposes; (2) grant preliminary approval of the Settlement Agreement and Release, attached as Exhibit 1 to the Declaration of Justin M. Swartz; (3) certify for settlement purposes only the proposed Massachusetts Class and appoint Outten & Golden LLP and Shavitz Law Group, P.A. as Class Counsel; (4) approve the proposed Notice Package and direct its distribution; (5) appoint CAC Services Group, LLC as the Settlement Administrator; and (6) schedule a fairness hearing on final approval of the Settlement.

Pursuant to Section 2(b)(ii) of the Court's Individual Practice Rules, the parties have conferred and, for settlement purposes only, Defendant does not oppose this Motion.

Dated: April 17, 2026                         Respectfully submitted,

By: */s/ Justin M. Swartz*

Justin M. Swartz
Michael C. Danna
Cara E. Greene
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.:      (212) 245-1000
Email:    jms@outtengolden.com
Email:    mdanna@outtengolden.com
Email:    ceg@outtengolden.com

Jennifer Davidson
Jonathan P. Ostrowsky**
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
Tel.:      (202) 929-0720
Email:    jdavidson@outtengolden.com
Email:    jostrowsky@outtengolden.com

2

Michael Palitz*
**SHAVITZ LAW GROUP, P.A.**
830 3rd Avenue, 5th Floor
New York, NY 10022
Tel.:     (800) 616-4000
Email:    mpalitz@shavitzlaw.com

Gregg I Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Rd., Suite 285
Boca Raton, FL 33431
Tel.:     (561) 447-8888
Email:    gshavitz@shavitzlaw.com
Email:    tgivens@shavitzlaw.com

*Attorneys for Plaintiffs, the Collective, and the Certified Classes*

*Admitted *pro hac vice*
*Pro hace vice forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2026, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and, will be sent electronically to the registered participants identified on the Notice of Electronic Filings.

Respectfully submitted,

By: */s/ Justin M. Swartz*

Justin M. Swartz
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.:     (212) 245-1000
Email:   jms@outtengolden.com