Outten & Golden

**Via CM/ECF**

**MEMO ENDORSED**

The Honorable Laura T. Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

July 7, 2026

Re: *Wood et al. v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 2489 (LTS) (GWG)

Dear Judge Swain:

Along with co-counsel, we represent Plaintiffs, opt-in Plaintiffs, and the certified Classes in the above-referenced matter. We write jointly with Defendant to respectfully request that the Court adjourn the Final Pretrial Conference scheduled for July 10, 2026 at 11:30 am.

After the Court issued its January 8, 2026 Order, Dkt. 603, terminating the Parties' pretrial motions and adjourning the final pretrial conference to July 10, 2026, the Parties filed an unopposed motion for preliminary approval of their settlement on April 17, 2026, Dkts. 605–609. In light of that pending motion, the Parties respectfully request that the Court adjourn the conference, in order to preserve the Court's and the Parties' time and resources.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael C. Danna

CC: All Counsel of Record (via ECF)

The foregoing request is granted. In light of the pending motion, the final pretrial conference in this matter is adjourned <u>sine die</u>. Should the need to schedule a final pretrial conference arise in the future, the parties are directed to file a further letter requesting that the Court schedule a final pretrial conference. DE 612 resolved.

SO ORDERED.
7/8/2026
/s/ Laura Taylor Swain, Chief USDJ