UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE MIKE BLOOMBERG 2020, INC

MASTER FILE
No. 20-CV-2489-LTS-GWG

This Document Relates To: All Actions

-----------------------------------------------------------x

## ORDER

The Court has received and reviewed the letter filed by Shannon Liss-Riordan on August 14, 2026. (Docket entry no. 616 (the "Liss-Riordan Letter").) The letter states that Ms. Liss-Riordan's law firm has been litigating three cases on behalf of individuals and putative class members whose claims would be extinguished by the settlement agreement for which the Court granted preliminary approval. (See docket entry nos. 615-1, 616). Ms. Liss-Riordan claims that the parties did not apprise her of the proposed settlement, even though they were aware that it would extinguish her clients' claims. (Liss-Riordan Letter at 1.) She requests that the Court order the parties to stay the mailing of settlement notices until she and the parties have an opportunity to brief this matter. (Id. at 4.) The Court needs further information, and so the request is granted.

Accordingly, it is hereby Ordered that:

1. Plaintiffs' attorneys and the noticing agents shall cease distributing the approved settlement notice (docket entry no. 616 at ECF pages 6-15) immediately, pending further order of the Court;
2. By **August 20, 2026**, Plaintiffs' attorneys shall file a status report detailing the extent, if any, to which the notice had been distributed prior to the filing of this Order; and

3. Plaintiffs' attorneys shall file a response to Ms. Liss-Riordan's letter by **August 31, 2026**, and Ms. Liss-Riordan shall file a reply, if any, by **September 9, 2026**.

SO ORDERED.

Dated: New York, New York
August 17, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge